DEFENDANT'S   11-20470-CR-JAL

## U.S. v. Alvaro Lopez Tardon
## Exhibit List
### Suppression Hearing, August 9, 2013

| Exhibit | Title | Page Numbers | Offered | Admitted |
|---|---|---|---|---|
| 1 | Kastigar Letter dated April 7, 2011 | MISC001-00574 and MISC001-00575 | ✓ | 8/9/13 |
| 2 | Interview Transcript of Sharon Cohen by the FBI dated April 13, 2011 | SPRPT2-019403 through SPRPT2-019416 | ✓ | 8/9/13 |
| 3 | Transcript of Sharon Cohen Interview dated March 2, 2011; Docket Entry (DE144-1) | Pages 1 through 105 | ✓ | 8/9/13 |
| 4 | Search warrant affidavit dated July 8, 2011 (DE85-2) | Pages 1 through 16 | ✓ | 8/9/13 |
| 5 | August 4, 2011 letter from AUSA (DE354-2) | Pages 1 through 2 | ✓ | 8/9/13 |

11-20470-a-JAL

| Exhibit | Title | Page Numbers | Offered | Admitted |
|---|---|---|---|---|
| 6 | STAY AWAY ORDER 3-2-11 | pages 1-2 | ✓ | 8/9/13 |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. _11-20470-cr-JAL_

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☑ OTHER= ~~PAGE 5 OF BOND PAPERS~~ - PERSONAL INFORMATION AND Exhibits