UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20470-Cr-LENARD

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ALVARO LOPEZ TARDON,
    Defendant.
                                                    /

NOTICE OF FILING EXHIBITS RE:  DEFENDANT'S SUPPLEMENTAL
MEMORANDUM FILED PURSUANT TO THE
COURT'S ORDER OF AUGUST 9, 2013

Defendant Alvaro Lopez-Tardon Defendant Alvaro Lopez Tardon hereby files selected docket entries from his divorce proceeding styled Case No. 2011-9196 FC 12.  Tardon submits that these docket entries establish that he filed for divorce on March 23, 2011 and thereafter filed 3 motions filed on April 25, 2011; May 11, 2011; and June 21, 2011, requesting permission to retrieve his personal belongings from the Bayshore Drive residence.

| Exhibit | Title | Date |
|---|---|---|
| 1 | Husband's Verified Petition for Dissolution of Marriage and Other Relief | March 23, 2011 |

1

| Exhibit | Title | Date |
| --- | --- | --- |
| 2 | Wife's Answer and Affirmative Defenses to Husband's Verified Petition for Dissolution of Marriage and Other Relief | April 28, 2011 |
| 3 | Wife's Amended Answer and Counter-Petition | July 11, 2011 |
| 4 | Husband's Answer to Counter-Petition | July 12, 2011 |
| 5 | Husband's Motion for Order Requiring Wife to Coordinate a Date and Time to Enter Marital Residence with Police and Retrieve his Personal Belongings | April 25, 2011 |
| 6 | Husband's Emergency Motion to Access Marital Residence | May 11, 2011 |

| Exhibit | Title | Date |
|---------|-------|------|
| 7 | Husband's Emergency Motion to Access Marital Residence | June 21, 2011 |
| 8 | Wife's Motion to Dismiss or in the Alternative to Deny the Husband's Emergency Motion to Access Marital Residence Dated June 21, 2011, and for Other Relief | June 28, 2011 |
| 9 | Order on Husband's Motion to Access Marital Residence | July 7, 2011 |
| 10 | Final Judgment on Dissolution of Marriage | January 29, 2013 |

Undersigned conferred with AUSA Tony Gonzalez who objects to any hearsay contained in the pleadings.

Respectfully submitted,

BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421 Fax (305) 358-2006
E-mail: HSrebnick@RoyBlack.com

/s/ Howard Srebnick
Howard Srebnick, Esq.
Florida Bar No. 919063

## CERTIFICATE OF SERVICE

**I hereby certify** that on August 26, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and electronically served same on all counsel of record.

By: /s/ Howard Srebnick
Howard Srebnick, Esq.