UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20470-Cr-LENARD(s)(s)

UNITED STATES OF AMERICA

    Plaintiff,

v.

ALVARO LOPEZ TARDON,

    Defendant.

_____/

## NOTICE OF FILING LIST OF RELEVANT NAMES

The UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, for purposes of assisting during jury selection, hereby files the attached list of names relevant to this trial. This list includes potential witnesses, co-conspirators and others whose name may play a prominent role in the trial.

Respectfully Submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/ Juan Antonio Gonzalez , Jr.
        JUAN ANTONIO GONZALEZ, JR
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 897388
        11200 NW 20th Street
        Miami, Florida 33172
        Tel: (305) 715-7640 / 7653
        Fax: (305) 715-7639
        E-mail: Juan.Antonio.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 22, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

By: <u>s/ Juan Antonio Gonzalez , Jr.</u>
JUAN ANTONIO GONZALEZ, JR