```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                  CASE NO. 11-20470-CRIMINAL-LENARD
 3

 4    UNITED STATES OF AMERICA,          Miami, Florida

 5                    Plaintiff,         May 15, 2014

 6          vs.                          11:01 a.m. to 5:35 p.m.

 7    ALVARO LOPEZ TARDON,

 8                    Defendant.         Pages 1 to 166
      _____
 9

10                            JURY TRIAL
                  BEFORE THE HONORABLE JOAN A. LENARD,
11                   UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14

15    FOR THE GOVERNMENT:        JUAN ANTONIO GONZALEZ, JR., ESQ.
                                  CRISTINA V. MAXWELL, ESQ.
16                                ASSISTANT UNITED STATES ATTORNEYS
                                  HIDTA
17                                11200 Northwest 20th Street
                                  Miami, Florida 33172
18

19    FOR THE DEFENDANT:         HOWARD MILTON SREBNICK, ESQ.
                                  BLACK, SREBNICK, KORNSPAN & STUMPF
20                                201 South Biscayne Boulevard
                                  Suite 1300
21                                Miami, Florida 33131
                                          -and-
22                                RICHARD CARROLL KLUGH, JR., ESQ.
                                  25 Southeast Second Avenue
23                                Suite 1100
                                  Miami, Florida 33131

24

25
```

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             United States District Court
                               400 North Miami Avenue
 3                             Twelfth Floor
                               Miami, Florida 33128
 4                             (305) 523-5499

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

                                    Direct    Cross    Red.

WITNESSES FOR THE GOVERNMENT

Daniel Gaitan                          7

Alvaro Ibanez Alfaro                  82


EXHIBITS RECEIVED IN EVIDENCE                            PAGE

Government's Exhibit No. 171, Composite                   98

Government's Exhibit Nos. 166 & 187                      134

4

```
1              THE COURT:  Good morning.

2              MR. GONZALEZ:  Good morning, your Honor.

3              MR. SREBNICK:  Good morning.

4              THE COURT:  United States of America versus Alvaro

5    Lopez Tardon, Case No. 11-20470.

6              Counsel, state your appearances, please, for the

7    record.

8              MR. GONZALEZ:  Good morning, your Honor.

9              Tony Gonzalez, Cristina Maxwell, United States

10   attorneys, on behalf of the United States, with FBI Special

11   Agents Daniel Gaitan and Madeline Albrecht.

12             THE COURT:  Good morning.

13             MR. SREBNICK:  Good morning, your Honor.

14             Howard Srebnick here today on behalf of Alvaro Lopez

15   Tardon, with the aid of the interpreter.  I have the assistance

16   of Cynthia Rodríguez.

17             Mr. Klugh is still in Atlanta for the oral argument.

18   He is trying to get on a flight standby.  He wants to get back

19   sooner.

20             THE COURT:  Okay.

21             MR. SREBNICK:  I was going to ask if the Court can let

22   the jury know Mr. Klugh is in another courtroom and he'll be

23   hopefully joining us later today, but he'll have the benefit of

24   daily copy of the transcript; so, he's still going to have

25   access to the proceedings today.
```

 1          THE COURT:  Okay.  That's fine.  I'll just inform them

 2    that he's in another courtroom.

 3          So are we ready for the jury?

 4          MR. GONZALEZ:  Yes, your Honor.

 5          I just wanted to inform the Court, we entered into

 6    another stipulation as far as a witness is concerned and, after

 7    looking over our order of proof, it's my hope that, by the end

 8    of the week next week, the Government will be resting its case.

 9    So there may be a little bit of a downward revision from the

10    estimate I gave your Honor.

11          THE COURT:  Okay.  Downward is good.

12          Let's bring in the jury.

13          THE COURT SECURITY OFFICER:  Yes.

14          MR. SREBNICK:  Judge, we have some scheduling issue

15    with a juror you wanted to address today, I think.

16          THE COURT:  Later.  We'll take it up later.  Thank you.

17          (Whereupon, the jury entered the courtroom at

18    11:02 a.m. and the following proceedings were had:)

19          THE COURT:  Good morning.

20          THE JURY:  Good morning.

21          THE COURT:  You may be seated.

22          Good morning, ladies and gentlemen.

23          THE JURY:  Good morning.

24          THE COURT:  You are still under oath, sir.

25          You may proceed, Mr. Gonzalez.

```
 1              THE WITNESS:  Yes, ma'am.

 2              MR. GONZALEZ:  Thank you, your Honor.

 3              Your Honor, with the Court's permission, before we get

 4    started, I have smaller copies of Government's Exhibit 208, if

 5    I could pass them out to the jury so we don't have to have the

 6    board standing up here and blocking everyone's view.

 7              THE COURT:  Any objection, Mr. Srebnick?

 8              MR. SREBNICK:  I'm sorry.  Let me just consult with

 9    Mr. Gonzalez.

10              (Discussion had off the record between counsel.)

11              MR. SREBNICK:  No problem.  We did get our copy.

12              Judge, if you could let the jury know about Mr. Klugh.

13              THE COURT:  Mr. Klugh is appearing in another courtroom

14    this morning.  We hope he'll be here later.  That's why he's

15    not here this morning.

16              MR. GONZALEZ:  (Distributes documents to the jury.)

17              Your Honor, if we could have the computer.

18              THE COURT:  Yes.

19              MR. GONZALEZ:  Thank you.

20              THE COURT:  Does everybody have the two pages?  One has

21    the Spanish flag on top.  One has the American flag.

22              THE JURY:  Yes.

23              MR. GONZALEZ:  Thank you, your Honor.

24              Good morning, ladies and gentlemen.

25              THE JURY:  Good morning.
```

```
 1                 CONTINUED DIRECT EXAMINATION

 2   BY MR. GONZALEZ:

 3   Q.   Agent Gaitan, good morning.

 4   A.   Good morning.

 5   Q.   We went over yesterday the presentation concerning Count

 6   No. 2.  Before we get into Counts 3 and 4, I wanted to talk to

 7   you a little bit about the process that you went through to get

 8   this information and to put these presentations together.

 9   A.   Okay.

10   Q.   Can you tell us or give us an idea of how it is that this

11   goes about.  Is it, for example, just one subpoena that is

12   issued to the bank or does it result in multiple subpoenas?

13   A.   Basically, the way this investigation came about, it was

14   multiple subpoenas.  We would do records checks to identify

15   properties, to identify assets.

16       At that point, we identify anything as far as the companies

17   that are related to that and we send a subpoena to that company

18   and, once we get that information, that leads us to

19   transactions on how that was done.  So we send another subpoena

20   to any other companies that are involved.

21       So it's multiple subpoenas to get back to specific

22   documents.

23   Q.   So, for example, a particular asset, let's say, a car:

24   Would one of the earlier steps be to say, "Okay.  Here's a car.

25   Where did the car come from?" and then, for example, issue a
```

1   subpoena to the car dealer?

2   A.   Correct.  We would send a subpoena.  We initially send it

3   to the State of Florida, as far as the Department of Records.

4        They would give us a list of vehicles that are associated

5   with the target.  At that point, it identifies the specific

6   dealership that handled the transaction.

7        So we'd send a subpoena to that dealership and that

8   dealership would provide the specifics on how that purchase was

9   completed.

10  Q.   So keeping with this example, once you received the papers

11  from the dealership, for example, would it contain information

12  as to how the dealership got paid?

13  A.   Correct.

14  Q.   And then would that, in turn, generate a subpoena to that

15  bank to find out how it is that the money got into the account

16  to go ahead and get paid?

17  A.   Yes.

18  Q.   And then, based on the information you got from the bank,

19  would that possibly lead to other banks and you continue

20  operating backwards down the chain?

21  A.   Correct.  It'll depend on the information that's provided

22  by the dealership.  Some dealerships are very thorough and have

23  everyone document.  Some dealerships are not.

24       So that would, in turn, require me to actually go back and

25  identify those accounts related, send a subpoena to that bank

Gaitan - DIRECT - By Mr. Gonzalez              9

1   specifically in reference to that time frame or that account

2   that specifically sent the money.  That's how we backtrack it.

3   Q.   And as you are obtaining different records from different

4   people, were there occasions sometimes where there would be two

5   different pieces of document from two different entities that

6   basically say the same thing?

7   A.   Correct.  That's an area -- an example would be a

8   dealership.  They would provide the cashier's check that was

9   provided to them and, in turn, I would actually find that

10  cashier's check that was issued from the bank that was

11  providing that cashier's check.

12  Q.   And in preparing these presentations, did you try to get at

13  least one document to show something and not every document

14  that showed it?

15  A.   Yes.  I tried to streamline the number of documents that

16  could identify the process of how the money was transferred.

17  Q.   And did you always get all of the papers that you were

18  expecting from every single entity?

19  A.   No.  I requested all the information.  Depending on the

20  institution, depending on their retention time frames as far as

21  how many documents they kept, they provided me what they had.

22  So that does not give me everything I requested.  Just whatever

23  they have in their files.

24  Q.   Now, when you talk about retention time frame, is that, in

25  essence, how long a particular entity will keep the documents

Gaitan - DIRECT - By Mr. Gonzalez          10

1    before they destroy them or get rid of them or do whatever?

2    A.   Correct.   Certain issues have certain retention time

3    periods that are mandated as referenced to real estate

4    transactions have a certain amount of time, as opposed to

5    consumer lending, which would be automobiles.  They have

6    different retention time frames.

7    Q.   And then individual companies, like, for example, a car

8    shipper or something like that, may have a different time frame

9    that they retain their records from company to company to

10   company.  Is that correct?

11   A.   Yes.

12   Q.   Okay.  Drawing your attention now to the monitor, did you

13   put together documents to go ahead and help illustrate the flow

14   of money that ultimately resulted in Counts 3 and 4 of the

15   indictment?

16   A.   My monitor is not turned on.

17            THE COURT:  Oh.  I'm sorry.

18            THE WITNESS:  There we go.

19   BY MR. GONZALEZ:

20   Q.   Is that good?

21   A.   Yes.

22   Q.   Which property do Counts 3 and 4 pertain to?

23   A.   They pertain to the Continuum, Apartment 3801, located at

24   100 South Pointe Drive.

25   Q.   And of the different counts and the documents that were

1    obtained to put the presentation together, to put the books

2    together, did this one have the most number of documents?

3    A.   This was by far the most complex transaction.

4    Q.   Okay.  So let's go ahead and start now bright and early

5    after everybody has had their coffee and work our way through

6    it.

7    A.   Okay.  Again, the chronology of events on the purchase of

8    100 South Pointe Drive, Apartment 3801:  On February 4, 2002,

9    there was a purchase agreement.  The purchase agreement was

10   between the Continuum on South Beach condominium and Luxhouse

11   International Rent Apartments.

12       The purchase is for Unit 3801.  And the total purchase

13   price agreed upon is $1,314,000.  And the individual who signed

14   on behalf of Luxhouse was Fabiani Krentz.

15   Q.   Let me interrupt you here real quick.

16       Just like the prior count we looked at, does this one also

17   start with a purchase agreement?

18   A.   Correct.

19   Q.   And you told us last time that that's basically the

20   agreement between the person who's supposed to buy the property

21   and the person who's going to sell it that says, "I'm

22   interested in buying this property.  Here are the terms.  This

23   is how much it's going to cost"?

24   A.   Correct.  This is common and usual with a real estate

25   purchase.

Gaitan - DIRECT - By Mr. Gonzalez                12

```
 1   Q.   And in this particular one, we're going back to 2002.

 2   Correct?

 3   A.   Correct.

 4   Q.   Again, this is way before The Collection car dealership in

 5   Spain opened up?

 6   A.   Yes.

 7   Q.   And the entity that is signing this purchase agreement, the

 8   entity that is saying, "I want to buy this condominium," is

 9   who?

10   A.   Luxhouse International Rent Apartments Corp.

11   Q.   And the signature for Luxhouse is Fabiani Krentz's?

12   A.   Yes.

13   Q.   And does Alvaro Lopez Tardon's name appear anywhere here or

14   any of the purchase agreements as the person who's interested

15   in buying it in this document?

16   A.   No.

17   Q.   Okay.

18   A.   The next document is an assignment and assumption

19   agreement.  This was signed February 27th, 2003, from --

20   basically, the Luxhouse International Rent Apartments is

21   transferring their rights to the contract to Fabiani Krentz.

22        As you can see, as far as signature, Fabiani Krentz signs

23   on behalf of Luxhouse International Rent Apartments and, also,

24   signs on behalf of herself.

25   Q.   So, originally, it's Luxhouse Apartments that tells the
```

Gaitan - DIRECT - By Mr. Gonzalez          13

1   seller, "I want to buy this condominium" and now there's a

2   paper where Luxhouse Apartments turns over to Fabiani Krentz as

3   an individual the ability to go forward and purchase the

4   condominium?

5   A.   Correct.  Fabiani Krentz would assume all the obligations

6   of the initial contract.

7   Q.   So now we have, first, it's going to be bought by Luxhouse.

8   Now it's going to be bought by Fabiani Krentz as an individual

9   person.  Correct?

10  A.   Correct.  Initially, the contract was signed in 2002.  And

11  this is in 2003, a year later.

12  Q.   So this is a year later?

13  A.   Correct.

14  Q.   And was this a preconstruction deal as the condominium was

15  being built?

16  A.   Yes.  The condominium had not been built yet.

17  Q.   And that's why it takes so long for the closing?

18  A.   Correct.

19  Q.   Okay.  If you can go on to the next document.

20  A.   Next we have a series of escrow deposits that are made in

21  reference to the Apartment 3801.

22  Q.   Before we go to the next one, over the course of what

23  period of time were these escrow deposits?

24  A.   They start in February of 2002 through January of 2003.

25  Q.   And like you told us yesterday, these escrow deposits are

Gaitan - DIRECT - By Mr. Gonzalez          14

 1   money that the buyer gives to a third party to hold until time

 2   of closing?

 3   A.   Correct.

 4   Q.   Okay.

 5   A.   And in February of 2002, the initial escrow payment of

 6   $10,000 was applied to Apartment 3801 in the name of Luxhouse

 7   International Rent Apartments.

 8   Q.   This document that we're looking at:  Is this a document

 9   that was obtained from the seller of the condominium?

10   A.   This was actually provided by the escrow company, Chicago

11   Title.

12   Q.   Chicago Title is the escrow company?  They are the

13   middleman that is holding the money to then give at the time of

14   closing?

15   A.   Correct.

16   Q.   Now, the middleman, when they received this money, Chicago

17   Title, they still have it under their paperwork as Luxhouse

18   Rents?

19   A.   As you see by the date, yes, because it's still February of

20   2002, which was when the initial purchase agreement was signed

21   and agreed.

22   Q.   Okay.

23   A.   The second page is a notice of escrow deposit, confirming

24   that Chicago Title Insurance Company received an escrow payment

25   of $10,000 in reference to the purchase of Unit 3801.

Gaitan - DIRECT - By Mr. Gonzalez                15

 1  Q.  So we're still talking about the first 1,000-dollar escrow

 2  deposit?

 3  A.  $10,000.

 4  Q.  $10,000.  I'm sorry.

 5      Escrow deposit?

 6  A.  Correct.

 7      And this is a copy of the check that was provided to

 8  Chicago Title from BankAtlantic.

 9  Q.  Now, this particular check is not a -- the check number is

10  Check No. 91.  Correct?

11  A.  Correct.

12  Q.  And it's still the first book of checks before the name of

13  whoever the account holder is is printed on it?

14  A.  Yes.  Because it's handwritten on the check.

15  Q.  Okay.  And it's signed by Fabiani Krentz?

16  A.  Correct.

17  Q.  Okay.

18  A.  The next escrow deposit was sent in April of 2002.  Again,

19  the receipt shows the name of the purchaser as Luxhouse

20  International Rent Apartments.  This is a wire receipt of

21  $55,680.

22      The notice of escrow deposit confirms Chicago Title

23  received a wire for $55,680.

24      This is the wire details.  It reflects the incoming wire on

25  April 18th, 2002, for Continuum, Unit No. 3801, $55,680, by

Gaitan - DIRECT - By Mr. Gonzalez                16

1    Alvaro Lopez Tardon.  Sent --

2    Q.   Now -- I'm sorry.

3    A.   Sent from Banco Central Hispano.

4    Q.   That's what I was getting at.

5         The first payment is a check.  Correct?

6    A.   Correct.

7    Q.   And then this one is a wire transfer?

8    A.   Yes.

9    Q.   And it is from Banco Central Hispano, H-i-s-p-a-n-o.

10   Correct?

11   A.   Correct.

12   Q.   And it's for $55,680, this wire?

13   A.   Yes.

14   Q.   Okay.  Go ahead.

15   A.   The next document is actually a Bank of America statement

16   provided from -- provided by Chicago Title Insurance.  It just

17   so happened Chicago Title also did their business banking with

18   Bank of America as well.

19        This is the details of the actual wire transfer.  As you

20   can see, on April 18th, 2002, there was an incoming wire of

21   $55,680.  The originator is listed there as Alvaro Lopez

22   Tardon, and the originating bank is Banco Central Hispano

23   American.

24        The next actual payment is made in July of 2002.

25   Q.   This is now the third escrow payment?

 1    A.   Correct.

 2    Q.   Okay.

 3    A.   This still lists as -- the purchaser as Luxhouse

 4    International Rent Apartments.  This is another wire.  The

 5    amount is $65,680.

 6         Then we have the notice of escrow deposit confirmed by

 7    Chicago Title Insurance Company of the wire for $65,680.

 8         According to the wire details, it's an incoming wire for

 9    $65,680 by an individual by the name of Luis Angel Ciges --

10    Q.   C-i-g-e-s.

11    A.   -- Etura.

12    Q.   E-t-u-r-a.

13    A.   The sending bank is Banco Santander.

14    Q.   So we have payments that have been made by Fabiani Krentz,

15    a wire under the name of Tardon, and now a wire under Luis

16    Angel Ciges Etura?

17    A.   Correct.

18         In September of 2002, another escrow deposit was made via

19    wire.  This time, the purchaser's name is reflected as Fabiani

20    Krentz for the amount of $63,368.64.

21         Again, the next document is the notice of escrow deposit

22    from Chicago Title Insurance Company, verifying the wire.  And

23    according to the wire details, it states it's an incoming wire

24    on August 28th, 2002, for the amount of $63,368.64 by an

25    individual by the name of Jesús Aliaga Carratala Valencia.

Gaitan - DIRECT - By Mr. Gonzalez          18

1   Q.   And if you could spell that for the court reporter.

2   A.   Which part?

3          THE COURT REPORTER:  I got it.  That's okay.

4          MR. GONZALEZ:  You got it?  Okay.

5          THE WITNESS:   It indicates the sending bank is Banco

6   Santander NY, which is New York.

7          Again, we have another copy of a Bank of America

8   statement provided by Chicago Title with wire details.  Again,

9   it confirms the amount sent on August 28th, 2002, as

10  $63,368.64.  The originator is again Valencia.  And you notice

11  right in the middle it says "Spain Spain."  And the beneficiary

12  was Chicago Title Company.

13  BY MR. GONZALEZ:

14  Q.   So the last document we saw said "Banco Santander

15  New York."  Correct?

16  A.   Yes.

17  Q.   And this one says "Spain Spain."

18         Are you familiar with what a corresponding bank is?

19  A.   Yes, I am.

20  Q.   And does that have anything to do with the prior document

21  that says "New York" and this one that says "Spain Spain"?

22  A.   Correct.

23  Q.   Can you explain to the ladies and gentlemen of the jury

24  what that is and why that is.

25  A.   Generally, when a wire is sent internationally, they use a

Gaitan - DIRECT - By Mr. Gonzalez          19

```
 1   third-party intermediary, which is called a corresponding bank,
 2   that actually handles the transfer of funds within the
 3   countries.
 4       In this case, it'd be a bank out of New York.  And it
 5   processed the money on to the recipient or the beneficiary.
 6   Q.  So rather than going directly from the bank in Spain to the
 7   account of the escrow company, it passes through a middleman
 8   bank --
 9   A.  Correct.
10   Q.  -- for lack of a better term?
11       And that middleman bank is Banco Santander New York?
12   A.  Yes.
13   Q.  This reflects where the wire actually originated from?
14   A.  Yes.
15   Q.  And that's in Spain?
16   A.  Correct.
17   Q.  Okay.
18   A.  In October, 2002, there's an additional escrow payment
19   provided.  This one indicates the purchaser is listed as
20   Fabiani Krentz.  This is another wire transfer in the amount of
21   $64,321.98.
22       Again, we have the notice of escrow deposit provided by
23   Chicago Title Company, verifying the wire transfer.
24       And according to the wire details, this is an incoming wire
25   that was received October 2nd, 2002, in reference to the Unit
```

Gaitan - DIRECT - By Mr. Gonzalez          20

 1   No. 3801, by an individual by the name of Antonio Jesús Aliaga

 2   Carratala Alacuas, A-l-a-c-u-a-s.

 3   Q.   And this one, the bank sending it is?

 4   A.   Chase Manhattan.

 5   Q.   Okay.

 6   A.   And for the amount of $64,321.98.

 7        And, finally, on January 6th, 2003, there was an escrow

 8   payment provided, again, in reference to purchase of Fabiani

 9   Krentz of Unit No. 3801.  A check was provided for $3,749.38.

10        Again, we have the notice of escrow deposit received by

11   Chicago Title Company, followed by the actual copy of the check

12   that was provided.

13        The check that's provided in reference to this deposit was

14   issued from an individual by the name of Tania Maria G. Machado

15   da Silva.

16   Q.   Let me stop you there for one second.

17        During the course of that investigation, have you seen that

18   mistaken name, Tania Maria G. Machado da Silva before?

19   A.   Yes, I have.

20   Q.   And where have you seen that name?  And we'll get the

21   exhibit as we go along.

22   A.   Okay.  During the search of Fabiani Krentz's residence,

23   there was a number of checkbooks that was collected and seized

24   from her house.  And there was the name of Ms. Da Silva.  It

25   was actually this account.

Gaitan - DIRECT - By Mr. Gonzalez                21

1        MR. GONZALEZ:  Your Honor, if we could have the ELMO

2   for one moment.

3        THE COURT:  Yes.

4   BY MR. GONZALEZ:

5   Q.  Showing you Government's Exhibit --

6        THE COURT:  Is this in evidence?

7        MR. GONZALEZ:  Yes.  It's in evidence.  102.

8   BY MR. GONZALEZ:

9   Q.  Do you see this Tania Maria G. Machado da Silva?

10  A.  Yes.

11  Q.  And these are blank checks that are signed.  Correct?

12  A.  Correct.

13  Q.  And the actual checks are in Government's Exhibit 103?

14  A.  Yes.

15  Q.  Tania Maria G. Machado da Silva?

16  A.  Correct.

17        MR. GONZALEZ:  If we could go back to the computer,

18  your Honor.

19  BY MR. GONZALEZ:

20  Q.  So up until this point, we've had a series of escrow

21  deposits for a condominium that, according to the paperwork,

22  who is the buyer?

23  A.  Fabiani Krentz.

24  Q.  And of all of these monies that have come in, other than

25  the first check under the name of Luxhouse that was signed by

1   Fabiani Krentz, were any of the wires sent by Fabiani Krentz?

2   A.   No.

3   Q.   And what country did the wires originate from?

4   A.   Spain.

5   Q.   And this check is a check purportedly signed by Tania Maria

6   Machado da Silva?

7   A.   Yeah.  It's -- the signature, I don't know if it's hers

8   specifically.

9   Q.   Purportedly?  Supposedly?

10  A.   Yes.

11  Q.   Okay.  Go ahead.

12  A.   That leads us to the verification of escrow total.  So

13  Chicago Title Insurance Company provided the verification of

14  escrow deposits on March 5th, 2003, an account for Krentz, in

15  reference to Unit No. 3801.  Total received was $262,800.

16  Q.   And that is the sum total of the two checks, plus all the

17  wires?

18  A.   The total of all the escrow deposits --

19  Q.   Okay.

20  A.   -- which leads us to the closing on the purchase.  Again,

21  we have a settlement statement.

22  Q.   Is this what we talked about yesterday, a HUD-1?

23  A.   Correct.  This is a commonly used document in the purchase

24  of real estate.

25       As you can see from the settlement statement, the name of

Gaitan - DIRECT - By Mr. Gonzalez          23

1   the purchaser -- or the borrower is Fabiani Krentz.  The

2   property is 100 South Pointe Drive, Unit 3801.  Settlement date

3   is March 11th, 2003.  And the contract sales price is

4   $1,314,000.

5       And then you'll see in 201 is the earnest money deposits,

6   which was the $262,800.

7   Q.  When you say "201," that's Line 201 on the screen that

8   we're looking at?

9   A.  Correct.  I'm sorry.

10  Q.  Okay.

11  A.  And there was a mortgage -- or loan taken out in reference

12  to this purchase for the amount of $972,360.  And at the time

13  of closing, cash that needed to be provided by the purchaser is

14  $135,720.38.

15      This was provided by way of a cashier's check.  As you can

16  see here, it's issued from Bank of America.  The remitter is

17  Fabiani Krentz.  The amount is $135,720.38 to Berman Rennert

18  Vogel & Mandler, PA.  This was the law firm that was handling

19  the closing of the real estate purchase.

20      The next statement is a copy of a Bank of America

21  statement, reference to Account No. 99 -- ending in -99 -- I'm

22  sorry -- ending in -9205, in the name of Fabiani Krentz.

23  Q.  This is the account that the check was drawn from?

24  A.  Correct.

25  Q.  Okay.

1  A.  I'll draw your attention to March 6th on the statement.

2  There is an incoming wire from Artemio Lopez Tardon in the

3  amount of $122,951, purportedly in reference to a Porsche 966.

4      As you look down on March 12th, there's the issuance of the

5  cashier's check for $135,725.38.

6  Q.  So this wire that comes in is, at least according to this

7  document, some type of payment for a Porsche 996 Cabriolet?

8  A.  According to the statement, yes.

9  Q.  According to the statement.

10     And taking us now to March 12th, is that where the money is

11  withdrawn from the account that goes for the check for the

12  closing of the condominium?

13  A.  Yes.  That was the bank adjustment that issued the

14  cashier's check.

15  Q.  And what was the balance left in the account after that?

16  A.  It's $1,859.67.

17  Q.  And going back up to the March 6th date, which is where the

18  wire comes in for the 122,000, the number next to it, the

19  $125,768.81:  Is that the balance of the account after the wire

20  has come in?

21  A.  Yes.

22     And another note.  If you look at March 12th -- or,

23  actually, March 11th, the balance that's in the account is

24  $124,485.05.

25     On March 12th, there was a counter credit where some kind

Gaitan - DIRECT - By Mr. Gonzalez            25

1    of deposit was put into the account to get the balance up to

2    $137,585.05.

3    Q.   In short, on March 12th, an additional $13,100 had to be

4    deposited into the account to get the balance high enough to

5    cut the check that was cut that day?

6    A.   Correct.

7    Q.   Okay.

8    A.   As mentioned before, there was a mortgage issued on this

9    purchase.  The mortgage is with Washington Mutual, between

10   Fabiani Krentz, joint with her husband, Nestor Garcia.  The

11   loan number is 62340074.

12   Q.   That's on the upper right-hand corner?

13   A.   Correct.

14        And that's for the dollar amount of $972,360.

15        And according to the special warranty deed, on March 11th,

16   2003, Fabiani Krentz is listed as the owner.

17   Q.   And as you told us yesterday, the warranty deed is

18   basically the paper that says who's now the owner along with

19   the bank, if there's a mortgage?

20   A.   Not the bank.  It just lists who has interest -- who's the

21   owner of the property.

22   Q.   Who's the owner of the property.

23   A.   So, basically, it's the legal instrument that states the

24   previous owner, which is the grantor, and then the new owner,

25   which is grantee.

Gaitan - DIRECT - By Mr. Gonzalez          26

1   Q.   Okay.

2   A.   Moving forward, there's a loan payment applied to the loan

3   on November 10, 2004.

4        There's a check provided to pay down the mortgage.  It's

5   issued from Bank of America, accounting ending in -9920, in the

6   amount of $798,700.

7   Q.   And that check is written by -- from the account controlled

8   by whom?

9   A.   Artemio Lopez Tardon.

10  Q.   So a condominium which is supposedly owned by -- or at

11  least according to the warranty deed is owned by Fabiani Krentz

12  and her husband, Nestor Garcia, Artemio Lopez Tardon is the one

13  who's making a 798,000-plus loan payment on that mortgage?

14  A.   Correct.

15  Q.   Okay.

16  A.   The next document we have is the actual bank statement.

17  Again, it's from Bank of America, ending in -9920.  And you'll

18  see on November 12th, 2004, the check issued, Check No. 200, in

19  the amount of $798,700.

20  Q.   And that $26.58, what is that?

21  A.   The remaining balance in the account.

22  Q.   So, in essence, that one check took out all the money in

23  that account except for $26.58?

24  A.   Correct.

25  Q.   Okay.

1  A.   And then, on November 22nd, 2004, there was a quitclaim

2  deed filed in reference to this purchase.

3  Q.   Can you explain to us what a quitclaim deed is.

4  A.   Yes.  That's an instrument that, by way of the owner of the

5  property, transfers their ownership and their interest to a

6  third party.

7  Q.   Or to somebody else?

8  A.   To somebody else.  Yes.

9  Q.   And in this particular case, who transferred what to whom?

10  A.   So in this case, Fabiani Krentz joint with her spouse,

11  Nestor Garcia, transferred her interest to Fabiani Krentz and

12  Artemio Lopez Tardon.

13  Q.   So, in essence, what happens here is Nestor Garcia's

14  removed and Artemio Lopez Tardon is inserted.  Correct?

15  A.   Yes.

16      Okay.  In January, 2005, there's a refinance of this

17  mortgage.

18  Q.   So even after the 700-and-something-thousand-dollar

19  payment, there was still some money owed on the mortgage?

20  A.   Correct.

21  Q.   Okay.

22  A.   In January of 2005, there was a refinance with Ohio Savings

23  Bank by Fabiani Krentz.

24  Q.   And this document that we're looking at:  Is there a

25  settlement statement that's done anytime that there is a new

Gaitan - DIRECT - By Mr. Gonzalez          28

1    mortgage or a refinancing?

2    A.   In reference to a real estate purchase, yes.

3    Q.   Yes.

4    A.   And as you can see, the payoff of the first mortgage, which

5    was with Washington Mutual Bank, was applied to the closing

6    proceeds.

7    Q.   So that we're clear, of the 1.3-million-dollar purchase

8    price of that condominium, the only thing left outstanding at

9    the time that this instrument is created is $152,612.96?

10   A.   Yes.

11   Q.   Okay.

12   A.   As you can see here, a new mortgage was issued.  The

13   borrower's name is under Fabiani Krentz, joined with her

14   husband, Nestor, and also listed was Artemio Lopez Tardon.  The

15   loan number was 4860214.  And the amount was $185,000.

16        Next we have a satisfaction of mortgage.

17   Q.   What is a satisfaction of mortgage?

18   A.   Basically, a verification of the mortgage being paid in

19   full.

20   Q.   And is that something that's filed with the Clerk of the

21   Court as is indicated in the first little pull-out screen

22   there?

23   A.   Yes.  It's a release of their lien against the property.

24   Q.   That way, there's a record in the County Clerk's Office to

25   show that that first mortgage had been paid off?

Gaitan - DIRECT - By Mr. Gonzalez                    29

1    A.   Correct.

2    Q.   Okay.

3    A.   As you can see, in this document, it shows that -- the

4    satisfaction of mortgage for the Washington Mutual Bank as of

5    February 10th, 2005.

6    Q.   So let me stop you one second because we have Fabiani

7    Krentz and Nestor Francisco Garcia.

8         They were the two people that took out the original

9    mortgage.  Correct?

10   A.   Correct.

11   Q.   And even though there was a quitclaim deed that took Nestor

12   Garcia out and put Artemio in, the mortgage still remained the

13   same and Nestor was on the hook for the mortgage.  Right?

14   A.   Correct.

15   Q.   So the quitclaim deed changes who is the owner of the

16   property, but it doesn't change who's on the hook for the loan.

17   Correct?

18   A.   Yes.

19   Q.   Okay.  But now, with the document we just saw, that

20   mortgage has been satisfied and Nestor is off the hook and so

21   is Fabiani because it's been paid off, the first mortgage?

22   A.   Yes.  The initial mortgage with Washington Mutual Bank is

23   paid in full.

24   Q.   Okay.

25   A.   At this point, there's still one outstanding mortgage with

Gaitan - DIRECT - By Mr. Gonzalez          30

 1   Ohio Savings Bank.  And then again, in January of 2006, there's

 2   another refinance with cash-out in this example.

 3   Q.  Let me stop you.

 4        This is almost a year later, but not quite.  Correct?

 5   A.  Right at a year.  Yes.

 6   Q.  And what is a refinance with cash-out?  What does that

 7   mean?

 8   A.  A refinance is renewing the loan.  And with cash-out, it's

 9   basically the difference between the equity you have on the

10   real estate, which is made up of the appraised value and what

11   you actually owe on the property.  So whatever dollar amount

12   that is, that's considered your equity in the property.

13   Q.  So, for example, if I have a property that's worth $100,000

14   and I have a 25,000-dollar mortgage on it, my equity is the

15   difference between the two, or $75,000.  Correct?

16   A.  Correct.

17   Q.  So if I were to refinance with a cash-out, for example, I

18   could go ahead and get a new loan for $50,000.  I would be able

19   to cash out 25,000 and now my equity would be 50,000?

20   A.  Convoluted, but yes.

21   Q.  Very simplified, but that's what it is.

22        You basically increase your loan amount and, in exchange,

23   you take cash out of the equity of the house?

24   A.  The reason we refer to it as cash-outs is because that's

25   the monies going to the borrower.  In most cases, when you

Gaitan - DIRECT - By Mr. Gonzalez                    31

 1    close on a mortgage and you have a loan, it goes to the seller

 2    for the purchase of that property.

 3        In this instance, you've already owned the property.  You

 4    just have equity in it.  So you have the cash yourself.  So

 5    it's cash out to the owner of the property, which is the same

 6    person in this case.

 7    Q.  So what happens with this transaction?

 8    A.  Okay.  Again, we have another settlement statement.  This

 9    one lists the borrowers as Fabiani Krentz, Artemio Lopez Tardon

10    and Nestor Garcia.  The lender is Countrywide Home Loans.

11        As you can see, there is a -- part of the loan proceeds as

12    far as the refinance pays off the mortgage with Ohio Savings

13    Bank.  And the total loan amount -- the new loan amount is

14    $1,225,000 as of January 20th, 2006.

15    Q.  So when the parties walked into the room to do this

16    transaction, they owed $183,775.15 on the condominium.

17    Correct?

18    A.  Yes.

19    Q.  When they walked out of the room doing this transaction,

20    they now owed $1,225,000 for the condominium.  Correct?

21    A.  Correct.

22    Q.  And that approximate difference is the cash-out or the

23    money that they walked out with?

24    A.  Yes.

25    Q.  Roughly?

Gaitan - DIRECT - By Mr. Gonzalez                    32

1    A.    No.   That's the difference.

2    Q.    There's no "roughly" about it?

3    A.    No.

4    Q.    Okay.

5    A.    So the next form you're going to see here is the request

6    for the loan proceeds on how to distribute from the title

7    company or the company that handled the closing.

8    Q.    And is this a document that then says:   Okay.   This money

9    that you are cashing out, where does it go to?

10   A.    Correct.   These are wire transactions that were provided by

11   Fabiani Krentz to where she wanted the money to be applied.

12         As you can see, the first -- top dollar amount is $460,000.

13   It was sent to First National Bank of South Miami.

14         And then there's another $50,000 sent to Commercial Bank of

15   Florida.

16         And the remaining balance on the account was to be sent to

17   Bank of America, account ending in -2019.

18   Q.    So Alvaro Lopez Tardon, who does not appear anywhere as a

19   buyer or a borrower in any of these transactions, is having

20   roughly how much wired to him?   You're shaking your head "no."

21   A.    The next document will tell you exactly how much is wired

22   out.

23   Q.    All right.   Let me stay quiet and let you show the next

24   document.

25   A.    So that, in turn, the loan proceeds that -- after sending

Gaitan - DIRECT - By Mr. Gonzalez                    33

1    the $460,000 and the 50,000, the remaining balance that was

2    available that was sent to the account ending in -2019 came out

3    to be $512,097.23.

4    Q.   That's how much he got?

5    A.   As you can see on the Bank of America statement that

6    follows that, that's how much was sent to Bank of America.

7    Again, the account ending in -2019 is a joint account with

8    Alvaro Lopez Tardon and Fabiani Krentz.

9         And you'll notice, on January 25th, there is a wire

10   transfer from Seagull Title Company and, at the bottom there,

11   you'll notice it says "Balance of loan proceeds."

12   Q.   And the address that's given for that account is the actual

13   address of the property.  Correct?

14   A.   Yes.  On the statement.

15   Q.   Okay.

16   A.   So the next document we're looking at is another mortgage

17   release or satisfaction.  This one is in reference to the Ohio

18   Savings mortgage.

19   Q.   Now, the Ohio Savings mortgage:  That has now been paid off

20   and this is the document that's filed in court showing that

21   it's been paid off?

22   A.   Yes.  It verifies the release of lien from that mortgage.

23   Q.   Okay.

24   A.   And there's a new mortgage that was established, part of

25   this transaction.  It's with Countrywide Home Loans, which is

Gaitan - DIRECT - By Mr. Gonzalez                    34

1    also a subsidiary of Bank of America.

2         The new loan number is 12534211, and the borrowers are

3    listed as Fabiani Krentz, her spouse, Nestor Garcia, and

4    Artemio Lopez Tardon.

5         And the dollar amount is $1,225,000.

6         Roughly six months later there's another quitclaim deed

7    filed on January 5th, 2006.  Fabiani Krentz releases her

8    interest in the property to Contion, LLC.

9    Q.   "LLC" stands for what?

10   A.   "Limited liability company."

11   Q.   And, again, like we talked about before, the quitclaim deed

12   now says who is the new owner of the property.  But the other

13   people are still on the hook for the mortgage.  Correct?

14   A.   Correct.  It just changes the owner's interest to another

15   individual.  But as far as contracts, as far as loans, as far

16   as everything else related to the property, it remains the

17   same.

18   Q.   So Fabiani Krentz is taken out and she's replaced by

19   Contion, LLC?

20   A.   Correct.

21   Q.   Okay.

22   A.   There's an additional quitclaim deed, same day, stating

23   that Alvaro Lopez Tardon transfers his interest to Contion,

24   LLC, as well.

25   Q.   Alvaro or Artemio Lopez Tardon?

Gaitan - DIRECT - By Mr. Gonzalez                35

1    A.   I'm sorry.  Artemio Lopez Tardon.

2    Q.   So Artemio, who had bought the property along with

3    Fabiani -- each one them were removed and now Contion, LLC,

4    remains as the owner of the property, even though these people

5    are still on the hook for the mortgage?

6    A.   Yeah.  The owner of the property is listed under the deed.

7    Q.   On the deed.  Okay.

8    A.   What we have next is the articles of incorporation in

9    reference to the Contion, LLC.

10   Q.   Let me stop you for a second.

11        Whenever an LLC is created, is there documents that have to

12   be prepared and filed with the State of Florida to make that a

13   legal entity in the state of Florida?

14   A.   Yes, there are.

15   Q.   And are those things called articles of organization?

16   A.   Yes.

17   Q.   So is this the paperwork that was filed with the State of

18   Florida in order to create Contion, LLC?

19   A.   Yes.

20   Q.   Okay.

21   A.   And you see this was filed on May 16th, 2006.

22        And under Article 8, it lists -- you'll see the members.

23   And they're listed as Fabiani Krentz and Artemio Lopez Tardon.

24   Q.   Now, what are "members"?

25   A.   "Members" are commonly known as the owners of the LLC.

1  Q.   So the LLC now owns the condominium and the members of the

2  LLC are Fabiani Krentz and Artemio Lopez Tardon.  Correct?

3  A.   Correct.

4  Q.   In the articles of organization, Alvaro Lopez Tardon's name

5  does not appear as a member.  Correct?

6  A.   Well, let's move forward.  It's not listed in this section

7  of the members.  But let's move forward.

8  Q.   Okay.

9  A.   You'll see in Section 12, "Management," Alvaro Lopez is

10  listed as a manager.  But here the document does state he's a

11  managing member of the organization.

12  Q.   Okay.

13  A.   At this point, it brings us to Count 3.  This is going to

14  be the wire transfer for the mortgage payment.

15  Q.   Now, if you can go back one second, the mortgage that

16  this payment is going to is the mortgage that was created

17  January 20th, 2006.  Correct?

18  A.   Yes.  With Countrywide.

19  Q.   Okay.

20  A.   So you'll see here a receipt of a wire transfer in the

21  amount of $988,224.81.

22  Q.   And who is the entity that is sending the wire and from

23  where?

24  A.   The entity is Bancaja and the --

25  Q.   Bancaja is the bank it's coming from.  Correct?

1    A.   It's the entity.  It's the bank.  Yes.  The company -- the

2    originator is -- the account is in the name of The Collection

3    Exotic Cars.  The account is from Bancaja.

4    Q.   Is Bancaja a Spanish bank?

5    A.   Yes.

6    Q.   Okay.

7    A.   Next you have the statement provided from the mortgage

8    company.  As I mentioned before, Countrywide is a subsidiary of

9    Bank of America.  So they have the same logos.  But you'll

10   notice on the bottom of May 11th, 2009, there's the posting of

11   the payment.

12        That brings us to Count 4, which is the payoff of the

13   mortgage.  Again, there's a wire transfer in the amount of

14   $264,980, originating from The Collection Exotic Cars.  The

15   bank is Bancaja.  And the next document you'll see is again the

16   statement reflecting the payoff.

17        And the next document is a verification of payoff.  You can

18   see this is provided by Bank of America and in the details as

19   of August, 2001 -- I'm sorry -- August 21st, 2009, the loan is

20   paid in full.

21        The last document you'll see is the release of mortgage in

22   reference to that mortgage to Countrywide.

23   Q.   So once this date arrives, that unit is paid in full.

24   Correct?

25   A.   Yes.  As of August 23rd, 2009, there are no longer any

Gaitan - DIRECT - By Mr. Gonzalez          38

1    liens against the property.

2    Q.   And the owner of that property is Contion, LLC?

3    A.   Correct.

4    Q.   After having gone through either owners or potential owners

5    of Luxhouse, Fabiani Krentz, Nestor Garcia, Artemio Lopez

6    Tardon, in the end, the owner is Contion, LLC, of which the

7    Defendant is the managing member.  Correct?

8    A.   Yes.

9    Q.   Okay.

10   A.   That completes the counts for 3 and 4.

11   Q.   Are the rest of the counts a little less complicated than

12   this?

13   A.   That was the most extensive and complex account.  Yes.

14   Q.   And in order to get all that information, did it require a

15   number of different subpoenas and secondary subpoenas to a lot

16   of different companies?

17   A.   More than I like to admit.  But yes.  There were multiple

18   documents provided by institutions, provided by the attorney

19   law firms that handled the closings and just all different

20   entities that were involved with these transactions.

21   Q.   Let's go ahead and go on to a little simpler one.

22   A.   The next count we're going to go over is in reference to

23   Counts 5 and 6, which is the purchase of a approximate 2009

24   Mercedes Maybach.

25   Q.   I think we're told it's "Maybach."

1    A.   Oh.   Sorry.

2         This starts out with incoming wires on August, 2009.   The

3    first document you'll see is a bank statement of Colonial Bank,

4    which merged with BB&T.   So they're basically the same

5    business.   This account ending in -6399 is in the name of The

6    Collection Motor Sports of Miami, LLC.

7         You'll notice, on August 28th, there's an incoming wire

8    from an individual by the name of Emilio Molina Garcia for the

9    amount of $56,132.

10        Also on the same day you'll see another wire transfer from

11   an individual listed as Roberto Henche Gonzalez in reference

12   of -- I'm sorry -- in the amount of $49,260.28.

13   Q.   So the two prior presentations we had for the two real

14   estate properties:   Those started off with the first document

15   being this paper indicating "I want to buy a property."

16        For most of the -- well, certainly for this one, we start

17   off with money going into an account.   Correct?

18   A.   This one specifically, yes.

19   Q.   Okay.   And the account that is receiving this money is the

20   account of The Collection Motor Sports of Miami.   Correct?

21   A.   Correct.

22   Q.   And that address:   Is that the address that we've been

23   referring to as "the villa"?

24   A.   Yes.   2475 South Bayshore Drive, Villa No. 3.

25   Q.   Okay.

Gaitan - DIRECT - By Mr. Gonzalez                40

1   A.   So the next transaction you'll see is a wire transfer into

2   Bank of America.  You'll see a Bank of America statement.  This

3   is the account ending in -7922 in the name of Alvaro Lopez

4   Tardon.

5   Q.   So the first wires went into the account of The Collection

6   Motor Sports.  This wire comes into Mr. Tardon's account?

7   A.   At Bank of America.  Yes.

8   Q.   At Bank of America.

9        The account where he is listed as the only person?

10  A.   Correct.  His personal account.

11  Q.   And who is the originator of the wire, the one who sends

12  it, according to this document?

13  A.   Alvaro Lopez Tardon.

14  Q.   So he sends it himself from his account where?

15  A.   Bancaja.

16  Q.   In Spain?

17  A.   The next document would actually detail the transaction

18  here.

19  Q.   Okay.

20  A.   So you'll see the wire -- this is detailed wire information

21  provided by Bank of America.  At the bottom left, you'll notice

22  it says "Originator."  The account is in the name of Alvaro

23  Lopez Tardon.  This is a Bancaja account in the amount of

24  $275,980.

25  Q.   Let me stop you for one second.

Gaitan - DIRECT - By Mr. Gonzalez                41

1          Going back to the lower left-hand corner here where it says

2    the information of the person who's sending it, Alvaro Lopez

3    Tardon, do you see where it says "AV Azaleas"?

4    A.   Yes.

5    Q.   And is Azaleas or Avenida Azaleas the address of the house

6    in Madrid that has been talked about in -- during the course of

7    this trial?

8    A.   Yes.

9    Q.   Okay.

10   A.   Again, this wire was received September 21st, 2009.  So

11   basically, he sent the wire to himself.

12         Two days later is the purchase of the Maybach.  You'll see

13   the purchase order provided by the dealership.  And this one

14   was purchased at Mercedes-Benz of Palm Beach.  The purchaser's

15   name is Alvaro Lopez for a 2009 Mercedes-Benz Maybach.

16         And the last four of the VIN is what I referred to as keeps

17   this a unique vehicle and ends in -002576.  The agreed purchase

18   price is $335,290.94.

19   Q.   And it has the signature in the bottom.  Correct?

20   A.   Correct.

21   Q.   The buyer of this is Alvaro Lopez Tardon?

22   A.   Yes.

23   Q.   Okay.

24   A.   Count 5 is the actual payment.  This is done in two

25   payments.  The initial payment is for 91,550 from Colonial

1    Bank.

2        This document is the request for an official check.  You'll

3    see there it's signed by Alvaro Lopez from the account ending

4    in -6399 at Colonial Bank.

5    Q.  This is the account for The Collection Motor Sports of

6    Miami?

7    A.  Correct.

8    Q.  And that is the account that the first two wires went into?

9    A.  Yes.

10   Q.  Okay.

11   A.  And there's a copy of that bank statement, again, through

12   Colonial Bank, the account ending in -6399.  And you'll see, on

13   September 23rd, 2009, there is a debit memo for the amount of

14   $91,558, which, in turn, they issue an official check, which is

15   similar to a cashier's check, paid to the order of

16   Mercedes-Benz of Palm Beach for $91,550.

17   Q.  So two wires come into the account of The Collection Motor

18   Sports and, from that account, Mr. Tardon goes ahead and has an

19   official check issued in the amount of $91,550 payable to

20   Mercedes-Benz of Palm Beach as partial payment for the Maybach?

21   A.  Yes.

22       So that leads us to Count 6, which is a payment provided

23   through Bank of America.  Again we have a withdrawal slip

24   requesting a cashier's check from the account ending in -7922.

25   Dollar amount requested is $243,007.  It's signed by Alvaro

Gaitan - DIRECT - By Mr. Gonzalez                43

1   Lopez Tardon.

2        The next document is the Bank of America statement, which

3   reflects the issuance of the cashier's check.  Again it's the

4   account ending in -7922.

5        You'll see there in line -- Arturo Hernández counter debit

6   with a date of September 23rd, 2009, and a withdrawal of

7   $243,007.

8        The next document is the actual copy of the cashier's check

9   issued.  You'll notice in the middle the remitter is Alvaro

10  Lopez.

11       On September 23rd, 2009, the dollar amount of $243,000 paid

12  to the order of Mercedes-Benz of Palm Beach in reference to a

13  Maybach.

14  Q.  So similar to the prior check, we have a wire in this case

15  that Mr. Tardon sends from his account in Spain to his account

16  here in the United States and then a couple days later has this

17  cashier's check drawn to Mercedes-Benz of Palm Beach for the

18  final part of a payment for the Maybach?

19  A.  Yes.  Two days later.

20  Q.  Two days later.

21  A.  The next document you'll see is the receipt copy from the

22  dealership.  You'll see where the payments are applied to the

23  purchase.

24       The last document is a certificate of title issued by the

25  State of Florida.  Again, it's for a 2009 Mercedes-Benz.

1   Again, the last six of the VIN number is -002576, I believe --

2   Q.   -76 or -78?

3   A.   -78.

4   Q.   Okay.

5   A.   -- in the name of Alvaro Lopez, listed as the owner.

6   Q.   Now I want to jump on to the next transactions.

7   A.   Okay.

8   Q.   Is this for the 2010 Mercedes G55?

9   A.   Yes.

10   Q.   If we could run through this one.

11   A.   Count 7.   On February 16th, 2010, there's another purchase

12   through the Mercedes-Benz of Coral Gables.   The purchaser is

13   Alvaro Lopez Tardon for a 2010 Mercedes-Benz G55 AMG.   Again,

14   the last six of the VIN is -183252.   The agreed purchase price

15   is $130,002.73.

16       Count 7 is the payment for that purchase.

17       As you'll see here, the document you're looking at is a

18   statement provided by SunTrust Bank, which is the banking

19   institution of the dealership.

20       In this case, Bill Ussery Motors does business as

21   Mercedes-Benz of Coral Gables.   Again, you'll look at the

22   bottom left side.   The originating party is the account listed

23   in the name of Alvaro Lopez Tardon through the Bank of Bancaja.

24   Q.   Where it says "Originating Bank," Caja, C-a-j-a, de, d-e,

25   Ahorros, A-h-o-r-r-o-s, de, d-e, Valencia, Castell, is that

Gaitan - DIRECT - By Mr. Gonzalez          45

1   commonly known as Bancaja?

2   A.  Well, the name is right there underneath it in

3   abbreviation.

4   Q.  You had to say that.  Right?

5   A.  I understand Spanish.  It's not my first language.

6   Q.  Go ahead.

7   A.  This transaction was done on February 16th, 2010.  Wire

8   transfer received was $130,630.48.  The beneficiary was Bill

9   Ussery Motors.

10  Q.  Okay.

11  A.  Next we have a receipt of payment from Mercedes-Benz of

12  Coral Gables in the amount of $130,630.48.

13      And the next document you'll see is a copy of the Florida

14  vehicle registration referencing this vehicle.  Again, it's a

15  2010 Mercedes.  Last six of the VIN ending in -183252.  The

16  owner is listed as Alvaro Lopez Tardon.

17      And then we'll see a copy of the certificate of title

18  issued by the State of Florida, again, indicating that the

19  owner is listed as Alvaro Lopez Tardon.

20  Q.  So this transaction is fairly straightforward.  Mr. Tardon

21  wants to buy a car.  He fills out the paperwork, agrees on a

22  price and has a single wire sent from his account directly to

23  the account of the car dealership.  Correct?

24  A.  Yes.

25  Q.  Okay.  Now, moving on to the next series of accounts, this

Gaitan - DIRECT - By Mr. Gonzalez                    46

1   is a little different.  I want to go over that with you.

2       Is there -- well, let me ask you in a very open-ended

3   fashion.

4       We see here on the screen it says incoming wires from Spain

5   to Bank of America related to Counts 8, 9, 10, 12 and 13.

6       Can you explain to us why all of those counts are grouped

7   together like that.

8   A.  Basically, through my analysis of the bank records and

9   transferring of funds, I was able to pinpoint a six-month

10  period where a large sum of money was transferred into a Bank

11  of America account.

12      That money was transferred to another account and, with

13  those funds specifically, they were used to purchase the next

14  counts -- the properties that were associated with Counts 8, 9,

15  10, 12 and 13.

16  Q.  So, basically, a lot of money goes into one account, it's

17  moved to a second account, and then that money is used to buy a

18  number of different things?

19  A.  Correct.

20  Q.  So it's all -- this is that first chunk of money moving

21  into the accounts.  Correct?

22  A.  Yes.

23  Q.  Okay.

24  A.  Again, there is going to be a series of wires over roughly

25  a six-month period into the Bank of America account ending in

Gaitan - DIRECT - By Mr. Gonzalez                47

1    -7922.

2    Q.   How much money are we talking about here?

3    A.   We're talking, total amount, $2,596,882.38.   Sorry.   I had

4    to do it.   Sorry.   As you can see, the time frame we're going

5    to see is -- starts in January of 2010 to October of 2010.

6    Q.   Okay.

7    A.   The dollar amount gets transferred from wires from Spain to

8    Bank of America.

9    Q.   All right.

10   A.   And these are all documents issued by Bank of America.

11        We'll start off with the statement.   This is a Bank of

12   America statement for June of 2010, again, the account ending

13   in -7922, which is an individual account for Alvaro Lopez

14   Tardon.

15   Q.   This is an account that only has his name on it?

16   A.   Correct.   He's the only one that has access and this is his

17   account.

18        You'll see, on June 14, there's a large wire transfer.   I'm

19   going to the next document, which is the actual wire details.

20        You'll see the originator is The Collection Exotic Cars,

21   SL, out of Bancaja account in Spain.   And it's for the amount

22   of $1,872,505.88.   And the account received was the Bank of

23   America account ending in -7922.

24        The next wire transfer was sent August 13th, 2010.   And,

25   again, if you look at the bottom left-hand side, this one was

Gaitan - DIRECT - By Mr. Gonzalez                48

 1    sent from -- the originator was The Collection Exotic Cars, SL.

 2    However, this one was sent from a bank by the name of La Caixa.

 3    The dollar amount sent was $188,021.50.

 4        Seven days later, another wire was sent again to the

 5    account ending in -7922, Bank of America.  If you look at the

 6    bottom left corner of the wire details, again the wire was

 7    originating from The Collection Exotic Cars, SL, and the bank

 8    was La Caixa, in the amount of $99,500.

 9        And then, in October, another wire transfer was sent from

10    Spain, again to the Bank of America account ending in -7922.

11    The wire details explain that the originator is again The

12    Collection Exotic Cars, SL, and this is out of the La Caixa

13    bank.  Sent a wire in the amount of $437,000 to Alvaro Lopez

14    Tardon, Bank of America, -7922.

15        So on October 26th, 2010, there was an intra-bank transfer,

16    which means, within the same bank, he had two different,

17    separate accounts.  He had one ending in -7922 and he has

18    another account ending in -9920.  Basically, he moved funds

19    from -7922 to -9920.

20    Q.  Let me show you so that we're clear here.

21        In Government's Exhibit 208, composite, what we're talking

22    about are the two first accounts that are listed on this chart.

23    Correct?

24    A.  Correct.

25        So we look at the bank statement for Bank of America of the

Gaitan - DIRECT - By Mr. Gonzalez          49

1    account ending in -7922.  You'll see a transfer on October 26th

2    of $2,521,625.08.

3        And we look at the Bank of America account ending in -9920.

4    You'll see the receipt of the transfer for that same dollar

5    amount, which leads us to all the remaining counts that we had

6    listed here.

7    Q.   So now that we have all of the monies in the account, does

8    Mr. Tardon then start buying different assets with that money

9    that's been wire-transferred from Spain?

10   A.   Yes, he does.

11   Q.   And the first one that we're going to talk about is the

12   2010 Range Rover?

13   A.   Yes.

14   Q.   Okay.

15   A.   So on December 16th, 2010, Alvaro Lopez Tardon and Sharon

16   Cohen agree to purchase a 2010 Land Rover from Warren Henry

17   Automobiles, with the purchase price of $104,955.89.

18       In Count 8, it's the actual purchase of that.  It's a

19   cashier's check issued.

20       So the next document you'll see is a checking and savings

21   withdrawal slip.  You'll notice it's signed by Alvaro Lopez.

22       Again, this is issued from Bank of America, account ending

23   in -9920.  This is a request for a cashier's check in the

24   dollar amount of $104,965.69.

25   Q.   And this is coming out of the account not that first

Gaitan - DIRECT - By Mr. Gonzalez                    50

 1  received the wires, but the account that then all the money was

 2  transferred into?

 3  A.  Yes.  The -9920 account.

 4  Q.  Okay.

 5  A.  The next document is basically the statement of the Bank of

 6  America account ending in -9920.  It shows the counter debit,

 7  which is the issuance of the cashier's check, on December 16th,

 8  2010, in the amount of $104,965.69.

 9       And then you'll see the actual cashier's check that was

10  issued.  The remitter is Alvaro Lopez Tardon.  And the "Pay to

11  the order of" is Land Rover South Dade.

12       And the next document you'll see is a receipt from Land

13  Rover South Dade of the cashier's check in the amount of

14  $104,955.69.

15       And you'll see the certificate of title issued by the State

16  of Florida.  It shows the registered owner as Alvaro Lopez

17  Tardon as of December 30th, 2010.

18  Q.  And at this point, he's now the owner of that Range Rover.

19  That Range Rover has been paid off in full.  Correct?

20  A.  Correct.  On the title, it would list a lienholder if they

21  have a loan.  It would be listed here.  This is a

22  free-and-clear title.

23  Q.  Okay.

24  A.  That leads us -- our next purchase was Counts 9 and 10,

25  which is a 2008 Bugatti Veyron.  There's a copy of the vehicle

Gaitan - DIRECT - By Mr. Gonzalez          51

1   purchase order from Formula 1.  The owner -- or the purchaser

2   is Alvaro Lopez for a 2008 Bugatti Veyron on November 9th,

3   2010.

4   Q.  What's the price on this car?

5   A.  The agreed purchase price is $1,246,524.70.

6   Q.  I want to make sure that we're clear on something.

7       This is a two-year-old car he's buying at this time.

8   Right?  It's a 2008 Bugatti?

9   A.  Correct.  Count 9 is the actual payment for this purchase.

10  Q.  Is this financed?

11  A.  No.

12  Q.  It's not paid in any kind of installment or anything like

13  that?

14  A.  There's no liens and no loans in reference to this

15  purchase.

16  Q.  It's a walk in, "This is the car I want.  Here's the

17  money"?

18  A.  Correct.

19  Q.  Okay.

20  A.  So the first document you see here is a Bank of America

21  funds transfer request.  You'll see the remitter or the person

22  originating is Alvaro Lopez.

23      He's requesting a cashier's check to be issued -- I'm

24  sorry -- a wire transfer to Formula 1 Sports Cars in reference

25  to a Bugatti Veyron.

Gaitan - DIRECT - By Mr. Gonzalez                52

1    Q.   Is Formula 1 Sports Cars the seller of this car?

2    A.   Yes.  The dealership involved.

3    Q.   Okay.

4    A.   The next document is the actual Bank of America statement

5    of the account ending in -9920.  And you'll see there on

6    November 9th there is a wire out to Formula 1 Sports Cars in

7    the amount of $1,246,024.70.

8    Q.   Again, that's out of the account that had received all of

9    the money from the other account which, in turn, received it

10   from Spain?

11   A.   Correct.

12        The next document is another detailed wire information, as

13   you've seen before.  It basically states what I just mentioned

14   before.

15        That leads us to Count 10.

16   Q.   Let me stop you for one second.

17        Count 9 is payment for the actual car itself to Formula 1.

18   Correct?

19   A.   Yes.

20   Q.   Now, does something else happen with another entity

21   involving that same Bugatti?

22   A.   Yes.  Braman Motors is involved.

23   Q.   And is that what we're talking about now in Count No. 10?

24   A.   Yes.

25   Q.   Okay.

Gaitan - DIRECT - By Mr. Gonzalez                    53

```
 1    A.   So the next information here is a work invoice completed by
 2    Braman Motors.  And as you see, it's in reference to the 2008
 3    Bugatti Veyron.
 4         If you look at the middle section, basically, it says
 5    "Customer states the car will not start.  Please check the
 6    history and advise."
 7         This is actually done on November 10th, which is the day
 8    after the purchase.
 9    Q.   So, basically, he walks in --
10              MR. SREBNICK:  Objection.  Leading, argumentative.
11              THE COURT:  I didn't hear the question.
12    BY MR. GONZALEZ:
13    Q.   So, basically --
14              MR. GONZALEZ:  I'll go ahead and rephrase it, your
15    Honor.
16              THE COURT:  Okay.
17    BY MR. GONZALEZ:
18    Q.   How close in time is the purchase of the Bugatti to it
19    being taken to Bentley of Miami because, as the document
20    states, the customer states that the car does not start?
21    A.   One day.
22    Q.   Okay.
23    A.   And you also see there at the bottom it says, "Okay to
24    charge customer over 10,000 in cash."  The total bill for the
25    services done was $10,720.54.
```

Gaitan - DIRECT - By Mr. Gonzalez                54

1    Q.   That was the repair bill for the Bugatti?

2    A.   Yes.

3    Q.   Okay.

4    A.   This is a form provided by Formula 1 in reference to that

5    service.

6    Q.   Is this from the records that you obtained from Formula 1?

7    A.   Correct.

8    Q.   Okay.

9    A.   Basically, it states that service and repairs due on the

10   vehicle are the sole responsibilities of the new owner, which

11   is Alvaro Lopez.  Formula 1 is not responsible for any balance

12   due on the vehicle.

13   Q.   Okay.  So the one, according to this document, who is

14   responsible for paying for the repair is Alvaro Lopez Tardon,

15   the owner, not Formula 1, the seller?

16   A.   Correct.

17        When payment was made, over 10,000 in cash, it required

18   Braman Motors to file an 8300 cash -- report of cash payment

19   over 10,000 form.

20   Q.   And we talked about this a little earlier.

21        Is that the form that businesses are required to fill out

22   anytime a customer pays more than $10,000 in cash?

23   A.   Yes.  Basically, it's similar to the CTR.  CTRs are

24   mandated by financial institutions and money transaction

25   institutions.

Gaitan - DIRECT - By Mr. Gonzalez                    55

 1        8300s are businesses that are not financially related.

 2   When they conduct business over $10,000 in cash, they are

 3   required to file this form.

 4   Q.   Now, does the Form 8300 have an area in it where you put in

 5   the name of the person who's actually physically standing at

 6   the business conducting the transaction?

 7   A.   Yeah.  The Part 1 states the identity of the individual who

 8   the cash was received -- who actually is conducting the

 9   transaction.

10   Q.   In this case, it was whom?

11   A.   Alvaro Lopez Tardon.

12   Q.   Now, does that form also have a line -- or an area to be

13   filled out when the person who is there at the business is

14   supposedly doing that transaction on behalf of someone else?

15   In other words, who is the actual owner of that money?

16        MR. SREBNICK:  Objection.  Compound, assumes facts not

17   in evidence.

18        THE COURT:  Sustained.

19        Rephrase your question.

20   BY MR. GONZALEZ:

21   Q.   Is there a section on the form entitled "Person on whose

22   behalf this transaction was conducted"?

23   A.   Yes.  It's listed under Part 2.

24   Q.   And what is supposed to be filled out in that area?

25   A.   On whose behalf the transaction was being done.

Gaitan - DIRECT - By Mr. Gonzalez                    56

1    Q.   And is that an area separate than the person who's actually

2    there, Section 1, Part 1, the person on -- the identity of the

3    individual from whom the cash was received?

4    A.   You've got to ask the question again.  I don't....

5    Q.   Sure.

6         We have an area on the form that asks for the identity of

7    the individual from whom the cash was received.  Correct?

8    A.   Yes.

9    Q.   Is that the person who is physically there at the business,

10   turning over the cash?

11   A.   Yes.

12   Q.   And if that individual says, "It is my cash," would he also

13   be the person on whose behalf the transaction was conducted?

14   A.   Correct.

15   Q.   So his name would either appear on both sections or just

16   the first section alone?

17   A.   Correct.

18   Q.   In this particular case, where it says "Person on whose

19   behalf this transaction was conducted," does it say "Alvaro

20   Lopez Tardon" or does it have the name of someone else?

21   A.   It has the name of Formula 1 Sports.

22   Q.   Okay.  And the amount is reflected on the form as well?

23   A.   Correct.  It also has the transaction of -- the date and

24   the method.  So you see there on Part 3, on December 8th, 2010,

25   total cash received was $10,720.  The company that filed the

 1   8300 was Braman Motors.

 2        The next document you'll see is the certificate of title

 3   issued by the State of Florida.  Again, it's a 2008 Bugatti and

 4   the registered owner is Alvaro Lopez Tardon.

 5   Q.  Okay.

 6   A.  And in the books, you're going to have to skip 11 and go to

 7   12 and 13 for the next count.

 8   Q.  Let me interrupt you.

 9        So we're clear, Count 11 is not part of that big sum of

10   money that came over from Spain.  Correct?

11   A.  Correct.

12   Q.  But 12 and 13 is?

13   A.  Yes.

14   Q.  All righty.

15   A.  So 12 and 13 are in reference to the purchase of a 2003

16   Ferrari Enzo.

17        And Count 12 is an initial down payment of $20,000 in

18   reference to this purchase.

19   Q.  Now --

20   A.  On --

21   Q.  Go ahead.

22   A.  -- January 12th, 2011, Alvaro Lopez Tardon sent $20,000 to

23   Steve Harris Imports.

24   Q.  And where is Steve Harris Imports?

25   A.  They're located in Utah.

1   Q.   Is that the seller of the Ferrari?

2   A.   Yes.  The dealership that's selling him the Ferrari.

3   Q.   Okay.  And that $20,000:  How is it paid to Steve Harris

4   Imports?

5   A.   This was done via a Visa sale, which was a debit card

6   transaction.

7   Q.   So it is a debit card that was given to Steve Harris

8   Imports and then the money deducted from that account?

9   A.   Well, we will see.  In the next statement, you'll see how

10   it comes out.

11       The Bank of America statement, -9920, you'll see that, on

12   January 13th, 2011, $20,000 was taken out of the account and

13   it's sent to Steve Harris Imports.

14   Q.   Okay.

15   A.   So on the 27th, it's the sales contract, the agreement to

16   purchase the Ferrari.  The listed buyers are Alvaro Lopez

17   Tardon and/or Sharon Cohen, The Collection Motor Sports of

18   Miami, LLC.

19       This is in reference to a 2003 Ferrari Enzo.  The agreed

20   purchase price was $999,190.  And you can see there the credit

21   for 20,000-dollar initial deposit was applied to the statement.

22   You'll see Alvaro Lopez's signature at the bottom.

23       Count 13 is the purchase, the wire transfer.  Again, you'll

24   see a Bank of America statement, Bank of America account ending

25   in -9920.  January 27th, there was a wire out to Steve Harris

 1    Imports.
 2         And the next page is the wire details.  The originator,
 3    you'll see on the left-hand side, is Bank of America, account
 4    ending in -9920, sent to the beneficiary, which is Steve Harris
 5    Imports.  A wire was transferred for $981,990.
 6    Q.  Now, this car is in Utah.  Correct?
 7    A.  Yes.
 8    Q.  And did you find documentation to indicate how it is that
 9    the car made its way from Utah down to Miami?
10    A.  Yes.  When I subpoenaed the dealership, they provided all
11    the documents in relation to this transaction.
12    Q.  Okay.
13    A.  And it led me to a company called Plycar, LLC.  This is a
14    shipping company.  They provided me a bill of lading.  This
15    was -- the originator was Steve Harris Imports, where the
16    vehicle was located, in Salt Lake City, Utah.  And it was to be
17    shipped to Miami, Florida, Alvaro Lopez Tardon's address.
18    Q.  At the Continuum?
19    A.  Yeah.  You'll see there the address is 100 South Pointe
20    Drive, Unit No. 3801, South Tower.
21    Q.  Next to the address, do you see there where it says
22    "Maverick" and it has a phone number?
23    A.  Yes.
24    Q.  And who signed as the receiver of the car?
25    A.  David Pollack.

Gaitan - DIRECT - By Mr. Gonzalez                    60

1   Q.   Okay.

2   A.   And, again, we have a copy of the title issued by the State

3   of Florida in reference to a 2003 Ferrari.  Registered owner is

4   Alvaro Lopez Tardon.

5        Now, going back to Count 11 -- you can go back to Count 11

6   in your books -- this is in reference to Brown Safe.  We see --

7   Q.   Let me interrupt you for one second.

8        So getting back to that first big chunk of money that we

9   talked about that came from Spain into one account, transferred

10  into the other account and then went to buy a Ferrari, the

11  Bugatti and the other cars that we talked about, we're now past

12  that and moving into separate transactions that no longer have

13  to do with that big chunk of money that came in.  Correct?

14  A.   Correct.  The amount of money as you noticed before was

15  roughly about $2.5 million was transferred over.  Those

16  purchases we just went over in these counts was roughly

17  approximate $2.3 million.

18  Q.   And those $2.3 million were spent in roughly what period of

19  time?

20  A.   Less than three months.

21  Q.   So in less than three months, he spent more than

22  $2 1/2 million -- or almost $2 1/2 million in cars?

23  A.   Yes.

24  Q.   And what those transactions -- did they occur in January,

25  some of them?

1   A.   Yeah.   They were November, December and January.

2   Q.   November, December and January.

3        And all of those cars that made up those transactions:

4   Were they seized by the FBI in July of that year?

5   A.   Yes, they were.

6   Q.   So all of those cars were still in Miami at that time?

7   A.   Correct.

8   Q.   And had been here for a number of months.   Correct?

9   A.   Yes.

10  Q.   Okay.   Let's go ahead and continue with the safe.

11  A.   Okay.

12       Moving on to Count 11, this is a purchase of a safe through

13  Brown Safe Company.   The first document you'll see is the

14  invoice.   This is the agreement for the purchase of the safe.

15  The initial price was 74,500 for the base model safe.

16       However, you'll see the following documents -- I'm not

17  going to go into detail about them, but there was

18  customizations ordered and -- which increased the actual

19  purchase price.   These are details of what custom items he had

20  put on the safe.

21       The next document shows basically there was a freight

22  charge and then an installation charge associated with moving

23  the safe.   White-glove installation to be determined.   It was

24  going to run about $17 00.

25       The total -- part of the description of the invoice details

Gaitan - DIRECT - By Mr. Gonzalez                62

 1    the installation.  This was to be put into a residential

 2    apartment building, 38th floor, which coincides with the

 3    Continuum apartment, which is located in 3801, 38th floor.

 4    Q.  And, in fact, was a search conducted at the Continuum?

 5    A.  Yes.

 6    Q.  And were you one of the individuals working in your

 7    capacity as a SWAT team member that went ahead and did that

 8    search?

 9    A.  Well, as a co-case agent on this case, yes, I was present

10    and I did see the safe myself.

11    Q.  And it was at the Continuum?

12    A.  Yes.

13    Q.  Okay.

14    A.  And then you'll see the total purchase price required for

15    this safe was $103,000.  That was done -- December 21st, 2010,

16    was the date listed on the invoice.

17        December 22nd, there was a cash deposit of $103,600.

18        According to this Bank of America deposit slip, account

19    ending in -7922, you'll see a cash deposit of $103,600 by

20    Alvaro Lopez.

21        The next document is the actual receipt of the cash into

22    Bank of America, again, into the account ending in -7922.

23        On the same day, going back to the statement of -7922,

24    there's a counter credit of $103,600.

25    Q.  Let me actually interrupt you there.

1        MR. GONZALEZ:  Your Honor, if we could go to the ELMO

2   for a second.

3        THE COURT:  Yes.

4   BY MR. GONZALEZ:

5   Q.  I want to show you that bank statement.  We have it in the

6   book.

7        The beginning balance is $5,677.  Correct?

8   A.  Correct.

9   Q.  And then Mr. Tardon walks in with $103,000 in cash?

10  A.  Yes.

11  Q.  $103,600 in cash?

12  A.  Yes.

13  Q.  Thereby increasing the balance.

14       And after the safe is paid for and the other charges that

15  he incurs, what's the balance on that account?

16  A.  Zero.

17       MR. GONZALEZ:  If we can go back to the computer, your

18  Honor.

19       THE COURT:  Yes.

20  BY MR. GONZALEZ:

21  Q.  Now, you told us that, similar to the 8300 for a business,

22  banking institutions have a requirement to fill out a currency

23  transaction report anytime somebody brings in more than

24  $10,000?

25  A.  Yes, they do.

1   Q.   In fact, was one done for this transaction?

2   A.   Yes.  In reference to the receipt of the money by Bank of

3   America, they issued a currency transaction report.  The person

4   who conducted the transaction was Alvaro Lopez.

5        The dollar amount was $103,600, again, to the Bank of

6   America account ending in -7922.  And the company that filed it

7   was Bank of America.

8        So Count 11 is the actual payment of the safe on the same

9   day, December 22nd, 2010.  There is a funds transfer request

10  form filled out by Alvaro Lopez Tardon for the amount of

11  $103,000 from -- requesting that funds be sent from his account

12  -7922 to Brown Safe Manufacturing.

13       And, in fact, if you look at the statement by Bank of

14  America, you'll see, on December 22nd, 2010, a wire out.

15  Beneficiary is listed as Brown Safe Manufacturing, in the

16  dollar amount of $103,000.

17       Again, we have wire details which state what I just said.

18  Q.   Now, before we get into Count 14, with regards to the safe,

19  he buys the safe on the 21st.  Correct?  That's when the

20  paperwork was filled out?

21  A.   The invoice was dated the 21st.

22  Q.   The 22nd, the very next day, he walks in with over $100,000

23  in cash, deposits it into his account and then that same day

24  has a wire sent to Brown Safe?

25  A.   Correct.

Gaitan - DIRECT - By Mr. Gonzalez                65

1    Q.   So this whole transaction takes the span of two days,

2    according to the paperwork, one day to buy, one day to deposit

3    and make payment?

4    A.   Yes.

5    Q.   Okay.

6    A.   That leads us to Count 14.  This is the purchase of a 2011

7    Mercedes-Benz G55.

8         During the search of Mr. Tardon's residence on the date of

9    arrest, we found multiple deposit slips and receipts in his

10   house and there were multiple money exchange receipts that were

11   collected.

12   Q.   Those have already been introduced as evidence.  Correct?

13   A.   Yes.

14   Q.   And we've seen the actual slips?

15   A.   Correct.

16   Q.   Did you photocopy them and put them into the presentation?

17   A.   Yes, I did.

18   Q.   Okay.

19   A.   So, basically, these lists were found at his residence,

20   part of our search.

21   Q.   That's when -- the day that he was arrested when you were

22   there when you saw the safe and the search warrant was

23   executed?

24   A.   Yes.

25   Q.   Okay.

Gaitan - DIRECT - By Mr. Gonzalez                66

```
 1   A.   And these are receipts of euro conversions.  You'll see

 2   here the first document on the top left is a World Foreign

 3   Exchange.  On June 7th, 2011, there was 50,000 euros taken for

 4   conversion and the issuance of $71,500 in US money.

 5   Q.   Let me stop you right there.

 6        World Foreign Exchange:  Is that a different company than

 7   the American Express that has been talked about during the

 8   course of the trial?

 9   A.   Yes, it is.

10   Q.   And the vendor, the person making this transaction:  What

11   is the name listed on this form?

12   A.   Sergio Mejias.

13   Q.   From what country?

14   A.   From Madrid, Spain.

15   Q.   So let's go back a second.

16        This is a purportedly 50,000 euros that were then converted

17   to $71,500?

18   A.   Yes.  It shows the conversion rate at 1.43 to equal

19   71,500 US dollars.

20   Q.   All right.  Go ahead and continue.

21   A.   As mentioned before, when you do a transaction in excess of

22   $10,000 in currency, it generates a CTR.  Here's another CTR

23   transaction in reference to that specific transaction.

24        Again, listed as the transactor is an individual by the

25   name of Sergio Martin Mejias.  He claims that he's a bus driver
```

Gaitan - DIRECT - By Mr. Gonzalez                    67

1   from Madrid, Spain.  Again, the transaction was -- happened on

2   June 7th, 2011, and the cash-out was $71,500.

3   Q.  So this is, according to the document here, a bus driver

4   that came in with 50,000 euros to go ahead and exchange?

5   A.  Correct.

6       And the next receipt we found was in reference to an Abbot

7   Financial Exchange.

8   Q.  Abbot Foreign Exchange?

9   A.  I'm sorry.  Abbot Foreign Exchange.

10  Q.  Again, this is a company different than World Foreign

11  Exchange, the receipt we just saw?

12  A.  Yes.

13  Q.  Both of which are different than AMEX that's been talked

14  about in the trial?

15  A.  Correct.

16  Q.  Okay.

17  A.  As you'll notice, the date of transaction is still

18  June 7th, 2011.

19  Q.  So this is the same day as the one before?

20  A.  Yes.

21      You'll see another euro conversion.  Notice 40,000 euros,

22  which converted to $58,000 in US dollars.

23      Again, there was another CTR filed in reference to that

24  transaction by Abbot Foreign Exchange.  Again, the individual

25  listed as who transacted it was Sergio Martin Mejias.

Gaitan - DIRECT - By Mr. Gonzalez                    68

1   Q.   The same person as before?

2   A.   Correct.  From Madrid, Spain.  This time, he claims to be a

3   bicycle dealer.

4   Q.   So in the first place -- in the first transaction, he's a

5   bus driver.  On the same date in another location, he's a

6   bicycle dealer?

7   A.   Correct.

8   Q.   And both of these were found in whose apartment?

9   A.   Alvaro Lopez Tardon's.

10  Q.   Okay.  Were there additional receipts found aside from

11  those two?

12  A.   Yes.

13  Q.   Okay.  What's the company?

14  A.   The company listed here is TGA Services, Inc.

15  Q.   So is this now again different than World Foreign Exchange,

16  Abbott and AMEX?

17  A.   Yes.

18  Q.   This is yet another place where exchanges of euros to

19  dollars is being conducted?

20  A.   Correct.

21       All -- here again, the date of transaction is June 7th,

22  2011.  Sergio Mejias.  He converts 50,000 euros, which --

23  receives 71,750 US dollars.  Also, 60,000 euros, which converts

24  to $86,100.

25  Q.   And looking at the times, the transaction on the right

Gaitan - DIRECT - By Mr. Gonzalez                69

```
 1    occurs at 9:27 in the morning.  Correct?
 2    A.   Correct.
 3    Q.   The one on the left occurs sometime after noon, eight
 4    minutes after 12:00?
 5    A.   Yeah.  About three hours later.
 6    Q.   Three-hour difference?
 7    A.   And, again, there was another CTR filed in reference to
 8    that transaction.
 9    Q.   So we have a bus driver first, a bicycle dealer second.
10    And now we have what?
11    A.   Now we have the same individual, Sergio Mejias, from
12    Madrid, Spain.  Now he's the owner of LA Blasa.
13    Q.   La Blasa, whatever that is?
14    A.   Yeah.  And the total amount transacted at the TGA Services
15    was cash-out equaled $157,850.
16    Q.   So, ballpark, how many dollars are we talking about in
17    these three transactions -- three or four transactions?  Was
18    there something found at Mr. Tardon's apartment totaling it up?
19    A.   There was, yes, a note handwritten in reference to what
20    you're seeing here.  This is a photocopy of it.  It totals up
21    the dollar amounts as equal to what the US dollar amounts were.
22    Came out to a total of $287,350.
23    Q.   Okay.
24    A.   This was found in his residence.
25    Q.   Okay.
```

Gaitan - DIRECT - By Mr. Gonzalez                70

1    A.   Again, all these transactions were done on June 7th, 2011.

2        Five days later, there's a purchase agreement to

3    Mercedes-Benz of Coral Gables.  This time it's -- Artemio Lopez

4    Tardon is the purchaser for a 2011 Mercedes-Benz G55.  Last six

5    of VIN is -190896.  The balance due on the purchase is

6    $131,879.13.

7        This transaction was done in cash payment.  $131,860 were

8    received by Mercedes-Benz of Coral Gables.

9    Q.   And this is, again, five days after all of these euros were

10   exchanged?

11   A.   Correct.

12   Q.   Okay.

13   A.   And part of the documents that were received from the

14   Mercedes-Benz of Coral Gables was this document which applies

15   towards his insurance information.  It's Palm Beach Insurance

16   Consultants, attention Alvaro Lopez.

17       As you see there on No. 2, it states to add the Mercedes

18   to -- the 2011 Mercedes-Benz vehicle that we're talking about

19   to the insurance policy.

20       And if you look down at No. 4, it says, "Add my brother,

21   Artemio Lopez, to the policy, but exclude him as a driver."

22   Q.   So euros are exchanged for dollars, the receipts of which

23   are found in Mr. Tardon's condominium, along with the notation

24   adding them up.

25       Five days later, Artemio buys a Mercedes-Benz, that G55,

Gaitan - DIRECT - By Mr. Gonzalez                    71

1    but the documentation indicates that Artemio is not allowed to

2    drive it, as least as far as the insurance papers is concerned?

3    A.   Correct.

4    Q.   Where was that G55 located when the FBI arrested

5    Mr. Tardon?

6    A.   Mr. Alvaro Lopez Tardon was driving that vehicle.

7    Q.   On the night that he was arrested?

8    A.   On the night he was arrested.  I seized it from the

9    Continuum.

10   Q.   When you say that he was driving it, was it in the parking

11   lot or was he actually physically driving it, coming down the

12   driveway into the Continuum?

13   A.   I saw him physically driving and we arrested him in the

14   parking lot.

15   Q.   In that car?

16   A.   In that car.

17   Q.   Okay.

18   A.   And, again, there was an 8300 filed because there was a

19   cash transaction over $10,000.  This one was filed by

20   Mercedes-Benz of Coral Gables.

21        You'll see here the individual for whom the cash was

22   received was Alvaro Lopez Tardon.  And in Part 2, you'll see

23   there was his person on whose behalf the transaction was

24   conducted.  It lists Artemio Lopez Tardon.

25   Q.   And, again, Artemio Lopez Tardon is his brother, who,

Gaitan - DIRECT - By Mr. Gonzalez                    72

1   according to the insurances papers, is not allowed to drive the

2   car?

3   A.   Yes.  Again, this transaction was done on June 11th, 2011.

4   And the dollar amount that was provided was $131,860.

5        MR. GONZALEZ:  Your Honor, at this time I have no

6   further questions of Agent Gaitan.

7        THE COURT:  We're going to break for lunch.

8        Do not discuss this case either amongst yourselves or

9   with anyone else.  Have no contact whatsoever with anyone

10  associated with the trial.

11       Do not read, listen or see anything touching on this

12  matter in any way, including anything on the Internet or

13  anything on any access device.

14       If anyone should try to talk to you about this case,

15  you should immediately instruct them to stop and report it to

16  my staff.

17       You may leave your materials in your chairs.  Please be

18  back in the jury room at 2:00.

19       (Whereupon, the jury exited the courtroom at 12:50 p.m.

20  and the following proceedings were had:)

21       THE COURT:  You may step down, sir.

22       (Witness excused.)

23       THE COURT:  You may be seated.

24       Let me just review with you the issue regarding the

25  juror so you can think about it over lunch.  You don't have to

 1    give me your positions now.

 2         Juror No. 7, who originally -- well, strike that.

 3         Juror No. 12 is -- had indicated during voir dire that

 4    he had a graduation May 17th, which is Saturday, through the

 5    19th, Saturday through Monday.

 6         Juror No. 7 had indicated during voir dire that she

 7    also had a graduation.  She originally stated to me in voir

 8    dire that it was the 17th, Saturday, through the 20th, which is

 9    Tuesday, and then she informed Patricia that it was actually

10    the 21st, which is Wednesday.

11         Additionally, she has a wedding June 7th, which is a

12    Saturday, through June 9th, which is a Monday.

13         Given Mr. Gonzalez's now revised length of time, he has

14    now indicated -- you were talking about Tuesday, Wednesday,

15    Thursday of next week, Mr. Gonzalez?  Based on what I told you,

16    an additional three days?

17         MR. GONZALEZ:  Yes.

18         THE COURT:  So he's now indicated that, with the 20th,

19    21st and 22nd, an additional three days, the Government will

20    finish its case.

21         How long do you expect your case to take, Mr. Srebnick?

22         MR. SREBNICK:  Less than two days, meaning no more than

23    two days.

24         THE COURT:  So replacing Juror No. 7, it looks like the

25    jury would receive the case either Friday, the 30th, or Monday,

 1      the 2nd.

 2              And if she remains and we have no trial through the

 3      21st, it looks like that would then -- the jury would then

 4      receive the case the 3rd, the 4th or the 5th.  She's traveling

 5      on the 7th through the 9th.

 6              I mean, jurors before have accommodated themselves in

 7      deliberations for people's travel schedules.  I mean, they

 8      could very well say, "We're not coming in on Monday because one

 9      of our members is not returning."

10              So the issue is:  Are we then not going to have trial

11      the 19th, the 20th, the 21st?  I think I'm not available on the

12      23rd.  That may change.

13              So it's a question of whether we have three days next

14      week or one, maybe two, days next week and continue to the next

15      week.

16              So think about it.  You can give me your positions

17      after lunch or -- it'll either have to be after lunch or at a

18      break as to how you want to proceed.

19              Right now, we're off on the 19th, coming back on the

20      20th, if she's released, and coming back on the 22nd, if she's

21      not released.

22              MR. SREBNICK:  Judge, I have an event next Friday, the

23      23rd, if we're still in session, at my high school.  I do an

24      award presentation every year.  They tell me that it's the

25      lunch hour, if the Court can accommodate me.

 1              THE COURT:  Where is your high school?

 2              MR. SREBNICK:  Ransom Everglades in Coconut Grove.

 3              THE COURT:  I think we can arrange to give you a short

 4     period of time, if we're sitting that day.

 5              MR. SREBNICK:  Thank you.

 6              THE COURT:  Well, think about what your positions are

 7     regarding her and the number of days off.  We still have

 8     everybody.

 9              So we have -- I think we have a sufficient amount of

10     alternate jurors, in the event that she's released, to continue

11     for the next two weeks.  We still have four alternates.

12              So we're in recess until 2:00.  Have a nice lunch.

13              (Thereupon, a luncheon recess was taken, after which

14     the following proceedings were had:)

15              THE COURT:  You may be seated.

16              We're back on United States of America versus Alvaro

17     Lopez Tardon, Case No. 11-20470.

18              Counsel, state your appearances, please, for the

19     record.

20              I'm sorry.  I got involved in an emergency issue.

21              MR. GONZALEZ:  No problem, Judge.

22              THE COURT:  I had two seconds to eat.

23              MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on

24     behalf of the United States.

25              MR. SREBNICK:  Howard Srebnick on behalf of Alvaro

 1   Lopez Tardon, who is present, with the aid of the interpreter.

 2        Also with me at counsel table, Cynthia Rodríguez.

 3        THE COURT:  So one other variable for the jurors.

 4        Juror No. --

 5        THE COURTROOM DEPUTY:  I'm sorry.  The headphone isn't

 6   working.

 7        THE COURT:  Is it working now?

 8        MR. SREBNICK:  Yes.

 9        THE COURT:  Okay.  Earphones are working now.

10        One other variable regarding the jurors for you to

11   think about:  Juror No. 16 wants to go to Tampa on the 29th for

12   a graduation.  So I propose we get started and we can take this

13   up at the break as to how we're going to proceed with the

14   jurors.

15        MR. SREBNICK:  Judge, we have a couple of scheduling

16   issues for today.

17        The prosecution has finished its direct with

18   Mr. Gaitan, Agent Gaitan.  As a courtesy, the prosecutor has

19   agreed to allow me to cross-examine him next week so that

20   Mr. Klugh can return and we can -- Mr. Klugh can catch up.

21        THE COURT:  Okay.

22        MR. SREBNICK:  Then the next witness is going to be a

23   Spanish National Police officer, Ibanez.  His direct is

24   expected to take a couple of hours.

25        There are some documents that the Government intends to

 1    present to the jury through Ibanez.  Those documents were

 2    disclosed to us during the trial, I would say, about a week

 3    ago -- maybe a week to ten days ago.

 4         THE COURT:  These are the documents from The Collection

 5    in Spain?

 6         MR. SREBNICK:  I don't believe so.  I think these are

 7    bank records which, I understand, suggest deposits of cash into

 8    the accounts associated with the Tardon family approximating

 9    $14 million over a ten-year period, more or less.

10         MR. GONZALEZ:  Yes.

11         MR. SREBNICK:  These are records that were not

12    disclosed to us before trial.

13         My first motion, of course, would be to exclude the

14    evidence.  My alternative motion then would be to allow me the

15    opportunity to have a few more days as a quasi-continuance of

16    the cross-examination.

17         I sent those records to Spain so that the folks in

18    Spain who have been assisting us can review them, I can consult

19    with them.

20         And if the Court's going to allow their admission, at

21    least I have a few days to understand what they are.  It's

22    voluminous bank records.

23         So --

24         THE COURT:  So are you requesting that this direct not

25    go forward today?

1          MR. SREBNICK:  No.  I'm requesting that the

2    cross-examination not go forward in the event that the Court is

3    going to allow the evidence in.

4          THE COURT:  Okay.  Mr. Gonzalez?

5          MR. GONZALEZ:  Yes, your Honor.

6          What the records are -- and it was turned over a little

7    more than a week ago, but, nevertheless, clearly after the

8    trial had started -- there are a number of accounts associated

9    with the Defendant, his family members and businesses in Spain.

10         And I asked -- when the trial started, I asked the

11   Spanish National Police if they could go back to those accounts

12   and come up with an accounting of how much euros in cash were

13   deposited into those accounts during the time period of our

14   conspiracy.

15         They went ahead and did that.  It comes up to just

16   under 15 million euros.  They went ahead and sent me a CD with

17   those bank statements from all of the banks in an Excel form.

18         The agent who would be testifying now went ahead and

19   explained to Mr. Srebnick how to search through it by bank, by

20   criteria, to get it all sorted out.

21         So it's not a question of stacks of paper that were

22   given to him that he would have to sift through, but, rather,

23   it's already in an Excel form where they would simply -- which

24   is the way the banks turned it over to the police in Spain.  So

25   that's the situation with that.

1        THE COURT:  So you're going to seek to introduce what

2   through this witness?

3        MR. GONZALEZ:  What I'm going to seek to introduce

4   through the witness -- and your Honor has a copy of it up

5   there -- is simply a summary chart of the bank and the amounts

6   of monies deposited.

7        THE COURT:  It's this yellow and green chart?

8        MR. GONZALEZ:  Yes.  Yes.  Each page is a bank and

9   then, on the last page, it has a total.

10       THE COURT:  So you're going to seek to admit the

11   summary chart itself?

12       MR. GONZALEZ:  Yes, your Honor.

13       THE COURT:  Mr. Srebnick, the Government has indicated

14   that they're going to seek to admit the summary chart.

15       Does it have a number?

16       MR. GONZALEZ:  Yes.  That is Government's Exhibit 221.

17       THE COURT:  Are these records in evidence?

18       MR. GONZALEZ:  They are not in evidence, your Honor.

19       THE COURT:  So how would you introduce a summary chart

20   pursuant to -- I believe it's 1003?

21       MR. GONZALEZ:  I believe the rule simply requires --

22   I'll check it now to double-check -- that --

23       THE COURT:  1006.

24       MR. GONZALEZ:  -- that they be made available to the

25   defense, but it doesn't require that the records themselves be

80

```
 1    introduced into evidence.  I'll pull up the rules to confirm.

 2         Alternatively, Judge, I can also move the disc in.

 3    That's not a problem.

 4         THE COURT:  And when did you receive this evidence,

 5    Mr. Gonzalez?

 6         MR. GONZALEZ:  I went ahead -- and it was delivered by

 7    Mr. Lujan when he arrived to testify, which was about a week

 8    and a half ago, I think.  The day that I received it, the next

 9    morning I turned it over to the defense.

10         THE COURT:  He testified on May 9th.

11         MR. GONZALEZ:  So, then, it would be -- what day of the

12    week was that, your Honor?  I can tell you when it is that I

13    turned it over.

14         I came in over the weekend and I turned it over the

15    following Monday, whenever that was.

16         THE COURT:  May 9th was a Friday.

17         MR. GONZALEZ:  So, then, it had to have been turned

18    over that Monday.

19         THE COURT:  The 5th?

20         MR. GONZALEZ:  The 5th.  Ten days ago.

21         THE COURT:  I'm going to deny the motion to exclude

22    this evidence and any testimony regarding this evidence.

23         This evidence was turned over.  Trial began on May 1st,

24    I believe.  We were picking a jury on the 30th and the 1st, the

25    30th of April and May 1st.
```

1          So this evidence was turned over to the defense on

2    May 5th.  And I find -- so there have been two weeks of trial

3    since the turnover of this evidence, which has given the

4    Defendant an opportunity to examine the evidence.

5          I will grant the Defendant an opportunity to

6    cross-examine the witness.  We now have a three-day weekend at

7    least.  And Mr. Srebnick has indicated that he's working on an

8    analysis of these records and would be prepared to

9    cross-examine the witness when we return next week.

10          I find that the Government turned over the evidence --

11    disclosure of the discovery immediately on the receipt of this

12    evidence, and I don't find that there's unfair prejudice to the

13    Defendant in my allowing this evidence to go forward, given the

14    fact that the Defendant will have an opportunity to examine it

15    over the weekend and prepare for cross-examination of the

16    witness.

17          So are we ready for the jury?

18          MR. GONZALEZ:  Yes, your Honor.  I'll get the witness.

19          MR. SREBNICK:  Judge, will you let the jury know we're

20    calling this witness out of turn?

21          THE COURT:  Yes, I will.

22          (Whereupon, the jury entered the courtroom at 2:33 p.m.

23    and the following proceedings were had:)

24          THE COURT:  You may be seated.

25          Ladies and gentlemen of the jury, welcome back from

Alfaro - DIRECT - By Mr. Gonzalez                82

 1    lunch.

 2              There's going to be a witness called out of turn for

 3    the convenience of the parties and the witness, and the witness

 4    who was previously on the stand will return next week for

 5    cross-examination and redirect.

 6              So call your next witness, please.

 7              MR. GONZALEZ:  Thank you, your Honor.

 8              The United States would call Alvaro Ibanez Alfaro.

 9              ALVARO IBANEZ ALFARO, GOVERNMENT WITNESS, SWORN

10              THE COURTROOM DEPUTY:  Thank you.  You may be seated.

11              Please state your full name for the record.

12              THE WITNESS:  Alvaro Ibanez Alfaro.  My first surname

13    is Ibanez.

14                          DIRECT EXAMINATION

15    BY MR. GONZALEZ:

16    Q.  Mr. Ibanez, who do you work for and what is your title?

17    A.  I work with the Spanish National Police, and my title is

18    inspector.

19    Q.  And what group do you work for?

20    A.  I work with the anti-money laundering brigade, and I lead

21    Group 24 that is part of that brigade.

22    Q.  Now, Mr. Ibanez, do you speak a little bit of English?

23    A.  Yes.

24    Q.  Is Spanish your native tongue, however?

25    A.  Yes.

Alfaro - DIRECT - By Mr. Gonzalez                    83

1   Q.   And is it easier for you to testify to the ladies and

2   gentlemen of the jury in Spanish?

3   A.   Yes.

4   Q.   So I'm going to ask you, if you can -- when I ask the

5   questions, I will ask them in English.  Please, even though you

6   may know the answer, give the interpreter an opportunity to

7   translate it into Spanish and then please answer in Spanish and

8   give her an opportunity to translate it into English.  That

9   way, the court reporter can go ahead and take an accurate

10  record of everything that's happening.

11  A.   Agreed.

12  Q.   Now, sir, can you tell us a little bit about your

13  background.  Where were you born?

14  A.   Madrid.

15  Q.   And did you attend university in Madrid?

16  A.   Yes.

17  Q.   What years?

18  A.   I attended university between the years of 1993 through

19  1997, and I have a college degree in business administration.

20  Q.   Now, sir, have you ever testified before in a court in the

21  United States?

22  A.   No.

23  Q.   And did you and I talk about the testimony that you would

24  be asked to give today?

25  A.   Yes.

Alfaro - DIRECT - By Mr. Gonzalez                84

1    Q.   And the testimony that you're going to be testifying, does

2    it involve a lot of dates and figures?

3    A.   Yes.

4    Q.   And did you write down some notes to help you remember the

5    different dates, the different figures and things of that

6    nature?

7    A.   Yes.  I have them here.

8    Q.   That's what I was getting at, since you reached over and

9    grabbed some papers.

10        So if you need to refresh your recollection by looking at

11   that, just let us know and feel free to do that.

12   A.   Agreed.

13   Q.   Now, I want to talk a little bit about your work experience

14   before you joined the Spanish National Police.

15        When you graduated with your degree in business, where did

16   you work?

17   A.   I went to work at a city in Spain, Valencia, as an auditor.

18   Q.   And was that an auditor in a private company?

19   A.   Yes.

20   Q.   After that, did you go into the military in Spain?

21   A.   Yes.

22   Q.   What branch?

23   A.   The Navy.

24   Q.   And was that part of the obligatory military time in Spain?

25   A.   Yes.

Alfaro - DIRECT - By Mr. Gonzalez                85

1    Q.   After that, did you go back to work in the private sector?

2    A.   Yes.

3    Q.   Was it in the banking sector?

4    A.   Yes.  At a bank by the name of Bankinter.

5    Q.   B-a-n-k-i-n-t-e-r, Bankinter?

6    A.   Yes.

7    Q.   And was it working at Bankinter that you decided and

8    applied to join the police force?

9    A.   Yes.

10   Q.   Is there a test that you have to take in order to join the

11   police academy?

12   A.   Yes.

13   Q.   Did you pass that exam and go to the police academy in

14   Spain?

15   A.   Yes.

16   Q.   And roughly how long was your time in the police academy?

17   Normally, how long is it for someone to become a member of the

18   Spanish National Police?

19   A.   For an individual who wants the rank of inspector, you have

20   to spend two years at the academy and then seven years of

21   practical training.

22        MR. GONZALEZ:  Seven years or seven months?

23        THE INTERPRETER:  Correction from the interpreter:

24   Seven months of practical training.

25

Alfaro - DIRECT - By Mr. Gonzalez                86

1   BY MR. GONZALEZ:

2   Q.   And did you, in fact, graduate with the rank of inspector?

3   A.   Yes.

4   Q.   Once you graduated, what was the first place that you were

5   sent to and what types of work did you do there?

6   A.   I was sent to a city, Bilbao, and I was engaged in

7   terrorism investigations.

8   Q.   And did there come a time after that that you transferred

9   to Madrid?

10  A.   Yes.

11  Q.   When was that?  What year?  And to what unit were you

12  transferred?

13  A.   That was in March of 2006.  And I was designated to the

14  anti-money laundering squad.

15  Q.   And did you take any kind of money laundering training as

16  part of that squad?

17  A.   Yes.  I underwent a two-week course provided by the actual

18  police department, and then on my own, privately, I attended

19  university for six months, taking a course on the same topic.

20  Q.   And is that a course that was given by the accounting firm

21  KPMG?

22  A.   Yes.

23  Q.   And have you been working continuously in the area of money

24  laundering in Spain since then?

25  A.   Yes.

Alfaro - DIRECT - By Mr. Gonzalez                    87

1    Q.   So roughly how many years?

2    A.   I have been doing this for approximately eight years.

3    Q.   And over the course of those eight years, roughly how many

4    different money laundering cases have you had some involvement

5    in?

6    A.   Indirectly, I have assisted with approximately

7    250 different investigations, and I have also led personally

8    approximately 35 investigations.

9    Q.   Now, drawing your attention to the case that brings you

10   here to testify, when did you first receive any information

11   about this case and how was it that you received it?

12   A.   That was in November 2008 -- no.  Forgive me.

13        That was 2009.  And I received a report from a Spanish

14   agency known as SEPLAC, S-E-P-L-A-C.  This is from a group that

15   engages in financial investigations.

16   Q.   Is that a part of the Spanish Government?

17   A.   Yes.  That is a department of the Government.  And it came

18   about because of the requirements of some -- of a law of the

19   European Union which created an anti-money laundering agency.

20   Q.   Did that law of the European Union mandate that member

21   countries create an anti-money laundering unit within its

22   Government?

23   A.   Yes.  In Spain, the law in 1993 was promulgated and then

24   SEPLAC was created.

25   Q.   And does SEPLAC pass on leads to investigative agencies

Alfaro - DIRECT - By Mr. Gonzalez                88

 1   such as the one that you're involved in?

 2   A.   Yes.  What SEPLAC actually does is receive information from

 3   the banks, for example, information that the banks have

 4   considered to be suspicious in regards to money laundering.

 5   This information is forwarded to us as well as to the judicial

 6   police and the courts.

 7   Q.   Now, in this particular case, based on that information,

 8   did you open up an investigation?

 9   A.   Yes.

10   Q.   And at the time that it first started, was it a secret

11   investigation or was it an -- open information?  And when I say

12   "secret," I mean unknown to the people you were investigating.

13   A.   It was a secret investigation because that was a decision

14   of the Court or the judicial authorities.

15   Q.   And as part of your investigation, did you start gathering

16   information from different sources, specifically sources within

17   the Spanish Government?

18   A.   Yes.

19   Q.   And was one of those entities the taxing authority?

20   A.   Yes.

21   Q.   Did you ask for information -- well -- from a number of

22   people?  Let's start with that.

23   A.   Individuals and companies.

24   Q.   And who are some of the individuals whom you sought

25   information from?

Alfaro - DIRECT - By Mr. Gonzalez                89

 1   A.   These individuals were Alvaro Lopez Tardon, Artemio Lopez

 2   Tardon, Maria de las Nieves Tardon Lopez, Maria del Patricinio

 3   Tardon Torrego and others.

 4   Q.   Who else?

 5   A.   Julio Cesar Fraile Garcia and others.

 6        As far as companies --

 7   Q.   Before we get into the companies, let me ask you about a

 8   couple more people.

 9        Did you ask for any information about Sharon Cohen?

10   A.   Yes.  That is correct.  I had forgotten it.

11   Q.   What about David Pollack?

12   A.   Him as well.

13   Q.   Fabiani Krentz?

14   A.   As well.  Yes.

15   Q.   Now, were there -- you started to tell us that you also

16   requested information from companies.

17        What companies did you obtain information from?

18   A.   Castelló 22.

19   Q.   What was Castelló 22?

20   A.   It is a corporation created to engage in butchering.

21   Q.   Like a butcher shop?

22        THE INTERPRETER:  Correct.  Butcher shop.

23   BY MR. GONZALEZ:

24   Q.   Where someone would go to buy steaks or chicken or

25   something?

Alfaro - DIRECT - By Mr. Gonzalez                90

1    A.   Yes.

2    Q.   Now, did there come a point later on in your investigation

3    where you went to the physical location where the butcher shop

4    was located?

5    A.   Yes.

6    Q.   At the time you went, was it still operational or was it

7    closed?

8    A.   The butcher shop was closed.

9    Q.   The space that the butcher shop occupied:  Could you tell

10   us roughly how large it was?

11   A.   I believe approximately that it would have been about a

12   fourth of the size of this room.

13   Q.   So if I were standing in between those two tables, would it

14   basically be that section there, roughly?

15   A.   Yes.  Approximately.

16   Q.   What other companies did you obtain information on?

17   A.   The Collection Exotic Cars, Vanaklum.

18   Q.   Let me stop you there.

19        What -- Vanaklum:  Who were the owners of that corporation?

20   A.   Brothers Alvaro and Artemio Lopez Tardon.

21   Q.   And what did Vanaklum do?

22   A.   Mostly it would import vehicles that then it would sell to

23   The Collection Exotic Cars, which was the entity that sold them

24   to the public.

25   Q.   And in your review of the records, did Vanaklum sell cars

Alfaro - DIRECT - By Mr. Gonzalez                91

1    to anybody other than The Collection?

2    A.   I believe that, if memory doesn't fail me, it did not.

3    Q.   Did there come a time later on when Vanaklum and The

4    Collection became one company?

5    A.   Yes.  I believe that took place in September of 2009, when

6    the two companies merged through a takeover.  Vanaklum actually

7    took over The Collection.

8    Q.   But were the owners of both companies the same people?

9    A.   Yes.  The owners were the brothers Alvaro and Artemio Lopez

10   Tardon on a 50/50 partnership.

11   Q.   Did you obtain any records from a company called Kyte

12   School?

13   A.   Yes.

14   Q.   What was Kyte School?

15   A.   Its main purpose initially was the holding of a real estate

16   property and, actually, a warehouse used to store vehicles that

17   then were brought out to market.

18   Q.   Did it own the building that housed the larger of the

19   showrooms for The Collection?

20   A.   Yes.  It was located in Madrid, an area call Villa Viciosa,

21   and, yes, it was the larger of the two showrooms.

22   Q.   And did it own any other real estate aside from that

23   building?

24   A.   No.

25   Q.   Who were the owners of Kyte School?

Alfaro - DIRECT - By Mr. Gonzalez                92

1   A.   Artemio Lopez Tardon, Maria de las Nieves Tardon Lopez,

2   Julio Cesar Fraile Garcia, Maria del Patricinio Tardon Torrego.

3   Q.   Now, Artemio Lopez Tardon:  What is his relationship to

4   Alvaro Lopez Tardon?

5   A.   His brother.

6   Q.   And Maria de las Nieves Tardon Lopez, what is her

7   relationship, if any, to Artemio and Alvaro?

8   A.   She is their sister.

9   Q.   And Maria del Patricinio:  What is her relationship, if

10  any, to the three brothers and sisters?

11  A.   She's the mother of the three siblings.

12  Q.   Now, the other person you mentioned, Julio Cesar Fraile:

13  Is that one of the people that you originally requested

14  information from?

15  A.   Yes.  Because his name was included among the information

16  received from the entity that we mentioned before, SEPLAC.

17  Q.   Let me stop you there because I don't want you to tell us

18  about the information that you received from SEPLAC.

19       At the conclusion of your investigation, were there a

20  number of people that were arrested?

21  A.   Yes.

22  Q.   Was Julio Cesar Fraile one of the ones arrested?

23  A.   Yes.  In his case, he was arrested and the judge issued a

24  pretrial detention order.

25  Q.   Now, getting back to the companies that you asked for some

Alfaro - DIRECT - By Mr. Gonzalez                      93

1   information on, was one of those companies a company by the

2   name of Luxhouse?

3   A.   Yes.   Luxhouse International Rent Apartment.

4   Q.   And who were the owners of Luxhouse International Rent

5   Apartment?

6   A.   Artemio Lopez Tardon, Maria del Patricinio Tardon Torrego,

7   Pedro Pineda de la Loza, Fabiani Krentz, Irene Corpa Aparicio

8   and Aranzazu Marcos Garros.

9   Q.   The name Arancha:  Is that a common name or an uncommon

10   name in Spain?

11   A.   Arancha is a common name.

12   Q.   And according to the paperwork that you received, what was

13   it that Luxhouse did?

14   A.   Luxhouse's activity limited themselves to the opening of a

15   checking account at a bank with a deposit of 600,000 euros and

16   then the transfer of the entire amount to an account in the

17   United States.

18   Q.   In Spain, is there a system where, when people retire after

19   working their career, they receive money from the Government?

20   A.   Yes.

21   Q.   And where does the money come from in order to pay the

22   people that are retired?

23   A.   From the Government itself.

24   Q.   How does the Government get it?  Who contributes to that

25   fund?

Alfaro - DIRECT - By Mr. Gonzalez                94

 1    A.   The workers make those contributions through an institution

 2    that we call Social Security.

 3    Q.   When an individual is working in Spain, does their employer

 4    have to go ahead and contribute to the Social Security fund?

 5    A.   Yes.  It's mandatory.

 6    Q.   And does the Social Security Administration or whatever

 7    entity of the Spanish Government that handles this -- do they

 8    keep records as to who was working at what place in order to

 9    keep track of the amount of Social Security collected?

10    A.   Yes.  There are records with exact dates.

11    Q.   And as part of your investigation, did you ask for the

12    Social Security records of different individuals in the

13    investigation?

14    A.   Yes.

15    Q.   And based on that, could you come up with a list of the

16    different places they worked and for how long?

17    A.   Yes.  And it's quite accurate.

18    Q.   We'll get to that in one moment.

19         But I want to ask you about the other types of information

20    that you went ahead and obtained during your investigation.

21         Did you obtain authority to go to different banks and

22    request copies of banking records?

23    A.   Yes.

24    Q.   And how many banks in Spain did you go to to get documents

25    and for how many different accounts, approximately?

Alfaro - DIRECT - By Mr. Gonzalez                95

 1   A.   I seem to remember that it was approximately some

 2   12 different banks.  And as far as the accounts -- this is also

 3   approximately -- maybe 75 accounts.

 4   Q.   Did you also obtain automobile records during your

 5   investigation?

 6   A.   Yes.

 7   Q.   Showing you Government's Exhibits 192, 193, 194, 195, 196,

 8   197, 198 and 199, are these some of the records that you

 9   obtained during your investigation?

10   A.   Yes.

11   Q.   As part of your investigation, did you execute search

12   warrants?

13   A.   Yes.  Several.

14   Q.   And was one of those search warrants executed at The

15   Collection Motor Sports?

16   A.   Yes.  In The Collection Exotic Cars.

17   Q.   And the documents that I showed you, those Government's

18   exhibits:  Were those obtained during that search?

19   A.   Yes.

20        MR. GONZALEZ:  If we could have the ELMO, your Honor.

21        THE COURT:  Sure.

22   BY MR. GONZALEZ:

23   Q.   Showing you Government's Exhibit 197, so that we all know

24   what we're talking about, this is an example of one of the

25   documents.  This happens to be the invoice purportedly of a

Alfaro - DIRECT - By Mr. Gonzalez                96

1  Mercedes-Benz S600 sold to Sharon Cohen?

2  A.  Yes.

3  Q.  And those are some of the types of records that you went

4  ahead and obtained from The Collection?

5  A.  Yes.

6  Q.  Did you also execute a search warrant at the address -- or

7  at the house in Azaleas?

8  A.  Yes.

9  Q.  We'll talk about that one in a moment as well.

10     Were you also able to identify who the accountant was for

11  The Collection Exotic Cars?

12  A.  Yes.

13  Q.  And did you obtain any kinds of records from the

14  accountant?

15  A.  Yes.

16  Q.  What types of records did you get and how did you go about

17  getting them?

18  A.  They were obtained through a judicial order that required

19  or mandated that he submit those documents to me.  And they

20  included some ledgers -- accounting ledgers, that according to

21  the law in force in Spain, it is mandatory to keep those

22  books -- accounting books.

23  Q.  Let me show you what's been marked as Government's

24  Exhibit 171, composite, and ask you if you recognize this.

25  A.  Yes.  I recognize it.

Alfaro - DIRECT - By Mr. Gonzalez          97

1   Q.   Now, the ledgers that you spoke about -- first of all,

2   what's the name of the accountant that you got them from?

3   A.   The name of that firm was Nieto & Associates.  And I

4   believe that the individual who was the head of this firm, the

5   last name was Nieto, Ruben Nieto.

6   Q.   And in the exhibit in front of you, are there accounting

7   ledgers for different years?

8   A.   Yes.  From 2007 to 2009, both years included.

9   Q.   And was there a point when Spanish law allowed accountants

10  to go ahead and keep these records and submit them to the

11  Spanish Government in electronic form?

12  A.   Yes.  Initially, it was required to keep the hard copy of

13  the ledgers.  And later on, it was allowed to submit them

14  electronically.

15  Q.   The exhibit that you have:  Does it have hard copies for

16  some of the years and a compact disc?

17  A.   Yes.  That is correct.  For 2007 and 2008, we have the hard

18  copies.  And for 2009, we have the CD.

19  Q.   And the CD that you have in front of you:  Is that a true

20  and correct copy of the ledger in electronic form for that

21  year, for 2009?

22  A.   Yes.

23  Q.   Are they in the same or substantially the same condition as

24  when you obtained them?

25  A.   Yes.  That's right.

Alfaro - DIRECT - By Mr. Gonzalez                    98

1          MR. GONZALEZ:  Your Honor, at this time we'd move

2    Government's Exhibit 171 into evidence.

3          MR. SREBNICK:  No new objection.

4          THE COURT:  It will be admitted as Government's

5    Exhibit 171, composite.

6          (Whereupon, Government's Exhibit No. 171, Composite,

7    was entered into evidence.)

8          THE COURT:  You may publish.

9    BY MR. GONZALEZ:

10   Q.  Now, Inspector Ibanez, just by way of example, this is for

11   2007.  Correct?

12   A.  Yes.

13   Q.  And there are a number of pages with individual

14   transactions.  Correct?

15   A.  Yes.

16   Q.  And in parts of the ledgers, are they listed in date order?

17   A.  Yes.

18   Q.  And then is there a transaction number assigned for each

19   one?

20   A.  Yes.

21   Q.  And then whatever the financial transaction was?

22   A.  Yes.

23   Q.  And is there an obligation that, whenever a financial event

24   happens in a business, that there be a recording of that event?

25   A.  Yes.

Alfaro - DIRECT - By Mr. Gonzalez                99

1   Q.  So if on, let's say, hypothetically, January 1st of 2009, a

2   check was written by the company, then would that appear on the

3   ledger, January 1st, 2009, check, and then a debit for whatever

4   amount it was?

5   A.  Yes.

6   Q.  And then, assuming that that was the first transaction on

7   January 1st, would it be assigned Transaction No. 1?

8   A.  Yes.

9   Q.  And there would be a part of the ledger where each

10  transaction would be in date order.  Correct?

11  A.  Yes.

12  Q.  And at the end of the year, when the ledgers are

13  reconciled, would there also be a part of the ledger that has

14  everything broken down by category?

15  A.  Yes.

16  Q.  So, for example, if during the course of the year, let's

17  say, the same customer bought five of a particular product, you

18  could find it by the dates or you could go to a part where that

19  customer is and you could see all the transactions for that

20  customer?

21  A.  Yes.

22  Q.  Along that same lines, if the shareholders of a company

23  made loans to the company, would that be recorded in the

24  ledger?

25  A.  Yes.

1    Q.   And you would be able to go to the ledger that lists the

2    particular partner and see what loans had been made either from

3    the partner to the corporation or from the corporation to the

4    partner?

5    A.   Yes.

6    Q.   So, for example, in the 2008 book for The Collection Exotic

7    Cars, what is prestamo -- well, what is this?

8    A.   That is an accounting list.  Yes.  It's an item that could

9    represent money lent to the partner.

10        In this case, it could be money lent to the partner.  In

11   this case, it could be to Alvaro Lopez Tardon, one of the

12   owners, or the partner lending money to the company.

13        It all depends whether it is in the debit or the credit

14   column, whether it's the partner lending to the company or vice

15   versa.

16   Q.   So there would be a credit and debit column?

17   A.   Yes.

18   Q.   So you would have to look across to be able to tell whether

19   or not the loan was being made from the partner to the business

20   or from the business to the partner?

21   A.   Yes.

22   Q.   We'll get to that in a moment.

23        Looking at this page here, what is this category where it

24   says "Socios," s-o-c-i-o-s?

25   A.   When we speak about socios, it could mean -- or could refer

1    to Alvaro Lopez Tardon or Artemio Lopez Tardon that may have

2    lent money to the company or they could have received that

3    money.  It all depends where it is noted or written down,

4    whether it's in the debit column or the credit column.

5    Q.   And does "socios" mean "partners"?

6    A.   I believe so.

7    Q.   And the two partners of The Collection are who?

8    A.   Alvaro and Artemio Lopez Tardon.

9    Q.   And showing the disc that's contained in there, this is, in

10   essence, the same thing, but in a digital format?

11   A.   Yes.

12   Q.   Now, you talked about the Social Security records, and I

13   told you that we would get back to them.

14        With regards to Alvaro Lopez Tardon, were you able to piece

15   together his employment history in Spain?

16   A.   Yes.  Quite accurately.

17   Q.   Starting in December of 1992, where did Mr. Tardon start

18   working?

19   A.   At a small company.  He was there for 182 days.  The name

20   of the company was Mail Soft Iberica.

21   Q.   I-b-e-r-i-c-a?

22   A.   With a "c," yes.

23   Q.   When did he stop working at Mail Soft Iberica?  What month?

24   What year?

25   A.   He worked there from December 23rd of 1992 until June 22nd,

1    1993.

2    Q.   When was the next time that any employment was shown for

3    Alvaro Lopez Tardon?

4    A.   November 12th, 2002.

5    Q.   So from June of 1993 until November of 2002, there was no

6    employment shown for Mr. Tardon in Spain?

7    A.   That is correct.

8    Q.   And starting in November of 2002, where did he start

9    working?

10   A.   At a company called Castelló 22.

11   Q.   Is that the one that you talked about earlier, the butcher

12   shop?

13   A.   That is correct.

14   Q.   For how long did he work there?

15   A.   From November 12th, 2002, to January 31st, 2004.

16   Q.   After January of 2004, when is the next time that any

17   employment is shown in Spain by Mr. Tardon?

18   A.   October 11th of 2006, at a company called Monpladon.

19   Q.   M-o-n-p-l-a-d-o-n?

20   A.   M-o-n-p-l-a-d-o-n.

21   Q.   Who is the owner of that company?

22   A.   Julio Cesar Fraile Garcia.

23   Q.   The same one that was one of the owners of Kyte School?

24   A.   Yes.

25   Q.   And from what date to what date did Mr. Tardon work there?

Alfaro - DIRECT - By Mr. Gonzalez                    103

```
 1    A.   October 11th of 2006 to February 7th, 2007.

 2    Q.   And did those dates correspond with anything else that was

 3    going on with Mr. Tardon?

 4    A.   Yes.  At that time, he was under judicial order.  He had

 5    been arrested.  He was on pretrial detention.

 6    Q.   Let me clarify.

 7         Was he locked up or was he on house arrest?

 8    A.   He was in prison.

 9    Q.   Was he released at one point with certain conditions?

10    A.   I am not aware of that.

11    Q.   Let me make sure that I'm understanding you.

12         When you say that he was incarcerated, physically where was

13    he?

14    A.   In a jail.  In a prison.

15    Q.   If he was in the prison, how could he be working for Cesar

16    Fraile?

17    A.   During a period of time, what was -- what he was doing was

18    that he had to go there and sleep at night.

19    Q.   When you say "sleep at night" there, are you referring to

20    the jail?

21    A.   Yes.  That is a jail which is called Victoria Kent.

22    Q.   And during the day, in order to be released, what would he

23    have to be doing?

24    A.   I can guess, but it would be just a supposition on my

25    part --
```

1   Q.   Well, let me ask you not to guess.  If you don't know, then

2   we'll leave it at that.

3        But is that the period of time when the records show that

4   he was working for Monpladon?

5   A.   Yes.

6   Q.   And after that, do the records show him starting to work at

7   The Collection?

8   A.   Yes.  February 9, 2007.

9   Q.   Now, with regards to his brother, Artemio Lopez Tardon,

10  what types of businesses did Artemio first start off working

11  at?

12  A.   In small food and beverage services or businesses, from the

13  years 1989 through 1996.  But -- he did that not continuously,

14  but on and off.

15  Q.   Doing what kind of work?  Do you know?

16  A.   As a waiter.

17  Q.   And in 1996, is there record of him starting to work

18  someplace else?

19  A.   Yes.  It appears that he started working as a butcher on

20  December 10th of 1996.

21  Q.   And what business was he working under?

22  A.   The business name was Castelló 22.  However, the

23  corporation did not exist yet.  Everything was done under his

24  own tax identification number.

25  Q.   And did there come a time when he incorporated Castelló 22

 1   and, in turn, the business started and had its own tax ID

 2   number?

 3   A.   Yes.  The corporation was created on January 4th of 2001.

 4   Q.   And when did the corporation close?  Do you remember what

 5   year?

 6   A.   Approximately in January of 2004.

 7   Q.   And from January of 2004, when is the next time that

 8   Artemio Lopez Tardon shows up at working in Spain?

 9   A.   December 1st, 2005.

10   Q.   And where is that?

11   A.   Self-employed in the vehicle business -- or the car

12   business.

13   Q.   And does he eventually begin to work at The Collection

14   Motor Sports?

15   A.   Yes.

16   Q.   What year?

17   A.   Exactly when he began:  December 1st, 2005.

18   Q.   Now, Maria de las Nieves, the sister:  What is her

19   employment?

20   A.   You mean previously or currently?

21   Q.   Starting from the beginning.

22   A.   Yes.  She worked for one single month, that is, from

23   August 1st, 1993, through August 31st, 1993, until the time

24   when she started working at The Collection Motor Sports, which

25   was May 13, 2008.

1    Q.   So her entire employment up to The Collection consisted of

2    working one month?

3    A.   Yes.

4    Q.   And the mother, Maria del Patricinio?

5    A.   She was working as a housekeeper, cleaning homes, from 1960

6    through 1971.  In 2003, she starts working at Castelló 22.

7    Q.   So from 1971 until 2003, there's no employment for the

8    mother?

9    A.   Precisely.  There is no information.

10   Q.   Is there no information or are there no records of her

11   employment?

12         THE INTERPRETER:  From the interpreter:  There are no

13   records.

14   BY MR. GONZALEZ:

15   Q.   And then, starting in 2003, where does she start working?

16   A.   After Castelló 22, she once again appears as employed from

17   2004 to 2007 at a business related with the husband's ex --

18   with the daughter's ex-husband, by the name José Luis Torrego

19   Arribas.

20   Q.   After her employment in 2007, what happens to her?

21   A.   She started to collect a Social Security pension from the

22   Government.

23   Q.   Now, did you have an opportunity to look through the bank

24   accounts of Castelló 22?

25   A.   Yes.  I did review the bank accounts, however, not the

 1  accounting records.

 2  Q.   And in reviewing those bank accounts, were there anything

 3  that stood out to you?

 4  A.   Yes.

 5  Q.   What was that?

 6  A.   That through a review of the various bank accounts, you

 7  could draw certain conclusions by looking at the activities,

 8  for example, an account at Banco Santander, when you see

 9  733 cash deposits, the average was under 1,000 euros per

10  deposit.  However, there were days where there were much larger

11  amounts.

12  Q.   When you say "much larger amounts," could you give us an

13  example of one of them.

14  A.   Specifically, there was one on 26 of February of 2003,

15  where 114,200 euros in cash were deposited, and this represents

16  a disproportionate amount in comparison to the deposits of

17  other various dates.

18  Q.   And did this happen on a number of occasions?

19  A.   Yes.  On several occasions.  But this was the largest

20  figure.  But there were other amounts that did not really

21  match -- or do not correspond to a butcher shop.

22  Q.   Now, with regards to Luxhouse, you told us that it was

23  limited to opening up a bank account where approximately

24  600,000 euros were deposited and sent overseas.  Correct?

25  A.   Yes.

1    Q.   Do you know what the address was for Luxhouse?

2    A.   Yes.

3    Q.   What was it?

4    A.   Calle Alcalá 634 4C, in Madrid.

5    Q.   Showing you Government's Exhibit 42, is that the address

6    that's located here?

7    A.   Precisely.  That is the one.

8    Q.   Now, you told us about Kyte School, which is the company

9    that bought the building for The Collection.

10        Were you able to analyze and look at the bank accounts for

11   Kyte School?

12   A.   Yes.

13   Q.   Were you able to determine how Kyte School was funded, how

14   it received the money to buy the building for The Collection?

15   A.   Yes.

16   Q.   How was that done?

17   A.   Mr. Alvaro Lopez Tardon went to a financial institution

18   called Banco de Madrid and he opened four checking accounts.

19        On one of those accounts, he was actually the only account

20   holder.  And on the other three accounts, he had authorization

21   to conduct any type of transaction.

22   Q.   What were the names of the other three accounts?

23   A.   The account holders were Maria del Patricinio Tardon

24   Torrego, Maria de las Nieves Tardon Lopez and Julio Cesar

25   Fraile Garcia.

```
 1   Q.   How much money was deposited into those accounts?

 2   A.   From the dates of October 19th, 2006, through October 23rd,

 3   2006, over 600,000 euros were deposited in all the accounts.

 4        Particularly -- or, specifically, rather, 304,055 euros

 5   were deposited in cash in the account of Alvaro Lopez Tardon;

 6   100,000 euros were deposited in the account of Maria del

 7   Patricinio Lopez Tardon, the account where her son, Alvaro

 8   Lopez Tardon, had authority for transactions; another

 9   100,000 euros were deposited in the account of Alvaro's sister,

10   Maria de las Nieves Tardon Lopez; and another 100,000 euros

11   were deposited into the account of Julio Cesar Fraile Garcia.

12   Q.   Were all of those cash deposits?

13   A.   Yes.  They were all -- all the deposits were made in cash.

14   Specifically, they were made in 20 euro bills.  And this

15   information was provided to us by the Banco de Madrid.

16   Q.   I want to talk to you about The Collection.

17        Did you have an opportunity to look through the bank

18   accounts belonging to The Collection?

19   A.   Yes.

20   Q.   Did you also have an opportunity to look through the

21   records that were seized during the search of The Collection?

22   A.   Yes.

23   Q.   And was there anything that you saw that jumped out at you

24   as unusual for an automobile dealership?

25        MR. SREBNICK:  Objection.  Objection to the form of the
```

```
 1    question.
 2              MR. GONZALEZ:  I'll rephrase it.
 3              THE COURT:  Okay.
 4    BY MR. GONZALEZ:
 5    Q.  Is there anything that you noticed as you were looking
 6    through these documents?
 7    A.  Yes.
 8    Q.  What?
 9    A.  That a high percentage of the vehicles were paid for in
10    cash money.
11    Q.  Roughly what percentage of the cars sold were paid for with
12    cash money?
13    A.  70 percent, approximately.
14    Q.  During your review of all the records, was there a single
15    car that was paid for by a check?
16    A.  I did not find any.
17    Q.  So the remaining 30 percent that didn't come in cash:  How
18    would it come in?
19    A.  Mostly, through wire transfers or through trade-ins,
20    exchanges of cars.
21    Q.  Did you come across any paperwork indicating that any car
22    was ever financed?
23    A.  I did not find one single financed vehicle.
24    Q.  Now, The Collection sold some cars that were worth in
25    excess of 100,000 euros.  Correct?
```

1    A.   Yes.

2    Q.   Did it also sell cars that were valued at much less than

3    that?

4    A.   Yes.

5    Q.   In the 20s or 30,000 euros?

6    A.   Some.  Yes.

7    Q.   And none of those were financed either?

8    A.   Not them either.

9    Q.   Now, we alluded to it earlier with the ledgers.

10        But in looking over the ledgers, were you able to determine

11   on the ledgers whether or not Mr. Lopez Tardon had lent any

12   money to The Collection?

13   A.   Yes.

14   Q.   In 2007, according to the ledgers, how much money had

15   Alvaro Lopez Tardon lent The Collection Motor Sports carried on

16   the books?

17   A.   Yes.  It was 1,495,146.04 euros.

18   Q.   And in 2008, were you able to, based off the ledgers, see a

19   total for how much money Alvaro Lopez Tardon had lent The

20   Collection?

21   A.   1,057,400 euros.

22   Q.   So in those two years alone, according to the books,

23   Mr. Tardon had lent The Collection in excess of 2 1/2

24   million dollars -- euros?  Excuse me.

25   A.   Yes.

```
 1   Q.   In looking through the records of The Collection, were
 2   there some customers of cars that caught your attention?
 3   A.   Yes.  Several.
 4         THE COURT:  Mr. Gonzalez, we're going to take a break.
 5         MR. GONZALEZ:  Sure.
 6         THE COURT:  Do not discuss this case either amongst
 7   yourselves or with anyone else.  Have no contact whatsoever
 8   with anyone associated with the trial.
 9         Do not read, listen or see anything touching on this
10   matter in any way, including anything on the Internet or
11   anything on any access device.
12         If anyone should try to talk to you about this case,
13   you should immediately instruct them to stop and report it to
14   my staff.
15         You may leave your materials at your chairs.  Please be
16   back in the jury room in 15 minutes.
17         (Whereupon, the jury exited the courtroom at 3:55 p.m.
18   and the following proceedings were had:)
19         THE COURT:  You may be seated.
20         You may step down, sir.  15 minutes.
21         (Witness excused.)
22         THE COURT:  I would like to hear the parties' positions
23   regarding whether Juror No. 7 should be excused at the end of
24   today or whether we'll come back on the 22nd, which is
25   Thursday.
```

1          MR. GONZALEZ:  Judge, the answer to that would depend

2     on what ultimately we're going to do on the 23rd.  There are

3     issues that I have to deal with concerning flights for

4     individuals in Spain, the witness that's on the stand now as

5     well as the -- another one that is going to be coming.

6          Given the fact that the 22nd we're looking at

7     cross-examinations of this witness as well as

8     cross-examinations of Mr. Gaitan, my concern is, if we only do

9     it on the 22nd, we're going to have a problem.

10          If we are having court the 23rd, even if it's

11     interrupted by a two-hour block or whatever it is for

12     Mr. Srebnick --

13          THE COURT:  I can't tell you that today.  Right now I'm

14     planning to be out of the district on the 23rd.  That may

15     change.  So I can't give you an answer about that today.

16          I don't have a problem breaking for Mr. Srebnick so he

17     can do his lunchtime speech in the event that we are, but I

18     can't give you a definite answer.

19          MR. GONZALEZ:  I understand, your Honor.

20          And if it remains a question mark at the end of the day

21     where the Court has to decide, then we -- for scheduling

22     reasons, we have to excuse the juror because we're going to

23     need the other days to make sure that we get through them.  If

24     that's not the case, we'll keep him.

25          (Thereupon, Mr. Klugh entered the courtroom and the

Alfaro - DIRECT - By Mr. Gonzalez                114

```
 1    following proceedings were had:)

 2              MR. SREBNICK:  Could I have a moment?

 3              (Discussion had off the record between counsel.)

 4              MR. SREBNICK:  So here's what I'm prepared to do to

 5    avoid losing the juror:  I'm prepared to postpone my

 6    examination of Gaitan -- Agent Gaitan until after the Spaniards

 7    are done.  That way, I can accommodate the Spanish witnesses

 8    next Thursday, the 22nd.  Does that sound right?  I'm

 9    prepared --

10              THE COURT:  Is that realistic, Mr. Gonzalez, in the

11    event we only have one day next week?

12              MR. GONZALEZ:  Yes.  Because they can go ahead and

13    travel on the Friday.  If we do --

14              THE COURT:  So you have this witness, the Spanish

15    witness?

16              MR. GONZALEZ:  Yes.

17              THE COURT:  And then how many others?

18              MR. GONZALEZ:  Just one, the lady from the taxing

19    authority.  And I don't anticipate that's going to be very,

20    very long.  It's not going to be very, very long.

21              THE COURT:  So as I understand the parties'

22    positions -- or at least the Defendant's position, it's that we

23    potentially only have one trial day next week?

24              MR. SREBNICK:  My understanding is, if we keep the

25    juror, we lose Monday, Tuesday, Wednesday, we'll have court on
```

1    Thursday and a question mark for Friday, depending on your

2    Honor's schedule.

3            MR. GONZALEZ:  And I certainly have no problem, as long

4    as we do the Spanish witnesses first, if we then want to go

5    into Mr. Gaitan, if we still have time.  That's fine.

6            MR. SREBNICK:  And I can accommodate that.  It's no

7    problem for me to postpone Gaitan's cross.  He's always

8    available.

9            THE COURT:  Let me just follow this through.

10           Monday, the 26th, is a holiday.  We have the 27th and

11   the 28th, which would be then either the third or fourth day in

12   trial.  Let's say the third.  And then the 29th we have another

13   juror, Juror No. 14, who wishes to go to a graduation in Tampa

14   for one day.

15           THE COURTROOM DEPUTY:  No. 16, Judge.

16           THE COURT:  I'm sorry.  No. 16.

17           So if the Government takes another four days, that

18   means the Government's case would end on May 30th, four trial

19   days, the 22nd, 27th, 28th.  The 30th would be the fourth trial

20   day.  And then we would be looking at the one to two days of

21   Defendant's case.

22           Is that going to be it?  Can you tell me now whether or

23   not the Defendant's going to testify?  Sometimes lawyers tell

24   me it's only two days and then they call the Defendant and it

25   ends up being five days.  So has that decision been made or not

1   yet?

2           MR. SREBNICK:  One moment, your Honor.

3           (Discussion had off the record between the Defendant

4   and counsel.)

5           MR. SREBNICK:  I can say that two out of three of us

6   have decided over here what the decision is, but there's a

7   third person who wants to reserve his right to testify.

8           THE COURT:  And that's the most important person --

9           MR. SREBNICK:  I understand.

10          THE COURT:  -- I would expect.  Right?

11          MR. SREBNICK:  Yes.

12          THE COURT:  And I'm not trying to pressure you on that.

13  I understand that decisions are often made and, ultimately,

14  it's the Defendant's decision whether or not to testify, not

15  his lawyers'.

16          I would really like to have the three days next week.

17  I'd like to keep the trial going.  I have other matters as far

18  as the administration of my docket of cases that are waiting.

19          Originally, this juror had said the 20th and now it's

20  through the 21st.  The other juror is only the 19th.  I really

21  would like to have three days -- at least three, maybe four,

22  days next week.

23          That will still give us three alternate jurors, which I

24  find is a sufficient amount of alternate jurors to let me sleep

25  at night.

 1            MR. SREBNICK:  Judge, my first proposal would be to

 2    excuse Juror 16 so we don't lose May 29th.

 3            THE COURT:  No.  I'm not going to do that until we get

 4    there.

 5            MR. SREBNICK:  Forgive me.

 6            What I'm saying is, in calculating the days that we

 7    have, we -- the defense would prefer to recuperate the 29th of

 8    May by excusing Juror 16 when we get there.

 9            THE COURT:  Well, I may do that anyhow.  But that's not

10    a decision I have to make today.

11            MR. SREBNICK:  The reason I thought that is because,

12    when you were calculating how many trial days, I think --

13            THE COURT:  I may, in fact, excuse her at that point

14    and go forward on the 29th.

15            MR. SREBNICK:  Right.  That would give us an extra

16    trial day.

17            THE COURT:  Right.  I may do that, but I'm not going to

18    do that today.  I try and make these decisions as they come up

19    to preserve the number integrity of the jury that I have.

20            What I'm faced with today is Juror No. 12, who had

21    informed me that he would be out through the 19th, and Juror

22    No. 7, who informed me she would be out through the 20th and

23    then she -- obviously, she made a mistake on the day and she's

24    now out through the 21st.

25            MR. SREBNICK:  Would it be acceptable to at least

```
 1   inquire of that juror today to find out -- Juror No. 7 -- to

 2   find out if it's still May 21st versus May 20th just to confirm

 3   her schedule in open court so we know for sure her

 4   unavailability before we excuse her today?

 5            THE COURT:  We can do that, if she's there.

 6            Would you go in, Patricia, and see if Juror No. 7 is

 7   there.

 8            THE COURTROOM DEPUTY:  Yes, Judge.

 9            (Thereupon, Juror No. 7 entered the courtroom and the

10   following proceedings were had:)

11            THE COURT:  You can have a seat, ma'am.

12            I just wanted to confirm what your travel plans are to

13   make sure that I understand exactly when you're leaving and

14   when you're coming back.

15            JUROR NO. 7:  I'm leaving tomorrow morning and I come

16   back Wednesday afternoon.  It's around 11:40 that I reach

17   Miami.

18            THE COURT:  So you get into Miami about noon on the

19   21st?

20            JUROR NO. 7:  Correct.

21            THE COURT:  Okay.  Thank you, ma'am.

22            Where are you going?

23            JUROR NO. 7:  I'm going to DC.

24            THE COURT:  Okay.  Thank you.

25            (Thereupon, Juror No. 7 retired from the courtroom and
```

```
 1    the following proceedings were had:)

 2          THE COURT:  Yes.

 3          MR. SREBNICK:  So I was going to propose that we work

 4    half a day on Wednesday, start right after the juror gets back.

 5    That would give us a full day, plus a half a day next week,

 6    minimum, depending on your Honor's schedule next Friday.

 7          And then I would propose to work four days the

 8    following week after Memorial Day and we plan on excusing at

 9    that time when we get there Juror 16, who's the fourth

10    alternate, who I don't think anyone is expecting that juror is

11    ever going to sit on the jury, so that we would then have five

12    and a half days between now and the end of the week of Memorial

13    Day.  That should get us to the defense case before June.

14          THE COURT:  Mr. Gonzalez?

15          MR. GONZALEZ:  Judge, in a perfect world, that may help

16    a little bit, but probably haven't flown between here and DC as

17    many times as I have.  Very often the flights are delayed.  The

18    flights are canceled.  They're not on time.

19          And to think that that flight is going to arrive at

20    that time, she's going to have time to get her bags, do

21    whatever it is she needs to do, we don't know who she's

22    traveling with, if there are children that are involved,

23    whatever the case may be, and expect her to be here at 2:00, I

24    don't think it's realistic.

25          THE COURT:  I'm going to excuse her at the end of the
```

 1    day.  So Juror No. 13 -- she'll remain in her seat, but she'll

 2    become Juror No. 7.  That'll then give us three days next week

 3    at least, the 20th, the 21st and the 22nd.

 4           And I'll take up the issue -- I may end up agreeing

 5    with you as far as the 29th, but I'm not going to make that

 6    decision before I have to make that decision.

 7           If we have the -- if we don't lose any more jurors in

 8    that next period of time before the 29th, I expect that I'll

 9    probably release Juror No. 16 so we can have that as a trial

10    day.  But one never knows what happens with a jury.  So I don't

11    want to make that decision prematurely.

12           So let's take ten minutes.

13           Would you tell them ten minutes more, please.  And

14    don't say anything to Juror No. 7 until the end of the day.

15           We're in recess for ten.

16           (Thereupon a recess was taken, after which the

17    following proceedings were had:)

18           THE COURT:  We're back on United States of America

19    versus Alvaro Lopez Tardon, Case No. 11-20470.

20           Counsel, state your appearances, please, for the

21    record.

22           MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on

23    behalf of the United States.

24           MR. SREBNICK:  Howard Srebnick, with Richard Klugh,

25    who's now present, on behalf of Alvaro Lopez Tardon, who's here

 1    with the aid of the interpreter.  Also with us, Cynthia

 2    Rodríguez.

 3              THE COURT:  Let's bring in the jurors for the last

 4    segment today and for the week.

 5              (Whereupon, the jury entered the courtroom at 4:36 p.m.

 6    and the following proceedings were had:)

 7              THE COURT:  You may be seated.

 8              You are still under oath, sir.

 9              You may proceed, Mr. Gonzalez.

10              MR. GONZALEZ:  Thank you, your Honor.

11    BY MR. GONZALEZ:

12    Q.   Inspector Ibanez, I want to very quickly clear up something

13    from your prior testimony.

14         When you talked about Mr. Lopez Tardon in 2006 being

15    incarcerated, this is at the time when the records show that he

16    was working for Monpladon.

17         He was not incarcerated for a drug offense or a money

18    laundering offense.  Correct?

19    A.   Yes.  There were other crimes.

20    Q.   Now, we were talking when we took our break about your

21    review of the records from The Collection and about customers

22    that drew your attention.

23         Was one of those customers Sharon Cohen?

24    A.   Yes.

25    Q.   And based on your review of the record, how many cars did

1    Sharon Cohen buy?

2    A.   Three.

3    Q.   And was one of the ones you saw, showing you Government's

4    Exhibit 197, the Mercedes-Benz S600?

5    A.   Yes.

6    Q.   And did you look at the ledgers and look at the bank

7    accounts to see whether or not this Mercedes-Benz S600 was ever

8    paid for?

9    A.   Yes.  In fact, I did.

10   Q.   And was it paid for?

11   A.   Yes.  It was paid through two cash payments, one for

12   130,000 euros and another one for 9,000, both paid at a bank

13   branch by Mr. Alvaro Lopez Tardon.

14   Q.   Was the name of the depositor of the funds recorded?

15   A.   Yes.  And it was Mr. Alvaro Lopez Tardon.

16   Q.   And in addition to this Mercedes-Benz S600 which was paid

17   for in cash, did -- what other cars did Sharon Cohen, according

18   to the records, buy and for how much money?

19   A.   According to the accounting ledgers, she bought an Audi R8

20   and an Audi A6.  I don't recall the amounts right now.

21   Q.   Fair enough.

22        David William Pollack:  Did the records show him buying any

23   cars?

24   A.   Yes.  Five.

25   Q.   Was one of them a Lamborghini Murcielago?

1   A.   Yes.

2   Q.   How much was that car for?

3   A.   220,000 euros.

4   Q.   And did the ledgers and bank documents show that that car

5   was paid for?

6   A.   Yes.

7   Q.   How was it paid for?  And what dates?

8   A.   Three cash payments.  There were three different

9   payments -- the first one was for 110,000 euros on

10  November 21st, 2007; the second one was for 60,000 euros on

11  November 22nd, 2007; the third payment was for 50,000 euros on

12  November 23rd, 2007 -- into the account at Banco Popular in

13  Madrid of The Collection Exotic Cars.

14  Q.   So in three days in a row, November 21st was 110,000 euros,

15  November 22nd, 60,000 euros, and the 23rd, 50,000 euros, all of

16  those cash deposits?

17  A.   Correct.

18  Q.   Did the records show David Pollack buying a Lamborghini

19  Gallardo?

20  A.   Yes.

21  Q.   How much was supposedly paid for that car?

22  A.   80,000 euros, without paying taxes.

23  Q.   And were there any cash deposits that were credited to that

24  car purchase?

25  A.   Yes.  75,000 euros on November 9th, 2009, at the Bancaja

 1    bank, the account of The Collection Exotic Cars, and another

 2    5,000 euros on June 30th, 2010, which appears as an item in the

 3    accounting ledger which, presumably, would be paid directly to

 4    the dealership.

 5    Q.   So this was not a notation made by the bank, but, rather, a

 6    notation in the ledger that somebody had supposedly come in and

 7    paid that amount of money in cash?

 8    A.   Yes.  We became aware of that by looking at the accounting

 9    ledgers that have been presented here before.

10    Q.   And do those documents say that it was David Pollack that

11    had turned over that money or did they reference somebody else?

12    A.   The reference was to a foreign citizen from Colombia by the

13    last name of Echevarria Hoyos, an individual with whom we have

14    never been able to speak.

15    Q.   Now, did the records indicate David Pollack buying an

16    Audi R8 for 107,000 euros?

17    A.   Yes.

18    Q.   Also, a Ferrari F430 for 156,588 euros?

19    A.   Yes.

20    Q.   And a Ford GT for 53,627 euros?

21    A.   Yes.

22    Q.   Now, you've made mention of an individual by the name of

23    Julio Cesar Fraile.

24         Did he show up as a customer in The Collection, buying cars

25    as well?

1    A.   Yes.

2    Q.   And can you tell us, what are some of the cars that he

3    bought?

4    A.   Yes.  He bought two BMWs, 530d, and he bought a BMW X5 3.0d

5    and a BMW X3 2.0.

6    Q.   Starting off, first of all, with the BMW 530d's, was there

7    one that was purchased in August of 2007?

8    A.   Yes.

9    Q.   And what was the price of that and how was it paid for?

10   A.   Yes.  34,500 euros paid in cash and deposited at the bank

11   branch.

12   Q.   BMW X5:  How much was that one?

13   A.   75,000 euros.

14   Q.   And can you tell us, how was that car paid for?

15   A.   Yes.  On December the 15th, 2007, there was a cash payment

16   made for 52,000 euros, and on the 17th of December, 2007, there

17   was another payment in cash for 23,000 euros.

18   Q.   So, again, those cars were bought in cash?

19   A.   That's correct.

20   Q.   The BMW X3:  Was that paid for in cash?

21   A.   That one as well.

22   Q.   And how much was that?

23   A.   34,000 euros, which were paid on February 19th, 2008.

24   Q.   Now, do you know a person by the name of Arturo Garcia

25   Hernández?

1    A.   Yes.

2    Q.   Is he an attorney that did business with Mr. Tardon?

3    A.   Yes.

4    Q.   Did he buy a Mercedes-Benz C220 from The Collection?

5    A.   Yes.

6    Q.   And that car:  Was it 46,500 euros?

7    A.   Yes.

8    Q.   And the payment for that car:  Was it a wire transfer?

9    A.   Yes.

10   Q.   Did you also obtain the bank records of Mr. Arturo Garcia

11   Hernández?

12   A.   Yes.

13   Q.   And did you go one step beyond to see how the money got

14   into his account for the wire transfer that went, supposedly,

15   to pay for that BMW?

16        MR. SREBNICK:  Excuse me one second.  If I may consult

17   with counsel, Judge.

18        (Discussion had off the record between counsel.)

19        MR. SREBNICK:  Judge, I have an objection because the

20   underlying records are not in evidence.

21        MR. GONZALEZ:  We will confirm what's going on and I'll

22   go on to something else, your Honor.

23        THE COURT:  Okay.

24   BY MR. GONZALEZ:

25   Q.   Did he also buy a Volkswagen Touareg?

1   A.   Yes.

2   Q.   How much was that?

3   A.   60,000 euros.

4   Q.   Do you know a person by the name of Ivan Montoto?

5   A.   Yes.  He's an attorney at the same law firm as the previous

6   gentleman, Arturo Garcia Hernández.

7   Q.   And did he purchase cars from The Collection?

8   A.   Yes.  An Audi TT 3.2.

9   Q.   Was that 30,000 euros?

10  A.   Yes.

11  Q.   How was that paid for?

12  A.   With a cash payment made directly into the account of The

13  Collection Exotic Cars at Bancaja on the 18th of September,

14  2009.

15  Q.   Were you familiar with a person by name of Juan Pineda de

16  la Loza?

17  A.   Yes.  He was a target of our investigation and he was

18  detained during the operation.

19  Q.   Did he buy, according to the records, any cars from The

20  Collection?

21  A.   Yes.  He purchased three.

22       MR. SREBNICK:  One moment.

23       May I move to strike the business about somebody being

24  detained?  Move to strike the business about somebody being

25  detained by -- Mr. Pineda had been detained as to relevance,

Alfaro - DIRECT - By Mr. Gonzalez                    128

1    your Honor.

2         THE COURT:  Come on up.

3         (Whereupon, the following proceedings were had at

4    side-bar outside the presence of the jury:)

5         THE COURT:  When he says "detained during the

6    operation," what is that?

7         MR. GONZALEZ:  He was arrested.  It's of no moment.

8    You can strike it.  It's no big deal.  The point is the jury

9    knows who he is.  He was one of the ones that was bringing the

10   euros from Spain to the United States.

11        THE COURT:  I just wanted to let you know I'm having

12   second thoughts -- I don't do this very often -- about

13   releasing the juror.

14        I hadn't quite considered maybe how fair it is to her

15   or not, since she's been here for so long.  So I'm thinking

16   about maybe -- I'll let you know by the end of the day, but I'm

17   considering letting her go and coming back --

18        MR. SREBNICK:  Judge --

19        THE COURT:  -- based upon the representation that you

20   made, Mr. Gonzalez, that the 22nd works for you as long as

21   you've got time.  He doesn't come back for cross until the

22   Spaniards are done on Gaitan.

23        MR. SREBNICK:  Judge, on this business of the

24   witnesses -- or -- I shouldn't say witnesses -- car buyers

25   being arrested, I would ask that somehow the witness not just

 1    volunteer who's been arrested, who's been detained.

 2         The question was:  Did this person essentially buy a

 3    car?

 4         Yes.

 5         There's no need to volunteer that the person --

 6         THE COURT:  Maybe Mr. Gonzalez can do his questioning

 7    so that --

 8         MR. GONZALEZ:  I'll direct it.  That was probably my

 9    mistake for saying, Did you recognize this name?  I'll be more

10    careful with that.

11         THE COURT:  So I'll strike that part of the answer and

12    you'll ask him another question.

13         MR. GONZALEZ:  Sure.

14         MR. SREBNICK:  I would request a brief instruction to

15    the effect that "That someone is arrested is of no moment to

16    the consideration of this case."

17         MR. GONZALEZ:  That's fine.

18         (Whereupon, the following proceedings were had in open

19    court:)

20         THE COURT:  The motion to strike is granted.

21         The jury is instructed to disregard the answer by the

22    witness regarding Mr. -- the detention of Mr. Pineda.

23         I further instruct you, ladies and gentlemen, the fact

24    that a witness has been detained isn't evidence of the guilt of

25    any other person.

1          You may proceed.

2          MR. GONZALEZ:  May I proceed, your Honor?

3          THE COURT:  Yes.

4    BY MR. GONZALEZ:

5    Q.   Showing you Government's Exhibit No. 71, is this Juan

6    Pineda de la Loza?

7    A.   Yes.

8    Q.   Did he buy cars at The Collection?

9    A.   Yes.

10   Q.   Which ones and for how much?

11   A.   He bought a BMW 530d, an Audi Q7 and a

12   Mercedes-Benz A207 CDI.  And I don't recall the prices.

13   Q.   Now, showing you Government's Exhibit No. 72, José Ramon

14   Panadero, were there any records of him buying any car at The

15   Collection?

16   A.   No.

17   Q.   However, was there on the books of The Collection money

18   paid to The Collection by him?

19   A.   Yes.  There was a record of 14,500 euros.

20   Q.   And how was that paid?  In what form?  Was it a check or a

21   wire?

22   A.   Cash.

23   Q.   And were there any records of a Porsche Carrera 997 Turbo

24   that was sold by The Collection?

25   A.   Yes.

1   Q.   And was that for 136,000 euros?

2   A.   Yes.

3   Q.   Showing you Government's Exhibit 74, did Javier Jaime Solis

4   buy that Porsche Carrera 997 Turbo?

5   A.   Yes.   Javier Jimenez Solis.

6   Q.   Did he buy it or did a family member of his buy it?

7   A.   Formally, that is, on paper, it was under his mother's

8   name, Josefa Solis Duran.

9   Q.   And do you know approximately the age of his mother when

10  she bought the Porsche Turbo?

11  A.   Approximately 70 years old.

12        MR. SREBNICK:  Objection.  The testimony is that it was

13  titled in the mother's name, not that the mother bought it.

14  BY MR. GONZALEZ:

15  Q.   Was it -- I'll clarify.

16        Was it titled in her name?

17  A.   Yes.

18  Q.   The paperwork that was seized at The Collection:  Did that

19  reflect who the buyer was?

20  A.   The cash payments have been made by Javier Jimenez Solis,

21  98,000 euros, 38,000 euros, payments made the same day, which

22  was August 18, 2009.

23  Q.   But did the paperwork at The Collection show who the buyer

24  was?

25  A.   No.

```
 1    Q.   But the person who went ahead and paid the cash was who?

 2    A.   Javier Jimenez Solis.

 3    Q.   Did he buy another car as well from The Collection?

 4    A.   Yes.  A Mercedes ML 230.

 5    Q.   And how much was that?

 6    A.   44,600 euros.

 7    Q.   Showing you Government's Exhibit No. 75, is that Jaime

 8    Dominguez Mendez?

 9    A.   Yes.

10    Q.   Did he buy a car at The Collection?

11    A.   Yes.

12    Q.   How much -- what kind of car and how much was it?

13    A.   A Porsche 9114S, 75,000 euros.

14    Q.   And how was payment for that car made?

15    A.   The payments were -- partial payment was 17,000 euros, paid

16    on August 3rd, 2007, another payment in cash for 17,000 euros

17    July 18, 2007, and another 18,000 paid on the same date,

18    July 18, 2007.

19    Q.   Now, was there a point later on in the investigation when

20    the FBI asked you to look into certain transactions that had

21    originated in Spain?

22    A.   Yes.

23    Q.   And did you pull records from different banks in Spain?

24    A.   Yes.

25    Q.   And did those banks include Banco Popular?
```

1    A.   Yes.

2    Q.   La Caixa?

3    A.   Yes.

4    Q.   And do you remember any of the other banks?

5    A.   Yes.  Banco Santander.

6    Q.   Now, were those -- go ahead.

7    A.   Bancaja, Banco de Madrid, Ibercaja.  And I cannot recall

8    others.

9    Q.   Now, were some of those documents from some of those banks

10   put together in summary fashion in what I will show you now as

11   Government's Exhibit 187?  Was that information also compiled

12   into a PowerPoint?

13           THE COURT REPORTER:  I'm sorry.  I didn't hear the --

14           THE COURT:  One moment.  There's a prior question the

15   witness didn't answer.

16           MR. GONZALEZ:  Yes.

17   BY MR. GONZALEZ:

18   Q.   In that book, are there some of the bank records that you

19   testified that were pulled out?

20   A.   Yes.

21           THE COURT:  Are you withdrawing the prior question,

22   Mr. Gonzalez?

23           MR. GONZALEZ:  I'm going to go ahead and ask it now as

24   well, your Honor.

25

 1    BY MR. GONZALEZ:

 2    Q.   And was that information also put in a PowerPoint in order

 3    to go ahead and show the jury?

 4    A.   Yes.

 5    Q.   And is that a PowerPoint that we'll call Government's

 6    Exhibit 166?  Will both those items assist you in explaining to

 7    the jury the transactions that we're going to talk about?

 8    A.   Yes.

 9         MR. GONZALEZ:  Your Honor, at this time we'd move

10    Government's Exhibits 187 and 166 into evidence.

11         MR. SREBNICK:  Same objections as previously stated.

12         THE COURT:  The objections are overruled.  I adopt my

13    prior ruling.

14         They will be admitted as Government's Exhibits 166 and

15    187.

16         (Whereupon, Government's Exhibit Nos. 166 and 187 were

17    entered into evidence.)

18         THE COURT:  You may publish.

19         MR. GONZALEZ:  Your Honor, may I pass out copies of 187

20    to the jury?

21         THE COURT:  Yes.

22         MR. GONZALEZ:  (Tenders documents to the jury.)

23         If we could have the computer, your Honor.

24         THE COURT:  Yes.

25

  1  BY MR. GONZALEZ:

  2  Q.  Mr. Ibanez, let's start off with the tab that says Count

  3  No. 2.

  4      Did you have an opportunity to review some PowerPoint

  5  presentations that were prepared by Special Agent Daniel

  6  Gaitan?

  7  A.  Yes.

  8  Q.  And in that PowerPoint, did you see the chart in front of

  9  you?

 10  A.  Yes.

 11  Q.  And do you see the box that has the date September 12th of

 12  2008?

 13  A.  Yes.

 14  Q.  Were you asked to look into transactions that led to

 15  that -- those wire transfers?

 16  A.  Yes.

 17  Q.  Were there cash deposits into a Banco Popular account on

 18  September 10th of 2008?

 19  A.  Yes.  In the checking account that you can see on the

 20  screen which ends in -4962, two digits are missing there

 21  because this is an internal document -- a bank internal

 22  document.  And that is September 10th, 2008.  There was a cash

 23  deposit of 20,000 euros.

 24  Q.  Let me interrupt you one second.  You're getting ahead of

 25  yourself.

 1       Showing you Government's Exhibit No. 208, I'll ask you to

 2  look at the top of this chart where it says "Banco Popular."

 3       Is there reference to those accounts on this chart?

 4  A.   Yes.  The first one.

 5  Q.   So when you say that there are numbers missing at the end

 6  of the account number, are those the ones that are in the

 7  parentheses in the chart that we just looked at?

 8  A.   Yes.

 9  Q.   So who is the account holder of this account?

10  A.   Alvaro Lopez Tardon.

11  Q.   And that's Account No. -0949?

12  A.   That is correct.

13  Q.   And can you tell us the line that we're looking at now?

14  What is it?

15  A.   That is a cash deposit for 20,000 euros that we were able

16  to verify that it had been made by Maria de las Nieves Tardon

17  Lopez.

18  Q.   What's the date on it?

19  A.   September 10, 2008.

20  Q.   And is there a wire transfer that happens out of that

21  account?

22  A.   Yes.  After the cash deposit has been made.

23  Q.   And is that reflected on the same page of the bank

24  statement?

25  A.   Yes.

```
 1    Q.   Is that what's just been highlighted now?

 2    A.   Yes.

 3    Q.   And what is the amount of money in that transaction?

 4    A.   19,625.34 euros.

 5    Q.   Those are euros.  Correct?

 6    A.   Yes.  Euros.

 7    Q.   So on the same date as the 20,000-euro deposit, there is a

 8    transfer of 19,625.34?

 9    A.   Yes.

10    Q.   And going to the next document, what happens with that?

11    A.   That is the transfer.  We see that the beneficiary -- or

12    the recipient is in the United States and it's Alvaro Lopez

13    Tardon himself.

14    Q.   First of all, the date that this occurs is what?

15    A.   The same date in which the cash deposit has been made,

16    which is September 10th, 2008.

17    Q.   And it's Alvaro Lopez Tardon?

18    A.   Yes.

19    Q.   At the Azaleas address?

20    A.   Yes.  That was his residence.

21    Q.   And then what is the amount of the transfer?

22    A.   Well, it's 19 -- but, rather, in dollars, it's $27,203.67.

23    Q.   Well, first, in euros, how much is it?

24    A.   19,625.34.

25    Q.   That's what's highlighted on the lower right-hand side?
```

1   A.   Yes.

2   Q.   And to whom is that wire transfer going?

3   A.   Alvaro Lopez Tardon.

4   Q.   And in dollars -- with the exchange rate, how much is it in

5   dollars?

6   A.   $27,203.67.

7   Q.   And did you see this slide in Agent Gaitan's PowerPoint

8   presentation?

9   A.   Yes.

10   Q.   And just so we can keep track, where the documents are in

11   Spanish, what's the background color of the slides?

12   A.   I don't understand your question.

13   Q.   Do you see where the background of this slide is yellow?

14   A.   Yes.

15   Q.   And the ones that are in blue?

16   A.   No.  I don't see blue.

17   Q.   The background, behind, for example, the date at the top,

18   Bank of America No. 9920.

19   A.   I don't understand what you're referring to.

20   Q.   Do you recognize this document?

21   A.   Yes.

22   Q.   And do you see down in the lower left-hand side where it

23   has the sending information?

24   A.   Yes.

25   Q.   And is that the account that we were looking at in Spain?

 1   A.   Yes.

 2   Q.   And the amount -- do you see where it's $27,203.67?

 3   A.   Yes.

 4   Q.   That's the amount in dollars after the euros were converted

 5   that we saw in the slide before.  Correct?

 6   A.   Correct.

 7   Q.   Let me draw your attention now to the next tab, which is

 8   for Counts 3 and 4.

 9        Do you recognize that as part of Agent Gaitan's PowerPoint?

10   A.   Yes.

11   Q.   I want to draw your attention to the box with the date of

12   March 11th of 2003.

13        Were you asked to look into that account in the bank

14   documents in Spain?

15   A.   Yes.

16   Q.   And did you look at records for Banco Santander on an

17   account under the name of Artemio?

18   A.   Yes.

19   Q.   And is that the account?

20   A.   Yes.

21   Q.   And it's Banco Santander, account number ending in -2557,

22   in the name of Artemio Lopez Tardon?

23   A.   Yes.

24   Q.   And do you see the entry here that's blown up and

25   highlighted?

1    A.   Yes.

2    Q.   What happens on that date on that account?

3    A.   This is a deposit in cash of 115,000 euros made by Artemio

4    Lopez Tardon.

5    Q.   And what's the date?

6    A.   February 25th, 2003.

7    Q.   That same date, does something happen in that account with

8    that sum of money?

9    A.   Yes.

10   Q.   What happens?

11   A.   The deposit in cash was canceled.

12   Q.   And is that reflected on the bank statement there?

13   A.   Yes.

14   Q.   So Artemio deposits 115,000 euros in cash into his personal

15   account and then that same day voids the deposit and takes the

16   money back?

17   A.   Yes.

18   Q.   Now, does something occur in a different account the very

19   next day?

20   A.   Yes.  On February 26th, 2003, that following day, on the

21   account of Castelló 22, which is the butcher shop, which ends

22   in -6404, a deposit was made of 114,200 euros in cash by

23   Artemio Lopez Tardon.

24   Q.   So the day before he deposits 115,000 euros in his personal

25   account, voids the transaction and takes the money back and

1   then the next day deposits it into the account of Castelló 22?

2   A.   That's correct.

3   Q.   And then is that money then moved out of that account

4   someplace else?

5   A.   Yes.

6   Q.   That's the Castelló 22 account that the money was deposited

7   into.   Correct?

8   A.   Yes.

9   Q.   What happens to 104,900.52 euros of that money?

10  A.   They are transferred from the account of Castelló 22, the

11  butcher shop, where the cash deposit of 114,000 euros had been

12  made, to the account of Artemio Lopez Tardon, where a deposit

13  had been made of 115,000, which was later taken out.

14  Q.   So going back to the bank statement that showed the money

15  being deposited, then voided, is there now a reflection of that

16  money coming from the Castelló 22 account back into the

17  original account where Artemio had deposited it?

18  A.   Yes.

19  Q.   So on the 25th, he deposits 115,000 euros in the account,

20  voids it and takes it back.   The next day, he deposits it into

21  the Castelló 22 account, 114,200, and then the next day after

22  that sends 104,900 back to his personal account, the account

23  where all of this started?

24  A.   Correct.

25  Q.   And then are there other cash deposits that are made into

 1    his personal bank account?

 2    A.  Yes.  On February 28th of 2003, there is 1,800 euros.

 3    Q.  Well, let's slow down a second.  Let's catch up.

 4        Is this the bank statement for that account?

 5    A.  Yes.

 6    Q.  This is the same account that the money originally came

 7    into, but then circled back around into?

 8    A.  Yes.

 9    Q.  And do you see here three cash deposits?

10    A.  Yes.

11    Q.  Is there a subsequent wire transfer?

12    A.  Yes.

13    Q.  And who does it go to?

14    A.  Fabiani Krentz, in the United States.

15    Q.  And is that reflected on the statement?

16    A.  Yes.

17    Q.  And showing you this slide, the name up at the top, Fabiani

18    Krentz:  That's the person who it was sent to?

19    A.  Yes.

20    Q.  And do you see the incoming wire for $122,951?

21    A.  Yes.

22    Q.  And do you see where it says "Originator:  Artemio Lopez

23    Tardon"?

24    A.  Yes.

25    Q.  And then do you see where it says, Porsche 996 Cabriolet?

A.  Yes.

Q.  In your review of the documents from The Collection Motor

Sports, was there a Porsche 996 Cabriolet that had anything to

do with this transaction?

A.  There was no vehicle purchased by The Collection that could

be related to this transaction.

MR. GONZALEZ:  Your Honor, I don't know when the Court

wants to break.  I can keep going.  There's another transaction

here.  Or we can break now.

THE COURT:  I think we'll break now.

Ladies and gentlemen, we're going to break for the day.

Next week, to accommodate your members, the next day that you

will return is Thursday, May 22nd, at 9:30.

Do not discuss this case either amongst yourselves or

with anyone else.  Have no contact whatsoever with anyone

associated with the trial.

Do not read, listen or see anything touching on this

matter in any way, including anything on the Internet or

anything on any access device.

If anyone should try to talk to you about this case,

you should immediately instruct them to stop and report it to

my staff.

If you would, give your notebooks to the court security

officer.  You may leave the other materials at your chairs.

Enjoy your days away from here.  I will see you

1   Thursday morning, the 22nd, at 9:30.

2            (Whereupon, the jury exited the courtroom at 5:33 p.m.

3   and the following proceedings were had:)

4            THE COURT:  You may step down, sir.

5            (Witness excused.)

6            THE COURT:  We're in recess in this matter until the

7   22nd at 9:30.

8            Is there anything else we need to take up today?

9            MR. GONZALEZ:  No, your Honor.

10           But is the Court definitely not going to be in session

11  on the 23rd?

12           THE COURT:  I don't know yet, Mr. Gonzalez.  As soon as

13  I know --

14           MR. GONZALEZ:  If you could let us know so we can --

15           THE COURT:  I can call your offices next week once I

16  know --

17           MR. GONZALEZ:  That'd be fine.

18           THE COURT:  -- if I, in fact, know before the 22nd.

19           MR. GONZALEZ:  Thank you very much, your Honor.

20           THE COURT:  We're in recess.

21           Thank you.

22           (Proceedings concluded.)

23

24

25

```
 1

 2                    C E R T I F I C A T E

 3

 4        I hereby certify that the foregoing is an accurate

 5   transcription of the proceedings in the above-entitled matter.

 6

 7

 8   _____        /s/Lisa Edwards
         DATE               LISA EDWARDS, RDR, CRR
 9                          Official United States Court Reporter
                            400 North Miami Avenue, Twelfth Floor
10                          Miami, Florida 33128
                            (305) 523-5499
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$1,225,000** [3] - 31:14, 31:20, 34:5
**$1,246,024.70** [1] - 52:7
**$1,246,524.70** [1] - 51:5
**$1,314,000** [2] - 11:13, 23:4
**$1,859.67** [1] - 24:16
**$1,872,505.88** [1] - 47:22
**$10,000** [9] - 14:6, 14:25, 15:3, 15:4, 54:22, 55:2, 63:24, 66:22, 71:19
**$10,720** [1] - 56:25
**$10,720.54** [1] - 53:25
**$100,000** [2] - 30:13, 64:22
**$103,000** [4] - 62:15, 63:9, 64:11, 64:16
**$103,600** [5] - 62:17, 62:19, 62:24, 63:11, 64:5
**$104,955.69** [1] - 50:14
**$104,955.89** [1] - 49:17
**$104,965.69** [2] - 49:24, 50:8
**$122,951** [2] - 24:3, 142:20
**$124,485.05** [1] - 24:24
**$125,768.81** [1] - 24:19
**$13,100** [1] - 25:3
**$130,002.73** [1] - 44:15
**$130,630.48** [2] - 45:8, 45:12
**$131,860** [2] - 70:7, 72:4
**$131,879.13** [1] - 70:6
**$135,720.38** [2] - 23:14, 23:17
**$135,725.38** [1] - 24:5
**$137,585.05** [1] - 25:2
**$14** [1] - 77:9
**$152,612.96** [1] - 28:9
**$157,850** [1] - 69:15
**$17** [1] - 61:24

**$183,775.15** [1] - 31:16
**$185,000** [1] - 28:15
**$188,021.50** [1] - 48:3
**$2,521,625.08** [1] - 49:2
**$2,596,882.38** [1] - 47:3
**$20,000** [4] - 57:17, 57:22, 58:3, 58:12
**$243,000** [1] - 43:11
**$243,007** [2] - 42:25, 43:7
**$26.58** [2] - 26:20, 26:23
**$262,800** [2] - 22:15, 23:6
**$264,980** [1] - 37:14
**$27,203.67** [3] - 137:22, 138:6, 139:2
**$275,980** [1] - 40:24
**$287,350** [1] - 69:22
**$3,749.38** [1] - 20:9
**$335,290.94** [1] - 41:18
**$437,000** [1] - 48:13
**$460,000** [2] - 32:12, 33:1
**$49,260.28** [1] - 39:12
**$5,677** [1] - 63:7
**$50,000** [2] - 30:18, 32:14
**$512,097.23** [1] - 33:3
**$55,680** [5] - 15:21, 15:23, 15:25, 16:12, 16:21
**$56,132** [1] - 39:9
**$58,000** [1] - 67:22
**$63,368.64** [3] - 17:20, 17:24, 18:10
**$64,321.98** [2] - 19:21, 20:6
**$65,680** [3] - 17:5, 17:7, 17:9
**$71,500** [3] - 66:4, 66:17, 67:2
**$75,000** [1] - 30:15
**$798,700** [2] - 26:6, 26:19
**$86,100** [1] - 68:24
**$91,550** [2] - 42:16, 42:19
**$91,558** [1] - 42:14
**$972,360** [2] - 23:12, 25:14
**$981,990** [1] - 59:5
**$988,224.81** [1] -

36:21
**$99,500** [1] - 48:8
**$999,190** [1] - 58:20

## /

**/s/Lisa** [1] - 145:8

## 0

**00** [1] - 61:24
**002576** [2] - 41:17, 44:1
**0949** [1] - 136:11

## 1

**1** [15] - 1:8, 51:1, 51:24, 52:1, 52:6, 52:17, 54:4, 54:6, 54:11, 54:15, 55:7, 56:2, 56:21, 99:7
**1,000** [1] - 107:9
**1,000-dollar** [1] - 15:1
**1,057,400** [1] - 111:21
**1,495,146.04** [1] - 111:17
**1,800** [1] - 142:2
**1.3-million-dollar** [1] - 28:7
**1.43** [1] - 66:18
**1/2** [3] - 60:22, 111:23
**10** [7] - 26:3, 46:5, 46:15, 50:24, 52:15, 52:23, 136:19
**10,000** [1] - 53:24, 54:17, 54:19
**100** [4] - 10:24, 11:8, 23:2, 59:19
**100,000** [4] - 109:6, 109:9, 109:10, 110:25
**1003** [1] - 79:20
**1006** [1] - 79:23
**102** [1] - 21:7
**103** [1] - 21:13
**104,900** [1] - 141:22
**104,900.52** [1] - 141:9
**107,000** [1] - 124:16
**10th** [6] - 29:5, 53:7, 104:20, 135:18, 135:22, 137:16
**11** [6] - 57:6, 59:7, 60:5, 61:12, 64:8
**11-20470** [3] - 4:5,

75:17, 120:19
**11-20470-**
**CRIMINAL-LENARD**
[1] - 1:2
**110,000** [2] - 123:9, 123:14
**1100** [1] - 1:22
**11200** [1] - 1:16
**114,000** [1] - 141:11
**114,200** [3] - 107:15, 140:22, 141:21
**115,000** [5] - 140:3, 140:14, 140:24, 141:13, 141:19
**11:01** [1] - 1:6
**11:02** [1] - 5:18
**11:40** [1] - 118:16
**11th** [8] - 23:3, 24:23, 25:15, 37:10, 72:3, 102:18, 103:1, 139:12
**12** [10] - 36:9, 46:5, 46:15, 57:7, 57:12, 57:15, 57:17, 73:3, 95:2, 117:20
**122,000** [1] - 24:18
**12534211** [1] - 34:2
**12:00** [1] - 69:4
**12:50** [1] - 72:19
**12th** [10] - 24:4, 24:10, 24:22, 24:25, 25:3, 26:18, 57:22, 102:4, 102:15, 135:11
**13** [8] - 46:5, 46:15, 57:7, 57:12, 57:15, 58:23, 105:25, 120:1
**130,000** [1] - 122:12
**1300** [1] - 1:20
**134** [1] - 3:10
**136,000** [1] - 131:1
**13th** [2] - 47:24, 58:12
**14** [4] - 47:18, 64:18, 65:6, 115:13
**14,500** [1] - 130:19
**15** [4] - 1:5, 78:16, 112:16, 112:20
**156,588** [1] - 124:18
**15th** [1] - 125:15
**16** [7] - 76:11, 115:15, 115:16, 117:2, 117:8, 119:9, 120:9
**166** [5] - 3:10, 134:6, 134:10, 134:14, 134:16
**16th** [5] - 35:21, 44:11, 45:7, 49:15, 50:7
**17,000** [2] - 132:15,

132:16
**171** [5] - 3:9, 96:24, 98:2, 98:5, 98:6
**17th** [3] - 73:4, 73:8, 125:16
**18** [3] - 131:22, 132:17, 132:18
**18,000** [1] - 132:17
**182** [1] - 101:19
**183252** [2] - 44:14, 45:15
**187** [6] - 3:10, 133:11, 134:10, 134:15, 134:16, 134:19
**18th** [3] - 15:25, 16:20, 127:13
**19** [1] - 137:22
**19,625.34** [3] - 137:4, 137:8, 137:24
**190896** [1] - 70:5
**192** [1] - 95:7
**193** [1] - 95:7
**194** [1] - 95:7
**195** [1] - 95:7
**196** [1] - 95:7
**1960** [1] - 106:5
**197** [3] - 95:8, 95:23, 122:4
**1971** [2] - 106:6, 106:7
**198** [1] - 95:8
**1989** [1] - 104:13
**199** [1] - 95:8
**1992** [2] - 101:17, 101:25
**1993** [6] - 83:18, 87:23, 102:1, 102:5, 105:23
**1996** [3] - 104:13, 104:17, 104:20
**1997** [1] - 83:19
**19th** [7] - 73:5, 74:11, 74:19, 109:2, 116:20, 117:21, 125:23
**1st** [9] - 80:23, 80:24, 80:25, 99:1, 99:3, 99:7, 105:9, 105:17, 105:23

## 2

**2** [8] - 7:6, 55:23, 60:22, 70:17, 71:22, 111:23, 135:3
**2.0** [1] - 125:5
**2.3** [2] - 60:17, 60:18
**2.5** [1] - 60:15

**20** [1] - 109:14
**20,000** [2] - 135:23, 136:15
**20,000-dollar** [1] - 58:21
**20,000-euro** [1] - 137:7
**200** [1] - 26:18
**2001** [2] - 37:19, 105:3
**2002** [19] - 11:8, 12:1, 13:10, 13:24, 14:5, 14:20, 15:18, 15:25, 16:20, 16:24, 17:18, 17:24, 18:9, 19:18, 19:25, 102:4, 102:5, 102:8, 102:15
**2003** [18] - 12:19, 13:11, 13:24, 20:7, 22:14, 23:3, 25:16, 57:15, 58:19, 60:3, 106:6, 106:7, 106:15, 107:14, 139:12, 140:6, 140:20, 142:2
**2004** [8] - 26:3, 26:18, 27:1, 102:15, 102:16, 105:6, 105:7, 106:17
**2005** [5] - 27:16, 27:22, 29:5, 105:9, 105:17
**2006** [11] - 30:1, 31:14, 34:7, 35:21, 36:17, 86:13, 102:18, 103:1, 109:2, 109:3, 121:14
**2007** [17] - 97:8, 97:17, 98:11, 103:1, 104:8, 106:17, 106:20, 111:14, 123:10, 123:11, 123:12, 125:7, 125:15, 125:16, 132:16, 132:17, 132:18
**2008** [16] - 50:25, 51:2, 51:8, 53:2, 57:3, 87:12, 97:17, 100:6, 105:25, 111:18, 125:23, 135:12, 135:18, 135:22, 136:19, 137:16
**2009** [21] - 37:10, 37:19, 37:25, 38:23, 39:2, 41:10, 41:15, 42:13, 43:6, 43:11, 43:25, 87:13, 91:5, 97:8, 97:18, 97:21, 99:1, 99:3, 123:25, 127:14, 131:22

**201** [4] - 1:19, 23:5, 23:7
**2010** [21] - 44:8, 44:11, 44:13, 45:7, 45:15, 47:5, 47:12, 47:24, 48:15, 49:12, 49:15, 49:16, 50:8, 50:17, 51:3, 56:24, 62:15, 64:9, 64:14, 124:2
**2011** [11] - 57:22, 58:12, 65:6, 66:3, 67:2, 67:18, 68:22, 70:1, 70:4, 70:18, 72:3
**2014** [1] - 1:5
**2019** [3] - 32:17, 33:2, 33:7
**208** [3] - 6:4, 48:21, 136:1
**20s** [1] - 111:5
**20th** [11] - 1:16, 31:14, 36:17, 73:8, 73:18, 74:11, 74:20, 116:19, 117:22, 118:2, 120:3
**21st** [16] - 37:19, 41:10, 62:15, 64:19, 64:21, 73:10, 73:19, 74:3, 74:11, 116:20, 117:24, 118:2, 118:19, 120:3, 123:10, 123:14
**22** [14] - 89:18, 89:19, 102:10, 104:22, 104:25, 106:6, 106:16, 106:24, 140:21, 141:1, 141:6, 141:10, 141:16, 141:21
**220,000** [1] - 123:3
**221** [1] - 79:16
**22nd** [21] - 27:1, 62:17, 64:9, 64:14, 64:22, 73:19, 74:20, 101:25, 112:24, 113:6, 113:9, 114:8, 115:19, 120:3, 123:11, 123:15, 128:20, 143:13, 144:1, 144:7, 144:18
**23,000** [1] - 125:17
**230** [1] - 132:4
**23rd** [14] - 37:25, 42:13, 43:6, 43:11, 74:12, 74:23, 101:25, 109:2, 113:2, 113:10, 113:14, 123:12, 123:15, 144:11
**24** [1] - 82:21

**2475** [1] - 39:24
**25** [1] - 1:22
**25,000** [1] - 30:19
**25,000-dollar** [1] - 30:14
**250** [1] - 87:7
**2557** [1] - 139:21
**25th** [3] - 33:9, 140:6, 141:19
**26** [1] - 107:14
**26th** [4] - 48:15, 49:1, 115:10, 140:20
**27th** [5] - 12:19, 58:15, 58:25, 115:10, 115:19
**28th** [6] - 17:24, 18:9, 39:7, 115:11, 115:19, 142:2
**29th** [7] - 76:11, 115:12, 117:2, 117:7, 117:14, 120:5, 120:8
**2:00** [3] - 72:18, 75:12, 119:23
**2:33** [1] - 81:22
**2nd** [2] - 19:25, 74:1

## 3

**3** [8] - 7:6, 10:14, 10:22, 36:13, 38:10, 39:24, 56:24, 139:8
**3.0d** [1] - 125:4
**3.2** [1] - 127:8
**30** [1] - 110:17
**30,000** [2] - 111:5, 127:9
**304,055** [1] - 109:4
**305** [2] - 2:4, 145:10
**30th** [7] - 50:17, 73:25, 80:24, 80:25, 115:18, 115:19, 124:2
**31st** [2] - 102:15, 105:23
**33128** [2] - 2:3, 145:10
**33131** [2] - 1:20, 1:23
**33172** [1] - 1:17
**34,000** [1] - 125:23
**34,500** [1] - 125:10
**35** [1] - 87:8
**38,000** [1] - 131:21
**3801** [13] - 10:23, 11:8, 11:12, 13:21, 14:6, 14:25, 15:25, 20:1, 20:9, 22:15, 23:2, 59:20, 62:3
**38th** [2] - 62:2, 62:3
**3:55** [1] - 112:17
**3rd** [2] - 74:4, 132:16

## 4

**4** [8] - 7:6, 10:14, 10:22, 11:8, 37:12, 38:10, 70:20, 139:8
**40,000** [1] - 67:21
**400** [2] - 2:2, 145:9
**42** [1] - 108:5
**44,600** [1] - 132:6
**46,500** [1] - 126:6
**4860214** [1] - 28:15
**4962** [1] - 130:3
**4:36** [1] - 121:5
**4C** [1] - 108:4
**4th** [2] - 74:4, 105:3

## 5

**5** [2] - 38:23, 41:24
**5,000** [1] - 124:2
**50,000** [8] - 30:19, 33:1, 66:3, 66:16, 67:4, 68:22, 123:11, 123:15
**50/50** [1] - 91:10
**52,000** [1] - 125:16
**523-5499** [2] - 2:4, 145:10
**53,627** [1] - 124:20
**530d** [2] - 125:4, 130:11
**530d's** [1] - 125:6
**5:33** [1] - 144:2
**5:35** [1] - 1:6
**5th** [6] - 22:14, 34:7, 74:4, 80:19, 80:20, 81:2

## 6

**6** [2] - 38:23, 42:22
**60,000** [4] - 68:23, 123:10, 123:15, 127:3
**600,000** [3] - 93:15, 107:24, 109:3
**62340074** [1] - 25:11
**634** [1] - 108:4
**6399** [3] - 39:5, 42:4, 42:12
**6404** [1] - 140:22
**6th** [3] - 20:7, 24:1, 24:17

## 7

**7** [17] - 3:5, 44:11, 44:16, 73:2, 73:6,

**73:24, 112:23,**
117:22, 118:1, 118:6, 118:9, 118:15, 118:20, 118:23, 118:25, 120:2, 120:14
**70** [2] - 110:13, 131:11
**700-and-something-thousand-dollar** [1] - 27:18
**71** [1] - 130:5
**71,500** [1] - 66:19
**71,750** [1] - 68:23
**72** [1] - 130:13
**733** [1] - 107:9
**74** [1] - 131:3
**74,500** [1] - 61:15
**75** [2] - 95:3, 132:7
**75,000** [3] - 123:25, 125:13, 132:13
**76** [1] - 44:2
**78** [2] - 44:2, 44:3
**7922** [17] - 40:3, 42:24, 43:4, 47:1, 47:13, 47:23, 48:5, 48:10, 48:14, 48:17, 48:19, 49:1, 62:19, 62:22, 62:23, 64:6, 64:12
**798,000-plus** [1] - 26:13
**7th** [8] - 66:3, 67:2, 67:18, 68:21, 70:1, 73:11, 74:5, 103:1

## 8

**8** [4] - 35:22, 46:5, 46:14, 49:18
**80,000** [1] - 123:22
**82** [1] - 3:6
**8300** [5] - 54:18, 55:4, 57:1, 63:21, 71:18
**8300s** [1] - 55:1
**8th** [1] - 56:24

## 9

**9** [6] - 46:5, 46:14, 50:24, 51:9, 52:17, 104:8
**9,000** [1] - 122:12
**91** [1] - 15:10
**91,550** [1] - 41:25
**9114S** [1] - 132:13
**9205** [1] - 23:22
**966** [1] - 24:3

**98** [1] - 3:9
**98,000** [1] - 131:21
**99** [2] - 23:21
**9920** [13] - 26:5,
26:17, 48:18, 48:19,
49:3, 49:23, 50:3,
50:6, 52:5, 58:11,
58:25, 59:4, 138:18
**996** [3] - 24:7,
142:25, 143:3
**997** [2] - 130:23,
131:4
**9:27** [1] - 69:1
**9:30** [3] - 143:13,
144:1, 144:7
**9th** [7] - 51:2, 52:6,
73:12, 74:5, 80:10,
80:16, 123:25

# A

**A-l-a-c-u-a-s** [1] -
20:2
**a.m** [2] - 1:6, 5:18
**A207** [1] - 130:12
**A6** [1] - 122:20
**Abbot** [4] - 67:6,
67:8, 67:9, 67:24
**Abbott** [1] - 68:16
**abbreviation** [1] -
45:3
**ability** [1] - 13:3
**able** [12] - 30:18,
46:9, 96:10, 100:1,
100:18, 101:14,
108:10, 108:13,
111:10, 111:18,
124:14, 136:15
**above-entitled** [1] -
145:5
**academy** [4] - 85:11,
85:13, 85:16, 85:20
**acceptable** [1] -
117:25
**access** [5] - 4:25,
47:16, 72:13, 112:11,
143:19
**accommodate** [4] -
74:25, 114:7, 115:6,
143:12
**accommodated** [1] -
74:6
**according** [22] -
17:8, 17:23, 19:24,
21:21, 24:6, 24:8,
24:9, 25:15, 26:11,
40:12, 54:13, 62:18,
65:2, 67:3, 72:1,
93:12, 96:20, 111:14,

111:22, 122:17,
122:19, 127:19
**Account** [2] - 23:21,
136:11
**account** [134] - 8:15,
9:1, 15:13, 19:7,
20:25, 22:14, 23:23,
24:11, 24:15, 24:19,
24:23, 25:1, 25:4,
26:7, 26:21, 26:23,
32:16, 32:17, 33:2,
33:7, 33:12, 37:2,
37:3, 38:13, 39:5,
39:17, 39:19, 39:20,
40:3, 40:5, 40:6, 40:9,
40:10, 40:14, 40:22,
40:23, 42:3, 42:5,
42:8, 42:12, 42:17,
42:18, 42:24, 43:4,
43:15, 44:22, 45:22,
45:23, 46:11, 46:12,
46:16, 46:17, 46:25,
47:12, 47:13, 47:15,
47:17, 47:21, 47:22,
47:23, 48:5, 48:10,
48:18, 49:1, 49:3,
49:7, 49:22, 49:25,
50:1, 50:3, 50:6, 52:5,
52:8, 52:9, 58:8,
58:12, 58:24, 59:3,
60:9, 60:10, 62:18,
62:22, 63:15, 64:6,
64:11, 64:23, 93:15,
93:16, 107:8, 107:23,
108:19, 108:23,
109:5, 109:6, 109:7,
109:9, 109:11,
123:12, 124:1,
126:14, 127:12,
135:17, 135:19,
136:6, 136:9, 136:21,
138:25, 139:13,
139:17, 139:19,
139:21, 140:2, 140:7,
140:15, 140:18,
140:21, 140:25,
141:1, 141:3, 141:6,
141:10, 141:12,
141:16, 141:17,
141:19, 141:21,
141:22, 142:1, 142:4,
142:6
**accountant** [3] -
96:10, 96:14, 97:2
**accountants** [1] -
97:9
**accounting** [11] -
26:5, 78:12, 86:20,
96:20, 96:22, 97:6,
100:8, 107:1, 122:19,

124:3, 124:8
**accounts** [26] - 8:25,
45:25, 46:21, 48:17,
48:22, 77:8, 78:8,
78:11, 78:13, 94:25,
95:2, 95:3, 106:24,
106:25, 107:2, 107:6,
108:10, 108:18,
108:19, 108:20,
108:22, 109:1, 109:3,
109:18, 122:7, 136:3
**accurate** [3] - 83:9,
94:17, 145:4
**accurately** [1] -
101:16
**activities** [1] - 107:7
**activity** [1] - 93:14
**actual** [20] - 16:19,
16:24, 20:11, 21:13,
26:16, 33:12, 41:24,
43:8, 47:19, 49:18,
50:9, 51:9, 52:4,
52:17, 55:15, 61:18,
62:21, 64:8, 65:14,
86:17
**add** [2] - 70:17,
70:20
**adding** [1] - 70:24
**addition** [1] - 122:16
**additional** [6] -
19:18, 25:3, 34:22,
68:10, 73:16, 73:19
**additionally** [1] -
73:11
**address** [5] - 5:15,
33:12, 33:13, 39:22,
41:5, 59:17, 59:19,
59:21, 96:6, 108:1,
108:5, 137:19
**adjustment** [1] -
24:13
**administration** [2] -
83:19, 116:18
**Administration** [1] -
94:6
**admission** [1] -
77:20
**admit** [3] - 38:17,
79:10, 79:14
**admitted** [2] - 98:4,
134:14
**adopt** [1] - 134:12
**advise** [1] - 53:6
**afternoon** [1] -
118:16
**age** [1] - 131:9
**agencies** [1] - 87:25
**agency** [2] - 87:14,
87:19
**agent** [3] - 7:3, 62:9,

78:18
**Agent** [6] - 72:6,
76:18, 114:6, 135:5,
138:7, 139:9
**Agents** [1] - 4:11
**ago** [5] - 77:3, 78:7,
80:8, 80:20
**agree** [1] - 49:16
**agreed** [9] - 11:13,
14:21, 41:17, 44:14,
51:5, 58:19, 76:19,
83:11, 84:12
**agreeing** [1] - 120:4
**agreement** [10] -
11:9, 11:17, 11:20,
12:7, 12:19, 14:20,
58:15, 61:14, 70:2
**agreements** [1] -
12:14
**agrees** [1] - 45:21
**ahead** [30] - 8:16,
10:13, 11:4, 16:14,
22:11, 30:18, 38:21,
42:18, 45:6, 53:14,
57:21, 61:10, 62:7,
66:20, 67:4, 78:15,
78:16, 78:18, 80:6,
83:9, 94:4, 94:20,
96:4, 97:10, 114:12,
132:1, 133:6, 133:23,
134:3, 135:24
**Ahorros** [1] - 44:25
**AHORROS** [1] -
44:25
**aid** [3] - 4:15, 76:1,
121:1
**Alacuas** [1] - 20:2
**Albrecht** [1] - 4:11
**Alcalá** [1] - 108:4
**ALFARO** [1] - 82:9
**Alfaro** [3] - 3:6, 82:8,
82:12
**Aliaga** [2] - 17:25,
20:1
**allow** [4] - 76:19,
77:14, 77:20, 78:3
**allowed** [4] - 71:1,
72:1, 97:9, 97:13
**allowing** [1] - 81:13
**alluded** [1] - 111:9
**almost** [2] - 30:4,
60:22
**alone** [2] - 56:16,
111:22
**alternate** [4] - 75:10,
116:23, 116:24,
119:10
**alternates** [1] - 75:11
**alternative** [1] -
77:14

**alternatively** [1] -
80:2
**ALVARO** [2] - 1:7,
82:9
**Alvaro** [78] - 3:6, 4:4,
4:14, 12:13, 16:1,
16:21, 32:18, 33:8,
34:23, 34:25, 36:4,
36:9, 40:3, 40:13,
40:22, 41:2, 41:15,
41:21, 42:3, 42:25,
43:9, 44:5, 44:13,
44:23, 45:16, 45:19,
47:13, 48:13, 49:15,
49:21, 50:10, 50:16,
51:2, 51:22, 54:11,
54:14, 55:11, 56:19,
57:4, 57:22, 58:16,
58:22, 59:17, 60:4,
62:20, 64:4, 64:10,
68:9, 70:16, 71:6,
71:22, 75:16, 75:25,
82:8, 82:12, 89:1,
90:20, 91:9, 92:4,
92:7, 100:11, 101:1,
101:8, 101:14, 102:3,
108:17, 109:5, 109:7,
111:15, 111:19,
120:19, 120:25,
122:13, 122:15,
136:10, 137:12,
137:17, 138:3
**Alvaro's** [1] - 109:9
**AMERICA** [1] - 1:4
**America** [50] - 4:4,
16:15, 16:18, 18:7,
23:16, 23:20, 26:5,
26:17, 32:17, 33:5,
33:6, 34:1, 37:9,
37:18, 40:2, 40:7,
40:8, 40:21, 42:23,
43:2, 46:5, 46:11,
46:25, 47:8, 47:10,
47:12, 47:23, 48:5,
48:10, 48:14, 48:25,
49:3, 49:22, 50:6,
51:20, 52:4, 58:11,
58:24, 59:3, 62:18,
62:22, 63:4, 64:6,
64:7, 64:14, 75:16,
120:18, 138:18
**American** [3] - 6:21,
16:23, 66:7
**AMEX** [2] - 67:13,
68:16
**AMG** [1] - 44:13
**amount** [59] - 10:4,
17:5, 17:20, 17:24,
18:9, 19:20, 20:6,
23:12, 23:17, 24:3,

25:14, 26:6, 26:19, 28:15, 30:11, 30:22, 31:13, 32:12, 34:5, 36:21, 37:13, 39:9, 39:12, 40:23, 42:13, 42:19, 42:25, 43:11, 45:12, 47:3, 47:7, 47:21, 48:3, 48:8, 48:13, 49:5, 49:24, 50:8, 50:13, 52:7, 56:22, 60:14, 64:5, 64:10, 64:16, 69:14, 72:4, 75:9, 93:16, 94:9, 99:4, 107:16, 116:24, 124:7, 137:3, 137:21, 139:2, 139:4
**amounts** [7] - 69:21, 79:5, 107:11, 107:12, 107:20, 122:20
**analysis** [2] - 46:8, 81:8
**analyze** [1] - 108:10
**Angel** [2] - 17:9, 17:16
**answer** [8] - 83:6, 83:7, 113:1, 113:15, 113:18, 129:11, 129:21, 133:15
**anti** [4] - 82:20, 86:14, 87:19, 87:21
**anti-money** [4] - 82:20, 86:14, 87:19, 87:21
**anticipate** [1] - 114:19
**ANTONIO** [1] - 1:14
**Antonio** [1] - 20:1
**anyhow** [1] - 117:9
**anytime** [3] - 27:25, 54:22, 63:23
**Aparicio** [1] - 93:7
**apartment** [4] - 62:2, 62:3, 68:8, 69:18
**Apartment** [6] - 10:23, 11:8, 13:21, 14:6, 93:3, 93:5
**Apartments** [9] - 11:11, 12:10, 12:20, 12:23, 12:25, 13:2, 14:7, 15:20, 17:4
**appear** [5] - 12:13, 32:18, 36:5, 56:15, 99:2
**appearances** [3] - 4:6, 75:18, 120:20
**APPEARANCES** [1] - 1:13
**appearing** [1] - 6:13
**applied** [7] - 14:6, 26:2, 28:5, 32:11,

43:22, 58:21, 85:8
**applies** [1] - 70:14
**appraised** [1] - 30:10
**approximate** [3] - 31:22, 38:23, 60:17
**approximating** [1] - 77:8
**April** [4] - 15:18, 15:25, 16:20, 80:25
**Arancha** [2] - 93:9, 93:11
**Aranzazu** [1] - 93:8
**area** [8] - 9:7, 55:4, 55:12, 55:24, 56:1, 56:6, 86:23, 91:20
**argument** [1] - 4:17
**argumentative** [1] - 53:10
**arrange** [1] - 75:3
**arrest** [2] - 65:9, 103:7
**arrested** [13] - 65:21, 71:4, 71:7, 71:8, 71:13, 92:20, 92:22, 92:23, 103:5, 128:7, 128:25, 129:1, 129:15
**Arribas** [1] - 106:19
**arrive** [1] - 119:19
**arrived** [1] - 80:7
**arrives** [1] - 37:23
**Artemio** [41] - 24:2, 26:9, 26:12, 27:12, 27:14, 28:14, 29:12, 31:9, 34:4, 34:25, 35:1, 35:2, 35:23, 36:2, 38:5, 70:3, 70:21, 70:25, 71:1, 71:24, 71:25, 89:1, 90:20, 91:9, 92:1, 92:3, 92:7, 93:6, 101:1, 101:8, 104:9, 104:10, 105:8, 139:17, 139:22, 140:3, 140:14, 140:23, 141:12, 141:17, 142:22
**Article** [1] - 35:22
**articles** [3] - 35:8, 35:15, 36:4
**Arturo** [4] - 43:5, 125:24, 126:10, 127:6
**aside** [2] - 68:10, 91:22
**asset** [1] - 7:23
**assets** [2] - 7:15, 49:8
**assigned** [2] - 98:18, 99:7
**assignment** [1] - 12:18

**assist** [1] - 134:6
**assistance** [1] - 4:15
**ASSISTANT** [1] - 1:15
**assisted** [1] - 87:6
**assisting** [1] - 77:18
**associated** [8] - 8:4, 46:14, 61:22, 72:10, 77:8, 78:8, 112:8, 143:16
**Associates** [1] - 97:3
**assume** [1] - 13:5
**assumes** [1] - 55:16
**assuming** [1] - 99:6
**assumption** [1] - 12:18
**Atlanta** [1] - 4:17
**attend** [1] - 83:15
**attended** [2] - 83:18, 86:18
**attention** [8] - 10:12, 24:1, 70:16, 87:9, 112:2, 121:22, 139:7, 139:11
**attorney** [1] - 38:18, 126:2, 127:5
**ATTORNEYS** [1] - 1:15
**attorneys** [1] - 4:10
**Audi** [5] - 122:19, 122:20, 124:16, 127:8, 130:11
**auditor** [2] - 84:17, 84:18
**August** [13] - 17:24, 18:9, 37:19, 37:25, 39:2, 39:7, 47:24, 105:23, 125:7, 131:22, 132:16
**authorities** [1] - 88:14
**authority** [4] - 88:19, 94:21, 109:8, 114:19
**authorization** [1] - 108:20
**automobile** [2] - 95:4, 109:24
**Automobiles** [1] - 49:17
**automobiles** [1] - 10:5
**AV** [1] - 41:3
**available** [4] - 33:2, 74:11, 79:24, 115:8
**Avenida** [1] - 41:5
**Avenue** [3] - 1:22, 2:2, 145:9
**average** [1] - 107:9
**avoid** [1] - 114:5
**award** [1] - 74:24

**aware** [2] - 103:10, 124:8
**Azaleas** [5] - 41:3, 41:5, 96:7, 137:19

## B

**background** [4] - 83:13, 138:11, 138:13, 138:17
**backtrack** [1] - 9:2
**backwards** [1] - 8:20
**bags** [1] - 119:20
**balance** [14] - 24:15, 24:19, 24:23, 25:1, 25:4, 26:21, 32:16, 33:1, 33:11, 54:11, 63:7, 63:13, 63:15, 70:5
**ballpark** [1] - 69:16
**Bancaja** [13] - 36:24, 36:25, 37:3, 37:4, 37:15, 40:15, 40:23, 44:23, 45:1, 47:21, 123:25, 127:13, 133:7
**Banco** [18] - 16:3, 16:9, 16:22, 17:13, 18:5, 18:14, 19:11, 107:8, 108:18, 109:15, 123:12, 132:25, 133:5, 133:7, 135:17, 136:2, 139:16, 139:21
**bank** [63] - 7:12, 8:15, 8:18, 8:25, 9:10, 16:22, 17:13, 18:5, 18:18, 19:1, 19:4, 19:6, 19:8, 19:11, 20:3, 24:13, 25:19, 25:20, 26:16, 36:25, 37:1, 37:4, 37:15, 39:3, 42:11, 46:8, 48:2, 48:7, 48:13, 48:15, 48:16, 48:25, 63:5, 77:7, 77:22, 78:17, 78:19, 79:5, 79:8, 85:4, 93:15, 106:23, 106:25, 107:2, 107:6, 107:23, 108:10, 109:17, 122:6, 122:12, 123:4, 124:1, 124:5, 125:10, 126:10, 133:18, 135:21, 136:23, 139:13, 140:12, 141:14, 142:1, 142:4
**Bank** [62] - 16:15, 16:18, 18:7, 23:16, 23:20, 26:5, 26:17, 27:23, 28:5, 29:4,

29:22, 30:1, 31:13, 32:13, 32:14, 32:17, 33:5, 33:6, 34:1, 37:9, 37:18, 39:3, 40:2, 40:7, 40:8, 40:21, 42:1, 42:4, 42:12, 42:23, 43:2, 44:18, 44:23, 44:24, 46:5, 46:10, 46:25, 47:8, 47:10, 47:11, 47:22, 48:5, 48:10, 48:14, 48:25, 49:3, 49:22, 50:5, 51:20, 52:4, 58:11, 58:24, 59:3, 62:18, 62:22, 64:2, 64:5, 64:7, 64:13, 138:18
**BankAtlantic** [1] - 15:8
**banking** [5] - 16:17, 44:18, 63:22, 85:3, 94:22
**Bankinter** [3] - 85:4, 85:5, 85:7
**BANKINTER** [1] - 85:5
**banks** [12] - 8:19, 78:17, 78:24, 88:3, 94:21, 94:24, 95:2, 132:23, 132:25, 133:4, 133:9
**bar** [1] - 128:4
**base** [1] - 61:15
**based** [7] - 8:18, 73:15, 88:7, 94:15, 111:18, 121:25, 128:19
**Bayshore** [1] - 39:24
**BB&T** [1] - 39:4
**Beach** [7] - 11:10, 41:14, 42:16, 42:20, 43:12, 43:17, 70:15
**became** [2] - 91:4, 124:8
**become** [2] - 85:17, 120:2
**BEFORE** [1] - 1:10
**began** [2] - 80:23, 105:17
**begin** [1] - 105:13
**beginning** [2] - 63:7, 105:21
**behalf** [15] - 4:10, 4:14, 11:14, 12:23, 12:24, 55:14, 55:22, 55:25, 56:13, 56:19, 71:23, 75:24, 75:25, 120:23, 120:25
**behind** [1] - 138:17
**belonging** [1] -

109:18
**beneficiary** [6] - 18:11, 19:5, 45:8, 59:4, 64:15, 137:11
**benefit** [1] - 4:23
**Bentley** [1] - 53:19
**Benz** [25] - 41:14, 41:15, 42:16, 42:20, 43:12, 43:17, 43:25, 44:12, 44:13, 44:21, 45:11, 65:7, 70:3, 70:4, 70:8, 70:14, 70:18, 70:25, 71:20, 96:1, 122:4, 122:7, 122:16, 126:4, 130:12
**Berman** [1] - 23:17
**better** [1] - 19:10
**between** [13] - 6:10, 11:10, 11:20, 25:9, 30:9, 30:15, 83:18, 90:13, 114:3, 116:3, 119:12, 119:16, 126:18
**beverage** [1] - 104:12
**beyond** [1] - 126:13
**bicycle** [3] - 68:3, 68:6, 69:9
**big** [4] - 57:9, 60:8, 60:13, 128:8
**Bilbao** [1] - 86:6
**bill** [3] - 53:24, 54:1, 59:14
**Bill** [2] - 44:20, 45:8
**bills** [1] - 109:14
**Biscayne** [1] - 1:19
**bit** [6] - 5:9, 7:7, 82:22, 83:12, 84:13, 119:16
**BLACK** [1] - 1:19
**blank** [1] - 21:11
**Blasa** [2] - 69:12, 69:13
**block** [1] - 113:11
**blocking** [1] - 6:6
**blown** [1] - 139:24
**blue** [2] - 138:15, 138:16
**BMW** [7] - 125:4, 125:5, 125:6, 125:12, 125:20, 126:15, 130:11
**BMWs** [1] - 125:4
**board** [1] - 6:6
**book** [4] - 15:12, 63:6, 100:6, 133:18
**books** [8] - 11:1, 57:6, 60:6, 96:22, 111:16, 111:22, 130:17

---

109:18
**born** [1] - 83:13
**borrower** [3] - 23:1, 30:25, 32:19
**borrower's** [1] - 28:13
**borrowers** [2] - 31:9, 34:2
**bottom** [9] - 33:10, 37:10, 40:21, 41:19, 44:22, 47:25, 48:6, 53:23, 58:22
**bought** [13] - 13:7, 13:8, 35:2, 99:17, 108:9, 122:19, 125:3, 125:4, 125:18, 130:11, 131:10, 131:13
**Boulevard** [1] - 1:19
**box** [2] - 135:11, 139:11
**Braman** [4] - 52:22, 53:2, 54:18, 57:1
**branch** [2] - 84:22, 122:13, 125:11
**break** [9] - 72:7, 74:18, 76:13, 112:4, 121:20, 143:8, 143:9, 143:10, 143:11
**breaking** [1] - 113:16
**brief** [1] - 129:14
**brigade** [2] - 82:20, 82:21
**bright** [1] - 11:4
**bring** [5] - 5:12, 121:3
**bringing** [1] - 128:9
**brings** [4] - 36:13, 37:12, 63:23, 87:9
**broken** [1] - 99:14
**brother** [4] - 70:20, 71:25, 92:5, 104:9
**brothers** [3] - 90:20, 91:9, 92:10
**brought** [1] - 91:17
**Brown** [5] - 60:6, 61:13, 64:12, 64:15, 64:24
**Bugatti** [10] - 50:25, 51:2, 51:8, 51:25, 52:21, 53:3, 53:18, 54:1, 57:3, 60:11
**building** [5] - 62:2, 91:18, 91:23, 108:9, 108:14
**built** [2] - 13:15, 13:16
**bus** [4] - 66:25, 67:3, 68:5, 69:9
**business** [23] - 16:17, 39:5, 44:20,

---

55:2, 55:6, 55:13, 56:9, 63:21, 83:19, 84:15, 98:24, 100:19, 100:20, 104:21, 104:22, 105:1, 105:11, 105:12, 106:17, 126:2, 127:23, 127:24, 128:23
**businesses** [5] - 54:21, 55:1, 78:9, 104:10, 104:12
**butcher** [10] - 89:21, 89:22, 90:3, 90:8, 90:9, 102:11, 104:19, 107:21, 140:21, 141:11
**butchering** [1] - 89:20
**buy** [22] - 11:20, 12:8, 13:1, 39:15, 45:21, 46:17, 60:10, 65:2, 89:24, 108:14, 122:1, 122:18, 126:4, 126:25, 127:19, 129:2, 130:8, 131:4, 131:6, 132:3, 132:10
**buyer** [6] - 14:1, 21:22, 32:19, 41:21, 131:19, 131:23
**buyers** [2] - 58:16, 128:24
**buying** [9] - 11:22, 12:15, 49:8, 51:7, 122:22, 123:18, 124:15, 124:24, 130:14
**buys** [2] - 64:19, 70:25
**BY** [26] - 2:1, 7:2, 10:19, 18:13, 21:4, 21:8, 21:19, 53:12, 53:17, 55:20, 63:4, 63:20, 82:15, 86:1, 89:23, 95:22, 98:9, 106:14, 110:4, 121:11, 126:24, 130:4, 131:14, 133:17, 134:1, 135:1

---

**C**

**C-i-g-e-s** [1] - 17:10
**C220** [1] - 126:4
**Cabriolet** [3] - 24:7, 142:25, 143:3
**Caixa** [4] - 48:2, 48:8, 48:12, 133:2
**Caja** [1] - 44:24
**CAJA** [1] - 44:24

---

**calculating** [2] - 117:6, 117:12
**Calle** [1] - 108:4
**canceled** [2] - 119:18, 140:11
**cannot** [1] - 133:7
**capacity** [1] - 62:7
**car** [38] - 7:23, 7:24, 7:25, 8:1, 10:7, 12:4, 45:21, 45:23, 51:4, 51:7, 51:16, 52:1, 52:17, 53:5, 53:20, 59:6, 59:9, 59:24, 71:15, 71:16, 72:2, 105:11, 110:15, 110:21, 123:2, 123:4, 123:21, 123:24, 125:14, 126:6, 126:8, 128:24, 129:3, 130:14, 132:3, 132:10, 132:12, 132:14
**card** [2] - 58:5, 58:7
**career** [1] - 93:19
**careful** [1] - 129:10
**Carratala** [2] - 17:25, 20:2
**Carrera** [2] - 130:23, 131:4
**carried** [1] - 111:15
**CARROLL** [1] - 1:21
**cars** [19] - 60:11, 60:22, 61:3, 61:6, 90:25, 110:11, 110:20, 110:24, 111:2, 112:2, 121:25, 122:17, 122:23, 124:24, 125:2, 125:18, 127:7, 127:19, 130:8
**Cars** [17] - 37:3, 37:14, 47:20, 48:1, 48:7, 48:12, 51:24, 52:1, 52:6, 90:17, 90:23, 95:16, 96:11, 100:7, 123:13, 124:1, 127:13
**case** [33] - 5:8, 19:4, 27:9, 27:10, 31:6, 43:14, 44:20, 55:10, 56:18, 62:9, 72:8, 72:14, 73:20, 73:21, 73:25, 74:4, 87:9, 87:11, 88:7, 92:23, 100:10, 100:11, 112:6, 112:12, 113:24, 115:18, 115:21, 119:13, 119:23, 129:16, 143:14, 143:20

---

**Case** [3] - 4:5, 75:17, 120:19
**CASE** [1] - 1:2
**cases** [3] - 30:25, 87:4, 116:18
**cash** [72] - 23:13, 30:2, 30:6, 30:8, 30:17, 30:19, 30:23, 30:24, 31:4, 31:5, 31:22, 53:24, 54:17, 54:18, 54:22, 55:2, 55:8, 56:3, 56:7, 56:10, 56:12, 56:25, 62:17, 62:19, 62:21, 63:9, 63:11, 64:23, 67:2, 69:15, 70:7, 71:19, 71:21, 77:7, 78:12, 107:9, 107:15, 109:5, 109:12, 109:13, 110:10, 110:12, 110:17, 122:11, 122:17, 123:8, 123:16, 123:23, 124:7, 125:10, 125:15, 125:17, 125:18, 125:20, 127:12, 130:22, 131:20, 132:1, 132:16, 135:17, 135:22, 136:15, 136:22, 137:15, 140:3, 140:11, 140:14, 140:22, 141:11, 141:25, 142:9
**cash-out** [7] - 30:2, 30:6, 30:8, 30:17, 31:22, 67:2, 69:15
**cash-outs** [1] - 30:24
**cashier's** [17] - 9:8, 9:10, 9:11, 23:15, 24:5, 24:14, 42:15, 42:24, 43:3, 43:8, 43:17, 49:19, 49:23, 50:7, 50:9, 50:13, 51:23
**cashing** [1] - 32:9
**Castell** [1] - 44:25
**Castelló** [14] - 89:18, 89:19, 102:10, 104:22, 104:25, 106:6, 106:16, 106:24, 140:21, 141:1, 141:6, 141:10, 141:16, 141:21
**catch** [2] - 76:20, 142:3
**category** [2] - 99:14, 100:23
**caught** [1] - 112:2

**CD** [3] - 78:16, 97:18, 97:19

**CDI** [1] - 130:12

**Central** [3] - 16:3, 16:9, 16:22

**certain** [6] - 10:2, 10:4, 10:3, 109:7, 107:7, 132:20

**certainly** [2] - 39:16, 115:3

**certificate** [4] - 43:24, 45:17, 50:15, 57:2

**certify** [1] - 145:4

**Cesar** [9] - 89:5, 92:2, 92:12, 92:22, 102:22, 103:15, 108:24, 109:11, 124:23

**chain** [1] - 8:20

**chairs** [3] - 72:17, 112:15, 143:24

**change** [3] - 29:16, 74:12, 113:15

**changes** [2] - 29:15, 34:14

**charge** [3] - 53:24, 61:22

**charges** [1] - 63:14

**chart** [10] - 48:22, 79:5, 79:7, 79:11, 79:14, 79:19, 135:8, 136:2, 136:3, 136:7

**Chase** [1] - 20:4

**check** [46] - 9:8, 9:10, 9:11, 15:7, 15:9, 15:14, 16:5, 20:9, 20:11, 20:13, 21:25, 22:5, 23:15, 23:23, 24:5, 24:11, 24:14, 25:5, 26:4, 26:7, 26:18, 26:22, 42:2, 42:14, 42:15, 42:19, 42:24, 43:3, 43:8, 43:14, 43:17, 49:19, 49:23, 50:7, 50:9, 50:13, 51:23, 53:5, 79:22, 99:2, 99:3, 110:15, 130:20

**Check** [2] - 15:10, 26:18

**checkbooks** [1] - 20:23

**checking** [4] - 49:20, 93:15, 108:18, 135:19

**checks** [5] - 7:14, 15:12, 21:11, 21:13, 22:16

**Chicago** [15] - 14:10, 14:12, 14:16, 14:24,

15:8, 15:22, 16:16, 16:17, 17:7, 17:22, 18:8, 18:12, 19:23, 20:11, 22:13

**chicken** [1] - 89:24

**children** [1] - 119:22

**chronology** [1] - 11:7

**chunk** [3] - 46:20, 60:8, 60:13

**Ciges** [2] - 17:9, 17:16

**circled** [1] - 142:7

**citizen** [1] - 124:12

**city** [2] - 84:17, 86:6

**City** [1] - 59:16

**claims** [2] - 66:25, 68:2

**clarify** [2] - 103:6, 131:15

**cleaning** [1] - 106:5

**clear** [6] - 28:7, 48:20, 50:22, 51:6, 57:9, 121:12

**clearly** [1] - 78:7

**Clerk** [1] - 28:20

**Clerk's** [1] - 28:24

**close** [3] - 31:1, 53:18, 105:4

**closed** [2] - 90:7, 90:8

**closing** [9] - 13:17, 14:2, 14:14, 22:20, 23:13, 23:19, 24:12, 28:5, 32:7

**closings** [1] - 38:19

**co** [1] - 62:9

**co-case** [1] - 62:9

**Coconut** [1] - 75:2

**coffee** [1] - 11:5

**Cohen** [7] - 49:16, 58:17, 89:9, 96:1, 121:23, 122:1, 122:17

**coincides** [1] - 62:2

**collect** [1] - 106:21

**collected** [3] - 20:23, 65:11, 94:9

**Collection** [60] - 12:4, 37:2, 37:14, 39:6, 39:20, 40:5, 42:5, 42:17, 47:20, 48:1, 48:7, 48:12, 58:17, 77:4, 90:17, 90:23, 91:1, 91:4, 91:7, 91:19, 95:15, 95:16, 96:4, 96:11, 100:6, 101:7, 104:7, 105:13, 105:24, 106:1, 108:9, 108:14, 109:16, 109:18,

109:21, 110:24, 111:12, 111:15, 111:20, 111:23, 112:1, 121:21, 123:13, 124:1, 124:24, 126:4, 127:7, 127:13, 127:20, 130:8, 130:15, 130:17, 130:18, 130:24, 131:18, 131:23, 132:3, 132:10, 143:2, 143:5

**college** [1] - 83:19

**Colombia** [1] - 124:12

**Colonial** [4] - 39:3, 41:25, 42:4, 42:12

**color** [1] - 138:11

**column** [4] - 100:14, 100:16, 101:4

**coming** [10] - 36:25, 49:25, 71:11, 74:8, 74:19, 74:20, 113:5, 118:14, 128:17, 141:16

**Commercial** [1] - 32:14

**common** [3] - 11:24, 93:9, 93:11

**commonly** [3] - 22:23, 35:25, 45:1

**compact** [1] - 97:16

**companies** [14] - 7:16, 7:20, 10:7, 38:16, 88:23, 89:6, 89:7, 89:16, 89:17, 90:16, 91:6, 91:8, 92:25, 93:1

**Company** [9] - 14:24, 17:7, 17:22, 18:12, 19:23, 20:11, 22:13, 33:10, 61:13

**company** [36] - 7:17, 10:9, 10:10, 14:10, 14:12, 19:7, 32:7, 34:10, 37:1, 37:8, 56:25, 59:13, 59:14, 64:6, 66:6, 67:10, 68:13, 68:14, 84:18, 91:4, 91:11, 93:1, 99:2, 99:22, 99:23, 100:12, 100:14, 101:2, 101:19, 101:20, 102:10, 102:18, 102:21, 108:8

**comparison** [1] - 107:16

**compiled** [1] - 133:11

**completed** [2] - 8:9,

53:1

**completes** [1] - 38:10

**complex** [2] - 11:3, 38:13

**complicated** [1] - 38:11

**composite** [3] - 48:21, 96:24, 98:5

**Composite** [2] - 3:9, 98:6

**compound** [1] - 55:16

**computer** [4] - 6:17, 21:17, 63:17, 134:23

**concern** [1] - 113:8

**concerned** [2] - 5:6, 71:2

**concerning** [2] - 7:5, 113:3

**concluded** [1] - 144:22

**conclusion** [1] - 92:19

**conclusions** [1] - 107:7

**condition** [1] - 97:23

**conditions** [1] - 103:9

**condominium** [15] - 11:10, 12:8, 13:1, 13:4, 13:14, 13:16, 14:9, 21:21, 24:12, 26:10, 28:8, 31:16, 31:20, 36:1, 70:23

**conduct** [2] - 55:2, 108:21

**conducted** [7] - 55:22, 56:13, 56:19, 62:4, 64:4, 68:19, 71:24

**conducting** [2] - 55:6, 55:8

**confirm** [4] - 80:1, 118:2, 118:12, 126:21

**confirmed** [1] - 17:6

**confirming** [1] - 14:23

**confirms** [2] - 15:22, 18:9

**consideration** [1] - 129:16

**considered** [3] - 30:12, 88:4, 128:14

**considering** [1] - 128:17

**consisted** [1] - 106:1

**conspiracy** [1] - 78:14

**consult** [3] - 6:8,

77:18, 126:16

**Consultants** [1] - 70:16

**consumer** [1] - 10:5

**contact** [3] - 72:9, 112:7, 143:15

**contain** [1] - 8:11

**contained** [1] - 101:9

**continuance** [1] - 77:15

**continue** [5] - 8:19, 61:10, 66:20, 74:14, 75:10

**CONTINUED** [1] - 7:1

**continuously** [2] - 86:23, 104:13

**Continuum** [9] - 10:23, 11:10, 15:25, 59:18, 62:3, 62:4, 62:11, 71:9, 71:12

**Contion** [8] - 34:8, 34:19, 34:23, 35:3, 35:9, 35:18, 38:2, 38:6

**contract** [5] - 12:21, 13:6, 13:10, 23:3, 58:15

**contracts** [1] - 34:15

**contribute** [1] - 94:4

**contributes** [1] - 93:24

**contributions** [1] - 94:1

**controlled** [1] - 26:7

**convenience** [1] - 82:3

**conversion** [3] - 66:4, 66:18, 67:21

**conversions** [1] - 66:1

**converted** [3] - 66:16, 67:22, 139:4

**converts** [2] - 68:22, 68:23

**convoluted** [1] - 30:20

**copies** [5] - 6:4, 94:22, 97:15, 97:18, 134:19

**copy** [16] - 4:24, 6:11, 15:7, 18:7, 20:11, 23:20, 42:11, 43:8, 43:21, 45:13, 45:17, 50:25, 60:2, 79:4, 97:12, 97:20

**Coral** [7] - 44:12, 44:21, 45:12, 70:3, 70:8, 70:14, 71:20

**corner** [3] - 25:12,

41:1, 48:6

**Corp** [1] - 12:10

**Corpa** [1] - 93:7

**corporation** [7] - 89:20, 90:19, 100:3, 104:23, 105:3, 105:4

**correct** [136] - 8:2, 8:13, 8:21, 9:7, 10:2, 10:10, 11:18, 11:24, 12:2, 12:3, 13:5, 13:9, 13:10, 13:13, 13:18, 14:3, 14:15, 15:6, 15:10, 15:11, 15:16, 16:5, 16:6, 16:10, 16:11, 17:1, 17:17, 18:15, 18:22, 19:9, 19:16, 21:11, 21:12, 21:16, 22:23, 23:9, 23:24, 25:6, 25:13, 26:14, 26:24, 27:14, 27:20, 29:1, 29:9, 29:10, 29:14, 29:17, 30:4, 30:15, 30:16, 31:17, 31:20, 31:21, 32:10, 33:13, 34:13, 34:14, 34:20, 36:2, 36:3, 36:5, 36:17, 36:25, 37:24, 38:3, 38:7, 39:17, 39:20, 39:21, 40:10, 41:19, 41:20, 42:7, 45:23, 46:19, 46:21, 47:16, 48:23, 48:24, 50:19, 50:20, 51:9, 51:18, 52:11, 52:18, 54:7, 54:16, 56:7, 56:14, 56:17, 56:23, 57:10, 57:11, 59:6, 60:13, 60:14, 61:7, 61:8, 63:7, 63:8, 64:19, 64:25, 65:12, 65:15, 67:5, 67:15, 68:2, 68:7, 68:20, 69:1, 69:2, 70:11, 71:3, 89:10, 89:22, 97:17, 97:20, 98:11, 98:14, 99:10, 102:7, 102:13, 107:24, 110:25, 118:20, 121:18, 123:17, 125:19, 136:12, 137:5, 139:5, 139:6, 141:2, 141:7, 141:24

**correction** [1] - 85:23

**correspond** [2] - 103:2, 107:21

**corresponding** [2] - 18:18, 19:1

**cost** [1] - 11:23

**counsel** [9] - 4:6, 6:10, 75:18, 76:2, 114:3, 116:4, 120:20, 126:17, 126:18

**Count** [22] - 7:5, 36:13, 37:12, 41:24, 42:22, 44:11, 44:16, 49:18, 51:9, 52:15, 52:17, 52:23, 57:9, 57:17, 58:23, 60:5, 61:12, 64:8, 64:18, 65:6, 135:2

**count** [3] - 11:16, 38:22, 57:7

**counter** [4] - 24:25, 43:5, 50:6, 62:24

**countries** [2] - 19:3, 87:21

**country** [2] - 22:3, 66:13

**Countrywide** [5] - 31:10, 33:25, 36:18, 37:8, 37:22

**counts** [7] - 10:25, 38:10, 38:11, 46:6, 46:14, 49:5, 60:16

**Counts** [8] - 7:6, 10:14, 10:22, 38:23, 46:5, 46:14, 50:24, 139:8

**County** [1] - 28:24

**couple** [4] - 43:16, 76:15, 76:24, 89:8

**course** [10] - 13:22, 20:17, 41:6, 66:8, 77:13, 86:17, 86:19, 86:20, 87:3, 99:16

**court** [9] - 1:1, 33:20, 83:9, 83:20, 113:10, 114:25, 118:3, 129:19, 143:23

**COURT** [112] - 1:1, 4:1, 4:4, 4:12, 4:20, 5:1, 5:11, 5:13, 5:16, 5:19, 5:21, 5:24, 6:7, 6:13, 6:18, 6:20, 10:17, 18:3, 21:3, 21:6, 53:11, 53:16, 55:18, 63:3, 63:19, 72:7, 72:21, 72:23, 73:18, 73:24, 75:1, 75:3, 75:6, 75:15, 75:22, 76:3, 76:7, 76:9, 76:21, 77:4, 77:24, 78:4, 79:1, 79:7, 79:10, 79:13, 79:17, 79:19, 79:23, 80:4, 80:10, 80:16, 80:19, 80:21, 81:21, 81:24, 95:21, 98:4,

98:8, 110:3, 112:4, 112:6, 112:19, 112:22, 113:13, 114:10, 114:14, 114:17, 114:21, 115:9, 115:16, 116:8, 116:10, 116:12, 117:3, 117:9, 117:13, 117:17, 118:5, 118:11, 118:18, 118:21, 118:24, 119:2, 119:14, 119:25, 120:18, 121:3, 121:7, 126:23, 128:2, 128:5, 128:11, 128:19, 129:6, 129:11, 129:20, 130:3, 133:13, 133:14, 133:21, 134:12, 134:18, 134:21, 134:24, 143:10, 144:4, 144:6, 144:12, 144:15, 144:18, 144:20

**Court** [12] - 2:1, 2:2, 4:21, 5:5, 28:21, 74:25, 78:2, 88:14, 113:21, 143:7, 144:10, 145:9

**Court's** [2] - 6:3, 77:20

**courtesy** [1] - 76:18

**courtroom** [12] - 4:22, 5:2, 5:17, 6:13, 72:19, 81:22, 112:17, 113:25, 118:9, 118:25, 121:5, 144:2

**COURTROOM** [4] - 76:5, 82:10, 115:15, 118:8

**courts** [1] - 88:6

**create** [2] - 35:18, 87:21

**created** [7] - 28:9, 35:11, 36:16, 87:19, 87:24, 89:20, 105:3

**credit** [6] - 24:25, 58:20, 62:24, 100:13, 100:16, 101:4

**credited** [1] - 123:23

**crimes** [1] - 121:19

**Cristina** [3] - 4:9, 75:23, 120:22

**CRISTINA** [1] - 1:15

**criteria** [1] - 78:20

**Cross** [1] - 3:3

**cross** [11] - 76:19, 77:16, 78:2, 81:6, 81:9, 81:15, 82:5, 113:7, 113:8, 115:7,

128:21

**cross-examination** [4] - 77:16, 78:2, 81:15, 82:5

**cross-examinations** [2] - 113:7, 113:8

**cross-examine** [2] - 76:19, 81:6, 81:9

**CRR** [2] - 2:1, 145:8

**CTR** [5] - 54:23, 66:22, 67:23, 69:7

**CTRs** [1] - 54:23

**currency** [3] - 63:22, 64:3, 66:22

**custom** [1] - 61:19

**customer** [8] - 53:5, 53:20, 53:24, 54:22, 99:17, 99:19, 99:20, 124:24

**customers** [3] - 112:2, 121:21, 121:23

**customizations** [1] - 61:18

**cut** [2] - 25:5

**Cynthia** [3] - 4:16, 76:2, 121:1

## D

**Dade** [2] - 50:11, 50:13

**daily** [1] - 4:24

**Daniel** [3] - 3:5, 4:11, 135:5

**DATE** [1] - 145:8

**date** [26] - 14:19, 23:2, 24:17, 37:23, 43:6, 56:23, 62:16, 65:8, 67:17, 68:5, 68:21, 98:16, 99:10, 102:25, 132:17, 135:11, 136:18, 137:7, 137:14, 137:15, 138:17, 139:11, 140:2, 140:5, 140:7

**dated** [1] - 64:21

**dates** [8] - 84:2, 84:5, 94:10, 99:18, 103:2, 107:17, 109:2, 123:7

**daughter's** [1] - 106:18

**David** [6] - 59:25, 89:11, 122:22, 123:18, 124:10, 124:15

**days** [38] - 41:12,

43:16, 43:19, 43:20, 48:4, 65:1, 70:2, 70:9, 70:25, 73:16, 73:19, 73:22, 73:23, 74:13, 74:14, 75:7, 77:3, 77:15, 77:21, 80:20, 101:19, 107:10, 113:23, 115:17, 115:19, 115:20, 115:24, 115:25, 116:16, 116:21, 116:22, 117:6, 117:12, 119:7, 119:12, 120:2, 123:14, 143:25

**DC** [2] - 118:23, 119:16

**de** [15] - 44:24, 44:25, 89:2, 92:1, 92:6, 93:7, 105:18, 108:18, 108:24, 109:10, 109:15, 127:15, 130:6, 133:7, 136:16

**DE** [2] - 44:24, 44:25

**deal** [3] - 13:14, 113:3, 128:8

**dealer** [4] - 8:1, 68:3, 68:6, 69:9

**dealership** [17] - 8:6, 8:7, 8:8, 8:11, 8:12, 8:22, 9:8, 12:4, 41:13, 43:22, 44:19, 45:23, 52:2, 58:2, 59:10, 109:24, 124:4

**dealerships** [2] - 8:22, 8:23

**debit** [9] - 42:13, 43:5, 50:6, 58:5, 58:7, 99:3, 100:13, 100:16, 101:4

**December** [17] - 49:15, 50:7, 50:17, 56:24, 61:1, 61:2, 62:15, 62:17, 64:9, 64:14, 101:17, 101:25, 104:20, 105:9, 105:17, 125:15, 125:16

**decide** [1] - 113:21

**decided** [2] - 85:7, 116:6

**decision** [8] - 88:13, 115:25, 116:6, 116:14, 117:10, 120:6, 120:11

**decisions** [2] - 116:13, 117:18

**deducted** [1] - 58:8

**deed** [12] - 25:15,

25:17, 26:11, 27:2,
27:3, 29:11, 29:15,
34:6, 34:11, 34:22,
35:6, 35:7
  **Defendant** [8] - 38:7,
78:9, 81:4, 81:5,
81:13, 81:14, 115:24,
116:3
  **defendant** [1] - 1:8
  **DEFENDANT** [1] -
1:18
  **Defendant's** [4] -
114:22, 115:21,
115:23, 116:14
  **defense** [5] - 79:25,
80:9, 81:1, 117:7,
119:13
  **definite** [1] - 113:18
  **definitely** [1] -
144:10
  **degree** [2] - 83:19,
84:15
  **del** [7] - 89:2, 92:2,
92:9, 93:6, 106:4,
108:23, 109:6
  **delayed** [1] - 119:17
  **deliberations** [1] -
74:7
  **delivered** [1] - 80:6
  **deny** [1] - 80:21
  **Department** [1] - 8:3
  **department** [2] -
86:18, 87:17
  **deposit** [31] - 14:23,
15:2, 15:5, 15:18,
15:22, 17:6, 17:18,
17:21, 19:22, 20:10,
20:13, 25:1, 58:21,
62:17, 62:18, 62:19,
65:2, 65:9, 93:15,
107:10, 135:23,
136:15, 136:22,
137:7, 137:15, 140:3,
140:11, 140:15,
140:22, 141:11,
141:12
  **deposited** [15] -
25:4, 78:13, 79:6,
107:15, 107:24,
109:1, 109:3, 109:5,
109:6, 109:9, 109:11,
125:10, 141:6,
141:15, 141:17
  **depositor** [1] -
122:14
  **deposits** [23] -
13:20, 13:23, 13:25,
21:21, 22:14, 22:18,
23:5, 64:23, 77:7,
107:9, 107:16,

109:12, 109:13,
123:16, 123:23,
135:17, 140:14,
140:24, 141:1,
141:19, 141:20,
141:25, 142:9
  **DEPUTY** [4] - 76:5,
82:10, 115:15, 118:8
  **description** [1] -
61:25
  **designated** [1] -
86:13
  **destroy** [1] - 10:1
  **detail** [2] - 40:17,
61:17
  **detailed** [2] - 40:20,
52:12
  **details** [14] - 15:24,
16:19, 17:8, 17:23,
18:8, 19:24, 37:18,
47:19, 48:6, 48:11,
59:2, 61:19, 61:25,
64:17
  **detained** [7] -
127:18, 127:24,
127:25, 128:5, 129:1,
129:24
  **detention** [3] - 92:24,
103:5, 129:22
  **determine** [2] -
108:13, 111:10
  **determined** [1] -
61:23
  **device** [3] - 72:13,
112:11, 143:19
  **difference** [5] - 30:9,
30:15, 31:22, 32:1,
69:6
  **different** [32] - 9:3,
9:5, 10:6, 10:8, 10:25,
38:15, 38:16, 38:19,
46:1, 46:18, 48:16,
49:8, 66:6, 67:10,
67:13, 68:15, 84:5,
87:4, 87:7, 88:16,
94:12, 94:16, 94:21,
94:25, 95:2, 97:7,
123:8, 132:23, 140:18
  **digital** [1] - 101:10
  **digits** [1] - 135:20
  **dire** [3] - 73:3, 73:6,
73:8
  **Direct** [1] - 3:3
  **direct** [4] - 76:17,
76:23, 77:24, 129:8
  **DIRECT** [2] - 7:1,
82:14
  **directly** [4] - 19:6,
45:22, 124:3, 127:12
  **disc** [3] - 80:2, 97:16,

101:9
  **disclosed** [2] - 77:2,
77:12
  **disclosure** [1] -
81:11
  **discovery** [1] - 81:11
  **discuss** [3] - 72:8,
112:6, 143:14
  **discussion** [4] -
6:10, 114:3, 116:3,
126:18
  **disproportionate** [1]
- 107:16
  **disregard** [1] -
129:21
  **distribute** [1] - 32:6
  **distributes** [1] - 6:16
  **district** [1] - 113:14
  **District** [1] - 2:2
  **DISTRICT** [3] - 1:1,
1:1, 1:11
  **DIVISION** [1] - 1:2
  **docket** [1] - 116:18
  **document** [59] -
8:23, 9:5, 9:13, 12:15,
12:18, 13:19, 14:8,
16:15, 17:21, 18:14,
18:20, 22:23, 24:7,
26:16, 27:24, 29:3,
29:19, 32:8, 32:21,
32:24, 33:16, 33:20,
36:10, 37:15, 37:17,
37:21, 39:3, 39:14,
40:12, 40:17, 42:2,
43:2, 43:8, 43:21,
43:24, 44:17, 45:13,
47:19, 49:20, 50:5,
50:12, 51:20, 52:4,
52:12, 53:19, 54:13,
57:2, 61:13, 61:21,
62:21, 66:2, 67:3,
70:14, 135:21,
135:22, 137:10,
138:20
  **documentation** [2] -
59:8, 71:1
  **documents** [29] -
6:16, 7:22, 9:15, 9:21,
9:25, 10:13, 10:25,
11:2, 35:11, 38:18,
47:10, 59:11, 61:16,
70:13, 76:25, 77:1,
77:4, 94:24, 95:17,
95:25, 96:19, 110:6,
123:4, 124:10, 133:9,
134:22, 138:10,
139:14, 143:2
  **dollar** [15] - 25:14,
30:11, 32:12, 34:5,
42:25, 43:11, 47:7,

48:3, 49:4, 49:24,
64:5, 64:16, 69:21,
72:4
  **dollars** [11] - 66:19,
67:22, 68:19, 68:23,
69:16, 70:22, 111:24,
137:22, 138:4, 138:5,
139:4
  **Dominguez** [1] -
132:8
  **don't...** [1] - 56:4
  **done** [17] - 7:19,
27:25, 41:24, 45:7,
53:7, 53:25, 55:25,
58:5, 62:15, 64:1,
70:1, 70:7, 72:3,
104:23, 108:16,
114:7, 128:22
  **double** [1] - 79:22
  **double-check** [1] -
79:22
  **down** [15] - 8:20,
24:4, 26:4, 57:17,
59:9, 70:20, 71:11,
72:21, 84:4, 99:14,
101:3, 112:20,
138:22, 142:3, 144:4
  **downward** [2] - 5:9,
5:11
  **draw** [4] - 24:1,
107:7, 139:7, 139:11
  **drawing** [2] - 10:12,
87:9
  **drawn** [2] - 23:23,
43:17
  **drew** [1] - 121:22
  **Drive** [5] - 10:24,
11:8, 23:2, 39:24,
59:20
  **drive** [2] - 71:2, 72:1
  **driver** [5] - 66:25,
67:3, 68:5, 69:9,
70:21
  **driveway** [1] - 71:12
  **driving** [4] - 71:6,
71:10, 71:11, 71:13
  **drug** [1] - 121:17
  **due** [3] - 54:9, 54:12,
70:5
  **Duran** [1] - 131:8
  **during** [20] - 20:17,
20:22, 41:6, 65:8,
66:7, 73:3, 73:6, 77:2,
78:13, 94:20, 95:4,
95:9, 95:18, 99:16,
103:17, 103:22,
109:21, 110:14,
127:18, 128:5

**E**

  **e-t-u-r-a** [1] - 17:12
  **early** [1] - 11:4
  **earnest** [1] - 23:5
  **earphones** [1] - 76:9
  **easier** [1] - 83:1
  **eat** [1] - 75:22
  **Echevarria** [1] -
124:13
  **EDWARDS** [2] - 2:1,
145:8
  **Edwards** [1] - 145:8
  **effect** [1] - 129:15
  **eight** [3] - 69:3, 87:2,
87:3
  **either** [11] - 38:4,
56:15, 72:8, 73:25,
74:17, 100:2, 111:7,
111:8, 112:6, 115:11,
143:14
  **electronic** [2] -
97:11, 97:20
  **electronically** [1] -
97:14
  **ELMO** [3] - 21:1,
63:1, 95:20
  **emergency** [1] -
75:20
  **Emilio** [1] - 39:8
  **employed** [2] -
105:11, 106:16
  **employer** [1] - 94:3
  **employment** [9] -
101:15, 102:2, 102:6,
102:17, 105:19,
106:1, 106:7, 106:11,
106:20
  **end** [12] - 5:7, 38:6,
99:12, 112:23,
113:20, 115:18,
119:12, 119:25,
120:4, 120:14,
128:16, 136:5
  **ended** [1] - 46:2
  **ending** [32] - 23:21,
23:22, 26:5, 26:17,
32:17, 33:2, 33:7,
39:5, 40:3, 42:3,
42:12, 42:24, 43:4,
45:15, 46:25, 47:12,
47:23, 48:5, 48:10,
48:17, 48:18, 49:1,
49:3, 49:22, 50:6,
52:5, 58:24, 59:4,
62:19, 62:22, 64:6,
139:21
  **ends** [4] - 41:17,
115:25, 135:20,

140:21
**engage** [1] - 89:20
**engaged** [1] - 86:6
**engages** [1] - 87:15
**English** [3] - 82:22,
83:5, 83:8
**enjoy** [1] - 143:25
**entered** [8] - 5:5,
5:17, 81:22, 98:7,
113:25, 118:9, 121:5,
134:17
**entire** [2] - 93:16,
106:1
**entities** [3] - 9:5,
38:20, 88:19
**entitled** [2] - 55:21,
145:5
**entity** [12] - 9:18,
9:25, 12:7, 12:8,
35:13, 36:22, 36:24,
37:1, 52:20, 90:23,
92:16, 94:7
**entry** [1] - 139:24
**Enzo** [2] - 57:16,
58:19
**equal** [2] - 66:18,
69:21
**equaled** [1] - 69:15
**equity** [6] - 30:9,
30:12, 30:14, 30:19,
30:23, 31:4
**escrow** [25] - 13:20,
13:23, 13:25, 14:5,
14:10, 14:12, 14:23,
14:24, 15:1, 15:5,
15:18, 15:22, 16:25,
17:6, 17:18, 17:21,
19:7, 19:18, 19:22,
20:7, 20:10, 21:20,
22:12, 22:14, 22:18
**ESQ** [4] - 1:14, 1:15,
1:18, 1:21
**essence** [4] - 9:25,
26:22, 27:13, 101:10
**essentially** [1] -
129:2
**established** [1] -
33:24
**estate** [9] - 10:3,
11:24, 22:24, 23:19,
28:2, 30:10, 39:14,
91:15, 91:22
**estimate** [1] - 5:10
**Etura** [2] - 17:11,
17:16
**euro** [3] - 66:1,
67:21, 109:14
**European** [2] -
87:19, 87:20
**euros** [71] - 66:3,

66:16, 67:4, 67:21,
68:18, 68:22, 68:23,
70:9, 70:22, 78:12,
78:16, 93:15, 107:9,
107:15, 107:24,
109:3, 109:4, 109:6,
109:9, 109:10,
110:25, 111:5,
111:17, 111:21,
111:24, 122:12,
123:3, 123:9, 123:10,
123:11, 123:14,
123:15, 123:22,
123:25, 124:2,
124:16, 124:18,
124:20, 125:10,
125:13, 125:16,
125:17, 125:23,
126:6, 127:3, 127:9,
128:10, 130:19,
131:1, 131:21, 132:6,
132:13, 132:15,
132:16, 135:23,
136:15, 137:4, 137:5,
137:6, 137:23, 139:4,
140:3, 140:14,
140:22, 140:24,
141:9, 141:11,
141:19, 142:2
**event** [7] - 74:22,
75:10, 78:2, 98:23,
98:24, 113:17, 114:11
**events** [1] - 11:7
**eventually** [1] -
105:13
**Everglades** [1] - 75:2
**EVIDENCE** [1] - 3:8
**evidence** [25] - 21:6,
21:7, 55:17, 65:12,
77:14, 78:3, 79:17,
79:18, 80:1, 80:4,
80:22, 80:23, 81:1,
81:3, 81:4, 81:10,
81:12, 81:13, 98:2,
98:7, 126:20, 129:24,
134:10, 134:17
**ex** [2] - 106:17,
106:18
**ex-husband** [1] -
106:18
**exact** [1] - 94:10
**exactly** [3] - 32:21,
105:17, 118:13
**exam** [1] - 85:13
**examination** [5] -
77:16, 78:2, 81:15,
82:5, 114:6
**EXAMINATION** [2] -
7:1, 82:14
**examinations** [2] -

113:7, 113:8
**examine** [5] - 76:19,
81:4, 81:6, 81:9,
81:14
**example** [18] - 7:11,
7:23, 7:25, 8:10, 8:11,
9:7, 10:7, 30:2, 30:13,
30:17, 88:3, 95:24,
98:10, 99:16, 100:6,
107:8, 107:13, 138:17
**Excel** [2] - 78:17,
78:23
**except** [1] - 26:23
**excess** [3] - 66:21,
110:25, 111:23
**exchange** [4] -
30:22, 65:10, 67:4,
138:4
**Exchange** [8] - 66:3,
66:6, 67:7, 67:8, 67:9,
67:11, 67:24, 68:9
**exchanged** [2] -
70:10, 70:22
**exchanges** [2] -
68:18, 110:20
**exclude** [3] - 70:21,
77:13, 80:21
**excuse** [7] - 111:24,
113:22, 117:2,
117:13, 118:4,
119:25, 126:16
**excused** [4] - 72:22,
112:21, 112:23, 144:5
**excusing** [2] - 117:8,
119:8
**execute** [2] - 95:11,
96:6
**executed** [2] - 65:23,
95:14
**exhibit** [3] - 20:21,
97:6, 97:15
**Exhibit** [22] - 3:9,
3:10, 6:4, 21:5, 21:13,
48:21, 79:16, 95:23,
96:24, 98:2, 98:5,
98:6, 108:5, 122:4,
130:5, 130:13, 131:3,
132:7, 133:11, 134:6,
134:16, 136:1
**Exhibits** [3] - 95:7,
134:10, 134:14
**EXHIBITS** [1] - 3:8
**exhibits** [1] - 95:18
**exist** [1] - 104:23
**exited** [3] - 72:19,
112:17, 144:2
**Exotic** [14] - 37:3,
37:14, 47:20, 48:1,
48:7, 48:12, 90:17,
90:23, 95:16, 96:11,

100:6, 123:13, 124:1,
127:13
**expect** [4] - 73:21,
116:10, 119:23, 120:8
**expected** [1] - 76:24
**expecting** [2] - 9:18,
119:10
**experience** [1] -
84:13
**explain** [4] - 18:23,
27:3, 46:6, 48:11
**explained** [1] - 78:19
**explaining** [1] -
134:6
**Express** [1] - 66:7
**extensive** [1] - 38:13
**extra** [1] - 117:15

---

## F

**F430** [1] - 124:18
**Fabiani** [42] - 11:14,
12:11, 12:21, 12:22,
13:2, 13:5, 13:8,
15:15, 17:14, 17:19,
19:20, 20:8, 20:22,
21:23, 22:1, 23:1,
23:17, 23:22, 25:10,
25:16, 26:11, 27:10,
27:11, 27:23, 28:13,
29:6, 29:21, 31:9,
32:11, 33:8, 34:3,
34:7, 34:18, 35:3,
35:23, 36:2, 38:5,
89:13, 93:7, 142:14,
142:17
**faced** [1] - 117:20
**fact** [10] - 62:4, 64:1,
64:13, 81:14, 86:2,
113:6, 117:13, 122:9,
129:23, 144:18
**facts** [1] - 55:16
**fail** [1] - 91:2
**fair** [2] - 122:21,
128:14
**fairly** [1] - 45:20
**familiar** [2] - 18:18,
127:15
**family** [3] - 77:8,
78:9, 131:6
**far** [15] - 5:6, 7:16,
8:3, 9:20, 11:3, 12:22,
31:12, 34:15, 71:2,
89:6, 95:2, 116:17,
120:5
**fashion** [2] - 46:3,
133:10
**FBI** [4] - 4:10, 61:4,
71:4, 132:20

**February** [15] - 11:8,
12:19, 13:24, 14:5,
14:19, 29:5, 44:11,
45:7, 103:1, 104:8,
107:14, 125:23,
140:6, 140:20, 142:2
**Ferrari** [8] - 57:16,
58:1, 58:2, 58:16,
58:19, 60:3, 60:10,
124:18
**few** [2] - 77:15, 77:21
**figure** [1] - 107:20
**figures** [2] - 84:2,
84:5
**file** [2] - 54:18, 55:3
**filed** [3] - 27:2,
28:20, 33:20, 34:7,
35:12, 35:17, 35:21,
56:25, 64:6, 67:23,
69:7, 71:18, 71:19
**files** [1] - 9:23
**fill** [2] - 54:21, 63:22
**filled** [4] - 55:13,
55:24, 64:10, 64:20
**fills** [1] - 45:21
**final** [1] - 43:18
**finally** [1] - 20:7
**financed** [4] - 51:10,
110:22, 110:23, 111:7
**Financial** [1] - 67:7
**financial** [5] - 54:24,
87:15, 98:21, 98:23,
108:17
**financially** [1] - 55:1
**fine** [4] - 5:1, 115:5,
129:17, 144:17
**finish** [1] - 73:20
**finished** [1] - 76:17
**firm** [5] - 23:18,
86:20, 97:3, 97:4,
127:5
**firms** [1] - 38:19
**first** [42] - 13:7, 15:1,
15:12, 16:5, 21:25,
28:4, 28:21, 28:25,
29:21, 32:12, 39:3,
39:14, 40:5, 42:8,
45:5, 46:20, 48:22,
49:11, 49:25, 51:20,
56:16, 60:8, 61:13,
66:2, 68:4, 69:9,
77:13, 82:12, 86:4,
87:10, 88:10, 97:1,
99:6, 104:10, 115:4,
117:1, 123:9, 125:6,
136:4, 137:14, 137:23
**First** [1] - 32:13
**five** [7] - 70:2, 70:9,
70:25, 99:17, 115:25,
119:11, 122:24

**flag** [2] - 6:21
**flight** [2] - 4:18, 119:19
**flights** [3] - 113:3, 119:17, 119:18
**Floor** [2] - 2:3, 145:9
**floor** [2] - 62:2, 62:3
**FLORIDA** [1] - 1:1
**Florida** [18] - 1:4, 1:17, 1:20, 1:23, 2:3, 8:3, 32:15, 35:12, 35:13, 35:18, 43:25, 45:13, 45:18, 50:16, 57:3, 59:17, 60:3, 145:10
**flow** [1] - 10:13
**flown** [1] - 119:16
**folks** [1] - 77:17
**follow** [1] - 115:9
**followed** [1] - 20:11
**following** [17] - 5:18, 61:16, 72:20, 75:14, 80:15, 81:23, 112:18, 114:1, 118:10, 119:1, 119:8, 120:17, 121:6, 128:3, 129:18, 140:20, 144:3
**follows** [1] - 33:6
**food** [1] - 104:12
**FOR** [3] - 1:14, 1:18, 3:4
**force** [2] - 85:8, 96:21
**Ford** [1] - 124:20
**foregoing** [1] - 145:4
**foreign** [1] - 124:12
**Foreign** [7] - 66:2, 66:6, 67:8, 67:9, 67:10, 67:24, 68:15
**forgive** [2] - 87:12, 117:5
**forgotten** [1] - 89:10
**Form** [1] - 55:4
**form** [17] - 32:5, 54:4, 54:19, 54:21, 55:3, 55:12, 55:21, 56:6, 56:22, 64:10, 66:11, 78:17, 78:23, 97:11, 97:20, 109:25, 130:20
**formally** [1] - 131:7
**format** [1] - 101:10
**Formula** [10] - 51:1, 51:24, 52:1, 52:6, 52:17, 54:4, 54:6, 54:11, 54:15, 56:21
**forward** [8] - 13:3, 26:2, 36:6, 36:7, 77:25, 78:2, 81:13, 117:14

**forwarded** [1] - 88:5
**four** [8] - 41:16, 69:17, 75:11, 108:18, 115:17, 115:18, 116:21, 119:7
**fourth** [4] - 90:12, 115:11, 115:19, 119:9
**Fraile** [1] - 89:5, 92:2, 92:12, 92:22, 102:22, 103:16, 108:25, 109:11, 124:23
**frame** [4] - 9:1, 9:24, 10:8, 47:4
**frames** [2] - 9:20, 10:6
**Francisco** [1] - 29:7
**free** [2] - 50:22, 84:11
**free-and-clear** [1] - 50:22
**freight** [1] - 61:21
**Friday** [6] - 73:25, 74:22, 80:16, 114:13, 115:1, 119:6
**front** [3] - 97:6, 97:19, 135:8
**full** [7] - 28:19, 29:23, 37:20, 37:23, 50:19, 82:11, 119:5
**fund** [2] - 93:25, 94:4
**funded** [1] - 108:13
**funds** [8] - 19:2, 46:9, 46:13, 48:18, 51:21, 64:9, 64:11, 122:14

# G

**G55** [6] - 44:8, 44:13, 65:7, 70:4, 70:25, 71:4
**Gables** [7] - 44:12, 44:21, 45:12, 70:3, 70:8, 70:14, 71:20
**Gaitan** [2] - 3:5, 4:11, 7:3, 72:6, 76:18, 113:8, 114:6, 115:5, 128:22, 135:6
**Gaitan's** [3] - 115:7, 138:7, 139:9
**Gallardo** [1] - 123:19
**Garcia** [17] - 25:10, 26:12, 27:11, 29:7, 29:12, 31:10, 34:3, 38:5, 39:8, 89:5, 92:2, 102:22, 108:25, 109:11, 125:24, 126:10, 127:6

**Garcia's** [1] - 27:13
**Garros** [1] - 93:8
**gathering** [1] - 88:15
**generally** [1] - 18:25
**generate** [1] - 8:14
**generates** [1] - 66:22
**gentleman** [1] - 127:6
**gentlemen** [7] - 5:22, 6:24, 18:23, 81:25, 83:2, 129:23, 143:11
**given** [8] - 33:12, 58:7, 73:13, 78:22, 81:3, 81:13, 86:20, 113:6
**glove** [1] - 61:23
**GONZALEZ** [89] - 1:14, 4:2, 4:8, 5:4, 6:2, 6:16, 6:19, 6:23, 7:2, 10:19, 18:4, 18:13, 21:1, 21:4, 21:7, 21:8, 21:17, 21:19, 53:12, 53:14, 53:17, 55:20, 63:1, 63:4, 63:17, 63:20, 72:5, 73:17, 75:21, 75:23, 77:10, 78:5, 79:3, 79:8, 79:12, 79:16, 79:18, 79:21, 79:24, 80:6, 80:11, 80:17, 80:20, 81:18, 82:7, 82:15, 85:22, 86:1, 89:23, 95:20, 95:22, 98:1, 98:9, 106:14, 110:2, 110:4, 112:5, 113:1, 113:19, 114:12, 114:16, 114:18, 115:3, 119:15, 120:22, 121:10, 121:11, 126:21, 126:24, 128:7, 129:8, 129:13, 129:17, 130:2, 130:4, 131:14, 133:16, 133:17, 133:23, 134:1, 134:9, 134:19, 134:22, 135:1, 143:7, 144:9, 144:14, 144:17, 144:19
**Gonzalez** [17] - 4:9, 5:25, 6:9, 39:11, 73:15, 75:23, 78:4, 80:5, 112:4, 114:10, 119:14, 120:22, 121:9, 128:20, 129:6, 133:22, 144:12
**Gonzalez's** [1] - 73:13
**Government** [16] - 5:8, 73:19, 76:25,

79:13, 81:10, 87:16, 87:17, 87:22, 88:17, 93:19, 93:23, 93:24, 94:7, 97:11, 106:22, 115:17
**GOVERNMENT** [3] - 1:14, 3:4, 82:9
**Government's** [27] - 3:9, 3:10, 6:4, 21:5, 21:13, 48:21, 79:16, 95:7, 95:17, 95:23, 96:23, 98:2, 98:4, 98:6, 108:5, 115:18, 122:3, 130:5, 130:13, 131:3, 132:7, 133:11, 134:5, 134:10, 134:14, 134:16, 136:1
**grabbed** [1] - 84:9
**graduate** [1] - 86:2
**graduated** [2] - 84:15, 86:4
**graduation** [4] - 73:4, 73:7, 76:12, 115:13
**grant** [1] - 81:5
**granted** [1] - 129:20
**grantee** [1] - 25:25
**grantor** [1] - 25:25
**green** [1] - 79:7
**group** [2] - 82:19, 87:14
**Group** [1] - 82:21
**grouped** [1] - 46:6
**Grove** [1] - 75:2
**GT** [1] - 124:20
**guess** [2] - 103:24, 104:1
**guilt** [1] - 129:24

# H

**H-i-s-p-a-n-o** [1] - 16:9
**half** [4] - 80:8, 119:4, 119:5, 119:12
**hand** [6] - 25:12, 41:1, 47:25, 59:3, 137:25, 138:22
**handled** [3] - 8:6, 32:7, 38:19
**handles** [1] - 19:2, 94:7
**handling** [1] - 23:18
**handwritten** [2] - 15:14, 69:19
**hard** [1] - 97:12, 97:15, 97:17
**Harris** [8] - 57:23, 57:24, 58:3, 58:7,

58:13, 58:25, 59:4, 59:15
**head** [2] - 32:20, 97:4
**headphone** [1] - 76:5
**hear** [3] - 53:11, 112:22, 133:13
**help** [3] - 10:13, 84:4, 119:15
**Henche** [1] - 39:11
**Henry** [1] - 49:16
**hereby** [1] - 145:4
**Hernández** [4] - 43:5, 125:25, 126:11, 127:6
**herself** [1] - 12:24
**HIDTA** [1] - 1:16
**high** [4] - 25:4, 74:23, 75:1, 110:9
**highlighted** [3] - 137:1, 137:25, 139:25
**himself** [3] - 40:14, 41:11, 137:13
**Hispano** [3] - 16:3, 16:9, 16:22
**history** [2] - 53:6, 101:15
**hold** [1] - 14:1
**holder** [3] - 15:13, 108:20, 136:9
**holders** [1] - 108:23
**holding** [2] - 14:13, 91:15
**holiday** [1] - 115:10
**Home** [2] - 31:10, 33:25
**homes** [1] - 106:5
**Honor** [37] - 4:2, 4:8, 4:13, 5:4, 5:10, 6:2, 6:3, 6:17, 6:23, 21:1, 21:18, 53:15, 63:1, 63:18, 72:5, 78:5, 79:4, 79:12, 79:18, 80:12, 81:18, 82:7, 95:20, 98:1, 113:19, 116:2, 121:10, 126:22, 128:1, 130:2, 133:24, 134:9, 134:19, 134:23, 143:7, 144:9, 144:19
**Honor's** [2] - 115:2, 119:6
**HONORABLE** [1] - 1:10
**hook** [5] - 29:13, 29:16, 29:20, 34:13, 35:5
**hope** [2] - 5:7, 6:14
**hopefully** [1] - 4:23
**hour** [3] - 69:6,

74:25, 113:11
**hours** [2] - 69:5, 76:24
**house** [6] - 20:24, 30:23, 41:5, 65:10, 96:7, 103:7
**housed** [1] - 91:18
**housekeeper** [1] - 106:5
**HOWARD** [1] - 1:18
**Howard** [3] - 4:14, 75:25, 120:24
**Hoyos** [1] - 124:13
**HUD-1** [1] - 22:22
**husband** [4] - 25:10, 26:12, 28:14, 106:18
**husband's** [1] - 106:17
**hypothetically** [1] - 99:1

## I

**IBANEZ** [1] - 82:9
**Ibanez** [11] - 3:6, 76:23, 77:1, 82:8, 82:12, 82:13, 82:16, 82:22, 98:10, 121:12, 135:2
**Ibercaja** [1] - 133:7
**Iberica** [2] - 101:20, 101:23
**IBERICA** [1] - 101:21
**ID** [1] - 105:1
**idea** [1] - 7:10
**identification** [1] - 104:24
**identifies** [1] - 8:5
**identify** [6] - 7:14, 7:15, 7:16, 8:25, 9:16, 96:10
**identity** [3] - 55:7, 56:2, 56:6
**illustrate** [1] - 10:13
**immediately** [4] - 72:15, 81:11, 112:13, 143:21
**import** [1] - 90:22
**important** [1] - 116:8
**Imports** [8] - 57:23, 57:24, 58:4, 58:8, 58:13, 59:1, 59:5, 59:15
**IN** [1] - 3:8
**Inc** [1] - 68:14
**incarcerated** [3] - 103:12, 121:15, 121:17
**include** [1] - 132:25

**included** [3] - 92:15, 96:20, 97:8
**including** [3] - 72:12, 112:10, 143:18
**incoming** [10] - 15:24, 16:20, 17:8, 17:23, 19:24, 24:2, 39:2, 39:7, 46:4, 142:20
**incorporated** [1] - 104:25
**incorporation** [1] - 35:8
**increase** [1] - 30:22
**increased** [1] - 61:18
**increasing** [1] - 63:13
**incurs** [1] - 63:15
**indicate** [2] - 59:8, 124:15
**indicated** [7] - 28:21, 73:3, 73:6, 73:14, 73:18, 79:13, 81:7
**indicates** [3] - 18:5, 19:19, 71:1
**indicating** [3] - 39:15, 45:18, 110:21
**indictment** [1] - 10:15
**indirectly** [1] - 87:6
**individual** [26] - 10:7, 11:13, 13:3, 17:9, 17:25, 20:1, 20:14, 34:15, 39:8, 39:11, 47:13, 55:7, 56:3, 56:7, 56:12, 66:24, 67:24, 69:11, 71:21, 85:19, 94:3, 97:4, 98:13, 124:13, 124:22
**individuals** [6] - 62:6, 88:23, 88:24, 89:1, 94:12, 113:4
**inform** [2] - 5:1, 5:5
**information** [36] - 7:8, 7:18, 8:11, 8:18, 8:21, 9:19, 38:14, 40:20, 41:2, 52:12, 53:1, 70:15, 87:10, 88:2, 88:3, 88:5, 88:7, 88:11, 88:16, 88:21, 88:25, 89:9, 89:16, 89:17, 90:16, 92:14, 92:15, 92:18, 93:1, 94:19, 106:9, 106:10, 109:15, 133:11, 134:2, 138:23
**informed** [2] - 73:9, 117:21, 117:22
**initial** [8] - 13:6,

14:5, 14:20, 29:22, 41:25, 57:17, 58:21, 61:15
**inquire** [1] - 118:1
**inserted** [1] - 27:14
**inspector** [2] - 82:18, 85:19, 86:2
**Inspector** [2] - 98:10, 121:12
**installation** [3] - 61:22, 61:23, 62:1
**installment** [1] - 51:12
**instance** [1] - 31:3
**institution** [4] - 9:20, 44:19, 94:1, 108:17
**institutions** [4] - 38:18, 54:24, 54:25, 63:22
**instruct** [4] - 72:15, 112:13, 129:23, 143:21
**instructed** [1] - 129:21
**instruction** [1] - 129:14
**instrument** [3] - 25:23, 27:4, 28:9
**insurance** [3] - 70:15, 70:19, 71:2
**Insurance** [6] - 14:24, 16:16, 17:7, 17:22, 22:13, 70:15
**insurances** [1] - 72:1
**integrity** [1] - 117:19
**intends** [1] - 76:25
**interest** [6] - 25:20, 27:5, 27:11, 34:8, 34:14, 34:23
**interested** [2] - 11:22, 12:14
**intermediary** [1] - 19:1
**internal** [2] - 135:21
**International** [9] - 11:11, 12:10, 12:20, 12:23, 14:7, 15:20, 17:4, 93:3, 93:4
**internationally** [1] - 18:25
**Internet** [3] - 72:12, 112:10, 143:18
**INTERPRETER** [3] - 85:23, 89:22, 106:12
**interpreter** [6] - 4:15, 76:1, 83:6, 85:23, 106:12, 121:1
**interrupt** [5] - 11:15, 57:8, 60:7, 62:25, 135:24

**interrupted** [1] - 113:11
**intra** [1] - 48:15
**intra-bank** [1] - 48:15
**introduce** [2] - 79:1, 79:3, 79:19
**introduced** [2] - 65:12, 80:1
**investigating** [1] - 88:12
**investigation** [16] - 7:13, 20:17, 88:8, 88:11, 88:13, 88:15, 90:2, 92:19, 94:11, 94:13, 94:20, 95:5, 95:9, 95:11, 127:17, 132:19
**investigations** [4] - 86:7, 87:7, 87:8, 87:15
**investigative** [1] - 87:25
**invoice** [6] - 53:1, 61:14, 61:25, 62:16, 64:21, 95:25
**involve** [1] - 84:2
**involved** [7] - 7:20, 38:20, 52:2, 52:22, 75:20, 88:1, 119:22
**involvement** [1] - 87:4
**involving** [1] - 52:21
**Irene** [1] - 93:7
**issuance** [4] - 24:4, 43:3, 50:7, 66:4
**issue** [7] - 5:14, 7:25, 42:14, 72:24, 74:10, 75:20, 120:4
**issued** [23] - 7:12, 9:10, 20:14, 23:16, 24:13, 25:8, 26:5, 26:18, 28:12, 42:19, 43:9, 43:24, 45:18, 47:10, 49:19, 49:22, 50:10, 50:15, 51:23, 57:3, 60:2, 64:3, 92:23
**issues** [3] - 10:2, 76:16, 113:3
**it'd** [1] - 19:4
**it'll** [2] - 8:21, 74:17
**item** [2] - 100:8, 124:2
**items** [2] - 61:19, 134:6
**itself** [3] - 52:17, 79:11, 93:23
**Ivan** [1] - 127:4

## J

**jail** [3] - 103:14, 103:20, 103:21
**Jaime** [2] - 131:3, 132:7
**January** [24] - 13:24, 20:7, 27:16, 27:22, 30:1, 31:14, 33:9, 34:7, 36:17, 47:5, 57:22, 58:12, 58:25, 60:24, 61:1, 61:2, 99:1, 99:3, 99:7, 102:15, 102:16, 105:3, 105:6, 105:7
**Javier** [2] - 131:3, 131:5, 131:20, 132:2
**Jesús** [2] - 17:25, 20:1
**Jimenez** [3] - 131:5, 131:20, 132:2
**JOAN** [1] - 1:10
**join** [2] - 85:8, 85:10
**joined** [2] - 28:13, 84:14
**joining** [1] - 4:23
**joint** [3] - 25:10, 27:10, 33:7
**Josefa** [1] - 131:8
**José** [2] - 106:18, 130:13
**JR** [2] - 1:14, 1:21
**Juan** [2] - 127:15, 130:5
**JUAN** [1] - 1:14
**Judge** [5] - 75:21, 80:2, 115:15, 118:8, 126:17
**judge** [12] - 5:14, 6:12, 74:22, 76:15, 81:19, 92:23, 113:1, 117:1, 119:15, 126:19, 128:18, 128:23
**JUDGE** [1] - 1:11
**judicial** [4] - 88:5, 88:14, 96:18, 103:4
**Julio** [8] - 89:5, 92:2, 92:12, 92:22, 102:22, 108:24, 109:11, 124:23
**July** [4] - 16:24, 61:4, 132:17, 132:18
**jump** [1] - 44:6
**jumped** [1] - 109:23
**June** [14] - 47:12, 47:18, 66:3, 67:2, 67:18, 68:21, 70:1, 72:3, 73:11, 73:12,

101:25, 102:5, 119:13, 124:2

**Juror** [20] - 73:2, 73:3, 73:6, 73:24, 76:11, 112:23, 115:13, 117:2, 117:8, 117:20, 117:21, 118:1, 118:6, 118:9, 118:25, 119:9, 120:1, 120:2, 120:9, 120:14

juror [13] - 5:15, 72:25, 76:4, 113:22, 114:5, 114:25, 115:13, 116:19, 116:20, 118:1, 119:4, 119:10, 128:13

**JUROR** [3] - 118:15, 118:20, 118:23

jurors [9] - 74:6, 75:10, 76:3, 76:10, 76:14, 116:23, 116:24, 120:7, 121:3

jury [33] - 4:22, 5:3, 5:12, 5:17, 6:5, 6:12, 6:16, 18:23, 72:18, 72:19, 73:25, 74:3, 77:1, 80:24, 81:7, 81:19, 81:22, 81:25, 83:2, 112:16, 112:17, 117:19, 119:11, 120:10, 121:5, 128:4, 128:8, 129:21, 134:3, 134:7, 134:20, 134:22, 144:2

**JURY** [5] - 1:10, 5:20, 5:23, 6:22, 6:25

# K

keep [11] - 9:25, 94:8, 94:9, 96:21, 97:10, 97:12, 113:24, 114:24, 116:17, 138:10, 143:8

keeping [1] - 8:10

keeps [1] - 41:16

**Kent** [1] - 103:21

kept [1] - 9:21

kind [5] - 24:25, 51:12, 86:15, 104:15, 132:12

kinds [1] - 96:13

**KLUGH** [1] - 1:21

**Klugh** [8] - 4:17, 4:22, 6:12, 6:13, 76:20, 113:25, 120:24

known [3] - 35:25, 45:1, 87:14

knows [2] - 120:10,

128:9

**KORNSPAN** [1] - 1:19

**KPMG** [1] - 86:21

**Krentz** [39] - 11:14, 12:21, 12:22, 13:2, 13:5, 13:8, 15:15, 17:14, 17:20, 19:20, 20:9, 21:23, 22:1, 22:14, 23:1, 23:17, 23:22, 25:10, 25:16, 26:11, 27:10, 27:11, 27:23, 28:13, 29:7, 31:9, 32:11, 33:8, 34:3, 34:7, 34:18, 35:23, 36:2, 38:5, 89:13, 93:7, 142:14, 142:18

**Krentz's** [2] - 12:11, 20:22

**Kyte** [7] - 91:11, 91:14, 91:25, 102:23, 108:8, 108:11, 108:13

# L

**LA** [1] - 69:12

lack [1] - 19:10

ladies [7] - 5:22, 6:24, 18:23, 81:25, 83:1, 129:23, 143:11

lading [1] - 59:14

lady [1] - 114:18

**Lake** [1] - 59:16

**Lamborghini** [2] - 122:25, 123:18

**Land** [3] - 49:16, 50:11, 50:12

language [1] - 45:5

large [3] - 46:10, 47:18, 90:10

larger [4] - 91:18, 91:21, 107:10, 107:12

largest [1] - 107:19

las [7] - 89:2, 92:1, 92:6, 105:18, 108:24, 109:10, 136:16

last [13] - 11:19, 18:14, 37:21, 41:16, 43:24, 44:1, 44:14, 45:15, 70:4, 79:9, 97:5, 121:3, 124:13

laundering [9] - 82:20, 86:14, 86:15, 86:24, 87:4, 87:19, 87:21, 88:4, 121:18

law [23] - 23:18, 38:19, 87:18, 87:20, 87:23, 96:21, 97:9,

127:5

lawyers [1] - 115:23

lawyers' [1] - 116:15

lead [2] - 8:19, 82:20

leading [1] - 53:10

leads [7] - 7:18, 22:12, 22:20, 42:22, 49:5, 50:24, 52:15, 65:6, 87:25

least [10] - 9:13, 24:6, 26:11, 71:2, 77:21, 81:7, 114:22, 116:21, 117:25, 120:3

leave [4] - 72:17, 104:2, 112:15, 143:24

leaving [2] - 118:13, 118:15

led [3] - 59:13, 87:7, 135:14

ledger [8] - 97:20, 99:3, 99:9, 99:24, 100:1, 124:3, 124:6

ledgers [16] - 96:20, 97:1, 97:7, 97:13, 98:16, 99:12, 111:9, 111:10, 111:11, 111:14, 111:18, 122:6, 122:19, 123:4, 124:9

left [11] - 24:15, 28:8, 40:21, 41:1, 44:22, 47:25, 48:6, 59:3, 66:2, 69:3, 138:22

left-hand [4] - 41:1, 47:25, 59:3, 138:22

legal [2] - 25:23, 35:13

**LENARD** [1] - 1:10

lender [1] - 31:10

lending [3] - 10:5, 100:12, 100:14

length [1] - 73:13

lent [7] - 100:9, 100:10, 101:2, 111:11, 111:15, 111:19, 111:23

less [6] - 38:11, 60:20, 60:21, 73:22, 77:9, 111:2

letting [1] - 128:17

liability [1] - 34:10

lien [2] - 28:23, 33:22

lienholder [1] - 50:20

liens [2] - 38:1, 51:14

limited [3] - 34:10, 93:14, 107:23

line [1] - 43:5, 55:12, 136:13

**Line** [1] - 23:7

lines [1] - 99:22

**LISA** [2] - 2:1, 145:8

list [4] - 8:4, 50:20, 94:15, 100:8

listed [27] - 16:21, 19:19, 25:16, 28:14, 34:3, 35:6, 35:23, 36:6, 36:10, 39:11, 40:9, 44:5, 44:22, 45:16, 45:19, 48:22, 49:6, 50:21, 55:23, 58:16, 62:16, 64:15, 66:11, 66:24, 67:25, 68:14, 98:16

listen [3] - 72:11, 112:9, 143:17

lists [7] - 17:3, 25:20, 31:9, 35:22, 65:19, 71:24, 100:1

**LLC** [16] - 34:8, 34:9, 34:19, 34:24, 35:3, 35:9, 35:11, 35:18, 35:25, 36:1, 36:2, 38:2, 38:6, 39:6, 58:18, 59:13

loan [21] - 23:11, 25:11, 26:2, 26:13, 28:15, 29:16, 30:8, 30:18, 30:22, 31:1, 31:11, 31:13, 32:6, 32:25, 33:11, 34:2, 37:19, 50:21, 100:19

**Loans** [2] - 31:10, 33:25

loans [4] - 34:15, 51:14, 99:23, 100:2

located [8] - 10:23, 57:25, 59:16, 62:3, 71:4, 90:4, 91:20, 108:6

location [2] - 68:5, 90:3

locked [1] - 103:7

logos [1] - 37:9

look [22] - 24:4, 24:22, 44:21, 47:25, 48:5, 48:25, 49:3, 53:4, 64:13, 70:20, 100:18, 106:23, 108:10, 109:17, 109:20, 122:6, 132:20, 135:14, 136:2, 139:13, 139:16

looked [2] - 11:16, 136:7

looking [18] - 5:7, 14:8, 23:8, 27:24, 33:16, 44:17, 68:25, 84:10, 100:23, 107:7, 110:5, 111:10, 112:1,

113:6, 115:20, 124:8, 136:13, 138:25

looks [2] - 73:24, 74:3

**LOPEZ** [1] - 1:7

**Lopez** [110] - 4:5, 4:14, 12:13, 16:1, 16:21, 24:2, 26:9, 26:12, 27:12, 27:14, 28:14, 31:9, 32:18, 33:8, 34:4, 34:23, 34:25, 35:1, 35:23, 36:2, 36:4, 36:9, 38:5, 40:3, 40:13, 40:23, 41:2, 41:15, 41:21, 42:3, 43:1, 43:10, 44:5, 44:13, 44:23, 45:16, 45:19, 47:13, 48:13, 49:15, 49:21, 50:10, 50:16, 51:2, 51:22, 54:11, 54:14, 55:11, 56:20, 57:4, 57:22, 58:16, 59:17, 60:4, 62:20, 64:4, 64:10, 68:9, 70:3, 70:16, 70:21, 71:6, 71:22, 71:24, 71:25, 75:17, 76:1, 89:1, 89:2, 90:20, 91:9, 92:1, 92:3, 92:4, 92:6, 93:6, 100:11, 101:1, 101:8, 101:14, 102:3, 104:9, 105:8, 108:17, 108:24, 109:5, 109:7, 109:8, 109:10, 111:11, 111:15, 111:19, 120:19, 120:25, 121:14, 122:13, 122:15, 136:10, 136:17, 137:12, 137:17, 138:3, 139:22, 140:4, 140:23, 141:12, 142:22

**Lopez's** [1] - 58:22

lose [3] - 114:25, 117:2, 120:7

losing [1] - 114:5

lower [3] - 41:1, 137:25, 138:22

**Loza** [3] - 93:7, 127:16, 130:6

**Luis** [3] - 17:9, 17:15, 106:18

**Lujan** [1] - 80:7

lunch [7] - 72:7, 72:25, 74:17, 74:25, 75:12, 82:1

luncheon [1] - 75:13

lunchtime [1] -

113:17
 **Luxhouse** [21] -
11:10, 11:14, 12:10,
12:11, 12:20, 12:23,
12:25, 13:2, 13:7,
14:6, 14:17, 15:19,
17:3, 21:25, 38:5,
93:2, 93:3, 93:4,
93:13, 107:22, 108:1
 **Luxhouse's** [1] -
93:14

# M

 **m-o-n-p-l-a-d-o-n** [1]
- 102:20
 **ma'am** [3] - 6:1,
118:11, 118:21
 **Machado** [5] - 20:14,
20:18, 21:9, 21:15,
22:6
 **Madeline** [1] - 4:11
 **Madrid** [14] - 41:6,
66:14, 67:1, 68:2,
69:12, 83:14, 83:15,
86:9, 91:20, 108:4,
108:18, 109:15,
123:13, 133:7
 **Mail** [2] - 101:20,
101:23
 **main** [1] - 91:15
 **Management** [1] -
36:9
 **manager** [1] - 36:10
 **managing** [2] -
36:11, 38:7
 **mandate** [1] - 87:20
 **mandated** [3] - 10:3,
54:24, 96:19
 **mandatory** [2] -
94:5, 96:21
 **Mandler** [1] - 23:18
 **Manhattan** [1] - 20:4
 **Manufacturing** [2] -
64:12, 64:15
 **March** [13] - 22:14,
23:3, 24:1, 24:4,
24:10, 24:17, 24:22,
24:23, 24:25, 25:3,
25:15, 86:13, 139:12
 **Marcos** [1] - 93:8
 **Maria** [19] - 20:14,
20:18, 21:9, 21:15,
22:5, 89:2, 92:1, 92:2,
92:6, 92:9, 93:6,
105:18, 106:4,
108:23, 108:24,
109:6, 109:10, 136:16
 **mark** [2] - 113:20,

115:1
 **marked** [1] - 96:23
 **market** [1] - 91:17
 **Martin** [2] - 66:25,
67:25
 **match** [1] - 107:21
 **materials** [3] - 72:17,
112:15, 143:24
 **matter** [5] - 72:12,
112:10, 143:18,
144:6, 145:5
 **matters** [1] - 116:17
 **Maverick** [1] - 59:22
 **Maxwell** [3] - 4:9,
75:23, 120:22
 **MAXWELL** [1] - 1:15
 **Maybach** [7] - 38:24,
38:25, 41:12, 41:15,
42:20, 43:13, 43:18
 **mean** [7] - 30:7,
74:6, 74:7, 88:12,
100:25, 101:5, 105:20
 **meaning** [1] - 73:22
 **means** [2] - 48:16,
115:18
 **Mejias** [5] - 66:12,
66:25, 67:25, 68:22,
69:11
 **member** [7] - 36:5,
36:11, 38:7, 62:7,
85:17, 87:20, 131:6
 **members** [8] - 35:22,
35:24, 35:25, 36:1,
36:7, 74:9, 78:9,
143:12
 **memo** [1] - 42:13
 **Memorial** [2] - 119:8,
119:12
 **memory** [1] - 91:2
 **Mendez** [1] - 132:8
 **mention** [1] - 124:22
 **mentioned** [6] - 25:8,
37:8, 52:13, 66:21,
92:12, 92:16
 **Mercedes** [30] -
38:24, 41:14, 41:15,
42:16, 42:20, 43:12,
43:17, 43:25, 44:8,
44:12, 44:13, 44:21,
45:11, 45:15, 65:7,
70:3, 70:4, 70:8,
70:14, 70:17, 70:18,
70:25, 71:20, 96:1,
122:4, 122:7, 122:16,
126:4, 130:12, 132:4
 **Mercedes-Benz** [25]
- 41:14, 41:15, 42:16,
42:20, 43:12, 43:17,
43:25, 44:12, 44:13,
44:21, 45:11, 65:7,

70:3, 70:4, 70:8,
70:14, 70:18, 70:25,
71:20, 96:1, 122:4,
122:7, 122:16, 126:4,
130:12
 **merged** [2] - 39:4,
91:6
 **method** [1] - 56:24
 **MIAMI** [1] - 1:2
 **Miami** [19] - 1:4,
1:17, 1:20, 1:23, 2:2,
2:3, 32:13, 39:6,
39:20, 42:6, 53:19,
58:18, 59:9, 59:17,
61:6, 118:17, 118:18,
145:9, 145:10
 **middle** [3] - 18:11,
43:9, 53:4
 **middleman** [4] -
14:13, 14:16, 19:7,
19:11
 **military** [2] - 84:20,
84:24
 **million** [8] - 60:15,
60:17, 60:18, 60:22,
77:9, 78:16, 111:24
 **MILTON** [1] - 1:18
 **minimum** [1] - 119:6
 **minutes** [5] - 69:4,
112:16, 112:20,
120:12, 120:13
 **missing** [2] - 135:20,
136:5
 **mistake** [2] - 117:23,
129:9
 **mistaken** [1] - 20:18
 **ML** [1] - 132:4
 **model** [1] - 61:15
 **Molina** [1] - 39:8
 **moment** [10] - 21:2,
94:18, 96:9, 100:22,
114:2, 116:2, 127:22,
128:7, 129:15, 133:14
 **Monday** [8] - 73:5,
73:12, 73:25, 74:8,
80:15, 80:18, 114:25,
115:10
 **money** [75] - 8:15,
9:2, 9:16, 10:14, 14:1,
14:13, 14:16, 19:5,
23:5, 24:10, 26:22,
27:19, 31:23, 32:8,
32:11, 39:17, 39:19,
46:10, 46:12, 46:16,
46:17, 46:20, 47:2,
49:8, 50:1, 51:17,
52:9, 54:24, 55:15,
57:10, 58:8, 60:8,
60:13, 60:14, 64:2,
65:10, 66:4, 82:20,

86:14, 86:15, 86:23,
87:4, 87:19, 87:21,
88:4, 93:19, 93:21,
100:9, 100:10,
100:12, 101:2, 101:3,
108:14, 109:1,
110:10, 110:12,
111:12, 111:14,
111:19, 121:17,
122:18, 124:7,
124:11, 126:13,
130:17, 137:3, 140:8,
140:16, 140:25,
141:3, 141:6, 141:9,
141:14, 141:16, 142:6
 **monies** [4] - 21:24,
20:25, 49:7, 79:6
 **monitor** [2] - 10:12,
10:16
 **MONPLADON** [1] -
102:19
 **Monplado** [3] -
102:18, 104:4, 121:16
 **month** [5] - 46:9,
46:25, 101:23,
105:22, 106:2
 **months** [7] - 34:6,
60:20, 60:21, 61:8,
85:22, 85:24, 86:19
 **Montoto** [1] - 127:4
 **morning** [20] - 4:1,
4:2, 4:3, 4:8, 4:12,
4:13, 5:19, 5:20, 5:22,
5:23, 6:14, 6:15, 6:24,
6:25, 7:3, 7:4, 69:1,
80:9, 118:15, 144:1
 **mortgage** [40] -
23:11, 25:8, 25:9,
25:19, 26:4, 26:13,
27:17, 27:19, 28:1,
28:4, 28:12, 28:16,
28:17, 28:18, 28:25,
29:4, 29:9, 29:12,
29:13, 29:20, 29:21,
29:22, 29:25, 30:14,
31:1, 31:12, 33:16,
33:18, 33:19, 33:22,
33:24, 34:13, 35:5,
36:14, 36:15, 36:16,
37:7, 37:13, 37:21,
37:22
 **most** [6] - 11:2, 11:3,
30:25, 38:13, 39:16,
116:8
 **mostly** [2] - 90:22,
110:19
 **mother** [5] - 92:11,
106:4, 106:8, 131:9,
131:13
 **mother's** [1] - 131:7,

131:13
 **motion** [4] - 77:13,
77:14, 80:21, 129:20
 **Motor** [11] - 39:6,
39:20, 40:6, 42:5,
42:17, 58:17, 95:15,
105:14, 105:24,
111:15, 143:2
 **Motors** [6] - 44:20,
45:9, 52:22, 53:2,
54:18, 57:1
 **move** [7] - 36:6,
36:7, 80:2, 98:1,
127:23, 127:24, 134:9
 **moved** [3] - 46:17,
48:18, 141:3
 **moving** [6] - 26:2,
45:25, 46:20, 60:12,
61:12, 61:22
 **MR** [133] - 4:2, 4:3,
4:8, 4:13, 4:21, 5:4,
5:14, 6:2, 6:8, 6:11,
6:16, 6:19, 6:23, 7:2,
10:19, 18:4, 18:13,
21:1, 21:4, 21:7, 21:8,
21:17, 21:19, 53:10,
53:12, 53:14, 53:17,
55:16, 55:20, 63:1,
63:4, 63:17, 63:20,
72:5, 73:17, 73:22,
74:22, 75:2, 75:5,
75:21, 75:23, 75:25,
76:8, 76:15, 76:22,
77:6, 77:10, 77:11,
78:1, 78:5, 79:3, 79:8,
79:12, 79:16, 79:18,
79:21, 79:24, 80:6,
80:11, 80:17, 80:20,
81:18, 81:19, 82:7,
82:15, 85:22, 86:1,
89:23, 95:20, 95:22,
98:1, 98:3, 98:9,
106:14, 109:25,
110:2, 110:4, 112:5,
113:1, 113:19, 114:2,
114:4, 114:12,
114:16, 114:18,
114:24, 115:3, 115:6,
116:2, 116:5, 116:9,
116:11, 117:1, 117:5,
117:11, 117:15,
117:25, 119:3,
119:15, 120:22,
120:24, 121:10,
121:11, 126:16,
126:19, 126:21,
126:24, 127:22,
128:7, 128:18,
128:23, 129:8,
129:13, 129:14,

129:17, 130:2, 130:4, 131:12, 131:14, 133:16, 133:17, 133:23, 134:1, 134:9, 134:11, 134:19, 134:22, 135:1, 143:7, 144:9, 144:14, 144:17, 144:19

**multiple** [6] - 7:12, 7:14, 7:21, 38:17, 65:9, 65:10

**Murcielago** [1] - 122:25

**Mutual** [4] - 25:9, 28:5, 29:4, 29:22

## N

**name** [62] - 12:13, 14:6, 15:12, 15:19, 17:9, 17:15, 17:19, 17:25, 20:1, 20:14, 20:18, 20:20, 20:24, 21:25, 22:25, 23:22, 28:13, 36:4, 37:2, 39:5, 39:8, 40:3, 40:22, 41:15, 44:5, 44:23, 45:2, 47:15, 48:2, 55:5, 56:15, 56:20, 56:21, 66:11, 66:25, 82:11, 85:4, 92:15, 93:2, 93:9, 93:10, 93:11, 97:2, 97:3, 97:5, 101:19, 104:22, 106:18, 122:14, 124:13, 124:22, 125:24, 127:4, 127:15, 129:9, 131:8, 131:13, 131:16, 139:17, 139:22, 142:17

**names** [1] - 108:22

**National** [6] - 32:13, 76:23, 78:11, 82:17, 84:14, 85:18

**native** [1] - 82:24

**nature** [1] - 84:6

**Navy** [1] - 84:23

**need** [4] - 84:10, 113:23, 129:5, 144:8

**needed** [1] - 23:13

**needs** [1] - 119:21

**Nestor** [12] - 25:10, 26:12, 27:11, 27:13, 28:14, 29:7, 29:11, 29:13, 29:20, 31:10, 34:3, 38:5

**never** [2] - 120:10, 124:14

**nevertheless** [1] -

78:7

**new** [10] - 25:24, 27:25, 28:12, 30:18, 31:13, 33:24, 34:2, 34:12, 54:10, 98:3

**New** [6] - 18:6, 18:15, 18:21, 19:4, 19:11

**next** [83] - 5:8, 12:18, 13:19, 13:20, 13:22, 15:18, 16:15, 16:24, 17:21, 23:20, 24:18, 26:16, 28:16, 32:5, 32:21, 32:23, 33:16, 35:8, 37:7, 37:15, 37:17, 38:22, 40:1, 40:17, 43:2, 43:8, 43:21, 44:6, 45:11, 45:13, 45:25, 46:13, 47:19, 47:24, 49:20, 50:5, 50:12, 50:24, 52:4, 52:12, 53:1, 57:2, 57:7, 58:9, 59:2, 59:21, 61:21, 62:21, 64:22, 67:6, 73:15, 74:13, 74:14, 74:22, 75:11, 76:19, 76:22, 80:8, 81:9, 82:4, 82:6, 102:2, 102:16, 105:7, 114:8, 114:11, 114:23, 116:16, 116:22, 119:5, 119:6, 120:2, 120:8, 137:10, 139:7, 140:19, 141:1, 141:20, 141:21, 143:12, 144:15

**nice** [1] - 75:12

**Nieto** [3] - 97:3, 97:5

**Nieves** [7] - 89:2, 92:1, 92:6, 105:18, 108:24, 109:10, 136:16

**night** [5] - 71:7, 71:8, 103:18, 103:19, 116:25

**NO** [4] - 1:2, 118:15, 118:20, 118:23

**none** [1] - 111:7

**noon** [2] - 69:3, 118:18

**normally** [1] - 85:17

**North** [2] - 2:2, 145:9

**Northwest** [1] - 1:16

**Nos** [2] - 3:10, 134:16

**notation** [3] - 70:23, 124:5, 124:6

**note** [2] - 24:22, 69:19

**notebooks** [1] -

143:23

**noted** [1] - 101:3

**notes** [1] - 84:4

**notice** [16] - 14:23, 15:22, 17:6, 17:21, 18:10, 19:22, 20:10, 33:9, 33:11, 37:10, 39:7, 40:21, 43:9, 49:21, 67:17, 67:21

**noticed** [2] - 60:14, 110:5

**November** [19] - 26:3, 26:18, 27:1, 51:2, 52:6, 53:7, 61:1, 61:2, 87:12, 102:4, 102:5, 102:8, 102:15, 123:10, 123:11, 123:12, 123:14, 123:15, 123:25

**number** [26] - 9:15, 11:2, 15:9, 20:23, 24:18, 25:11, 28:15, 34:2, 38:15, 44:1, 46:18, 59:22, 61:8, 75:7, 78:8, 79:15, 88:21, 92:20, 98:13, 98:18, 104:24, 105:2, 107:18, 117:19, 136:6, 139:21

**numbers** [1] - 136:5

**NY** [1] - 18:6

## O

**oath** [2] - 5:24, 121:8

**objection** [8] - 6:7, 53:10, 55:16, 98:3, 109:25, 126:19, 131:12

**objections** [2] - 134:11, 134:12

**obligation** [1] - 98:23

**obligations** [1] - 13:5

**obligatory** [1] - 84:24

**obtain** [7] - 89:17, 90:16, 91:11, 94:21, 95:4, 96:13, 126:10

**obtained** [9] - 11:1, 14:9, 54:6, 94:20, 95:9, 95:18, 96:4, 96:18, 97:24

**obtaining** [1] - 9:3

**obviously** [1] - 117:23

**occasions** [3] - 9:4, 107:18, 107:19

**occupied** [1] - 90:9

**occur** [2] - 60:24,

140:18

**occurs** [3] - 69:1, 69:3, 137:14

**October** [10] - 19:18, 19:25, 47:5, 48:9, 48:15, 49:1, 102:18, 103:1, 109:2

**OF** [2] - 1:1, 1:4

**offense** [2] - 121:17, 121:18

**Office** [1] - 28:24

**officer** [2] - 76:23, 143:24

**OFFICER** [1] - 5:13

**offices** [1] - 144:15

**official** [4] - 2:1, 42:2, 42:14, 42:19

**Official** [1] - 145:9

**often** [3] - 116:13, 119:17, 128:12

**Ohio** [5] - 27:22, 30:1, 31:12, 33:17, 33:19

**old** [2] - 51:7, 131:11

**once** [6] - 7:18, 8:10, 37:23, 86:4, 106:16, 144:15

**one** [101] - 6:20, 6:21, 7:11, 7:24, 9:13, 11:2, 11:16, 12:1, 13:22, 16:7, 18:17, 18:21, 19:19, 20:3, 20:16, 21:2, 26:12, 26:22, 29:6, 29:25, 31:9, 33:17, 35:3, 36:15, 38:21, 39:16, 39:18, 40:11, 40:25, 41:13, 44:10, 46:16, 47:16, 47:25, 48:2, 48:17, 49:11, 52:16, 53:21, 54:13, 60:7, 60:9, 62:6, 64:1, 65:2, 67:19, 69:3, 71:19, 74:8, 74:14, 76:3, 76:10, 88:1, 88:19, 91:4, 92:13, 92:22, 93:1, 94:18, 95:14, 95:24, 96:9, 98:19, 100:11, 102:11, 102:23, 103:9, 105:22, 106:2, 107:13, 107:14, 108:7, 108:19, 110:23, 113:5, 114:11, 114:18, 114:23, 115:14, 115:20, 116:2, 120:10, 121:23, 122:3, 122:11, 122:12, 122:25,

123:9, 123:10, 125:7, 125:12, 125:21, 126:13, 126:16, 127:22, 128:9, 133:14, 135:24, 136:4

**ones** [4] - 92:22, 122:3, 128:9, 130:10, 136:6, 138:15

**open** [5] - 46:2, 88:8, 88:11, 118:3, 129:18

**open-ended** [1] - 46:2

**opened** [2] - 12:5, 108:18

**opening** [2] - 93:14, 107:23

**operating** [1] - 8:20

**operation** [2] - 127:18, 128:6

**operational** [1] - 90:6

**opportunity** [10] - 77:15, 81:4, 81:5, 81:14, 83:6, 83:8, 106:23, 109:17, 109:20, 135:4

**opposed** [1] - 10:4

**oral** [1] - 4:17

**order** [18] - 5:7, 35:18, 38:14, 41:13, 42:15, 43:12, 50:11, 51:1, 85:10, 92:24, 93:21, 94:8, 96:18, 98:16, 99:10, 103:4, 103:22, 134:2

**ordered** [1] - 61:18

**organization** [3] - 35:15, 36:4, 36:11

**original** [2] - 29:8, 141:17

**originally** [6] - 12:25, 73:2, 73:7, 92:13, 116:19, 142:6

**originate** [1] - 22:3

**originated** [2] - 19:13, 132:21

**originating** [6] - 16:22, 37:14, 44:22, 44:24, 48:7, 51:22

**Originator** [1] - 40:22

**originator** [10] - 16:21, 18:10, 37:2, 40:11, 47:20, 48:1, 48:11, 59:2, 59:15, 142:22

**outs** [1] - 30:24

**outside** [1] - 128:4

**outstanding** [2] - 28:8, 29:25

**overruled** [1] - 134:12
**overseas** [1] - 107:24
**owe** [1] - 30:11
**owed** [3] - 27:19, 31:16, 31:20
**own** [5] - 86:18, 91:18, 91:22, 104:24, 105:1
**owned** [3] - 26:10, 26:11, 31:3
**owner** [27] - 25:16, 25:18, 25:21, 25:22, 25:24, 27:4, 29:15, 31:5, 34:12, 35:4, 35:6, 38:2, 38:6, 44:5, 45:16, 45:19, 50:16, 50:18, 51:1, 54:10, 54:15, 55:15, 57:4, 60:3, 69:12, 102:21
**owner's** [1] - 34:14
**owners** [10] - 35:25, 38:4, 90:19, 91:8, 91:9, 91:25, 93:4, 100:12, 102:23
**ownership** [1] - 27:5
**owns** [1] - 36:1

**P**

**p.m** [6] - 1:6, 72:19, 81:22, 112:17, 121:5, 144:2
**PA** [1] - 23:18
**PAGE** [1] - 3:8
**page** [6] - 14:23, 59:2, 79:8, 79:9, 100:23, 136:23
**pages** [2] - 6:20, 98:13
**Pages** [1] - 1:8
**paid** [40] - 8:12, 8:16, 28:18, 28:25, 29:21, 29:23, 33:19, 33:21, 37:20, 37:23, 42:15, 43:11, 50:19, 51:12, 58:3, 63:14, 110:9, 110:11, 110:15, 122:8, 122:10, 122:11, 122:12, 122:16, 123:5, 123:7, 123:21, 124:3, 124:7, 125:9, 125:10, 125:14, 125:20, 125:23, 127:11, 130:18, 130:20, 132:1, 132:15, 132:17
**Palm** [6] - 41:14,

42:16, 42:20, 43:12, 43:17, 70:15
**Panadero** [1] - 130:14
**paper** [5] - 13:2, 25:18, 39:15, 78:21, 131:7
**papers** [6] - 8:10, 9:17, 71:2, 72:1, 84:9
**paperwork** [10] - 14:17, 21:21, 35:17, 45:21, 64:20, 65:2, 93:12, 110:21, 131:18, 131:23
**parentheses** [1] - 136:7
**parking** [2] - 71:10, 71:14
**Part** [5] - 55:7, 55:23, 56:2, 56:24, 71:22
**part** [21] - 18:2, 31:11, 33:24, 43:18, 57:9, 61:25, 65:20, 70:13, 82:21, 84:24, 86:16, 87:16, 88:15, 94:11, 95:11, 99:9, 99:13, 99:18, 103:25, 129:11, 139:9
**partial** [2] - 42:20, 132:15
**particular** [9] - 7:23, 9:25, 12:1, 15:9, 27:9, 56:18, 88:7, 99:17, 100:2
**particularly** [1] - 109:4
**parties** [2] - 31:15, 82:3
**parties'** [2] - 112:22, 114:21
**partner** [9] - 100:2, 100:3, 100:4, 100:9, 100:10, 100:12, 100:14, 100:19, 100:20
**partners** [2] - 101:5, 101:7
**partnership** [1] - 91:10
**parts** [1] - 98:16
**party** [4] - 14:1, 19:1, 27:6, 44:22
**pass** [4] - 6:5, 85:13, 87:25, 134:19
**passes** [1] - 19:7
**past** [1] - 60:11
**Patricia** [2] - 73:9, 118:6
**Patricinio** [7] - 89:2, 92:2, 92:9, 93:6,

106:4, 108:23, 109:7
**pay** [4] - 26:4, 50:10, 93:21, 126:15
**payable** [1] - 42:19
**paying** [2] - 54:14, 123:22
**payment** [37] - 14:5, 14:24, 16:5, 16:24, 16:25, 19:18, 20:8, 24:7, 26:2, 26:13, 27:19, 36:14, 36:16, 37:11, 41:24, 41:25, 42:20, 42:22, 43:18, 44:16, 45:11, 51:9, 52:17, 54:17, 54:18, 57:17, 64:8, 65:3, 70:7, 123:11, 125:15, 125:17, 126:8, 127:12, 132:14, 132:15, 132:16
**payments** [9] - 17:14, 41:25, 43:22, 122:11, 123:8, 123:9, 131:20, 131:21, 132:15
**payoff** [4] - 28:4, 37:12, 37:16, 37:17
**pays** [2] - 31:12, 54:22
**Pedro** [1] - 93:7
**pension** [1] - 106:21
**people** [12] - 9:4, 29:8, 34:13, 35:4, 88:12, 88:22, 89:8, 91:8, 92:13, 92:20, 93:18, 93:22
**people's** [1] - 74:7
**per** [1] - 107:9
**percent** [2] - 110:13, 110:17
**percentage** [2] - 110:9, 110:11
**perfect** [1] - 119:15
**period** [10] - 13:23, 46:10, 46:25, 60:18, 75:4, 77:9, 78:13, 103:17, 104:3, 120:8
**periods** [1] - 10:3
**permission** [1] - 6:3
**person** [31] - 11:20, 11:21, 12:14, 13:9, 31:6, 40:9, 41:2, 51:21, 55:5, 55:13, 55:21, 56:1, 56:2, 56:9, 56:13, 56:18, 64:3, 66:10, 68:1, 71:23, 92:12, 116:7, 116:8, 125:24, 127:4, 127:15, 129:2, 129:5, 129:25, 132:1, 142:18

**personal** [5] - 40:10, 140:14, 140:24, 141:22, 142:1
**personally** [1] - 87:7
**pertain** [2] - 10:22, 10:23
**phone** [1] - 59:22
**photocopy** [2] - 65:16, 69:20
**physical** [1] - 90:3
**physically** [5] - 55:5, 56:9, 71:11, 71:13, 103:12
**picking** [1] - 80:24
**piece** [1] - 101:14
**pieces** [1] - 9:5
**Pineda** [5] - 93:7, 127:15, 127:25, 129:22, 130:6
**pinpoint** [1] - 46:9
**piso** [5] - 68:4, 68:18, 86:4, 91:5, 94:8
**places** [1] - 94:16
**Plaintiff** [1] - 1:5
**plan** [1] - 119:8
**planning** [1] - 113:14
**plans** [1] - 118:12
**plus** [2] - 22:16, 119:5
**Plycar** [1] - 59:13
**point** [12] - 7:16, 8:5, 21:20, 29:25, 36:13, 50:18, 90:2, 97:9, 103:9, 117:13, 128:8, 132:19
**Pointe** [4] - 10:24, 11:8, 23:2, 59:19
**Police** [5] - 76:23, 78:11, 82:17, 84:14, 85:18
**police** [7] - 78:24, 85:8, 85:11, 85:13, 85:16, 86:18, 88:6
**policy** [2] - 70:19, 70:21
**Pollack** [5] - 59:25, 89:11, 122:22, 123:18, 124:10, 124:15
**Popular** [4] - 123:12, 132:25, 135:17, 136:2
**Porsche** [8] - 24:3, 24:7, 130:23, 131:4, 131:10, 132:13, 142:25, 143:3
**position** [1] - 114:22
**positions** [5] - 73:1, 74:16, 75:6, 112:22, 114:22

**possibly** [1] - 8:19
**posting** [1] - 37:10
**postpone** [2] - 114:5, 115:7
**potential** [1] - 38:4
**potentially** [1] - 114:23
**PowerPoint** [7] - 133:12, 134:2, 134:5, 135:4, 135:8, 138:7, 139:9
**practical** [2] - 85:21, 85:24
**precisely** [2] - 106:9, 108:7
**preconstruction** [1] - 13:14
**prefer** [1] - 117:7
**prejudice** [1] - 81:12
**prematurely** [1] - 120:11
**prepare** [1] - 81:15
**prepared** [6] - 35:12, 81:8, 114:4, 114:5, 114:9, 135:5
**preparing** [1] - 9:12
**presence** [1] - 128:4
**present** [4] - 62:9, 76:1, 77:1, 120:25
**presentation** [5] - 7:5, 11:1, 65:16, 74:24, 138:8
**presentations** [4] - 7:8, 9:12, 39:13, 135:5
**presented** [1] - 124:9
**preserve** [1] - 117:19
**pressure** [1] - 116:12
**prestamo** [1] - 100:7
**presumably** [1] - 124:3
**pretrial** [2] - 92:24, 103:5
**previous** [2] - 25:24, 127:5
**previously** [3] - 82:4, 105:20, 134:11
**price** [14] - 11:13, 23:3, 28:8, 41:18, 44:14, 45:22, 49:17, 51:4, 51:5, 58:20, 61:15, 61:19, 62:14, 125:9
**prices** [1] - 130:12
**printed** [1] - 15:13
**prison** [3] - 103:8, 103:14, 103:15
**private** [2] - 84:18, 85:1
**privately** [1] - 86:18

**problem** [7] - 6:11, 75:21, 80:3, 113:9, 113:16, 115:3, 115:7
**proceed** [6] - 5:25, 74:18, 76:13, 121:9, 130:1, 130:2
**Proceedings** [1] - 144:22
**proceedings** [15] - 4:25, 5:18, 72:20, 75:14, 81:23, 112:18, 114:1, 118:10, 119:1, 120:17, 121:6, 128:3, 129:18, 144:3, 145:5
**proceeds** [5] - 28:6, 31:11, 32:6, 32:25, 33:11
**process** [2] - 7:7, 9:16
**processed** [1] - 19:5
**product** [1] - 99:17
**promulgated** [1] - 87:23
**proof** [1] - 5:7
**properties** [3] - 7:15, 39:14, 46:14
**property** [26] - 10:22, 11:20, 11:22, 23:2, 25:21, 25:22, 27:5, 28:23, 29:16, 30:11, 30:12, 30:13, 31:2, 31:3, 31:5, 33:13, 34:8, 34:12, 34:16, 35:2, 35:4, 35:6, 38:1, 38:2, 39:15, 91:16
**proposal** [1] - 117:1
**propose** [3] - 76:12, 119:3, 119:7
**prosecution** [1] - 76:17
**prosecutor** [1] - 76:18
**provide** [2] - 8:8, 9:8
**provided** [33] - 8:21, 9:9, 9:21, 14:10, 15:7, 16:16, 18:8, 19:19, 19:22, 20:8, 20:9, 20:12, 20:13, 22:13, 23:13, 23:15, 26:4, 32:10, 37:7, 37:18, 38:18, 40:21, 41:13, 42:22, 44:18, 54:4, 59:10, 59:14, 72:4, 86:17, 109:15
**providing** [1] - 9:11
**public** [1] - 90:24
**publish** [2] - 98:8, 134:18
**pull** [3] - 28:21, 80:1, 132:23

**pull-out** [1] - 28:21
**pulled** [1] - 133:19
**purchase** [56] - 8:8, 11:7, 11:9, 11:12, 11:17, 11:25, 12:7, 12:14, 13:3, 14:20, 14:25, 20:8, 22:20, 22:23, 23:12, 23:19, 25:9, 27:2, 28:2, 28:7, 31:2, 38:23, 41:12, 41:13, 41:17, 43:23, 44:11, 44:14, 44:16, 46:13, 49:16, 49:17, 49:18, 50:24, 51:1, 51:5, 51:9, 51:15, 53:8, 53:18, 57:15, 57:18, 58:16, 58:20, 58:23, 61:12, 61:14, 61:19, 62:14, 65:6, 70:2, 70:5, 123:24, 127:7
**purchased** [4] - 41:14, 125:7, 127:21, 143:5
**purchaser** [8] - 15:19, 17:3, 19:19, 23:1, 23:13, 44:12, 51:1, 70:4
**purchaser's** [2] - 17:19, 41:14
**purchases** [1] - 60:16
**purportedly** [5] - 22:5, 22:9, 24:3, 66:16, 95:25
**purpose** [1] - 91:15
**pursuant** [1] - 79:20
**put** [12] - 7:8, 10:13, 11:1, 25:1, 29:12, 55:4, 61:20, 62:1, 65:16, 133:10, 134:2

# Q

**Q7** [1] - 130:11
**quasi** [1] - 77:15
**quasi-continuance** [1] - 77:15
**questioning** [1] - 129:6
**questions** [2] - 72:6, 83:5
**quick** [1] - 11:15
**quickly** [1] - 121:12
**quiet** [1] - 32:23
**quitclaim** [7] - 27:1, 27:3, 29:11, 29:15, 34:6, 34:11, 34:22
**quite** [4] - 30:4,

94:17, 101:16, 128:14

# R

**R8** [2] - 122:19, 124:16
**Ramon** [1] - 130:13
**Range** [3] - 49:12, 50:18, 50:19
**rank** [2] - 85:19, 86:2
**ransom** [1] - 75:2
**rate** [2] - 66:18, 138:4
**rather** [5] - 19:6, 78:22, 109:4, 124:5, 137:22
**RDR** [2] - 2:1, 145:8
**reach** [1] - 118:16
**reached** [1] - 84:8
**read** [3] - 72:11, 112:9, 143:17
**ready** [1] - 5:3, 81:17
**real** [10] - 10:3, 11:15, 11:24, 22:24, 23:19, 28:2, 30:10, 39:13, 91:15, 91:22
**realistic** [2] - 114:10, 119:24
**really** [3] - 107:20, 116:16, 116:20
**reason** [2] - 30:24, 117:11
**reasons** [1] - 113:22
**receipt** [12] - 15:19, 15:20, 36:20, 43:21, 45:11, 49:4, 50:12, 62:21, 64:2, 67:6, 67:11, 81:11
**receipts** [5] - 65:9, 65:10, 66:1, 68:10, 70:22
**receive** [6] - 73:25, 74:4, 80:4, 87:10, 88:2, 93:19
**RECEIVED** [1] - 3:8
**received** [28] - 8:10, 14:16, 14:24, 15:23, 19:25, 20:10, 22:15, 41:10, 45:8, 47:22, 50:1, 52:8, 52:9, 55:8, 56:3, 56:7, 56:25, 70:8, 70:13, 71:22, 80:8, 87:11, 87:13, 92:16, 92:18, 93:12, 101:2, 108:14
**receiver** [1] - 59:24
**receives** [1] - 68:23
**receiving** [1] - 39:19
**recess** [6] - 75:12,

75:13, 120:15, 120:16, 144:6, 144:20
**recipient** [2] - 19:5, 137:12
**recognize** [5] - 96:24, 96:25, 129:9, 138:20, 139:9
**recollection** [1] - 84:10
**reconciled** [1] - 99:13
**record** [13] - 4:7, 6:10, 28:24, 75:19, 82:11, 83:10, 104:17, 114:3, 116:3, 120:21, 121:25, 126:18, 130:19
**recorded** [2] - 99:23, 122:14
**recording** [1] - 98:24
**records** [48] - 7:14, 9:3, 10:9, 46:8, 54:6, 77:7, 77:11, 77:17, 77:22, 78:6, 79:17, 79:25, 81:8, 90:25, 91:11, 94:8, 94:10, 94:12, 94:22, 95:4, 95:8, 96:3, 96:13, 96:16, 97:10, 101:12, 104:3, 104:6, 106:10, 106:13, 107:1, 109:21, 110:14, 112:1, 121:15, 121:21, 122:18, 122:22, 123:18, 124:15, 126:10, 126:20, 127:19, 130:14, 130:23, 132:23, 133:18, 139:16
**Records** [1] - 8:3
**recuperate** [1] - 117:7
**Red** [1] - 3:3
**redirect** [1] - 82:5
**refer** [2] - 30:24, 100:25
**reference** [36] - 9:1, 13:21, 14:25, 19:25, 20:8, 20:13, 22:15, 23:11, 23:21, 24:3, 27:2, 28:2, 33:17, 35:9, 37:22, 38:22, 39:11, 43:12, 51:14, 51:24, 53:2, 54:4, 57:15, 57:18, 58:19, 60:3, 60:6, 64:2, 66:23, 67:6, 67:23, 69:7, 69:19, 124:11, 124:12, 136:3

**referenced** [1] - 10:3
**referencing** [1] - 45:14
**referred** [1] - 41:16
**referring** [3] - 39:23, 103:19, 138:19
**refinance** [7] - 27:16, 27:22, 30:2, 30:6, 30:8, 30:17, 31:12
**refinancing** [1] - 28:1
**reflect** [1] - 131:19
**reflected** [5] - 17:19, 56:22, 136:23, 140:12, 142:15
**reflecting** [1] - 37:16
**reflection** [1] - 141:15
**reflects** [3] - 15:24, 19:13, 43:3
**refresh** [1] - 84:10
**regarding** [6] - 72:24, 75:7, 76:10, 80:22, 112:23, 129:22
**regards** [5] - 64:18, 88:4, 101:14, 104:9, 107:22
**registered** [3] - 50:16, 57:4, 60:3
**registration** [1] - 45:14
**related** [7] - 7:17, 8:25, 34:16, 46:5, 55:1, 106:17, 143:6
**relation** [1] - 59:11
**relationship** [3] - 92:3, 92:7, 92:9
**release** [5] - 28:23, 33:17, 33:22, 37:21, 120:9
**released** [5] - 74:20, 74:21, 75:10, 103:9, 103:22
**releases** [1] - 34:7
**releasing** [1] - 128:13
**relevance** [1] - 127:25
**remain** [1] - 120:1
**remained** [1] - 29:12
**remaining** [5] - 26:21, 32:16, 33:1, 49:5, 110:17
**remains** [4] - 34:16, 35:4, 74:2, 113:20
**remember** [4] - 84:4, 95:1, 105:4, 133:4
**remitter** [4] - 23:16, 43:9, 50:10, 51:21
**removed** [2] - 27:14,

35:3
**renewing** [1] - 30:8
**Rennert** [1] - 23:17
**Rent** [9] - 11:11,
12:10, 12:20, 12:23,
14:7, 15:20, 17:4,
93:3, 93:4
**Rents** [1] - 14:18
**repair** [2] - 54:1,
54:14
**repairs** [1] - 54:9
**Rephrase** [1] - 55:19
**rephrase** [2] - 53:14,
110:2
**replaced** [1] - 34:18
**replacing** [1] - 73:24
**report** [7] - 54:18,
63:23, 64:3, 72:15,
87:13, 112:13, 143:21
**REPORTED** [1] - 2:1
**reporter** [2] - 18:1,
83:9
**Reporter** [2] - 2:1,
145:9
**REPORTER** [2] -
18:3, 133:13
**represent** [1] - 100:9
**representation** [1] -
128:19
**represents** [1] -
107:15
**request** [7] - 32:5,
42:2, 49:23, 51:21,
64:9, 94:22, 129:14
**requested** [5] - 9:19,
9:22, 42:25, 89:16,
92:13
**requesting** [5] -
42:24, 51:23, 64:11,
77:24, 78:1
**require** [3] - 8:24,
38:14, 79:25
**required** [6] - 54:17,
54:21, 55:3, 62:14,
96:18, 97:12
**requirement** [1] -
63:22
**requirements** [1] -
87:18
**requires** [1] - 79:21
**reserve** [1] - 116:7
**residence** [5] -
20:22, 65:8, 65:19,
69:24, 137:20
**residential** [1] - 62:1
**responsibilities** [1] -
54:10
**responsible** [2] -
54:11, 54:14
**rest** [1] - 38:11

**resting** [1] - 5:8
**result** [1] - 7:12
**resulted** [1] - 10:14
**retain** [1] - 10:9
**retention** [4] - 9:20,
9:24, 10:2, 10:6
**retire** [1] - 93:18
**retired** [2] - 93:22,
118:25
**return** [4] - 76:20,
81:9, 82:4, 143:13
**returning** [1] - 74:9
**review** [10] - 72:24,
77:18, 90:25, 106:25,
107:6, 110:14,
121:21, 121:25,
135:4, 143:2
**reviewing** [1] - 107:2
**revised** [1] - 73:13
**revision** [1] - 5:9
**RICHARD** [1] - 1:21
**Richard** [1] - 120:24
**rid** [1] - 10:1
**right-hand** [2] -
25:12, 137:25
**rights** [1] - 12:21
**righty** [1] - 57:14
**Roberto** [1] - 39:11
**Rodríguez** [3] - 4:16,
76:2, 121:2
**room** [5] - 31:15,
31:19, 72:18, 90:12,
112:16
**roughly** [14] - 31:25,
32:2, 32:20, 34:6,
46:24, 60:15, 60:16,
60:18, 85:16, 87:1,
87:3, 90:10, 90:14,
110:11
**Rover** [6] - 49:12,
49:16, 50:11, 50:13,
50:18, 50:19
**row** [1] - 123:14
**Ruben** [1] - 97:5
**rule** [1] - 79:21
**rules** [1] - 80:1
**ruling** [1] - 134:13
**run** [2] - 44:10, 61:24

## S

**S-E-P-L-A-C** [1] -
87:14
**S600** [4] - 96:1,
122:4, 122:7, 122:16
**safe** [13] - 61:10,
61:12, 61:14, 61:15,
61:20, 61:23, 62:10,
62:15, 63:14, 64:8,

64:18, 64:19, 65:22
**Safe** [5] - 60:6,
61:13, 64:12, 64:15,
64:24
**sale** [1] - 58:5
**sales** [2] - 23:3,
58:15
**Salt** [1] - 59:16
**Santander** [8] -
17:13, 18:6, 18:14,
19:11, 107:8, 133:5,
139:16, 139:21
**satisfaction** [4] -
28:16, 28:17, 29:4,
33:17
**satisfied** [1] - 29:20
**Saturday** [4] - 73:4,
73:5, 73:8, 73:12
**savings** [1] - 49:20
**Savings** [5] - 27:22,
30:1, 31:12, 33:18,
33:19
**saw** [8] - 18:14,
29:19, 65:22, 67:11,
71:13, 109:23, 122:3,
139:5
**schedule** [3] - 115:2,
118:3, 119:6
**schedules** [1] - 74:7
**scheduling** [3] -
5:14, 76:15, 113:21
**school** [2] - 74:23,
75:1
**School** [7] - 91:12,
91:14, 91:25, 102:23,
108:8, 108:11, 108:13
**screen** [4] - 23:7,
28:21, 46:4, 135:20
**Seagull** [1] - 33:10
**search** [12] - 20:22,
62:4, 62:8, 65:8,
65:20, 65:22, 78:19,
95:11, 95:14, 95:18,
96:6, 109:21
**seat** [2] - 118:11,
120:1
**seated** [7] - 5:21,
72:23, 75:15, 81:24,
82:10, 112:19, 121:7
**second** [17] - 14:23,
20:16, 29:6, 35:10,
36:15, 40:25, 46:17,
52:16, 60:7, 63:2,
66:15, 69:9, 123:10,
126:16, 128:12,
135:24, 142:3
**Second** [1] - 1:22
**secondary** [1] -
38:15
**seconds** [1] - 75:22

**secret** [3] - 88:10,
88:12, 88:13
**section** [5] - 36:6,
53:4, 55:21, 56:16,
90:14
**Section** [2] - 36:9,
56:2
**sections** [1] - 56:15
**sector** [2] - 85:1,
85:3
**SECURITY** [1] - 5:13
**security** [1] - 143:23
**Security** [9] - 94:2,
94:4, 94:6, 94:9,
94:12, 101:12, 106:21
**see** [101] - 12:22,
14:19, 16:20, 21:9,
22:25, 23:5, 23:16,
26:18, 28:4, 28:12,
29:3, 31:11, 32:5,
32:12, 33:5, 35:21,
35:22, 36:9, 36:20,
37:15, 37:18, 37:21,
39:3, 39:10, 40:1,
40:2, 40:20, 41:3,
41:12, 42:3, 42:12,
43:5, 43:21, 43:22,
44:17, 45:13, 45:17,
46:4, 47:4, 47:5,
47:18, 47:20, 49:1,
49:4, 49:20, 50:9,
50:12, 50:15, 51:20,
51:21, 52:5, 53:2,
53:23, 56:24, 57:2,
58:9, 58:11, 58:20,
58:22, 58:24, 59:3,
59:19, 59:21, 60:6,
61:13, 61:16, 62:10,
62:14, 62:19, 64:14,
66:1, 67:21, 70:17,
71:21, 71:22, 72:11,
99:19, 100:2, 107:8,
111:18, 112:9, 118:6,
122:7, 126:13, 135:8,
135:11, 135:19,
137:11, 138:7,
138:13, 138:16,
138:22, 139:2,
139:24, 142:9,
142:20, 142:22,
142:25, 143:17,
143:25
**seeing** [1] - 69:20
**seek** [4] - 79:1, 79:3,
79:10, 79:14
**seem** [1] - 95:1
**segment** [1] - 121:4
**seized** [5] - 20:23,
61:4, 71:8, 109:21,
131:18

**self** [1] - 105:11
**self-employed** [1] -
105:11
**sell** [4] - 11:21,
90:22, 90:25, 111:2
**seller** [6] - 13:1,
14:9, 31:1, 52:1,
54:15, 58:1
**selling** [1] - 58:2
**send** [6] - 7:17, 7:19,
8:2, 8:7, 8:25
**sending** [7] - 17:13,
18:5, 20:3, 32:25,
36:22, 41:2, 138:23
**sends** [4] - 40:11,
40:14, 43:15, 141:22
**sent** [32] - 9:2, 15:18,
16:1, 16:3, 18:9,
18:25, 22:1, 32:13,
32:14, 32:16, 33:2,
33:6, 41:11, 45:22,
47:24, 48:1, 48:2,
48:3, 48:4, 48:9,
48:13, 57:22, 58:13,
59:4, 64:11, 64:24,
77:17, 78:16, 86:5,
86:6, 107:24, 142:18
**separate** [3] - 48:17,
56:1, 60:12
**SEPLAC** [6] - 87:14,
87:24, 87:25, 88:2,
92:16, 92:18
**September** [12] -
17:18, 41:10, 42:13,
43:6, 43:11, 91:5,
127:13, 135:11,
135:18, 135:22,
136:19, 137:16
**Sergio** [5] - 66:12,
66:25, 67:25, 68:22,
69:11
**series** [1] - 13:20,
21:20, 45:25, 46:24
**service** [2] - 54:5,
54:9
**Services** [2] - 68:14,
69:14
**services** [2] - 53:25,
104:12
**session** [2] - 74:23,
144:10
**settlement** [5] -
22:21, 22:25, 23:2,
27:25, 31:8
**seven** [1] - 48:4,
85:20, 85:22, 85:24
**several** [3] - 95:13,
107:19, 112:3
**shaking** [1] - 32:20
**shareholders** [1] -

99:22
**Sharon** [7] - 49:15, 58:17, 89:9, 96:1, 121:23, 122:1, 122:17
**shipped** [1] - 59:17
**shipper** [1] - 10:8
**shipping** [1] - 59:14
**shop** [9] - 89:21, 89:22, 90:3, 90:8, 90:9, 102:12, 107:21, 140:21, 141:11
**short** [2] - 25:3, 75:3
**show** [16] - 9:13, 28:25, 32:23, 48:20, 63:5, 96:23, 104:3, 104:6, 121:15, 122:22, 123:4, 123:18, 124:24, 131:23, 133:10, 134:3
**showed** [3] - 9:14, 95:17, 141:14
**showing** [13] - 21:5, 33:20, 95:7, 95:23, 101:9, 108:5, 122:3, 130:5, 130:13, 131:3, 132:7, 136:1, 142:17
**shown** [3] - 102:2, 102:6, 102:17
**showrooms** [2] - 91:19, 91:21
**shows** [7] - 15:19, 29:3, 50:6, 50:16, 61:21, 66:18, 105:8
**siblings** [1] - 92:11
**side** [6] - 44:22, 47:25, 59:3, 128:4, 137:25, 138:22
**side-bar** [1] - 128:4
**sift** [1] - 78:22
**signature** [5] - 12:11, 12:22, 22:7, 41:19, 58:22
**signed** [12] - 11:13, 12:19, 13:10, 14:20, 15:15, 21:11, 21:25, 22:5, 42:3, 42:25, 49:21, 59:24
**signing** [1] - 12:7
**signs** [2] - 12:22, 12:24
**Silva** [6] - 20:15, 20:18, 20:24, 21:9, 21:15, 22:6
**similar** [4] - 42:15, 43:14, 54:23, 63:21
**simpler** [1] - 38:21
**simplified** [1] - 30:21
**simply** [3] - 78:23, 79:5, 79:21
**single** [5] - 9:18,

45:22, 105:22, 110:14, 110:23
**sister** [3] - 92:8, 105:18, 109:9
**sisters** [1] - 92:10
**sit** [1] - 119:11
**sitting** [1] - 75:4
**situation** [1] - 78:25
**six** [8] - 34:6, 44:1, 44:14, 45:15, 46:9, 46:25, 70:4, 86:19
**six-month** [2] - 46:9, 46:25
**size** [1] - 90:12
**skip** [1] - 57:6
**SL** [4] - 47:21, 48:1, 48:7, 48:12
**sleep** [3] - 103:18, 103:19, 116:24
**slide** [4] - 138:7, 138:13, 139:5, 142:17
**slides** [1] - 138:11
**slip** [1] - 42:23, 49:21, 62:18
**slips** [2] - 65:9, 65:14
**slow** [1] - 142:3
**small** [2] - 101:19, 104:12
**smaller** [1] - 6:4
**Social** [7] - 94:2, 94:4, 94:6, 94:9, 94:12, 101:12, 106:21
**Socios** [1] - 100:24
**SOCIOS** [1] - 100:24
**socios** [2] - 100:25, 101:5
**Soft** [2] - 101:20, 101:23
**sold** [5] - 90:23, 96:1, 110:11, 110:24, 130:24
**sole** [1] - 54:10
**Solis** [5] - 131:3, 131:5, 131:8, 131:20, 132:2
**someone** [5] - 55:14, 56:20, 85:17, 89:24, 129:15
**someplace** [2] - 104:18, 141:4
**sometime** [1] - 69:3
**sometimes** [2] - 9:4, 115:23
**son** [1] - 109:7
**soon** [1] - 144:12
**sooner** [1] - 4:19
**sorry** [18] - 6:8, 10:17, 15:4, 16:2, 23:9, 23:22, 35:1, 37:19, 39:1, 39:12,

47:3, 47:4, 51:24, 67:9, 75:20, 76:5, 115:16, 133:13
**sorted** [1] - 78:20
**sought** [1] - 88:24
**sound** [1] - 114:8
**sources** [2] - 88:16
**South** [11] - 1:19, 10:24, 11:8, 11:10, 23:2, 32:13, 39:24, 50:11, 50:13, 59:19, 59:20
**Southeast** [1] - 1:22
**SOUTHERN** [1] - 1:1
**space** [1] - 90:9
**Spain** [50] - 12:5, 18:11, 18:17, 18:21, 19:6, 19:15, 22:4, 40:16, 43:15, 46:4, 47:7, 47:21, 48:10, 49:9, 52:10, 57:10, 60:9, 66:14, 67:1, 68:2, 69:12, 77:5, 77:17, 77:18, 78:9, 78:24, 84:17, 84:20, 84:24, 85:14, 86:24, 87:23, 93:10, 93:18, 94:3, 94:24, 96:21, 101:15, 102:6, 102:17, 105:8, 113:4, 128:10, 132:21, 132:23, 138:25, 139:14
**span** [1] - 65:1
**Spaniards** [2] - 114:6, 128:22
**Spanish** [22] - 6:21, 37:4, 45:5, 76:23, 78:11, 82:17, 82:24, 83:2, 83:7, 84:14, 85:18, 87:13, 87:16, 88:17, 94:7, 97:9, 97:11, 114:7, 114:14, 115:4, 138:11
**Special** [2] - 4:10, 135:5
**special** [1] - 25:15
**specific** [3] - 7:21, 8:5, 66:23
**specifically** [9] - 9:1, 9:2, 22:8, 39:18, 46:13, 88:16, 107:14, 109:4, 109:14
**specifics** [1] - 8:8
**speech** [1] - 113:17
**spell** [1] - 18:1
**spend** [1] - 85:20
**spent** [2] - 60:18, 60:21
**Sports** [15] - 39:6,

39:20, 40:6, 42:5, 42:18, 51:24, 52:1, 52:6, 56:21, 58:17, 95:15, 105:14, 105:24, 111:15, 143:3
**spouse** [2] - 27:10, 34:3
**squad** [2] - 86:14, 86:16
**SREBNICK** [47] - 1:18, 1:19, 4:3, 4:13, 4:21, 5:14, 6:8, 6:11, 53:10, 55:16, 73:22, 74:22, 75:2, 75:5, 75:25, 76:8, 76:15, 76:22, 77:6, 77:11, 78:1, 81:19, 98:3, 109:25, 114:2, 114:4, 114:24, 115:6, 116:2, 116:5, 116:9, 116:11, 117:1, 117:5, 117:11, 117:15, 117:25, 119:3, 120:24, 126:16, 126:19, 127:22, 128:18, 128:23, 129:14, 131:12, 134:11
**Srebnick** [6] - 4:14, 6:7, 73:21, 75:25, 78:19, 79:13, 81:7, 113:12, 113:16, 120:24
**stacks** [1] - 78:21
**staff** [3] - 72:16, 112:14, 143:22
**stand** [2] - 82:4, 113:4
**standby** [1] - 4:18
**standing** [3] - 6:6, 55:5, 90:13
**stands** [1] - 34:9
**start** [16] - 11:4, 11:17, 13:24, 39:16, 47:11, 49:8, 53:5, 53:20, 88:15, 88:22, 101:17, 102:8, 104:10, 106:15, 119:4, 135:2
**started** [12] - 6:4, 39:14, 76:12, 78:8, 78:10, 88:10, 89:15, 104:19, 105:1, 105:24, 106:21, 141:23
**starting** [7] - 101:17, 102:8, 104:6, 104:17, 105:21, 106:15, 125:6
**starts** [2] - 39:2, 47:5, 106:6
**state** [7] - 4:6, 35:13,

36:10, 64:17, 75:18, 82:11, 120:20
**State** [8] - 8:3, 35:12, 35:17, 43:25, 45:18, 50:15, 57:3, 60:2
**statement** [38] - 16:15, 18:8, 22:21, 22:25, 23:20, 23:21, 24:1, 24:8, 24:9, 26:16, 27:25, 31:8, 33:5, 33:14, 37:7, 37:16, 39:3, 40:2, 42:11, 43:2, 44:18, 47:11, 47:12, 48:25, 50:5, 52:4, 58:9, 58:11, 58:21, 58:24, 62:23, 63:5, 64:13, 136:24, 140:12, 141:14, 142:4, 142:15
**statements** [1] - 78:17
**States** [16] - 2:2, 4:4, 4:9, 4:10, 43:16, 75:16, 75:24, 82:8, 83:21, 93:17, 120:18, 120:23, 128:10, 137:12, 142:14, 145:9
**states** [9] - 17:23, 25:23, 52:13, 53:5, 53:20, 54:9, 55:7, 70:17
**STATES** [4] - 1:1, 1:4, 1:11, 1:15
**stating** [1] - 34:22
**stay** [1] - 32:23
**steaks** [1] - 89:24
**step** [4] - 72:21, 112:20, 126:13, 144:4
**steps** [1] - 7:24
**Steve** [5] - 57:23, 57:24, 58:3, 58:7, 58:13, 58:25, 59:4, 59:15
**still** [23] - 4:17, 4:24, 5:24, 14:17, 14:19, 15:1, 15:12, 17:3, 27:19, 29:12, 29:25, 34:13, 35:5, 61:6, 67:17, 74:23, 75:7, 75:11, 90:6, 115:5, 116:23, 118:2, 121:8
**stipulation** [1] - 5:6
**stood** [1] - 107:3
**stop** [13] - 20:16, 29:6, 30:3, 35:10, 40:25, 52:16, 66:5, 72:15, 90:18, 92:17, 101:23, 112:13, 143:21
**store** [1] - 91:16

**straightforward** [1] - 45:20

**streamline** [1] - 9:15

**Street** [1] - 1:16

**strike** [6] - 73:2, 127:23, 127:24, 128:8, 129:11, 129:20

**STUMPF** [1] - 1:19

**submit** [3] - 96:19, 97:10, 97:13

**subpoena** [8] - 7:11, 7:17, 7:19, 8:1, 8:2, 8:7, 8:14, 8:25

**subpoenaed** [1] - 59:10

**subpoenas** [5] - 7:12, 7:14, 7:21, 38:15

**subsequent** [1] - 142:11

**subsidiary** [2] - 34:1, 37:8

**substantially** [1] - 97:23

**sufficient** [2] - 75:9, 116:24

**suggest** [1] - 77:7

**suite** [1] - 1:20

**Suite** [1] - 1:22

**sum** [4] - 22:16, 46:10, 57:9, 140:8

**summary** [5] - 79:5, 79:11, 79:14, 79:19, 133:10

**SunTrust** [1] - 44:18

**supposed** [2] - 11:20, 55:24

**supposedly** [6] - 22:9, 26:10, 55:14, 123:21, 124:6, 126:14

**supposition** [1] - 103:24

**surname** [1] - 82:12

**suspicious** [1] - 88:4

**Sustained** [1] - 55:18

**SWAT** [1] - 62:7

**SWORN** [1] - 82:9

**system** [1] - 93:18

---

**T**

---

**tab** [2] - 135:2, 139:7

**table** [1] - 76:2

**tables** [1] - 90:13

**takeover** [1] - 91:6

**Tampa** [2] - 76:11, 115:13

**Tania** [5] - 20:14, 20:18, 21:9, 21:15,

22:5

**TARDON** [1] - 1:7

**Tardon** [112] - 4:5, 4:15, 16:1, 16:22, 17:15, 24:2, 26:9, 26:12, 27:12, 27:14, 28:14, 31:9, 32:18, 33:8, 34:4, 34:23, 34:25, 35:1, 35:23, 36:2, 38:6, 40:4, 40:13, 40:23, 41:3, 41:21, 42:18, 43:1, 43:15, 44:13, 44:23, 45:16, 45:19, 45:20, 47:14, 48:14, 49:8, 49:15, 50:10, 50:17, 54:14, 55:11, 56:20, 57:4, 57:22, 58:17, 60:4, 63:9, 64:10, 70:4, 71:5, 71:6, 71:22, 71:24, 71:25, 75:17, 76:1, 77:8, 89:1, 89:2, 89:3, 90:20, 91:10, 92:1, 92:2, 92:3, 92:4, 92:6, 93:6, 100:11, 101:1, 101:8, 101:14, 101:17, 102:3, 102:6, 102:17, 102:25, 103:3, 104:9, 105:8, 108:17, 108:23, 108:24, 109:5, 109:7, 109:8, 109:10, 111:11, 111:15, 111:19, 111:23, 120:19, 120:25, 121:14, 122:13, 122:15, 126:2, 136:10, 136:16, 137:13, 137:17, 138:3, 139:22, 140:4, 140:23, 141:12, 142:23

**Tardon's** [8] - 12:13, 36:4, 40:6, 59:17, 65:8, 68:9, 69:18, 70:23

**target** [2] - 8:5, 127:17

**tax** [2] - 104:24, 105:1

**taxes** [1] - 123:22

**taxing** [2] - 88:19, 114:18

**team** [1] - 62:7

**ten** [6] - 77:3, 77:9, 80:20, 120:12, 120:13, 120:15

**ten-year** [1] - 77:9

**tenders** [1] - 134:22

**term** [1] - 19:10

**terms** [1] - 11:22

**terrorism** [1] - 86:7

**test** [1] - 85:10

**testified** [3] - 80:10, 83:20, 133:19

**testify** [6] - 80:7, 83:1, 87:10, 115:23, 116:7, 116:14

**testifying** [2] - 78:18, 84:1

**testimony** [5] - 80:22, 83:23, 84:1, 121:13, 131:12

**TGA** [2] - 68:14, 69:14

**that'd** [1] - 144:17

**that'll** [1] - 120:2

**THE** [130] - 1:10, 1:14, 1:18, 3:4, 4:1, 4:4, 4:12, 4:20, 5:1, 5:11, 5:13, 5:16, 5:19, 5:20, 5:21, 5:23, 5:24, 6:1, 6:7, 6:13, 6:18, 6:20, 6:22, 6:25, 10:17, 10:18, 18:3, 18:5, 21:3, 21:6, 53:11, 53:16, 55:18, 63:3, 63:19, 72:7, 72:21, 72:23, 73:18, 73:24, 75:1, 75:3, 75:6, 75:15, 75:22, 76:3, 76:5, 76:7, 76:9, 76:21, 77:4, 77:24, 78:4, 79:1, 79:7, 79:10, 79:13, 79:17, 79:19, 79:23, 80:4, 80:10, 80:16, 80:19, 80:21, 81:21, 81:24, 82:10, 82:12, 85:23, 89:22, 95:21, 98:4, 98:8, 106:12, 110:3, 112:4, 112:6, 112:19, 112:22, 113:13, 114:10, 114:14, 114:17, 114:21, 115:9, 115:15, 115:16, 116:8, 116:10, 116:12, 117:3, 117:9, 117:13, 117:17, 118:5, 118:8, 118:11, 118:18, 118:21, 118:24, 119:2, 119:14, 119:25, 120:18, 121:3, 121:7, 126:23, 128:2, 128:5, 128:11, 128:19, 129:6, 129:11, 129:20, 130:3, 133:13,

133:14, 133:21, 134:12, 134:18, 134:21, 134:24, 143:10, 144:4, 144:6, 144:12, 144:15, 144:18, 144:20

**themselves** [3] - 74:6, 79:25, 93:14

**thereby** [1] - 63:13

**Thereupon** [5] - 75:13, 113:25, 118:9, 118:25, 120:16

**thinking** [1] - 128:15

**third** [8] - 14:1, 16:25, 19:1, 27:6, 115:11, 115:12, 116:7, 123:11

**third-party** [1] - 19:1

**thorough** [1] - 8:22

**thoughts** [1] - 128:12

**three** [26] - 60:20, 60:21, 69:5, 69:6, 69:17, 73:16, 73:19, 74:13, 81:6, 92:10, 92:11, 108:20, 108:22, 116:5, 116:16, 116:21, 116:23, 120:2, 122:2, 123:8, 123:14, 127:21, 142:9

**three-day** [1] - 81:6

**three-hour** [1] - 69:6

**Thursday** [6] - 73:15, 112:25, 114:8, 115:1, 143:13, 144:1

**Title** [16] - 14:11, 14:12, 14:17, 14:24, 15:8, 15:22, 16:16, 16:17, 17:7, 17:22, 18:8, 18:12, 19:23, 20:11, 22:13, 33:10

**title** [10] - 32:6, 43:24, 45:17, 50:15, 50:20, 50:22, 57:2, 60:2, 82:16, 82:17

**titled** [2] - 131:13, 131:16

**today** [17] - 4:14, 4:23, 4:25, 5:15, 76:16, 77:25, 83:24, 112:24, 113:13, 113:15, 117:10, 117:18, 117:20, 118:1, 118:4, 121:4, 144:8

**together** [7] - 7:8, 10:13, 11:1, 11:2, 46:7, 101:15, 133:10

**tomorrow** [1] -

118:15

**tongue** [1] - 82:24

**Tony** [3] - 4:9, 75:23, 120:22

**took** [6] - 26:22, 29:8, 29:11, 91:5, 91:7, 121:20

**top** [6] - 6:21, 32:12, 66:2, 136:2, 138:17, 142:17

**topic** [1] - 86:19

**Torrego** [5] - 89:3, 92:2, 93:6, 106:18, 108:24

**total** [15] - 11:12, 22:12, 22:15, 22:16, 22:18, 31:13, 47:3, 53:24, 56:25, 61:25, 62:14, 69:14, 69:22, 79:9, 111:19

**totaling** [1] - 69:18

**totals** [1] - 69:20

**Touareg** [1] - 126:25

**touching** [3] - 72:11, 112:9, 143:17

**towards** [1] - 70:15

**Tower** [1] - 59:20

**track** [2] - 94:9, 138:10

**trade** [1] - 110:19

**trade-ins** [1] - 110:19

**training** [3] - 85:21, 85:24, 86:15

**transacted** [2] - 67:25, 69:14

**Transaction** [1] - 99:7

**transaction** [51] - 8:6, 11:3, 31:7, 31:16, 31:19, 33:25, 40:1, 40:17, 45:7, 45:20, 54:24, 55:6, 55:9, 55:14, 55:22, 55:25, 56:13, 56:19, 56:23, 58:6, 59:11, 63:23, 64:1, 64:3, 64:4, 65:1, 66:10, 66:21, 66:23, 67:1, 67:17, 67:24, 68:4, 68:21, 68:25, 69:8, 70:7, 71:19, 71:23, 72:3, 98:18, 98:21, 99:6, 99:10, 108:21, 137:3, 140:25, 143:4, 143:6, 143:8

**transactions** [18] - 7:19, 10:4, 32:10, 32:19, 38:20, 44:6, 60:12, 60:24, 61:3, 69:17, 70:1, 98:14,

99:19, 109:8, 132:20, 134:7, 135:14

**transactor** [1] - 66:24

**transcript** [1] - 4:24
**transcription** [1] - 145:5
**transfer** [31] - 16:7, 16:19, 19:2, 19:20, 19:23, 33:10, 36:14, 36:20, 37:13, 39:10, 40:1, 45:8, 47:18, 47:24, 48:9, 48:15, 49:1, 49:4, 51:21, 51:24, 58:23, 64:9, 93:16, 126:8, 126:14, 136:20, 137:8, 137:11, 137:21, 138:2, 142:11
**transferred** [14] - 9:16, 27:9, 27:11, 46:10, 46:12, 47:7, 49:9, 50:2, 59:5, 60:9, 60:15, 86:8, 86:12, 141:10
**transferring** [2] - 12:21, 46:9
**transfers** [4] - 27:5, 34:23, 110:19, 135:15
**translate** [2] - 83:7, 83:8
**travel** [3] - 74:7, 114:13, 118:12
**traveling** [2] - 74:4, 119:22
**trial** [22] - 41:7, 66:8, 67:14, 72:10, 74:2, 74:10, 77:2, 77:12, 78:8, 78:10, 80:23, 81:2, 112:8, 114:23, 115:12, 115:18, 115:19, 116:17, 117:12, 117:16, 120:9, 143:16
**TRIAL** [1] - 1:10
**tried** [1] - 9:15
**true** [1] - 97:19
**try** [5] - 9:12, 72:14, 112:12, 117:18, 143:20
**trying** [2] - 4:18, 116:12
**TT** [1] - 127:8
**Tuesday** [3] - 73:9, 73:14, 114:25
**Turbo** [3] - 130:23, 131:4, 131:10
**turn** [9] - 8:14, 8:24, 9:9, 32:25, 42:14, 52:9, 81:20, 82:2,

105:1
**turned** [11] - 10:16, 78:6, 78:24, 80:9, 80:13, 80:14, 80:17, 80:23, 81:1, 81:10, 124:11
**turning** [1] - 56:10
**turnover** [1] - 81:3
**turns** [1] - 13:2
**Twelfth** [2] - 2:3, 145:9
**two** [39] - 6:20, 9:4, 9:5, 22:16, 29:8, 30:15, 39:13, 41:12, 41:24, 42:8, 42:17, 43:19, 43:20, 48:16, 48:22, 51:7, 65:1, 68:11, 73:22, 73:23, 74:14, 75:11, 75:22, 81:2, 85:20, 86:17, 90:13, 91:6, 91:21, 101:7, 111:22, 113:11, 115:20, 115:24, 116:5, 122:11, 125:4, 135:20
**two-hour** [1] - 113:11
**two-week** [1] - 86:17
**two-year-old** [1] - 51:7
**type** [2] - 24:7, 108:21
**types** [5] - 86:5, 94:19, 96:3, 96:16, 104:10

## U

**ultimately** [3] - 10:14, 113:2, 116:13
**unavailability** [1] - 118:4
**uncommon** [1] - 93:9
**under** [17] - 5:24, 14:17, 17:15, 21:25, 28:13, 35:6, 35:22, 55:23, 78:16, 103:4, 104:21, 104:23, 107:9, 121:8, 131:7, 139:17
**underlying** [1] - 126:20
**underneath** [1] - 45:2
**underwent** [1] - 86:17
**unfair** [1] - 81:12
**Union** [1] - 87:19,

87:20
**unique** [1] - 41:17
**unit** [3] - 37:23, 86:11, 87:21
**Unit** [8] - 11:12, 14:25, 15:25, 19:25, 20:9, 22:15, 23:2, 59:20
**united** [1] - 2:2
**UNITED** [4] - 1:1, 1:4, 1:11, 1:15
**United** [15] - 4:4, 4:9, 4:10, 43:16, 75:16, 75:24, 82:8, 83:21, 93:17, 120:18, 120:23, 128:10, 137:12, 142:14, 145:9
**university** [3] - 83:15, 83:18, 86:19
**unknown** [1] - 88:12
**unusual** [1] - 109:24
**up** [5] - 5:16, 6:6, 12:5, 21:20, 24:17, 25:1, 30:10, 61:3, 69:18, 69:20, 70:24, 76:13, 76:20, 78:12, 78:15, 79:4, 80:1, 88:8, 94:15, 103:7, 105:8, 106:1, 107:23, 115:25, 117:18, 120:4, 121:12, 124:24, 128:2, 139:24, 142:3, 142:17, 144:8
**upper** [1] - 25:12
**US** [5] - 66:4, 66:19, 67:22, 68:23, 69:21
**Ussery** [2] - 44:20, 45:9
**usual** [1] - 11:24
**Utah** [4] - 57:25, 59:6, 59:9, 59:16

## V

**Valencia** [4] - 17:25, 18:10, 44:25, 84:17
**value** [1] - 30:10
**valued** [1] - 111:2
**Vanaklum** [6] - 90:17, 90:19, 90:21, 90:25, 91:3, 91:6
**variable** [2] - 76:3, 76:10
**various** [2] - 107:6, 107:17
**vehicle** [2] - 41:17, 45:14, 50:25, 54:10, 54:12, 59:16, 70:18,

71:6, 105:11, 110:23, 143:5
**vehicles** [4] - 8:4, 90:22, 91:16, 110:9
**vendor** [1] - 66:10
**verification** [4] - 22:12, 22:13, 28:18, 37:17
**verifies** [1] - 33:22
**verify** [1] - 136:16
**verifying** [2] - 17:22, 19:23
**versa** [1] - 100:15
**versus** [4] - 4:4, 75:16, 118:2, 120:19
**Veyron** [4] - 50:25, 51:2, 51:25, 53:3
**via** [2] - 17:18, 58:5
**vice** [1] - 100:14
**Viciosa** [1] - 91:20
**Victoria** [1] - 103:21
**view** [1] - 6:6
**villa** [1] - 39:23
**Villa** [1] - 39:24, 91:20
**VIN** [5] - 41:16, 44:1, 44:14, 45:15, 70:5
**Visa** [1] - 58:5
**Vogel** [1] - 23:18
**voided** [1] - 141:15
**voids** [3] - 140:15, 140:25, 141:20
**voir** [3] - 73:3, 73:6, 73:7
**Volkswagen** [1] - 126:25
**voluminous** [1] - 77:22
**volunteer** [2] - 129:1, 129:5
**vs** [1] - 1:6

## W

**waiter** [1] - 104:16
**waiting** [1] - 116:18
**walk** [1] - 51:16
**walked** [3] - 31:15, 31:19, 31:23
**walks** [1] - 53:9, 63:9, 64:22
**wants** [6] - 4:18, 45:21, 76:11, 85:19, 116:7, 143:8
**warehouse** [1] - 91:16
**warrant** [2] - 65:22, 96:6
**warrants** [2] - 95:12,

95:14
**warranty** [3] - 25:15, 25:17, 26:11
**Warren** [1] - 49:16
**Washington** [4] - 25:9, 28:5, 29:4, 29:22
**wedding** [1] - 73:11
**Wednesday** [5] - 73:10, 73:14, 114:25, 118:16, 119:4
**week** [26] - 5:8, 73:15, 74:14, 74:15, 76:19, 77:2, 77:3, 78:7, 80:7, 80:12, 81:9, 82:4, 86:17, 114:11, 114:23, 116:16, 116:22, 119:5, 119:8, 119:12, 120:2, 121:4, 143:12, 144:15
**weekend** [3] - 80:14, 81:6, 81:15
**weeks** [2] - 75:11, 81:2
**welcome** [1] - 81:25
**whatsoever** [3] - 72:9, 112:7, 143:15
**white** [1] - 61:23
**white-glove** [1] - 61:23
**whole** [1] - 65:1
**William** [1] - 122:22
**wire** [76] - 15:20, 15:23, 15:24, 16:7, 16:12, 16:19, 16:20, 17:4, 17:7, 17:8, 17:15, 17:19, 17:22, 17:23, 18:8, 18:25, 19:13, 19:20, 19:23, 19:24, 24:2, 24:6, 24:18, 24:19, 32:10, 33:9, 36:14, 36:20, 36:22, 37:13, 39:7, 39:10, 40:1, 40:6, 40:11, 40:20, 41:10, 41:11, 43:14, 45:7, 45:22, 47:18, 47:19, 47:24, 48:4, 48:6, 48:9, 48:11, 48:13, 49:9, 51:24, 52:6, 52:12, 58:23, 58:25, 59:2, 59:5, 64:14, 64:17, 64:24, 110:19, 126:8, 126:14, 130:21, 135:15, 136:20, 138:2, 142:11, 142:20
**wire-transferred** [1] - 49:9

**wired** [2] - 32:20, 32:21
**wires** [11] - 22:1, 22:3, 22:17, 39:2, 40:5, 42:8, 42:17, 46:4, 46:24, 47:7, 50:1
**wishes** [1] - 115:13
**withdrawal** [3] - 42:23, 43:6, 49:21
**withdrawing** [1] - 133:21
**withdrawn** [1] - 24:11
**witness** [24] - 5:6, 72:22, 76:22, 79:2, 79:4, 81:6, 81:9, 81:16, 81:18, 81:20, 82:2, 82:3, 82:6, 112:21, 113:4, 113:7, 114:14, 114:15, 128:25, 129:22, 129:24, 133:15, 144:5
**WITNESS** [5] - 6:1, 10:18, 18:5, 82:9, 82:12
**WITNESSES** [1] - 3:4
**witnesses** [4] - 114:7, 115:4, 128:24
**words** [1] - 55:15
**workers** [1] - 94:1
**works** [1] - 128:20
**World** [4] - 66:2, 66:6, 67:10, 68:15
**world** [1] - 119:15
**worth** [2] - 30:13, 110:24
**write** [1] - 84:4
**written** [3] - 26:7, 99:2, 101:3

# X

**X3** [2] - 125:5, 125:20
**X5** [2] - 125:4, 125:12

# Y

**year** [15] - 13:11, 13:12, 30:4, 30:5, 51:7, 61:4, 74:24, 77:9, 86:11, 97:21, 99:12, 99:16, 101:24, 105:5, 105:16
**years** [14] - 83:17, 83:18, 85:20, 85:22, 87:1, 87:2, 87:3, 97:7,

97:8, 97:16, 104:13, 111:22, 131:11
**yellow** [2] - 79:7, 138:13
**yesterday** [4] - 7:5, 13:25, 22:22, 25:17
**York** [5] - 18:6, 18:15, 18:21, 19:4, 19:11
**yourself** [2] - 31:4, 135:25
**yourselves** [3] - 72:8, 112:7, 143:14

# Z

**zero** [1] - 63:16