```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                   CASE NO. 11-20470-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,        Miami, Florida

 5                 Plaintiff,         May 1, 2014

 6         vs.                        9:56 a.m. to 4:53 p.m.

 7   ALVARO LOPEZ TARDON,

 8                 Defendant.         Pages 1 to 193
     _____
 9

10                           JURY TRIAL
               BEFORE THE HONORABLE JOAN A. LENARD,
11                  UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14
     FOR THE GOVERNMENT:        JUAN ANTONIO GONZALEZ, JR., ESQ.
15                              CRISTINA V. MAXWELL, ESQ.
                                ASSISTANT UNITED STATES ATTORNEYS
16                              H.I.D.T.A.
                                11200 Northwest 20th Street
17                              Miami, Florida 33172

18
     FOR THE DEFENDANT:         HOWARD MILTON SREBNICK, ESQ.
19                              BLACK, SREBNICK, KORNSPAN & STUMPF
                                201 South Biscayne Boulevard
20                              Suite 1300
                                Miami, Florida 33131
21                                     -and-
                                RICHARD C. KLUGH, JR., ESQ.
22                              25 Southeast Second Avenue
                                Suite 1100
23                              Miami, Florida 33131

24

25
```

2

 1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             United States District Court
                               400 North Miami Avenue
 3                             Twelfth Floor
                               Miami, Florida 33128
 4                             (305) 523-5499

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                        I N D E X

 2                                                    PAGE

 3     Preliminary Instructions to the Jury             12

 4     Opening Statement by Mr. Gonzalez                20

 5     Opening Statement by Mr. Srebnick                40

 6

 7

 8                             Direct    Cross    Red.

 9
       WITNESSES FOR THE GOVERNMENT
10
       Madeline Albrecht                 56
11
       Jorge Fernandez Gismero           89       119      125
12

13

14     EXHIBITS RECEIVED IN EVIDENCE                    PAGE

15     Government's Exhibit Nos. 47-A, 48, 49, 50 & 51   61
       Government's Exhibit No. 212                      70
16     Government's Exhibit No. 1                        72
       Government's Exhibit Nos. 53, 54, 55, 61, 63, 64,
17       105, 65, 59, 62, 60, 66, 56, 57 & 58            76
       Government's Exhibit Nos. 56-A & 56-B             76
18     Government's Exhibit No. 100                     116
       Government's Exhibit No. 101                     119
19     Government's Exhibit No. 2                       142
       Government's Exhibit No. 3                       142
20     Government's Exhibit No. 4                       143
       Government's Exhibit No. 5                       143
21     Government's Exhibit No. 6                       144
       Government's Exhibit No. 7                       144
22     Government's Exhibit No. 8                       145
       Government's Exhibit No. 9                       146
23     Government's Exhibit Nos. 10 through 21          146
       Government's Exhibit Nos. 22 through 31          148
24     Government's Exhibit No. 42                      156
       Government's Exhibit No. 43                      158
25     Government's Exhibit Nos. 44 through 46          160
```

4

1          THE COURT:  United States of America versus Alvaro

2     Lopez Tardon, Case No. 11-20470.

3          Good morning, counsel.

4          State your appearances, please, for the record.

5          MR. GONZALEZ:  Good morning, your Honor.

6          Tony Gonzalez, Cristina Maxwell on behalf of the United

7     States, with FBI Special Agents Madeline Albrecht and Daniel

8     Gaitan.

9          THE COURT:  Good morning.

10          MR. SREBNICK:  Good morning, your Honor.

11          Howard Srebnick and Richard Klugh on behalf of the

12     Defendant, Alvaro Lopez Tardon, who is present with the aid of

13     the interpreter.  Also with us, Cynthia Rodríguez.

14          THE COURT:  Good morning.

15          I need Mr. Tardon to put on his earphones, please.

16          You may be seated.

17          We have two juror issues.  But I'm smiling.  One may

18     resolve the other one.

19          The first woman who was sitting as Juror No. 1 in the

20     box, who started off the whole nine yards yesterday by saying

21     she works from 8:30 to 5:00 and then everybody else said they

22     work, as you may recall, wrote a note at the -- as court was

23     finishing that says that she doesn't -- if she doesn't go to

24     work, she doesn't get paid.  So that's Issue No. 1.

25          Issue No. 2 is the juror that I excused yesterday, who

1    worked for Miele Corporation, the attorney sent a letter to the

2    court via e-mail yesterday after 5:00 saying that Miele, Inc.,

3    has had a change of heart and has agreed to pay the juror his

4    regular wages during his -- the course of his jury duty service

5    in my court, and he is here.  I had Patricia call him to have

6    him come down.

7           If there's no objection, I would propose that we excuse

8    the original Juror No. 15 and substitute Juror No. 15 with the

9    prior juror who was actually chosen as one of the 12 as

10   Juror 15.

11          Is that clear to everybody?

12          You look very confused, Mr. Srebnick.

13          THE COURT:  Oh.  She's 14.  I'm sorry.  She's 14, not

14   15.

15          MR. GONZALEZ:  I am confused.  In my mind, I already

16   had how this was playing out and I'm not sure that's the way

17   the Court has it playing out.

18          THE COURT:  Juror No. 14, who was chosen yesterday,

19   wrote a letter saying, if she doesn't work, she doesn't get

20   paid.

21          Now, I can inquire further with her and see what the

22   story is, but that's what she wrote.

23          Also yesterday, after court finished, the lawyer for

24   Miele, Incorporated -- remember that was -- I believe the

25   juror's name is Keith Hunter --

1          MR. GONZALEZ:  Yes.

2          THE COURT:  -- he was originally Juror No. 9.  He was

3    chosen as Juror No. 9 from the first panel.

4          And yesterday I explained to you and read the letter

5    from the lawyer, which indicated that they wanted him to serve,

6    but they would only pay for two weeks.  And, actually, both

7    sides agreed to leave it to me.

8          And I said I was uncomfortable with the tenor of the

9    letter, that they encouraged him -- they had talked to the

10   juror, encouraged him to serve, but weren't going to pay him

11   but for the two weeks.  And I thought that he would be

12   concerned about that during the trial.

13         Miele, Incorporated, has now had a change of heart and

14   the lawyer now wrote a letter to me saying they are going to

15   pay him for the duration of the trial, not just the two weeks.

16         So my suggestion, if it's without objection by the

17   parties, is to dismiss the juror who says that she does not get

18   paid if she doesn't work and to put Mr. Hunter back on the

19   jury, not as Juror No. 9, but as Juror No. 14.

20         MR. GONZALEZ:  No objection by the United States, your

21   Honor.

22         MR. SREBNICK:  So the bottom line is that Mr. Hunter

23   would substitute in for Juror 14?

24         THE COURT:  Yes.  He was originally chosen as Juror

25   No. 9.  I then excused him because of the pay issue with Miele,

```
 1   Incorporated.  They've had a change of heart.  So I'm
 2   suggesting that we substitute him for Juror 14, who now has a
 3   paycheck.
 4        MR. KLUGH:  My only question is:  Did he think still he
 5   would have been a juror so he would have been abiding by all
 6   the no looking at the media things that the Court imposed or
 7   did he think he was off?
 8        THE COURT:  He was excused.  I can bring him in and ask
 9   him if he's read anything or talked with anybody about the
10   case.
11        MR. GONZALEZ:  Judge, just to make sure that I
12   understand it, what I would propose -- and I'm not sure this is
13   what the Court is proposing -- I would propose that, assuming
14   he has not done anything with the case and he can go ahead and
15   sit as a juror, that he be made the last alternate and
16   everybody else slide one position over to fill in, only because
17   we picked the rest of the jury with the understanding that he
18   would not be there and the dynamics are such that that's what
19   our preference would be.  Go ahead and definitely excuse the
20   lady who had a problem, shift everybody --
21        THE COURT:  And make him 16?
22        MR. GONZALEZ:  Make him the last alternate.
23        MR. KLUGH:  Your Honor, our preference would be exactly
24   the way the Court chose to do it.  Actually, our preferable
25   preference would be to put him on the jury because he was
```

1    actually selected as a member of the jury.

2          THE COURT:  Let me bring him in first and question him,

3    because I think -- I find that your inquiry is well taken.

4          Would you ask Mr. Hunter to come in.

5          (Thereupon, Mr. Keith Hunter entered the courtroom and

6    the following proceedings were had:)

7          THE COURT:  Hi, Mr. Hunter.

8          Have a seat in that first seat.  Welcome back.

9          JUROR HUNTER:  How are you doing?

10         THE COURT:  I see you're wearing your Miele jacket.

11         JUROR HUNTER:  Yes.

12         THE COURT:  I know that you were excused yesterday.

13         JUROR HUNTER:  Yes.

14         THE COURT:  And your employer has now indicated to the

15   Court that they're going to pay you for the entire jury

16   service.  I know that was a concern of yours, and it was a

17   concern of mine.

18         JUROR HUNTER:  Right.

19         THE COURT:  My question to you, sir, is:  Have you

20   discussed -- since you were excused yesterday, when Patricia

21   called you, have you discussed the case with anyone or

22   permitted anyone to discuss it with you?

23         JUROR HUNTER:  No, ma'am.

24         THE COURT:  Have you read anything about the case in

25   the media, on the Internet, or any access device?

```
 1          JUROR HUNTER:  No, ma'am.

 2          THE COURT:  Okay.  Thank you so much.  If you would

 3   return to the jury room.

 4          JUROR HUNTER:  You're welcome.

 5          (Thereupon, Mr. Keith Hunter retired from the courtroom

 6   and the following proceedings were had:)

 7          MR. KLUGH:  Your Honor, our preference would be either

 8   that he be returned to the jury as a member of the jury or that

 9   the Court's original suggestion be adopted.

10          MR. GONZALEZ:  Judge, it's not worth creating the

11   appellate issue.  If the Court wants to seat him that way,

12   we'll go ahead and do it.

13          THE COURT:  Thank you.

14          So I'm just going to make him Juror 15.

15          Any objection?  That's what I originally proposed.

16          MR. KLUGH:  If that's -- we'd agree to that, your

17   Honor.

18          THE COURT:  So you can excuse Ms. Silva, Patricia, as

19   14.  And I think actually they might need some assistance in

20   finding their seats in the jury box, since we're dealing with

21   three panels.

22          And we're still waiting for one.

23          I want to remind the parties that we have to break at

24   11:00 for Mr. Smathers.  He had indicated during voir dire that

25   he needs to take some medicine and have something to eat.
```

1       So how long is your opening statement?

2       MR. GONZALEZ:  Judge, I'm thinking 30 to 40 minutes,

3  tops.  That's pretty generous.

4       THE COURT:  Mr. Srebnick?

5       MR. SREBNICK:  Same, Judge.

6       For my opening statement, we advised Patricia we would

7  be asking for permission to use -- I guess we call it the ELMO

8  or the projection device.  She assisted us.  We're going to be

9  plugged in.  I understand your Honor has the magic button to

10  project it at the appropriate time.

11       THE COURT:  Yes.

12       Is there any objection by the Government to that?

13       MR. GONZALEZ:  To using the computer for what he's told

14  me, no, not at all.  I would just simply point out to the Court

15  I'm going to go first and use the ELMO, not the computer, which

16  is what he's using, but the ELMO.

17       THE COURT:  Oh.  You're going to use the ELMO?  Okay.

18       Did you test the computer today?

19       MR. SREBNICK:  Yesterday.

20       THE COURT:  Let's test it today.  The ELMO is pretty

21  straightforward.

22       I don't know if the lights are going to come on there,

23  Mr. Gonzalez.  It doesn't always work from here.

24       MR. GONZALEZ:  The ELMO is on, your Honor.

25       THE COURT:  Are the lights on?  Let's see.  Put a piece

1        of paper there.

2                MR. GONZALEZ:  That's fine.

3                THE COURT:  Harvey, can you check the jurors' monitors.

4                THE COURT SECURITY OFFICER:  They're all on.

5                THE COURT:  And the gallery is on.

6                Now let's try the computer.  One second.

7                Yes.  Right?

8                MR. SREBNICK:  Yes, ma'am.

9                MR. KLUGH:  Your Honor, I noticed the Government is

10       using the indictment in their opening.  Is -- does the Court

11       provide the preliminary instructions to the jury, reminding

12       them the indictment is not evidence, that their presumption --

13               THE COURT:  I believe that's part of the pattern jury

14       instruction.  Before the opening statements start, I'm going to

15       instruct the jury.

16               MR. KLUGH:  Thank you, your Honor.

17               THE COURT:  Let me just make sure.

18               Yes.  The pattern jury instruction says, "Rules for

19       Criminal Cases:  First, the Defendant is presumed innocent

20       until proven guilty.  The indictment against the Defendant

21       brought by the Government is only an accusation, nothing more.

22       It's not proof of guilt or anything else.  The Defendant,

23       therefore, starts out with a clean slate."

24               MR. KLUGH:  Thank you, your Honor.

25               THE COURT:  We're still waiting on one, Harvey?

1           THE COURTROOM DEPUTY:  We were a minute ago.  Let me

2    get an update right now.

3           Still missing, your Honor.

4           THE COURT:  One juror called and indicated that she was

5    stuck in traffic.  So that's the juror we're waiting on.

6           THE COURT SECURITY OFFICER:  Patricia is going to call

7    her now.

8           THE COURT:  The juror has now arrived.

9           Patricia, you're going to help them find their seats.

10          And let's bring them in.

11          They have notebooks already?

12          THE COURTROOM DEPUTY:  They do.

13          THE COURT:  Okay.

14          THE COURT SECURITY OFFICER:  All rise for the jury,

15   please.

16          (Whereupon, the jury entered the courtroom at

17   10:06 a.m. and the following proceedings were had:)

18          THE COURT:  Good morning.

19          THE JURY:  Good morning.

20          THE COURT:  Welcome back.

21          You may be seated.

22          Now that you all have -- are here and have found your

23   seats, would you all stand up to be sworn.

24          (Whereupon, the jury was duly sworn and impaneled.)

25          THE COURT:  Members of the jury, now that you have been

1    sworn, I need to explain some basic principles about a criminal

2    trial and your duty as jurors.  These are preliminary

3    instructions.  At the end of the trial, I will give you more

4    detailed instructions.

5            It will be your duty to decide what happened so you can

6    determine whether the Defendant is guilty or not guilty of the

7    crime charged in the indictment.

8            At the end of the trial, I will explain the law that

9    you must follow to reach your verdict.  You must follow the law

10   as I explain it to you, even if you do not agree with the law.

11           You must decide the case solely on the evidence

12   presented here in the courtroom.  Evidence can come in many

13   forms.  It can be testimony about what someone saw or heard or

14   smelled.  It can be an exhibit admitted into evidence.  It can

15   be someone's opinion.

16           Some evidence proves a fact indirectly, such as a

17   witness who saw wet grass outside and people walking into the

18   courthouse carrying wet umbrellas.  Indirect evidence,

19   sometimes called circumstantial evidence, is simply a chain of

20   circumstances that proves a fact.

21           As far as the law is concerned, it makes no difference

22   whether evidence is direct or indirect.  You may choose to

23   believe or disbelieve either kind of evidence and should give

24   every piece of evidence whatever weight you think it deserves.

25           Certain things are not evidence and must not be

1    considered.  I will list them for you now.

2           Statements and arguments of the lawyers:  In their

3    opening statements and closing arguments, the lawyers will

4    discuss the case, but their remarks are not evidence.

5           Questions and objections of the lawyers:  The lawyers'

6    questions are not evidence.  Only the witnesses' answer are

7    evidence.  You should not think that something is true just

8    because a lawyer's question suggests that it is.

9           For example, if a lawyer asks a witness, "You saw the

10   Defendant hit his sister, didn't you?", that question is no

11   evidence whatsoever of what the witness saw or what the

12   Defendant did, unless the witness agrees with it.

13          There are Rules of Evidence that control what can be

14   received into evidence.  When a lawyer asks a question or

15   offers an exhibit and a lawyer on the other side thinks that it

16   is not permitted by the Rules of Evidence, that lawyer may

17   object.

18          If I overrule the objection, then the question may be

19   answered or the exhibit received.  If I sustain the objection,

20   then the question cannot be answered and the exhibit cannot be

21   received.

22          Whenever I sustain an objection to a question, you must

23   ignore the question and not try to guess what the answer would

24   have been.

25          Sometimes I may order that evidence be stricken and

1   that you disregard or ignore the evidence.  That means that,

2   when you are deciding the case, you must not consider that

3   evidence.

4          Some evidence is admitted only for a limited purpose.

5   When I instruct you that an item of evidence has been admitted

6   for a limited purpose, you must consider it only for that

7   limited purpose and no other purpose.

8          In reaching your verdict, you may have to decide what

9   testimony to believe and what testimony not to believe.  You

10  may believe everything a witness says or part of it or none of

11  it.

12         In considering the testimony of any witness, you may

13  take into account the opportunity and ability of the witness to

14  see or hear or know the things testified to; the witness's

15  memory; the witness's manner while testifying; the witness's

16  interest in the outcome of the case and any bias or prejudice;

17  whether other evidence contradicted the witness's testimony;

18  the reasonableness of the witness's testimony in light of all

19  the evidence; and any other factors that bear on believability.

20         I will give you additional guidelines for determining

21  credibility of witnesses at the end of the case.

22         As you know, this is a criminal case.  There are three

23  basic rules about a criminal case that you must keep in mind.

24         First, the Defendant is presumed innocent until proven

25  guilty.  The indictment against the Defendant brought by the

1    Government is only an accusation, nothing more.  It is not

2    proof of guilt or anything else.  The Defendant, therefore,

3    starts out with a clean slate.

4         Second, the burden of proof is on the Government until

5    the very end of the case.  The Defendant has no burden to prove

6    his innocence or to present any evidence or to testify.

7         Since the Defendant has the right to remain silent and

8    may choose whether to testify, you cannot legally put any

9    weight on a defendant's choice not to testify.  It is not

10   evidence.

11        Third, the Government must prove the Defendant's guilt

12   beyond a reasonable doubt.  I will give you further

13   instructions on this point later, but bear in mind that the

14   level of proof required is high.

15        Our law requires jurors to follow certain instructions

16   regarding their personal conduct in order to help assure a just

17   and fair trial.  I will now give you those instructions.

18        Do not talk either amongst yourselves or with anyone

19   else about anything related to the case.  You may tell the

20   people with whom you live and your employer that you are a

21   juror and give them information about when you will be required

22   to be in court, but you may not discuss the case with them or

23   anyone else.

24        Do not at any time during the trial request, accept,

25   agree to accept or discuss with any person any type of payment

1    or benefit in return for supplying any information about the

2    trial.  You must promptly tell me about any incident you know

3    of involving an attempt by any person to improperly influence

4    you or any member of the jury.

5          Do not visit or view the premises or place where the

6    charged crime was allegedly committed or any other premises or

7    place involved in the case.  And you must not use Internet maps

8    or Google Earth or any other program or device to search for a

9    view of any location discussed in the testimony.

10          Do not read, watch or listen to any accounts or

11   discussions related to the case which may be reported by

12   newspapers, television, radio, the Internet or any other news

13   media.

14          Do not attempt to research any fact, issue or law

15   related to this case, whether by discussions with others, by

16   library or Internet research or by any other means or source.

17          In this age of instant electronic communication and

18   research, I want to emphasize that, in addition to not talking

19   face to face with anyone about the case, you must not

20   communicate with anyone about the case by any other means,

21   including by telephone, text messages, e-mail, Internet chat,

22   chat rooms, blogs or social networking websites.

23          You must not provide any information about the case to

24   anyone by any means whatsoever, and that includes posting

25   information about the case or what you are doing in the case on

Preliminary Instructions to the Jury                18

```
 1    any device or Internet site, including blogs, chat rooms,

 2    social websites or any other means.

 3           You also must not use Google or otherwise search for

 4    any information about the case or the law that applies to the

 5    case or the people involved in the case, including the

 6    Defendant, the witnesses, the lawyers or the Judge.

 7           It is important that you understand why these rules

 8    exist and why they are so important.

 9           Our law does not permit jurors to talk with anyone else

10    about the case or to permit anyone to talk to them about the

11    case because only jurors are authorized to render a verdict.

12           Only you have been found to be fair and only you have

13    promised to be fair.  No one else is so qualified.

14           Our law also does not permit jurors to talk amongst

15    themselves about the case until the Court tells them to begin

16    deliberations because premature discussions can lead to a

17    premature final decision.

18           Our law also does not permit you to visit a place

19    discussed in the testimony.

20           First, you can't be sure that the place is in the same

21    condition as it was on the day in question.  Second, even if it

22    were in the same condition, once you go to a place discussed in

23    the testimony to evaluate the evidence in light of what you

24    see, you become a witness and not a juror.

25           As a witness, you may now have a mistaken view of the
```

 1    scene that neither party may have a chance to correct, and that

 2    is not fair.

 3              Finally, our law requires that you not read or listen

 4    to any news accounts about the case and that you not attempt to

 5    research any fact, issue or law related to the case.  Your

 6    decision must be based solely on the testimony and other

 7    evidence presented in this courtroom.

 8              Also, the law often uses words and phrases in special

 9    ways; so, it's important that any definitions you hear come

10    only from me and not from any other source.

11              It wouldn't be fair to the parties for you to base your

12    decision on some reporter's view or opinion or upon other

13    information you acquire outside the courtroom.

14              These rules are designed to help guarantee a fair

15    trial, and our law accordingly sets forth serious consequences

16    if the rules are not followed.

17              I trust that you understand and appreciate the

18    importance of following these rules and, in accord with your

19    oath and promise, I know you will do so.

20              Moving on now, if you wish, you may take notes to help

21    you remember what witnesses said.  And we have provided pads

22    and pens for you.

23              If you do take notes, please keep them to yourself

24    until you and your fellow jurors go to the jury room to decide

25    the case.  Do not let note-taking distract you so that you do

Opening Statement by Mr. Gonzalez                    20

1    not hear other answers by witnesses.  When you leave the

2    courtroom, your notes should be left in the jury room or given

3    to the court security officer.

4         Whether or not you take notes, you should rely on your

5    own memory of what was said.  Notes are to assist your memory

6    only.  They are not entitled to any greater weight than your

7    memory or impression about the testimony.

8         The trial will now begin.  First, the Government will

9    make an opening statement, which is simply an outline to help

10   you understand the evidence as it comes in.

11        Next, the Defendant's attorney may, but does not have

12   to, make an opening statement.  Opening statements are neither

13   evidence nor argument.  The Government will then present its

14   witnesses, and counsel for the Defendant may cross-examine

15   them.

16        Follow the Government's case, the Defendant may, if he

17   wishes, present witnesses whom the Government may

18   cross-examine.

19        Affair all the evidence is in, the attorneys will

20   present their closing arguments to summarize and interpret the

21   evidence for you and I will instruct you on the law.  After

22   that, you will go to the jury room to decide your verdict.

23        You may proceed with your opening statement.

24        MR. GONZALEZ:  Thank you, your Honor.

25        Good morning, ladies and gentlemen.

1          THE JURY:  Good morning.

2          MR. GONZALEZ:  Counsel, ladies and gentlemen, 2008,

3    2009 was a tough time for a lot of people.  A lot of people had

4    to make some very tough decisions.  "Do I pay the mortgage or

5    do I pay the electricity?"

6          The Defendant, Alvaro Lopez Tardon, had tough decisions

7    to make, too.  Do I drive the Ferrari today or do I drive the

8    Rolls Royce?

9          You see, at a time when a lot of people were counting

10   their pennies, Mr. Tardon was counting his wealth, but he

11   wasn't counting pennies.  He was counting kilos of cocaine.

12   And there were lots of kilos of cocaine that he's counting.

13         You're going to hear that the Defendant, Alvaro Lopez

14   Tardon, and his partners were drug traffickers of the highest

15   order, in fact, some of the largest in all of Europe.  And

16   Europe is where they were based, specifically Madrid, Spain.

17         And they moved a lot of kilos of cocaine.  They didn't

18   move ounces.  They didn't move kilos.  They didn't move tens of

19   kilos.  They didn't move hundreds of kilos.  They moved

20   thousands of kilos again and again and again.

21         And, accordingly, ladies and gentlemen, they didn't

22   make thousand of dollars -- or I should say euros, because they

23   were distributing the cocaine in Europe.

24         They didn't make thousands.  They didn't make tens of

25   thousands or even hundreds of thousands.  They made millions

1    again and again and again.

2          Alvaro Lopez Tardon, you see, and his Columbian

3    partner, a gentleman you're going to come to know by the name

4    of Luis García Velandia -- they also call him Jimmy -- they had

5    come up with a very lucrative way to get cocaine from South

6    America to Spain.

7          You're going to hear that what was done is cocaine was

8    collected in Peru and it was packed with peppers, like red

9    peppers, green peppers, that one would eat.

10         They were packaged, hidden, inside pallets full of

11   peppers and they were put on a ship and then shipped to Madrid

12   with other cargo, other peppers that didn't have cocaine.

13         And these shipments were in excess of 2,000 kilos in

14   every shipment.  And I want to put that in context for you so

15   you understand what we're talking about.

16         You're going to hear that a kilo of cocaine in Spain

17   sold for 30,000 euros.  So that load of 2,000 kilos is

18   60 million euros.  When you convert that to dollars, that's

19   over $84 million per load of cocaine.

20         It's little wonder he was trying to decide between the

21   Ferrari or the Rolls Royce or, you're going to come to hear,

22   the Lamborghini or the Bugatti or the Maybach or any of a

23   stable of cars that he had.

24         But, ladies and gentlemen, all was not well in Spain

25   for Mr. Tardon because that kind of money attracts attention.

Opening Statement by Mr. Gonzalez                   23

1    It attracts attention from, among others, his fellow drug

2    trafficker and former mentor and now enemy, a gentleman by the

3    name of Juan Carlos Peña Enano.

4          But, more importantly, it attracts the attention of the

5    Spanish National Police.  They began to investigate the

6    Defendant and his organization.  But Mr. Tardon had a plan.  He

7    had a plan.

8          Because in his travels throughout the world, he had

9    stumbled across the police that he liked, a place that was

10   nice, a place that was far away from his troubles in Madrid, a

11   sunny place, you're going to hear, for shady people like him.

12   And that place was Miami.

13         And that, coming to Miami, was Mr. Tardon's first

14   mistake.  Mr. Tardon started to buy properties here in South

15   Florida.  He started off with a million-dollar condo in the

16   Continuum, which is that big condominium right at the tip of

17   South Beach where the Port of Miami comes in.

18         You're going to hear he bought a 1.3-million-dollar

19   villa in Coconut Grove in a really exclusive area, started

20   buying more condos on the beach, more condos on Brickell.

21         And he started buying cars, first, an Aston Martin,

22   then a Hummer.  And then, like I told you, he started buying

23   other cars.  He bought a Ferrari Enzo.

24         And I don't know if you ladies and gentlemen know what

25   a Ferrari Enzo is.  Believe me, it is not the little red

1   Ferrari that Magnum PI was driving around in Hawaii in the

2   '80s.  You're talking a car that costs more than a million

3   dollars.

4         He bought a Bugatti Veyron.  That is a car that

5   makes the Enzo look like a cheap car, because it's like about

6   1.3, $1.4 million.

7         And he started to build an empire, an empire here in

8   South Florida, based on dirty money.

9         But when I told you he came to Miami, he made a

10  mistake, because, you see, Mr. Tardon and his associates were

11  very careful, very careful, to make sure that not one flake of

12  cocaine ever came to the United States.

13        And that is why, of the 14 counts that he's charged

14  with in the indictment that Judge Lenard read to you, not one

15  of those counts is for drug trafficking.

16        Because I'm going to tell you right now, ladies and

17  gentlemen, he did not drug-traffic in the United States.  Not

18  one flake of cocaine came to the United States.

19        What did come to the United States, however, was his

20  drug money.  And that is against the law.  That is called money

21  laundering.  And that is what he's charged with in this

22  indictment.

23        You see, if you traffic in drugs outside of the United

24  States and you then transport that money back into the United

25  States or into the United States and transact it, that is a

1    money-laundering transaction.  That is against the law.

2         If you take your drug money out of the United States,

3    mix it with clean money and then bring that into the United

4    States, that is drug trafficking -- I'm sorry -- that is money

5    laundering.  That is a crime because the dirty money poisons

6    the clean money.  That is the way it works.

7         You're going to hear that Mr. Tardon brought his money

8    into South Florida many different ways.  One of the ways he did

9    it -- one of the simplest ways he did it is either he himself

10   or other people that he surrounded himself with acted as

11   couriers.  They would take the euros in Spain, pack them in

12   their body, pack them in bags, and would fly into the airport.

13        And those of you that have traveled know that, when you

14   go outside the country and you come into the United States,

15   they give you a Customs declaration form and there's a line

16   there that says, "Are you bringing more than $10,000 of

17   currency?"

18        And you're going to hear they did not fill that out.

19   At no point did they say, "Yes.  We're bringing in money."

20   They smuggled it in.

21        Because what happens, you're going to come to learn, is

22   if you put "yes," there's nothing illegal about that so long as

23   your money is clean, but you are then given a more detailed

24   form that asks for your information, whose money is it, things

25   like that.  So they made it a point not to fill out that form.

1        And then, when they got here, they said, "You know

2   what?  We're going to be clever.  We're going to do one step

3   more than that.  We're not going to take these euros and put

4   them in the bank and deposit them."

5        What they did is they went to an American Express and

6   they converted the euros to either US dollars or American

7   Express traveler's checks or both and then either spent it or

8   then deposited it into the bank.

9        But what they may not have realized is that American

10  Express themselves were filling out a form for every

11  transaction over $10,000.

12       And something that we find out and you're going to find

13  out is American Express -- when you buy one of their traveler's

14  checks and you then use it to buy something, that check comes

15  back to American Express and it tells American Express where

16  that check was cashed.  That's how they trace stolen checks,

17  traveler's checks and things of that nature.

18       And you're going to see that these traveler's checks

19  that were being cashed in the American Express store by people

20  other than the Defendant were being used to buy things for the

21  Defendant.

22       That is the way they would do it.  The couriers would

23  come in.  They would then send them to the American Express

24  store to exchange euros, exchange them for traveler's checks,

25  change them for cash, and then you would see that money going

Opening Statement by Mr. Gonzalez                27

1    to buy things for that man sitting right there.

2           Another way that money was brought from Spain to the

3    United States is through MoneyGram and Western Union, wire

4    transfers.  Relatively speaking, small amounts, 2,000, $3,000.

5    But you're going to see how, over time, those little amounts

6    started adding up to big amounts.

7           And those wire transfers, you're going to see and

8    you're going to hear, were sent in the names of different

9    people, sent in the names of different senders, sent in the

10   names of different receivers, sometimes the Defendant himself,

11   but all the money was coming to him for him to use.

12          Lastly, you're going to hear about direct wire

13   transfers from individuals in Spain and companies in Spain to

14   the Defendant himself.

15          Specifically, you're going to hear that some of these

16   wire transfers came from a person the Judge has already

17   mentioned, Artemio Lopez Tardon.  Artemio is the Defendant's

18   brother.

19          You're going to see wire transfers came from his

20   mother, Maria Lopez; from his sister, Maria de las Nieves

21   Tardon.

22          And you're also going to see wire transfers would come

23   to him and to his account from front companies that he had set

24   up in Spain.

25          You're going to hear about, for example, a company

1    called Castello Veintidos or Castello 22, translated into

2    English.  You're going to hear that that was a little deli that

3    his family owned for a couple of years.  There were monies that

4    were sent from there to him in the United States.

5           You're going to hear also about a company called The

6    Collection Motor Sports.  Let me be clear.  The Collection

7    Motor Sports is a company that he started in Spain.  It has

8    nothing at all to do with The Collection, which is on Bird Road

9    and U.S. 1 here in Miami.  It has nothing to do with that.

10          But this is a company that he started in Spain in

11   2006 -- December of 2006, well after he was already sending

12   money to Miami.  You're going to hear that that company was

13   started with drug money and that company bought and sold cars.

14          You may hear evidence about cars being bought and cars

15   being sold that that company -- some of that money being

16   sent over here.

17          But when you hear that, ask yourself, "Where did the

18   money come from to buy the car originally?  Where did the money

19   come from to open up The Collection?"  Well, the evidence is

20   going to show you all of that came from the thousands of kilos

21   that were being sold in Europe.

22          Again, take dirty money, mix it with clean money, it

23   all becomes dirty.  Bring it to the United States, that's money

24   laundering.

25          And that takes us to the charges in the indictment.  He

1    is charged in 14 counts.  At the end of the trial, the Judge is

2    going to go ahead and instruct you specifically on the law and

3    what the Government has to prove.

4            So take this that I'm telling you now for what it's

5    worth, which is a very general overview, because the Court will

6    tell you specifically what the law is.

7            I'm going to skip for a second Count No. 1 and go to

8    Counts 2 through 14.  You're going to see them in the

9    indictment in the form of a chart.

10           And, basically, what those counts are are what I told

11   you before:  Drug money from overseas or drug money from

12   anywhere.  In this case, it's overseas.

13           But anytime you have drug money and you have a

14   transaction that's more than $10,000, that is a

15   money-laundering count.

16           And in this particular case, you're going to see that

17   the counts here are examples of many instances that you're

18   going to hear in this trial where he is using his drug money to

19   make purchases of more than $10,000.

20           For example, this one here, on the 22nd of 2008, you're

21   going to see that that is a transfer in order to go ahead and

22   buy that villa in Coconut Grove that was telling you about.

23           Count No. 3, you're going to see that that account and

24   No. 4 as well are going to pay off mortgages that he went ahead

25   and took.

1           Count No. 5, we start getting into some of the

2    automobiles that he went ahead and purchased, the Maybach, for

3    example, and you'll see that he went ahead and wrote a check

4    for $91,550 and then on the same day there was another check in

5    the amount of $243,000 for that car.

6           And you'll see pictures of that car because, in the

7    end, when the Defendant was arrested, that car was seized.

8           Count 7 is a Mercedes-Benz G55 AMG.

9           8 involves a Land Rover, 104,000.

10          9, we start getting into that Bugatti Veyron.

11          Imagine calling into a car dealer and saying, "That is

12   the car I want.  How much is it?

13          "It's $1.3 million.

14          "Here you go.  Here you go."

15          Ladies and gentlemen, legitimate business is not done

16   that way.  But that is the way that it happened in this case.

17          Interestingly, you're going to see Count 10 is a

18   payment in cash for more than $10,000 that he made to Braman

19   Motors.

20          Why did he pay Braman Motors $10,000 in cash, a little

21   over that?  Because when he bought the Bugatti, it didn't even

22   start.  It had to go to Braman to try to get it to start.

23          Did he care?  He didn't care, because that 1.3 million

24   is nothing.  It's nothing compared to the money that he was

25   making moving drugs.

Opening Statement by Mr. Gonzalez                31

1            There's $103,000 for a safe that he paid.  You'll see

2    pictures of that.

3            There's counts involving the purchase of the Ferrari,

4    first, the 20,000-dollar deposit, then a wire transfer of

5    $981,000.  You'll see that a lot of these are coming from

6    accounts in Spain directly to the car dealerships.  Another

7    Mercedes-Benz.

8            Those are just some examples of purchases in excess of

9    $10,000 made with drug money.  That is a crime.  That is

10   against the law.  That is what he's charged with.  You're going

11   to see that's just a few examples of what was going on here.

12           Count No. 1 in the indictment is a little different,

13   though.  I told you I'll get back to it.  Count No. 1 is a

14   conspiracy count.

15           What a conspiracy is, as the law says, if two or more

16   people come into an agreement to violate the law, that

17   agreement in and of itself is a crime.

18           So agreeing with another person to launder money, even

19   before you get to the part where you actually launder the

20   money, is a crime.

21           And Count No. 1 in this case -- where you see Counts 2

22   through 14 talk about a specific date when something happened,

23   Count 1 alleges that the conspiracy began sometime around 2001

24   all the way until the indictment was returned in May of 2012

25   and that the Defendant, Alvaro Lopez Tardon, and his brother

Opening Statement by Mr. Gonzalez                    32

1    and others conspired to violate the law.  1956, 1957.

2            1957 is the law that says you can't spend more than

3    $10,000 in dirty money to buy something.

4            1956 -- and the Judge will get into it more -- has a

5    whole bunch other ways that it can be violated.  To conduct --

6    if you conduct a financial transaction with dirty money, in

7    order to disguise the nature, location, source of the money,

8    that's a money laundering crime.

9            If you do it to avoid the reporting requirements,

10   that's a crime.  What were the reporting requirements?

11   Remember I told you, when you come into the country, the

12   Customs declaration, that's a reporting requirement.

13           If you go to the bank and deposit more than $10,000 in

14   cash, that's a reporting requirement.  You know, if you go to

15   the bank with cash and deposit it, the bank has to do a report.

16   But if you walk in there with traveler's checks, the bank

17   doesn't have to do it.

18           So they are conducting these transactions, for example,

19   converting the euros to traveler's checks, so that they can

20   then be deposited and the bank will not do the reporting

21   transaction.

22           It's also violated when money travels from outside the

23   country to inside the country with the intent to conceal it,

24   disguise it, avoid the reporting requirements.  Again, towards

25   the end of the trial, we'll get into more detail about that.

1          But that is what he's charged with.

2          But getting back to the story of Mr. Tardon and how he

3     ended up in this courtroom here, I told you he began to build

4     his empire here in Miami, buying cars, buying houses, living

5     the high life.

6          But, in 2011, his empire started to have a crack in its

7     foundation because, first and foremost, the Spanish National

8     Police had tipped off the FBI and said, "Hey, you got this guy

9     living there in Miami.  He's a big drug trafficker here in

10    Spain.  We need you to take a look at him."

11         And the FBI did begin to look at him.  But then

12    something very important happened in 2011.  You see, when he

13    moved to Miami, he married a woman, a woman by the name of

14    Sharon Cohen.  He had been married before.  You'll hear about

15    that.  He married Sharon Cohen.

16         Sharon Cohen was his wife.  You will hear that their

17    marriage, which may seem very normal to them, was a little

18    different than the way most of us would consider a marriage.

19         Their marriage was the type of marriage where spouses

20    keep information from one another and husbands pay their wife

21    money to lock the other way and do as they're told.  But that

22    is the type of relationship that he had.

23         But you're going to hear that, on March 1st of 2011,

24    Sharon Cohen decided not to look away and do as she was told

25    and that incident escalated and ultimately resulted in a

Opening Statement by Mr. Gonzalez                    34

1   domestic problem where the City of Miami police went to the

2   villa and ended up arresting Mr. Tardon.

3          And you're going to hear that the next day Sharon Cohen

4   was visited by domestic counselors from the City of Miami

5   Police Department.

6          Well, along with those counselors, in an undercover

7   capacity, was an FBI agent pretending to be a counselor, but

8   doing what a good FBI agent does when they're investigating

9   somebody, which is interview people and get information.

10         And you're going to hear that, at first, Sharon Cohen

11  was reluctant, hesitant, to talk about what it was that her

12  husband did.

13         But you're going to hear that, over time, particularly

14  after finding out that what she thought was a counselor was

15  really an FBI special agent, she began to start telling the

16  truth.  And she agreed to go ahead and cooperate with the FBI

17  and give them information about her husband's activities.

18         Based on her information, based on other good

19  investigative work by the FBI, on July 14th of 2011, that's

20  when the little empire came crumbling around Mr. Tardon,

21  because that is the way -- that is the day that he was

22  arrested, people associated with him here in Miami.

23         And you're going to hear at the same time there were a

24  whole bunch of arrests made by the Spanish National Police in

25  Spain.  That is when the empire started to crumble around him,

1    when all the people he dealt with began to be arrested.

2          Importantly, arrested here in Miami along with him,

3    among others, was a lady by the name of Fabiani Krentz.

4    Fabiani Krentz, you're going to hear, is a woman who helped

5    Mr. Tardon launder his money here by buying properties in her

6    name and then switching them over to his and buying cars with

7    him.

8          You're going to hear that she got arrested and also

9    arrested was one of Mr. Tardon's drug workers who was also a

10   friend of his, a guy by the name of David Pollack.

11         You're going to hear that, after some time, some of the

12   people arrested with Mr. Tardon pled guilty -- pled guilty and

13   agreed to cooperate with the FBI, agreed to provide

14   information, agreed to come here in court and testify.

15         Now, ladies and gentlemen, I'm going to tell you right

16   now the Court is going to instruct you that, when these people

17   testify, people like the ones who got arrested or people like

18   Sharon Cohen, who you're going to hear has not been charged --

19   when they testify, listen to them very carefully because they

20   may be coloring their testimony to try to strike some kind of

21   bargain or get some kind of good deal.

22         And I invite you to listen to them carefully, listen to

23   their stories, because, ultimately, you are the ones who have

24   to decide whether or not they are telling the truth.  You are

25   the ones who have to decide.

Opening Statement by Mr. Gonzalez                36

1        I would suggest to you that one of the ways that you

2   decide that -- and the Court is going to instruct you -- is:

3   Does the story make sense?  Does it make sense?  Does it jibe

4   with what everybody else is telling me?  Does it jibe with the

5   evidence that's going to be presented in the case?

6        You know, it's what we call corroboration.  Is their

7   story corroborated by other bits of evidence in the case?  And

8   I submit to you the evidence is going to show you that their

9   testimony is very much corroborated, very much corroborated,

10  corroborated many times over.

11       And in the case of Sharon Cohen, I submit to you it's

12  corroborated 19 million times, because one of the things you're

13  going to hear is that, way before the July 14th arrest, way

14  before the July 14th arrest, after the incident where she

15  started to speak to the FBI, she told the FBI a somewhat

16  fanciful story.

17       She told the FBI that she was with the Defendant at his

18  place in Madrid -- he also had a villa in Madrid -- and that

19  they started -- inside the house, on the first floor, there was

20  a hole underground and they started to put bundles and bundles

21  and bundles and bundles and bundles of money in that hole.

22  You're going to hear that that happened many years, many years,

23  before these arrests took place.

24       The FBI noted that.  The FBI passed along that

25  information to the Spanish National Police.  And I assure you,

Opening Statement by Mr. Gonzalez                    37

1    on the day of the takedown, the Spanish National Police

2    searched that house from top to bottom and they found money.

3    They found a lot of money.  You're going to hear about the

4    amount of money they found in the house.

5         But what they didn't find was some mysterious hole

6    underground where money had been buried.  You're going to hear

7    they searched that house almost an entire day, almost 24 hours.

8    And then one of the Spanish agents had a bright idea.

9         He said, "You know what?  I want Sharon Cohen" -- who

10   was in Miami -- "I want her in front of a computer."  "And via

11   Skype," he said, "I'm standing in the front of the house.  I'm

12   holding the laptop.  Walk me to where the money is."

13        And you're going to hear Sharon Cohen said, "Turn here.

14   Turn there.  Go to the first floor.  Two steps to the left.

15   Two steps to the right."  Almost like a fire map.  And she

16   said, "Jackhammer the floor there."

17        And you're going to hear that, after jackhammering

18   through 10 inches of solid concrete, the Spanish National

19   Police found 19 million reasons to believe that Sharon Cohen

20   was telling the truth.

21        Ladies and gentlemen, in the end, this is a simple

22   case.  I submit to you the hardest part about this case is

23   going to be wrapping your brains around the amount of money

24   that we're talking about because it is difficult to imagine.

25        But, in the end, it is a very simple case.  You have a

1   individual who was a very, very, very, very good drug

2   trafficker, a superb drug trafficker of the highest order.  But

3   he was also a very, very, very bad money launderer.  And he

4   made a ready bad mistake of coming to South Florida to launder

5   his drug money.

6        At the end of this case, the evidence is going to show

7   you beyond a reasonable doubt that the Defendant is guilty of

8   money laundering, guilty of money-laundering conspiracy and

9   guilty of the additional what we call substantive

10  money-laundering counts for buying all of these things with his

11  drug money.

12       Thank you very much for your time and attention.

13       THE COURT:  We're going to take a break.

14       Do not discuss this case either amongst yourselves or

15  with anyone else.  Have no contact whatsoever with anyone

16  associated with the trial.

17       Do not read, listen or see anything touching on this

18  matter in any way, including anything on the Internet or

19  anything on any access device.

20       If anyone should try to talk to you about this case,

21  you should immediately instruct them to stop and report it to

22  my staff.

23       You may leave your notebooks at your chairs.  Please be

24  back in the jury room in 15 minutes.

25       (Whereupon, the jury exited the courtroom at 10:51 a.m.

 1    and the following proceedings were had:)

 2          THE COURT:  You may be seated for a moment.

 3          Remember, we're waiting to hear that door close.  It

 4    takes a while.

 5          Mr. Srebnick, it's ten to 11:00 now.  Rather than

 6    interrupt you in the middle of your opening statement, I

 7    thought it best to give that juror a break so he can do what he

 8    needs to do and eat something.  So we'll be back at five after

 9    11:00.  We're in recess.

10          (Thereupon a recess was taken, after which the

11    following proceedings were had:)

12          THE COURT:  United States of America versus Alvaro

13    Lopez Tardon, Case No. 11-20470.

14          Counsel, state your appearances, please, for the

15    record.

16          MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on

17    behalf of the United States.

18          MR. SREBNICK:  Howard Srebnick, Richard Klugh on behalf

19    of Alvaro Lopez Tardon, who's present with the aid of the

20    interpreter.  Cynthia Rodríguez is at counsel table with us.

21          THE COURT:  Are you ready, Mr. Srebnick?

22          MR. SREBNICK:  I am, Judge.

23          THE COURT:  Is that the new indictment with the -- I

24    don't think it is because it has a file stamp of May 28th.

25          Is that the one you want to use?  Italy and the

Opening Statement by Mr. Srebnick                40

1    Dominican Republic were struck.

2         MR. SREBNICK:  They were.  It doesn't matter to me one

3    way or the other because I'm not going to focus on that.  I

4    don't think anyone's going to notice the difference.

5         THE COURT:  All right.  Are we ready for the jurors?

6         THE COURTROOM DEPUTY:  Yes, Judge.

7         THE COURT:  So let's bring them in.

8         MR. SREBNICK:  Judge, can we turn that off for now

9    until --

10        THE COURT:  It's off for the jury.

11        MR. SREBNICK:  Thank you.

12        THE COURT:  Are you going to start your opening and

13   then you want me to put it on or just --

14        MR. SREBNICK:  Could we do that?

15        THE COURT:  Just give me a high sign and I'll put it on

16   for you.

17        MR. SREBNICK:  Thank you.

18        (Whereupon, the jury entered the courtroom at

19   11:20 a.m. and the following proceedings were had:)

20        THE COURT:  You may be seated.

21        You may proceed, Mr. Srebnick.

22        MR. SREBNICK:  Thank you, Judge Lenard.

23        Counsel.  May it please the Court.

24        Good morning, ladies and gentlemen of the jury.

25        My name is Howard Srebnick.  We met briefly during jury

Opening Statement by Mr. Srebnick                    41

1    selection.   Together with Richard Klugh, we represented Alvaro

2    Lopez Tardon.  We're being assisted by Cynthia Rodríguez.

3          We'd like to start by reminding everybody that which

4    the Judge has already told us:  Opening statement is not

5    evidence.

6          You heard the prosecutor make an impassioned statement

7    to you all.  What he said to you was not evidence.  What I will

8    say to you is not evidence.  But what I will show you on the

9    screens before you will be the evidence.

10          What the evidence will show is that, since 2008, the

11    Spanish National Police have been wiretapping Alvaro Lopez

12    Tardon, his brother and others for years.  They were

13    wiretapping him because he was a wealthy man, because he was in

14    the car business, because he had made acquisitions, purchases

15    and sales of ultra-luxury automobiles.

16          For three years, they were listening to all of his

17    phone calls.  And after three years, they couldn't find one

18    flake of cocaine, not one flake of cocaine, not in the United

19    States, not in Europe.

20          For three years, they listened to him talking to his

21    friends, his family.  They listened to him talk to his lawyers.

22    And after three years, without a flake, they called the FBI and

23    said, "Can you help us?  Can you give us some assistance?

24    Because for three years we haven't been able to find a flake.

25    So, please, FBI, United States Government, he lives in Miami.

Opening Statement by Mr. Srebnick                 42

1   Please help the Spanish National Police."

2          The FBI undertakes that assistance.  And the FBI

3   undertakes a plan to take advantage of marital discord, a

4   domestic dispute between husband and wife.  The FBI sees that

5   as an opportunity to insert itself between husband and wife.

6          In March of 2011, after three years of listening to his

7   telephone calls, surveillance, when there was a marital

8   dispute, a domestic event, at the home of Alvaro and his

9   then-wife Sharon Cohen, the Federal Government undertakes an

10  undercover operation.

11         Ms. Cohen, or Mrs. Lopez at the time, Sharon, and her

12  husband had had a quarrel.  She's meeting with what she

13  believes to be social workers, domestic counselors, as the

14  prosecutor told you.

15         She thinks these people are there to help her cope with

16  a marital dispute.  She trusts that these domestic counselors

17  are there for the purpose of either harmonizing the

18  relationship or figuring out a way that they each can go on

19  their own way, perhaps not married any longer.

20         But that wasn't the motive of the Federal Government,

21  the federal agent who was posing as a social worker that day.

22  No.  Her goal was to convince a wife that she had to testify

23  against her husband and had to say that he was a drug dealer,

24  even though she had never seen him do a single drug deal in

25  their entire relationship, even though there was no evidence

1      that he was a drug dealer.

2              The Government sends an FBI agent to a wife to try to

3      convince her that her husband is a drug dealer.  And during the

4      course of that interview in March of 2011 -- I'm sure you will

5      hear it during the course of the trial -- the FBI is trying to

6      convince her he's a drug dealer.

7              She said she had never seen him do any drug deals and,

8      yet, they tried to convince her to the point where they finally

9      decide they're going to -- and I'm going to use the word

10     generally -- threaten her with prosecution for money

11     laundering.

12             They tell the wife, "If you don't testify against your

13     own husband, we will put you in prison for decades."

14             Marital discord.  Domestic dispute.  Wife is now

15     threatened that, if she doesn't support the theory of the FBI,

16     she herself will go to prison.  That's what she's told.

17             And during the course of 2011, the wife has to hire a

18     lawyer.  The wife is threatened with prosecution.  And perhaps

19     not surprisingly, the wife decides she will do whatever the FBI

20     tells her to do and, in exchange for that, the FBI, the Federal

21     Government, will not be prosecuting her for anything so long as

22     she says that her husband was a drug dealer.

23             Not a flake.  No evidence.  The word of a wife scorned

24     is how this case starts in the United States.

25             And here's where it goes from there:  The Government

 1   collects evidence from Spain.  The Spanish National Police send

 2   their files from Spain to the United States, all those

 3   wiretaps, three years' worth of recordings.  And you're going

 4   to get to hear them.  Nothing on those tapes about drugs at

 5   all.  Zero.

 6          But what you will hear and what there's no debate about

 7   is that Alvaro Lopez Tardon, Artemio -- his brother -- his

 8   mother, his sister, the Tardon family, had been operating a

 9   business in Spain called The Collection -- The Collection Motor

10   Sports.

11          As the prosecutor told you, same name as the one down

12   on U.S. 1.  No relationship except that they're both in a very

13   similar business, the sale of ultra-luxury motor vehicles,

14   Ferraris, Bugattis, Lamborghinis.  No different than The

15   Collection on US 1.  The Lopez Tardon family saw a business

16   opportunity.

17          And maybe it was in 2008 and 2009 when the prosecutor

18   says people were struggling.  I don't know what that was meant

19   to do other than to make us feel some anger at people who make

20   money.

21          I'm not sure what the point of that was, other than the

22   fact of the matter -- and the evidence we'll go through now --

23   that during those years, there was an opportunity here in South

24   Florida, which is the capital of ultra-luxury vehicles -- we

25   walk the streets of Downtown Miami and it doesn't surprise any

 1   of us to see Mercedes and Maybachs, Range Rovers, Ferraris and

 2   all the other high-end cars.

 3            They're very expensive.  Some of them are really fast.

 4   And the customers for those cars are not my high school math

 5   teacher.  They're not even my law professors.  They're not even

 6   me.

 7            But there are people in South Florida and, really,

 8   throughout the world that have a demand for these very high-end

 9   collector-type vehicles.

10            These customers come from everywhere.  They come from

11   the Middle East.  They come from Europe.  They come from the

12   area we knew as Soviet Union, Latvia.  And the Tardon family,

13   based out of Madrid, sold these cars to customers throughout

14   the world.

15            And a good place to acquire preowned, high-end luxury

16   cars is right here in South Florida.  We all know that from our

17   own experience.  We drive up Biscayne Boulevard past Braman

18   Motors, 19 blocks up the street.  Rolls Royce, Bentleys, lining

19   the street of Biscayne Boulevard.  It's what we call inventory.

20            There's no doubt that Alvaro Lopez Tardon here in Miami

21   was asked to amass inventory of vehicles for sales in Europe,

22   and that's exactly what he did, just like Braman Motors does,

23   just like Mercedes of Coral Gables, as you'll hear in a moment.

24            I'd like to ask, Judge -- with your permission, I'd

25   like to ask Cynthia if she could put on the screen and publish

Opening Statement by Mr. Srebnick                    46

1    for the jury the first page of the indictment.

2            It charges, Count 1, a conspiracy, a conspiracy

3    essentially to launder money.

4            And, Cynthia, if we could go to Page 2.

5            And if we look -- I know that it's a lot there.  But,

6    to summarize, this so-called conspiracy, if you look five lines

7    down, was to conceal and disguise the nature, the location, the

8    source and the ownership, the control of the funds.  It's under

9    1A.  Conceal and disguise.  Conceal and disguise.  Avoid --

10   next line:  Avoid a reporting requirement.

11           If we could go to the next page.

12           And then the indictment lists a series of monetary

13   transactions that we agree Alvaro Lopez Tardon participated in.

14   There will be no doubt about it.

15           If we could go to the next page, Cynthia.

16           There are 14 total counts.  The first one was your

17   conspiracy count and the other 13, Nos. 2 through 14, are

18   individual transactions.  We've highlighted in yellow the

19   amounts of money, each of those transactions.  Some of them are

20   real estate.  Many of them are automobiles.

21           Cynthia, if we could go to the next line.

22           I'd like to begin with Count 2, because this is one of

23   the those monetary transactions.  September 22 of 2008, a wire

24   transfer of approximately $131,000 from Bank of America for

25   payment of a mortgage.

1          And, Cynthia, if we could show the jury the documents,

2    the evidence, in this case.

3          And there you see under "Amount" $131,772.  And if you

4    look down, in yellow, it identifies who it was that organized

5    that transaction.  And that is Alvaro's brother, Artemio Lopez.

6          No effort to conceal or disguise who was involved in

7    the transaction.  It's Alvaro and his brother, Artemio.

8          Next page, Cynthia.

9          And the account.  Top left of the page, it identifies

10   quite clearly without any effort to conceal Artemio, Alvaro and

11   Maria Tardon.  And you see the wire transfer records.  That's

12   Count 2.

13         Next page.

14         Counts 3 and 4, transfers from Spain to the United

15   States, one in the amount of 988,000; the other, 264,000.

16         And if we look at the underlying documents, the

17   evidence in the case -- if you look at the bottom left, it

18   identifies The Collection, which on all public records in Spain

19   that is the business owned by Alvaro Lopez Tardon and his

20   family.

21         This money is coming into the United States with no

22   design to conceal, no design to disguise.

23         Next page, Cynthia.

24         Count 5 of our indictment.  $91,000 paid to

25   Mercedes-Benz of Palm Beach for a Mercedes Maybach.  That's an

1    ultra-luxury vehicle that the Tardons were acquiring for

2    resale.

3          There's the debit checking account.  There's the

4    amount.  And in the top right corner, the signature of our

5    client.

6          Turn the page.

7          There's the official check that identifies The

8    Collection.

9          Turn the page.

10         This is Count 6, another cashier's check, for $243,000.

11         If we turn the page, here's the evidence in the case:

12    $243,000.  And all of the accounts -- if you look right in the

13    middle of the screen, ladies and gentlemen -- it's not in

14    yellow -- it says "Remitter:  Alvaro Lopez."

15         The next count, Count 7, Bill Ussery Motors, another

16    automobile luxury business here in South Florida.  A wire

17    transfer of 130,000, plus or minus, from Spain.  And if we look

18    at the evidence in the case, top left of your screen, Alvaro

19    Lopez Tardon.

20         Count 8, Land Rover of South Dade, 104,000.  And if we

21    turn the page again, top of the page, a regular checking

22    account identifying the owners of that account to include

23    Artemio, Alvaro, Maria Tardon.

24         Count 9, Formula One Sports Cars, wire transfer,

25    1.2 million for that Bugatti.  Yes.  It's a high-end car.  Yes.

Opening Statement by Mr. Srebnick                49

1    It's an ultra-luxury car.  But that's how Braman Motors,

2    Mercedes of Coral Gables, Mercedes of Palm Beach, Bill Ussery,

3    The Collection -- that's their business.  That was the business

4    of the Lopez Tardons.

5            Did they hide?  Did they conceal?  The check has Alvaro

6    Lopez Tardon's name right on it from his account.

7            Next page, Cynthia.

8            Count 10.  Braman Motors.  This was a 10,700-dollar

9    payment the prosecutor told you about to provide service on the

10   car, the Bugatti, I believe, that had been acquired, but had

11   some mechanical problems that needed to be fixed before it

12   could be resold.

13           Alvaro Lopez Tardon takes the car to Braman, shows up

14   himself and pays the bill for the service.  He pays it in cash.

15   When he pays it in cash, he provides identification and a form

16   is filled out by Braman Motors.

17           It's called an IRS 8300 form.  This is a form that

18   businesses fill out for any transaction in cash in excess of

19   $10,000.

20           Braman Motors, when it received the money, asked Alvaro

21   Lopez to provide identification and Alvaro Lopez did just that.

22   And you see his name is filled out on the form.  This form goes

23   to the United States Government.  It goes to the Internal

24   Revenue Service.

25           It disclosed that Alvaro Lopez Tardon, without any

Opening Statement by Mr. Srebnick                    50

1    effort to disguise or conceal, walked into Braman Motors here

2    in Miami, paid in cash, filled out the forms, did not conceal

3    or disguise.

4            Count 11.  Alvaro buys a safe.  These are for

5    ultra-luxury other items that they start doing business in,

6    high-end watches, $103,000.  And, again, the bank statement is

7    Alvaro Lopez Tardon.  Top left of your screen.

8            This would be, I think, Count 14, Cynthia.  Are we

9    missing Count 14?  I think we're missing it.

10           Count 12.  Here we go.  Count 12.  Steve Harris

11   Imports, $20,000, another transaction.

12           And the evidence for that one, Cynthia.

13           Another document, evidence showing no design to conceal

14   or disguise.

15           Next count, Cynthia.

16           Count 13.  This is a 981,000-dollar payment for a

17   Ferrari Enzo, another ultra-luxury automobile.  Once again, the

18   US bank.  If you look right in the middle of the page to your

19   left, it's a little bit blurred out, but you can see Lopez

20   Tardon, Lopez Tardon, two lines.

21           And there's the wire transfer records.  Fully

22   disclosed.

23           Next.

24           And this one, I think, is the one that tells us the

25   most about Alvaro Lopez Tardon and whether he had any design,

1   any effort to commit a crime in the United States, when he

2   engaged in these monetary transactions.  He walks into

3   Mercedes-Benz of Coral Gables for the acquisition of another

4   ultra-luxury car, a Mercedes G55K, and he pays for it $131,860

5   in American currency, cash, himself.

6            Let's turn the page.

7            And he fully discloses -- there's the form I told you

8   about earlier.  It's an IRS Form 8300 that the car dealership

9   fills out and Alvaro Tardon provides his name, his ID.  He

10  walks in himself and is prepared to stand up and say, "That is

11  my money."

12           He even identifies his brother on the form as the

13  person with whom he's doing business.  Now, this transaction,

14  in my view, tells the whole story of this case.

15           The Government is accusing Alvaro Lopez Tardon of being

16  a drug trafficker, someone who needs to disguise and conceal,

17  someone who's having people bring cash into the United States,

18  euros that get converted to cash dollars, euros, the currency

19  in Europe, to be converted at the American Express location for

20  dollars.  By the way, for all of those transactions, there's

21  paperwork.

22           But then Alvaro takes the cash, goes to a car

23  dealership, buys a car and says, "That's my money.  Here's my

24  ID.  Fill out the form and send it to the Government.  Tell the

25  IRS that that was my money."

1       He is complying with the law of the United States.  He

2   is not breaking the law of the United States.  If Alvaro Lopez

3   Tardon believed -- I submit to you the evidence will show, if

4   he believed that this was drug money, he doesn't walk into a

5   car dealership himself, pay for the item, declare it, provide

6   ID.  This is very powerful evidence.  Not argument.  This is

7   evidence.  We ask you to consider that evidence.

8       I'd like to talk now about what the Government is

9   relying on to build its case.  Because after three years of

10  listening to his calls and not finding a flake of cocaine, what

11  they do find are flakes, people, who are themselves so

12  desperate, so desperate, to avoid going to prison for decades

13  that those people are prepared to walk into a courtroom and say

14  what they need to say to avoid decades in prison.

15      David Pollack, an admitted drug trafficker, is someone

16  who, the evidence will show, had bought a car from Alvaro Lopez

17  Tardon.  He gets pinched because he gets caught in a drug deal

18  in Europe.

19      He's here in Miami, but they're now wanting him in

20  Spain for drug trafficking.  He's afraid that he's going to be

21  extradited to Spain and be stuck in a prison in Spain for the

22  rest of his life for drug trafficking.

23      But the United States Government offers him a deal.

24  "Plead to money laundering, Mr. Pollack.  Say that Alvaro Lopez

25  Tardon is a drug trafficker."  And if things work out the way

 1    the Government wants them to, Pollack will never be extradited

 2    to Spain to answer for --

 3              MR. GONZALEZ:  Objection.  Argumentative.

 4              MR. SREBNICK:  I'll rephrase.

 5              THE COURT:  Okay.

 6              MR. SREBNICK:  I believe Mr. Pollack will testify that

 7    it is his plan and his hope -- he'll say it right from there --

 8    that, by coming and testifying to you, he will never go answer

 9    for his drug-trafficking offenses.

10              Another character, somebody named Jimmy, another

11    admitted drug trafficker.  Hasn't been prosecuted in the United

12    States, but is doing what he can to try to jump on this bus

13    against Mr. Alvaro Lopez Tardon.

14              Fabiani Krentz, the woman who had a relationship with

15    Alvaro years ago, when they got arrested, she denied she had

16    anything to do with money laundering.  She had never done

17    anything wrong with Alvaro Lopez Tardon.

18              She's involved in transactions that are transparent.

19    He had bought her a condo.  They had a relationship back when.

20    The Government told her, if she did not cooperate, she'd be

21    facing decades in prison.

22              So it's not surprising under that kind of pressure, in

23    the absence of one flake of evidence, that someone in the

24    position of these people would say what they need to say in

25    order to avoid decades in prison.

Opening Statement by Mr. Srebnick                54

1           The Spanish National Police sent evidence, evidence in

2    quotes, over here.  And we had an opportunity to interview

3    under oath one of the Judges from Spain.

4           And I showed the Judge from Spain documents that were

5    purported to be police reports from Spain in the file --

6           MR. GONZALEZ:  Objection, your Honor.  Arguing facts

7    that are not going to be in evidence.  It's inappropriate.

8           THE COURT:  Sustained.

9           Move on to another area, Mr. Srebnick.

10          MR. SREBNICK:  I submit to you that the evidence will

11   show some significant irregularities in the evidence collected

12   by the Spanish National Police, some of whom will be testifying

13   here, I expect.

14          Now, Mr. Lopez Tardon in this courtroom, in this

15   country, in this courthouse, is charged with violating the

16   United States laws.

17          He's not charged with violating Spanish tax laws.  He's

18   not charged with even violating drug laws, because not a flake

19   of cocaine had anything to do with this country.

20          But the Government will try to, I believe, present

21   evidence about Spanish tax law issues.  He's not on trial for

22   tax evasion from Spain.

23          What he is on trial for is money laundering.  And I

24   think this document that is before you tells you the truth,

25   that the truth is that Alvaro Lopez Tardon disclosed his

Opening Statement by Mr. Srebnick                55

1    transactions, that Alvaro Lopez Tardon did not conceal

2    anything, did not have a design to disguise anything.

3          The evidence will show that, if you go to sunbiz.org,

4    the website that keeps track of all of the companies when

5    somebody buys a piece of property, you form an LLC or a

6    corporation or sometimes it's a partnership, Alvaro Lopez

7    Tardon always disclosed his relationship to any company he was

8    involved in.  These were all ordinary business transactions.

9          Yes.  Some of them were very large.  I'm sure, when

10   Braman acquires a Bentley for hundreds of thousands of dollars,

11   it's large as well.  And when the company that sold Alvaro the

12   Ferrari Enzo acquired it, they had to do a large transaction.

13   But it was all disclosed.

14         Now, when -- I think the evidence will show that, when

15   Alvaro bought this car for $131,000, the folks over at the

16   Mercedes dealership, they didn't ask Alvaro, "So tell us, who

17   is your customer in Europe to whom you're going to resell the

18   car to?  Have you investigated your customers in Europe?"  No.

19   They didn't do that.  They took the money.

20         The Mercedes dealership is not on trial for engaging in

21   this transaction.  Nobody's accusing them of taking $131,000 of

22   drug money, even though Alvaro Lopez Tardon walked in and put

23   the cash on the table.

24         The Mercedes dealership was happy to take the money

25   because they believed, as Alvaro believed, as long as you fill

Albrecht - DIRECT - By Mr. Gonzalez                56

1    out the forms and declare it, you're committing no crime.

2          I submit to you, then, based on the evidence, not

3    argument, not supposition, not speculation, not the testimony

4    of people trying to buy their way out of prison, the evidence

5    in the case will show that, when Alvaro Lopez Tardon was

6    standing in this country engaging in monetary transactions, he

7    believed he was and, in fact, was complying with the law.

8          We will ask you to return a verdict of not guilty.

9          Thank you, Judge Lenard.

10         THE COURT:  Call your first witness.

11         MR. GONZALEZ:  Thank you, your Honor.

12         The United States would call FBI Special Agent Madeline

13   Albrecht.

14         MADELINE ALBRECHT, GOVERNMENT WITNESS, SWORN

15         THE COURT REPORTER:  Thank you.  You may be seated.

16         Please state your full name for the record and give the

17   spelling.

18         THE WITNESS:  My name is Madeline Albrecht.

19   M-a-d-e-l-i-n-e, A-l-b-r-e-c-h-t.

20         MR. GONZALEZ:  Your Honor, may I proceed?

21         THE COURT:  Yes.

22                    DIRECT EXAMINATION

23   BY MR. GONZALEZ:

24   Q.  Agent Albrecht, who do you work for?

25   A.  I work for the Federal Bureau of Investigation.

Albrecht - DIRECT - By Mr. Gonzalez                    57

1    Q.   And are you one of the agents that was assigned to work on

2    this case?

3    A.   Yes, I was.

4    Q.   Tell us a little about your background.

5         Where were you born, ma'am?

6    A.   I was born in Hialeah, Florida.

7    Q.   And where did you go to school?

8    A.   Here in South Florida, for both high school and college.

9    Q.   After college, did you apply to become an FBI special

10   agent?

11   A.   Yes, I did.

12   Q.   And is there training that goes along with that?

13   A.   Yes.  There's 18 weeks of training in Quantico, Virginia,

14   at the FBI Academy.

15   Q.   Around what year was that?

16   A.   That was in 2004.

17   Q.   And, generally, what types of things do they teach you in

18   the FBI Academy?

19   A.   Generally, investigative techniques, such as researching,

20   analyzing, interviewing.  We also have legal courses that

21   explain to us or teach us how to prepare and execute search

22   warrants and the arrest warrants.  There's also training in

23   defensive tactics and firearms.

24   Q.   When you graduated from the FBI Academy, what was your

25   first assignment?

Albrecht - DIRECT - By Mr. Gonzalez                    58

1   A.   My first assignment was in San Juan, Puerto Rico.

2   Q.   And what year was that?

3   A.   That was in 2004.

4   Q.   How long were you in Puerto Rico as a special agent?

5   A.   Couple of years.

6   Q.   During that time, what types of cases did you work on?

7   A.   Primarily drug-trafficking and money-laundering cases.

8   Q.   Now, when you left Puerto Rico, where were you assigned?

9   A.   Miami.

10  Q.   What year was that?

11  A.   2006.

12  Q.   And where are you assigned specifically in Miami?

13  A.   Specifically, I'm assigned to a task force.  It's called

14  South Florida HIDTA task force.  That's High Intensity Drug

15  Trafficking Areas.  It's a task force in a location that has

16  different agencies that work drug trafficking.

17  Q.   And can you tell us approximately how many drug-trafficking

18  or money-laundering cases you have worked on during the course

19  of your career, ballpark.

20  A.   Between 40 and 50, more or less.

21  Q.   And are you still at the -- still stationed in Miami?

22  A.   Yes, I am.

23  Q.   Now, in the time that you were in Miami, did you take a

24  detail to work anywhere else for a period of time?

25  A.   Yes.  I took a detail in 2009 to work at the embassy in

Albrecht - DIRECT - By Mr. Gonzalez                    59

1    Buenos Aires, Argentina.

2    Q.  And if you could explain to us, just generally, what is a

3    detail?

4    A.  Well, a detail is when you go for a short period of time to

5    a different location.

6         In this particular case, the Buenos Aires office had two

7    special agents working at that embassy.  One is a legal

8    attaché, who generally is in charge, and then an assistant

9    legal attaché, which is the number two person.

10        That assistant legal attaché had to go on a trip elsewhere

11   for a period of five weeks.  And so they brought me in to be

12   the acting assistant legal attaché during that time.

13   Q.  Now, let me go ahead and focus you now on this case over

14   here, now that we've talked about your background a little bit.

15        What is your role in this case?

16   A.  I am one of several co-case agents in this case.

17   Q.  Now, can you tell us, when did this matter first come to

18   your attention and the attention of the FBI?

19   A.  In 2010.

20   Q.  Could you tell us how that happened.

21   A.  That was through the special agent in charge of the office

22   in Madrid, Spain.  He was approached by the Spanish National

23   Police, and they basically requested assistance on an

24   investigation that they had.

25   Q.  And once that request was made at the embassy, was it

1  conveyed to you and your squad here in Miami?

2  A.  Yes.  Eventually, because that investigation involved

3  individuals that were residing in South Florida, he forwarded

4  that information as a lead to our office here in Miami.

5  Q.  And what types of crimes were they investigating?

6  A.  Drug trafficking and money laundering.

7  Q.  Did they provide any names to you as individuals whom to

8  look at?

9  A.  They did.  Alvaro Lopez Tardon, Sharon Cohen, Fabiani

10 Krentz and David Pollack.

11        MR. GONZALEZ:  Your Honor, if we could have the ELMO.

12        THE COURT:  Yes.

13        MR. GONZALEZ:  Thank you.

14        Your Honor, if we could have the ELMO turned off for

15 the jurors.  I want to make sure it's not on.

16        THE COURT:  It's off for the jurors.  You want it on

17 for the witness?

18        MR. GONZALEZ:  Yes, please.

19        THE COURT:  It's on for the witness.

20        MR. GONZALEZ:  If I may approach, your Honor?  It'll be

21 a faster way to do it.

22        THE COURT:  You may.

23 BY MR. GONZALEZ:

24 Q.  Showing you those photographs, do you recognize those

25 photographs?

1    THE COURT:  What exhibit number is it, please?

2    MR. GONZALEZ:  I'll give it to the Court in one second.

3    Government's Exhibit 47, 48, 49, 50 and 51.

4    BY MR. GONZALEZ:

5    Q.  Did you get a chance to take a look at these photographs?

6    A.  If I can look at them one more time.

7    Q.  (Tenders documents to the witness.)

8    Do you recognize those photographs?

9    A.  Yes, I do.

10   Q.  And who are those photographs of?  Then we'll go through

11   them individually.

12   A.  They're photographs of Alvaro Lopez Tardon, Sharon Cohen,

13   Fabiani Krentz, David Pollack and Artemio Lopez Tardon.

14   Q.  Are those photographs clear and accurate representations of

15   these individuals?

16   A.  Yes.

17   MR. GONZALEZ:  Your Honor, at this time we'd move 47-A,

18   not -B -- 47-A, 48, 49, 50 and 51 into evidence.

19   THE COURT:  They will be admitted --

20   MR. SREBNICK:  No objection.

21   THE COURT:  They will be admitted as Government's

22   Exhibits 47-A, 48, 49, 50 and 51.

23   (Whereupon, Government's Exhibit Nos. 47-A, 48, 49, 50

24   and 51 were entered into evidence.)

25   THE COURT:  You may publish.

Albrecht - DIRECT - By Mr. Gonzalez                    62

```
 1   BY MR. GONZALEZ:

 2   Q.   Showing you 47-A first, who is that?

 3   A.   That is Mr. Alvaro Lopez Tardon.

 4   Q.   Do you see him here in court today?

 5   A.   Yes, I do.

 6   Q.   Could you point him out to us, please.

 7   A.   He's the gentleman in the green sweater.

 8        MR. GONZALEZ:  Identifying the Defendant, for the

 9   record, your Honor.

10        THE COURT:  It will so reflect.

11   BY MR. GONZALEZ:

12   Q.   Showing you Government's Exhibit 48, who is this?

13   A.   Sharon Cohen.

14   Q.   And what is her relationship, if any, to Alvaro Lopez

15   Tardon?

16   A.   She is Mr. Tardon's ex-wife.

17   Q.   Showing you Government's Exhibit 49, who is this?

18   A.   That is Fabiani Krentz.

19   Q.   50?

20   A.   David Pollack.

21   Q.   And, lastly, 51?

22   A.   Artemio Lopez Tardon.

23   Q.   What is his relationship to Alvaro Lopez Tardon?

24   A.   He is his brother.

25   Q.   Now, based on the information that you received, did you
```

Albrecht - DIRECT - By Mr. Gonzalez                63

1    have any indication as to where Alvaro Lopez Tardon, Sharon

2    Cohen, Fabiani Krentz and David Pollack lived?

3    A.   Yes.

4    Q.   Where was that?

5    A.   They were living in the South Florida area.

6    Q.   Did you take -- did you and the members of the FBI squad

7    that you work with make any attempts to go ahead and verify

8    that?

9    A.   Yes.

10   Q.   Based on that verification, did you and other members of

11   the FBI and your squad begin to assist the Spanish National

12   Police in their investigation?

13   A.   Yes, we did.

14   Q.   Now, after a while, did the FBI open up its own

15   investigation into Alvaro Lopez Tardon?

16   A.   Yes, it did.

17   Q.   What was that investigation for?

18   A.   It was for money laundering.

19   Q.   Now, you told us that you work in a task force with other

20   agencies.  Correct?

21   A.   Correct.

22   Q.   When this investigation was opened up, were there other

23   agencies that joined the FBI in the investigation?

24   A.   Several.

25   Q.   Can you tell us some of who they were.

Albrecht - DIRECT - By Mr. Gonzalez                    64

1    A.    Sure.   We had the Drug Enforcement Administration,

2    Immigration and Customs Enforcement, Customs and Border

3    Protection, the IRS as well, and we had assistance from the

4    City of Miami police and Metro-Dade Police Department.

5    Q.    In the task force where you work, is that common, for

6    agencies to bring in their skill sets to work on cases?

7    A.    Yes, it is.

8    Q.    Now, when the FBI and other agencies first began this

9    investigation, was it a secret investigation?

10   A.    Yes, it was.

11   Q.    Mr. Tardon and his associates were not made aware of the

12   fact that the FBI was investigating them?

13   A.    No, they were not.

14   Q.    And as part of this secret or covert investigation, did the

15   FBI try to obtain information from different places concerning

16   Alvaro Lopez Tardon?

17   A.    Yes.

18   Q.    And how -- if you could explain to the ladies and gentlemen

19   of the jury, how does the FBI go about obtaining some of this

20   information?

21   A.    Initially, we start with just general database checks.   We

22   do surveillance, interviews.   And then, once we have a certain

23   amount of information, we start issuing what's called an

24   administrative subpoena -- or administrative subpoenas to

25   different entities.

Case 1:11-cr-20470-JAL   Document 518   Entered on FLSD Docket 07/31/2014   Page 65 of 193

Albrecht - DIRECT - By Mr. Gonzalez          65

1   Q.   What are administrative subpoenas?  Let's start with that.

2   A.   They are requests for production of information.  In our

3   case, they came directly from the FBI.

4   Q.   That's the FBI making a request for information to

5   different entities?

6   A.   Yes.

7   Q.   And during the course of this investigation, were there

8   also grand jury subpoenas that were issued?

9   A.   Yes, there were.

10  Q.   What is that?

11  A.   Grand jury subpoenas are similar to the administrative

12  subpoenas with the exception that they are issued by the grand

13  jury, but processed by the United States Attorney's Office.

14  They also are requests for production of information.

15  Q.   And what types of places, generally, would be served with,

16  for example, a grand jury subpoena?

17  A.   Financial institutions, mortgage companies.  Typically,

18  larger entities in this case.

19  Q.   Now, later on, as the investigation progressed, was there a

20  request made under the Mutual Legal Assistance Treaty between

21  the United States and the Kingdom of Spain?

22  A.   Yes.

23  Q.   Can you explain to us what that is.

24  A.   An MLAT is a request to a foreign Government for assistance

25  with an investigation.  And that particular request comes from

Albrecht - DIRECT - By Mr. Gonzalez                66

```
1    the United States Attorney's Office --

2    Q.   And --

3    A.   -- and the Department of Justice.

4    Q.   And this investigation started with Spain asking the United

5    States for help.  Correct?

6    A.   Correct.  Yes.

7    Q.   Then, as your investigation progressed, the United States

8    through this investigation asked Spain for help as well.

9    Correct?

10   A.   Correct.  Yes.

11   Q.   Is that something that is done directly, your office to the

12   Spanish National Police, or does it go through certain

13   diplomatic channels?

14   A.   It goes through many diplomatic channels, typically, from

15   DOJ to the host country.

16   Q.   "DOJ" being?

17   A.   The "Department of Justice."

18   Q.   Okay.  Now, just in keeping with the tune of the different

19   types of investigative techniques that were done, later on,

20   after -- way later on, after the investigation became overt and

21   the individuals knew that they were being investigated and

22   arrests had been made, were there also search warrants that

23   were executed?

24   A.   Yes.  We made requests via search warrants for certain

25   e-mail accounts we had identified.
```

1    Q.   And is that something the FBI issues or do you need to go

2    someplace else to get that?

3    A.   The process behind that is we identified the e-mail

4    accounts and then I prepared an affidavit showing probable

5    cause that evidence of a crime would be found.

6         When reviewing the -- when searching those accounts, once

7    that is prepared, then you present it to a judge and that judge

8    signs that search warrant.  That search warrant is then sent to

9    the company.

10        In this particular case, it was two different e-mail

11   companies -- three e-mails, two companies.  And then, once they

12   receive that search warrant, then they return the information

13   we requested.

14   Q.   Now, putting aside the e-mail search warrant and getting

15   back to the grand jury subpoenas, administrative subpoenas, all

16   of the documents that you were requesting from different

17   places, was anything done to keep track of these as they began

18   to come in?

19   A.   Yes.

20   Q.   What was done?

21   A.   Whenever any kind of documents were returned, what we would

22   do is scan those documents.  Those documents were then given a

23   Bates stamp.

24   Q.   Can you explain to us what a Bates stamp is.

25   A.   Yes.  A Bates stamp is a code or an identifying number

Albrecht - DIRECT - By Mr. Gonzalez                68

1   that's given to each document so that we know -- we can keep

2   track of the documents we have and, also, to note, once the

3   arrests had taken place, that we've provided those documents to

4   the defense.

5   Q.   Now, when you say that it is a code, can you tell us, what

6   were some of the codes, just generally?  We'll get into it a

7   little later.

8   A.   There are many codes.  We have tried coding it by

9   particular item.  So if it was a grand jury subpoena that was

10  issued and we got a return on that, well, each grand jury

11  subpoena has a number.

12       So it would be G01 for grand jury and then whatever numbers

13  would follow that first code.  It's a numbering system.  So

14  Page 1 would be 1, 2, 3 and so forth.

15  Q.   So if Grand Jury Subpoena No. 1 were issued to, let's say,

16  Bank of America and Bank of America sent back documents under

17  that subpoena, that would be G1, meaning the first subpoena

18  issued?

19  A.   Right.

20  Q.   And then the page numbers for the different pages that came

21  in?

22  A.   Correct.

23  Q.   Then the next subpoena that's issued to whomever it is,

24  whether it's Bank of America again or any other entity, would

25  that one be G2, dash, to keep track of it?

Albrecht - DIRECT - By Mr. Gonzalez                69

```
 1    A.   Yes.

 2    Q.   Now, in preparation for the trial here, were there

 3    documents that were pulled out of the information that the FBI

 4    received and the grand jury received during the issuance of all

 5    these subpoenas?

 6    A.   Yes.

 7    Q.   And are most of those copies copies made the Bates numbers

 8    were put on them?

 9    A.   Yes.

10    Q.   Are some of these exhibits that have been pulled missing

11    the Bates numbers?

12    A.   Yes.

13    Q.   Why is that?

14    A.   In those particular cases, it's because we will be

15    presenting documents that were originals.

16    Q.   Now, are you familiar with Government's Exhibits 1 through

17    46 in this case?

18    A.   Yes.

19    Q.   And 188 as well?

20    A.   Yes.

21    Q.   Are most of those exhibits information that was obtained

22    either by way of the grand jury subpoenas or administrative

23    subpoenas?

24    A.   Yes.

25    Q.   I want to go over those with you.
```

1      You told us that that information was scanned and put on

2   discs.  Correct?

3   A.   That's correct.

4   Q.   The information, when it was received by the FBI from these

5   different banks and financial institutions, sometimes was it

6   very voluminous, very large?

7   A.   Yes.

8   Q.   And in preparation for the exhibits, were -- was that data

9   put on a disc rather than bringing in boxes and boxes of

10  papers?

11  A.   Yes.

12  Q.   And in order to keep track of those exhibits, did you

13  prepare a chart or cause to be prepared a chart that laid out

14  the different exhibits, what they were and where they came

15  from?

16  A.   Yes.

17  Q.   Let me show you a copy of Government's Exhibit 212 and ask

18  you if this is the chart that you went ahead and prepared.

19  A.   Yes, it is.

20       MR. GONZALEZ:  Your Honor, at this time I move into

21  evidence Government's Exhibit 212.

22       THE COURT:  It will be admitted as Government's

23  Exhibit 212.

24       (Whereupon, Government's Exhibit No. 212 was entered

25  into evidence.)

1        THE COURT:  You may publish.

2        MR. GONZALEZ:  Thank you, your Honor.

3        MR. SREBNICK:  If I may, subject to the prior motions

4    that we had made.

5        THE COURT:  It's noted for the record.

6        MR. SREBNICK:  Thank you, Judge.

7        MR. GONZALEZ:  Your Honor, if I may pass out copies for

8    the jury.

9        THE COURT:  You may.

10       MR. GONZALEZ:  (Tenders documents to the jury.)

11   BY MR. GONZALEZ:

12   Q.  Let me draw your attention to Government's Exhibit 212.

13       On the left-hand side, we have the exhibit number listed.

14   Correct?

15   A.  That is correct.

16   Q.  And the first one is Government's Exhibit No. 1?

17   A.  Yes.

18       MR. GONZALEZ:  Your Honor, at this time I would like to

19   read the stipulation related to Government's Exhibit No. 1.

20       THE COURT:  You may.

21       MR. GONZALEZ:  "The United States of America and Alvaro

22   Lopez Tardon, through the undersigned attorneys, hereby

23   stipulate to the following:

24       "If called to testify, a custodian of records from Bank

25   of America would testify that:

1          "One, the documents contained in Government's Exhibit 1

2    are originals or duplicate copies of Bank of America records;

3          "Two, these records were made at or near the time of

4    the occurrence of the matters set forth by or from information

5    transmitted by a person with knowledge of those matters;

6          "Three, the records were kept in the course of

7    regularly conducted business activities;

8          "Four, the records were made by Bank of America as a

9    regular practice."

10         It's signed by the various attorneys in this case.

11         Your Honor, at this time we'd move Government's

12   Exhibit 1 into evidence.

13         THE COURT:  It will be admitted as Government's Exhibit

14   No. 1.

15         (Whereupon, Government's Exhibit No. 1 was entered into

16   evidence.)

17         THE WITNESS:  Mr. Gonzalez, my screen is not working.

18         THE COURT:  It's not?

19         THE WITNESS:  There we go.  It was off.

20         THE COURT:  Thank you.

21         MR. GONZALEZ:  Thank you.

22   BY MR. GONZALEZ:

23   Q.  So Government's Exhibit 1, as we have it here, is a disc.

24   Correct?

25   A.  That is correct.  Yes.

Albrecht - DIRECT - By Mr. Gonzalez                    73

1    Q.   And how many grand jury subpoenas were issued to Bank of

2    America to create the documents that are on this disc?

3    A.   That would be eight, if you look at where it says "Bates,"

4    which is the third column on your paper.

5    Q.   On Government's Exhibit 212?

6    A.   On Government's Exhibit -- yes -- 212.

7    Q.   So where we have the Bates numbers, this is a Grand Jury

8    Subpoena No. 1 that was issued to Bank of America and that

9    produced Pages 1 through 1,199.  Correct?

10   A.   That's correct.  For Grand Jury Subpoena No. 1.  Yes.

11   Q.   Then the next subpoena that was issued to Bank of America

12   was Grand Jury Subpoena No. 6.  Correct?

13   A.   Yes.

14   Q.   And it has those pages and so on and so forth.

15        And this is other items that were requested from Bank of

16   America.  Correct?

17   A.   Correct.

18   Q.   And under where it says "Bank of America," it makes

19   reference to the counts in the indictment that some of the

20   documents contained herein pertain to.  Correct?

21   A.   That is correct.

22   Q.   And total from Bank of America, how many pages were

23   received?

24   A.   A total of 16,491 documents.

25   Q.   That's what's contained on this disc.  Correct?

Albrecht - DIRECT - By Mr. Gonzalez                    74

1    A.   Correct.

2          MR. GONZALEZ:   If we could use the computer, your

3    Honor.

4          THE COURT:   Yes.

5    BY MR. GONZALEZ:

6    Q.   Now, I'm going to ask you very quickly to go ahead and

7    guide us through this disc.  We certainly are not going to do

8    this for all the discs, but the first one so the jurors

9    understand how to do it in case they need to do it later on.

10   A.   If you click on the DVD, it will open up to the -- in this

11   case, the eight files that are on your Exhibit No. 1.

12   Q.   So they match?

13   A.   They match the same list that is in the third column of

14   your Exhibit 212.

15   Q.   Okay.  Let's open one of those.

16   A.   Yes.  If you open the first file, that would be for your

17   Grand Jury No. 1.

18         And then, if you scroll down to the bottom of that first

19   page, this is -- this first page will always be your actual

20   grand jury subpoena.

21   Q.   So that's what was sent to the bank and that indicates what

22   it was -- what was being asked?

23   A.   Correct.  If you scroll down to the bottom of that page,

24   you will see in the bottom right-hand corner your first Bates

25   number, which is G001-0001.

Albrecht - DIRECT - By Mr. Gonzalez          75

1    Q.  I think, if I'm not mistaken, you can mark it on your

2    screen.

3           THE COURT:  She can.

4           THE WITNESS:  So the next document will be No. 2, the

5    third document will be No. 3 and so forth.

6    BY MR. GONZALEZ:

7    Q.  And then, if we can scroll up just a little bit more to

8    that one and go down to the next page that we have, that's

9    where, in this particular instance, it was a bank statement

10   that was requested and that's where the information would

11   start.  Correct?

12   A.  Correct.

13   Q.  Now, in preparation of the trial, were there some documents

14   that had been pulled out of all of these different grand jury

15   exhibits?

16   A.  Yes.

17   Q.  And were they put into books that we'll be using later on?

18   A.  Yes.

19   Q.  Now, with regards to Grand Jury Exhibit No. 1 -- we talked

20   about this -- to what counts later on when we get into it do

21   documents from Grand Jury Exhibit No. 1 relate to?  Is that

22   reflected on Government's Exhibit 212?

23   A.  Yes, it is.

24   Q.  And those are the ones listed under where it says "Bank of

25   America"?

Albrecht - DIRECT - By Mr. Gonzalez                 76

1    A.   Correct.

2    Q.   I want to show you Government's Exhibits 53, 54, 55, 61,

3    63, 64, 105, 65, 59, 62, 60, 66, 56, 57 and 58 and ask you if

4    you recognize these.

5         MR. GONZALEZ:  Your Honor, I think, without objection,

6    we'd move them all into evidence now.

7         THE COURT:  They will be admitted as Government's

8    Exhibits 53, 54, 55, 61, 63, 64, 105, 65, 59, 62, 60 and 66,

9    56, 57 and 58.

10        (Whereupon, Government's Exhibit Nos. 53, 54, 55, 61,

11   63, 64, 105, 65, 59, 62, 60, 66, 56, 57 and 58 were entered

12   into evidence.)

13        MR. GONZALEZ:  Your Honor, 56 is a composite.  We'd

14   move in 56-A and -B, both of them.

15        THE COURT:  You're moving in both -A and -B?

16        MR. GONZALEZ:  Yes.

17        THE COURT:  They will be admitted as 56-A and -B.

18        (Whereupon, Government's Exhibit Nos. 56-A and 56-B

19   were entered into evidence.)

20        MR. GONZALEZ:  If we could have the ELMO, your Honor.

21   BY MR. GONZALEZ:

22   Q.   Now, our chart, Government's Exhibit 212, talks about the

23   different counts that are here with regards to Government's

24   Exhibit No. 1?

25   A.   Yes.

Albrecht - DIRECT - By Mr. Gonzalez                    77

1    Q.   And drawing your attention to Count 2, do you see the

2    address 2475 Bayshore Drive, Villa No. 3?

3    A.   I do.

4    Q.   Let me show you Government's Exhibit 53.

5         Is that -- what is that?

6    A.   That is an overview shot of the area where this particular

7    villa is located.

8    Q.   Showing you Government's Exhibit 54 --

9    A.   This is a picture of the front entrance of 2475 Bayshore

10   Drive, Villa No. 3.

11   Q.   And is that the property in question referred to in the

12   chart as Count No. 2?

13   A.   Yes, it is.

14   Q.   Then going back to our chart, Counts No. 3 and 4, do you

15   see the address 100 South Pointe Drive, Unit No. 3801?

16   A.   Yes, I do.

17   Q.   And showing you Government's Exhibit No. 55, do you

18   recognize the building that's depicted in this exhibit?

19   A.   Yes, I do.

20   Q.   What is that?

21   A.   That is that property located at 100 South Pointe Drive.

22   It's a building called the Continuum.

23   Q.   And is this South Beach?

24   A.   Yes, it is.

25   Q.   And do you recognize this park here down at the bottom?

1    A.   I believe that is the park that's right next to Government

2    Cut.

3    Q.   Government Cut would be coming in just below the picture?

4    A.   Correct.  Yes.

5    Q.   The unit we're talking about:  What floor is this on that

6    building?

7    A.   It's Unit 3801.  So the 38th floor.

8    Q.   Then going back to 121, the Counts 5 and 6, the Mercedes

9    Maybach, I want to show you Government's Exhibit 61, composite.

10        THE COURT:  Do you mean 121?

11        MR. GONZALEZ:  I'm sorry.

12   BY MR. GONZALEZ:

13   Q.   Going back to 212, Counts 5 and 6, I now want to show you

14   Government's Exhibits 61, composite.

15        Is this the Maybach that we're talking about?

16   A.   Yes.

17   Q.   That's it in the side picture?

18   A.   Yes.

19   Q.   From the rear?

20   A.   Yes.

21   Q.   And a side photo again?

22   A.   Yes.

23   Q.   Moving along to Government's Exhibit 63, is this the Range

24   Rover in Count 8?

25   A.   Yes, it is.

Albrecht - DIRECT - By Mr. Gonzalez                    79

1   Q.   Going to Counts 9 and 10 and showing you Government's

2   Exhibit 64, composite, is this the Bugatti Veyron in that

3   count?

4   A.   Yes, it is.

5   Q.   Another view of it?

6   A.   Yes.

7   Q.   The engine in the back?

8   A.   Yes.

9   Q.   And Count 11 makes reference to a Brown Chronos safe.

10        Showing you Government's Exhibit 105, composite, is that

11   the safe?

12   A.   Yes, it is.

13   Q.   Then is that a picture of the inside of the safe with the

14   door open?

15   A.   Yes.

16   Q.   And what are these things?

17   A.   Those are watch holders that -- these particular watches,

18   like -- they're timepieces, I guess they're called, after a

19   certain amount of money.

20        But they need to be moved around in order for them to

21   operate properly.  So these actually move in there to keep them

22   operable.

23   Q.   And that is a closeup of where you would put the

24   combination?

25   A.   Yes.

Albrecht - DIRECT - By Mr. Gonzalez                80

1    Q.   Now, with reference Counts 12 and 13, I want to show you

2    Government's Exhibit 65, composite.

3         Is this the Ferrari Enzo?

4    A.   Yes, it is.

5    Q.   Another view of it?

6    A.   Yes.  And that is a side view.

7         And the other side.

8    Q.   That's with the door open?

9    A.   Yes.

10   Q.   The engine compartment open?

11   A.   Yes.

12   Q.   And the engine?

13   A.   Yes.

14   Q.   Now, were all of these photos taken in the same place?

15   A.   Yes, they were.

16   Q.   Where was that?

17   A.   A secured US Marshals warehouses.  They were taken there

18   after the FBI seized them.

19   Q.   When that seizure took place, were there other cars that

20   were taken by the FBI as well?

21   A.   Yes.

22   Q.   I want to show you Government's Exhibit No. 59.

23        Count 7, later on in the chart, makes reference to a

24   Mercedes G55.

25        Showing you Government's Exhibit 59, is that the Mercedes?

Albrecht - DIRECT - By Mr. Gonzalez                    81

1    A.   Yes, it is.

2         A second picture of the same Mercedes.

3         A third picture of the same Mercedes.

4    Q.   Now, drawing your attention to the light here in the front,

5    is there another very similar-looking Mercedes G55 that was

6    seized?

7    A.   Yes.

8    Q.   And showing you now Government's Exhibit No. 62, composite,

9    is that it?

10   A.   Yes.

11   Q.   Another view of it?

12   A.   Yes.

13   Q.   The one depicted in Government's Exhibit 62 that we're

14   looking at:  Does that one have like a little cage over the

15   lights?

16   A.   Yes.

17   Q.   Is that shown there?

18   A.   Yes.

19   Q.   Comparing that to the one in Government's Exhibit 59, that

20   one does not have the cage on the light.  Correct?

21   A.   Correct.

22   Q.   The first Mercedes without the cage relates to Count 7?

23   A.   Yes.

24   Q.   And the one with the cage relates to Count 14?

25   A.   Correct.

Albrecht - DIRECT - By Mr. Gonzalez          82

1    Q.   Now, were there also some other automobiles that were

2    seized that do not pertain directly to counts that were seized

3    from Mr. Lopez Tardon?

4    A.   Yes.

5    Q.   Showing you Government's Exhibit 60, was there a Rolls

6    Royce that was seized from him?

7    A.   Yes.

8    Q.   Is that it?

9    A.   Yes, it is.

10   Q.   That's a side view of it?

11   A.   Correct.

12   Q.   Were there any other cars seized from him?

13   A.   Yes.

14   Q.   What else?

15   A.   Mercedes McLaren.

16        MR. SREBNICK:  Excuse me.

17        Judge, I just have one objection.  When he uses the

18   term "seized from him," if I could request that, when they say

19   "from," from where as opposed to --

20        THE COURT:  Sustained.

21        Rephrase your question.

22        MR. GONZALEZ:  Very well.

23   BY MR. GONZALEZ:

24   Q.   Do you know where these cars were located at the time they

25   were seized?

Albrecht - DIRECT - By Mr. Gonzalez                    83

1    A.   They were located at a place called Automobile Loaders.

2    Q.   Drawing your attention to Government's Exhibit 66, is this

3    the McLaren that you were referring to?

4    A.   Yes.

5    Q.   At the time Mr. Tardon was arrested by the FBI for the case

6    that we're here today, is that roughly the same time these cars

7    were seized?

8    A.   Yes.  Actually, on the same day.

9    Q.   And at the time that he was arrested, at the time the cars

10   were seized, was that when Mr. Tardon was going through divorce

11   proceedings with Sharon Cohen?

12   A.   Yes.

13   Q.   Now, in addition to the condominium in the Continuum and

14   the villa in Coconut Grove that we already looked at, were you

15   able to identify any other properties associated with

16   Mr. Tardon?

17   A.   Yes, we did.

18   Q.   Let me be specific.

19        With regards to the Continuum, at the time of the arrest,

20   was that property restrained by the FBI?

21   A.   Yes.

22   Q.   And the villa in Coconut Grove as well?

23   A.   Yes.

24   Q.   Were there other properties that were restrained by the

25   FBI?

Albrecht - DIRECT - By Mr. Gonzalez                84

 1   A.   Yes.

 2   Q.   I want to show you Government's Exhibit 56-A and -B and ask

 3   you if you recognize this building.

 4            THE COURT:   Is this in evidence?

 5            MR. GONZALEZ:   I believe so, your Honor.

 6            THE COURT:   Yes, it is.

 7            MR. SREBNICK:   May I confer with counsel a moment?

 8            THE COURT:   Yes.

 9            (Discussion had off the record between counsel.)

10   BY MR. GONZALEZ:

11   Q.   To clarify something, at the time Mr. Tardon was arrested,

12   with regards to the properties that we're talking about, was

13   what's culled a *lis pendens* filed on those properties?

14   A.   Yes.

15   Q.   Is that a notice to anyone who may come along that the FBI

16   has an interest in the properties?

17   A.   Yes.

18   Q.   So when we say that they were restrained or seized, it's

19   not that somebody physically goes in there and locks them up.

20   Correct?

21   A.   No.  No.  No.

22   Q.   For real property, something is filed with the Court?

23   A.   Correct.

24   Q.   So going to Government's Exhibit No. 56, do you recognize

25   this building?

Albrecht - DIRECT - By Mr. Gonzalez                    85

1    A.   Yes.  It's a building located at -- on North Bayshore Drive

2    called the Mark.

3    Q.   And is that a wider view of the Mark?

4    A.   Yes, it is.

5    Q.   Is that off of Brickell Avenue?

6    A.   North Bayshore.

7    Q.   North Bayshore?

8    A.   Yes.

9    Q.   And on how many condominiums were there *lis pendens* filed

10   at the time Mr. Tardon was arrested in that building?

11   A.   Four.

12   Q.   Four condos?

13   A.   Yes.

14   Q.   Showing you Government's Exhibit 57, do you recognize these

15   buildings?

16   A.   Yes.

17   Q.   What building is that?

18   A.   Those buildings are a pair of buildings off of Biscayne

19   Boulevard called the One Miami East and the One Miami West.

20   Q.   And were there lis pendens filed on condominiums associated

21   with Mr. Tardon there?

22   A.   Yes.

23   Q.   How many?

24   A.   Seven.

25   Q.   Showing you lastly Government's Exhibit No. 58, do you

Albrecht - DIRECT - By Mr. Gonzalez                 86

1    recognize this building?

2    A.   Yes.

3    Q.   What building is that?

4    A.   That is a building on South Beach called the Murano,

5    located at 1000 South Pointe Drive.

6    Q.   Is that relatively close to the Continuum, the one on the

7    tip of South Beach?

8    A.   Yes.  A few blocks away.

9    Q.   And was a lis pendens filed in a condominium on this one?

10   A.   Yes.

11   Q.   Of the properties that I showed you, which ones, if any,

12   were completely paid in full?

13   A.   The four at the Mark, located at 1155 Brickell Bay Drive;

14   the one there at the Murano at 1000 South Pointe Drive; the

15   condominium -- the condominium at the Continuum on South

16   Pointe; and the property located at -- on North Bayshore.

17   Q.   That's the villa?

18   A.   The villa.

19   Q.   In Coconut Grove?

20   A.   Villa No. 3.

21   Q.   All of those were paid in full?

22   A.   Yes.

23           THE COURT:  Is this a good place to break for lunch?

24           MR. GONZALEZ:  Sure.

25           THE COURT:  We're going to break for lunch.

1          Do not discuss this case either amongst yourselves or

2    with anyone else.  Have no contact whatsoever with anyone

3    associated with the trial.

4          Do not read, listen or see anything touching on this

5    matter in any way, including anything on the Internet or

6    anything on any access device.

7          If anyone should try to talk to you about this case,

8    you should immediately instruct them to stop and report it to

9    my staff.

10          You may leave your notebooks and materials at your

11    chairs.  Please be back in the jury room in one hour.

12          (Whereupon, the jury exited the courtroom at 12:33 p.m.

13    and the following proceedings were had:)

14          THE COURT:  We're in recess for one hour.

15          MR. GONZALEZ:  Your Honor, with the Court's

16    permission -- defense has no objection -- when we come back

17    from lunch, I'd like to take a witness out of turn.  It's a

18    foreign national witness that we need to make sure we get on

19    today.

20          THE COURT:  Any objection?

21          MR. SREBNICK:  No objection.

22          THE COURT:  Okay.  That's fine.

23          MR. GONZALEZ:  Thank you.

24          THE COURT:  We're in recess.

25          (Thereupon, a luncheon recess was taken, after which

```
1    the following proceedings were had:)

2         THE COURT:  United States of America versus Alvaro

3    Lopez Tardon, Case No. 11-20470.

4         Good afternoon.

5         Counsel, state your appearances, please, for the

6    record.

7         MR. GONZALEZ:  Good afternoon, your Honor.

8         Tony Gonzalez, Cristina Maxwell on behalf of the United

9    States.

10        MR. SREBNICK:  Howard Srebnick and Richard Klugh on

11   behalf of Alvaro Lopez Tardon, who is present with the aid of

12   the interpreters.  And Cynthia Rodríguez is here with us as

13   well.

14        THE COURT:  Good afternoon to everyone.

15        MR. SREBNICK:  Good afternoon.

16        THE COURT:  What would you like me to tell the jury?

17   Just that we're calling a witness out of turn?

18        MR. GONZALEZ:  Yes.  That we are interrupting the

19   witness that's on the stand in order to facilitate travel of

20   another witness and then we'll go back to the first one.

21        THE COURT:  All right.  Let's bring the jurors in.

22        (Whereupon, the jury entered the courtroom at 1:46 a.m.

23   and the following proceedings were had:)

24        THE COURT:  You may be seated.

25        Ladies and gentlemen of the jury, the witness that's on
```

1    the stand -- her testimony is being interrupted in order to

2    facilitate the travel of this witness.  So we'll hear testimony

3    from this witness and then we'll go back to the first witness

4    that was on the stand.

5            MR. GONZALEZ:  Thank you, your Honor.

6            THE COURT:  You may proceed.

7            Call your next witness.

8            MR. GONZALEZ:  Your Honor, the United States would call

9    Jorge Fernandez Gismero.

10          JORGE FERNANDEZ GISMERO, GOVERNMENT WITNESS, SWORN

11           THE COURTROOM DEPUTY:  Thank you.  You may be seated.

12           Please state your name and give the spelling for the

13   record.

14           THE WITNESS:  Jorge Fernandez Gismero.  J-o-r-g-e,

15   F-e-r-n-a-n-d-e-z, G-i-s-m-e-r-o.

16           MR. GONZALEZ:  May I proceed, your Honor?

17           THE COURT:  You may proceed.

18           MR. GONZALEZ:  Thank you.

19                          DIRECT EXAMINATION

20   BY MR. GONZALEZ:

21   Q.  Mr. Gismero, can you tell the ladies and gentlemen of the

22   jury where you work.

23   A.  I work with the SITEL Service of the National Police Corps.

24   Q.  When we say "National Police," what nation are we talking

25   about?

Gismero - DIRECT - By Mr. Gonzalez                    90

1    A.   The National Police of Spain.

2    Q.   Now, Mr. Fernandez, you speak a little bit of English.

3    Correct?

4    A.   Yes.

5    Q.   But you prefer to testify in Spanish.  It's easier for you.

6    Correct?

7    A.   Yes.

8    Q.   Then, please -- I'm going to go ahead and ask my question

9    in English -- give the interpreter an opportunity to translate

10   it and then go ahead and answer in Spanish.  If she can

11   translate it in English, that's going to make it easiest for

12   the court reporter.

13   A.   Fine.

14   Q.   Now, you told us you work for SITEL.  What is SITEL?

15   A.   SITEL is the entity within the Spanish police force that is

16   in charge or responsible for conducting wiretaps.

17   Q.   And what is your position in SITEL?

18   A.   I am a systems administrator within SITEL.

19   Q.   Are you also a police officer with the Spanish National

20   Police?

21   A.   Yes.  I am a police inspector within the Spanish National

22   Police.

23   Q.   Now, a quick question for you that may seen obvious, but

24   let me get it out of the way now:  Is trafficking in cocaine

25   illegal in Spain?

Gismero - DIRECT - By Mr. Gonzalez                91

```
 1   A.   Yes.  All types of drug trafficking are illegal in Spain.

 2   Q.   Trafficking in all types of drugs is illegal in Spain?

 3   A.   Yes.

 4   Q.   Now, I want to go back a little bit and talk about your

 5   training and your education.

 6        Can you tell the ladies and gentlemen of the jury, where

 7   did you go to school, first of all?

 8   A.   I attended the Autonomous University of Madrid.  I studied

 9   business administration and business management.

10   Q.   What year was that?

11   A.   Between 1996 and the year 2000.

12   Q.   And was that before you became a police officer?

13   A.   Yes.  Before.

14   Q.   And did you receive a degree in business administration

15   from that university?

16   A.   Yes.  That is correct.

17   Q.   And did there come a point in time when you applied and

18   were accepted to become a police officer with the Spanish

19   National Police?

20   A.   Yes.  When I finished my college education.  I did that in

21   the year 2000.

22   Q.   And is there a police academy or basic training program in

23   Spain for police officers?

24   A.   Yes.  In Spain, once you have been accepted into the Police

25   Corps, you attend an academy for two years -- the police
```

 1   academy for two years.

 2   Q.   And after one finishes the two years in the police academy

 3   in Spain, is there a separate on-the-job training that's done?

 4   A.   Yes.  After you complete your two years at the academy,

 5   then you have to engage in the practical training for seven

 6   months so that you can become an inspector.

 7   Q.   And you say that you're a member of the Spanish National

 8   Police.

 9        Are there different police agencies throughout Spain?

10   A.   Yes.  There is the Spanish National Police, which actually

11   has jurisdiction throughout the country.  Then you have the

12   Civil Guard, Guardia Civil, as it's called in Spanish.  And

13   then there are smaller forces in various territories.

14   Q.   Now, when you finished your training to become a police

15   inspector, did you immediately go work for SITEL or did you

16   work someplace else within the police department first?

17   A.   At first, I spent two years in a smaller city in the

18   northern part of Spain, where I was part of a group that

19   investigated petty or -- petty crimes or misdemeanors as well

20   as fugitive apprehension.

21   Q.   And what city was that?

22   A.   Pamplona.

23   Q.   Then when did you begin working with SITEL?

24   A.   After the two years, I requested to be transferred back to

25   Madrid and I was assigned to SITEL.

1  Q.  And would that be roughly 2005?

2  A.  Yes.  May of 2005.

3  Q.  And have you remained in SITEL ever since then?

4  A.  Yes.  Yes.

5  Q.  Now, does SITEL handle nationwide -- "nationwide" meaning

6  in Spain -- all of the wiretaps for the Spanish National

7  Police?

8  A.  Yes.  We handle all the intercepts for the National Police

9  in Spain.

10 Q.  After you got to SITEL, did you have any additional formal

11 university-level training to assist you in your job?

12 A.  Yes.  I'm also a computer sciences technical engineer.

13 Q.  And where did you receive that degree from?

14 A.  At the Universidad Oberta Catalonia.

15 Q.  And how long a course of study is that -- or was that, I

16 should say?

17 A.  Three years.

18 Q.  Now, in addition to that, have you had other courses

19 periodically involving telecommunications and the interception

20 of telephone calls, e-mails and electronic communications?

21 A.  Yes.  Within the department, we do attend yearly courses

22 that have to do with telecommunications and systems as well as

23 emerging technologies in the market.

24 Q.  Now, have you ever taught any courses involving

25 telecommunications, interception of calls and things of that

Gismero - DIRECT - By Mr. Gonzalez                94

1    nature?

2    A.   Yes.  I actually do conduct some training for -- within

3    the National Police having to do with interceptions,

4    telecommunications, and I also do have courses outside of the

5    National Police.

6    Q.   Now, to make sure I understand your response, you have

7    taught other police officers about SITEL, the way the system

8    works and how communications are routed and intercepted.  Is

9    that correct?

10   A.   That is correct.

11   Q.   And the students in those courses have all been members of

12   the Spanish National Police?

13   A.   Yes.  They are members of the National Police.

14   Q.   Is there a school in Spain for prosecutors?

15   A.   Yes.  That, also.

16   Q.   Have you taught in that school?

17   A.   Yes.  We have actually given lectures both to prosecutors

18   and judges in Spain.

19   Q.   Have you ever been asked to give presentations or teach in

20   countries outside of Spain?

21   A.   Yes.  We did conduct a presentation in Hungary for Europol.

22   Q.   And is Europol the European police agency?

23   A.   Yes.  That is correct.

24   Q.   Have you participated in any international working groups

25   with other police officers in other countries that do the same

1  type of thing that you do?

2  A.   Yes.   I am the National Police representative at various

3  international meetings.   That includes countries such as the

4  United States, Canada and other countries in Europe.   These

5  courses have to do with the interception, and I am the

6  technical representative from Spain.

7  Q.   Now, I want to ask you first some questions about SITEL,

8  the organization, and then I want to ask you questions about

9  SITEL, meaning the system that you use.

10       First, about the organization, roughly how many people work

11  in the SITEL department of the Spanish National Police?

12  A.   Somewhere around 80.

13  Q.   And who is in charge of that organization?

14  A.   My boss, Juan Antonio Moran.

15  Q.   And who would be directly below him?

16  A.   I am.

17  Q.   And what are typically your duties within SITEL?

18  A.   My duties are mostly having to do with the technical aspect

19  of SITEL, making sure that the systems are operational.   We

20  work with the Ministry of Industry as well as other

21  governmental agencies to make sure that -- for the

22  standardization of telecommunications.   And I also attend

23  meetings with technicians from the various carriers.

24  Q.   Does SITEL, your organization, act as a liaison between law

25  enforcement and, when we say the carriers, we mean the phone

Gismero - DIRECT - By Mr. Gonzalez                96

1    companies in Spain?

2    A.  Yes.  SITEL happens to be the single point of contact

3    between law enforcement and the various telephone carriers.

4    Q.  Now, does SITEL itself conduct investigations?

5            THE INTERPRETER:  Correction from the interpreter on

6    the prior answer:  SITEL is the one single point of contact

7    between investigative law enforcement activities and the

8    carriers.

9            MR. GONZALEZ:  Very well.

10   BY MR. GONZALEZ:

11   Q.  Does SITEL itself carry out any investigations?

12   A.  No.  No.

13   Q.  The investigations that SITEL is involved with:  Are those

14   handled by other investigative groups in the Spanish National

15   Police?

16   A.  Yes.  The investigations are conducted by other groups

17   within the National Police, and we provide them with the

18   technical support for the wiretaps and, also, to set up the

19   system.

20   Q.  So your unit is a support unit to other investigations?

21   A.  Yes.  That is correct.

22   Q.  Does your unit -- does SITEL in any way participate in

23   obtaining permission to conduct a wiretap?

24   A.  No.  That is under the investigative groups.

25   Q.  And in order to conduct a wiretap in Spain, what is needed?

 1    A.   The first thing is to obtain a judicial order, which is

 2    granted or issued by the judge.

 3    Q.   And is that order for the person or for a particular

 4    telephone number?

 5    A.   It is designed for a particular telephone number.  An

 6    individual cannot be intercepted.  It is the telephone that has

 7    to be.

 8    Q.   So if an individual has a telephone and a Spanish judge has

 9    authorized it to be intercepted and then he puts that phone

10    down and picks up another one, can SITEL immediately start

11    tapping the other phone?

12    A.   No.  Because, if we are not familiar with the number, we

13    cannot activate that number within the system.

14    Q.   Well, even if you were familiar with the number, would you

15    still need a court order to be able to intercept that new

16    number?

17    A.   Yes.  If an individual was to change their telephone

18    number, the police investigative group would do everything

19    possible to try to find out what that new number is and then

20    they would have to come to a judge in order to receive

21    authorization to wiretap that other telephone number.

22    Q.   And is it only then that the process can start to intercept

23    that telephone?

24    A.   Yes.  That is correct.  In order to conduct a wiretap, the

25    court order is essential.

Gismero - DIRECT - By Mr. Gonzalez                98

1    Q.   Now, when does -- in this process, when does SITEL become

2    involved?  Is it before or after the judge has already signed

3    the wiretap order?

4    A.   We begin our work at the very moment when the investigative

5    group brings the court order to us.

6    Q.   The court order already signed by the judge?

7    A.   Yes.  The court order is the one that is already signed by

8    the judge.

9    Q.   And then what does your organization do once it has that

10   order?

11   A.   Once the court order has been received, it is reviewed to

12   make sure that the numbers are accurate and then they're

13   activated within the system.

14        And at the very same time, the court order is then

15   forwarded to the carrier because they are the ones who conduct

16   the intercept.

17   Q.   Let me clarify this to make sure that we all understand

18   what's going on.

19        SITEL receives the order, reviews it, and then activates

20   their system?

21   A.   Yes.

22   Q.   But at that moment in time, the order still hasn't been

23   sent to the phone company.

24        Can calls be intercepted before that order goes to the

25   phone company?

Gismero - DIRECT - By Mr. Gonzalez          99

1    A.   No.   Because all we do is activate our system to be able to

2    receive the communications.   But it is the carrier that sends

3    the communications to us.   Until the carrier activates the

4    order in their network, we cannot receive the communications.

5    Q.   So SITEL does not go out and get calls; it merely receives

6    calls that the phone company sends it?

7    A.   Yes.   That is correct.

8    Q.   So once the order is sent by SITEL to the phone company,

9    what does the phone company do?

10    A.   Once the carrier receives the court order, they review it

11    as well.   They make sure that the telephone number belongs to

12    one of their own customers, one of their subscribers.   And if

13    the telephone -- or if the telephone is in roaming, then they

14    will activate it within their network.

15    Q.   And then, once that is activated, does SITEL start

16    receiving the calls that are in that network involving that

17    telephone number?

18    A.   When a call comes into the carrier's network, the network

19    identifies the target.   And if the target is one that has been

20    authorized to be intercepted, that is sent to us through the

21    established channels.   It's sent to our system.

22    Q.   Now, shifting to SITEL, the system, how it's set up, is

23    there a line between the different phone companies in Spain and

24    SITEL's headquarters, where you work and where your machines

25    are?

1    A.   Yes.   SITEL is a centralized system located in Madrid.   So

2    there are two types of connections with the carriers.   There is

3    one type of connection which is used for voice.   These are

4    point-to-point lines between our system and a gateway from the

5    carrier.

6    Q.   When you say point-to-point line, that means one solid

7    cable, not a bunch of cables tied up that branch out?

8    A.   It is a link that is located at a central location or

9    central spot, but it never goes to public networks, such as the

10   Internet.

11   Q.   So it is a direct communication between SITEL and the

12   carrier that never travels through any public way?

13   A.   Yes.   That is correct.

14   Q.   And when a telephone is being intercepted by SITEL, the

15   voice communications are being sent from the carrier to SITEL.

16   Correct?

17   A.   Yes.   It is a passive system.   We simply receive whatever

18   the carrier sends to us.

19   Q.   In addition to the voice, is there any other data about the

20   call that the phone company sends SITEL?

21   A.   Yes.   There is a second link which is used for what is

22   known as related data.   It uses a tunnel.   It's a virtual

23   private network, and it's encrypted.

24       And the information that is relayed has to do with the

25   number that placed the call, that number that received the

1    call, the time and the duration of the call.

2    Q.   So putting aside the technical aspects of how it happens,

3    what SITEL ends up receiving is the actual conversation as well

4    as data involving the number that phoned, the number that

5    received, how long the call was and things of that nature?

6    A.   Yes.   That is correct.

7    Q.   So once all of that is coming to SITEL, the voice

8    communications as well as that data, how is it stored by SITEL?

9    How is it captured?

10   A.   Once it reaches the system, then it is stored in the

11   central server at SITEL under secure conditions so that you can

12   only access it in read-only mode.

13       And that read-only mode can only be accessed by the

14   investigative group that is authorized to have access to that

15   information.

16   Q.   Okay.   You told us that the central server, where all of

17   this information is being stored, is in Madrid.

18       Do the different police stations throughout the country of

19   Spain that have access to SITEL -- do they have a SITEL

20   terminal at their police station?

21   A.   In all the various police stations throughout the country,

22   there are SITEL -- there are rooms that have SITEL terminals.

23   That way, the users can access that information using their

24   password and they can access the information stored in the

25   centralized servers.

1      So we have teams that work throughout the entire Spanish

2   territory; therefore, they need to be able to access the system

3   from any city in Spain.

4   Q.   Now, when you are conducting -- or when SITEL is conducting

5   a wiretap on a particular telephone that has been requested by

6   a particular investigative group, does everybody in the police

7   department have access to those calls or only the people that

8   are working in that group that is investigating that number?

9   A.   Only the members of the investigative group related to that

10  telephone number have access to that information.

11  Q.   And is that something that's controlled by SITEL within its

12  central servers?

13  A.   Yes.  We only authorize the user who is conducting the

14  investigation.

15  Q.   And I think you mentioned this.

16      But to be clear, once one of those users sits in a terminal

17  and accesses a call that has been recorded by your system, the

18  information comes from your system to the terminal, but in

19  read-only form.  In other words, the terminal cannot go back to

20  the system and change any of the call or any of the

21  information?

22  A.   Yes.  The user has a particular software at the terminal

23  that allows that individual to listen to the call, but in no

24  way allows that person to have direct access to our centralized

25  system or manipulate the contents of the call.

1    Q.   Now, the data, as it goes from the server to the terminal,

2    is that encrypted as well?

3    A.   Yes.  All of our communications, even those within our

4    Intranet, are encrypted.

5    Q.   Now, the wiretap orders, generally, for how long are those

6    orders?

7    A.   Normally, for one month.

8    Q.   And during that month, are all of the calls that are made

9    on that particular telephone recorded?

10   A.   All calls sent to us by the carrier are recorded, that is,

11   whatever the carrier has picked up in its network.

12   Q.   And under Spanish law, is live monitoring required or,

13   rather, a police meant to be listening to it 24 hours as the

14   calls come in?

15   A.   No.

16   Q.   Now, I want to draw your attention to this case here.

17       In preparation for your travel from Spain here to Miami,

18   were you given a list of telephone calls to go and record off

19   of SITEL's servers located in Madrid?

20   A.   Yes.  I did receive a list with the calls that I was to

21   bring.

22   Q.   The list of calls that you were given:  Were you able to

23   find them in the SITEL system?

24   A.   Yes.

25   Q.   And did you make copies of those calls in anticipation of

1    traveling here to Miami?

2    A.   Yes.   I recorded them on a CD.  I recorded the calls on a

3    CD.

4         MR. GONZALEZ:  If I may approach, your Honor.

5         THE COURT:  Yes.

6    BY MR. GONZALEZ:

7    Q.   Showing you Government's Exhibit 210, do you recognize that

8    CD?

9    A.   Yes.

10   Q.   Is that the CD that you prepared?

11   A.   Yes.

12   Q.   Did you put your initials on it when you were preparing it

13   in Madrid?

14   A.   Yes.  It has my signature and a seal.

15   Q.   Did you bring that CD with you when you traveled to Miami?

16   A.   Yes.  I brought it with me.

17   Q.   I now want to show you Government's Exhibit 100.

18        Do you recognize that CD?

19   A.   Yes.

20   Q.   Were you presented with that CD upon arriving here in

21   Miami?

22   A.   Yes.

23   Q.   And the CD that you're holding, Government's Exhibit 100:

24   Does it contain calls that are also contained in Government's

25   Exhibit 210, the CD that you brought with you from Spain?

1    A.   Yes.  Yes.

2    Q.   And did you verify that all of those calls in that CD are,

3    in fact, contained in the one you brought?

4    A.   Yes.  All of them are there.

5    Q.   And after verifying it, did you put your initials on that

6    CD, Government's Exhibit 100, to be able to verify that that

7    one right there is, in fact, the one that you reviewed?

8    A.   Yes.  And I put in my initials.  Yes.

9    Q.   Now, were you also asked to verify whether or not the

10   recordings that you made off of the SITEL system -- whether or

11   not they were orders signed in Spain authorizing those

12   recordings to be made in the first place?

13   A.   Yes.

14   Q.   And were there orders signed in Spain authorizing all of

15   those interceptions to be made?

16   A.   Yes.  For each and every one of the calls.

17   Q.   And upon your arrival here in Miami, were you shown

18   Government's Exhibit 115?

19   A.   Yes.

20   Q.   And are those copies of the various Spanish wiretap orders

21   authorizing the calls that are contained in Government's

22   Exhibit 100?

23   A.   Yes.

24   Q.   Now, I also want to show you Government's Exhibit 101,

25   composite, -A through -WW.

1      Do you recognize that?

2  A.  Yes.

3  Q.  And is that a book that contains transcripts and

4  translations of the calls that are on the disc in Government's

5  Exhibit 100?

6  A.  Yes.  Those are the transcriptions and translations for

7  those calls on that CD.

8  Q.  And do each one of those translation and transcriptions

9  start off with the date of the call, duration of the call,

10 number that called what number, that data that you told us the

11 carrier sent to SITEL and was stored in the system?

12 A.  Yes.  The first page includes the number that has been

13 intercepted, yes, and all of the other additional information,

14 such as the caller and the numbers.

15 Q.  And did you verify each one of those transcripts to make

16 sure that that data was correct?

17 A.  I verified all of the information that would identify the

18 call.

19 Q.  And in that book in front of you, Government's Exhibit 101,

20 did you initial each one of those transcripts, verifying that

21 the information at the top was correct?

22 A.  Yes.  I wrote down my initials and the date.

23 Q.  Now, you told us that, when SITEL captures wiretapped

24 calls, that the first thing that happens is SITEL is given an

25 order signed by the judge which was obtained by an

1    investigative group in Spain.

2        Do you remember that?

3    A.   Yes.   That's correct.

4    Q.   The wiretapped calls that you brought with you:   Were all

5    of them made or obtained from orders that were obtained by the

6    same group or were there different groups involved in different

7    investigations?

8    A.   No.   There are four different groups that participated in

9    the investigation.

10   Q.   Drawing your attention to calls that were intercepted in

11   2009, were any of them intercepted by Group No. 32?

12   A.   Yes.

13   Q.   Were there also calls intercepted by a Group 19?

14   A.   Yes.

15   Q.   Is that a different group than Group 32?

16   A.   Group 32 is more of a group that works at the national

17   level.   Group 19 is a group that works more in the Madrid area.

18   Q.   Are there also calls from Group 33?

19   A.   Yes.

20   Q.   And where is Group 33 geographically located compared to

21   the other two groups that we talked about?

22   A.   Group 33 and 32, they work in the same complex.   And

23   Group 19 works in a completely different location.

24   Q.   Working with Group 33, was there a group out of Tenerife?

25   A.   Yes.   There is a local group working out of the Canary

1    Islands, Tenerife.

2    Q.   And Tenerife is a city within the Canary Islands which is

3    off the coast of Africa.  Correct?

4    A.   Yes.  About a two-hour flight.

5    Q.   A two-hour flight from Madrid?

6    A.   Yes.

7    Q.   And the groups that we've been talking about:  What types

8    of crimes do they investigate?

9    A.   They are units which are specialized in drug trafficking.

10   Q.   Were there also recordings that were obtained by Group 24?

11   A.   Yes.

12   Q.   And does that group investigate drugs or does that

13   investigate something else?

14   A.   They investigate financial crimes, such as money

15   laundering.

16   Q.   So when each of those groups is conducting their wiretap,

17   the other groups wouldn't necessarily be allowed to listen to

18   those calls unless they first got some type of permission.  Is

19   that correct?

20   A.   Yes.  Each group is only allowed to listen to the

21   conversation which they are investigating at that moment.  And

22   if any other group wishes to collaborate or cooperate with

23   them, they would have to get the specific authorization.

24        MR. GONZALEZ:  Your Honor, at this time we'd move into

25   evidence Government's Exhibit 100.

```
 1            MR. SREBNICK:  Judge, we have objections and prior
 2   motions on these exhibits.
 3            THE COURT:  Come on up.
 4            (Whereupon, the following proceedings were had at
 5   side-bar outside the presence of the jury:)
 6            THE COURT:  Yes.
 7            MR. SREBNICK:  Judge, this was the subject of prior
 8   motions from last year.  We had hearings in July of 2013.  So
 9   we reassert the same objections that were made in the prior --
10            THE COURT:  I'll adopt my prior rulings.
11            MR. SREBNICK:  Yes.
12            And we'd request an opportunity to voir-dire on the
13   question of authenticity.  At this point it's not clear in the
14   record how this witness verified that the calls that are in the
15   database in Spain are themselves the calls that are now in the
16   courtroom.  He said he verified it only.
17            MR. GONZALEZ:  I'll clarify it, Judge.
18            THE COURT:  Okay.
19            MR. KLUGH:  Under Rule 1003, particularly with regard
20   to -- assuming these are all voice calls?  There's no text
21   messages?
22            MR. GONZALEZ:  Oh, there are.
23            MR. KLUGH:  Particularly with regard to text messages,
24   there's very specific procedures that have to be used to
25   establish the authenticity of the text message and the sender
```

1    of the text message and the content.

2         And under 1003, none of that's been done because we

3    haven't -- he hasn't described in any way any access to the

4    content or verification of the original, any of the

5    requirements under 1003, either voice or text messages.

6         MR. GONZALEZ:  I'll clarify that, Judge, if he wants me

7    to clarify it.  That's fine.

8         THE COURT:  Okay.

9         MR. SREBNICK:  Before they're admitted -- over

10   objection, the Court understands -- I would request an

11   opportunity to voir-dire, or I guess I can do it on cross, if

12   the Court prefers.

13        But it's unclear to me, so that Mr. Gonzalez, if he

14   wants to clear it up -- I don't know how this witness confirmed

15   that what's in the database in Spain is what is on the CDs

16   today.  That's the issue I'm concerned about.

17        MR. GONZALEZ:  Sure.  Okay.

18        MR. KLUGH:  And we're not -- we don't want -- just to

19   make the record clear, it's also raising relevance and

20   prejudice objections.

21        THE COURT:  Those are overruled.

22        (Whereupon, the following proceedings were had in open

23   court:)

24        THE COURT:  I guess we'll take a short recess.

25        Do not discuss this case either amongst yourselves or

1    with anyone else.  Have no contact whatsoever with anyone

2    associated with the trial.

3          Do not read, listen or see anything touching on this

4    matter in any way, including anything on the Internet or

5    anything on any access device.

6          If anyone should try to talk to you about this case,

7    you should immediately instruct them to stop and report it to

8    my staff.

9          You may leave your materials in your chairs.  Please be

10   back in the jury room -- we'll take a short recess -- five

11   minutes.

12         (Whereupon, the jury exited the courtroom at 2:41 p.m.

13   and the following proceedings were had:)

14         THE COURT:  We're in recess for five.

15         (Thereupon a recess was taken, after which the

16   following proceedings were had:)

17         THE COURT:  United States of America versus Alvaro

18   Lopez Tardon, Case No. 11-20470.

19         Counsel, state your appearances.

20         MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on

21   behalf of the United States.

22         MR. SREBNICK:  Howard Srebnick and Richard Klugh for

23   the Defendant, Alvaro Lopez Tardon, who's present with the aid

24   of the interpreter.

25         Judge, we have a proposal, if we could offer it to the

Gismero - DIRECT - By Mr. Gonzalez          112

```
 1   Court, to speed up objections on these exhibits.

 2            THE COURT:  Okay.

 3            MR. SREBNICK:  And that is, subject to the

 4   objections we will making as to the disc, we have

 5   conversation-by-conversation objections that we would like to

 6   preserve, but we could do it later when the Government seeks to

 7   publish the conversation, if that's acceptable to the Court.

 8            THE COURT:  Any objection, Mr. Gonzalez?

 9            MR. GONZALEZ:  No objection, your Honor.

10            THE COURT:  Okay.  That's fine.

11            Are we ready for the jurors?  Ready?

12            MR. GONZALEZ:  Ready, your Honor.

13            THE COURT:  Mr. Srebnick, are you ready?

14            MR. SREBNICK:  Yes.  We're ready.  Sure.

15            THE COURT:  Let's bring in the jurors, please.

16            MR. SREBNICK:  Judge, what time will you break today?

17            THE COURT:  Sometime between 4:30 and 5:00.

18            (Whereupon, the jury entered the courtroom at 2:54 p.m.

19   and the following proceedings were had:)

20            THE COURT:  You are still under oath, sir.

21            You may proceed, Mr. Gonzalez.

22            MR. GONZALEZ:  Thank you, your Honor.

23   BY MR. GONZALEZ:

24   Q.  Mr. Fernandez, I wanted to clarify a couple things with you

25   real quick.
```

1      Does the SITEL system also capture text messages and SMS

2  messages that are sent using a phone that is being intercepted?

3  A.   Yes.  The system captures all of the communications done

4  using that phone.  Yes.  And that includes voice as well as

5  text messages.

6  Q.   And in that list of calls that you were asked to go ahead

7  and review, put on a disc and bring to Miami, were there also

8  text messages and SMS messages?

9  A.   Yes.  And from what I recall, I believe that there are at

10 least three.

11 Q.   And on those text messages, SMS messages, is the same data

12 captured as a voice call with the number dialed, the number

13 receiving, time of the message, those types of things?

14 A.   Yes.  It's the same.

15 Q.   And you told us that you reviewed -- well, take a step

16 back.

17     When you were given that list of calls to put together, did

18 you make in Spain the CD that you brought with you over here?

19 A.   Yes.  I personally did that.

20 Q.   And that's the Government's Exhibit 210 that's in front of

21 you?

22 A.   They were here.

23 Q.   (Tenders document to the witness.)

24 A.   Yes.  This is it.  This is the CD.

25 Q.   That's the CD with your seal and your initials on it?

1   A.   Yes.   That is correct.   That is the CD with the seal and

2   the initials.

3   Q.   And when you got here to Miami and you were given the CD in

4   Government's Exhibit 100, did you go call by call, listening to

5   those calls, comparing them to the CD that you brought with

6   you, to verify that those calls are the same and those text

7   messages are the same?

8   A.   Yes.   I compared the calls one by one as well as the text

9   messages.

10  Q.   And were they the same on Government's Exhibit 100 as they

11  were in Government's Exhibit 210, the disc that you made?

12  A.   Yes.   The same.

13          MR. GONZALEZ:   Your Honor, at this time we'd move into

14  evidence Government's Exhibit 100.

15          MR. SREBNICK:   Judge, same objection.   And request a

16  voir dire on the issue we addressed at side-bar regarding how

17  it was recorded in Spain.

18          THE COURT:   Go ahead.

19          MR. SREBNICK:   Thank you.

20          Officer Fernandez, good afternoon.

21          THE WITNESS:   Good afternoon.

22          MR. SREBNICK:   Government's Exhibit 210 is the disc you

23  created in Spain.   Correct?

24          THE WITNESS:   Correct.

25          MR. SREBNICK:   How did you physically create that disc?

 1            THE WITNESS:  I passed it onto my computer -- I dumped

 2     it into my computer and then from my computer to the CD.

 3            MR. SREBNICK:  When you say your computer, is that your

 4     computer -- your computer accesses the database of SITEL?

 5            THE WITNESS:  No.  I used at SITEL the software that

 6     the investigators use.

 7            MR. SREBNICK:  What I'm trying to understand is:  The

 8     original conversations -- where are those original

 9     conversations kept?

10            THE WITNESS:  The original conversations are always

11     kept in the central system.

12            MR. SREBNICK:  And Government's Exhibit 210:  Is that

13     your effort to duplicate what's on the central system?

14            THE WITNESS:  It's an exact copy of what is found in

15     the central system, utilizing the specialized tools that were

16     used for the wiretapping.

17            MR. SREBNICK:  Did you listen to what was on the

18     central system?  Did you actually listen to those

19     conversations?

20            THE WITNESS:  No.

21            MR. SREBNICK:  So what's on Government's Exhibit 210:

22     Was that created by some sort of copy and paste or some sort of

23     computer function that you did?

24            THE WITNESS:  The wiretapping or interception software

25     keeps it in a temporary file and then that is passed over into

 1    the CD.

 2          MR. SREBNICK:  But I'm correct in saying you never

 3    listened to the CD to compare it to what's in the central

 4    system.  Correct?

 5          THE WITNESS:  I did not listen to the full, complete

 6    conversations, but I did verify one by one that those audio

 7    files existed as well as all of the files for the calls.

 8          MR. SREBNICK:  One moment, your Honor.

 9          Judge, I have no further questions on voir dire.  Thank

10    you very much.

11          THE COURT:  Any objection?

12          MR. SREBNICK:  The same as previously stated.

13          THE COURT:  The objections are overruled.

14          What are you seeking to admit, Mr. Gonzalez?

15          MR. GONZALEZ:  Government's Exhibit 100, your Honor.

16          THE COURT:  It will be admitted as Government's

17    Exhibit 100.

18          (Whereupon, Government's Exhibit No. 100 was entered

19    into evidence.)

20          MR. GONZALEZ:  Your Honor, we would also move into

21    evidence, subject to verifying voice identification and

22    accuracy of translation-transcription, Government's

23    Exhibit 101.  We will not be publishing that to the jury now.

24          MR. SREBNICK:  Subject to the objection format that

25    we discussed moments ago, we'll do that on a

 1    transcript-by-transcript basis.

 2         THE COURT:  Come on up for a minute, please.

 3         (Whereupon, the following proceedings were had at

 4    side-bar outside the presence of the jury:)

 5         THE COURT:  How are you going to tie up the phone

 6    number to the Defendant?  The phone numbers in these wiretaps

 7    are by phone, not by person.  Correct?

 8         MR. GONZALEZ:  They are --

 9         THE COURT:  The actual wiretap of the phone is not

10    directed to the person, but is directed to the phone.  Correct?

11         MR. GONZALEZ:  Okay.  They are telephone interceptions.

12    Another witness will say, "I listened to the calls.  I reviewed

13    the transcripts.  And the voices are identified correctly

14    because I recognize all of them."

15         THE COURT:  So subject to that proffer by the

16    Government, I will overrule the objections.  I don't find

17    there's any violation of 1003.

18         The witness has thoroughly established the accuracy of

19    the process that he utilized to review the wiretaps, the calls

20    in Spain, the downloading of the calls onto a DVD.  So,

21    therefore, 100 is admitted.

22         You're also seeking to introduce 101?

23         MR. GONZALEZ:  Yes.  And none of that will be published

24    until the other witness comes and identifies the voices and

25    everything.

1          MR. SREBNICK:  So we would like to preserve our ability

2     to object on a call-by-call basis to the contents of 100, which

3     is reflected in transcripts of 101.

4          For example, there are calls there that are between

5     Alvaro and his attorney.  There are calls there that --

6          THE COURT:  The same attorney that you intend to call?

7          MR. SREBNICK:  This was the attorney that was the

8     subject, yes, of the Rule 15 motion that we withdrew.  Yes.  So

9     there may be relevance issues that, when it comes time for

10    publication, we would ask the Court to consider it then.

11         To the extent that the Court sustains any objection, we

12    could always then stipulate to the redaction of calls that

13    shouldn't go to the jury at the end of the case.

14         THE COURT:  Are you calling -- I thought you said you

15    were calling the attorney.

16         MR. SREBNICK:  We withdrew the motion.

17         THE COURT:  I know you withdrew the motion.  But the

18    witness list you gave me was -- you said were the three names

19    of who was included in the motion to depose.

20         MR. SREBNICK:  I gave three names of -- relevant names.

21    And Patricia Scheel is the one name of the witnesses that -- we

22    know that she's coming.

23         THE COURT:  Oh, okay.

24         So I will admit 101, composite, subject to any

25    individual objections --

 1          MR. GONZALEZ:  Very well.

 2          THE COURT:  -- as to attorney-client privilege or

 3   anything else.

 4          MR. KLUGH:  Your Honor, could we make a brief record on

 5   the authentication issue?

 6          If possible --

 7          THE COURT:  Once the jury is gone, you can.

 8          MR. KLUGH:  Thank you.

 9          (Whereupon, the following proceedings were had in open

10   court:)

11          THE COURT:  They will be admitted as Exhibit 100,

12   composite, and 101, composite.

13          (Whereupon, Government's Exhibit No. 101 was entered

14   into evidence.)

15          You may proceed.

16          MR. GONZALEZ:  No further questions at this time, your

17   Honor.

18          THE COURT:  Cross-examination.

19                       CROSS-EXAMINATION

20   BY MR. SREBNICK:

21   Q.  Good afternoon, Officer Fernandez.

22       I'd like to ask you, the Government's Exhibit 210 and 100:

23   They contain a subset of all of the calls that were recorded.

24   Correct?

25   A.  Yes.  That is correct.

1   Q.   There are many more calls that are contained in the central

2   system that you described a few moments ago?

3   A.   Yes.

4   Q.   When did you start working on this case personally?

5   A.   Approximately a few months.  Since around March.  Yes.

6   March.

7   Q.   Of 2014.  Correct?

8   A.   Yes.

9   Q.   So that means you were not involved -- at the time of the

10  investigation itself when the recordings were taking place, you

11  were not involved.  Correct?

12  A.   I was not involved in the investigation itself, but I was

13  as the individual in charge of the system.

14  Q.   And when did you start in that capacity, where you were

15  responsible for the central system, so to speak?

16  A.   2007.

17  Q.   Now, the conversations involving Alvaro Lopez Tardon:  Do

18  you recall that those conversations were being intercepted as

19  early as 2008?

20  A.   Yes.

21  Q.   And so the interceptions continued through his arrest in

22  July of 2011.  Correct?

23  A.   Yes.  There are calls that were intercepted through 2011.

24  Q.   In addition, the Spanish National Police were intercepting

25  text messages during that time period.  Correct?

```
 1   A.   Yes.  The system does not distinguish between any different

 2   types of communications.  It actually captures all

 3   communications from the handset or the device that is being

 4   wiretapped; so, it can pick up either voice or text messages.

 5   Q.   This is an automated computer system, meaning it works on

 6   it own?  It doesn't require human interaction?

 7   A.   There is human intervention in order to start up the

 8   process and during the period that it's taking place until it's

 9   over in order to be able to set the start time and the finish

10   time.

11   Q.   And during the time that the system is working after the

12   dates are plugged in, the system is recording all phone calls

13   in and out of the phone in question.  Is that right?

14   A.   We set the start date and the end date for the system to

15   start recording.  But we must send the court order to the

16   carrier for the carrier to activate it within its own system

17   and, also, to set the start date and the end date.

18        Once it has been activated within the carrier's network, if

19   it picks up a call or a text message or any other type of

20   communication, it sends the content to our system.

21   Q.   So the phone carrier, whether it's Verizon or Movistar,

22   whatever the name of the company is, redirects the call to

23   SITEL and the SITEL central system records and preserves it?

24   A.   Yes.  The carrier network sends the call and it is picked

25   up by our system, where it is recorded and stored.
```

Gismero - CROSS - By Mr. Srebnick                122

1    Q.   And I think the prosecutor asked you -- I want to clarify.

2         There are no -- let me rephrase.

3         Are there any law enforcement officers listening in as the

4    conversation is taking place?

5    A.   It is not mandatory that there would be a police officer

6    monitoring the call while it's taking place.  Now, if the call

7    happens to be during the daytime, it is possible that a police

8    officer may be listening and -- they might be listening and

9    pick up the conversation.

10   Q.   So the police have the option to listen or not to listen.

11   Right?

12   A.   No.  The police has to listen to all the calls, but it

13   doesn't have to be done at the exact time when it's happening.

14   Q.   How soon after does the police have to listen to the call?

15   A.   In Spain, there is not a set time that has been established

16   for that.  But it generally is done during the day.

17   Q.   So is it -- from your experience, if calls are made on

18   Mondays -- or intercepted or Mondays, the police has had an

19   opportunity to listen to them within a few days after that

20   Monday call?

21   A.   What is generally done or the normal thing is it would be

22   listened to that very same day or the next day.

23   Q.   Now, the phone numbers that were intercepted:  Do you

24   recall that those numbers included a phone number from Miami,

25   Florida, a 305 area code number?

1  A.   Yes.

2  Q.   Now, that would be -- do you recall that that's a phone

3  that was used here in Miami?

4  A.   I do remember that it was intercepted, but I don't know

5  where it was located.

6  Q.   Even though the phone number was from Miami, SITEL was able

7  to capture phone calls in Spain for a phone with a Miami area

8  code.  Is that right?

9       MR. GONZALEZ:  Objection to the form of the question,

10  your Honor.

11       MR. SREBNICK:  I can rephrase.

12       THE COURT:  Okay.

13  BY MR. SREBNICK:

14  Q.   SITEL was successful in intercepting phone calls from a

15  phone with a 305 Miami area code.  Correct?

16  A.   If any telephone call that is routed to -- into Spanish

17  territory and it's handled by a national or local carrier

18  and -- that call can be intercepted if that carrier had

19  received a court order to do so.

20  Q.   When you say "court order," you mean a court order from

21  Spain.  Is that correct?

22  A.   Yes.  In order to compel a Spanish carrier, you're required

23  to have a court order issued by a Spanish judge.

24       MR. SREBNICK:  One moment, your Honor.

25

1    BY MR. SREBNICK:

2    Q.   Officer Fernandez, the procedure for intercepting text

3    messages or duplicating the text messages:  How did you do

4    that?

5    A.   As I previously explained, when the carrier receives the

6    court order in order to intercept a number, it's to intercept

7    communications, and there is no distinction established between

8    voice or text.

9         So just as we receive voice communications, we also receive

10   the content of text communications, using the established

11   links.

12   Q.   Is there some way for you to determine whether there's a

13   malfunction in the recording process either when it happens or

14   after it happens?

15   A.   The system has a health-monitoring mechanism that would

16   inform as to whether the system is functional.

17   Q.   And did you check to see whether -- in all three years that

18   Alvaro Lopez Tardon's calls were being recorded, was there ever

19   a single malfunction?

20   A.   At this time I cannot recall because a lot of time has

21   elapsed since then.  But when there is a technical issue,

22   generally what happens is that we actually do not receive the

23   call.  But there has never been a technical problem that would

24   have led to the call being changed or altered in some way.

25   Q.   As you sit here today, from your review of the calls, can

Gismero - REDIRECT - By Mr. Gonzalez                125

```
 1    you think of a single instance in all three years where Alvaro

 2    Lopez Tardon's calls were being recorded that there was even

 3    one malfunction?

 4    A.   Can you actually explain to me what you understand for

 5    "malfunction."

 6    Q.   Was there ever a time that the system wasn't working?

 7    A.   It is possible that, in any given time, the system would

 8    not have received the particular call -- would not have

 9    received a complete call.

10         MR. SREBNICK:  If I could just have a moment.

11         Judge, those are all the questions I have.

12         Thank you, Officer.

13                   REDIRECT EXAMINATION

14    BY MR. GONZALEZ:

15    Q.   Mr. Fernandez, I want to clarify a question that

16    Mr. Srebnick asked you.

17         One of his final answers -- one of his final questions,

18    when he was talking to you about malfunctions, he said in the

19    three years that Alvaro Lopez Tardon's calls were being

20    intercepted.

21         Do you remember him asking you that?

22    A.   Yes.

23    Q.   Are wiretaps done on the person or on a particular

24    telephone number?

25    A.   Always with a telephone number.
```

1    Q.   So there was not a three-year period where Alvaro Lopez

2    Tardon's calls were intercepted, but, rather, periods of time

3    when a particular telephone that he may have been using or

4    calling to was being intercepted?

5    A.   Yes.  That is correct.

6    Q.   Then on the topic of malfunctions, when a malfunction

7    occurs, is it your experience that SITEL simply does not get

8    the call and it is not recorded?

9    A.   Yes.  That's what has always happened when there is an

10   issue.

11   Q.   Have you ever encountered a malfunction where the machine

12   records, but changes the words that people are saying?

13   A.   No.  Never.

14   Q.   Has there ever been a malfunction where one person is

15   calling another person, but then the machine changes the voice

16   and puts somebody else's voice?

17   A.   No.  Never.

18   Q.   Lastly, on the topic of the 305 number, if the Spanish

19   National Police are intercepting a telephone number in Spain of

20   a person who lives in Spain, let's say their house number in

21   Madrid, and somebody with a 305 number in Miami calls Spain and

22   calls that number, would that call be intercepted?

23   A.   It would only be intercepted if the carrier's network has

24   either the 305 number in its list of intercepted calls or the

25   number of the house in Spain.

1   Q.   So if the phone number at the house is being intercepted,

2   the one in Spain, and that 305 number calls in, then that would

3   be recorded on the wiretap?

4   A.   Yes.  It would be recorded because the telephone at the

5   house is wiretapped and, during a conversation, both speakers

6   are recorded.

7            MR. GONZALEZ:  No further questions, your Honor.

8            THE COURT:  You may step down, sir.

9            (Witness excused.)

10           THE COURT:  We're going to take a ten-minute recess.

11           Do not discuss this case either amongst yourselves or

12   with anyone else.  Have no contact whatsoever with anyone

13   associated with the trial.

14           Do not read, listen or see anything touching on this

15   matter in any way, including anything on the Internet or

16   anything on any access device.

17           If anyone should try to talk to you about this case,

18   you should immediately instruct them to stop and report it to

19   my staff.

20           You may leave your materials at your chairs.  Please be

21   back in the jury room in ten minutes.

22           (Whereupon, the jury exited the courtroom at 3:29 p.m.

23   and the following proceedings were had:)

24           THE COURT:  You may step down, sir.

25           (Witness excused.)

```
1          THE COURT:  Is this witness excused?

2          MR. GONZALEZ:  Yes.

3          MR. KLUGH:  Your Honor, subject to the Court hearing,

4    if the Court wants to hear --

5          THE COURT:  One moment.

6          Yes, Mr. Klugh.  What is your case authority for your

7    argument?

8          MR. KLUGH:  The case -- I found a 1967 case from the

9    Fifth Circuit, Fountain versus United States.

10         THE COURT:  What's the cite?

11         MR. KLUGH:  I'm looking for it now, your Honor.  It's

12   in court.  I was trying to keep track of the cross-examination

13   at the same time.

14         We didn't anticipate him saying that he had not

15   listened to either --

16         THE COURT:  I need a cite.

17         MR. KLUGH:  Okay.  It'll just take me a second.

18         The rules that are applicable, first of all, are both

19   900 series and the 1000 series.

20         THE COURT:  I've looked at 1003.  It's the

21   admissibility of duplicates.

22         MR. KLUGH:  Right.

23         And authentication question is the other question we

24   were addressing as well.  That's really in the 900 series, your

25   Honor.
```

1          The question is authenticity.  This is a witness who

2    said that he certainly had nothing to do with this case at all

3    until a couple of months ago.

4          So he has no -- he knows nothing about it in general.

5    What he reported was how his system generally works.

6          With regard to these individual items, what he said was

7    he did a -- I think the wore was a dump onto his computer of

8    some files from the main server and then did a copy under some

9    kind of proprietary software that he didn't describe onto a

10   disc.

11         He then said in response to questioning -- "Did you

12   listen to any of the recordings?"  And the answer, as I

13   understand it, was, "No."

14         So --

15         THE COURT:  No.  That's not what he said.  He said he

16   listened to verify that it was a call.

17         MR. KLUGH:  So he never listened -- oh.  He listened to

18   verify that there was a call on there?

19         THE COURT:  I believe that's what he said.

20         Mr. Gonzalez?

21         MR. GONZALEZ:  Your Honor, I believe he testified that

22   he listened to parts of the calls.

23         THE COURT:  But not the complete call.

24         MR. GONZALEZ:  Not the complete call.

25         THE COURT:  Right.

1    He listened to parts of the call, but not a complete

2    call.

3    MR. KLUGH:  My question is whether he said that as to

4    any of the original recordings.  My understanding from his

5    testimony was that he did not listen to anything that was on

6    the original recordings.  That's my recollection.

7    The requirement of -- usually, in a situation like this

8    where you have a nondestroyed tape, there would have been

9    access by the defense in order to let us do some investigation

10   so that there -- in the ordinary situation, there would be some

11   greater burden on us to be able to say, "Well, we can pick out

12   something."

13   But, of course, we have absolutely no access or no

14   ability to get into their main server.  That was explained at

15   the hearing when we learned about how the whole system worked.

16   What we have is this new witness coming forward and

17   saying he did a copy under some form of proprietary software

18   and that he can verify that there was a call on what he copied.

19   That -- he did the same thing, apparently, for what he

20   described as text messages.

21   Again, with regard to -- first to the call, there's no

22   verification at all that -- by a witness that what is actually

23   on the server with regard to that matter, assuming that part is

24   accurate -- that that is on the thing -- the disc that he

25   brought to the United States.  There's just absolutely no

1   evidence to know.  It could be.  It could not be.

2          And, beyond that, every case requires somebody to have

3   listened to the original.  Here, obviously, he said nobody

4   listened to it contemporaneously or he wasn't aware of anybody

5   listening to it contemporaneously.

6          But, beyond that, we have nobody listening to it, that

7   we know of, after the -- or, subsequently, rather.

8          So what you have is a possibility only -- because we

9   have indeterminate software, a possibility of either correct or

10  incorrect, either complete or incomplete, transposition of

11  digital material.

12         With regard to the texts, there are other additional

13  grounds.

14         THE COURT:  Under what rule?

15         MR. KLUGH:  Again, the authentication -- well, both --

16         THE COURT:  What case authority do you have to support

17  it?

18         MR. KLUGH:  The case name -- it just takes me a few

19  minutes to find it.

20         I was not aware that there were texts in here.  In

21  other words, I didn't see any texts in the book at all.

22         THE COURT:  He said there were three, I think.

23         MR. GONZALEZ:  Yes.

24         THE COURT:  I believe Mr. Srebnick is the one who

25  brought up the objection side-bar to texts.

```
 1              MR. KLUGH:  That's correct.

 2              Sylvan, I believe, is the name of the case.  United

 3    States versus Sylvan, S-y-l-v-a-n.  It'll just take me a

 4    second.  It's an unpublished case.

 5              THE COURT:  I need a cite, Mr. Klugh.  You can't just

 6    cite names to me and not give me citations of cases.  I will

 7    not accept that.

 8              MR. KLUGH:  Your Honor, I'm going as fast as I can.

 9    I'm trying to participate in the trial as well.

10              THE COURT:  We'll take five minutes.  We have another

11    five minutes and then you can give me the citations.

12              MR. KLUGH:  Thank you, your Honor.

13              THE COURT:  We're in recess for five.

14              (Thereupon a recess was taken, after which the

15    following proceedings were had:)

16              THE COURT:  United States of America versus Alvaro

17    Lopez Tardon, Case No. 11-20470.

18              Counsel, state your appearances.

19              MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on

20    behalf of the United States.

21              MR. SREBNICK:  Howard Srebnick, Richard Klugh on behalf

22    of Alvaro Lopez Tardon, who is present with the aid of the

23    interpreter.

24              THE COURT:  Do you have your citations, Mr. Klugh?

25              MR. KLUGH:  Your Honor, the case that I mentioned,
```

1    *Sylvan* -- it's not *Sylvan*, but *Sterlin*.  It just addresses the

2    issue.  It's the most recent case in the Eleventh Circuit that

3    I know addressing the issue.

4            THE COURT:  Really?  What year is it?

5            MR. KLUGH:  2012.

6            THE COURT:  Okay.  When in 2012?

7            MR. KLUGH:  Well, it's 466 F.Appendix 792 at 796-97.

8            THE COURT:  So it's an unpublished case?

9            MR. KLUGH:  It's an unpublished case.  Yes.  The

10   spelling is S-t-e-r-l-i-n.  It's not a reversal.  It's an

11   affirmance.

12           But it addresses the issue on plain error, review only,

13   and suggests ways that text messages -- because there is no

14   ordinary authentication method provided for under the rules

15   that suggests an indication that the way text messages could be

16   authenticated in order to be deemed admissible.

17           And that is just for the authentication part of it

18   under Rule 901.  And the indications that they give in that

19   context are, again, call-specific and require testimony that is

20   specifically related to the authentication of the texts as

21   being reliably what it purports to be.

22           And it mentions the authentication issue with regard to

23   telephone recordings.  But the case that deals with the

24   telephone recordings that cited the *Fountain* case --

25           THE COURT:  Do you have the case there?

1        MR. KLUGH:  *Sterlin*?

2        THE COURT:  Yes.

3        MR. KLUGH:  I just have an iPad.

4        THE COURT:  Have you read the case?

5        MR. KLUGH:  I have, your Honor.  I lost it myself.

6        MR. SREBNICK:  He knows it well, Judge.

7        MR. KLUGH:  I have my briefs.  I have the brief in the

8    case on my computer.  It has more -- would have a more

9    descriptive indication of --

10        THE COURT:  Do you have the case there?

11        MR. KLUGH:  I just have it on my iPad, your Honor.

12        THE COURT:  Mr. Gonzalez, do you have a response?

13        MR. GONZALEZ:  Your Honor, looking at the rule itself

14    of authentication, which is 901, it gives examples of how items

15    are authenticated.

16        901(a)(1), testimony of a witness with knowledge,

17    testimony that an item is what it is claimed to be.  We've had

18    that here from the witness with regards to the recordings.

19        In addition to that, 901(b)(4), distinctive

20    characteristics and the like, the appearance, contents,

21    substance, internal patterns and other distinctive

22    characteristics.  And, in essence, that's what we have here.

23        These files have distinctive characteristics within the

24    SITEL system which allowed the witness to go ahead and pull

25    them out and make copies of it.

1    When you take that rule in conjunction with Rule 104,

2    which is preliminary questions, which is what the Court is

3    being asked to do here, then the United States -- the Court

4    must decide preliminary questions about whether a witness is

5    qualified or privilege exists or evidence is admissible.  In so

6    deciding, the Court is not bound by evidence, rules, except

7    those on privilege.

8        So the Court is free in determining whether or not to

9    admit this evidence to rely not only on the witness testimony

10   here today, but on the testimony of the two-day hearing that we

11   had some time ago.

12       We have established that these calls are authentic.

13   They were intercepted.  They're part of the SITEL system.  And,

14   therefore, should be admitted.

15       MR. KLUGH:  Your Honor, there are two separate issues.

16   There's the text issue addressed.  And then the separate issue

17   is of the authentication and the 1003 issue with regard to the

18   use of the recording.

19       As to the use of the recording issue, we wanted to cite

20   *United States versus Slade*, 627 F.2d 293, 301, DC Circuit,

21   1980, citing as support *Fountain versus United States*, 384 F.2d

22   624, 631, Fifth Circuit, 1967, that again referred to the

23   crucial question when attempting to use a copy of a recording

24   in substitute for an original.

25       The citation in *Slade* says it was deemed appropriate

1    because the two witnesses had listened to it and had affirmed

2    that it was -- been an exactly accurate copy of the original.

3    The *Fountain* court speaks in similar terms, which is why the DC

4    Circuit cited it.

5         What we suggest would occur here and perhaps the

6    Government could cure it with a witness that could be presented

7    by Skype or something to say that he listened to the tapes and

8    they're the same.

9         It's not a tremendous burden that it imposed on the

10   Government --

11        THE COURT:  That's kind of you to tell the Government

12   how they should present their case.

13        MR. KLUGH:  Well, I'm not suggesting -- I'm not trying

14   to prevent the Government from proving its case.  I'm just

15   saying that the Government -- there are ways that the

16   Government -- it's not an impossible burden that I'm trying to

17   impose.

18        THE COURT:  I'm going to overrule the objection.  The

19   case that you cite in the Eleventh Circuit, Mr. Klugh, *United*

20   *States versus Sterlin*, 466 F.Appendix 792, a decision on

21   March 26th, 2012 -- in that case, there was no objection to the

22   admission of the text messages.  So it was on a plain error

23   standard of review.

24        And the Court found that the -- the Eleventh Circuit

25   found that the Defendant could not demonstrate that the

1    district court plainly erred in admitting the text messages

2    into evidence.

3         They then went on to state, "Under Rule 901, the

4    authentication or identification requirement is satisfied by

5    evidence sufficient to support a finding that the matter in

6    question is what a proponent claims."

7         And then it goes on to cite the noninclusive list of

8    examples of authentication/identification that conform to the

9    requirements of the rule and then concludes, "Because there's

10   no specific rule with regard to the admission of text messages,

11   we conclude the district court did not err in admitting them."

12        So I'm not sure how that supports your argument.

13        But there is a published decision that's later than the

14   *Sterlin* decision, *United States versus Leibowitz*, 676 F.3d 100,

15   an April 5th, 2012, decision.

16        In that case, which was concerning the printouts of

17   Internet chat conversations, the Eleventh Circuit stated at

18   Page 1009, "To authenticate a document, Rule 901 only requires

19   a proponent to present sufficient evidence to make out a *prima*

20   *facie* case that the proffered evidence is what it purports to

21   be," citing *United States versus Belfast*, 611 F.3d 783 at 819,

22   a 2010 decision by the Eleventh Circuit.

23        "After meeting the *prima facie* burden, the evidence may

24   be admitted and the ultimate question of authenticity is then

25   decided by the jury," then quoting from *United States versus*

1    *Siddiqui* -- S-i-d-d-i-q-u-i -- 235 F.3d 1318, at 1322, a

2    2000 decision by the Eleventh Circuit, "A district court has

3    discretion to determine authenticity and that determination

4    should not be disturbed on appeal absent a showing that there

5    is no competent evidence in the record to support it."

6         The Eleventh Circuit then goes on to discuss the

7    testimony of authentication.

8         Then it -- also in 1009, the Eleventh Circuit states,

9    "Leibowitz also argues that the admission of the printouts

10   violated the best evidence rule because the printouts did not

11   accurately reflect the data stored in KS's computer.  Federal

12   Rule of Evidence 1002 requires introduction of an original

13   document.

14        "1013 defines 'original' to include a printout of

15   computer data shown to accurately reflect that data.  Accuracy

16   of the printout is a preliminary question of admissibility to

17   be determined by the Court," citing Rule 104(a) in 1008.

18        So here I find that the testimony of Mr. Fernandez

19   Gismero was credible and that he clearly established, pursuant

20   to Rule 901, the authentication of the calls and the wiretap

21   interceptions in Spain through his work at SITEL, his training

22   and his background and his degrees.

23        Specifically, Rule 901 states, "To satisfy the

24   requirements of authenticating or identifying an item of

25   evidence, the proponent must produce evidence sufficient to

1    support a finding that the item is what the proponent claims it

2    is."  And here I find that the Government has produced evidence

3    sufficient to make such a finding.

4         The rule then gives an incomplete list of evidence that

5    satisfies the requirements.

6         (1) is testimony of a witness with knowledge.

7         And certainly this witness had knowledge of the -- both

8    the technological processes and, through his work at SITEL, the

9    processes of obtaining wiretapped conversations in the Spanish

10   National Police through SITEL.

11        (4), distinctive characteristics and the like, which

12   was cited by Mr. Gonzalez.  And that states, "The appearance,

13   contents, substance, internal patterns or other distinctive

14   characteristics of the item taken together with all the

15   circumstances."

16        And here the witness described exactly how the

17   conversations are captured by SITEL, how they're accessed by

18   the separate groups -- investigative groups, how one

19   investigative group cannot access the calls of another

20   investigative group.  And he described how he was able to

21   access these calls through the central repository of these

22   calls.

23        And (9) is evidence about a process or system.

24   "Evidence describing a process or system and showing that it

25   produces an accurate result."

1          And here the witness testified extensively about the

2     process and system of wiretapped conversations that are made

3     pursuant to an order authorizing interceptions of phone numbers

4     in Spain, how they are captured, how they're accessed by the

5     various investigative groups, and how he was able to access

6     them, that he verified that the calls that he was asked to

7     download onto his computer and then download onto the disc --

8     that those calls were calls that were made and then he compared

9     his CD to the CD that the Government then provided.

10          I think it's 100?

11          MR. GONZALEZ:  Yes, your Honor.

12          THE COURT:  100.

13          And he then compared them to the transcript notebooks,

14     which the Government presented.

15          And I indicated side-bar that, because these wiretaps

16     are produced not by a person, but by phone number, the

17     Government proffered testimony side-bar that they will tie up

18     the connection between the number and the Defendant.

19          So the admissibility of these various exhibits is

20     pursuant to that tie-up by the Government.

21          But I find that, under Rule 901, the Government has met

22     its burden, that there's sufficient evidence in the record by a

23     credible witness as to how these calls were captured, how these

24     calls were reproduced by him through the download into his

25     computer and then onto a CD-ROM and then comparing them himself

1   to the CD that the Government had and to the notebook of

2   transcripts that the Government had.

3          And I don't find that there's a violation under 1003,

4   as there's no genuine question raised about the original's

5   authenticity or the circumstances make it unfair to admit the

6   duplicate.

7          The objection is overruled.

8          Let's bring in the jury, please.

9          (Whereupon, the jury entered the courtroom at 4:17 p.m.

10  and the following proceedings were had:)

11         THE COURT:  You may be seated.

12         You are still your Honor oath, ma'am.

13         You may proceed, Mr. Gonzalez.

14         We're going to end in about a half an hour.

15         MR. GONZALEZ:  Very well, your Honor.

16                  CONTINUED DIRECT EXAMINATION

17  BY MR. GONZALEZ:

18  Q.   Agent Albrecht, we were talking about Government's

19  Exhibit 212 when we broke from your testimony, which was the

20  chart with the different exhibits.

21         And we talked about Exhibit No. 1.  What I'd like to do is,

22  in a much quicker fashion, go through some of the other

23  exhibits.

24         With regards to Government's Exhibit No. 2, there is a

25  stipulation similar to the first one on this?

```
 1    A.   That is correct.

 2    Q.   And you've had an opportunity to look at this.  Correct?

 3    A.   Yes.

 4    Q.   And that also has a compact disc as well with the items?

 5    A.   Yes, it does.

 6    Q.   And going back to our chart, this is BB&T Bank that was

 7    formerly known as Colonial Bank.  Correct?

 8              THE COURT:  Have you moved it into evidence as of yet?

 9              MR. GONZALEZ:  I'm going to move it into evidence now.

10              THE COURT:  Okay.

11              THE WITNESS:  Yes.  That is correct.

12              MR. GONZALEZ:  Your Honor, we'd move into evidence

13    Government's Exhibit No. 2.

14              THE COURT:  It will be admitted as Government's Exhibit

15    No. 2.

16              (Whereupon, Government's Exhibit No. 2 was entered into

17    evidence.)

18              MR. GONZALEZ:  Government's Exhibit No. 3, your Honor,

19    has a stipulation as well.  I would move that into evidence.

20              THE COURT:  It will be admitted as Government's

21    Exhibit 3 by stipulation.

22              (Whereupon, Government's Exhibit No. 3 was entered into

23    evidence.)

24    BY MR. GONZALEZ:

25    Q.   Government's Exhibit 3:  That is also contained on a disc.
```

1          And those are records from National Properties?

2     A.   Yes.

3          MR. GONZALEZ:  We would move in No. 4, your Honor,

4     stipulation as well.

5          THE COURT:  It will be admitted as Government's

6     Exhibit 4 by stipulation.

7          (Whereupon, Government's Exhibit No. 4 was entered into

8     evidence.)

9     BY MR. GONZALEZ:

10    Q.   Same thing with this one.  Stipulation, similar language to

11    the first one we read.  Correct?

12    A.   Yes.

13    Q.   CD on the back?

14    A.   Yes.

15    Q.   And those are records from what entity?

16    A.   From SunTrust Bank.

17         MR. GONZALEZ:  Government's Exhibit No. 5 we would move

18    into evidence, your Honor, stipulation as well.

19         THE COURT:  It will be admitted as Government's

20    Exhibit 5.

21         (Whereupon, Government's Exhibit No. 5 was entered into

22    evidence.)

23    BY MR. GONZALEZ:

24    Q.   And there is a disc here as well.  Correct?

25    A.   Correct.

1    Q.   And what place are these records from?

2    A.   From Ashley Title Company.

3    Q.   And is that the title company that handled the closing for

4    the villa in Coconut Grove?

5    A.   That is correct.

6         MR. GONZALEZ:  We would move in No. 6, your Honor.

7    Stipulation.

8         THE COURT:  It will be admitted as Government's Exhibit

9    No. 6 by stipulation.

10        (Whereupon, Government's Exhibit No. 6 was entered into

11   evidence.)

12   BY MR. GONZALEZ:

13   Q.   Again, that one has a similar stipulation, CD on the back.

14        And what is contained in No. 6?

15   A.   Documents from South Florida Educational Federal Credit

16   Union.

17        MR. GONZALEZ:  We would move in No. 7 by stipulation,

18   also, your Honor.

19        THE COURT:  It will be admitted as Government's Exhibit

20   No. 7.

21        (Whereupon, Government's Exhibit No. 7 was entered into

22   evidence.)

23   BY MR. GONZALEZ:

24   Q.   Similar stipulation, CD in the back.

25        And these are documents that were obtained from where?

Albrecht - DIRECT - By Mr. Gonzalez                145

```
 1    A.   From Greenberg Traurig, PA.

 2    Q.   Is that a law firm?

 3    A.   Yes, it is.

 4    Q.   Does that relate to the purchase of the condominium at the

 5    Continuum?

 6    A.   Yes.

 7    Q.   And, again, were -- are some of the more important

 8    documents contained in these discs -- were these segregated out

 9    and have they been put together for the jury to look as the

10    trial progresses?

11    A.   Yes.

12         MR. GONZALEZ:  We'd move in No. 8, your Honor.

13    Stipulation.

14         THE COURT:  It will be admitted as Government's Exhibit

15    No. 8 by stipulation.

16         (Whereupon, Government's Exhibit No. 8 was entered into

17    evidence.)

18    BY MR. GONZALEZ:

19    Q.   Again, same stipulation, CD.

20         Where are these records from?

21    A.   From Fidelity National Title Group.

22         MR. GONZALEZ:  We would move in No. 9 by stipulation.

23         THE COURT:  It will be admitted as Government's

24    Exhibit 9 by stipulation.

25         (Whereupon, Government's Exhibit No. 9 was entered into
```

1   evidence.)

2   BY MR. GONZALEZ:

3   Q.   Similar stipulation, with the disc.

4        And what is 9?

5   A.   Records from Rennart, Vogel, Mandler & Rodríguez, PA,

6   formerly known as Berman, Rennart, Vogel & Mandler, PA.

7   Q.   Is that a firm that was involved in the Continuum purchase

8   as well?

9   A.   Yes.

10        MR. GONZALEZ:  Your Honor, we would move in 10 through

11   21.  They're all by stipulation.

12        THE COURT:  They will be admitted as Exhibits 10

13   through 21 by stipulation -- as Government's Exhibits 10

14   through 21.

15        (Whereupon, Government's Exhibit Nos. 10 through 21

16   were entered into evidence.)

17        MR. GONZALEZ:  Thank you.

18   BY MR. GONZALEZ:

19   Q.   All of these, Agent Albrecht, have the stipulation and the

20   CD in the back.  Correct?

21   A.   Yes.

22   Q.   No. 10:  What entity is that?

23   A.   JPMorgan Chase & Co., formerly known as Washington Mutual

24   Bank.

25   Q.   And that pertains to the Continuum purchase?

Albrecht - DIRECT - By Mr. Gonzalez                   147

```
 1    A.   Correct.

 2    Q.   11 is Ohio Savings Bank?

 3    A.   Yes.

 4    Q.   12 is Chicago Title?

 5    A.   Correct.

 6    Q.   13 is Seagull Title?

 7    A.   Yes.

 8    Q.   And 14:  Is this Mercedes-Benz of Palm Beach?

 9    A.   Yes.

10    Q.   It's New Country Motor Cars of Palm Beach, d/b/a -- doing

11    action as -- Mercedes-Benz of Palm Beach.  Correct?

12    A.   Correct.

13    Q.   Similarly, 15 is Bill Ussery Motors, Inc., doing business

14    as Mercedes-Benz of Coral Gables?

15    A.   Correct.

16    Q.   And these are for some of the cars that we talked about?

17    A.   Yes.

18    Q.   16 is Warren Henry Auto Group, doing business as Land Rover

19    of South Dade?

20    A.   Yes.

21    Q.   7 is Formula One Sports Cars.  Correct?

22    A.   Correct.

23    Q.   18 is Braman Motors, doing business as Bentley Miami?

24    A.   Correct.

25    Q.   19 is Brown Safe Company?
```

Albrecht - DIRECT - By Mr. Gonzalez                      148

```
 1    A.   Yes.

 2    Q.   Is that the company that made the safe that we saw

 3    photographs of earlier?

 4    A.   Yes.

 5    Q.   20, Steve Harris Imports?

 6    A.   Yes.

 7    Q.   And 21, Plycar?

 8    A.   Yes.

 9         MR. GONZALEZ:  Your Honor, we would move into evidence

10    Government's Exhibits 22 through 31.  They all have

11    stipulations.

12         THE COURT:  They will be admitted as Government's

13    Exhibits 22 through 31 by stipulation.

14         (Whereupon, Government's Exhibit Nos. 22 through 31

15    were entered into evidence.)

16    BY MR. GONZALEZ:

17    Q.   Showing you first Government's Exhibit No. 22, that one has

18    a stipulation similar to the other ones.  Correct?

19    A.   Correct.

20    Q.   And this is MoneyGram?

21    A.   Correct.

22    Q.   And MoneyGram is what?

23    A.   One of the locations where wire transfers were received.

24    Q.   Specifically, is MoneyGram a company that wires money?

25    A.   Yes.
```

Albrecht - DIRECT - By Mr. Gonzalez                149

```
 1   Q.   And going back to the chart on Page 212, whereas the other
 2   ones have a number of pages, this just says "Spreadsheet."
 3        Can you explain that to us.
 4   A.   When you open the disc, you will find a very long
 5   spreadsheet that is not Bates-stamped.  It's just very long
 6   from left to right.
 7   Q.   Is that the way MoneyGram sent it?
 8   A.   That is the way MoneyGram sent it to us.
 9   Q.   And, similarly, below that, Western Union, is that how they
10   sent their records?
11   A.   Yes, it is.
12   Q.   So it is impossible to determine how many pages it is
13   because it's one giant spreadsheet with tabs, depending on what
14   was asked for?
15   A.   Correct.
16   Q.   Again, the pertinent portions of both those records have
17   been taken out and compiled.  Correct?
18   A.   I'm sorry?
19   Q.   The pertinent portions of the MoneyGram and Western Union
20   files have been taken out and put in a form that will be given
21   later on?
22   A.   Yes.
23   Q.   24 is American Express.  Correct?
24   A.   Correct.
25   Q.   And 25 is Art by God.  What is Art by God?
```

```
 1   A.   Art by God is a place where you buy decorations for the

 2   home, specifically things having to do with nature, I guess.

 3   It's leopard rugs, things of that nature.

 4   Q.   Drawing your attention now to 26, Louis Vuitton, was a

 5   subpoena issued to Louis Vuitton?

 6   A.   Yes.

 7   Q.   And as to Louis Vuitton, are these the actual records that

 8   you received from Louis Vuitton?

 9   A.   Yes, they are.

10   Q.   I've got to ask you.

11        Does anybody else send their record with gold paper clips

12   on them?

13   A.   No.   Nor do they send it typically on bonded paper.

14   Q.   With the Louis Vuitton logo on it?

15   A.   Yes.

16   Q.   These records illustrate purchases that were made.

17   Correct?

18   A.   Correct.

19   Q.   Does Louis Vuitton -- showing you one of the pages, do

20   their records also sometimes indicate whether or not the

21   purchase was paid for in cash?   And, if so, what denomination

22   bills?

23   A.   Yes.   You can see that in the red box, in the middle of the

24   page there.

25   Q.   The same thing over here on this one?
```

1    A.   Yes.

2    Q.   How many pages of records did Louis Vuitton send?

3    A.   48.

4    Q.   25 is what entity?

5    A.   25 is Art by God.

6    Q.   I'm sorry.  27.

7    A.   Gucci.

8    Q.   Was a subpoena issued to Gucci?

9    A.   Yes.

10   Q.   Were items purchased at Gucci by the Defendant and persons

11   associated with him?

12   A.   Yes.

13   Q.   28 is what company?

14   A.   Dolce & Gabbana.

15   Q.   Now, drawing your attention to 29, these are records from

16   Customs and Border Protection.  Correct?

17   A.   Correct.

18   Q.   And that is a branch of the US Government?

19   A.   Yes.

20   Q.   And among their duties, does Customs and Border

21   Protection -- are they the ones that hand out Customs

22   declarations and collect that data?

23   A.   Yes.

24   Q.   And, again, there's a disc with the information on that?

25   A.   Correct.

Albrecht - DIRECT - By Mr. Gonzalez            152

```
 1    Q.   Government's Exhibit 30:  Is that the Florida Department of

 2    State, Division of Corporations?

 3    A.   Yes, it is.

 4    Q.   And are those records pertaining to corporate entities and

 5    things of that nature?

 6    A.   Yes.

 7    Q.   31 is Rick Case Cars, Inc., doing business as Rick Case

 8    Honda?

 9    A.   That is correct.

10         MR. GONZALEZ:  Your Honor, we would move into evidence

11    32 through 41 at this time by stipulation.

12         THE COURT:  They will be admitted as Government's

13    Exhibits 32 through 41 by stipulation.

14         (Whereupon, Government's Exhibit Nos. 32 through 41

15    were entered into evidence.)

16         THE COURT:  You may publish.

17         MR. GONZALEZ:  Thank you, your Honor.

18    BY MR. GONZALEZ:

19    Q.   Same thing on 32.  There's a similar stipulation as to the

20    other ones.  Correct?

21    A.   That is correct.

22    Q.   With the CD on the back.

23         And 32 is what?

24    A.   Those are Department of Treasury records, currency

25    transaction reports.
```

Albrecht - DIRECT - By Mr. Gonzalez                    153

```
 1    Q.   And what is a currency transaction report?

 2    A.   It's a report that a financial institution is required to

 3    complete when there's a transaction of over $10,000.

 4    Q.   Government's Exhibit 33?

 5    A.   State of Florida, Department of Motor Vehicles.

 6    Q.   And are those records that are generated when an individual

 7    purchases an automobile and registers it?

 8    A.   Yes.

 9    Q.   34?

10    A.   Florida Department of Revenue.

11    Q.   Now, drawing your attention to 35, these are records from

12    axesor.es.

13         Are you familiar with that or did you become familiar with

14    that during the course of the investigation?

15    A.   Yes.  I became familiar with it throughout the

16    investigation.

17    Q.   If you can tell us generally, what is that?

18    A.   They are the equivalent of what our corporate records would

19    be here under the Department of State, Division of

20    Corporations.  It's the Spanish version of our business website

21    here.

22    Q.   Of Sunbiz?

23    A.   Sunbiz.  Yes.

24    Q.   So Sunbiz here in Florida, if you want to look up a

25    corporation, you put in the information and it'll tell you who
```

Albrecht - DIRECT - By Mr. Gonzalez                    154

```
 1    the officers are and things like that?

 2    A.   Yes.

 3    Q.   This is similar, but a Spanish version of it?

 4    A.   Yes, it is.

 5    Q.   Now, 36:  These are records from Banco Popular.  Correct?

 6    A.   Correct.

 7    Q.   That's Banco Popular.

 8         What country is that based in?

 9    A.   In Spain.

10    Q.   These particular records that are contained in this

11    exhibit:  Where did they come from?

12    A.   From Spain.

13    Q.   37:  Is that additional records from Banco Popular?

14    A.   Yes, it is.

15    Q.   36 being deposit slips; 37 being additional records?

16    A.   Correct.

17    Q.   And you testified earlier about Mutual Legal Assistance

18    Treaty requests --

19    A.   Yes.

20    Q.   -- or requests from the United States to the country of

21    Spain for assistance?

22    A.   Correct.

23    Q.   Are these Spanish records obtained through that process?

24    A.   Yes, they were.

25    Q.   There was a formal request made to the Government of Spain
```

Albrecht - DIRECT - By Mr. Gonzalez                     155

```
 1   which was executed and carried out in the Spain so as to obtain

 2   these records?

 3   A.   Correct.

 4   Q.   Government's Exhibit 38:   These are records from La Caixa,

 5   spelled L-a, second word, C-a-i-x-a.

 6        What is La Caixa?

 7   A.   La Caixa is another bank in Spain.

 8   Q.   And, again, were these records also obtained through the

 9   Mutual Legal Assistance Treaty request?

10   A.   Yes, they were.

11   Q.   Government's Exhibit 39 are records from Bancaja,

12   B-a-n-c-a-j-a.

13        What is Bancaja?

14   A.   Bancaja is another bank located in Spain.

15   Q.   Again, these were also obtained through the request?

16   A.   Yes.

17   Q.   Government's Exhibit 40, Banco Santander.

18        What is Banco Santander?

19   A.   Banco Santander is another bank located in Spain.

20   Q.   And these records in this exhibit -- these are Spanish

21   Banco Santander records.   Correct?

22   A.   Correct.

23   Q.   Again obtained through the Mutual Legal Assistance Treaty

24   request?

25   A.   Correct.
```

Albrecht - DIRECT - By Mr. Gonzalez          156

1    Q.   And 41 -- there's another disc there.

2         Did that Mutual Legal Assistance Treaty request also

3    request certain Spanish tax documents?

4    A.   Yes.

5    Q.   From the Spanish equivalent of our Internal Revenue

6    Service?

7    A.   Correct.

8              MR. GONZALEZ:  Your Honor, at this point I would like

9    to read into evidence Government's Exhibit 42 and enter it,

10   42 being a stipulation that the documents contained --

11             THE COURT:  Let me --

12             MR. GONZALEZ:  I'm sorry.

13             THE COURT:  You want to admit it?

14             MR. GONZALEZ:  Yes.

15             THE COURT:  It will be admitted as Government's

16   Exhibit 42 by stipulation.

17             (Whereupon, Government's Exhibit No. 42 was entered

18   into evidence.)

19             THE COURT:  You may publish now.

20             MR. GONZALEZ:  Thank you.

21             This stipulation is a little different than the other

22   ones.

23             This stipulation reads, "The document contained in

24   Government's Exhibit 42 is a true and correct official copy of

25   Maria Tardon's Spanish identification card."

1    BY MR. GONZALEZ:

2    Q.   And that is what you received from Spain?

3    A.   Correct.

4    Q.   With the certification?

5    A.   Yes.  The certification is at the top.

6    Q.   This is the certification from the Spanish Government?

7    A.   Yes.

8    Q.   And then this is a copy of her identification card?

9    A.   Correct.

10   Q.   And what is her name?

11   A.   Her name is Maria Del Patricinio Tardon Torrego.

12   Q.   And this also has her birth date, telephone number and the

13   address at the time this was made?

14   A.   Correct.

15   Q.   I want to show you a document that is part of Exhibit

16   No. 42, which has Bates No. SP001-12226.

17          MR. GONZALEZ:  May I approach, your Honor?

18          THE COURT:  Yes.

19   BY MR. GONZALEZ:

20   Q.   Ms. Albrecht, are you fluent in Spanish?

21   A.   Yes, I am.

22   Q.   And do you read it, write it and speak it?

23   A.   Yes, I do.

24   Q.   And was that your first language or was English your first

25   language?

Albrecht - DIRECT - By Mr. Gonzalez          158

```
 1    A.   Spanish was my first language.
 2    Q.   Did you direct that a translation be made of Ms. Tardon's
 3    identification card?
 4    A.   Yes.
 5    Q.   And is that contained within the exhibit?
 6    A.   Yes, it is.
 7    Q.   And that translation is a true and accurate translation of
 8    what is contained on the card itself?
 9    A.   Yes.
10         MR. GONZALEZ:  Your Honor, we would move the entire
11    exhibit, to the extent that it hasn't already been moved into
12    evidence, into evidence.
13         THE COURT:  There is all part of 42?
14         MR. GONZALEZ:  It's all part of 42.  Yes.  It's the ID
15    card as well as the translation that's connected with it.
16         THE COURT:  It's already been admitted, Exhibit 42.
17         MR. GONZALEZ:  Thank you.
18         Your Honor, we would move now 43 into evidence by
19    stipulation.
20         THE COURT:  It will be admitted as Government's
21    Exhibit 43 by stipulation.
22         (Whereupon, Government's Exhibit No. 43 was entered
23    into evidence.)
24    BY MR. GONZALEZ:
25    Q.   Government's Exhibit 43, Agent Albrecht, are records from
```

1    the Department of Homeland Security.  Correct?

2    A.   Correct.

3    Q.   And rather than a CD, we have the actual records here?

4    A.   Yes.

5    Q.   And what are these records pertaining to?

6    A.   They are pertaining to currency and monetary instrument

7    reports, which is connected to that form you fill out when you

8    travel and declare money that is over $10,000.

9    Q.   When a person travels, do they receive a Customs

10   declaration form?

11   A.   Yes.

12   Q.   And if they put on that Customs declaration form that

13   they're bringing in more than $10,000, is there a second form

14   they have to fill out?

15   A.   Yes.  I believe there is.  I don't know the name of the

16   form.

17   Q.   And are these the records that are contained here?

18   A.   Yes.

19   Q.   And, specifically, was a request made asking for records

20   from Alvaro Lopez Tardon; Sharon Cohen Lopez; Pedro Hernández

21   Delgado; David William Pollack; José Panadero Fernandez; Selwyn

22   Ramdial; Juan Pineida de la Loza; Artemio Lopez Tardon; Maria

23   Lopez Tardon, also known as Maria de las Nieves; Fabiani

24   Krentz; Javier Jimenez Solis; and Tania Maria Gorete Machado da

25   Silva?  Was a request made to the Department of Homeland

1    Security for all of the records generated from all of these

2    people?

3    A.   Yes.  The only correction is it's Javier Jimenez Soliz, as

4    it reads on the paper there.

5    Q.   And the Department of Homeland Security only found these

6    three instances.  Correct?

7    A.   Correct.

8    Q.   One from Alvaro Lopez and two from Artemio Lopez Tardon as

9    declaring any money inbound?

10   A.   Correct.

11   Q.   So those are the only three instances where any of these

12   people declared any money coming in?

13   A.   That is correct.

14        MR. GONZALEZ:  Your Honor, we would move into evidence

15   44, 45 and 46 by stipulation.

16        THE COURT:  They will be admitted as Government's

17   Exhibits 44, 45 and 46 by stipulation.

18        (Whereupon, Government's Exhibit Nos. 44, 45 and 46

19   were entered into evidence.)

20   BY MR. GONZALEZ:

21   Q.   44:  What entity are these records from?

22   A.   From BankAtlantic.

23   Q.   They're contained on the disc as well?

24   A.   Yes, they are.

25   Q.   45:  These are records from Sanctuary Medical Center?

Albrecht - DIRECT - By Mr. Gonzalez                161

```
 1   A.   Correct.

 2   Q.   What is Sanctuary Medical Center?

 3   A.   It's a cosmetic center for plastic surgery.

 4   Q.   And were there payments made by the Defendant and people

 5   associated with him to this location?

 6   A.   Yes.

 7   Q.   46:  What is Artefacto?

 8   A.   Artefacto is a furniture store.

 9        THE COURT:  Tell me when you get to a good place to

10   break, Mr. Gonzalez.

11        MR. GONZALEZ:  Let me ask two more questions quickly

12   and then we'll be good to go.

13        THE COURT:  Sure.

14   BY MR. GONZALEZ:

15   Q.   Sanctuary Medical Center:  Is Jason Pozner one of the

16   doctors that works there?

17   A.   Yes.

18   Q.   To tie into the chart that we have?

19   A.   Yes.

20        MR. GONZALEZ:  Your Honor, I'd like to end by reading

21   the stipulation, but not moving into evidence at this time the

22   one for Government's Exhibit 188.

23        THE COURT:  Okay.  You may read the stipulation.

24        MR. GONZALEZ:  Government's Exhibit 188:  "If called to

25   testify, a custodian of records from El Pais newspaper would
```

1    testify that, one, the documents contained in Government's

2    Exhibit 188 are originals or duplicate copies of *El Pais*

3    newspaper records.

4           "These records were made at or near the time of the

5    occurrence of the matters set forth by or from information

6    transmitted by a person with knowledge of those matters.

7           "The records are kept in the regular course of

8    conducted business activity and that the records were made by

9    *El Pais* newspaper as a regular practice."

10   BY MR. GONZALEZ:

11   Q.   Government's Exhibit 188:  Is that a newspaper article?

12   A.   Yes, it is.

13   Q.   And is *El Pais* a newspaper in Spain?

14   A.   Yes, it is.

15          MR. GONZALEZ:  Your Honor, we can go ahead and break at

16   this time.

17          THE COURT:  We are going to break for the day.  The

18   next trial day will be Monday at 9:30.  And next week there

19   will be no trial on Wednesday.

20          So let me give you the exact dates.  Monday is May 5th.

21   So you'll come back May 5th at 9:30.  And Wednesday is May 7th.

22          Do not discuss this case either amongst yourselves or

23   with anyone else.  Have no contact whatsoever with anyone

24   associated with the trial.

25          Do not read, listen or see anything touching on this

 1    matter in any way, including anything on the Internet or

 2    anything on any access device.

 3           If anyone should try to talk to you about this case,

 4    you should immediately instruct them to stop and report it to

 5    my staff.

 6           Your notebooks should have your seat number on it.

 7    Please make sure you give your notebooks and your materials to

 8    the court security officer.

 9           Enjoy your long weekend.  I will see you Monday

10    morning, 9:30.

11           (Whereupon, the jury exited the courtroom at 4:48 p.m.

12    and the following proceedings were had:)

13           THE COURT:  You may be seated for a minute.

14           You can step down now.

15           (Witness excused.)

16           THE COURT:  In regard to my prior ruling, I also want

17    to cite Rule 1001, definitions that apply to this article, (d),

18    "An 'original' of a writing or recording means the writing or

19    recording itself."

20           And the pertinent part of (d) states, "For

21    electronically stored information, 'original' means any

22    printout or other output readable by sight if it accurately

23    reflects the information."

24           (e) defines a "duplicate."  "A 'duplicate' means a

25    counterpart produced by a mechanical, photographic, chemical,

1    electronic or other equivalent process or technique that

2    accurately reproduces the original."

3         So reading "duplicate" in conjunction with 1003, which

4    is admissibility of a duplicate, I find there is not a genuine

5    question raised by the authenticity of the circumstances,

6    making it unfair to admit the duplicate.

7         And a CD might also be considered an original, as it's

8    other output readable by sight.  If it's placed into a computer

9    drive, it would be readable by sight.

10         So, therefore, in conjunction with my prior ruling,

11    the Government has sustained its burden under 901 for

12    authentication and the *prima facie* showing.

13         We're in recess until 9:30 on Monday morning.  Thank

14    you.  Have a nice weekend.

15         MR. SREBNICK:  Judge, could we address a scheduling

16    request?

17         THE COURT:  Sure.

18         MR. SREBNICK:  On May 16, which is a Friday, just to

19    alert the Court -- I don't know if the Court can accommodate

20    this -- Mr. Klugh has an oral argument in Atlanta in the

21    Eleventh Circuit.

22         And my conflict is not nearly as significant, but it is

23    my 9-year-old son has an event at school that morning that he's

24    appearing in.  I was going to -- I can miss that.  I really can

25    if I have to.

1        THE COURT:  What time is that over?  I'm more concerned

2   about you and your son than I am about Mr. Klugh.  He can go to

3   the Eleventh and you can be here.  What time is your son's

4   event?

5        MR. SREBNICK:  I'll find out.  I don't know the

6   details.

7        THE COURT:  Maybe we can start a little bit later on

8   that day.

9        We have two jurors -- what I'm concerned about is we

10  have two jurors who are going to graduations.  One, Juror

11  No. 12, May 17th, which is a Saturday, to May 19th, which is

12  Monday.  And No. 7, May 17th to May 20th.

13        I'll have Patricia inquire as to exactly what the

14  travel arrangements are.  But I'd like to get some time in, if

15  we can, on the 16th.

16        So Mr. Klugh can go to Atlanta and make his oral

17  argument before the Eleventh.  If you can find out -- sometimes

18  those things last an hour or two.  I don't know how old your

19  son is.  But sometimes they last a couple hours.  Maybe we can

20  just start late to accommodate you.

21        MR. SREBNICK:  Thank you so much.  I'll let me know.

22        MR. GONZALEZ:  Your Honor, on that note, I may have a

23  scheduling conflict as well, although worst-case scenario, if

24  we start at 10:15 -- I'll get you exact information -- we will

25  be fine.

```
 1              There is an all-day training that's going on at the

 2    United States Attorney's Office.  They've asked me to give a

 3    portion of it.  They've moved me to the very beginning.

 4    They're going to start it before 9:00 so that I'll be done in

 5    time to come over here.

 6              THE COURT:  When is that?

 7              MR. GONZALEZ:  I'll check the date.  It's a number of

 8    weeks off.

 9              THE COURT:  I'll try and accommodate everybody as best

10    I can.

11              MR. GONZALEZ:  Thank you.

12              THE COURT:  Okay.  We're in recess until 9:30 Monday

13    morning.

14              MR. SREBNICK:  Thank you.

15              THE COURT:  Have a nice weekend.

16              MR. SREBNICK:  You, too.

17              THE COURT:  Thank you.

18              (Proceedings concluded.)

19

20

21

22

23

24

25
```

1                    C E R T I F I C A T E

2

3          I hereby certify that the foregoing is an accurate

4    transcription of the proceedings in the above-entitled matter.

5

6

7    _____          /s/Lisa Edwards
          DATE              LISA EDWARDS, RDR, CRR
8                           Official United States Court Reporter
                            400 North Miami Avenue, Twelfth Floor
9                           Miami, Florida 33128
                            (305) 523-5499
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [13] - 25:16, 26:11, 29:14, 29:19, 30:18, 30:20, 31:9, 32:3, 32:13, 49:19, 153:3, 159:8, 159:13
**$103,000** [2] - 31:1, 50:6
**$131,000** [3] - 46:24, 55:15, 55:21
**$131,772** [1] - 47:3
**$131,860** [1] - 51:4
**$20,000** [1] - 50:11
**$243,000** [3] - 30:5, 48:10, 48:12
**$3,000** [1] - 27:4
**$84** [1] - 22:19
**$91,000** [1] - 47:24
**$91,550** [1] - 30:4
**$981,000** [1] - 31:5

### '

**'80s** [1] - 24:2
**'duplicate'** [1] - 163:24
**'original'** [3] - 138:14, 163:18, 163:21

### /

**/s/Lisa** [1] - 167:7

### 1

**1** [35] - 1:5, 1:8, 3:16, 4:19, 4:24, 28:9, 29:7, 31:12, 31:13, 31:21, 31:23, 44:12, 44:15, 46:2, 68:14, 68:15, 69:16, 71:16, 71:19, 72:1, 72:12, 72:14, 72:15, 72:23, 73:8, 73:9, 73:10, 74:11, 74:17, 75:19, 75:21, 76:24, 139:6, 141:21
**1,199** [1] - 73:9
**1.2** [1] - 48:25
**1.3** [3] - 24:6, 30:13, 30:23
**1.3-million-dollar** [1] - 23:18
**1.4** [1] - 24:6
**10** [10] - 3:23, 30:17, 37:18, 49:8, 79:1,
146:10, 146:12, 146:13, 146:15, 146:22
**10,700-dollar** [1] - 49:8
**100** [22] - 3:18, 77:15, 77:21, 104:17, 104:23, 105:6, 105:22, 106:5, 108:25, 114:4, 114:10, 114:14, 116:15, 116:17, 116:18, 117:21, 118:2, 119:11, 119:22, 137:14, 140:10, 140:12
**1000** [3] - 86:5, 86:14, 128:19
**1001** [1] - 163:17
**1002** [1] - 138:12
**1003** [8] - 109:19, 110:2, 110:5, 117:17, 128:20, 135:17, 141:3, 164:3
**1008** [1] - 138:17
**1009** [2] - 137:18, 138:8
**101** [9] - 3:18, 105:24, 106:19, 116:23, 117:22, 118:3, 118:24, 119:12, 119:13
**1013** [1] - 138:14
**104** [1] - 135:1
**104(a** [1] - 138:17
**104,000** [2] - 30:9, 48:20
**105** [5] - 3:17, 76:3, 76:8, 76:11, 79:10
**10:06** [1] - 12:17
**10:15** [1] - 165:24
**10:51** [1] - 38:25
**11** [3] - 50:4, 79:9, 147:2
**11-20470** [5] - 4:2, 39:13, 88:3, 111:18, 132:17
**11-20470-CRIMINAL-LENARD** [1] - 1:2
**1100** [1] - 1:22
**11200** [1] - 1:16
**115** [1] - 105:18
**1155** [1] - 86:13
**116** [1] - 3:18
**119** [2] - 3:11, 3:18
**11:00** [3] - 9:24, 39:5, 39:9
**11:20** [1] - 40:19
**12** [7] - 3:3, 5:9,
50:10, 80:1, 147:4, 165:11
**121** [2] - 78:8, 78:10
**125** [1] - 3:11
**12:33** [1] - 87:12
**13** [4] - 46:17, 50:16, 80:1, 147:6
**130,000** [1] - 48:17
**1300** [1] - 1:20
**1318** [1] - 138:1
**1322** [1] - 138:1
**14** [1] - 5:13, 5:18, 6:19, 6:23, 7:2, 9:19, 24:13, 29:1, 29:8, 31:22, 46:16, 46:17, 50:8, 50:9, 81:24, 147:8
**142** [2] - 3:19, 3:19
**143** [2] - 3:20, 3:20
**144** [2] - 3:21, 3:21
**145** [1] - 3:22
**146** [2] - 3:22, 3:23
**148** [1] - 3:23
**14th** [3] - 34:19, 36:13, 36:14
**15** [8] - 5:8, 5:10, 5:14, 9:14, 38:24, 118:8, 147:13
**156** [1] - 3:24
**158** [1] - 3:24
**16** [3] - 7:21, 147:18, 164:18
**16,491** [1] - 73:24
**160** [1] - 3:25
**16th** [1] - 165:15
**17th** [2] - 165:11, 165:12
**18** [2] - 57:13, 147:23
**188** [5] - 69:19, 161:22, 161:24, 162:2, 162:11
**19** [7] - 36:12, 37:19, 45:18, 107:13, 107:17, 107:23, 147:25
**1956** [2] - 32:1, 32:4
**1957** [2] - 32:1, 32:2
**1967** [2] - 128:8, 135:22
**1980** [1] - 135:21
**1996** [1] - 91:11
**19th** [1] - 165:11
**1:46** [1] - 88:22
**1A** [1] - 46:9
**1st** [1] - 33:23

### 2

**2** [16] - 3:19, 4:25,
29:8, 31:21, 46:4, 46:17, 46:22, 47:12, 68:14, 75:4, 77:1, 77:12, 141:24, 142:13, 142:15, 142:16
**2,000** [3] - 22:13, 22:17, 27:4
**20** [2] - 3:4, 148:5
**20,000-dollar** [1] - 31:4
**2000** [3] - 91:11, 91:21, 138:2
**2001** [1] - 31:23
**2004** [2] - 57:16, 58:3
**2005** [2] - 93:1, 93:2
**2006** [3] - 28:11, 58:11
**2007** [1] - 120:16
**2008** [6] - 21:2, 29:20, 41:10, 44:17, 46:23, 120:19
**2009** [4] - 21:3, 44:17, 58:25, 107:11
**201** [1] - 1:19
**2010** [2] - 59:19, 137:22
**2011** [9] - 33:6, 33:12, 33:23, 34:19, 42:6, 43:4, 43:17, 120:22, 120:23
**2012** [5] - 31:24, 133:5, 133:6, 136:21, 137:15
**2013** [1] - 109:8
**2014** [2] - 1:5, 120:7
**20th** [2] - 1:16, 165:12
**21** [6] - 3:23, 146:11, 146:13, 146:14, 146:15, 148:7
**210** [8] - 104:7, 104:25, 113:20, 114:11, 114:22, 115:12, 115:21, 119:22
**212** [14] - 3:15, 70:17, 70:21, 70:23, 70:24, 71:12, 73:5, 73:6, 74:14, 75:22, 76:22, 78:13, 141:19, 149:1
**22** [7] - 3:23, 28:1, 46:23, 148:10, 148:13, 148:14, 148:17
**22nd** [1] - 29:20
**235** [1] - 138:1
**24** [4] - 37:7, 103:13, 108:10, 149:23
**2475** [2] - 77:2, 77:9
**25** [4] - 1:22, 149:25, 151:4, 151:5
**26** [1] - 150:4
**264,000** [1] - 47:15
**26th** [1] - 136:21
**27** [1] - 151:6
**28** [1] - 151:13
**28th** [1] - 39:24
**29** [1] - 151:15
**293** [1] - 135:20
**2:41** [1] - 111:12
**2:54** [1] - 112:18

### 3

**3** [13] - 3:19, 29:23, 47:14, 68:14, 75:5, 77:2, 77:10, 77:14, 86:20, 142:18, 142:21, 142:22, 142:25
**30** [2] - 10:2, 152:1
**30,000** [1] - 22:17
**301** [1] - 135:20
**305** [8] - 2:4, 122:25, 123:15, 126:18, 126:21, 126:24, 127:2, 167:9
**31** [5] - 3:23, 148:10, 148:13, 148:14, 152:7
**32** [9] - 107:11, 107:15, 107:16, 107:22, 152:11, 152:13, 152:14, 152:19, 152:23
**33** [5] - 107:18, 107:20, 107:22, 107:24, 153:4
**33128** [2] - 2:3, 167:9
**33131** [2] - 1:20, 1:23
**33172** [1] - 1:17
**34** [1] - 153:9
**35** [1] - 153:11
**36** [2] - 154:5, 154:15
**37** [2] - 154:13, 154:15
**38** [1] - 155:4
**3801** [2] - 77:15, 78:7
**384** [1] - 135:21
**38th** [1] - 78:7
**39** [1] - 155:11
**3:29** [1] - 127:22

### 4

**4** [8] - 3:20, 29:24, 47:14, 77:14, 139:11,

143:3, 143:6, 143:7
**40** [4] - 3:5, 10:2, 58:20, 155:17
**400** [2] - 2:2, 167:8
**41** [4] - 152:11, 152:13, 152:14, 156:1
**42** [10] - 3:24, 156:9, 156:10, 156:16, 156:17, 156:24, 157:16, 158:13, 158:14, 158:16
**43** [5] - 3:24, 158:18, 158:21, 158:22, 158:25
**44** [5] - 3:25, 160:15, 160:17, 160:18, 160:21
**45** [4] - 160:15, 160:17, 160:18, 160:25
**46** [5] - 3:25, 69:17, 160:15, 160:17, 160:18, 161:7
**466** [2] - 133:7, 136:20
**47** [1] - 61:3
**47-A** [6] - 3:15, 61:17, 61:18, 61:22, 61:23, 62:2
**48** [7] - 3:15, 61:3, 61:18, 61:22, 61:23, 62:12, 151:3
**49** [6] - 3:15, 61:3, 61:18, 61:22, 61:23, 62:17
**4:17** [1] - 141:9
**4:30** [1] - 112:17
**4:48** [1] - 163:11
**4:53** [1] - 1:6

## 5

**5** [8] - 3:20, 30:1, 47:24, 78:8, 78:13, 143:17, 143:20, 143:21
**50** [7] - 3:15, 58:20, 61:3, 61:18, 61:22, 61:23, 62:19
**51** [6] - 3:15, 61:3, 61:18, 61:22, 61:24, 62:21
**523-5499** [2] - 2:4, 167:9
**53** [5] - 3:16, 76:2, 76:8, 76:10, 77:4
**54** [5] - 3:16, 76:2, 76:8, 76:10, 77:8
**55** [5] - 3:16, 76:2,

76:8, 76:10, 77:17
**56** [7] - 3:10, 3:17, 76:3, 76:9, 76:11, 76:13, 84:24
**56-A** [5] - 3:17, 76:14, 76:17, 76:18, 84:2
**56-B** [2] - 3:17, 76:18
**57** [5] - 3:17, 76:3, 76:9, 76:11, 85:14
**58** [5] - 3:17, 76:3, 76:9, 76:11, 85:25
**59** [7] - 3:17, 76:3, 76:8, 76:11, 80:22, 80:25, 81:19
**5:00** [3] - 4:21, 5:2, 112:17
**5th** [3] - 137:15, 162:20, 162:21

## 6

**6** [9] - 3:21, 48:10, 73:12, 78:8, 78:13, 144:6, 144:9, 144:10, 144:14
**60** [6] - 3:17, 22:18, 76:3, 76:8, 76:11, 82:5
**61** [7] - 3:15, 3:16, 76:2, 76:8, 76:10, 78:9, 78:14
**611** [1] - 137:21
**62** [6] - 3:17, 76:3, 76:8, 76:11, 81:8, 81:13
**624** [1] - 135:22
**627** [1] - 135:20
**63** [5] - 3:16, 76:3, 76:8, 76:11, 78:23
**631** [1] - 135:22
**64** [5] - 3:16, 76:3, 76:8, 76:11, 79:2
**65** [5] - 3:17, 76:3, 76:8, 76:11, 80:2
**66** [5] - 3:17, 76:3, 76:8, 76:11, 83:2
**676** [1] - 137:14

## 7

**7** [10] - 3:21, 30:8, 48:15, 80:23, 81:22, 144:17, 144:20, 144:21, 147:21, 165:12
**70** [1] - 3:15
**72** [1] - 3:16
**76** [2] - 3:17, 3:17

**783** [1] - 137:21
**792** [2] - 133:7, 136:20
**796-97** [1] - 133:7
**7th** [1] - 162:21

## 8

**8** [7] - 3:22, 30:9, 48:20, 78:24, 145:12, 145:15, 145:16
**80** [1] - 95:12
**819** [1] - 137:21
**8300** [2] - 49:17, 51:8
**89** [1] - 3:11
**8:30** [1] - 4:21

## 9

**9** [13] - 3:22, 6:2, 6:3, 6:19, 6:25, 30:10, 48:24, 79:1, 139:23, 145:22, 145:24, 145:25, 146:4
**9-year-old** [1] - 164:23
**900** [2] - 128:19, 128:24
**901** [8] - 133:18, 134:14, 137:3, 137:18, 138:20, 138:23, 140:21, 164:11
**901(a)(1** [1] - 134:16
**901(b)(4** [1] - 134:19
**981,000-dollar** [1] - 50:16
**988,000** [1] - 47:15
**9:00** [1] - 166:4
**9:30** [5] - 162:18, 162:21, 163:10, 164:13, 166:12
**9:56** [1] - 1:6

## A

**A-l-b-r-e-c-h-t** [1] - 56:19
**a.m** [5] - 1:6, 12:17, 38:25, 40:19, 88:22
**abiding** [1] - 7:5
**ability** [3] - 15:13, 118:1, 130:14
**able** [12] - 41:24, 83:15, 97:15, 99:1, 102:2, 103:22, 105:6, 121:9, 123:6, 130:11, 139:20, 140:5

**above-entitled** [1] - 167:4
**absence** [1] - 53:23
**absent** [1] - 138:4
**absolutely** [2] - 130:13, 130:25
**Academy** [3] - 57:14, 57:18, 57:24
**academy** [5] - 91:22, 91:25, 92:1, 92:2, 92:4
**accept** [3] - 16:24, 16:25, 132:7
**acceptable** [1] - 112:7
**accepted** [2] - 91:18, 91:24
**access** [21] - 8:25, 38:19, 87:6, 101:12, 101:14, 101:19, 101:23, 101:24, 102:2, 102:7, 102:10, 102:24, 110:3, 111:5, 127:16, 130:9, 130:13, 139:19, 139:21, 140:5, 163:2
**accessed** [3] - 101:13, 139:17, 140:4
**accesses** [2] - 102:17, 115:4
**accommodate** [3] - 164:19, 165:20, 166:9
**accord** [1] - 19:18
**accordingly** [2] - 19:15, 21:21
**account** [8] - 15:13, 27:23, 29:23, 47:9, 48:3, 48:22, 49:6
**accounts** [7] - 17:10, 19:4, 31:6, 48:12, 66:25, 67:4, 67:6
**accuracy** [3] - 116:22, 117:18, 138:15
**accurate** [7] - 61:14, 98:12, 130:24, 136:2, 139:25, 158:7, 167:3
**accurately** [4] - 138:11, 138:15, 163:22, 164:2
**accusation** [2] - 11:21, 16:1
**accusing** [2] - 51:15, 55:21
**acquire** [2] - 19:13, 45:15
**acquired** [2] - 49:10, 55:12
**acquires** [1] - 55:10
**acquiring** [1] - 48:1

**acquisition** [1] - 51:3
**acquisitions** [1] - 41:14
**act** [1] - 95:24
**acted** [1] - 25:10
**acting** [1] - 59:12
**action** [1] - 147:11
**activate** [4] - 97:13, 99:1, 99:14, 121:16
**activated** [3] - 98:13, 99:15, 121:18
**activates** [2] - 98:19, 99:3
**activities** [3] - 34:17, 72:7, 96:7
**activity** [1] - 162:8
**actual** [5] - 74:19, 101:3, 117:9, 150:7, 159:3
**adding** [1] - 27:6
**addition** [6] - 17:18, 83:13, 93:18, 100:19, 120:24, 134:19
**additional** [7] - 15:20, 38:9, 93:10, 106:13, 131:12, 154:13, 154:15
**address** [4] - 77:2, 77:15, 157:13, 164:15
**addressed** [2] - 114:16, 135:16
**addresses** [2] - 133:1, 133:12
**addressing** [1] - 128:24, 133:3
**Administration** [1] - 64:1
**administration** [2] - 91:9, 91:14
**administrative** [6] - 64:24, 65:1, 65:11, 67:15, 69:22
**administrator** [1] - 90:18
**admissibility** [4] - 128:21, 138:16, 140:19, 164:4
**admissible** [2] - 133:16, 135:5
**admission** [3] - 136:22, 137:10, 138:9
**admit** [6] - 116:14, 118:24, 135:9, 141:5, 156:13, 164:6
**admitted** [32] - 13:14, 15:4, 15:5, 52:15, 53:11, 61:19, 61:21, 70:22, 72:13, 76:7, 76:17, 110:9, 116:16, 117:21,

119:11, 135:14, 137:24, 142:14, 142:20, 143:5, 143:19, 144:8, 144:19, 145:14, 145:23, 146:12, 148:12, 152:12, 156:15, 158:16, 158:20, 160:16
**admitting** [2] - 137:1, 137:11
**adopt** [1] - 109:10
**adopted** [1] - 9:9
**advantage** [1] - 42:3
**advised** [1] - 10:6
**affair** [1] - 20:19
**affidavit** [1] - 67:4
**affirmance** [1] - 133:11
**affirmed** [1] - 136:1
**afraid** [1] - 52:20
**Africa** [1] - 108:3
**afternoon** [7] - 88:4, 88:7, 88:14, 88:15, 114:20, 114:21, 119:21
**age** [1] - 17:17
**agencies** [7] - 58:16, 63:20, 63:23, 64:6, 64:8, 92:9, 95:21
**agency** [1] - 94:22
**Agent** [3] - 56:12, 146:19, 158:25
**agent** [10] - 34:7, 34:8, 34:15, 42:21, 43:2, 56:24, 57:10, 58:4, 59:21, 141:18
**Agents** [1] - 4:7
**agents** [4] - 37:8, 57:1, 59:7, 59:16
**ago** [6] - 12:1, 53:15, 116:25, 120:2, 129:3, 135:11
**agree** [4] - 9:16, 13:10, 16:25, 46:13
**agreed** [6] - 5:3, 6:7, 34:16, 35:13, 35:14
**agreeing** [1] - 31:18
**agreement** [2] - 31:16, 31:17
**agrees** [1] - 14:12
**ahead** [19] - 7:14, 7:19, 9:12, 29:2, 29:21, 29:24, 30:2, 30:3, 34:16, 59:13, 63:7, 70:18, 74:6, 90:8, 90:10, 113:6, 114:18, 134:24, 162:15
**aid** [5] - 4:12, 39:19,

88:11, 111:23, 132:22
**Aires** [2] - 59:1, 59:6
**airport** [1] - 25:12
**Albrecht** [9] - 3:10, 4:7, 56:13, 56:18, 56:24, 141:18, 146:19, 157:20, 158:25
**ALBRECHT** [1] - 56:14
**alert** [1] - 164:19
**all-day** [1] - 166:1
**allegedly** [1] - 17:6
**alleges** [1] - 31:23
**allowed** [3] - 108:17, 108:20, 134:24
**allows** [1] - 102:23, 102:24
**almost** [3] - 37:7, 37:15
**altered** [1] - 124:24
**alternate** [2] - 7:15, 7:22
**Alvaro** [69] - 4:1, 4:12, 21:6, 21:13, 22:2, 31:25, 39:12, 39:19, 41:1, 41:11, 42:8, 44:7, 45:20, 46:13, 47:7, 47:10, 47:19, 48:14, 48:18, 48:23, 49:5, 49:13, 49:20, 49:21, 49:25, 50:4, 50:7, 50:25, 51:9, 51:15, 51:22, 52:2, 52:16, 52:24, 53:13, 53:15, 53:17, 54:25, 55:1, 55:6, 55:11, 55:15, 55:16, 55:22, 55:25, 56:5, 60:9, 61:12, 62:3, 62:14, 62:23, 63:1, 63:15, 64:16, 71:21, 88:2, 88:11, 111:17, 111:23, 118:5, 120:17, 124:18, 125:1, 125:19, 126:1, 132:16, 132:22, 159:20, 160:8
**ALVARO** [1] - 1:7
**Alvaro's** [1] - 47:5
**amass** [1] - 45:21
**America** [21] - 4:1, 22:6, 39:12, 46:24, 68:16, 68:24, 71:21, 71:25, 72:2, 72:8, 73:2, 73:8, 73:11, 73:16, 73:18, 73:22, 75:25, 88:2, 111:17, 132:16
**AMERICA** [1] - 1:4

**American** [11] - 26:5, 26:6, 26:9, 26:13, 26:15, 26:19, 26:23, 51:5, 51:19, 149:23
**AMG** [1] - 30:8
**Amount** [1] - 47:3
**amount** [7] - 30:5, 37:4, 37:23, 47:15, 48:4, 64:23, 79:19
**amounts** [4] - 27:4, 27:5, 27:6, 46:19
**analyzing** [1] - 57:20
**anger** [1] - 44:19
**answer** [7] - 14:6, 14:23, 53:2, 53:8, 90:10, 96:6, 129:12
**answered** [2] - 14:19, 14:20
**answers** [2] - 20:1, 125:17
**anticipate** [1] - 128:14
**anticipation** [1] - 103:25
**Antonio** [1] - 95:14
**ANTONIO** [1] - 1:14
**anytime** [1] - 29:13
**appeal** [1] - 138:4
**appearance** [2] - 134:20, 139:12
**appearances** [5] - 4:4, 39:14, 88:5, 111:19, 132:18
**APPEARANCES** [1] - 1:13
**appearing** [1] - 164:24
**appellate** [1] - 9:11
**applicable** [1] - 128:18
**applied** [1] - 91:17
**applies** [1] - 18:4
**apply** [1] - 57:9, 163:17
**appreciate** [1] - 19:17
**apprehension** [1] - 92:20
**approach** [3] - 60:20, 104:4, 157:17
**approached** [1] - 59:22
**appropriate** [2] - 10:10, 135:25
**April** [1] - 137:15
**area** [9] - 23:19, 45:12, 54:9, 63:5, 77:6, 107:17, 122:25, 123:7, 123:15
**Areas** [1] - 58:15

**Argentina** [1] - 59:1
**argues** [1] - 138:9
**arguing** [1] - 54:6
**argument** [7] - 20:13, 52:6, 56:3, 128:7, 137:12, 164:20, 165:17
**argumentative** [1] - 53:3
**arguments** [3] - 14:2, 14:3, 20:20
**arrangements** [1] - 165:14
**arrest** [5] - 36:13, 36:14, 57:22, 83:19, 120:21
**arrested** [13] - 30:7, 34:22, 35:1, 35:2, 35:8, 35:9, 35:12, 35:17, 53:15, 83:5, 83:9, 84:11, 85:10
**arresting** [1] - 34:2
**arrests** [4] - 34:24, 36:23, 66:22, 68:3
**arrival** [1] - 105:17
**arrived** [1] - 12:8
**arriving** [1] - 104:20
**Art** [2] - 149:25, 150:1, 151:5
**Artefacto** [2] - 161:7, 161:8
**Artemio** [11] - 27:17, 44:7, 47:5, 47:7, 47:10, 48:23, 61:13, 62:22, 159:22, 160:8
**article** [2] - 162:11, 163:17
**Ashley** [1] - 144:2
**aside** [2] - 67:14, 101:2
**aspect** [1] - 95:18
**aspects** [1] - 101:2
**assigned** [5] - 57:1, 58:8, 58:12, 58:13, 92:25
**assignment** [2] - 57:25, 58:1
**assist** [3] - 20:5, 63:11, 93:11
**assistance** [7] - 9:19, 41:23, 42:2, 59:23, 64:3, 65:24, 154:21
**Assistance** [5] - 65:20, 154:17, 155:9, 155:23, 156:2
**assistant** [3] - 59:8, 59:10, 59:12
**ASSISTANT** [1] - 1:15

**assisted** [2] - 10:8, 41:2
**associated** [10] - 34:22, 38:16, 83:15, 85:20, 87:3, 111:2, 127:13, 151:11, 161:5, 162:24
**associates** [2] - 24:10, 64:11
**assuming** [3] - 7:13, 109:20, 130:23
**assure** [2] - 16:16, 36:25
**Aston** [1] - 23:21
**Atlanta** [2] - 164:20, 165:16
**attaché** [4] - 59:8, 59:9, 59:10, 59:12
**attempt** [3] - 17:3, 17:14, 19:4
**attempting** [1] - 135:23
**attempts** [1] - 63:7
**attend** [3] - 91:25, 93:21, 95:22
**attended** [1] - 91:8
**attention** [15] - 22:25, 23:1, 23:4, 38:12, 59:18, 71:12, 77:1, 81:4, 83:2, 103:16, 107:10, 150:4, 151:15, 153:11
**attorney** [7] - 5:1, 20:11, 118:5, 118:6, 118:7, 118:15, 119:2
**Attorney's** [3] - 65:13, 66:1, 166:2
**attorney-client** [1] - 119:2
**ATTORNEYS** [1] - 1:15
**attorneys** [3] - 20:19, 71:22, 72:10
**attracts** [1] - 22:25, 23:1, 23:4
**audio** [1] - 116:6
**authentic** [1] - 135:12
**authenticate** [1] - 137:18
**authenticated** [2] - 133:16, 134:15
**authenticating** [1] - 138:24
**authentication** [13] - 119:5, 128:23, 131:15, 133:14, 133:17, 133:20, 133:22, 134:14, 135:17, 137:4, 138:7,

4

138:20, 164:12
**authentication/ identification** [1] - 137:8
**authenticity** [7] - 109:13, 109:25, 129:1, 137:24, 138:3, 141:5, 164:5
**authority** [2] - 128:6, 131:16
**authorization** [2] - 97:21, 108:23
**authorize** [1] - 102:13
**authorized** [4] - 18:11, 97:9, 99:20, 101:14
**authorizing** [4] - 105:11, 105:14, 105:21, 140:3
**Auto** [1] - 147:18
**automated** [1] - 121:5
**automobile** [3] - 48:16, 50:17, 153:7
**Automobile** [1] - 83:1
**automobiles** [4] - 30:2, 41:15, 46:20, 82:1
**Autonomous** [1] - 91:8
**Avenue** [4] - 1:22, 2:2, 85:5, 167:8
**avoid** [7] - 32:9, 32:24, 46:9, 46:10, 52:12, 52:14, 53:25
**aware** [3] - 64:11, 131:4, 131:20
**axesor.es** [1] - 153:12

## B

**B-a-n-c-a-j-a** [1] - 155:12
**background** [3] - 57:4, 59:14, 138:22
**bad** [2] - 38:3, 38:4
**bags** [1] - 25:12
**ballpark** [1] - 58:19
**Bancaja** [3] - 155:11, 155:13, 155:14
**Banco** [7] - 154:5, 154:7, 154:13, 155:17, 155:18, 155:19, 155:21
**bank** [14] - 26:4, 26:8, 32:13, 32:15,

32:16, 32:20, 50:6, 50:18, 74:21, 75:9, 155:7, 155:14, 155:19
**Bank** [19] - 46:24, 68:16, 68:24, 71:24, 72:2, 72:8, 73:1, 73:8, 73:11, 73:15, 73:18, 73:22, 75:24, 142:6, 142:7, 143:16, 146:24, 147:2
**BankAtlantic** [1] - 160:22
**banks** [1] - 70:5
**bar** [6] - 109:5, 114:16, 117:4, 131:25, 140:15, 140:17
**bargain** [1] - 35:21
**base** [1] - 19:11
**based** [10] - 19:6, 21:16, 24:8, 34:18, 45:13, 56:2, 62:25, 63:10, 154:8
**basic** [3] - 13:1, 15:23, 91:22
**basis** [2] - 117:1, 118:2
**Bates** [10] - 67:23, 67:24, 67:25, 69:7, 69:11, 73:3, 73:7, 74:24, 149:5, 157:16
**Bates-stamped** [1] - 149:5
**Bay** [1] - 86:13
**Bayshore** [6] - 77:2, 77:9, 85:1, 85:6, 85:7, 86:16
**BB&T** [1] - 142:6
**Beach** [9] - 23:17, 47:25, 49:2, 77:23, 86:4, 86:7, 147:8, 147:10, 147:11
**beach** [1] - 23:20
**bear** [2] - 15:19, 16:13
**became** [3] - 66:20, 91:12, 153:15
**become** [7] - 18:24, 57:9, 91:18, 92:6, 92:14, 98:1, 153:13
**becomes** [1] - 28:23
**BEFORE** [1] - 1:10
**began** [7] - 23:5, 31:23, 33:3, 34:15, 35:1, 64:8, 67:17
**begin** [7] - 18:15, 20:8, 33:11, 46:22, 63:11, 92:23, 98:4
**beginning** [1] - 166:3
**behalf** [9] - 4:6, 4:11,

39:17, 39:18, 88:8, 88:11, 111:21, 132:20, 132:21
**behind** [1] - 67:3
**Belfast** [1] - 137:21
**believability** [1] - 15:19
**believes** [1] - 42:13
**belongs** [1] - 99:11
**below** [3] - 78:3, 95:15, 149:9
**benefit** [1] - 17:1
**Bentley** [2] - 55:10, 147:23
**Bentleys** [1] - 45:18
**Benz** [7] - 30:8, 31:7, 47:25, 51:3, 147:8, 147:11, 147:14
**Berman** [1] - 146:6
**best** [3] - 39:7, 138:10, 166:9
**between** [18] - 22:20, 42:4, 42:5, 58:20, 65:20, 84:9, 91:11, 95:24, 96:3, 96:7, 99:23, 100:4, 100:11, 112:17, 118:4, 121:1, 124:7, 140:18
**beyond** [4] - 16:12, 38:7, 131:2, 131:6
**bias** [1] - 15:16
**big** [3] - 23:16, 27:6, 33:9
**bill** [1] - 49:14
**Bill** [3] - 48:15, 49:2, 147:13
**bills** [1] - 150:22
**Bird** [1] - 28:8
**birth** [1] - 157:12
**Biscayne** [4] - 1:19, 45:17, 45:19, 85:18
**bit** [6] - 50:19, 59:14, 75:7, 90:2, 91:4, 165:7
**bits** [1] - 36:7
**BLACK** [1] - 1:19
**blocks** [2] - 45:18, 86:8
**blogs** [2] - 17:22, 18:1
**blurred** [1] - 50:19
**body** [1] - 25:12
**bonded** [1] - 150:13
**book** [3] - 106:3, 106:19, 131:21
**books** [1] - 75:17
**Border** [3] - 64:2, 151:16, 151:20
**born** [2] - 57:5, 57:6
**boss** [1] - 95:14

**bottom** [7] - 6:22, 37:2, 47:17, 74:18, 74:23, 74:24, 77:25
**bought** [9] - 23:18, 23:23, 24:4, 28:13, 28:14, 30:21, 52:16, 53:19, 55:15
**Boulevard** [4] - 1:19, 45:17, 45:19, 85:19
**bound** [1] - 135:6
**box** [3] - 4:20, 9:20, 150:23
**boxes** [2] - 70:9
**brains** [1] - 37:23
**Braman** [13] - 30:18, 30:20, 30:22, 45:17, 45:22, 49:1, 49:8, 49:13, 49:16, 49:20, 50:1, 55:10, 147:23
**branch** [2] - 100:7, 151:18
**break** [9] - 9:23, 38:13, 39:7, 86:23, 86:25, 112:16, 161:10, 162:15, 162:17
**breaking** [1] - 52:2
**Brickell** [3] - 23:20, 85:5, 86:13
**brief** [2] - 119:4, 134:7
**briefly** [1] - 40:25
**briefs** [1] - 134:7
**bright** [1] - 37:8
**bring** [14] - 7:8, 8:2, 12:10, 25:3, 28:23, 40:7, 51:17, 64:6, 88:21, 103:21, 104:15, 112:15, 113:7, 141:8
**bringing** [4] - 25:16, 25:19, 70:9, 159:13
**brings** [1] - 98:5
**broke** [1] - 141:19
**brother** [8] - 27:18, 31:25, 41:12, 44:7, 47:5, 47:7, 51:12, 62:24
**brought** [13] - 11:21, 15:25, 25:7, 27:2, 59:11, 104:16, 104:25, 105:3, 107:4, 113:18, 114:5, 130:25, 131:25
**Brown** [2] - 79:9, 147:25
**Buenos** [2] - 59:1, 59:6
**Bugatti** [2] - 22:22, 24:4, 30:10, 30:21,

48:25, 49:10, 79:2
**Bugattis** [1] - 44:14
**build** [3] - 24:7, 33:3, 52:9
**building** [11] - 77:18, 77:22, 78:6, 84:3, 84:25, 85:1, 85:10, 85:17, 86:1, 86:3, 86:4
**buildings** [3] - 85:15, 85:18
**bunch** [3] - 32:5, 34:24, 100:7
**bundles** [5] - 36:20, 36:21
**burden** [8] - 16:4, 16:5, 130:11, 136:9, 136:16, 137:23, 140:22, 164:11
**Bureau** [1] - 56:25
**buried** [1] - 37:6
**bus** [1] - 53:12
**business** [22] - 30:15, 41:14, 44:9, 44:13, 44:15, 47:19, 48:16, 49:3, 50:5, 51:13, 55:8, 72:7, 91:9, 91:14, 147:13, 147:18, 147:23, 152:7, 153:20, 162:8
**businesses** [1] - 49:18
**button** [1] - 10:9
**buy** [10] - 23:14, 26:13, 26:14, 26:20, 27:1, 28:18, 29:22, 32:3, 56:4, 150:1
**buying** [8] - 23:20, 23:21, 23:22, 33:4, 35:5, 35:6, 38:10
**buys** [3] - 50:4, 51:23, 55:5
**BY** [39] - 2:1, 56:23, 60:23, 61:4, 62:1, 62:11, 71:11, 72:22, 74:5, 75:6, 76:21, 78:12, 82:23, 84:10, 89:20, 96:10, 104:6, 112:23, 119:20, 123:13, 124:1, 125:14, 141:17, 142:24, 143:9, 143:23, 144:12, 144:23, 145:18, 146:2, 146:18, 148:16, 152:18, 157:1, 157:19, 158:24, 160:20, 161:14, 162:10

# C

**C-a-i-x-a** [1] - 155:5
**cable** [1] - 100:7
**cables** [1] - 100:7
**cage** [4] - 81:14, 81:20, 81:22, 81:24
**Caixa** [3] - 155:4, 155:6, 155:7
**call-by-call** [1] - 118:2
**call-specific** [1] - 133:19
**caller** [1] - 106:14
**Canada** [1] - 95:4
**Canary** [2] - 107:25, 108:2
**cannot** [9] - 14:20, 16:8, 97:6, 97:13, 99:4, 102:19, 124:20, 139:19
**capacity** [2] - 34:7, 120:14
**capital** [1] - 44:24
**capture** [1] - 113:1, 123:7
**captured** [5] - 101:9, 113:12, 139:17, 140:4, 140:23
**captures** [3] - 106:23, 113:3, 121:2
**car** [23] - 24:2, 24:4, 24:5, 28:18, 30:5, 30:6, 30:7, 30:11, 30:12, 31:6, 41:14, 48:25, 49:1, 49:10, 49:13, 51:4, 51:8, 51:22, 51:23, 52:5, 52:16, 55:15, 55:18
**card** [5] - 156:25, 157:8, 158:3, 158:8, 158:15
**care** [2] - 30:23
**career** [1] - 58:19
**careful** [2] - 24:11
**carefully** [2] - 35:19, 35:22
**cargo** [1] - 22:12
**Carlos** [1] - 23:3
**carried** [1] - 155:1
**carrier** [19] - 98:15, 99:2, 99:3, 99:10, 100:5, 100:12, 100:15, 100:18, 103:10, 103:11, 106:11, 121:16, 121:21, 121:24, 123:17, 123:18, 123:22, 124:5

**carrier's** [3] - 99:18, 121:18, 126:23
**carriers** [5] - 95:23, 95:25, 96:3, 96:8, 100:2
**carry** [1] - 96:11
**carrying** [1] - 13:18
**cars** [18] - 22:23, 23:21, 23:23, 28:13, 28:14, 33:4, 35:6, 45:2, 45:4, 45:13, 45:16, 80:19, 82:12, 82:24, 83:6, 83:9, 147:16
**Cars** [4] - 48:24, 147:10, 147:21, 152:7
**Case** [7] - 4:2, 39:13, 88:3, 111:18, 132:17, 152:7
**case** [104] - 7:10, 7:14, 8:21, 8:24, 13:11, 14:4, 15:2, 15:16, 15:21, 15:22, 15:23, 16:5, 16:19, 16:22, 17:7, 17:11, 17:15, 17:19, 17:20, 17:23, 17:25, 18:4, 18:5, 18:10, 18:11, 18:15, 19:4, 19:5, 19:25, 20:16, 29:12, 29:16, 30:16, 31:21, 36:5, 36:7, 36:11, 37:22, 37:25, 38:6, 38:14, 38:20, 43:24, 47:2, 47:17, 48:11, 48:18, 51:14, 52:9, 56:5, 57:2, 59:6, 59:13, 59:15, 59:16, 65:3, 65:18, 67:10, 69:17, 72:10, 74:9, 74:11, 83:5, 87:1, 87:7, 103:16, 110:25, 111:6, 118:13, 120:4, 127:11, 127:17, 128:6, 128:8, 129:2, 131:2, 131:16, 131:18, 132:2, 132:4, 132:25, 133:2, 133:8, 133:9, 133:23, 133:24, 133:25, 134:4, 134:8, 134:10, 136:12, 136:14, 136:19, 136:21, 137:16, 137:20, 162:22, 163:3, 165:23
**CASE** [1] - 1:2
**Cases** [1] - 11:19
**cases** [6] - 58:6, 58:7, 58:18, 64:6, 69:14, 132:6

**cash** [15] - 26:25, 30:18, 30:20, 32:14, 32:15, 49:14, 49:15, 49:18, 50:2, 51:5, 51:17, 51:18, 51:22, 55:23, 150:17
**cashed** [2] - 26:16, 26:19
**cashier's** [1] - 48:10
**Castello** [2] - 28:1
**Catalonia** [1] - 93:14
**caught** [1] - 52:17
**CD** [33] - 104:2, 104:3, 104:8, 104:10, 104:15, 104:18, 104:20, 104:23, 104:25, 105:2, 105:6, 106:7, 113:18, 113:24, 113:25, 114:1, 114:3, 114:5, 115:2, 116:1, 116:3, 140:9, 140:25, 141:1, 143:13, 144:13, 144:24, 145:19, 146:20, 152:22, 159:3, 164:7
**CD-ROM** [1] - 140:25
**CDs** [1] - 110:15
**Center** [3] - 160:25, 161:2, 161:15
**center** [1] - 161:3
**central** [14] - 100:8, 100:9, 101:11, 101:16, 102:12, 115:11, 115:13, 115:15, 115:18, 116:3, 120:1, 120:15, 121:23, 139:21
**centralized** [3] - 100:1, 101:25, 102:24
**certain** [7] - 13:25, 16:15, 64:22, 66:12, 66:24, 79:19, 156:3
**certainly** [3] - 74:7, 129:2, 139:7
**certification** [3] - 157:4, 157:5, 157:6
**certify** [1] - 167:3
**chain** [1] - 13:19
**chairs** [4] - 38:23, 87:11, 111:9, 127:20
**chance** [2] - 19:1, 61:5
**change** [6] - 5:3, 6:13, 7:1, 26:25, 97:17, 102:20
**changed** [1] - 124:24
**changes** [2] - 126:12, 126:15
**channels** [3] - 66:13,

66:14, 99:21
**character** [1] - 53:10
**characteristics** [5] - 134:20, 134:22, 134:23, 139:11, 139:14
**charge** [5] - 59:8, 59:21, 90:16, 95:13, 120:13
**charged** [11] - 13:7, 17:6, 24:13, 24:21, 29:1, 31:10, 33:1, 35:18, 54:15, 54:17, 54:18
**charges** [2] - 28:25, 46:2
**chart** [12] - 29:9, 70:13, 70:18, 76:22, 77:12, 77:14, 80:23, 141:20, 142:6, 149:1, 161:18
**Chase** [1] - 146:23
**chat** [4] - 17:21, 17:22, 18:1, 137:17
**cheap** [1] - 24:5
**check** [10] - 11:3, 26:14, 26:16, 30:3, 30:4, 48:7, 48:10, 49:5, 124:17, 166:7
**checking** [2] - 48:3, 48:21
**checks** [6] - 26:7, 26:14, 26:16, 26:17, 26:18, 26:24, 32:16, 32:19, 64:21
**chemical** [1] - 163:25
**Chicago** [1] - 147:4
**choice** [1] - 16:9
**choose** [2] - 13:22, 16:8
**chose** [1] - 7:24
**chosen** [4] - 5:9, 5:18, 6:3, 6:24
**Chronos** [1] - 79:9
**Circuit** [13] - 128:9, 133:2, 135:20, 135:22, 136:4, 136:19, 136:24, 137:17, 137:22, 138:2, 138:6, 138:8, 164:21
**circumstances** [4] - 13:20, 139:15, 141:5, 164:5
**circumstantial** [1] - 13:19
**citation** [1] - 135:25
**citations** [3] - 132:6, 132:11, 132:24

**cite** [8] - 128:10, 128:16, 132:5, 132:6, 135:19, 136:19, 137:7, 163:17
**cited** [3] - 133:24, 136:4, 139:12
**citing** [3] - 135:21, 137:21, 138:17
**city** [4] - 92:17, 92:21, 102:3, 108:2
**City** [3] - 34:1, 34:4, 64:4
**Civil** [2] - 92:12
**claimed** [1] - 134:17
**claims** [2] - 137:6, 139:1
**clarify** [8] - 84:11, 98:17, 109:17, 110:6, 110:7, 112:24, 122:1, 125:15
**clean** [6] - 11:23, 16:3, 25:3, 25:6, 25:23, 28:22
**clear** [7] - 5:11, 28:6, 61:14, 102:16, 109:13, 110:14, 110:19
**clearly** [2] - 47:10, 138:19
**clever** [1] - 26:2
**click** [1] - 74:10
**client** [2] - 48:5, 119:2
**clips** [1] - 150:11
**close** [2] - 39:3, 86:6
**closeup** [1] - 79:23
**closing** [3] - 14:3, 20:20, 144:3
**Co** [1] - 146:23
**co** [1] - 59:16
**co-case** [1] - 59:16
**coast** [1] - 108:3
**cocaine** [16] - 21:11, 21:12, 21:17, 21:23, 22:5, 22:7, 22:12, 22:16, 22:19, 24:12, 24:18, 41:18, 52:10, 54:19, 90:24
**Coconut** [2] - 23:19, 29:22, 83:14, 83:22, 86:19, 144:4
**code** [6] - 67:25, 68:5, 68:13, 122:25, 123:8, 123:15
**codes** [2] - 68:6, 68:8
**coding** [1] - 68:8
**Cohen** [1] - 33:14, 33:15, 33:16, 33:24, 34:3, 34:10, 35:18,

36:11, 37:9, 37:13, 37:19, 42:9, 42:11, 60:9, 61:12, 62:13, 63:2, 83:11, 159:20

**collaborate** [1] - 108:22

**collect** [1] - 151:22

**collected** [2] - 22:8, 54:11

**Collection** [10] - 28:6, 28:8, 28:19, 44:9, 44:15, 47:18, 48:8, 49:3

**collector** [1] - 45:9

**collector-type** [1] - 45:9

**collects** [1] - 44:1

**college** [3] - 57:8, 57:9, 91:20

**Colonial** [1] - 142:7

**coloring** [1] - 35:20

**Columbian** [1] - 22:2

**column** [2] - 73:4, 74:13

**combination** [1] - 79:24

**coming** [11] - 23:13, 27:11, 31:5, 38:4, 47:21, 53:8, 78:3, 101:7, 118:22, 130:16, 160:12

**commit** [1] - 51:1

**committed** [1] - 17:6

**committing** [1] - 56:1

**common** [1] - 64:5

**communicate** [1] - 17:20

**communication** [3] - 17:17, 100:11, 121:20

**communications** [14] - 93:20, 94:8, 99:2, 99:3, 99:4, 100:15, 101:8, 103:3, 113:3, 121:2, 121:3, 124:7, 124:9, 124:10

**compact** [1] - 142:4

**companies** [8] - 27:13, 27:23, 55:4, 65:17, 67:11, 96:1, 99:23

**Company** [2] - 144:2, 147:25

**company** [2] - 27:25, 28:5, 28:7, 28:10, 28:12, 28:13, 28:15, 55:7, 55:11, 67:9, 98:23, 98:25, 99:6, 99:8, 99:9, 100:20, 121:22,

144:3, 148:2, 148:24, 151:13

**compare** [1] - 116:3

**compared** [5] - 30:24, 107:20, 114:8, 140:8, 140:13

**comparing** [3] - 81:19, 114:5, 140:25

**compartment** [1] - 80:10

**compel** [1] - 123:22

**competent** [1] - 138:5

**compiled** [1] - 149:17

**complete** [8] - 92:4, 116:5, 125:9, 129:23, 129:24, 130:1, 131:10, 153:3

**completely** [2] - 86:12, 107:23

**complex** [1] - 107:22

**complying** [2] - 52:1, 56:7

**composite** [11] - 76:13, 78:9, 78:14, 79:2, 79:10, 80:2, 81:8, 105:25, 118:24, 119:12

**computer** [22] - 10:13, 10:15, 10:18, 11:6, 37:10, 74:2, 93:12, 115:1, 115:2, 115:3, 115:4, 115:23, 121:5, 129:7, 134:8, 138:11, 138:15, 140:7, 140:25, 164:8

**conceal** [13] - 32:23, 46:7, 46:9, 47:6, 47:10, 47:22, 49:5, 50:1, 50:2, 50:13, 51:16, 55:1

**concern** [2] - 8:16, 8:17

**concerned** [5] - 6:12, 13:21, 110:16, 165:1, 165:9

**concerning** [2] - 64:15, 137:16

**conclude** [1] - 137:11

**concluded** [1] - 166:18

**concludes** [1] - 137:9

**concrete** [1] - 37:18

**condition** [2] - 18:21, 18:22

**conditions** [1] - 101:11

condo [2] - 23:15, 53:19

**condominium** [6] - 23:16, 83:13, 86:9, 86:15, 145:4

**condominiums** [2] - 85:9, 85:20

**condos** [3] - 23:20, 85:12

**conduct** [10] - 16:16, 32:5, 32:6, 94:2, 94:21, 96:4, 96:23, 96:25, 97:24, 98:15

**conducted** [3] - 72:7, 96:16, 162:8

**conducting** [6] - 32:18, 90:16, 102:4, 102:13, 108:16

**confer** [1] - 84:7

**confirmed** [1] - 110:14

**conflict** [2] - 164:22, 165:23

**conform** [1] - 137:8

**confused** [2] - 5:12, 5:15

**conjunction** [3] - 135:1, 164:3, 164:10

**connected** [2] - 158:15, 159:7

**connection** [2] - 100:3, 140:18

**connections** [1] - 100:2

**consequences** [1] - 19:15

**consider** [5] - 15:2, 15:6, 33:18, 52:7, 118:10

**considered** [2] - 14:1, 164:7

**considering** [1] - 15:12

**conspiracy** [8] - 31:14, 31:15, 31:23, 38:8, 46:2, 46:6, 46:17

**conspired** [1] - 32:1

**contact** [7] - 38:15, 87:2, 96:2, 96:6, 111:1, 127:12, 162:23

**contain** [2] - 104:24, 119:23

**contained** [18] - 72:1, 73:20, 73:25, 104:24, 105:3, 105:21, 120:1, 142:25, 144:14, 145:8, 154:10, 156:10, 156:23,

158:5, 158:8, 159:17, 160:23, 162:1

**contains** [1] - 106:3

**contemporaneousl y** [2] - 131:4, 131:5

**content** [4] - 110:1, 110:4, 121:20, 124:10

**contents** [4] - 102:25, 118:2, 134:20, 139:13

**context** [2] - 22:14, 133:19

**CONTINUED** [1] - 141:16

**continued** [1] - 120:21

**Continuum** [9] - 23:16, 77:22, 83:13, 83:19, 86:6, 86:15, 145:5, 146:7, 146:25

**contradicted** [1] - 15:17

**control** [2] - 14:13, 46:8

**controlled** [1] - 102:11

**conversation** [8] - 101:3, 108:21, 112:5, 112:7, 122:4, 122:9, 127:5

**conversation-by-conversation** [1] - 112:5

**conversations** [11] - 115:8, 115:9, 115:10, 115:19, 116:6, 120:17, 120:18, 137:17, 139:9, 139:17, 140:2

**convert** [1] - 22:18

**converted** [3] - 26:6, 51:18, 51:19

**converting** [1] - 32:19

**conveyed** [1] - 60:1

**convince** [4] - 42:22, 43:3, 43:6, 43:8

**cooperate** [4] - 34:16, 35:13, 53:20, 108:22

**cope** [1] - 42:15

**copied** [1] - 130:18

**copies** [8] - 69:7, 71:7, 72:2, 103:25, 105:20, 134:25, 162:2

**copy** [9] - 70:17, 115:14, 115:22, 129:8, 130:17, 135:23, 136:2, 156:24, 157:8

**Coral** [4] - 45:23, 49:2, 51:3, 147:14

**corner** [2] - 48:4, 74:24

**corporate** [2] - 152:4, 153:18

**Corporation** [1] - 5:1

**corporation** [2] - 55:6, 153:25

**Corporations** [2] - 152:2, 153:20

**Corps** [2] - 89:23, 91:25

**correct** [121] - 19:1, 63:20, 63:21, 66:5, 66:6, 66:9, 66:10, 68:22, 70:2, 70:3, 71:14, 71:15, 72:24, 72:25, 73:9, 73:10, 73:12, 73:16, 73:17, 73:20, 73:21, 73:25, 74:1, 74:23, 75:11, 75:12, 76:1, 78:4, 81:20, 81:21, 81:25, 82:11, 84:20, 84:23, 90:3, 90:6, 91:16, 94:9, 94:10, 94:23, 96:21, 97:24, 99:7, 100:13, 100:16, 101:6, 106:16, 106:21, 107:3, 108:3, 108:19, 114:1, 114:23, 114:24, 116:2, 116:4, 117:7, 117:10, 119:24, 119:25, 120:7, 120:11, 120:22, 120:25, 123:15, 123:21, 126:5, 131:9, 132:1, 142:1, 142:2, 142:7, 142:11, 143:11, 143:24, 143:25, 144:5, 146:20, 147:1, 147:5, 147:11, 147:12, 147:15, 147:21, 147:22, 147:24, 148:18, 148:19, 148:21, 149:15, 149:17, 149:23, 149:24, 150:17, 150:18, 151:16, 151:17, 151:25, 152:9, 152:20, 152:21, 154:5, 154:6, 154:16, 154:22, 155:3, 155:21, 155:22, 155:25, 156:7, 156:24, 157:3, 157:9, 157:14, 159:1,

159:2, 160:6, 160:7, 160:10, 160:13, 161:1

**correction** [2] - 96:5, 160:3

**correctly** [1] - 117:13

**corroborated** [5] - 36:7, 36:9, 36:10, 36:12

**corroboration** [1] - 36:6

**cosmetic** [1] - 161:3

**costs** [1] - 24:2

**counsel** [11] - 4:3, 20:14, 21:2, 39:14, 39:20, 40:23, 84:7, 84:9, 88:5, 111:19, 132:18

**counselor** [1] - 34:7, 34:14

**counselors** [4] - 34:4, 34:6, 42:13, 42:16

**Count** [29] - 29:7, 30:8, 30:17, 31:12, 31:13, 31:21, 31:23, 46:2, 46:22, 47:12, 47:24, 48:10, 48:15, 48:20, 48:24, 49:8, 50:4, 50:8, 50:9, 50:10, 50:16, 77:1, 77:12, 78:24, 79:9, 80:23, 81:22, 81:24

**count** [8] - 29:15, 29:23, 30:1, 31:14, 46:17, 48:15, 50:15, 79:3

**counterpart** [1] - 163:25

**counting** [5] - 21:9, 21:10, 21:11, 21:12

**countries** [4] - 94:20, 94:25, 95:3, 95:4

**country** [13] - 25:14, 32:11, 32:23, 54:15, 54:19, 56:6, 66:15, 92:11, 101:18, 101:21, 154:8, 154:20

**Country** [1] - 147:10

**counts** [12] - 24:13, 24:15, 29:1, 29:10, 29:17, 31:3, 38:10, 46:16, 73:19, 75:20, 76:23, 82:2

**Counts** [8] - 29:8, 31:21, 47:14, 77:14, 78:8, 78:13, 79:1, 80:1

**couple** [5] - 28:3, 58:5, 112:24, 129:3, 165:19

**couriers** [2] - 25:11, 26:22

**course** [11] - 5:4, 43:4, 43:5, 43:17, 58:18, 65:7, 72:6, 93:15, 130:13, 153:14, 162:7

**courses** [7] - 57:20, 93:18, 93:21, 93:24, 94:4, 94:11, 95:5

**COURT** [199] - 1:1, 4:1, 4:9, 4:14, 5:13, 5:18, 6:2, 6:24, 7:8, 7:21, 8:2, 8:7, 8:10, 8:12, 8:14, 8:19, 8:24, 9:2, 9:13, 9:18, 10:4, 10:11, 10:17, 10:20, 10:25, 11:3, 11:4, 11:5, 11:13, 11:17, 11:25, 12:4, 12:6, 12:8, 12:13, 12:14, 12:18, 12:20, 12:25, 38:13, 39:2, 39:12, 39:21, 39:23, 40:5, 40:7, 40:10, 40:12, 40:15, 40:20, 53:5, 54:8, 56:10, 56:15, 56:21, 60:12, 60:16, 60:19, 60:22, 61:1, 61:19, 61:21, 61:25, 62:10, 70:22, 71:1, 71:5, 71:9, 71:20, 72:13, 72:18, 72:20, 74:4, 75:3, 76:7, 76:15, 76:17, 78:10, 82:20, 84:4, 84:6, 84:8, 86:23, 86:25, 87:14, 87:20, 87:22, 87:24, 88:2, 88:14, 88:18, 88:21, 88:24, 89:6, 89:17, 104:5, 109:3, 109:6, 109:10, 109:18, 110:8, 110:21, 110:24, 111:14, 111:17, 112:2, 112:8, 112:10, 112:13, 112:15, 112:17, 112:20, 114:18, 116:11, 116:13, 116:16, 117:2, 117:5, 117:9, 117:15, 118:6, 118:14, 118:17, 118:23, 119:2, 119:7, 119:11, 119:18, 123:12, 127:8, 127:10, 127:24, 128:1, 128:5, 128:10, 128:16, 128:20, 129:15, 129:19, 129:23, 129:25,

131:14, 131:16, 131:22, 131:24, 132:5, 132:10, 132:13, 132:16, 132:24, 133:4, 133:6, 133:8, 133:25, 134:2, 134:4, 134:10, 134:12, 136:11, 136:18, 140:12, 141:11, 142:8, 142:10, 142:14, 142:20, 143:5, 143:19, 144:8, 144:19, 145:14, 145:23, 146:12, 148:12, 152:12, 152:16, 156:11, 156:13, 156:15, 156:19, 157:18, 158:13, 158:16, 158:20, 160:16, 161:9, 161:13, 161:23, 162:17, 163:13, 163:16, 164:17, 165:1, 165:7, 166:6, 166:9, 166:12, 166:15, 166:17

**court** [31] - 4:22, 5:2, 5:5, 5:23, 16:22, 20:3, 35:14, 62:4, 90:12, 97:15, 97:25, 98:5, 98:6, 98:7, 98:11, 98:14, 99:10, 110:23, 119:10, 121:15, 123:19, 123:20, 123:23, 124:6, 128:12, 136:3, 137:1, 137:11, 138:2, 163:8

**Court** [34] - 2:1, 2:2, 5:17, 7:6, 7:13, 7:24, 8:15, 9:11, 10:14, 11:10, 18:15, 29:5, 35:16, 36:2, 40:23, 61:2, 84:22, 110:10, 110:12, 112:1, 112:7, 118:10, 118:11, 128:3, 128:4, 135:3, 135:6, 135:8, 136:24, 138:17, 164:19, 167:8

**Court's** [2] - 9:9, 87:15

**courthouse** [2] - 13:18, 54:15

**COURTROOM** [4] - 12:1, 12:12, 40:6, 89:11

**courtroom** [20] - 8:5, 9:5, 12:16, 13:12, 19:7, 19:13, 20:2,

33:3, 38:25, 40:18, 52:13, 54:14, 87:12, 88:22, 109:16, 111:12, 112:18, 127:22, 141:9, 163:11

**covert** [1] - 84:14

**crack** [1] - 33:6

**create** [2] - 73:2, 114:25

**created** [2] - 114:23, 115:22

**creating** [1] - 9:10

**credibility** [1] - 15:21

**credible** [2] - 138:19, 140:23

**Credit** [1] - 144:15

**crime** [11] - 13:7, 17:6, 25:5, 31:9, 31:17, 31:20, 32:8, 32:10, 51:1, 56:1, 67:5

**crimes** [4] - 60:5, 92:19, 108:8, 108:14

**Criminal** [1] - 11:19

**criminal** [3] - 13:1, 15:22, 15:23

**Cristina** [5] - 4:6, 39:16, 88:8, 111:20, 132:19

**CRISTINA** [1] - 1:15

**Cross** [1] - 3:8

**cross** [5] - 20:14, 20:18, 110:11, 119:18, 128:12

**CROSS** [1] - 119:19

**cross-examination** [2] - 119:18, 128:12

**CROSS-EXAMINATION** [1] - 119:19

**cross-examine** [2] - 20:14, 20:18

**CRR** [2] - 2:1, 167:7

**crucial** [1] - 135:23

**crumble** [1] - 34:25

**crumbling** [1] - 34:20

**culled** [1] - 84:13

**cure** [1] - 136:6

**currency** [6] - 25:17, 51:5, 51:18, 152:24, 153:1, 159:6

**custodian** [2] - 71:24, 161:25

**customer** [1] - 55:17

**customers** [5] - 44:5, 45:10, 45:13, 55:18, 99:12

**Customs** [9] - 25:15, 32:12, 64:2, 151:16,

151:20, 151:21, 159:9, 159:12

**Cut** [2] - 78:2, 78:3

**Cynthia** [15] - 4:13, 39:20, 41:2, 45:25, 46:4, 46:15, 46:21, 47:1, 47:8, 47:23, 49:7, 50:8, 50:12, 50:15, 88:12

---

# D

**d/b/a** [1] - 147:10

**Dade** [3] - 48:20, 64:4, 147:19

**Daniel** [1] - 4:7

**dash** [1] - 68:25

**data** [13] - 70:8, 100:19, 100:22, 101:4, 101:8, 103:1, 106:10, 106:16, 113:11, 138:11, 138:15, 151:22

**database** [4] - 64:21, 109:15, 110:15, 115:4

**DATE** [1] - 167:7

**date** [9] - 31:22, 106:9, 106:22, 121:14, 121:17, 157:12, 166:7

**dates** [2] - 121:12, 162:20

**David** [7] - 35:10, 52:15, 60:10, 61:13, 62:20, 63:2, 159:21

**days** [1] - 122:19

**daytime** [1] - 122:7

**DC** [2] - 135:20, 136:3

**de** [3] - 27:20, 159:22, 159:23

**deal** [4] - 35:21, 42:24, 52:17, 52:23

**dealer** [6] - 30:11, 42:23, 43:1, 43:3, 43:6, 43:22

**dealership** [6] - 51:8, 51:23, 52:5, 55:16, 55:20, 55:24

**dealerships** [1] - 31:6

**dealing** [1] - 9:20

**deals** [2] - 43:7, 133:23

**dealt** [1] - 35:1

**debate** [1] - 44:6

**debit** [1] - 48:3

**decades** [5] - 43:13, 52:12, 52:14, 53:21,

53:25

**December** [1] - 28:11

**decide** [11] - 13:5, 13:11, 15:8, 19:24, 20:22, 22:20, 35:24, 35:25, 36:2, 43:9, 135:4

**decided** [2] - 33:24, 137:25

**decides** [1] - 43:19

**deciding** [2] - 15:2, 135:6

**decision** [9] - 18:17, 19:6, 19:12, 136:20, 137:13, 137:14, 137:15, 137:22, 138:2

**decisions** [2] - 21:4, 21:6

**declaration** [4] - 25:15, 32:12, 159:10, 159:12

**declarations** [1] - 151:22

**declare** [3] - 52:5, 56:1, 159:8

**declared** [1] - 160:12

**declaring** [1] - 160:9

**decorations** [1] - 150:1

**deemed** [2] - 133:16, 135:25

**defendant** [1] - 1:8

**Defendant** [33] - 4:12, 11:19, 11:20, 11:22, 13:6, 14:10, 14:12, 15:24, 15:25, 16:2, 16:5, 16:7, 18:6, 20:14, 20:16, 21:6, 21:13, 23:6, 26:20, 26:21, 27:10, 27:14, 30:7, 31:25, 36:17, 38:7, 62:8, 111:23, 117:6, 136:25, 140:18, 151:10, 161:4

**DEFENDANT** [1] - 1:18

**defendant's** [1] - 16:9

**Defendant's** [3] - 16:11, 20:11, 27:17, 25:23

**defense** [3] - 68:4, 87:16, 130:9

**defensive** [1] - 57:23

**defines** [2] - 138:14, 163:24

**definitely** [1] - 7:19

**definitions** [2] - 19:9, 163:17

**degree** [1] - 91:14,

93:13

**degrees** [1] - 138:22

**Del** [1] - 157:11

**Delgado** [1] - 159:21

**deli** [1] - 28:2

**deliberations** [1] - 18:16

**demand** [1] - 45:8

**demonstrate** [1] - 136:25

**denied** [1] - 53:15

**denomination** [1] - 150:21

**department** [4] - 92:16, 93:21, 95:11, 102:7

**Department** [12] - 34:5, 64:4, 66:3, 66:17, 152:1, 152:24, 153:5, 153:10, 159:1, 159:25, 160:5

**depicted** [2] - 77:18, 81:13

**depose** [1] - 118:19

**deposit** [5] - 26:4, 31:4, 32:13, 32:15, 154:15

**deposited** [2] - 26:8, 32:20

**DEPUTY** [4] - 12:1, 12:12, 40:6, 89:11

**describe** [1] - 129:9

**described** [5] - 110:3, 120:2, 130:20, 139:16, 139:20

**describing** [1] - 139:24

**descriptive** [1] - 134:9

**deserves** [1] - 13:24

**design** [5] - 47:22, 50:13, 50:25, 55:2

**designed** [2] - 19:14, 97:5

**desperate** [2] - 52:12

**detail** [5] - 32:25, 58:24, 58:25, 59:3, 59:4

**detailed** [2] - 13:4, 25:23

**details** [1] - 165:6

**determination** [1] - 138:3

**determine** [4] - 13:6, 124:12, 138:3, 149:12

**determined** [1] - 138:17

**determining** [2] - 15:20, 135:8

**device** [10] - 8:25, 10:8, 17:8, 18:1, 38:19, 87:6, 111:5, 121:3, 127:16, 163:2

**dialed** [1] - 113:12

**difference** [2] - 13:21, 40:4

**different** [31] - 25:8, 27:8, 27:9, 27:10, 31:12, 33:18, 44:14, 58:16, 59:5, 64:15, 64:25, 65:5, 66:18, 67:10, 67:16, 68:20, 70:5, 70:14, 75:14, 76:23, 92:9, 99:23, 101:18, 107:6, 107:8, 107:15, 107:23, 121:1, 141:20, 156:21

**difficult** [1] - 37:24

**digital** [1] - 131:11

**diplomatic** [2] - 66:13, 66:14

**dire** [5] - 9:24, 109:12, 110:11, 114:16, 116:9

**direct** [5] - 13:22, 27:12, 100:11, 102:24, 158:2

**DIRECT** [3] - 56:22, 89:19, 141:16

**Direct** [1] - 3:8

**directed** [2] - 117:10

**directly** [5] - 31:6, 65:3, 66:11, 82:2, 95:15

**dirty** [6] - 24:8, 25:5, 28:22, 28:23, 32:3, 32:6

**disbelieve** [1] - 13:23

**disc** [22] - 70:9, 72:23, 73:2, 73:25, 74:7, 106:4, 112:4, 113:7, 114:11, 114:22, 114:25, 129:10, 130:24, 140:7, 142:4, 142:25, 143:24, 146:3, 149:4, 151:24, 156:1, 160:23

**disclosed** [5] - 49:25, 50:22, 54:25, 55:7, 55:13

**discloses** [1] - 51:7

**discord** [2] - 42:3, 43:14

**discretion** [1] - 138:3

**discs** [3] - 70:2, 74:8, 145:8

**discuss** [10] - 8:22, 14:4, 16:22, 16:25,

38:14, 87:1, 110:25, 127:11, 138:6, 162:22

**discussed** [6] - 8:20, 8:21, 17:9, 18:19, 18:22, 116:25

**discussion** [1] - 84:9

**discussions** [3] - 17:11, 17:15, 18:16

**disguise** [12] - 32:7, 32:24, 46:7, 46:9, 47:6, 47:22, 50:1, 50:3, 50:14, 51:16, 55:2

**dismiss** [1] - 6:17

**dispute** [4] - 42:4, 42:8, 42:16, 43:14

**disregard** [1] - 15:1

**distinction** [1] - 124:7

**distinctive** [5] - 134:19, 134:21, 134:23, 139:11, 139:13

**distinguish** [1] - 121:1

**distract** [1] - 19:25

**distributing** [1] - 21:23

**District** [1] - 2:2

**district** [3] - 137:1, 137:11, 138:2

**DISTRICT** [3] - 1:1, 1:1, 1:11

**disturbed** [1] - 138:4

**Division** [1] - 152:2, 153:19

**DIVISION** [1] - 1:2

**divorce** [1] - 83:10

**doctors** [1] - 161:16

**document** [10] - 50:13, 54:24, 68:1, 75:4, 75:5, 113:23, 137:18, 138:13, 156:23, 157:15

**documents** [26] - 47:1, 47:16, 54:4, 61:7, 67:16, 67:21, 67:22, 68:2, 68:3, 68:16, 69:3, 69:15, 71:10, 72:1, 73:2, 73:20, 73:24, 75:13, 75:21, 144:15, 144:25, 145:8, 156:3, 156:10, 162:1

**DOJ** [2] - 66:15, 66:16

**Dolce** [1] - 151:14

**dollar** [1] - 23:15

**dollars** [7] - 21:22, 22:18, 24:3, 26:6,

51:18, 51:20, 55:10

**domestic** [7] - 34:1, 34:4, 42:4, 42:8, 42:13, 42:16, 43:14

**Dominican** [1] - 40:1

**done** [6] - 7:14, 22:7, 30:15, 53:16, 66:11, 66:19, 67:17, 67:20, 92:3, 110:2, 113:3, 122:13, 122:16, 122:21, 125:23, 166:4

**door** [2] - 39:3, 79:14, 80:8

**doubt** [4] - 16:12, 38:7, 45:20, 46:14

**down** [13] - 5:6, 44:11, 46:7, 47:4, 74:18, 74:23, 75:8, 77:25, 97:10, 106:22, 127:8, 127:24, 163:14

**download** [3] - 140:7, 140:24

**downloading** [1] - 117:20

**Downtown** [1] - 44:25

**draw** [2] - 71:12, 103:16

**drawing** [7] - 77:1, 81:4, 83:2, 107:10, 150:4, 151:15, 153:11

**drive** [4] - 21:7, 45:17, 164:9

**Drive** [8] - 77:2, 77:10, 77:15, 77:21, 85:1, 86:5, 86:13, 86:14

**driving** [1] - 24:1

**Drug** [2] - 58:14, 64:1

**drug** [43] - 21:14, 23:1, 24:15, 24:17, 24:20, 25:2, 25:4, 28:13, 29:11, 29:13, 29:18, 31:9, 33:9, 35:9, 38:1, 38:2, 38:5, 38:11, 42:23, 42:24, 43:1, 43:3, 43:6, 43:7, 43:22, 51:16, 52:4, 52:15, 52:17, 52:20, 52:22, 52:25, 53:9, 53:11, 54:18, 55:22, 58:7, 58:16, 58:17, 60:6, 91:1, 108:9

**drug-traffic** [1] - 24:17

**drug-trafficking** [3] - 53:9, 58:7, 58:17

**drugs** [5] - 24:23,

30:25, 44:4, 91:2,
108:12

**duly** [1] - 12:24

**dump** [1] - 129:7

**dumped** [1] - 115:1

**duplicate** [8] - 72:2,
115:13, 141:6, 162:2,
163:24, 164:3, 164:4,
164:6

**duplicates** [1] -
128:21

**duplicating** [1] -
124:3

**duration** [3] - 6:15,
101:1, 106:9

**during** [22] - 5:4,
6:12, 9:24, 16:24,
40:25, 43:3, 43:5,
43:17, 44:23, 58:6,
58:18, 59:12, 65:7,
69:4, 103:8, 120:25,
121:8, 121:11, 122:7,
122:16, 127:5, 153:14

**duties** [3] - 95:17,
95:18, 151:20

**duty** [3] - 5:4, 13:2,
13:5

**DVD** [2] - 74:10,
117:20

**dynamics** [1] - 7:18

# E

**e-mail** [6] - 5:2,
17:21, 66:25, 67:3,
67:10, 67:14

**e-mails** [2] - 67:11,
93:20

**early** [1] - 120:19

**earphones** [1] - 4:15

**Earth** [1] - 17:8

**easier** [1] - 90:5

**easiest** [1] - 90:11

**East** [2] - 45:11,
85:19

**eat** [3] - 9:25, 22:9,
39:8

**education** [2] - 91:5,
91:20

**Educational** [1] -
144:15

**EDWARDS** [2] - 2:1,
167:7

**Edwards** [1] - 167:7

**effort** [5] - 47:6,
47:10, 50:1, 51:1,
115:13

**eight** [2] - 73:3,
74:11

**either** [20] - 9:7,
13:23, 16:18, 25:9,
26:6, 26:7, 38:14,
42:17, 69:22, 87:1,
110:5, 110:25, 121:4,
124:13, 126:24,
127:11, 128:15,
131:9, 131:10, 162:22

**El** [4] - 161:25,
162:2, 162:9, 162:13

**elapsed** [1] - 124:21

**electricity** [1] - 21:5

**electronic** [3] -
17:17, 93:20, 164:1

**electronically** [1] -
163:21

**Eleventh** [11] -
133:2, 136:19,
136:24, 137:17,
137:22, 138:2, 138:6,
138:8, 164:21, 165:3,
165:17

**ELMO** [9] - 10:7,
10:15, 10:16, 10:17,
10:20, 10:24, 60:11,
60:14, 76:20

**elsewhere** [1] -
59:10

**embassy** [3] - 58:25,
59:7, 59:25

**emerging** [1] - 93:23

**emphasize** [1] -
17:18

**empire** [6] - 24:7,
33:4, 33:6, 34:20,
34:25

**employer** [2] - 8:14,
16:20

**Enano** [1] - 23:3

**encountered** [1] -
126:11

**encouraged** [2] -
6:9, 6:10

**encrypted** [3] -
100:23, 103:2, 103:4

**end** [20] - 13:3, 13:8,
15:21, 16:5, 29:1,
30:7, 32:25, 37:21,
37:25, 38:6, 45:2,
45:8, 45:15, 48:25,
50:6, 118:13, 121:14,
121:17, 141:14,
161:20

**ended** [2] - 33:3,
34:2

**ends** [1] - 101:3

**enemy** [1] - 23:2

**Enforcement** [2] -
64:1, 64:2

**enforcement** [4] -

95:25, 96:3, 96:7,
122:3

**engage** [1] - 92:5

**engaged** [1] - 51:2

**engaging** [2] - 55:20,
56:6

**engine** [3] - 79:7,
80:10, 80:12

**engineer** [1] - 93:12

**English** [5] - 28:2,
90:2, 90:9, 90:11,
157:24

**enjoy** [1] - 163:9

**enter** [1] - 156:9

**entered** [27] - 8:5,
12:16, 40:18, 61:24,
70:24, 72:15, 76:11,
76:19, 88:22, 112:18,
116:18, 119:13,
141:9, 142:16,
142:22, 143:7,
143:21, 144:10,
144:21, 145:16,
145:25, 146:16,
148:15, 152:15,
156:17, 158:22,
160:19

**entire** [5] - 8:15,
37:7, 42:25, 102:1,
158:10

**entities** [4] - 64:25,
65:5, 65:18, 152:4

**entitled** [2] - 20:6,
167:4

**entity** [6] - 68:24,
90:15, 143:15,
146:22, 151:4, 160:21

**entrance** [1] - 77:9

**Enzo** [6] - 23:23,
23:25, 24:5, 50:17,
55:12, 80:3

**equivalent** [3] -
153:18, 156:5, 164:1

**err** [1] - 137:11

**erred** [1] - 137:1

**error** [2] - 133:12,
136:22

**escalated** [1] - 33:25

**ESQ** [4] - 1:14, 1:15,
1:18, 1:21

**essence** [1] - 134:22

**essential** [1] - 97:25

**essentially** [1] - 46:3

**establish** [1] -
109:25

**established** [7] -
99:21, 117:18,
122:15, 124:7,
124:10, 135:12,
138:19

**estate** [1] - 46:20

**Europe** [12] - 21:15,
21:16, 21:23, 28:21,
41:19, 45:11, 45:21,
51:19, 52:18, 55:17,
55:18, 95:4

**European** [1] - 94:22

**Europol** [2] - 94:21,
94:22

**euros** [10] - 21:22,
22:17, 22:18, 25:11,
26:3, 26:6, 26:24,
32:19, 51:18

**evaluate** [1] - 18:23

**evasion** [1] - 54:22

**event** [3] - 42:8,
164:23, 165:4

**eventually** [1] - 60:2

**everywhere** [1] -
45:10

**evidence** [129] -
11:12, 13:11, 13:12,
13:14, 13:16, 13:18,
13:19, 13:22, 13:23,
13:24, 13:25, 14:4,
14:6, 14:7, 14:11,
14:14, 14:25, 15:1,
15:3, 15:4, 15:5,
15:17, 15:19, 16:6,
16:10, 18:23, 19:7,
20:10, 20:13, 20:19,
20:21, 28:14, 28:19,
36:5, 36:7, 36:8, 38:6,
41:5, 41:7, 41:8, 41:9,
41:10, 42:25, 43:23,
44:1, 44:22, 47:2,
47:17, 48:11, 48:18,
50:12, 50:13, 52:3,
52:6, 52:7, 52:16,
53:23, 54:1, 54:7,
54:10, 54:11, 54:21,
55:3, 55:14, 56:2,
56:4, 61:18, 61:24,
67:5, 70:21, 70:25,
72:12, 72:16, 76:6,
76:12, 76:19, 84:4,
108:25, 114:14,
116:19, 116:21,
119:14, 131:1, 135:5,
135:6, 135:9, 137:2,
137:5, 137:19,
137:20, 137:23,
138:5, 138:10,
138:25, 139:2, 139:4,
139:24, 140:22, 142:8, 142:9,
142:12, 142:17,
142:19, 142:23,
143:8, 143:18,
143:22, 144:11,

144:22, 145:17,
146:1, 146:16, 148:9,
148:15, 152:10,
152:15, 156:9,
156:18, 158:12,
158:18, 158:23,
160:14, 160:19,
161:21

**Evidence** [3] - 14:13,
14:16, 138:12

**EVIDENCE** [1] - 3:14

**ex** [1] - 62:16

**ex-wife** [1] - 62:16

**exact** [4] - 115:14,
122:13, 162:20,
165:24

**exactly** [5] - 7:23,
45:22, 136:2, 139:16,
165:13

**EXAMINATION** [5] -
56:22, 89:19, 119:19,
125:13, 141:16

**examination** [2] -
119:18, 128:12

**examine** [2] - 20:14,
20:18

**example** [7] - 14:9,
27:25, 29:20, 30:3,
32:18, 65:16, 118:4

**examples** [5] -
29:17, 31:8, 31:11,
134:14, 137:8

**except** [2] - 44:12,
135:6

**exception** [1] - 65:12

**excess** [3] - 22:13,
31:8, 49:18

**exchange** [3] -
26:24, 43:20

**exclusive** [1] - 23:19

**excuse** [4] - 5:7,
7:19, 9:18, 82:16

**excused** [9] - 4:25,
6:25, 7:8, 8:12, 8:20,
127:9, 127:25, 128:1,
163:15

**execute** [1] - 57:21

**executed** [2] - 66:23,
155:1

**Exhibit** [138] - 3:15,
3:15, 3:16, 3:16, 3:17,
3:18, 3:18, 3:19, 3:19,
3:20, 3:20, 3:21, 3:21,
3:22, 3:22, 3:23, 3:23,
3:24, 3:24, 3:25, 61:3,
61:23, 62:12, 62:17,
70:17, 70:21, 70:23,
70:24, 71:12, 71:16,
71:19, 72:1, 72:12,
72:13, 72:15, 72:23,

10

73:5, 73:6, 74:11, 74:14, 75:19, 75:21, 75:22, 76:10, 76:18, 76:22, 76:24, 77:4, 77:8, 77:17, 78:9, 78:23, 79:2, 79:10, 80:2, 80:22, 80:25, 81:8, 81:13, 81:19, 82:5, 83:2, 84:2, 84:24, 85:14, 85:25, 104:7, 104:17, 104:23, 104:25, 105:6, 105:18, 105:22, 105:24, 106:5, 106:19, 108:25, 113:20, 114:4, 114:10, 114:11, 114:14, 114:22, 115:12, 115:21, 116:15, 116:17, 116:18, 116:23, 119:11, 119:13, 119:22, 141:19, 141:21, 141:24, 142:13, 142:14, 142:16, 142:18, 142:21, 142:22, 142:25, 143:6, 143:7, 143:17, 143:20, 143:21, 144:8, 144:10, 144:19, 144:21, 145:14, 145:16, 145:24, 145:25, 146:15, 148:14, 148:17, 152:1, 152:14, 153:4, 155:4, 155:11, 155:17, 156:9, 156:16, 156:17, 156:24, 157:15, 158:16, 158:21, 158:22, 158:25, 160:18, 161:22, 161:24, 162:2, 162:11

**exhibit** [11] - 13:14, 14:15, 14:19, 14:20, 61:1, 71:13, 77:18, 154:11, 155:20, 158:5, 158:11

**Exhibits** [11] - 61:22, 69:16, 76:2, 76:8, 78:14, 146:12, 146:13, 148:10, 148:13, 152:13, 160:17

**exhibits** [11] - 69:10, 69:21, 70:8, 70:12, 70:14, 75:15, 109:2, 112:1, 140:19, 141:20, 141:23

**EXHIBITS** [1] - 3:14
**exist** [1] - 18:8
**existed** [1] - 116:7
**exists** [1] - 135:5
**exited** [5] - 38:25, 87:12, 111:12, 127:22, 163:11
**expect** [1] - 54:13
**expensive** [1] - 45:3
**experience** [3] - 45:17, 122:17, 126:7
**explain** [10] - 13:1, 13:8, 13:10, 57:21, 59:2, 64:18, 65:23, 67:24, 125:4, 149:3
**explained** [3] - 6:4, 124:5, 130:14
**Express** [1] - 26:5, 26:7, 26:10, 26:13, 26:15, 26:19, 26:23, 51:19, 149:23
**extensively** [1] - 140:1
**extent** [2] - 118:11, 158:11
**extradited** [2] - 52:21, 53:1

**F**

**F.2d** [2] - 135:20, 135:21
**F.3d** [3] - 137:14, 137:21, 138:1
**F.Appendix** [1] - 133:7, 136:20
**Fabiani** [8] - 35:3, 35:4, 53:14, 60:9, 61:13, 62:18, 63:2, 159:23
**face** [2] - 17:19
**facie** [3] - 137:20, 137:23, 164:12
**facilitate** [2] - 88:19, 89:2
**facing** [1] - 53:21
**fact** [10] - 13:16, 13:20, 17:14, 19:5, 21:15, 44:22, 56:7, 64:12, 105:3, 105:7
**factors** [1] - 15:19
**facts** [1] - 54:6
**fair** [6] - 16:17, 18:12, 18:13, 19:2, 19:11, 19:14
**familiar** [6] - 69:16, 97:12, 97:14, 153:13, 153:15
**family** [6] - 28:3,

41:21, 44:8, 44:15, 45:12, 47:20
**fanciful** [1] - 36:16
**far** [2] - 13:21, 23:10
**fashion** [1] - 141:22
**fast** [2] - 45:3, 132:8
**faster** [1] - 60:21
**FBI** [49] - 4:7, 33:8, 33:11, 34:7, 34:8, 34:15, 34:16, 34:19, 35:13, 36:15, 36:17, 36:24, 41:22, 41:25, 42:2, 42:4, 43:3, 43:5, 43:15, 43:19, 43:20, 56:12, 57:9, 57:14, 57:18, 57:24, 59:18, 63:6, 63:11, 63:14, 63:23, 64:8, 64:12, 64:15, 64:19, 65:3, 65:4, 67:1, 69:3, 70:4, 80:18, 80:20, 83:5, 83:20, 83:25, 84:15
**Federal** [6] - 42:9, 42:20, 43:20, 56:25, 138:11, 144:15
**federal** [4] - 42:21
**fellow** [2] - 19:24, 23:1
**Fernandez** [11] - 3:11, 89:9, 89:14, 90:2, 112:24, 114:20, 119:21, 124:2, 125:15, 138:18, 159:21
**FERNANDEZ** [2] - 89:10, 89:15
**Ferrari** [9] - 21:7, 22:21, 23:23, 23:25, 24:1, 31:3, 50:17, 55:12, 80:3
**Ferraris** [2] - 44:14, 45:1
**few** [6] - 31:11, 86:8, 120:2, 120:5, 122:19, 131:18
**Fidelity** [1] - 145:21
**Fifth** [2] - 128:9, 135:22
**figuring** [1] - 42:18
**file** [4] - 39:24, 54:5, 74:16, 115:25
**filed** [5] - 84:13, 84:22, 85:9, 85:20, 86:9
**files** [7] - 44:2, 74:11, 116:7, 129:8, 134:23, 149:20
**fill** [8] - 7:16, 25:18, 25:25, 49:18, 51:24, 55:25, 159:7, 159:14

**filled** [3] - 49:16, 49:22, 50:2
**filling** [1] - 26:10
**fills** [1] - 51:9
**final** [3] - 18:17, 125:17
**finally** [2] - 19:3, 43:8
**financial** [5] - 32:6, 65:17, 70:5, 108:14, 153:2
**fine** [6] - 11:2, 87:22, 90:13, 110:7, 112:10, 165:25
**finish** [1] - 121:9
**finished** [3] - 5:23, 91:20, 92:14
**finishes** [1] - 92:2
**finishing** [1] - 4:23
**fire** [1] - 37:15
**firearms** [1] - 57:23
**firm** [2] - 145:2, 146:7
**first** [53] - 4:19, 6:3, 8:2, 8:8, 8:10, 10:15, 11:19, 15:24, 18:20, 20:8, 23:13, 23:21, 31:4, 33:7, 34:10, 36:19, 37:14, 46:1, 46:16, 56:10, 57:25, 58:1, 59:17, 62:2, 64:8, 68:13, 68:17, 71:16, 74:8, 74:16, 74:18, 74:19, 74:24, 81:22, 88:20, 89:3, 91:7, 92:16, 92:17, 95:7, 95:10, 97:1, 105:12, 106:12, 106:24, 108:18, 128:18, 130:21, 141:25, 143:11, 148:17, 157:24, 158:1
**five** [8] - 39:8, 46:6, 59:11, 111:10, 111:14, 132:10, 132:11, 132:13
**fixed** [1] - 49:11
**flake** [2] - 24:11, 24:18, 41:18, 41:22, 41:24, 43:23, 52:10, 53:23, 54:18
**flakes** [1] - 52:11
**flight** [2] - 108:4, 108:5
**floor** [5] - 36:19, 37:14, 37:16, 78:5, 78:7
**Floor** [2] - 2:3, 167:8
**FLORIDA** [1] - 1:1
**Florida** [25] - 1:4,

1:17, 1:20, 1:23, 2:3, 23:15, 24:8, 25:8, 38:4, 44:24, 45:7, 45:16, 48:16, 57:6, 57:8, 58:14, 60:3, 63:5, 122:25, 144:15, 152:1, 153:5, 153:10, 153:24, 167:9
**fluent** [1] - 157:20
**fly** [1] - 25:12
**focus** [2] - 40:3, 59:13
**folks** [1] - 55:15
**follow** [3] - 13:9, 16:15, 20:16, 68:13
**followed** [1] - 19:16
**following** [22] - 8:6, 9:6, 12:17, 19:18, 39:1, 39:11, 40:19, 71:23, 87:13, 88:1, 88:23, 109:4, 110:22, 111:13, 111:16, 112:19, 117:3, 119:9, 127:23, 132:15, 141:10, 163:12
**FOR** [3] - 1:14, 1:18, 3:9
**force** [2] - 58:13, 58:14, 58:15, 63:19, 64:5, 90:15
**forces** [1] - 92:13
**foregoing** [1] - 167:3
**foreign** [2] - 65:24, 87:18
**foremost** [1] - 33:7
**form** [23] - 25:15, 25:24, 25:25, 26:10, 29:9, 49:15, 49:17, 49:22, 51:7, 51:12, 51:24, 55:5, 102:19, 123:9, 130:17, 149:20, 159:7, 159:10, 159:12, 159:13, 159:16
**Form** [1] - 51:8
**formal** [2] - 93:10, 154:25
**format** [1] - 116:24
**former** [1] - 23:2
**formerly** [2] - 142:7, 146:6, 146:23
**forms** [3] - 13:13, 50:2, 56:1
**Formula** [2] - 48:24, 147:21
**forth** [6] - 19:15, 68:14, 72:4, 73:14, 75:5, 162:5
**forward** [2] - 130:16
**forwarded** [2] - 60:3,

98:15

**foundation** [1] - 33:7
**Fountain** [4] - 128:9, 133:24, 135:21, 136:3
**four** [5] - 72:8, 85:11, 85:12, 86:13, 107:8
**free** [1] - 135:8
**Friday** [1] - 164:18
**friend** [1] - 35:10
**friends** [1] - 41:21
**front** [7] - 27:23, 37:10, 37:11, 77:9, 81:4, 106:19, 113:20
**fugitive** [1] - 92:20
**full** [5] - 22:10, 56:16, 86:12, 86:21, 116:5
**fully** [2] - 50:21, 51:7
**function** [1] - 115:23
**functional** [1] - 124:16
**funds** [1] - 46:8
**furniture** [1] - 161:8

**G**

**G-i-s-m-e-r-o** [1] - 89:15
**G001-0001** [1] - 74:25
**G01** [1] - 68:12
**G1** [1] - 68:17
**G2** [1] - 68:25
**G55** [3] - 30:8, 80:24, 81:5
**G55K** [1] - 51:4
**Gabbana** [1] - 151:14
**Gables** [4] - 45:23, 49:2, 51:3, 147:14
**Gaitan** [1] - 4:8
**gallery** [1] - 11:5
**García** [1] - 22:4
**gateway** [1] - 100:4
**general** [3] - 29:5, 64:21, 129:4
**generally** [13] - 43:10, 57:17, 57:19, 59:2, 59:8, 65:15, 68:6, 103:5, 122:16, 122:21, 124:22, 129:5, 153:17
**generated** [2] - 153:6, 160:1
**generous** [1] - 10:3
**gentleman** [3] - 22:3, 23:2, 62:7
**gentlemen** [15] - 20:25, 21:2, 21:21,

22:24, 23:24, 24:17, 30:15, 35:15, 37:21, 40:24, 48:13, 64:18, 88:25, 89:21, 91:6
**genuine** [2] - 141:4, 164:4
**geographically** [1] - 107:20
**giant** [1] - 149:13
**Gismero** [5] - 3:11, 89:9, 89:14, 89:21, 138:19
**GISMERO** [1] - 89:10
**given** [12] - 20:2, 25:23, 67:22, 68:1, 94:17, 103:18, 103:22, 106:24, 113:17, 114:3, 125:7, 149:20
**goal** [1] - 42:22
**God** [4] - 149:25, 150:1, 151:5
**gold** [1] - 150:11
**GONZALEZ** [144] - 1:14, 4:5, 5:15, 6:1, 6:20, 7:11, 7:22, 9:10, 10:2, 10:13, 10:24, 11:2, 20:24, 21:2, 39:16, 53:3, 54:6, 56:11, 56:20, 56:23, 60:11, 60:13, 60:18, 60:20, 60:23, 61:2, 61:4, 61:17, 62:1, 62:8, 62:11, 70:20, 71:2, 71:7, 71:10, 71:11, 71:18, 71:21, 72:21, 72:22, 74:2, 74:5, 75:6, 76:5, 76:13, 76:16, 76:20, 76:21, 78:11, 78:12, 82:22, 82:23, 84:5, 84:10, 86:24, 87:15, 87:23, 88:7, 88:18, 89:5, 89:8, 89:16, 89:18, 89:20, 96:9, 96:10, 104:4, 104:6, 108:24, 109:17, 109:22, 110:6, 110:17, 111:20, 112:9, 112:12, 112:22, 112:23, 114:13, 116:15, 116:20, 117:8, 117:11, 117:23, 119:1, 119:16, 123:9, 125:14, 127:7, 128:2, 129:21, 129:24, 131:23, 132:19, 134:13, 140:11, 141:15, 141:17,

142:9, 142:12, 142:18, 142:24, 143:3, 143:9, 143:17, 143:23, 144:6, 144:12, 144:17, 144:23, 145:12, 145:18, 145:22, 146:2, 146:10, 146:17, 146:18, 148:9, 148:16, 152:10, 152:17, 152:18, 156:8, 156:12, 156:14, 156:20, 157:1, 157:17, 157:19, 158:10, 158:14, 158:17, 158:24, 160:14, 160:20, 161:11, 161:14, 161:20, 161:24, 162:10, 162:15, 165:22, 166:7, 166:11
**Gonzalez** [17] - 3:4, 4:6, 10:23, 39:16, 72:17, 88:8, 110:13, 111:20, 112:8, 112:21, 116:14, 129:20, 132:19, 134:12, 139:12, 141:13, 161:10
**Google** [2] - 17:8, 18:3
**Gorete** [1] - 159:24
**Government** [47] - 10:12, 11:9, 11:21, 16:1, 16:4, 16:11, 20:8, 20:13, 20:17, 29:3, 41:25, 42:9, 42:20, 43:2, 43:21, 43:25, 49:23, 51:15, 51:24, 52:8, 52:23, 53:1, 53:20, 54:20, 65:24, 78:1, 78:3, 112:6, 117:16, 136:6, 136:10, 136:11, 136:14, 136:15, 136:16, 139:2, 140:9, 140:14, 140:17, 140:20, 140:21, 141:1, 141:2, 151:18, 154:25, 157:6, 164:11
**GOVERNMENT** [4] - 1:14, 3:9, 56:14, 89:10
**government's** [1] - 142:18
**Government's** [140] - 3:15, 3:15, 3:16, 3:16, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21,

3:21, 3:22, 3:22, 3:23, 3:23, 3:24, 3:24, 3:25, 20:16, 61:3, 61:21, 61:23, 62:12, 62:17, 69:16, 70:17, 70:21, 70:22, 70:24, 71:12, 71:16, 71:19, 72:1, 72:11, 72:13, 72:15, 72:23, 73:5, 73:6, 75:22, 76:2, 76:7, 76:10, 76:18, 76:22, 76:23, 77:4, 77:8, 77:17, 78:9, 78:14, 78:23, 79:1, 79:10, 80:2, 80:22, 80:25, 81:8, 81:13, 81:19, 82:5, 83:2, 84:2, 84:24, 85:14, 85:25, 104:7, 104:17, 104:23, 104:24, 105:6, 105:18, 105:21, 105:24, 106:4, 106:19, 108:25, 113:20, 114:4, 114:10, 114:11, 114:14, 114:22, 115:12, 115:21, 116:15, 116:16, 116:18, 116:22, 119:13, 119:22, 141:18, 141:24, 142:13, 142:14, 142:16, 142:20, 142:22, 142:25, 143:5, 143:7, 143:17, 143:19, 143:21, 144:8, 144:10, 144:19, 144:21, 144:14, 145:16, 145:23, 145:25, 146:13, 146:15, 148:10, 148:12, 148:14, 148:17, 152:1, 152:12, 152:14, 153:4, 155:4, 155:11, 155:17, 156:9, 156:15, 156:17, 156:24, 158:20, 158:22, 158:25, 160:16, 160:18, 161:22, 161:24, 162:1, 162:11
**governmental** [1] - 95:21
**graduated** [1] - 57:24
**graduations** [1] - 165:10
**Grand** [7] - 68:15, 73:7, 73:10, 73:12,

74:17, 75:19, 75:21
**grand** [13] - 65:8, 65:11, 65:12, 65:16, 67:15, 68:9, 68:10, 68:12, 69:4, 69:22, 73:1, 74:20, 75:14
**granted** [1] - 97:2
**grass** [1] - 13:17
**greater** [2] - 20:6, 130:11
**green** [2] - 22:9, 62:7
**Greenberg** [1] - 145:1
**grounds** [1] - 131:13
**Group** [13] - 107:11, 107:13, 107:15, 107:16, 107:17, 107:18, 107:20, 107:22, 107:23, 107:24, 108:10, 145:21, 147:18
**group** [19] - 92:18, 97:18, 98:5, 101:14, 102:6, 102:8, 102:9, 107:1, 107:6, 107:15, 107:16, 107:17, 107:24, 107:25, 108:12, 108:20, 108:22, 139:19, 139:20
**groups** [13] - 94:24, 96:14, 96:16, 96:24, 107:6, 107:8, 107:21, 108:7, 108:16, 108:17, 139:18, 140:5
**Grove** [6] - 23:19, 29:22, 83:14, 83:22, 86:19, 144:4
**guarantee** [1] - 19:14
**Guard** [1] - 92:12
**Guardia** [1] - 92:12
**Gucci** [3] - 151:7, 151:8, 151:10
**guess** [6] - 10:7, 14:23, 79:18, 110:11, 110:24, 150:2
**guide** [1] - 74:7
**guidelines** [1] - 15:20
**guilt** [3] - 11:22, 16:2, 16:11
**guilty** [10] - 11:20, 13:6, 15:25, 35:12, 38:7, 38:8, 38:9, 56:8
**guy** [2] - 33:8, 35:10

**H**

**H.I.D.T.A** [1] - 1:16

**half** [1] - 141:14
**hand** [2] - 71:13, 74:24, 151:21
**handle** [2] - 93:5, 93:8
**handled** [3] - 96:14, 123:17, 144:3
**handset** [1] - 121:3
**happy** [1] - 55:24
**hardest** [1] - 37:22
**harmonizing** [1] - 42:17
**Harris** [1] - 50:10, 148:5
**Harvey** [2] - 11:3, 11:25
**Hawaii** [1] - 24:1
**headquarters** [1] - 99:24
**health** [1] - 124:15
**health-monitoring** [1] - 124:15
**hear** [45] - 15:14, 19:9, 20:1, 21:13, 22:7, 22:16, 22:21, 23:11, 23:18, 25:7, 25:18, 27:8, 27:12, 27:15, 27:25, 28:2, 28:5, 28:12, 28:14, 28:17, 29:18, 33:14, 33:16, 33:23, 34:3, 34:10, 34:13, 34:23, 35:4, 35:8, 35:11, 35:18, 36:13, 36:22, 37:3, 37:6, 37:13, 37:17, 39:3, 43:5, 44:4, 44:6, 45:23, 89:2, 128:4
**heard** [2] - 13:13, 41:6
**hearing** [3] - 128:3, 130:15, 135:10
**hearings** [1] - 109:8
**heart** [3] - 5:3, 6:13, 7:1
**help** [10] - 12:9, 16:16, 19:14, 19:20, 20:9, 41:23, 42:1, 42:15, 66:5, 66:8
**helped** [1] - 35:4
**Henry** [1] - 147:18
**hereby** [2] - 71:22, 167:3
**herein** [1] - 73:20
**Hernández** [1] - 159:20
**herself** [1] - 43:16
**hesitant** [1] - 34:11
**hi** [1] - 8:7
**Hialeah** [1] - 57:6

**hidden** [1] - 22:10
**hide** [1] - 49:5
**HIDTA** [1] - 58:14
**high** [10] - 16:14, 33:5, 40:15, 45:2, 45:4, 45:8, 45:15, 48:25, 50:6, 57:8
**High** [1] - 58:14
**high-end** [5] - 45:2, 45:8, 45:15, 48:25, 50:6
**highest** [2] - 21:14, 38:2
**highlighted** [1] - 46:18
**himself** [9] - 25:9, 25:10, 27:10, 27:14, 49:14, 51:5, 51:10, 52:5, 140:25
**hire** [1] - 43:17
**hit** [1] - 14:10
**holders** [1] - 79:17
**holding** [2] - 37:12, 104:23
**hole** [1] - 36:20, 36:21, 37:5
**home** [2] - 42:8, 150:2
**Homeland** [3] - 159:1, 159:25, 160:5
**Honda** [1] - 152:8
**Honor** [83] - 4:5, 4:10, 6:21, 7:23, 9:7, 9:17, 10:9, 10:24, 11:9, 11:16, 11:24, 12:3, 20:24, 54:6, 56:11, 56:20, 60:11, 60:14, 60:20, 61:17, 62:9, 70:20, 71:2, 71:7, 71:18, 72:11, 74:3, 76:5, 76:13, 76:20, 84:5, 87:15, 88:7, 89:5, 89:8, 89:16, 104:4, 108:24, 112:9, 112:12, 112:22, 114:13, 116:8, 116:15, 116:20, 119:4, 119:17, 123:10, 123:24, 127:7, 128:3, 128:11, 128:25, 129:21, 132:8, 132:12, 132:25, 134:5, 134:11, 134:13, 135:15, 140:11, 141:12, 141:15, 142:12, 142:18, 143:3, 143:18, 144:6, 144:18, 145:12,

146:10, 148:9, 152:10, 152:17, 156:8, 157:17, 158:10, 158:18, 160:14, 161:20, 162:15, 165:22
**HONORABLE** [1] - 1:10
**hope** [1] - 53:7
**host** [1] - 66:15
**hour** [6] - 87:11, 87:14, 108:4, 108:5, 141:14, 165:18
**hours** [3] - 37:7, 103:13, 165:19
**house** [9] - 36:19, 37:2, 37:4, 37:7, 37:11, 126:20, 126:25, 127:1, 127:5
**houses** [1] - 33:4
**Howard** [4] - 1:15, 39:18, 40:25, 88:10, 111:22, 132:21
**HOWARD** [1] - 1:18
**human** [2] - 121:6, 121:7
**Hummer** [1] - 23:22
**hundreds** [2] - 21:19, 21:25, 55:10
**Hungary** [1] - 94:21
**hunter** [2] - 8:4, 8:7
**Hunter** [5] - 5:25, 6:18, 6:22, 8:5, 9:5
**HUNTER** [7] - 8:9, 8:11, 8:13, 8:18, 8:23, 9:1, 9:4
**husband** [8] - 34:12, 42:4, 42:5, 42:12, 42:23, 43:3, 43:13, 43:22
**husband's** [1] - 34:17
**husbands** [1] - 33:20

**I**

**ID** [4] - 51:9, 51:24, 52:6, 158:14
**idea** [1] - 37:8
**identification** [7] - 49:15, 49:21, 116:21, 137:4, 156:25, 157:8, 158:3
**identified** [3] - 66:25, 67:3, 117:13
**identifies** [7] - 47:4, 47:9, 47:18, 48:7, 51:12, 99:19, 117:24
**identify** [1] - 83:15,

106:17
**identifying** [4] - 48:22, 62:8, 67:25, 138:24
**ignore** [2] - 14:23, 15:1
**illegal** [4] - 25:22, 90:25, 91:1, 91:2
**illustrate** [1] - 150:16
**imagine** [2] - 30:11, 37:24
**immediately** [7] - 38:21, 87:8, 92:15, 97:10, 111:7, 127:18, 163:4
**Immigration** [1] - 64:2
**impaneled** [1] - 12:24
**impassioned** [1] - 41:6
**importance** [1] - 19:18
**important** [5] - 18:7, 18:8, 19:9, 33:12, 145:7
**importantly** [2] - 23:4, 35:2
**Imports** [2] - 50:11, 148:5
**impose** [1] - 136:17
**imposed** [2] - 7:6, 136:9
**impossible** [2] - 136:16, 149:12
**impression** [1] - 20:7
**improperly** [1] - 17:3
**IN** [1] - 3:14
**inappropriate** [1] - 54:7
**inbound** [1] - 160:9
**Inc** [3] - 5:2, 147:13, 152:7
**inches** [1] - 37:18
**incident** [3] - 17:2, 33:25, 36:14
**include** [2] - 48:22, 138:14
**included** [2] - 118:19, 122:24
**includes** [4] - 17:24, 95:3, 106:12, 113:4
**including** [8] - 17:21, 18:1, 18:5, 38:18, 87:5, 111:4, 127:15, 163:1
**incomplete** [2] - 131:10, 139:4
**Incorporated** [3] - 5:24, 6:13, 7:1

**incorrect** [1] - 131:10
**indeterminate** [1] - 131:9
**indicate** [1] - 150:20
**indicated** [5] - 6:5, 8:14, 9:24, 12:4, 140:15
**indicates** [1] - 74:21
**indication** [3] - 63:1, 133:15, 134:9
**indications** [1] - 133:18
**indictment** [16] - 11:10, 11:12, 11:20, 13:7, 15:25, 24:14, 24:22, 28:25, 29:9, 31:12, 31:24, 39:23, 46:1, 46:12, 47:24, 73:19
**indirect** [2] - 13:18, 13:22
**indirectly** [1] - 13:16
**individual** [10] - 38:1, 46:18, 97:6, 97:8, 97:17, 102:23, 118:25, 120:13, 129:6, 153:6
**individually** [1] - 61:11
**individuals** [5] - 27:13, 60:3, 60:7, 61:15, 66:21
**Industry** [1] - 95:20
**influence** [1] - 17:3
**inform** [1] - 124:16
**information** [45] - 16:21, 17:1, 17:23, 17:25, 18:4, 19:13, 25:24, 33:20, 34:9, 34:17, 34:18, 35:14, 36:25, 60:4, 62:25, 64:15, 64:20, 64:23, 65:2, 65:4, 65:14, 67:12, 69:3, 69:21, 70:1, 70:4, 72:4, 75:10, 100:24, 101:15, 101:17, 101:23, 101:24, 102:10, 102:18, 102:21, 106:13, 106:17, 106:21, 151:24, 153:25, 162:5, 163:21, 163:23, 165:24
**initial** [1] - 106:20
**initials** [6] - 104:12, 105:5, 105:8, 106:22, 113:25, 114:2
**innocence** [1] - 16:6

**innocent** [2] - 11:19, 15:24
**inquire** [2] - 5:21, 165:13
**inquiry** [1] - 8:3
**insert** [1] - 42:5
**inside** [4] - 22:10, 32:23, 36:19, 79:13
**inspector** [3] - 90:21, 92:6, 92:15
**instance** [2] - 75:9, 125:1
**instances** [3] - 29:17, 160:6, 160:11
**instant** [1] - 17:17
**institution** [1] - 153:2
**institutions** [2] - 65:17, 70:5
**instruct** [11] - 11:15, 15:5, 20:21, 29:2, 35:16, 36:2, 38:21, 87:8, 111:7, 127:18, 163:4
**instruction** [2] - 11:14, 11:18
**Instructions** [1] - 3:3
**instructions** [6] - 11:11, 13:3, 13:4, 16:13, 16:15, 16:17
**instrument** [1] - 159:6
**intend** [1] - 118:6
**Intensity** [1] - 58:14
**intent** [1] - 32:23
**interaction** [1] - 121:6
**intercept** [5] - 97:15, 97:22, 98:16, 124:6
**intercepted** [25] - 94:8, 97:6, 97:9, 98:24, 99:20, 100:14, 106:13, 107:10, 107:11, 107:13, 113:2, 120:18, 120:23, 122:18, 122:23, 123:4, 123:18, 125:20, 126:2, 126:4, 126:22, 126:23, 126:24, 127:1, 135:13
**intercepting** [4] - 120:24, 123:14, 124:2, 126:19
**interception** [4] - 93:19, 93:25, 95:5, 115:24
**interceptions** [6] - 94:3, 105:15, 117:11, 120:21, 138:21, 140:3

**intercepts** [1] - 93:8
**interest** [2] - 15:16, 84:16
**interestingly** [1] - 30:17
**internal** [2] - 134:21, 139:13
**Internal** [2] - 49:23, 156:5
**international** [2] - 94:24, 95:3
**Internet** [13] - 8:25, 17:7, 17:12, 17:16, 17:21, 18:1, 38:18, 87:5, 100:10, 111:4, 127:15, 137:17, 163:1
**interpret** [1] - 20:20
**interpreter** [6] - 4:13, 39:20, 90:9, 96:5, 111:24, 132:23
**INTERPRETER** [1] - 96:5
**interpreters** [1] - 88:12
**interrupt** [1] - 39:6
**interrupted** [1] - 89:1
**interrupting** [1] - 88:18
**intervention** [1] - 121:7
**interview** [3] - 34:9, 43:4, 54:2
**interviewing** [1] - 57:20
**interviews** [1] - 64:22
**Intranet** [1] - 103:4
**introduce** [1] - 117:22
**introduction** [1] - 138:12
**inventory** [2] - 45:19, 45:21
**investigate** [5] - 23:5, 108:8, 108:12, 108:13, 108:14
**investigated** [3] - 55:18, 66:21, 92:19
**investigating** [5] - 34:8, 60:5, 64:12, 102:8, 108:21
**investigation** [24] - 59:24, 60:2, 63:12, 63:15, 63:17, 63:22, 63:23, 64:9, 64:14, 65:7, 65:19, 65:25, 66:4, 66:7, 66:8, 66:20, 102:14, 107:9, 120:10, 120:12, 130:9, 153:14, 153:16

**Investigation** [1] - 56:25
**investigations** [6] - 96:4, 96:11, 96:13, 96:16, 96:20, 107:7
**investigative** [16] - 34:19, 57:19, 66:19, 96:7, 96:14, 96:24, 97:18, 98:4, 101:14, 102:6, 102:9, 107:1, 139:18, 139:19, 139:20, 140:5
**investigators** [1] - 115:6
**invite** [1] - 35:22
**involved** [13] - 17:7, 18:5, 47:6, 53:18, 55:8, 60:2, 96:13, 98:2, 107:6, 120:9, 120:11, 120:12, 146:7
**involves** [1] - 30:9
**involving** [7] - 17:3, 31:3, 93:19, 93:24, 99:16, 101:4, 120:17
**iPad** [2] - 134:3, 134:11
**irregularities** [1] - 54:11
**IRS** [4] - 49:17, 51:8, 51:25, 64:3
**Islands** [2] - 108:1, 108:2
**issuance** [1] - 69:4
**issue** [17] - 6:25, 9:11, 17:14, 19:5, 10:16, 114:16, 119:5, 124:21, 126:10, 133:2, 133:3, 133:12, 133:22, 135:16, 135:17, 135:19
**Issue** [2] - 4:24, 4:25
**issued** [13] - 65:8, 65:12, 68:10, 68:15, 68:18, 68:23, 73:1, 73:8, 73:11, 97:2, 123:23, 150:5, 151:8
**issues** [5] - 4:17, 54:21, 67:1, 118:9, 135:15
**issuing** [1] - 64:23
**it'll** [4] - 60:20, 128:17, 132:3, 153:25
**Italy** [1] - 39:25
**item** [7] - 15:5, 52:5, 68:9, 134:17, 138:24, 139:1, 139:14
**items** [6] - 50:5, 73:15, 129:6, 134:14, 142:4, 151:10

**itself** [9] - 31:17, 42:5, 96:4, 96:11, 120:10, 120:12, 134:13, 158:8, 163:19

## J

**jacket** [1] - 8:10
**jackhammer** [1] - 37:16
**jackhammering** [1] - 37:17
**Jason** [1] - 161:15
**Javier** [2] - 159:24, 160:3
**jibe** [2] - 36:3, 36:4
**Jimenez** [2] - 159:24, 160:3
**Jimmy** [2] - 22:4, 53:10
**JOAN** [1] - 1:10
**job** [2] - 92:3, 93:11
**joined** [1] - 63:23
**Jorge** [3] - 3:11, 89:9, 89:14
**JORGE** [2] - 89:10, 89:14
**José** [1] - 159:21
**JPMorgan** [1] - 146:23
**JR** [2] - 1:14, 1:21
**Juan** [4] - 23:3, 58:1, 95:14, 159:22
**JUAN** [1] - 1:14
**Judge** [19] - 10:5, 18:6, 24:14, 27:16, 29:1, 32:4, 39:22, 40:6, 40:22, 41:4, 45:24, 54:4, 56:9, 71:6, 82:17, 109:17, 110:6, 116:9, 134:6
**judge** [21] - 7:11, 9:10, 10:2, 40:8, 67:7, 97:2, 97:8, 97:20, 98:2, 98:6, 98:8, 106:25, 109:1, 109:7, 111:25, 112:16, 114:15, 123:23, 125:11, 164:15
**JUDGE** [1] - 1:11
**judges** [1] - 94:18
**Judges** [1] - 54:3
**judicial** [1] - 97:1
**July** [5] - 34:19, 36:13, 36:14, 109:8, 120:22
**jump** [1] - 53:12
**jurisdiction** [1] - 92:11

**JUROR** [7] - 8:9, 8:11, 8:13, 8:18, 8:23, 9:1, 9:4
**juror** [14] - 4:17, 4:25, 5:3, 5:9, 6:10, 6:17, 7:5, 7:15, 12:4, 12:5, 12:8, 16:21, 18:24, 39:7
**Juror** [4] - 4:19, 5:8, 5:10, 5:18, 6:2, 6:3, 6:19, 6:23, 6:24, 7:2, 9:14, 165:10
**juror's** [1] - 5:25
**jurors** [15] - 13:2, 16:15, 18:9, 18:11, 18:14, 19:24, 40:5, 60:15, 60:16, 74:8, 88:21, 112:11, 112:15, 165:9, 165:10
**jurors'** [1] - 11:3
**JURY** [3] - 1:10, 12:19, 21:1
**jury** [68] - 5:4, 6:19, 7:17, 7:25, 8:1, 8:15, 9:3, 9:8, 9:20, 11:11, 11:13, 11:15, 11:18, 12:14, 12:16, 12:24, 12:25, 17:4, 19:24, 20:2, 20:22, 38:24, 38:25, 40:10, 40:18, 40:24, 40:25, 46:1, 47:1, 64:19, 65:8, 65:11, 65:13, 65:16, 67:15, 68:9, 68:10, 68:12, 69:4, 69:22, 71:8, 71:10, 73:1, 74:20, 75:14, 87:11, 87:12, 88:16, 88:22, 88:25, 89:22, 91:6, 109:5, 111:10, 111:12, 112:18, 116:23, 117:4, 118:13, 119:7, 127:21, 127:22, 137:25, 141:8, 141:9, 145:9, 163:11
**Jury** [8] - 3:3, 68:15, 73:7, 73:10, 73:12, 74:17, 75:19, 75:21
**Justice** [2] - 66:3, 66:17

## K

**keep** [9] - 15:23, 19:23, 33:20, 67:17, 68:1, 68:25, 70:12, 79:21, 128:12
**keeping** [1] - 66:18
**keeps** [2] - 55:4,

115:25
**Keith** [3] - 5:25, 8:5, 9:5
**kept** [4] - 72:6, 115:9, 115:11, 162:7
**kilo** [1] - 22:16
**kilos** [10] - 21:11, 21:12, 21:17, 21:18, 21:19, 21:20, 22:13, 22:17, 28:20
**kind** [8] - 13:23, 22:25, 35:20, 35:21, 53:22, 67:21, 129:9, 136:11
**Kingdom** [1] - 65:21
**KLUGH** [36] - 1:21, 7:4, 7:23, 9:7, 9:16, 11:9, 11:16, 11:24, 109:19, 109:23, 110:18, 119:4, 119:8, 128:3, 128:8, 128:11, 128:17, 128:22, 129:17, 130:3, 131:15, 131:18, 132:1, 132:8, 132:12, 132:25, 133:5, 133:7, 133:9, 134:1, 134:3, 134:5, 134:7, 134:11, 135:15, 136:13
**Klugh** [13] - 4:11, 39:18, 41:1, 88:10, 111:22, 128:6, 132:5, 132:21, 132:24, 136:19, 164:20, 165:2, 165:16
**knowledge** [5] - 72:5, 134:16, 139:6, 139:7, 162:6
**known** [5] - 100:22, 142:7, 146:6, 146:23, 159:23
**knows** [2] - 129:4, 134:6
**KORNSPAN** [1] - 1:19
**Krentz** [8] - 35:3, 35:4, 53:14, 60:10, 61:13, 62:18, 63:2, 159:24
**KS's** [1] - 138:11

**L**

**LA** [1] - 155:5
**ladies** [15] - 20:25, 21:2, 21:21, 22:24, 23:24, 24:16, 30:15, 35:15, 37:21, 40:24, 48:13, 64:18, 88:25, 89:21, 91:6

**lady** [2] - 7:20, 35:3
**laid** [1] - 70:13
**Lamborghini** [1] - 22:22
**Lamborghinis** [1] - 44:14
**Land** [3] - 30:9, 48:20, 147:18
**language** [4] - 143:10, 157:24, 157:25, 158:1
**laptop** [1] - 37:12
**large** [4] - 55:9, 55:11, 55:12, 70:6
**larger** [1] - 65:18
**largest** [1] - 21:15
**las** [2] - 27:20, 159:23
**last** [5] - 7:15, 7:22, 109:8, 165:18, 165:19
**lastly** [4] - 27:12, 62:21, 85:25, 126:18
**late** [1] - 165:20
**Latvia** [1] - 45:12
**launder** [5] - 31:18, 31:19, 35:5, 38:4, 46:3
**launderer** [1] - 38:3
**laundering** [18] - 24:21, 25:1, 25:5, 28:24, 29:15, 32:8, 38:8, 38:10, 43:11, 52:24, 53:16, 54:23, 58:7, 58:18, 60:6, 63:18, 108:15
**law** [35] - 13:8, 13:9, 13:10, 13:21, 16:15, 17:14, 18:4, 18:9, 18:14, 18:18, 19:3, 19:5, 19:8, 19:15, 20:21, 24:20, 25:1, 29:2, 29:6, 31:10, 31:15, 31:16, 32:1, 32:2, 45:5, 52:1, 52:2, 54:21, 56:7, 95:24, 96:3, 96:7, 103:12, 122:3, 145:2
**laws** [3] - 54:16, 54:17, 54:18
**lawyer** [5] - 5:23, 6:5, 6:14, 14:9, 14:14, 14:15, 14:16, 43:18
**lawyer's** [1] - 14:8
**lawyers** [5] - 14:2, 14:3, 14:5, 18:6, 41:21
**lawyers'** [1] - 14:5
**lead** [2] - 18:16, 60:4
**learn** [1] - 25:21
**learned** [1] - 130:15

**least** [1] - 113:10
**leave** [6] - 6:7, 20:1, 38:23, 87:10, 111:9, 127:20
**lectures** [1] - 94:17
**led** [1] - 124:24
**left** [10] - 20:2, 37:14, 47:9, 47:17, 48:18, 50:7, 50:19, 58:8, 71:13, 149:6
**left-hand** [1] - 71:13
**legal** [5] - 57:20, 59:7, 59:9, 59:10, 59:12
**Legal** [5] - 65:20, 154:17, 155:9, 155:23, 156:2
**legally** [1] - 16:8
**legitimate** [1] - 30:15
**Leibowitz** [2] - 137:14, 138:9
**LENARD** [1] - 1:10
**Lenard** [3] - 24:14, 40:22, 56:9
**leopard** [1] - 150:3
**less** [1] - 58:20
**letter** [5] - 5:1, 5:19, 6:4, 6:9, 6:14
**level** [3] - 16:14, 93:11, 107:17
**liaison** [1] - 95:24
**library** [1] - 17:16
**life** [3] - 33:5, 52:22
**light** [4] - 15:18, 18:23, 81:4, 81:20
**lights** [3] - 10:22, 10:25, 81:15
**limited** [3] - 15:4, 15:6, 15:7
**line** [6] - 6:22, 25:15, 46:10, 46:21, 99:23, 100:6
**lines** [3] - 46:6, 50:20, 100:4
**lining** [1] - 45:18
**link** [2] - 100:8, 100:21
**links** [1] - 124:11
**lis** [4] - 84:13, 85:9, 85:20, 86:9
**LISA** [2] - 2:1, 167:7
**list** [11] - 14:1, 74:13, 103:18, 103:20, 103:22, 113:6, 113:17, 118:18, 126:24, 137:7, 139:4
**listed** [2] - 71:13, 75:24
**listen** [23] - 17:10, 19:3, 35:19, 35:22,

38:17, 87:4, 102:23, 108:17, 108:20, 111:3, 115:17, 115:18, 116:5, 122:10, 122:12, 122:14, 122:19, 127:14, 129:12, 130:5, 162:25
**listened** [15] - 41:20, 41:21, 116:3, 117:12, 122:22, 128:15, 129:16, 129:17, 129:22, 130:1, 131:3, 131:4, 136:1, 136:7
**listening** [10] - 41:16, 42:6, 52:10, 103:13, 114:4, 122:3, 122:8, 131:5, 131:6
**lists** [1] - 46:12
**live** [2] - 16:20, 103:12
**lived** [1] - 63:2
**lives** [2] - 41:25, 126:20
**living** [3] - 33:4, 33:9, 63:5
**LLC** [1] - 55:5
**load** [2] - 22:17, 22:19
**Loaders** [1] - 83:1
**local** [2] - 107:25, 123:17
**located** [15] - 77:7, 77:21, 82:24, 83:1, 85:1, 86:5, 86:13, 86:16, 100:1, 100:8, 103:19, 107:20, 123:5, 155:14, 155:19
**location** [9] - 17:9, 32:7, 46:7, 51:19, 58:15, 59:5, 100:8, 107:23, 161:5
**locations** [1] - 148:23
**lock** [1] - 33:21
**locks** [1] - 84:19
**logo** [1] - 150:14
**look** [20] - 5:12, 24:5, 33:10, 33:11, 33:24, 46:5, 46:6, 47:4, 47:16, 47:17, 48:12, 48:17, 50:18, 60:8, 61:5, 61:6, 73:3, 142:2, 145:9, 153:24
**looked** [2] - 83:14, 128:20
**looking** [5] - 7:6, 81:5, 81:14, 128:11, 134:13
**Lopez** [72] - 4:2,

4:12, 21:6, 21:13, 22:2, 27:17, 27:20, 31:25, 39:13, 39:19, 41:2, 41:11, 42:11, 44:7, 44:15, 45:20, 46:13, 47:5, 47:19, 48:14, 48:19, 49:4, 49:6, 49:13, 49:21, 49:25, 50:7, 50:19, 50:20, 50:25, 51:15, 52:2, 52:16, 52:24, 53:13, 53:17, 54:14, 54:25, 55:1, 55:6, 55:22, 56:5, 60:9, 61:12, 61:13, 62:3, 62:14, 62:22, 62:23, 63:1, 63:15, 64:16, 71:22, 82:3, 88:3, 88:11, 111:18, 111:23, 120:17, 124:18, 125:2, 125:19, 126:1, 132:17, 132:22, 159:20, 159:22, 159:23, 160:8
**LOPEZ** [1] - 1:7
**lost** [1] - 134:5
**Louis** [7] - 150:4, 150:5, 150:7, 150:8, 150:14, 150:19, 151:2
**Loza** [1] - 159:22
**lucrative** [1] - 22:5
**Luis** [1] - 22:4
**lunch** [3] - 86:23, 86:25, 87:17
**luncheon** [1] - 87:25
**luxury** [10] - 41:15, 44:13, 44:24, 45:15, 48:1, 48:16, 49:1, 50:5, 50:17, 51:4

**M**

**ma'am** [5] - 8:23, 9:1, 11:8, 57:5, 141:12
**Machado** [1] - 159:24
**machine** [2] - 126:11, 126:15
**machines** [1] - 99:24
**Madeline** [4] - 3:10, 4:7, 56:12, 56:18
**MADELINE** [2] - 56:14, 56:19
**Madrid** [16] - 21:16, 22:11, 23:10, 36:18, 45:13, 59:22, 91:8, 92:25, 100:1, 101:17, 103:19, 104:13, 107:17, 108:5, 126:21

**magic** [1] - 10:9
**Magnum** [1] - 24:1
**mail** [6] - 5:2, 17:21, 66:25, 67:3, 67:10, 67:14
**mails** [2] - 67:11, 93:20
**main** [1] - 129:8, 130:14
**malfunction** [7] - 124:13, 124:19, 125:3, 125:5, 126:6, 126:11, 126:14
**malfunctions** [2] - 125:18, 126:6
**man** [2] - 27:1, 41:13
**management** [1] - 91:9
**mandatory** [1] - 122:5
**Mandler** [2] - 146:5, 146:6
**manipulate** [1] - 102:25
**manner** [1] - 15:15
**map** [1] - 37:15
**maps** [1] - 17:7
**March** [6] - 33:23, 42:6, 43:4, 120:5, 120:6, 136:21
**Maria** [9] - 27:20, 47:11, 48:23, 156:25, 157:11, 159:22, 159:23, 159:24
**marital** [4] - 42:3, 42:7, 42:16, 43:14
**Mark** [3] - 85:2, 85:3, 86:13
**mark** [1] - 75:1
**market** [1] - 93:23
**marriage** [4] - 33:17, 33:18, 33:19
**married** [4] - 33:13, 33:14, 33:15, 42:19
**Marshals** [1] - 80:17
**Martin** [1] - 23:21
**match** [2] - 74:12, 74:13
**material** [1] - 131:11
**materials** [4] - 87:10, 111:9, 127:20, 163:7
**math** [1] - 45:4
**matter** [11] - 38:18, 40:2, 44:22, 59:17, 87:5, 111:4, 127:15, 130:23, 137:5, 163:1, 167:4
**matters** [4] - 72:4, 72:5, 162:5, 162:6
**MAXWELL** [1] - 1:15

**Maxwell** [5] - 4:6, 39:16, 88:8, 111:20, 132:19
**Maybach** [5] - 22:22, 30:2, 47:25, 78:9, 78:15
**Maybachs** [1] - 45:1
**McLaren** [2] - 82:15, 83:3
**mean** [3] - 78:10, 95:25, 123:20
**meaning** [4] - 68:17, 93:5, 95:9, 121:5
**means** [10] - 15:1, 17:16, 17:20, 17:24, 18:2, 100:6, 120:9, 163:18, 163:21, 163:24
**meant** [4] - 44:18, 103:13
**mechanical** [2] - 49:11, 163:25
**mechanism** [1] - 124:15
**media** [3] - 7:6, 8:25, 17:13
**Medical** [3] - 160:25, 161:2, 161:15
**medicine** [1] - 9:25
**meeting** [2] - 42:12, 137:23
**meetings** [2] - 95:3, 95:23
**member** [4] - 8:1, 9:8, 17:4, 92:7
**members** [6] - 12:25, 63:6, 63:10, 94:11, 94:13, 102:9
**memory** [4] - 15:15, 20:5, 20:7
**mentioned** [3] - 27:17, 102:15, 132:25
**mentions** [1] - 133:22
**mentor** [1] - 23:2
**Mercedes** [24] - 30:8, 31:7, 45:1, 45:23, 47:25, 49:2, 51:3, 51:4, 55:16, 55:20, 55:24, 78:8, 80:24, 80:25, 81:2, 81:3, 81:5, 81:22, 82:15, 147:8, 147:11, 147:14
**Mercedes-Benz** [7] - 30:8, 31:7, 47:25, 51:3, 147:8, 147:11, 147:14
**merely** [1] - 99:5
**message** [4] - 109:25, 110:1,

113:13, 121:19
**messages** [23] - 17:21, 109:21, 109:23, 110:5, 113:1, 113:2, 113:5, 113:8, 113:11, 114:7, 114:9, 120:25, 121:4, 124:3, 130:20, 133:13, 135:15, 136:22, 137:1, 137:10
**met** [2] - 40:25, 140:21
**method** [1] - 133:14
**Metro** [1] - 64:4
**Metro-Dade** [1] - 64:4
**MIAMI** [1] - 1:2
**Miami** [50] - 1:4, 1:17, 1:20, 1:23, 2:2, 2:3, 23:12, 23:13, 23:17, 24:9, 28:9, 28:12, 33:4, 33:9, 33:13, 34:1, 34:4, 34:22, 35:2, 37:10, 41:25, 44:25, 45:20, 50:2, 52:19, 58:9, 58:12, 58:21, 58:23, 60:1, 60:4, 64:4, 85:19, 103:17, 104:1, 104:15, 104:21, 105:17, 113:7, 114:3, 122:24, 123:3, 123:6, 123:7, 123:15, 126:21, 147:23, 167:8, 167:9
**Middle** [1] - 45:11
**middle** [4] - 39:6, 48:13, 50:18, 150:23
**Miele** [6] - 5:1, 5:2, 5:24, 6:13, 6:25, 8:10
**might** [3] - 9:19, 122:8, 164:7
**million** [10] - 22:18, 22:19, 23:15, 24:2, 24:6, 30:13, 30:23, 36:12, 37:19, 48:25
**million-dollar** [1] - 23:15
**millions** [1] - 21:25
**MILTON** [1] - 1:18
**mind** [3] - 5:15, 15:23, 16:13
**mine** [1] - 8:17
**Ministry** [1] - 95:20
**minus** [1] - 48:17
**minute** [4] - 12:1, 117:2, 127:10, 163:13
**minutes** [1] - 10:2, 38:24, 111:11, 127:21, 131:19,

132:10, 132:11
**misdemeanors** [1] - 92:19
**miss** [1] - 164:24
**missing** [4] - 12:3, 50:9, 69:10
**mistake** [3] - 23:14, 24:10, 38:4
**mistaken** [2] - 18:25, 75:1
**mix** [2] - 25:3, 28:22
**MLAT** [1] - 65:24
**mode** [2] - 101:12, 101:13
**moment** [10] - 39:2, 45:23, 84:7, 98:4, 98:22, 108:21, 116:8, 123:24, 125:10, 128:5
**moments** [2] - 116:25, 120:2
**Monday** [7] - 122:20, 162:18, 162:20, 163:9, 164:13, 165:12, 166:12
**Mondays** [2] - 122:18
**monetary** [5] - 46:12, 46:23, 51:2, 56:6, 159:6
**money** [81] - 22:25, 24:8, 24:20, 24:24, 25:1, 25:2, 25:3, 25:4, 25:5, 25:6, 25:7, 25:19, 25:23, 25:24, 26:25, 27:2, 27:11, 28:12, 28:13, 28:15, 28:18, 28:22, 28:23, 29:11, 29:13, 29:15, 29:18, 30:24, 31:9, 31:18, 31:20, 32:3, 32:6, 32:7, 32:8, 32:22, 33:21, 35:5, 36:21, 37:2, 37:3, 37:4, 37:6, 37:12, 37:23, 38:3, 38:5, 38:8, 38:10, 38:11, 43:10, 44:20, 46:3, 46:19, 47:21, 49:20, 51:11, 51:23, 51:25, 52:4, 52:24, 53:16, 54:23, 55:19, 55:22, 55:24, 58:7, 58:18, 60:6, 63:18, 79:19, 108:14, 148:24, 159:8, 160:9, 160:12
**money-laundering** [6] - 25:1, 29:15, 38:8, 38:10, 58:7, 58:18
**MoneyGram** [7] - 27:3, 148:20, 148:22,

148:24, 149:7, 149:8, 149:19
**monies** [1] - 28:3
**monitoring** [3] - 103:12, 122:6, 124:15
**monitors** [1] - 11:3
**month** [2] - 103:7, 103:8
**months** [3] - 92:6, 120:5, 129:3
**Moran** [1] - 95:14
**morning** [14] - 4:3, 4:5, 4:9, 4:10, 4:14, 12:18, 12:19, 20:25, 21:1, 40:24, 163:10, 164:13, 164:23, 166:13
**mortgage** [3] - 21:4, 46:25, 65:17
**mortgages** [1] - 29:24
**most** [5] - 33:18, 50:25, 69:7, 69:21, 133:2
**mostly** [1] - 95:18
**mother** [2] - 27:20, 44:8
**motion** [4] - 118:8, 118:16, 118:17, 118:19
**motions** [3] - 71:3, 109:2, 109:8
**motive** [1] - 42:20
**motor** [1] - 44:13
**Motor** [5] - 28:6, 28:7, 44:9, 147:10, 153:5
**Motors** [12] - 30:19, 30:20, 45:18, 45:22, 48:15, 49:1, 49:8, 49:16, 49:20, 50:1, 147:13, 147:23
**move** [20] - 21:18, 21:19, 54:9, 61:17, 70:20, 72:11, 76:6, 76:14, 79:21, 108:24, 114:13, 116:20, 142:9, 142:12, 142:19, 143:3, 143:17, 144:6, 144:17, 145:12, 145:22, 146:10, 148:9, 152:10, 158:10, 158:18, 160:14
**moved** [7] - 21:17, 21:19, 33:13, 79:20, 142:8, 158:11, 166:3
**moving** [5] - 19:20, 30:25, 76:15, 78:23,

16

161:21
**Movistar** [1] - 121:21
**MR** [241] - 4:5, 4:10, 5:15, 6:1, 6:20, 6:22, 7:4, 7:11, 7:22, 7:23, 9:7, 9:10, 9:16, 10:2, 10:5, 10:13, 10:19, 10:24, 11:2, 11:8, 11:9, 11:16, 11:24, 20:24, 21:2, 39:16, 39:18, 39:22, 40:2, 40:8, 40:11, 40:14, 40:17, 40:22, 53:3, 53:4, 53:6, 54:6, 54:10, 56:11, 56:20, 56:23, 60:11, 60:13, 60:18, 60:20, 60:23, 61:2, 61:4, 61:17, 61:20, 62:1, 62:8, 62:11, 70:20, 71:2, 71:3, 71:6, 71:7, 71:10, 71:11, 71:18, 71:21, 72:21, 72:22, 74:2, 74:5, 75:6, 76:5, 76:13, 76:16, 76:20, 76:21, 78:11, 78:12, 82:16, 82:22, 82:23, 84:5, 84:7, 84:10, 86:24, 87:15, 87:21, 87:23, 88:7, 88:10, 88:15, 88:18, 89:5, 89:8, 89:16, 89:18, 89:20, 96:9, 96:10, 104:4, 104:6, 108:24, 109:1, 109:7, 109:11, 109:17, 109:19, 109:22, 109:23, 110:6, 110:9, 110:17, 110:18, 111:20, 111:22, 112:3, 112:9, 112:12, 112:14, 112:16, 112:22, 112:23, 114:13, 114:15, 114:19, 114:22, 114:25, 115:3, 115:7, 115:12, 115:17, 115:21, 116:2, 116:8, 116:12, 116:15, 116:20, 116:24, 117:8, 117:11, 117:23, 118:1, 118:7, 118:16, 118:20, 119:1, 119:4, 119:20, 123:9, 123:11, 123:13, 123:24, 124:1, 125:10, 125:14, 127:7, 128:2, 128:3, 128:8, 128:11, 128:17, 128:22,

129:17, 129:21, 129:24, 130:3, 131:15, 131:18, 131:23, 132:1, 132:8, 132:12, 132:19, 132:21, 132:25, 133:5, 133:7, 133:9, 134:1, 134:3, 134:5, 134:6, 134:7, 134:11, 134:13, 135:15, 136:13, 140:11, 141:15, 141:17, 142:9, 142:12, 142:18, 142:24, 143:3, 143:9, 143:17, 143:23, 144:6, 144:12, 144:17, 144:23, 145:12, 145:18, 145:22, 146:2, 146:10, 146:17, 146:18, 148:9, 148:16, 152:10, 152:17, 152:18, 156:8, 156:12, 156:14, 156:20, 157:1, 157:17, 157:19, 158:13, 158:14, 158:17, 158:24, 160:14, 160:20, 161:11, 161:14, 161:20, 161:24, 162:10, 162:15, 164:15, 164:18, 165:5, 165:21, 165:22, 166:7, 166:11, 166:14, 166:16
**Murano** [2] - 86:4, 86:14
**must** [18] - 13:9, 13:11, 13:25, 14:22, 15:2, 15:6, 15:23, 16:11, 17:2, 17:7, 17:19, 17:23, 18:3, 19:6, 121:15, 135:4, 138:25
**Mutual** [6] - 65:20, 146:23, 154:17, 155:9, 155:23, 156:2
**mysterious** [1] - 37:5

**N**

**name** [22] - 5:25, 22:3, 23:3, 33:13, 35:3, 35:6, 35:10, 40:25, 44:11, 49:6, 49:22, 51:9, 56:16, 56:18, 89:12, 118:21,

121:22, 131:18, 132:2, 157:10, 157:11, 159:15
**named** [1] - 53:10
**names** [8] - 27:8, 27:9, 27:10, 60:7, 118:18, 118:20, 132:6
**nation** [1] - 89:24
**National** [37] - 23:5, 33:7, 34:24, 36:25, 37:1, 37:18, 41:11, 42:1, 44:1, 54:1, 54:12, 59:22, 63:11, 66:12, 89:23, 89:24, 90:1, 90:19, 90:21, 91:19, 92:7, 92:10, 93:6, 93:8, 94:3, 94:5, 94:12, 94:13, 95:2, 95:11, 96:14, 96:17, 120:24, 126:19, 139:10, 143:1, 145:21
**national** [3] - 87:18, 107:16, 123:17
**nationwide** [2] - 93:5
**nature** [8] - 26:17, 32:7, 46:7, 94:1, 101:5, 150:2, 150:3, 152:5
**near** [2] - 72:3, 162:4
**nearly** [1] - 164:22
**necessarily** [1] - 108:17
**need** [14] - 4:15, 9:19, 13:1, 33:10, 52:14, 53:24, 67:1, 74:9, 79:20, 87:18, 97:15, 102:2, 128:16, 132:5
**needed** [2] - 49:11, 96:25
**needs** [3] - 9:25, 39:8, 51:16
**network** [10] - 99:4, 99:14, 99:16, 99:18, 100:23, 103:11, 121:18, 121:24, 126:23
**networking** [1] - 17:22
**networks** [1] - 100:9
**never** [12] - 42:24, 43:7, 53:1, 53:8, 53:16, 100:9, 100:12, 116:2, 124:23, 126:13, 126:17, 129:17
**New** [1] - 147:10
**new** [4] - 39:23, 97:15, 97:19, 130:16
**news** [2] - 17:12,

19:4
**newspaper** [5] - 161:25, 162:3, 162:9, 162:11, 162:13
**newspapers** [1] - 17:12
**next** [22] - 20:11, 34:3, 46:10, 46:11, 46:15, 46:21, 47:8, 47:13, 47:23, 48:15, 49:7, 50:15, 50:23, 68:23, 73:11, 75:4, 75:8, 78:1, 89:7, 122:22, 162:18
**nice** [3] - 23:10, 164:14, 166:15
**Nieves** [2] - 27:20, 159:23
**nine** [1] - 4:20
**NO** [1] - 1:2
**nobody** [2] - 131:3, 131:6
**nobody's** [1] - 55:21
**nondestroyed** [1] - 130:8
**none** [3] - 15:10, 110:2, 117:23
**noninclusive** [1] - 137:7
**normal** [2] - 33:17, 122:21
**normally** [1] - 103:7
**north** [2] - 85:6, 85:7
**North** [4] - 2:2, 85:1, 86:16, 167:8
**northern** [1] - 92:18
**Northwest** [1] - 1:16
**Nos** [14] - 3:15, 3:16, 3:17, 3:23, 3:23, 3:25, 46:17, 61:23, 76:10, 76:18, 146:15, 148:14, 152:14, 160:18
**note** [4] - 4:22, 19:25, 68:2, 165:22
**note-taking** [1] - 19:25
**notebook** [1] - 141:1
**notebooks** [6] - 12:11, 38:23, 87:10, 140:13, 163:6, 163:7
**noted** [2] - 36:24, 71:5
**notes** [5] - 19:20, 19:23, 20:2, 20:4, 20:5
**nothing** [10] - 11:21, 16:1, 25:22, 28:8, 28:9, 30:24, 44:4, 129:2, 129:4

**notice** [2] - 40:4, 84:15
**noticed** [1] - 11:9
**number** [50] - 59:9, 61:1, 67:25, 68:11, 71:13, 74:25, 97:4, 97:5, 97:12, 97:13, 97:14, 97:16, 97:18, 97:19, 97:21, 99:11, 99:17, 100:25, 101:4, 102:8, 102:10, 106:10, 106:12, 113:12, 117:6, 122:24, 122:25, 123:6, 124:6, 125:24, 125:25, 126:18, 126:19, 126:20, 126:21, 126:22, 126:24, 126:25, 127:1, 127:2, 140:16, 140:18, 149:2, 157:12, 163:6, 166:7
**numbering** [1] - 68:13
**numbers** [11] - 68:12, 68:20, 69:7, 69:11, 73:7, 98:12, 106:14, 117:6, 122:23, 122:24, 140:3

**O**

**oath** [4] - 19:19, 54:3, 112:20, 141:12
**Oberta** [1] - 93:14
**object** [2] - 14:17, 118:2
**objection** [28] - 5:7, 6:16, 6:20, 9:15, 10:12, 14:18, 14:19, 14:22, 53:3, 54:6, 61:20, 76:5, 82:17, 87:16, 87:20, 87:21, 110:10, 112:8, 112:9, 114:15, 116:11, 116:24, 118:11, 123:9, 131:25, 136:18, 136:21, 141:7
**objections** [10] - 14:5, 109:1, 109:9, 110:20, 112:1, 112:4, 112:5, 116:13, 117:16, 118:25
**obtain** [3] - 64:15, 97:1, 155:1
**obtained** [10] - 69:21, 106:25, 107:5, 108:10, 144:25, 154:23, 155:8, 155:15, 155:23

**obtaining** [3] - 64:19, 96:23, 139:9

**obvious** [1] - 90:23

**obviously** [1] - 131:3

**occur** [1] - 136:5

**occurrence** [2] - 72:4, 162:5

**occurs** [1] - 126:7

**OF** [2] - 1:1, 1:4

**offenses** [1] - 53:9

**offer** [1] - 111:25

**offers** [2] - 14:15, 52:23

**Office** [3] - 65:13, 66:1, 166:2

**office** [4] - 59:6, 59:21, 60:4, 66:11

**Officer** [4] - 114:20, 119:21, 124:2, 125:12

**OFFICER** [3] - 11:4, 12:6, 12:14

**officer** [7] - 20:3, 90:19, 91:12, 91:18, 122:5, 122:8, 163:8

**officers** [5] - 91:23, 94:7, 94:25, 122:3, 154:1

**Official** [1] - 167:8

**official** [3] - 2:1, 48:7, 156:24

**often** [1] - 19:8

**Ohio** [1] - 147:2

**old** [1] - 165:18

**on-the-job** [1] - 92:3

**once** [18] - 18:22, 50:17, 59:25, 64:22, 67:6, 67:11, 68:2, 91:24, 98:9, 98:11, 99:8, 99:10, 99:15, 101:7, 101:10, 102:16, 119:7, 121:18

**one** [106] - 4:17, 4:18, 5:9, 7:16, 9:22, 11:6, 11:25, 12:4, 18:13, 22:9, 24:11, 24:14, 24:18, 25:8, 25:9, 26:2, 26:13, 29:20, 33:20, 35:9, 36:1, 36:12, 37:8, 39:25, 40:2, 41:17, 41:18, 44:11, 46:16, 46:22, 47:15, 50:12, 50:24, 53:23, 54:3, 57:1, 59:7, 59:16, 61:2, 61:6, 68:25, 71:16, 72:1, 74:8, 74:15, 75:8, 81:13, 81:14, 81:19, 81:20, 81:24, 82:17, 86:6, 86:9, 86:14, 87:11,

87:14, 88:20, 92:2, 96:6, 97:10, 98:7, 99:12, 99:19, 100:3, 100:6, 102:16, 103:7, 105:3, 105:7, 105:16, 106:8, 106:15, 106:20, 114:8, 116:6, 116:8, 118:21, 123:24, 125:3, 125:17, 126:14, 127:2, 128:5, 131:24, 139:18, 141:25, 143:10, 143:11, 144:13, 148:17, 148:23, 149:13, 150:19, 150:25, 160:8, 161:15, 161:22, 162:1, 165:10

**One** [4] - 48:24, 85:19, 147:21

**ones** [1] - 35:17, 35:23, 35:25, 75:24, 86:11, 98:15, 148:18, 149:2, 151:21, 152:20, 156:22

**open** [1] - 28:19, 63:14, 74:10, 74:15, 74:16, 79:14, 80:8, 80:10, 110:22, 119:9, 149:4

**opened** [1] - 63:22

**opening** [12] - 10:1, 10:6, 11:10, 11:14, 14:3, 20:9, 20:12, 20:23, 39:6, 40:12, 41:4

**Opening** [2] - 3:4, 3:5

**operable** [1] - 79:22

**operate** [1] - 79:21

**operating** [1] - 44:8

**operation** [1] - 42:10

**operational** [1] - 95:19

**opinion** [2] - 13:15, 19:12

**opportunity** [10] - 15:13, 42:5, 44:16, 44:23, 54:2, 90:9, 109:12, 110:11, 122:19, 142:2

**opposed** [1] - 82:19

**option** [1] - 122:10

**oral** [2] - 164:20, 165:16

**order** [45] - 14:25, 16:16, 21:15, 29:21, 32:7, 38:2, 53:25, 70:12, 79:20, 88:19, 89:1, 96:25, 97:1,

97:3, 97:15, 97:20, 97:24, 97:25, 98:3, 98:5, 98:6, 98:7, 98:10, 98:11, 98:14, 98:19, 98:22, 98:24, 99:4, 99:8, 99:10, 106:25, 121:7, 121:9, 121:15, 123:19, 123:20, 123:22, 123:23, 124:6, 130:9, 133:16, 140:3

**orders** [6] - 103:5, 103:6, 105:11, 105:14, 105:20, 107:5

**ordinary** [1] - 55:8, 130:10, 133:14

**organization** [6] - 23:6, 95:8, 95:10, 95:13, 95:24, 98:9

**organized** [1] - 47:4

**original** [14] - 5:8, 9:9, 110:4, 115:8, 115:10, 130:4, 130:6, 131:3, 135:24, 136:2, 138:12, 164:2, 164:7

**original's** [1] - 141:4

**originally** [4] - 6:2, 6:24, 9:15, 28:18

**originals** [3] - 69:15, 72:2, 162:2

**otherwise** [1] - 18:3

**ounces** [1] - 21:18

**outcome** [1] - 15:16

**outline** [1] - 20:9

**output** [2] - 163:22, 164:8

**outside** [9] - 13:17, 19:13, 24:23, 25:14, 32:22, 94:4, 94:20, 109:5, 117:4

**overrule** [3] - 14:18, 117:16, 136:18

**overruled** [3] - 110:21, 116:13, 141:7

**overseas** [1] - 29:11, 29:12

**overt** [1] - 66:20

**overview** [2] - 29:5, 77:6

**own** [8] - 20:5, 42:19, 43:13, 45:17, 63:14, 99:12, 121:6, 121:16

**owned** [2] - 28:3, 47:19

**owners** [1] - 48:22

**ownership** [1] - 46:8

## P

**p.m** [7] - 1:6, 87:12, 111:12, 112:18, 127:22, 141:9, 163:11

**PA** [3] - 145:1, 146:5, 146:6

**pack** [2] - 25:11, 25:12

**packaged** [1] - 22:10

**packed** [1] - 22:8

**pads** [1] - 19:21

**page** [22] - 46:1, 46:11, 46:15, 47:8, 47:9, 47:13, 47:23, 48:6, 48:9, 48:11, 48:21, 49:7, 50:18, 51:6, 68:20, 74:19, 74:23, 75:8, 106:12, 150:24

**PAGE** [2] - 3:2, 3:14

**Page** [4] - 46:4, 68:14, 137:18, 149:1

**Pages** [2] - 1:8, 73:9

**pages** [7] - 68:20, 73:14, 73:22, 149:2, 149:12, 150:19, 151:2

**paid** [9] - 4:24, 5:20, 6:18, 31:1, 47:24, 50:2, 86:12, 86:21, 150:21

**pair** [1] - 85:18

**Pais** [4] - 161:25, 162:2, 162:9, 162:13

**pallets** [1] - 22:10

**Palm** [5] - 47:25, 49:2, 147:8, 147:10, 147:11

**Pamplona** [1] - 92:22

**Panadero** [1] - 159:21

**panel** [1] - 6:3

**panels** [1] - 9:21

**paper** [5] - 11:1, 73:4, 150:11, 150:13, 160:4

**papers** [1] - 70:10

**paperwork** [1] - 51:21

**park** [2] - 77:25, 78:1

**part** [14] - 11:13, 15:10, 31:19, 37:22, 64:14, 92:18, 130:23, 133:17, 135:13, 157:15, 158:13, 158:14, 163:20

**participate** [2] - 96:22, 132:9

**participated** [3] -

46:13, 94:24, 107:8

**particular** [19] - 29:16, 59:6, 65:25, 67:10, 68:9, 69:14, 75:9, 77:6, 79:17, 97:3, 97:5, 102:5, 102:6, 102:22, 103:9, 125:8, 125:23, 126:3, 154:10

**particularly** [3] - 34:13, 109:19, 109:23

**parties** [3] - 6:17, 9:23, 19:11

**partner** [1] - 22:3

**partners** [1] - 21:14

**partnership** [1] - 55:6

**parts** [2] - 129:22, 130:1

**party** [1] - 19:1

**pass** [1] - 71:7

**passed** [3] - 36:24, 115:1, 115:25

**passive** [1] - 100:17

**password** [1] - 101:24

**past** [1] - 45:17

**paste** [1] - 115:22

**Patricia** [1] - 5:5, 8:20, 9:18, 10:6, 12:6, 12:9, 118:21, 165:13

**Patricinio** [1] - 157:11

**pattern** [2] - 11:13, 11:18

**patterns** [2] - 134:21, 139:13

**pay** [12] - 5:3, 6:6, 6:10, 6:15, 6:25, 8:15, 21:4, 21:5, 29:24, 30:20, 33:20, 52:5

**paycheck** [1] - 7:3

**payment** [5] - 16:25, 30:18, 46:25, 49:9, 50:16

**payments** [1] - 161:4

**pays** [4] - 49:14, 49:15, 51:4

**Pedro** [1] - 159:20

**pendens** [4] - 84:13, 85:9, 85:20, 86:9

**pennies** [2] - 21:10, 21:11

**pens** [1] - 19:22

**people** [33] - 13:17, 16:20, 18:5, 21:3, 21:9, 23:11, 25:10, 26:19, 27:9, 31:16, 34:9, 34:22, 35:1, 35:12, 35:16, 35:17,

42:15, 44:18, 44:19, 45:7, 51:17, 52:11, 52:13, 53:24, 56:4, 95:10, 102:7, 126:12, 160:2, 160:12, 161:4
**peppers** [5] - 22:8, 22:9, 22:11, 22:12
**per** [1] - 22:19
**perhaps** [3] - 42:19, 43:18, 136:5
**period** [6] - 58:24, 59:4, 59:11, 120:25, 121:8, 126:1
**periodically** [1] - 93:19
**periods** [1] - 126:2
**permission** [5] - 10:7, 45:24, 87:16, 96:23, 108:18
**permit** [4] - 18:9, 18:10, 18:14, 18:18
**permitted** [2] - 8:22, 14:16
**person** [18] - 16:25, 17:3, 27:16, 31:18, 51:13, 59:9, 72:5, 97:3, 102:24, 117:7, 117:10, 125:23, 126:14, 126:15, 126:20, 140:16, 159:9, 162:6
**personal** [1] - 16:16
**personally** [2] - 113:19, 120:4
**persons** [1] - 151:10
**pertain** [2] - 73:20, 82:2
**pertaining** [3] - 152:4, 159:5, 159:6
**pertains** [1] - 146:25
**pertinent** [3] - 149:16, 149:19, 163:20
**Peru** [1] - 22:8
**petty** [2] - 92:19
**Peña** [1] - 23:3
**phone** [32] - 41:17, 95:25, 97:9, 97:11, 98:23, 98:25, 99:6, 99:8, 99:9, 99:23, 100:20, 113:2, 113:4, 117:5, 117:6, 117:7, 117:9, 117:10, 121:12, 121:13, 121:21, 122:23, 122:24, 123:2, 123:6, 123:7, 123:14, 123:15, 127:1, 140:3, 140:16
**phoned** [1] - 101:4

**photo** [1] - 78:21
**photographic** [1] - 163:25
**photographs** [8] - 60:24, 60:25, 61:5, 61:8, 61:10, 61:12, 61:14, 148:3
**photos** [1] - 80:14
**phrases** [1] - 19:8
**physically** [2] - 84:19, 114:25
**PI** [1] - 24:1
**pick** [3] - 121:4, 122:9, 130:11
**picked** [3] - 7:17, 103:11, 121:24
**picks** [2] - 97:10, 121:19
**picture** [6] - 77:9, 78:3, 78:17, 79:13, 81:2, 81:3
**pictures** [2] - 30:6, 31:2
**piece** [3] - 10:25, 13:24, 55:5
**pinched** [1] - 52:17
**Pineida** [1] - 159:22
**place** [25] - 17:5, 17:7, 18:18, 18:20, 18:22, 23:9, 23:10, 23:11, 23:12, 36:18, 36:23, 45:15, 68:3, 80:14, 80:19, 83:1, 86:23, 105:12, 120:10, 121:8, 122:4, 122:6, 144:1, 150:1, 161:9
**placed** [2] - 100:25, 164:8
**places** [3] - 64:15, 65:15, 67:17
**plain** [2] - 133:12, 136:22
**plainly** [1] - 137:1
**Plaintiff** [1] - 1:5
**plan** [4] - 23:6, 23:7, 42:3, 53:7
**plastic** [1] - 161:3
**playing** [2] - 5:16, 5:17
**plead** [1] - 52:24
**pled** [2] - 35:12
**plugged** [2] - 10:9, 121:12
**plus** [1] - 48:17
**Plycar** [1] - 148:7
**point** [16] - 10:14, 11:16, 25:19, 25:25, 43:8, 44:21, 62:6, 91:17, 96:2, 96:6,

100:4, 100:6, 109:13, 156:8
**point-to-point** [2] - 100:4, 100:6
**Pointe** [5] - 77:15, 77:21, 86:5, 86:14, 86:16
**poisons** [1] - 25:5
**Police** [38] - 23:5, 33:8, 34:5, 34:24, 36:25, 37:1, 37:19, 41:11, 42:1, 44:1, 54:1, 54:12, 59:23, 63:12, 64:4, 66:12, 89:23, 89:24, 90:1, 90:20, 90:22, 91:19, 91:24, 92:8, 92:10, 93:7, 93:8, 94:3, 94:5, 94:12, 94:13, 95:2, 95:11, 96:15, 96:17, 120:24, 126:19, 139:10
**police** [31] - 23:9, 34:1, 54:5, 64:4, 90:15, 90:19, 90:21, 91:12, 91:18, 91:22, 91:23, 91:25, 92:2, 92:9, 92:14, 92:16, 94:7, 94:22, 94:25, 97:18, 101:18, 101:20, 101:21, 102:6, 103:13, 122:5, 122:7, 122:10, 122:12, 122:14, 122:18
**Pollack** [10] - 35:10, 52:15, 52:24, 53:1, 53:6, 60:10, 61:13, 62:20, 63:2, 159:21
**Popular** [3] - 154:5, 154:7, 154:13
**Port** [1] - 23:17
**portion** [1] - 166:3
**portions** [2] - 149:16, 149:19
**posing** [1] - 42:21
**position** [3] - 7:16, 53:24, 90:17
**possibility** [2] - 131:8, 131:9
**possible** [4] - 97:19, 119:6, 122:7, 125:7
**posting** [1] - 17:24
**powerful** [1] - 52:6
**Pozner** [1] - 161:15
**practical** [1] - 92:5
**practice** [2] - 72:9, 162:9
**prefer** [1] - 90:5
**preferable** [1] - 7:24

**preference** [4] - 7:19, 7:23, 7:25, 9:7
**prefers** [1] - 110:12
**prejudice** [2] - 15:16, 110:20
**preliminary** [5] - 11:11, 13:2, 135:2, 135:4, 138:16
**Preliminary** [1] - 3:3
**premature** [2] - 18:16, 18:17
**premises** [2] - 17:5, 17:6
**preowned** [1] - 45:15
**preparation** [4] - 69:2, 70:8, 75:13, 103:17
**prepare** [2] - 57:21, 70:13
**prepared** [7] - 51:10, 52:13, 67:4, 67:7, 70:13, 70:18, 104:10
**preparing** [1] - 104:12
**presence** [2] - 109:5, 117:4
**present** [13] - 4:12, 16:6, 20:13, 20:17, 20:20, 39:19, 54:20, 67:7, 88:11, 111:23, 132:22, 136:12, 137:19
**presentation** [1] - 94:21
**presentations** [1] - 94:19
**presented** [6] - 13:12, 19:7, 36:5, 104:20, 136:6, 140:14
**presenting** [1] - 69:15
**preserve** [2] - 112:6, 118:1
**preserves** [1] - 121:23
**pressure** [1] - 53:22
**presumed** [2] - 11:19, 15:24
**presumption** [1] - 11:12
**pretending** [1] - 34:7
**pretty** [2] - 10:3, 10:20
**prevent** [1] - 136:14
**previously** [2] - 116:12, 124:5
**prima** [3] - 137:19, 137:23, 164:12
**primarily** [1] - 58:7
**principles** [1] - 13:1

**printout** [3] - 138:14, 138:16, 163:22
**printouts** [3] - 137:16, 138:9, 138:10
**prison** [8] - 43:13, 43:16, 52:12, 52:14, 52:21, 53:21, 53:25, 56:4
**private** [1] - 100:23
**privilege** [3] - 119:2, 135:5, 135:7
**probable** [1] - 67:4
**problem** [5] - 7:20, 34:1, 124:23
**problems** [1] - 49:11
**procedure** [1] - 124:2
**procedures** [1] - 109:24
**proceed** [9] - 20:23, 40:21, 56:20, 89:6, 89:16, 89:17, 112:21, 119:15, 141:13
**proceedings** [22] - 8:6, 9:6, 12:17, 39:1, 39:11, 40:19, 83:11, 87:13, 88:1, 88:23, 109:4, 110:22, 111:13, 111:16, 112:19, 117:3, 119:9, 127:23, 132:15, 141:10, 163:12, 167:4
**Proceedings** [1] - 166:18
**process** [11] - 67:3, 97:22, 98:1, 117:19, 121:8, 124:13, 139:23, 139:24, 140:2, 154:23, 164:1
**processed** [1] - 65:13
**processes** [2] - 139:8, 139:9
**produce** [2] - 138:25
**produced** [4] - 73:9, 139:2, 140:16, 163:25
**produces** [1] - 139:25
**production** [2] - 65:2, 65:14
**professors** [1] - 45:5
**proffer** [1] - 117:15
**proffered** [2] - 137:20, 140:17
**program** [2] - 17:8, 91:22
**progressed** [2] - 65:19, 66:7
**progresses** [1] - 145:10

**project** [1] - 10:10
**projection** [1] - 10:8
**promise** [1] - 19:19
**promised** [1] - 18:13
**promptly** [1] - 17:2
**proof** [4] - 11:22, 16:2, 16:4, 16:14
**properly** [1] - 79:21
**properties** [8] - 23:14, 35:5, 83:15, 83:24, 84:12, 84:13, 84:16, 86:11
**Properties** [1] - 143:1
**property** [6] - 55:5, 77:11, 77:21, 83:20, 84:22, 86:16
**proponent** [4] - 137:6, 137:19, 138:25, 139:1
**proposal** [1] - 111:25
**propose** [3] - 5:7, 7:12, 7:13
**proposed** [1] - 9:15
**proposing** [1] - 7:13
**proprietary** [2] - 129:9, 130:17
**prosecuted** [1] - 53:11
**prosecuting** [1] - 43:21
**prosecution** [2] - 43:10, 43:18
**prosecutor** [6] - 41:6, 42:14, 44:11, 44:17, 49:9, 122:1
**prosecutors** [2] - 94:14, 94:17
**Protection** [3] - 64:3, 151:16, 151:21
**prove** [3] - 16:5, 16:11, 29:3
**proven** [2] - 11:20, 15:24
**proves** [2] - 13:16, 13:20
**provide** [8] - 11:11, 17:23, 35:13, 49:9, 49:21, 52:5, 60:7, 96:17
**provided** [4] - 19:21, 68:3, 133:14, 140:9
**provides** [2] - 49:15, 51:9
**proving** [1] - 136:14
**public** [3] - 47:18, 100:9, 100:12
**publication** [1] - 118:10
**publish** [6] - 45:25,

61:25, 71:1, 112:7, 152:16, 156:19
**published** [2] - 117:23, 137:13
**publishing** [1] - 116:23
**Puerto** [3] - 58:1, 58:4, 58:8
**pull** [1] - 134:24
**pulled** [3] - 69:3, 69:10, 75:14
**purchase** [5] - 31:3, 145:4, 146:7, 146:25, 150:21
**purchased** [2] - 30:2, 151:10
**purchases** [5] - 29:19, 31:8, 41:14, 150:16, 153:7
**purported** [1] - 54:5
**purports** [2] - 133:21, 137:20
**purpose** [5] - 15:4, 15:6, 15:7, 42:17
**pursuant** [3] - 138:19, 140:3, 140:20
**put** [29] - 4:15, 6:18, 7:25, 10:25, 16:8, 22:11, 22:14, 25:22, 26:3, 36:20, 40:13, 40:15, 43:13, 45:25, 55:22, 69:8, 70:1, 70:9, 75:17, 79:23, 104:12, 105:5, 105:8, 113:7, 113:17, 145:9, 149:20, 153:25, 159:12
**puts** [2] - 97:9, 126:16
**putting** [2] - 67:14, 101:2

## Q

**qualified** [2] - 18:13, 135:5
**Quantico** [1] - 57:13
**quarrel** [1] - 42:12
**questioning** [1] - 129:11
**questions** [12] - 14:5, 14:6, 95:7, 95:8, 116:9, 119:16, 125:11, 125:17, 127:7, 135:2, 135:4, 161:11
**quick** [2] - 90:23, 112:25
**quicker** [1] - 141:22

**quickly** [2] - 74:6, 161:11
**quite** [1] - 47:10
**quotes** [1] - 54:2
**quoting** [1] - 137:25

## R

**radio** [1] - 17:12
**raised** [2] - 141:4, 164:5
**raising** [1] - 110:19
**Ramdial** [1] - 159:22
**Range** [2] - 45:1, 78:23
**rather** [6] - 39:5, 70:9, 103:13, 126:2, 131:7, 159:3
**RDR** [2] - 2:1, 167:7
**reach** [1] - 13:9
**reaches** [1] - 101:10
**reaching** [1] - 15:8
**read** [20] - 6:4, 7:9, 8:24, 17:10, 19:3, 24:14, 38:17, 71:19, 87:4, 101:12, 101:13, 102:19, 111:3, 127:14, 134:4, 143:11, 156:9, 157:22, 161:23, 162:25
**read-only** [3] - 101:12, 101:13, 102:19
**readable** [3] - 163:22, 164:8, 164:9
**reading** [2] - 161:20, 164:3
**reads** [2] - 156:23, 160:4
**ready** [8] - 38:4, 39:21, 40:5, 112:11, 112:12, 112:13, 112:14
**real** [3] - 46:20, 84:22, 112:25
**realized** [1] - 26:9
**really** [7] - 23:19, 34:15, 45:3, 45:7, 128:24, 133:4, 164:24
**rear** [1] - 78:19
**reasonable** [2] - 16:12, 38:7
**reasonableness** [1] - 15:18
**reasons** [1] - 37:19
**reassert** [1] - 109:9
**receive** [12] - 67:12, 91:14, 93:13, 97:20,

99:2, 99:4, 100:17, 103:20, 124:9, 124:22, 159:9
**RECEIVED** [1] - 3:14
**received** [18] - 14:14, 14:19, 14:23, 49:20, 62:25, 69:4, 70:4, 73:23, 98:11, 100:25, 101:5, 123:19, 125:8, 125:9, 148:23, 150:8, 157:2
**receivers** [1] - 27:10
**receives** [4] - 98:19, 99:5, 99:10, 124:5
**receiving** [3] - 99:16, 101:3, 113:13
**recent** [1] - 133:2
**recess** [14] - 39:9, 39:10, 87:14, 87:24, 87:25, 110:24, 111:10, 111:14, 111:15, 127:10, 132:13, 132:14, 164:13, 166:12
**recognize** [13] - 60:24, 61:8, 76:4, 77:18, 77:25, 84:3, 84:24, 85:14, 86:1, 104:7, 104:18, 106:1, 117:14
**recollection** [1] - 130:6
**record** [15] - 4:4, 39:15, 56:16, 62:9, 71:5, 84:9, 88:6, 89:13, 103:18, 109:14, 110:19, 119:4, 138:5, 140:22, 150:11
**recorded** [14] - 102:17, 103:9, 103:10, 104:2, 114:17, 119:23, 121:25, 124:18, 125:2, 126:8, 127:3, 127:4, 127:6
**recording** [8] - 121:12, 121:15, 124:13, 135:18, 135:19, 135:23, 163:18, 163:19
**recordings** [11] - 44:3, 105:10, 105:12, 108:10, 120:10, 129:12, 130:4, 130:6, 133:23, 133:24, 134:18
**records** [51] - 47:11, 47:18, 50:21, 71:24, 72:2, 72:3, 72:6, 72:8,

121:23, 126:12, 143:1, 143:15, 144:1, 145:20, 146:5, 149:10, 149:16, 150:7, 150:16, 150:20, 151:2, 151:15, 152:4, 152:24, 153:6, 153:11, 153:18, 154:5, 154:10, 154:15, 154:23, 155:2, 155:4, 155:8, 155:11, 155:20, 155:21, 158:25, 159:3, 159:5, 159:17, 159:19, 160:1, 160:21, 160:25, 161:25, 162:3, 162:4, 162:7, 162:8
**red** [3] - 22:8, 23:25, 150:23
**Red** [1] - 3:8
**redaction** [1] - 118:12
**REDIRECT** [1] - 125:13
**redirects** [1] - 121:22
**reference** [4] - 73:19, 79:9, 80:1, 80:23
**referred** [2] - 77:11, 135:22
**referring** [1] - 83:3
**reflect** [3] - 62:10, 138:11, 138:15
**reflected** [2] - 75:22, 118:3
**reflects** [1] - 163:23
**regard** [10] - 109:19, 109:23, 129:6, 130:21, 130:23, 131:12, 133:22, 135:17, 137:10, 163:16
**regarding** [2] - 16:16, 114:16
**regards** [6] - 75:19, 76:23, 83:19, 84:12, 134:18, 141:24
**registers** [1] - 153:7
**regular** [5] - 5:4, 48:21, 72:9, 162:7, 162:9
**regularly** [1] - 72:7
**relate** [2] - 75:21, 145:4
**related** [8] - 16:19, 17:11, 17:15, 19:5, 71:19, 100:22, 102:9, 133:20

**relates** [2] - 81:22, 81:24
**relationship** [9] - 33:22, 42:18, 42:25, 44:12, 53:14, 53:19, 55:7, 62:14, 62:23
**relatively** [2] - 27:4, 86:6
**relayed** [1] - 100:24
**relevance** [2] - 110:19, 118:9
**relevant** [1] - 118:20
**reliably** [1] - 133:21
**reluctant** [1] - 34:11
**rely** [2] - 20:4, 135:9
**relying** [1] - 52:9
**remain** [1] - 16:7
**remained** [1] - 93:3
**remarks** [1] - 14:4
**remember** [7] - 5:24, 19:21, 32:11, 39:3, 107:2, 123:4, 125:21
**remind** [1] - 9:23
**reminding** [2] - 11:11, 41:3
**remitter** [1] - 48:14
**render** [1] - 18:11
**Rennart** [2] - 146:5, 146:6
**Rephrase** [1] - 82:21
**rephrase** [3] - 53:4, 122:2, 123:11
**report** [8] - 32:15, 38:21, 87:8, 111:7, 127:18, 153:1, 153:2, 163:4
**REPORTED** [1] - 2:1
**reported** [2] - 17:11, 129:5
**REPORTER** [1] - 56:15
**reporter** [1] - 90:12
**Reporter** [2] - 2:1, 167:8
**reporter's** [1] - 19:12
**reporting** [7] - 32:9, 32:10, 32:12, 32:14, 32:20, 32:24, 46:10
**reports** [3] - 54:5, 152:25, 159:7
**repository** [1] - 139:21
**representations** [1] - 61:14
**representative** [2] - 95:2, 95:6
**represented** [1] - 41:1
**reproduced** [1] - 140:24

**reproduces** [1] - 164:2
**Republic** [1] - 40:1
**request** [19] - 16:24, 59:25, 65:4, 65:20, 65:24, 65:25, 82:18, 109:12, 110:10, 114:15, 154:25, 155:9, 155:15, 155:24, 156:2, 156:3, 159:19, 159:25, 164:16
**requested** [6] - 59:23, 67:13, 73:15, 75:10, 92:24, 102:5
**requesting** [1] - 67:16
**requests** [5] - 65:2, 65:14, 66:24, 154:18, 154:20
**require** [2] - 121:6, 133:19
**required** [5] - 16:14, 16:21, 103:12, 123:22, 153:2
**requirement** [5] - 32:12, 32:14, 46:10, 130:7, 137:4
**requirements** [7] - 32:9, 32:10, 32:24, 110:5, 137:9, 138:24, 139:5
**requires** [5] - 16:15, 19:3, 131:2, 137:18, 138:12
**resale** [1] - 48:2
**research** [4] - 17:14, 17:16, 17:18, 19:5
**researching** [1] - 57:19
**resell** [1] - 55:17
**residing** [1] - 60:3
**resold** [1] - 49:12
**resolve** [1] - 4:18
**response** [3] - 94:6, 129:11, 134:12
**responsible** [2] - 90:16, 120:15
**rest** [2] - 7:17, 52:22
**restrained** [3] - 83:20, 83:24, 84:18
**result** [1] - 139:25
**resulted** [1] - 33:25
**retired** [1] - 9:5
**return** [5] - 9:3, 17:1, 56:8, 67:12, 68:10
**returned** [3] - 9:8, 31:24, 67:21
**Revenue** [3] - 49:24, 153:10, 156:5

**reversal** [1] - 133:10
**review** [6] - 99:10, 113:7, 117:19, 124:25, 133:12, 136:23
**reviewed** [4] - 98:11, 105:7, 113:15, 117:12
**reviewing** [1] - 67:6
**reviews** [1] - 98:19
**RICHARD** [1] - 1:21
**Richard** [4] - 4:11, 39:18, 41:1, 88:10, 111:22, 132:21
**Rick** [2] - 152:7
**Rico** [3] - 58:1, 58:4, 58:8
**right-hand** [1] - 74:24
**rise** [1] - 12:14
**Road** [1] - 28:8
**roaming** [1] - 99:13
**Rodriguez** [5] - 4:13, 39:20, 41:2, 88:12, 146:5
**role** [1] - 59:15
**Rolls** [4] - 21:8, 22:21, 45:18, 82:5
**ROM** [1] - 140:25
**room** [8] - 9:3, 19:24, 20:2, 20:22, 38:24, 87:11, 111:10, 127:21
**rooms** [3] - 17:22, 18:1, 101:22
**roughly** [1] - 83:6, 93:1, 95:10
**routed** [2] - 94:8, 123:16
**Rover** [4] - 30:9, 48:20, 78:24, 147:18
**Rovers** [1] - 45:1
**Royce** [4] - 21:8, 22:21, 45:18, 82:6
**rugs** [1] - 150:3
**Rule** [12] - 109:19, 118:8, 133:18, 135:1, 137:3, 137:18, 138:12, 138:17, 138:20, 138:23, 140:21, 163:17
**rule** [7] - 131:14, 134:13, 135:1, 137:9, 137:10, 138:10, 139:4
**rules** [8] - 15:23, 18:7, 19:14, 19:16, 19:18, 128:18, 133:14, 135:6
**Rules** [3] - 11:18, 14:13, 14:16
**ruling** [2] - 163:16, 164:10

**rulings** [1] - 109:10

## S

**S-t-e-r-l-i-n** [1] - 133:10
**S-y-l-v-a-n** [1] - 132:3
**safe** [6] - 31:1, 50:4, 79:9, 79:11, 79:13, 148:2
**Safe** [17] - 42:17, 132:17
**sale** [1] - 44:13
**sales** [2] - 41:15, 45:21
**San** [1] - 58:1
**Sanctuary** [3] - 160:25, 161:2, 161:15
**Santander** [4] - 155:17, 155:18, 155:19, 155:21
**satisfied** [1] - 137:4
**satisfies** [1] - 139:5
**satisfy** [1] - 138:23
**Saturday** [1] - 165:11
**Savings** [1] - 147:2
**saw** [6] - 13:13, 13:17, 14:9, 14:11, 44:15, 148:2
**scan** [1] - 67:22
**scanned** [1] - 70:1
**scenario** [1] - 165:23
**scene** [1] - 19:1
**scheduling** [2] - 164:15, 165:23
**Scheel** [1] - 118:21
**school** [7] - 45:4, 57:7, 57:8, 91:7, 94:14, 94:16, 164:23
**sciences** [1] - 93:12
**scorned** [1] - 43:23
**screen** [6] - 45:25, 48:13, 48:18, 50:7, 72:17, 75:2
**screens** [1] - 41:9
**scroll** [3] - 74:18, 74:23, 75:7
**Seagull** [1] - 147:6
**seal** [3] - 104:14, 113:25, 114:1
**search** [9] - 17:8, 18:3, 57:21, 66:22, 66:24, 67:8, 67:12, 67:14
**searched** [2] - 37:2, 37:7
**searching** [1] - 67:6
**seat** [4] - 8:8, 9:11, 163:6

**seated** [9] - 4:16, 12:21, 39:2, 40:20, 56:15, 88:24, 89:11, 141:11, 163:13
**seats** [3] - 9:20, 12:9, 12:23
**Second** [1] - 1:22
**second** [16] - 11:6, 16:4, 18:21, 29:7, 61:2, 81:2, 100:21, 128:17, 132:4, 155:5, 159:13
**secret** [2] - 64:9, 64:14
**secure** [1] - 101:11
**secured** [1] - 80:17
**Security** [3] - 159:1, 160:1, 160:5
**SECURITY** [3] - 11:4, 12:6, 12:14
**security** [2] - 20:3, 163:8
**see** [45] - 5:21, 8:10, 10:25, 15:14, 18:24, 21:9, 22:2, 24:10, 24:23, 26:18, 26:25, 27:5, 27:7, 27:19, 27:22, 29:8, 29:16, 29:21, 29:23, 30:3, 30:6, 30:17, 31:1, 31:5, 31:11, 31:21, 33:12, 38:17, 45:1, 47:3, 47:11, 49:22, 50:19, 62:4, 74:24, 77:1, 77:15, 87:4, 111:3, 124:17, 127:14, 131:21, 150:23, 162:25, 163:9
**seeking** [2] - 116:14, 117:22
**seeks** [1] - 112:6
**seem** [1] - 33:17
**sees** [1] - 42:4
**segregated** [1] - 145:8
**seized** [12] - 30:7, 80:18, 81:6, 82:2, 82:6, 82:12, 82:18, 82:25, 83:7, 83:10, 84:18
**seizure** [1] - 80:19
**selected** [1] - 8:1
**selection** [1] - 41:1
**Selwyn** [1] - 159:21
**send** [7] - 26:23, 44:1, 51:24, 121:15, 150:11, 150:13, 151:2
**sender** [1] - 109:25
**senders** [1] - 27:9
**sending** [1] - 28:11

**sends** [7] - 43:2, 99:2, 99:6, 100:18, 100:20, 121:20, 121:24

**sense** [2] - 36:3

**sent** [21] - 5:1, 27:8, 27:9, 28:4, 28:16, 54:1, 67:8, 68:16, 74:21, 98:23, 99:8, 99:20, 99:21, 100:15, 103:10, 106:11, 113:2, 149:7, 149:8, 149:10

**separate** [4] - 92:3, 135:15, 135:16, 139:18

**September** [1] - 46:23

**series** [4] - 46:12, 128:19, 128:24

**serious** [1] - 19:15

**serve** [2] - 6:5, 6:10

**served** [1] - 65:15

**server** [6] - 101:11, 101:16, 103:1, 129:8, 130:14, 130:23

**servers** [3] - 101:25, 102:12, 103:19

**Service** [3] - 49:24, 89:23, 156:6

**service** [4] - 5:4, 8:16, 49:9, 49:14

**set** [9] - 27:23, 72:4, 96:18, 99:22, 121:9, 121:14, 121:17, 122:15, 162:5

**sets** [2] - 19:15, 64:6

**seven** [2] - 85:24, 92:5

**several** [2] - 59:16, 63:24

**shady** [1] - 23:11

**Sharon** [19] - 33:14, 33:15, 33:16, 33:24, 34:3, 34:10, 35:18, 36:11, 37:9, 37:13, 37:19, 42:9, 42:11, 60:9, 61:12, 62:13, 63:1, 83:11, 159:20

**shift** [1] - 7:20

**shifting** [1] - 99:22

**ship** [1] - 22:11

**shipment** [1] - 22:14

**shipments** [1] - 22:13

**shipped** [1] - 22:11

**short** [3] - 59:4, 110:24, 111:10

**shot** [1] - 77:6

**show** [23] - 28:20, 36:8, 38:6, 41:8, 41:10, 47:1, 52:3, 52:16, 54:11, 55:3, 55:14, 56:5, 70:17, 76:2, 77:4, 78:9, 78:13, 80:1, 80:22, 84:2, 104:17, 105:24, 157:15

**showed** [2] - 54:4, 86:11

**showing** [21] - 50:13, 60:24, 62:2, 62:12, 62:17, 67:4, 77:8, 77:17, 79:1, 79:10, 80:25, 81:8, 82:5, 85:14, 85:25, 104:7, 138:4, 139:24, 148:17, 150:19, 164:12

**shown** [3] - 81:17, 105:17, 138:15

**shows** [1] - 49:13

**Siddiqui** [2] - 138:1

**SIDDIQUI** [1] - 138:1

**side** [13] - 14:15, 71:13, 78:17, 78:21, 80:6, 80:7, 82:10, 109:5, 114:16, 117:4, 131:25, 140:15, 140:17

**side-bar** [6] - 109:5, 114:16, 117:4, 131:25, 140:15, 140:17

**sides** [1] - 6:7

**sight** [3] - 163:22, 164:8, 164:9

**sign** [1] - 40:15

**signature** [2] - 48:4, 104:14

**signed** [7] - 72:10, 98:2, 98:6, 98:7, 105:11, 105:14, 106:25

**significant** [2] - 54:11, 164:22

**signs** [1] - 67:8

**silent** [1] - 16:7

**Silva** [2] - 9:18, 159:25

**similar** [12] - 44:13, 65:11, 81:5, 136:3, 141:25, 143:10, 144:13, 144:24, 146:3, 148:18, 152:19, 154:3

**similar-looking** [1] - 81:5

**similarly** [2] - 147:13, 149:9

**simple** [2] - 37:21, 37:25

**simplest** [1] - 25:9

**simply** [5] - 10:14, 13:19, 20:9, 100:17, 126:7

**single** [5] - 42:24, 96:2, 96:6, 124:19, 125:1

**sister** [3] - 14:10, 27:20, 44:8

**sit** [2] - 7:15, 124:25

**site** [1] - 18:1

**SITEL** [66] - 89:23, 90:14, 90:15, 90:17, 90:18, 92:15, 92:23, 92:25, 93:3, 93:5, 93:10, 94:7, 95:7, 95:9, 95:11, 95:17, 95:19, 95:24, 96:2, 96:4, 96:6, 96:11, 96:13, 96:22, 97:10, 98:1, 98:19, 99:5, 99:8, 99:15, 99:22, 100:1, 100:11, 100:14, 100:15, 100:20, 101:3, 101:7, 101:8, 101:11, 101:19, 101:22, 102:4, 102:11, 103:23, 105:10, 106:11, 106:23, 106:24, 113:1, 115:4, 115:5, 121:23, 123:6, 123:14, 126:7, 134:24, 135:13, 138:21, 139:8, 139:12, 139:17

**SITEL's** [2] - 99:24, 103:19

**sits** [1] - 102:16

**sitting** [2] - 4:19, 27:1

**situation** [2] - 130:7, 130:10

**skill** [1] - 64:6

**skip** [1] - 29:7

**Skype** [2] - 37:11, 136:7

**Slade** [2] - 135:20, 135:25

**slate** [2] - 11:23, 16:3

**slide** [1] - 7:16

**slips** [1] - 154:15

**small** [1] - 27:4

**smaller** [2] - 92:13, 92:17

**Smathers** [1] - 9:24

**smelled** [1] - 13:14

**smiling** [1] - 4:17

**SMS** [3] - 113:1, 113:8, 113:11

**smuggled** [1] - 25:20

**so-called** [1] - 46:6

**social** [4] - 17:22, 18:2, 42:13, 42:21

**software** [6] - 102:22, 115:5, 115:24, 129:9, 130:17, 131:9

**sold** [6] - 22:17, 28:13, 28:15, 28:21, 45:13, 55:11

**solely** [1] - 13:11, 19:6

**solid** [2] - 37:18, 100:6

**Solis** [1] - 159:24

**Soliz** [1] - 160:3

**someone** [5] - 13:13, 51:16, 51:17, 52:15, 53:23

**someplace** [2] - 67:2, 92:16

**sometime** [2] - 31:23, 112:17

**sometimes** [8] - 13:19, 14:25, 27:10, 55:6, 70:5, 150:20, 165:17, 165:19

**somewhat** [1] - 36:15

**somewhere** [1] - 95:12

**son** [3] - 164:23, 165:2, 165:19

**son's** [1] - 165:3

**soon** [1] - 122:14

**sorry** [6] - 5:13, 25:4, 78:11, 149:18, 151:6, 156:12

**sort** [2] - 115:22

**source** [4] - 17:16, 19:10, 32:7, 46:8

**South** [26] - 1:19, 22:5, 23:14, 23:17, 24:8, 25:8, 38:4, 44:23, 45:7, 45:16, 48:16, 48:20, 57:8, 58:14, 60:3, 63:5, 77:15, 77:21, 77:23, 86:4, 86:5, 86:7, 86:14, 86:15, 144:15, 147:19

**Southeast** [1] - 1:22

**SOUTHERN** [1] - 1:1

**Soviet** [1] - 45:12

**SP001-12226** [1] - 157:16

**Spain** [83] - 21:16, 22:6, 22:16, 22:24, 25:11, 27:2, 27:13, 27:24, 28:7, 28:10, 31:6, 33:10, 34:25, 44:1, 44:2, 44:9, 47:14, 47:18, 48:17, 52:20, 52:21, 53:2, 54:3, 54:4, 54:5, 54:22, 59:22, 65:21, 66:4, 66:8, 90:1, 90:25, 91:1, 91:2, 91:23, 91:24, 92:3, 92:9, 92:18, 93:6, 93:9, 94:14, 94:18, 94:20, 95:6, 96:1, 96:25, 99:23, 101:19, 102:3, 103:17, 104:25, 105:11, 105:14, 107:1, 109:15, 110:15, 113:18, 114:17, 114:23, 117:20, 122:15, 123:7, 123:21, 126:19, 126:20, 126:21, 126:25, 127:2, 138:21, 140:4, 154:9, 154:12, 154:21, 154:25, 155:1, 155:7, 155:14, 155:19, 157:2, 162:13

**Spanish** [50] - 23:5, 33:7, 34:24, 36:25, 37:1, 37:8, 37:18, 41:11, 42:1, 44:1, 54:1, 54:12, 54:17, 54:21, 59:22, 63:11, 66:12, 90:5, 90:10, 90:15, 90:19, 90:21, 91:18, 92:7, 92:10, 92:12, 93:6, 94:12, 95:11, 96:14, 97:8, 102:1, 103:12, 105:20, 120:24, 123:16, 123:22, 123:23, 126:18, 139:9, 153:20, 154:3, 154:23, 155:20, 156:3, 156:5, 156:25, 157:6, 157:20, 158:1

**speakers** [1] - 127:5

**speaking** [1] - 27:4

**speaks** [1] - 136:3

**special** [6] - 19:8, 34:15, 57:9, 58:4, 59:7, 59:21

**Special** [2] - 4:7, 56:12

**specialized** [2] - 108:9, 115:15

**specific** [6] - 31:22, 83:18, 108:23, 109:24, 133:19, 137:10
**specifically** [11] - 21:16, 27:15, 29:2, 29:6, 58:12, 58:13, 133:20, 138:23, 148:24, 150:2, 159:19
**speculation** [1] - 56:3
**speed** [1] - 112:1
**spelled** [1] - 155:5
**spelling** [3] - 56:17, 89:12, 133:10
**spend** [1] - 32:2
**spent** [2] - 26:7, 92:17
**Sports** [5] - 28:6, 28:7, 44:10, 48:24, 147:21
**spot** [1] - 100:9
**spouses** [1] - 33:19
**Spreadsheet** [1] - 149:2
**spreadsheet** [2] - 149:5, 149:13
**squad** [3] - 60:1, 63:6, 63:11
**SREBNICK** [65] - 1:18, 1:19, 4:10, 6:22, 10:5, 10:19, 11:8, 39:18, 39:22, 40:2, 40:8, 40:11, 40:14, 40:17, 40:22, 53:4, 53:6, 54:10, 61:20, 71:3, 71:6, 82:16, 84:7, 87:21, 88:10, 88:15, 109:1, 109:7, 109:11, 110:9, 111:22, 112:3, 112:14, 112:16, 114:15, 114:19, 114:22, 114:25, 115:3, 115:7, 115:12, 115:17, 115:21, 116:2, 116:8, 116:12, 116:24, 118:1, 118:7, 118:16, 118:20, 119:20, 123:11, 123:13, 123:24, 124:1, 125:10, 132:21, 134:6, 164:15, 164:18, 165:5, 165:21, 166:14, 166:16
**Srebnick** [16] - 3:5, 4:11, 5:12, 10:4, 39:5, 39:18, 39:21, 40:21, 40:25, 54:9, 88:10,

111:22, 112:13, 125:16, 131:24, 132:21
**stable** [1] - 22:23
**staff** [5] - 38:22, 87:9, 111:8, 127:19, 163:5
**stamp** [4] - 39:24, 67:23, 67:24, 67:25
**stamped** [1] - 149:5
**stand** [5] - 12:23, 51:10, 88:19, 89:1, 89:4
**standard** [1] - 136:23
**standardization** [1] - 95:22
**standing** [2] - 37:11, 56:6
**start** [28] - 11:14, 30:1, 30:10, 30:22, 34:15, 40:12, 41:3, 50:5, 64:21, 64:23, 65:1, 75:11, 97:10, 97:22, 99:15, 106:9, 120:4, 120:14, 121:7, 121:9, 121:14, 121:15, 121:17, 165:7, 165:20, 165:24, 166:4
**started** [17] - 4:20, 23:14, 23:15, 23:19, 23:21, 23:22, 24:7, 27:6, 28:7, 28:10, 28:13, 33:6, 34:25, 36:15, 36:19, 36:20, 66:4
**starts** [3] - 11:23, 16:3, 43:24
**state** [8] - 4:4, 39:14, 56:16, 88:5, 89:12, 111:19, 132:18, 137:3
**State** [3] - 152:2, 153:5, 153:19
**statement** [10] - 10:1, 10:6, 20:9, 20:12, 20:23, 39:6, 41:4, 41:6, 50:6, 75:9
**Statement** [2] - 3:4, 3:5
**statements** [4] - 11:14, 14:2, 14:3, 20:12
**States** [61] - 2:2, 4:1, 4:7, 6:20, 24:12, 24:17, 24:18, 24:19, 24:24, 24:25, 25:2, 25:4, 25:14, 27:3, 28:4, 28:23, 39:12, 39:17, 41:19, 41:25, 43:24, 44:2, 47:15,

47:21, 49:23, 51:1, 51:17, 52:1, 52:2, 52:23, 53:12, 54:16, 56:12, 65:13, 65:21, 66:1, 66:5, 66:7, 71:21, 88:2, 88:9, 89:8, 95:4, 111:17, 111:21, 128:9, 130:25, 132:3, 132:16, 132:20, 135:3, 135:20, 135:21, 136:20, 137:14, 137:21, 137:25, 154:20, 166:2, 167:8
**states** [4] - 138:8, 138:23, 139:12, 163:20
**STATES** [4] - 1:1, 1:4, 1:11, 1:15
**station** [1] - 101:20
**stationed** [1] - 58:21
**stations** [2] - 101:18, 101:21
**step** [5] - 26:2, 113:15, 127:8, 127:24, 163:14
**steps** [2] - 37:14, 37:15
**Sterlin** [4] - 133:1, 134:1, 136:20, 137:14
**Steve** [2] - 50:10, 148:5
**still** [10] - 7:4, 9:22, 11:25, 12:3, 58:21, 97:15, 98:22, 112:20, 141:12
**stipulate** [2] - 71:23, 118:12
**stipulation** [37] - 71:19, 141:25, 142:19, 142:21, 143:4, 143:6, 143:10, 143:18, 144:7, 144:9, 144:13, 144:17, 144:24, 145:13, 145:15, 145:19, 145:22, 145:24, 146:3, 146:11, 146:13, 146:19, 148:13, 148:18, 152:11, 152:13, 152:19, 156:10, 156:16, 156:21, 156:23, 158:19, 158:21, 160:15, 160:17, 161:21, 161:23
**stipulations** [1] - 148:11

**stolen** [1] - 26:16
**stop** [5] - 38:21, 87:8, 111:7, 127:18, 163:4
**store** [3] - 26:19, 26:24, 161:8
**stored** [8] - 101:8, 101:10, 101:17, 101:24, 106:11, 121:25, 138:11, 163:21
**stories** [1] - 35:23
**story** [6] - 5:22, 33:2, 36:3, 36:7, 36:16, 51:14
**straightforward** [1] - 10:21
**street** [2] - 45:18, 45:19
**Street** [1] - 1:16
**streets** [1] - 44:25
**stricken** [1] - 14:25
**strike** [1] - 35:20
**struck** [1] - 40:1
**struggling** [1] - 44:18
**stuck** [2] - 12:5, 52:21
**students** [1] - 94:11
**studied** [1] - 91:8
**study** [1] - 93:15
**stumbled** [1] - 23:9
**STUMPF** [1] - 1:19
**subject** [9] - 71:3, 109:7, 112:3, 116:21, 116:24, 117:15, 118:8, 118:24, 128:3
**submit** [6] - 36:8, 36:11, 37:22, 52:3, 54:10, 56:2
**Subpoena** [4] - 68:15, 73:8, 73:10, 73:12
**subpoena** [11] - 64:24, 65:16, 68:9, 68:11, 68:17, 68:23, 73:11, 74:20, 150:5, 151:8
**subpoenas** [11] - 64:24, 65:1, 65:8, 65:11, 65:12, 67:15, 69:5, 69:22, 69:23, 73:1
**subscribers** [1] - 99:12
**subsequently** [1] - 131:7
**subset** [1] - 119:23
**substance** [2] - 134:21, 139:13

**substantive** [1] - 38:9
**substitute** [4] - 5:8, 6:23, 7:2, 135:24
**successful** [1] - 123:14
**sufficient** [5] - 137:5, 137:19, 138:25, 139:3, 140:22
**suggest** [2] - 36:1, 136:5
**suggesting** [2] - 7:2, 136:13
**suggestion** [2] - 6:16, 9:9
**suggests** [3] - 14:8, 133:13, 133:15
**Suite** [2] - 1:20, 1:22
**summarize** [2] - 20:20, 46:6
**Sunbiz** [3] - 153:22, 153:23, 153:24
**sunbiz.org** [1] - 55:3
**sunny** [1] - 23:11
**SunTrust** [1] - 143:16
**superb** [1] - 38:2
**supplying** [1] - 17:1
**support** [8] - 43:15, 96:18, 96:20, 131:16, 135:21, 137:5, 138:5, 139:1
**supports** [1] - 137:12
**supposition** [1] - 56:3
**surgery** [1] - 161:3
**surprise** [1] - 44:25
**surprising** [1] - 53:22
**surprisingly** [1] - 43:19
**surrounded** [1] - 25:10
**surveillance** [2] - 42:7, 64:22
**sustain** [2] - 14:19, 14:22
**Sustained** [1] - 82:20
**sustained** [2] - 54:8, 164:11
**sustains** [1] - 118:11
**sweater** [1] - 62:7
**switching** [1] - 35:6
**sworn** [3] - 12:23, 12:24, 13:1
**SWORN** [2] - 56:14, 89:10
**Sylvan** [4] - 132:2, 132:3, 133:1

**system** [52] - 68:13, 94:7, 95:9, 96:19, 97:13, 98:13, 98:20, 99:1, 99:21, 99:22, 100:1, 100:4, 100:17, 101:10, 102:2, 102:17, 102:18, 102:20, 102:25, 103:23, 105:10, 106:11, 113:1, 113:3, 115:11, 115:13, 115:15, 115:18, 116:4, 120:12, 120:13, 120:15, 121:1, 121:5, 121:11, 121:12, 121:14, 121:16, 121:20, 121:23, 121:25, 124:15, 124:16, 125:6, 125:7, 129:5, 130:15, 134:24, 135:13, 139:23, 139:24, 140:2
**systems** [3] - 90:18, 93:22, 95:19

---

**T**

**table** [2] - 39:20, 55:23
**tabs** [1] - 149:13
**tactics** [1] - 57:23
**takedown** [1] - 37:1
**talks** [1] - 76:22
**Tania** [1] - 159:24
**tape** [1] - 130:8
**tapes** [2] - 44:4, 136:7
**tapping** [1] - 97:11
**Tardon** [84] - 4:2, 4:12, 4:15, 21:6, 21:10, 21:14, 22:2, 22:25, 23:6, 23:14, 24:10, 25:7, 27:17, 27:21, 31:25, 33:2, 34:2, 34:20, 35:5, 35:12, 39:13, 39:19, 41:2, 41:12, 44:7, 44:8, 44:15, 45:12, 45:20, 46:13, 47:11, 47:19, 48:19, 48:23, 49:13, 49:25, 50:7, 50:20, 50:25, 51:9, 51:15, 52:3, 52:17, 52:25, 53:13, 53:17, 54:14, 54:25, 55:1, 55:7, 55:22, 56:5, 60:9, 61:12, 61:13, 62:3, 62:15, 62:22, 62:23, 63:1, 63:15, 64:11, 64:16, 71:22,

82:3, 83:5, 83:10, 83:16, 84:11, 85:10, 85:21, 88:3, 88:11, 111:18, 111:23, 120:17, 132:17, 132:22, 157:11, 159:20, 159:22, 159:23, 160:8
**TARDON** [1] - 1:7
**Tardon's** [10] - 23:13, 35:9, 49:6, 62:16, 124:18, 125:2, 125:19, 126:2, 156:25, 158:2
**Tardons** [2] - 48:1, 49:4
**target** [2] - 99:19
**task** [5] - 58:13, 58:14, 58:15, 63:19, 64:5
**taught** [3] - 93:24, 94:7, 94:16
**tax** [4] - 54:17, 54:21, 54:22, 156:3
**teach** [3] - 57:17, 57:21, 94:19
**teacher** [1] - 45:5
**teams** [1] - 102:1
**technical** [7] - 93:12, 95:6, 95:18, 96:18, 101:2, 124:21, 124:23
**technicians** [1] - 95:23
**technique** [1] - 164:1
**techniques** [2] - 57:19, 66:19
**technological** [1] - 139:8
**technologies** [1] - 93:23
**telecommunications** [5] - 93:19, 93:22, 93:25, 94:4, 95:22
**telephone** [30] - 17:21, 42:7, 93:20, 96:3, 97:4, 97:5, 97:6, 97:8, 97:17, 97:21, 97:23, 99:11, 99:13, 99:17, 100:14, 102:5, 102:10, 103:9, 103:18, 117:11, 123:16, 125:24, 125:25, 126:3, 126:19, 127:4, 133:23, 133:24, 157:12
**television** [1] - 17:12
**temporary** [1] - 115:25
**ten** [3] - 39:5,

127:10, 127:21
**ten-minute** [1] - 127:10
**tenders** [3] - 61:7, 71:10, 113:23
**Tenerife** [3] - 107:24, 108:1, 108:2
**tenor** [1] - 6:8
**tens** [2] - 21:18, 21:24
**term** [1] - 82:18
**terminal** [6] - 101:20, 102:16, 102:18, 102:19, 102:22, 103:1
**terminals** [1] - 101:22
**terms** [1] - 136:3
**territories** [1] - 92:13
**territory** [2] - 102:2, 123:17
**test** [2] - 10:18, 10:20
**testified** [4] - 15:14, 129:21, 140:1, 154:17
**testify** [14] - 16:6, 16:8, 16:9, 35:14, 35:17, 35:19, 42:22, 43:12, 53:6, 71:24, 71:25, 90:5, 161:25, 162:1
**testifying** [3] - 15:15, 53:8, 54:12
**testimony** [27] - 13:13, 15:9, 15:12, 15:17, 15:18, 17:9, 18:19, 18:23, 19:6, 20:7, 35:20, 36:9, 56:3, 89:1, 89:2, 130:5, 133:19, 134:16, 134:17, 135:9, 135:10, 138:7, 138:18, 139:6, 140:17, 141:19
**text** [26] - 17:21, 109:20, 109:23, 109:25, 110:1, 110:5, 113:1, 113:5, 113:8, 113:11, 114:6, 114:8, 120:25, 121:4, 121:19, 124:2, 124:3, 124:8, 124:10, 130:20, 133:13, 133:15, 135:16, 136:22, 137:1, 137:10
**texts** [5] - 131:12, 131:20, 131:21, 131:25, 133:20
**THE** [224] - 1:10, 1:14, 1:18, 3:9, 4:1, 4:9, 4:14, 5:13, 5:18,

6:2, 6:24, 7:8, 7:21, 8:2, 8:7, 8:10, 8:12, 8:14, 8:19, 8:24, 9:2, 9:13, 9:18, 10:4, 10:11, 10:17, 10:20, 10:25, 11:3, 11:4, 11:5, 11:13, 11:17, 11:25, 12:1, 12:4, 12:6, 12:8, 12:12, 12:13, 12:14, 12:18, 12:19, 12:20, 12:25, 21:1, 38:13, 39:2, 39:12, 39:21, 39:23, 40:5, 40:6, 40:7, 40:10, 40:12, 40:15, 40:20, 53:5, 54:8, 56:10, 56:15, 56:18, 56:21, 60:12, 60:16, 60:19, 60:22, 61:1, 61:19, 61:21, 61:25, 62:10, 70:22, 71:1, 71:5, 71:9, 71:20, 72:13, 72:17, 72:18, 72:19, 72:20, 74:4, 75:3, 75:4, 76:7, 76:15, 76:17, 78:10, 82:20, 84:4, 84:6, 84:8, 86:23, 86:25, 87:14, 87:20, 87:22, 87:24, 88:2, 88:14, 88:16, 88:21, 88:24, 89:6, 89:11, 89:14, 89:17, 96:5, 104:5, 109:3, 109:6, 109:10, 109:18, 110:8, 110:21, 110:24, 111:14, 111:17, 112:2, 112:8, 112:10, 112:13, 112:15, 112:17, 112:20, 114:18, 114:21, 114:24, 115:1, 115:5, 115:10, 115:14, 115:20, 115:24, 116:5, 116:11, 116:13, 116:16, 117:2, 117:5, 117:9, 117:15, 118:6, 118:14, 118:17, 118:23, 119:2, 119:7, 119:11, 119:18, 123:12, 127:8, 127:10, 127:24, 128:1, 128:5, 128:10, 128:16, 128:20, 129:15, 129:19, 129:23, 129:25, 131:14, 131:16, 131:22, 131:24, 132:5, 132:10, 132:13, 132:16,

132:24, 133:4, 133:6, 133:8, 133:25, 134:2, 134:4, 134:10, 134:12, 136:11, 136:18, 140:12, 141:11, 142:8, 142:10, 142:11, 142:14, 142:20, 143:5, 143:19, 144:8, 144:19, 145:14, 145:23, 146:12, 148:12, 152:12, 152:16, 156:11, 156:13, 156:15, 156:19, 157:18, 158:13, 158:16, 158:20, 160:16, 161:9, 161:13, 161:23, 162:17, 163:13, 163:16, 164:17, 165:1, 165:7, 166:6, 166:9, 166:12, 166:15, 166:17
**themselves** [4] - 18:15, 26:10, 52:11, 109:15
**then-wife** [1] - 42:9
**theory** [1] - 43:15
**therefore** [6] - 11:23, 16:2, 102:2, 117:21, 135:14, 164:10
**Thereupon** [6] - 8:5, 9:5, 39:10, 87:25, 111:15, 132:14
**they've** [3] - 7:1, 166:2, 166:3
**thinking** [1] - 10:2
**thinks** [2] - 14:15, 42:15
**third** [5] - 16:11, 73:4, 74:13, 75:5, 81:3
**thoroughly** [1] - 117:18
**thousand** [1] - 21:22
**thousands** [6] - 21:20, 21:24, 21:25, 28:20, 55:10
**threaten** [1] - 43:10
**threatened** [2] - 43:15, 43:18
**three** [23] - 9:21, 15:22, 41:16, 41:17, 41:20, 41:22, 41:24, 42:6, 44:3, 52:9, 67:11, 72:6, 93:17, 113:10, 118:18, 118:20, 124:17, 125:1, 125:19, 126:1, 131:22, 160:6, 160:11

**three-year** [1] - 126:1
**throughout** [9] - 23:8, 45:8, 45:13, 92:9, 92:11, 101:18, 101:21, 102:1, 153:15
**tie** [4] - 117:5, 140:17, 140:20, 161:18
**tie-up** [1] - 140:20
**tied** [1] - 100:7
**timepieces** [1] - 79:18
**tip** [2] - 23:16, 86:7
**tipped** [1] - 33:8
**Title** [4] - 144:2, 145:21, 147:4, 147:6
**title** [1] - 144:3
**today** [10] - 10:18, 10:20, 21:7, 62:4, 83:6, 87:19, 110:16, 112:16, 124:25, 135:10
**together** [4] - 41:1, 113:17, 139:14, 145:9
**Tony** [5] - 4:6, 39:16, 88:8, 111:20, 132:19
**took** [5] - 29:25, 36:23, 55:19, 58:25, 80:19
**tools** [1] - 115:15
**top** [8] - 37:2, 47:9, 48:4, 48:18, 48:21, 50:7, 106:21, 157:5
**topic** [2] - 126:6, 126:18
**tops** [1] - 10:3
**Torrego** [1] - 157:11
**total** [3] - 46:16, 73:22, 73:24
**touching** [5] - 38:17, 87:4, 111:3, 127:14, 162:25
**tough** [3] - 21:3, 21:4, 21:6
**towards** [1] - 32:24
**trace** [1] - 26:16
**track** [6] - 55:4, 67:17, 68:2, 68:25, 70:12, 128:12
**traffic** [3] - 12:5, 24:17, 24:23
**trafficker** [8] - 23:2, 33:9, 38:2, 51:16, 52:15, 52:25, 53:11
**traffickers** [1] - 21:14
**trafficking** [13] - 24:15, 25:4, 52:20, 52:22, 53:9, 58:7, 58:16, 58:17, 60:6, 90:24, 91:1, 91:2,

108:9
**Trafficking** [1] - 58:15
**training** [12] - 57:12, 57:13, 57:22, 91:5, 91:22, 92:3, 92:5, 92:14, 93:11, 94:2, 138:21, 166:1
**transact** [1] - 24:25
**transaction** [15] - 25:1, 26:11, 29:14, 32:6, 32:21, 47:5, 47:7, 49:18, 50:11, 51:13, 55:12, 55:21, 152:25, 153:1, 153:3
**transactions** [11] - 32:18, 46:13, 46:18, 46:19, 46:23, 51:2, 51:20, 53:18, 55:1, 55:8, 56:6
**transcript** [3] - 117:1, 140:13
**transcript-by-transcript** [1] - 117:1
**transcription** [2] - 116:22, 167:4
**transcriptions** [2] - 106:6, 106:8
**transcripts** [6] - 106:3, 106:15, 106:20, 117:13, 118:3, 141:2
**transfer** [7] - 29:21, 31:4, 46:24, 47:11, 48:17, 48:24, 50:21
**transferred** [1] - 92:24
**transfers** [8] - 27:4, 27:7, 27:13, 27:16, 27:19, 27:22, 47:14, 148:23
**translate** [2] - 90:9, 90:11
**translated** [1] - 28:1
**translation** [6] - 106:8, 116:22, 158:2, 158:7, 158:15
**translation-transcription** [1] - 116:22
**translations** [2] - 106:4, 106:6
**transmitted** [2] - 72:5, 162:6
**transparent** [1] - 53:18
**transport** [1] - 24:24
**transposition** [1] - 131:10
**Traurig** [1] - 145:1

**travel** [5] - 88:19, 89:2, 103:17, 159:8, 165:14
**traveled** [2] - 25:13, 104:15
**traveler's** [7] - 26:7, 26:13, 26:17, 26:18, 26:24, 32:16, 32:19
**traveling** [1] - 104:1
**travels** [4] - 23:8, 32:22, 100:12, 159:9
**Treasury** [1] - 152:24
**Treaty** [5] - 65:20, 154:18, 155:9, 155:23, 156:2
**tremendous** [1] - 136:9
**trial** [28] - 6:12, 6:15, 13:2, 13:3, 13:8, 16:17, 16:24, 17:2, 19:15, 20:8, 29:1, 29:18, 32:25, 38:16, 43:5, 54:21, 54:23, 55:20, 69:2, 75:13, 87:3, 111:2, 127:13, 132:9, 145:10, 162:18, 162:19, 162:24
**TRIAL** [1] - 1:10
**tried** [2] - 43:8, 68:8
**trip** [1] - 59:10
**troubles** [1] - 23:10
**true** [3] - 14:7, 156:24, 158:7
**trust** [1] - 19:17
**trusts** [1] - 42:16
**truth** [5] - 34:16, 35:24, 37:20, 54:24, 54:25
**try** [15] - 11:6, 14:23, 30:22, 35:20, 38:20, 43:2, 53:12, 54:20, 64:15, 87:7, 97:19, 111:6, 127:17, 163:3, 166:9
**trying** [8] - 22:20, 43:5, 56:4, 115:7, 128:12, 132:9, 136:13, 136:16
**tune** [1] - 66:18
**tunnel** [1] - 100:22
**turn** [10] - 37:13, 37:14, 40:8, 48:6, 48:9, 48:11, 48:21, 51:6, 87:17, 88:17
**turned** [1] - 60:14
**Twelfth** [2] - 2:3, 167:8
**two** [31] - 4:17, 6:6, 6:11, 6:15, 31:15,

37:14, 37:15, 50:20, 59:6, 59:9, 67:10, 67:11, 72:3, 91:25, 92:1, 92:2, 92:4, 92:17, 92:24, 100:2, 107:21, 108:4, 108:5, 135:10, 135:15, 136:1, 160:8, 161:11, 165:9, 165:10, 165:18
**two-day** [1] - 135:10
**two-hour** [2] - 108:4, 108:5
**type** [4] - 16:25, 33:19, 33:22, 45:9, 95:1, 100:3, 108:18, 121:19
**types** [11] - 57:17, 58:6, 60:5, 65:15, 66:19, 91:1, 91:2, 100:2, 108:7, 113:13, 121:2
**typically** [4] - 65:17, 66:14, 95:17, 150:13

---

**U**

**U.S** [2] - 28:9, 44:12
**ultimate** [1] - 137:24
**ultimately** [2] - 33:25, 35:23
**ultra** [4] - 41:15, 44:13, 44:24, 48:1, 49:1, 50:5, 50:17, 51:4
**ultra-luxury** [8] - 41:15, 44:13, 44:24, 48:1, 49:1, 50:5, 50:17, 51:4
**umbrellas** [1] - 13:18
**unclear** [1] - 110:13
**uncomfortable** [1] - 6:8
**under** [25] - 46:8, 47:3, 53:22, 54:3, 65:20, 68:16, 73:18, 75:24, 96:24, 101:11, 103:12, 109:19, 110:2, 110:5, 112:20, 129:8, 130:17, 131:14, 133:14, 133:18, 137:3, 140:21, 141:3, 153:19, 164:11
**undercover** [2] - 34:6, 42:10
**underground** [2] - 36:20, 37:6
**underlying** [1] - 47:16

**undersigned** [1] - 71:22
**undertakes** [3] - 42:2, 42:3, 42:9
**unfair** [2] - 141:5, 164:6
**Union** [5] - 27:3, 45:12, 144:16, 149:9, 149:19
**Unit** [2] - 77:15, 78:7
**unit** [4] - 78:5, 96:20, 96:22
**UNITED** [4] - 1:1, 1:4, 1:11, 1:15
**United** [60] - 4:1, 4:6, 6:20, 24:12, 24:17, 24:18, 24:19, 24:23, 24:24, 24:25, 25:2, 25:3, 25:14, 27:3, 28:4, 28:23, 39:12, 39:17, 41:18, 41:25, 43:24, 44:2, 47:14, 47:21, 49:23, 51:1, 51:17, 52:1, 52:2, 52:23, 53:11, 54:16, 56:12, 65:13, 65:21, 66:1, 66:4, 66:7, 71:21, 88:2, 88:8, 89:8, 95:4, 111:17, 111:21, 128:9, 130:25, 132:2, 132:16, 132:20, 135:3, 135:20, 135:21, 136:19, 137:14, 137:21, 137:25, 154:20, 166:2, 167:8
**united** [1] - 2:2
**units** [1] - 108:9
**Universidad** [1] - 93:14
**University** [1] - 91:8
**university** [2] - 91:15, 93:11
**university-level** [1] - 93:11
**unless** [2] - 14:12, 108:18
**unpublished** [3] - 132:4, 133:8, 133:9
**up** [36] - 12:23, 22:5, 27:6, 27:24, 28:19, 33:3, 34:2, 45:17, 45:18, 49:13, 51:10, 63:14, 63:22, 74:10, 75:7, 84:19, 96:18, 97:10, 99:22, 100:7, 101:3, 103:11, 109:3, 110:14, 112:1, 117:2, 117:5, 121:4, 121:7,

121:19, 121:25,
122:9, 131:25,
140:17, 140:20,
153:24
 **update** [1] - 12:2
 **US** [5] - 26:6, 44:15,
50:18, 80:17, 151:18
 **user** [2] - 102:13,
102:22
 **users** [2] - 101:23,
102:16
 **uses** [2] - 19:8,
82:17, 100:22
 **Ussery** [3] - 48:15,
49:2, 147:13
 **utilized** [1] - 117:19
 **utilizing** [1] - 115:15

**V**

 **various** [9] - 72:10,
92:13, 95:2, 95:23,
96:3, 101:21, 105:20,
140:5, 140:19
 **vehicle** [1] - 48:1
 **Vehicles** [1] - 153:5
 **vehicles** [4] - 44:13,
44:24, 45:9, 45:21
 **Veintidos** [1] - 28:1
 **Velandia** [1] - 22:4
 **verdict** [5] - 13:9,
15:8, 18:11, 20:22,
56:8
 **verification** [1] -
63:10, 110:4, 130:22
 **verified** [4] - 106:17,
109:14, 109:16, 140:6
 **verify** [10] - 63:7,
105:2, 105:6, 105:9,
106:15, 114:6, 116:6,
129:16, 129:18,
130:18
 **verifying** [3] - 105:5,
106:20, 116:21
 **Verizon** [1] - 121:21
 **version** [2] - 153:20,
154:3
 **versus** [13] - 4:1,
39:12, 88:2, 111:17,
128:9, 132:3, 132:16,
135:20, 135:21,
136:20, 137:14,
137:21, 137:25
 **Veyron** [3] - 24:4,
30:10, 79:2
 **via** [3] - 5:2, 37:10,
66:24
 **view** [11] - 17:5,
17:9, 18:25, 19:12,

51:14, 79:5, 80:5,
80:6, 81:11, 82:10,
85:3
 **Villa** [3] - 77:2,
77:10, 86:20
 **villa** [10] - 23:19,
29:22, 34:2, 36:18,
77:7, 83:14, 83:22,
86:17, 86:18, 144:4
 **violate** [2] - 31:16,
32:1
 **violated** [3] - 32:5,
32:22, 138:10
 **violating** [3] - 54:15,
54:17, 54:18
 **violation** [2] -
117:17, 141:3
 **Virginia** [1] - 57:13
 **virtual** [1] - 100:22
 **visit** [2] - 17:5, 18:18
 **visited** [1] - 34:4
 **Vogel** [2] - 146:5,
146:6
 **voice** [14] - 100:3,
100:15, 100:19,
101:7, 109:20, 110:5,
113:4, 113:12,
116:21, 121:4, 124:8,
124:9, 126:15, 126:16
 **voices** [2] - 117:13,
117:24
 **voir** [5] - 9:24,
109:12, 110:11,
114:16, 116:9
 **voir-dire** [2] -
109:12, 110:11
 **voluminous** [1] -
70:6
 **vs** [1] - 1:6
 **Vuitton** [7] - 150:4,
150:5, 150:7, 150:8,
150:14, 150:19, 151:2

**W**

 **wages** [1] - 5:4
 **waiting** [4] - 9:22,
11:25, 12:5, 39:3
 **walk** [5] - 32:16,
37:12, 44:25, 52:4,
52:13
 **walked** [2] - 50:1,
55:22
 **walking** [1] - 13:17
 **walks** [2] - 51:2,
51:10
 **wants** [5] - 9:11,
53:1, 110:6, 110:14,
128:4

 **warehouses** [1] -
80:17
 **warrant** [4] - 67:8,
67:12, 67:14
 **warrants** [4] - 57:22,
66:22, 66:24
 **Warren** [1] - 147:18
 **Washington** [1] -
146:23
 **watch** [2] - 17:10,
79:17
 **watches** [2] - 50:6,
79:17
 **ways** [8] - 19:9, 25:8,
25:9, 32:5, 36:1,
133:13, 136:15
 **wealth** [1] - 21:10
 **wealthy** [1] - 41:13
 **wearing** [1] - 8:10
 **website** [2] - 55:4,
153:20
 **websites** [2] - 17:22,
18:2
 **Wednesday** [2] -
162:19, 162:21
 **week** [1] - 162:18
 **weekend** [3] - 163:9,
164:14, 166:15
 **weeks** [6] - 6:6, 6:11,
6:15, 57:13, 59:11,
166:8
 **weight** [3] - 13:24,
16:9, 20:6
 **welcome** [2] - 8:8,
9:4, 12:20
 **West** [1] - 85:19
 **Western** [3] - 27:3,
149:9, 149:19
 **wet** [2] - 13:17, 13:18
 **whatsoever** [7] -
14:11, 17:24, 38:15,
87:2, 111:1, 127:12,
162:23
 **whereas** [1] - 149:1
 **whole** [5] - 4:20,
32:5, 34:24, 51:14,
130:15
 **wider** [1] - 85:3
 **wife** [14] - 33:16,
33:20, 42:4, 42:5,
42:9, 42:22, 43:2,
43:12, 43:14, 43:17,
43:18, 43:19, 43:23,
62:16
 **William** [1] - 159:21
 **wire** [13] - 27:3, 27:7,
27:12, 27:16, 27:19,
27:22, 31:4, 46:23,
47:11, 48:16, 48:24,
50:21, 148:23

 **wires** [1] - 148:24
 **wiretap** [12] - 96:23,
96:25, 97:21, 97:24,
98:3, 102:5, 103:5,
105:20, 108:16,
117:9, 127:3, 138:20
 **wiretapped** [6] -
106:23, 107:4, 121:4,
127:5, 139:9, 140:2
 **wiretapping** [4] -
41:11, 41:13, 115:16,
115:24
 **wiretaps** [8] - 44:3,
90:16, 93:6, 96:18,
117:6, 117:19,
125:23, 140:15
 **wish** [1] - 19:20
 **wishes** [2] - 20:17,
108:22
 **withdrew** [3] - 118:8,
118:16, 118:17
 **WITNESS** [17] -
56:14, 56:18, 72:17,
72:19, 75:4, 89:10,
89:14, 114:21,
114:24, 115:1, 115:5,
115:10, 115:14,
115:20, 115:24,
116:5, 142:11
 **witness** [48] - 13:17,
14:9, 14:11, 14:12,
15:10, 15:12, 15:13,
18:24, 18:25, 56:10,
60:17, 60:19, 61:7,
87:17, 87:18, 88:17,
88:19, 88:20, 88:25,
89:2, 89:3, 89:7,
109:14, 110:14,
113:23, 117:12,
117:18, 117:24,
118:18, 127:9,
127:25, 128:1, 129:1,
130:16, 130:22,
134:16, 134:18,
134:24, 135:4, 135:9,
136:6, 139:6, 139:7,
139:16, 140:1,
140:23, 163:15
 **witness's** [5] - 15:14,
15:15, 15:17, 15:18
 **WITNESSES** [1] - 3:9
 **witnesses** [8] -
15:21, 18:6, 19:21,
20:1, 20:14, 20:17,
118:21, 136:1
 **witnesses'** [1] - 14:6
 **woman** [5] - 4:19,
33:13, 35:4, 53:14
 **wonder** [1] - 22:20
 **word** [3] - 43:9,

43:23, 155:5
 **words** [4] - 19:8,
102:19, 126:12,
131:21
 **wore** [1] - 129:7
 **worker** [1] - 42:21
 **workers** [2] - 35:9,
42:13
 **works** [9] - 4:21,
25:6, 94:8, 107:16,
107:17, 107:23,
121:5, 129:5, 161:16
 **world** [3] - 23:8,
45:8, 45:14
 **worst** [1] - 165:23
 **worst-case** [1] -
165:23
 **worth** [3] - 9:10,
29:5, 44:3
 **wrapping** [1] - 37:23
 **write** [1] - 157:22
 **writing** [2] - 163:18
 **wrote** [6] - 4:22,
5:19, 5:22, 6:14, 30:3,
106:22
 **WW** [1] - 105:25

**Y**

 **yards** [1] - 4:20
 **year** [9] - 57:15, 58:2,
58:10, 91:10, 91:11,
91:21, 109:8, 126:1,
133:4
 **yearly** [1] - 93:21
 **years** [24] - 28:3,
36:22, 41:12, 41:16,
41:17, 41:20, 41:22,
41:24, 42:6, 44:23,
52:9, 53:15, 58:5,
91:25, 92:1, 92:2,
92:4, 92:17, 92:24,
93:17, 124:17, 125:1,
125:19
 **years'** [1] - 44:3
 **yellow** [3] - 46:18,
47:4, 48:14
 **yesterday** [9] - 4:20,
4:25, 5:2, 5:18, 5:23,
6:4, 8:12, 8:20, 10:19
 **yourself** [2] - 19:23,
28:17
 **yourselves** [6] -
16:18, 38:14, 87:1,
110:25, 127:11,
162:22

| **Z** |
| --- |
| **zero** [1] - 44:5 |