```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                 CASE NO. 11-20470-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,         Miami, Florida

 5                  Plaintiff,         May 5, 2014

 6         vs.                         9:57 a.m. to 4:57 p.m.

 7   ALVARO LOPEZ TARDON,

 8                  Defendant.         Pages 1 to 222
     _____

 9

10                          JURY TRIAL
              BEFORE THE HONORABLE JOAN A. LENARD,
11                 UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

15   FOR THE GOVERNMENT:        JUAN ANTONIO GONZALEZ, JR., ESQ.
                                CRISTINA V. MAXWELL, ESQ.
16                              ASSISTANT UNITED STATES ATTORNEYS
                                H.I.D.T.A.
17                              11200 Northwest 20th Street
                                Miami, Florida 33172

18

19   FOR THE DEFENDANT:         HOWARD MILTON SREBNICK, ESQ.
                                BLACK, SREBNICK, KORNSPAN & STUMPF
20                              201 South Biscayne Boulevard
                                Suite 1300
                                Miami, Florida 33131
21                                       -and-
                                RICHARD C. KLUGH, JR., ESQ.
22                              25 Southeast Second Avenue
                                Suite 1100
23                              Miami, Florida 33131

24

25
```

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             United States District Court
                               400 North Miami Avenue
 3                             Twelfth Floor
                               Miami, Florida 33128
 4                             (305) 523-5499

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                         I N D E X

2

3                                   Direct    Cross    Red.

4
    WITNESSES FOR THE GOVERNMENT
5
    Madeline Albrecht                  6        32       55
6
    David William Pollack             62
7

8

9   EXHIBITS RECEIVED IN EVIDENCE                        PAGE

10  Government's Exhibit Nos. 52, 70, 71, 72, 73, 74,
       75, 76, 78 and 82                                 10
11  Government's Exhibit Nos. 52-A and 52-B              10
    Government's Exhibit No. 97                          14
12  Government's Exhibit Nos. 206-A through 206-D        18
    Government's Exhibit Nos. 207-A, 207-B & 207-D       19
13  Government's Exhibit No. 80                          20
    Government's Exhibit Nos. 67, 68, 69 & 92            24
14  Government's Exhibit No. 81                          27
    Government's Exhibit No. 96                          28
15  Government's Exhibit No. 102                         29
    Government's Exhibit No. 103                         30
16  Government's Exhibit No. 104                         31
    Government's Exhibit No. 209                         78
17  Government's Exhibit No. 91                          86
    Government's Exhibit No. 144                         92
18  Government's Exhibit No. 88                         105
    Government's Exhibit No. 140                        108
19  Government's Exhibit No. 101                        130
    Government's Exhibit No. 79                         151
20  Government's Exhibit No. 87                         153
    Government's Exhibit No. 84                         156
21  Government's Exhibit No. 86                         161
    Government's Exhibit No. 85                         176
22  Government's Exhibit Nos. 192, 193, 194, 195 & 196  183
    Government's Exhibit No. 161                        193
23  Government's Exhibit No. 93                         195

24

25
```

```
 1              THE COURT:  United States of America versus Alvaro

 2   Lopez Tardon, Case No. 11-20470.

 3              Good morning, counsel.

 4              State your appearances, please, for the record.

 5              MR. GONZALEZ:  Good morning, your Honor.

 6              Tony Gonzalez, Cristina Maxwell, Assistant United

 7   States Attorneys.  With us at counsel table, Madeline Albrecht

 8   and Daniel Gaitan, FBI special agents.

 9              THE COURT:  Good morning.

10              MS. MAXWELL:  Good morning, your Honor.

11              MR. SREBNICK:  Good morning, your Honor.

12              Howard Srebnick and Richard Klugh on behalf of Alvaro

13   Lopez Tardon, who is present with the aid of the interpreter.

14              THE COURT:  Good morning.

15              MR. KLUGH:  Good morning, your Honor.

16              THE COURT:  I need Mr. Tardon to put on his earphones,

17   please.

18              You may be seated.

19              We're still waiting on one juror who got caught in

20   traffic.

21              THE COURTROOM DEPUTY:  He's here now.

22              THE COURT:  Oh.  He's here now?  Okay.

23              So I just want to bring to your attention a note I

24   received from Juror No. 6 that states, "I work for the *Miami

25   Herald*, which does business with *El Pais*.  I just wanted to
```

5

1  bring it to your attention.  This will not affect my decision.

2  But I am knowledgeable of the company."

3          MR. GONZALEZ:  "*El Pais*."

4          THE COURT:  "*El Pais*."  I'm sorry.  My Spanish is not

5  too good.  The newspaper.

6          I believe there was a stipulation for introduction

7  of --

8          MR. GONZALEZ:  Yes, your Honor.

9          And that article in and of itself will not be entered

10 into evidence because it contains hearsay and inflammatory

11 things.  It's just that it exists and the photograph in the

12 picture.

13         THE COURT:  I'm just bringing this to your attention.

14         MR. GONZALEZ:  Thank you.

15         THE COURT:  So our last juror has just arrived.

16         Are we ready?

17         MR. GONZALEZ:  Yes, your Honor.

18         MR. SREBNICK:  Yes.

19         THE COURT:  So let's bring them in, please.

20         THE COURT SECURITY OFFICER:  Yes, ma'am.

21         (Whereupon, the jury entered the courtroom at 9:56 a.m.

22 and the following proceedings were had:)

23         THE COURT:  Good morning.

24         THE JURY:  Good morning.

25         THE COURT:  Welcome back.

Albrecht - DIRECT - By Mr. Gonzalez                6

 1          You may be seated.

 2          Good morning, ladies and gentlemen.

 3          THE JURY:  Good morning.

 4          THE COURT:  Welcome back.

 5          You are still under oath, ma'am.

 6          THE WITNESS:  Yes.

 7          THE COURT:  You may proceed, Mr. Gonzalez.

 8          MR. GONZALEZ:  Thank you, your Honor.

 9          Good morning, ladies and gentlemen.

10          THE COURT:  You're going to be presenting evidence

11  that's already in the record?

12          MR. GONZALEZ:  Yes, your Honor.

13          THE COURT:  So I can put the monitors on.

14          MR. GONZALEZ:  Thank you.

15                  CONTINUED DIRECT EXAMINATION

16  BY MR. GONZALEZ:

17  Q.   Agent Albrecht, when we finished your testimony the last

18  time we were here, we were talking about the various exhibits

19  that were contained with the CDs and the DVDs from -- and the

20  chart in Government's Exhibit 212.

21          Do you recall that?

22  A.   Yes, I do.

23  Q.   In total, from those exhibits alone, how many pages of

24  documents did you and the members of your team review in

25  preparation for this investigation?

Albrecht - DIRECT - By Mr. Gonzalez          7

1    A.   Close to 39,000.

2    Q.   And were most of those pages reviewed?

3    A.   Yes.

4    Q.   And did you and the members of your team segregate out

5    certain pages of certain documents that would become relevant

6    in this trial?

7    A.   Yes.

8    Q.   Now, you told us also little earlier that you are a native

9    Spanish-speaker.  Correct?

10   A.   Correct.

11   Q.   And that was your first language?

12   A.   Yes.

13   Q.   And do you read, write and speak Spanish?

14   A.   I do.

15   Q.   And have you ever had any problems communicating in

16   Spanish?

17   A.   No.

18   Q.   We talked last time about Government's Exhibit 101.

19        MR. GONZALEZ:  If I may approach, your Honor.

20        THE COURT:  You may.

21   BY MR. GONZALEZ:

22   Q.   Government's Exhibit 100:  That is the disc containing some

23   of the phone calls intercepted by the Spanish National Police

24   in their investigations.  Correct?

25   A.   That is correct.

Albrecht - DIRECT - By Mr. Gonzalez                    8

1    Q.   Have you had an opportunity to listen to these calls?

2    A.   I have.

3    Q.   And have you had an opportunity to compare them to

4    Government's Exhibit 101, which is in front of you?

5    A.   Yes.

6    Q.   With regards to Government's Exhibit 100, does it contain

7    Spanish-language transcripts of some of the phone calls?

8    A.   100 contains the actual recordings, and 101 contains the

9    transcripts.  Yes.

10   Q.   101?

11   A.   Yes.

12   Q.   101 contains Spanish-language transcripts of those calls

13   that are in Spanish.  Correct?

14   A.   Correct.

15   Q.   Are those accurate depictions of what is said on

16   Government's Exhibit 100 and the calls on the disc?

17   A.   Yes.

18   Q.   And on those that are in Spanish, is there also a

19   translation into English?

20   A.   Yes.

21   Q.   And are those fair and accurate translations of what is

22   written in Spanish into what is written in English?

23   A.   Yes, they are.

24   Q.   Now, there are also some calls there that are in English.

25   Correct?

1    A.    That is correct.

2    Q.    And do those contain an English transcript of what is being

3    said in English in the call?

4    A.    Yes.

5    Q.    And in addition to that, are there also text messages that

6    are contained there?

7    A.    Yes.

8    Q.    And are those translated as well to the extent that they

9    have words in them versus just numbers alone?

10   A.    Yes.

11   Q.    And are all of those translations and transcriptions fair

12   and accurate translations and transcripts?

13   A.    I believe they are.

14   Q.    Now, getting back to your investigation in this case,

15   during the course of your investigation, were you able to

16   identify certain people that have some form of involvement with

17   this case?

18   A.    Yes.

19   Q.    And were you able to obtain photographs of many of them?

20   A.    Yes.

21   Q.    I want to show you Government's Exhibits 52, 70, 71, 72,

22   73, 74, 75, 76, 78 and 82 and ask you if you recognize these

23   photographs.

24        THE COURT:  These are all in evidence?

25        MR. GONZALEZ:  No, they're not, your Honor.

1    BY MR. GONZALEZ:

2    Q.   Do you recognize those exhibits?

3    A.   I do.

4    Q.   And are those photographs of some of the individuals that

5    you identified as having some involvement with this case?

6    A.   Yes, they are.

7    Q.   And are those fair and accurate photographs of these

8    individuals?

9    A.   Yes.

10            MR. GONZALEZ:  Your Honor, at this time we would move

11   them into evidence.

12            MR. SREBNICK:  Judge, if we can have a moment.

13            THE COURT:  Yes.

14            MR. SREBNICK:  As to these, we have no objection.

15            THE COURT:  They will be admitted as Government's

16   Exhibits 52, 70, 71, 72, 73, 74, 75, 76, 78 and 82.

17            (Whereupon, Government's Exhibit Nos. 52, 70, 71, 72,

18   73, 74, 75, 76, 78 and 82 were entered into evidence.)

19            THE COURT:  You may publish.

20            52 is a composite exhibit?

21            MR. GONZALEZ:  52, yes, is an -A and -B.  I'll show

22   them both.

23            THE COURT:  It's admitted as 52, composite.

24            MR. GONZALEZ:  Thank you, your Honor.

25            (Whereupon, Government's Exhibit No. 52-A and 52-B were

```
 1    entered into evidence.)

 2    BY MR. GONZALEZ:

 3    Q.   First of all, showing you Government's Exhibit 52 -- and

 4    there are two photographs -- that is 52-A and 52-B.

 5         Who is this person?

 6    A.   That is an individual by the name of Luis Alfonso Garcia

 7    Velandia, also known as Jimmy.

 8    Q.   Jimmy?

 9    A.   Yes.

10    Q.   Showing you Government's Exhibit 70, who is that?

11    A.   That is a picture of an individual by the name of Maria de

12    las Nieves Tardon.

13    Q.   Does she have any relationship to the Defendant?

14    A.   She is his sister.

15    Q.   Showing you Government's Exhibit 71, who is that?

16    A.   An individual by the name of Juan Pineda de la Loza, also

17    known as Gordito, also known as Buzo.

18    Q.   Buzo, B-u-z-o?

19    A.   Yes.

20    Q.   Showing you now Government's Exhibit 72, who is that?

21    A.   An individual by the name of José Ramon Panadero, also

22    known as Jota.

23    Q.   Jota, J-o-t-a?

24    A.   J-o-t-a.  Yes.

25    Q.   And were you able to during the course of your
```

Albrecht - DIRECT - By Mr. Gonzalez                12

1    investigation find out where it is that he works?

2    A.   Yes.  He works for Iberia Airlines as a flight attendant.

3    Q.   And Iberia Airlines:  This is an airline based in what

4    country?

5    A.   In Spain.

6    Q.   Showing you Government's Exhibit 73, who is that?

7    A.   An individual by the name of Pedro Hernández -- Pedro

8    Fernandez, also known as Peter.

9    Q.   Government's Exhibit No. 74:  Who is that?

10   A.   An individual by the name of Javier Jimenez Solis, also

11   known as Toro, T-o-r-o.

12   Q.   Government's Exhibit 75?

13   A.   An individual by the name of Jaime Dominguez Mendez.

14   Q.   76?

15   A.   An individual by the name of Ruben Martinez, also known as

16   Rufus.

17   Q.   78?

18   A.   An individual by the name of José Ortiz Benavides.

19   Q.   And, lastly, Government's Exhibit 82?

20   A.   An individual by the name of Ana Cameno.

21   Q.   During the course of your investigation, did you obtain

22   search warrants for -- well, did you obtain search warrants?

23   Let's start with that.

24   A.   Yes.

25   Q.   And, specifically, were you able to identify certain e-mail

1    addresses that were used by some of the individuals in the

2    case?

3    A.   Yes.  I was able to identify two for Mr. Alvaro Lopez

4    Tardon and one for Mr. David Pollack.

5    Q.   Do you recall what the e-mail addresses were for

6    Mr. Tardon?

7    A.   Yes.  One of them was exoticcars2007@hotmail.com.  The

8    other one was mralvarito@hotmail.com.

9            THE COURT REPORTER:  Alvarito?

10           THE WITNESS:  mralvarito, a-l-v-a-r-i-t-o.

11           MR. GONZALEZ:  m-r before that.  mralvarito.

12           THE WITNESS:  And Mr. Pollack's e-mail was

13   bmgmav@aol.com.

14   BY MR. GONZALEZ:

15   Q.   Now, can you tell us, what was the procedure for obtaining

16   these search warrants?

17   A.   Well, once you identify the actual search warrant, you

18   prepare an affidavit showing probable cause that evidence of a

19   crime will be found in those e-mails.  That is then presented

20   to a judge, who reviews everything, signs the search warrant.

21       That search warrant is then sent to the service provider

22   and then the service provider provides us with the information

23   they were able to find on their server.

24   Q.   And were those search warrants executed?

25   A.   Yes.

1    Q.   Showing you Government's Exhibit 97 and 206 -- I'm going to

2    show you these documents and ask you whether or not you

3    recognize them.

4    A.   Yes.  There are four e-mails from the

5    exoticcars2007@hotmail.com account.

6    Q.   Let's start with Government's Exhibit 97.

7         What is that?

8    A.   97 are receipts --

9    Q.   First of all, was that obtained during an e-mail search

10   warrant?

11   A.   Yes.

12   Q.   And was it an e-mail search warrant on one of Mr. Tardon's

13   accounts or Mr. Pollack's account?

14   A.   Mr. Tardon.

15   Q.   Is the exhibit that you have in front of you -- is that a

16   fair and accurate copy of that e-mail?

17   A.   Yes.

18        MR. GONZALEZ:  Your Honor, at this time we would move

19   97 into evidence.

20        THE COURT:  It will be admitted as Government's

21   Exhibit 97, composite.

22        It's a composite exhibit.  Correct?

23        MR. GONZALEZ:  Yes.

24        (Whereupon, Government's Exhibit No. 97 was entered

25   into evidence.)

Albrecht - DIRECT - By Mr. Gonzalez                    15

1    BY MR. GONZALEZ:

2    Q.   What was contained in the e-mail were invoices.  Correct?

3    A.   Correct.

4    Q.   From a company by the name of Redatex?

5    A.   That is correct.

6    Q.   And it says, "Billed to The Collection Cars, Artemio Lopez

7    Tardon."  Correct?

8    A.   That is correct.

9    Q.   And do you know what an Audemars Piguet Royal Oak Offshore

10   is?

11   A.   I do now.

12   Q.   What is it?

13   A.   It is a very expensive watch.

14   Q.   $78,000?

15   A.   Correct.

16   Q.   And that's Invoice No. 9.  Correct?

17   A.   That is correct.

18   Q.   Connected to this is a sheet with writing on it.

19        Can you please explain to the ladies and gentlemen of the

20   jury what that is.  And why is it contained in this exhibit?

21   A.   This sheet is the metadata for that particular e-mail.

22   That's kind of like the fingerprint of an e-mail, the embedded

23   information that will show time, date, sender, receiver.

24        But aside from that, it has a lot of coded information that

25   most people don't really understand.  But it kind of tells you

Albrecht - DIRECT - By Mr. Gonzalez          16

1  where that e-mail came from.  It's the fingerprint of an

2  e-mail.

3  Q.  Do you see here where it says ulisesreyes --

4  ulisesreyes@hotmail.com?

5  A.  Yes.

6  Q.  Is that one of the two e-mails that's involved in this

7  exchange of information?

8  A.  Yes, it is.

9  Q.  Drawing your attention down here where it says, "To:

10 Alvaro, exoticcars2007@hotmail.com," that is the receiving

11 e-mail, Mr. Tardon's e-mail address?

12 A.  Correct.

13 Q.  Continuing, is this an Invoice No. 10 written out to

14 Artemio, The Collection Exotic Cars?

15 A.  Yes.

16 Q.  And then there's another series of either Cartier or

17 Audemars Piguet watches?

18 A.  Correct.

19 Q.  And their respective prices.  Correct?

20 A.  That is correct.  Yes.

21 Q.  A couple of them in excess of $100,000?

22 A.  Yes.

23 Q.  So the total for Invoice No. 10 was $372,000?

24 A.  Yes.

25 Q.  There's an Invoice No. 80.  Again, The Collection, Artemio

Albrecht - DIRECT - By Mr. Gonzalez                 17

1    Lopez Tardon?

2    A.   Correct.

3    Q.   For more Audemars Piguet watches?

4    A.   Yes.

5    Q.   And their respective prices?

6    A.   Yes.

7    Q.   Again, two more in excess of $100,000 and another watch in

8    excess of 200,000?

9    A.   That is correct.

10   Q.   So this invoice was a bit over a half a million dollars.

11   Correct?

12   A.   Yes, sir.

13   Q.   Then the metadata for this message.  Correct?

14   A.   Yes.  That is the metadata for that e-mail.

15   Q.   Now, the metadata for this one shows a March 7, 2007, date.

16   Correct?

17   A.   Yes.

18   Q.   Which coincides with the date on Invoice No. 80.  Correct?

19   A.   Yes.

20   Q.   But Invoice No. 10 has a 2009 date on it?

21   A.   That is correct.  Yes.

22   Q.   The same as Invoice No. 9?

23   A.   September 2nd, 2009.  Yes.

24   Q.   Now, Government's Exhibit 206-A through -D:  I believe you

25   still have those in front of you.  Correct?

1   A.   Yes, I do.

2   Q.   Are those fair and accurate copies of e-mails that were

3   intercepted from exoticcars2007@hotmail.com?

4   A.   Yes, they are.

5        MR. GONZALEZ:  Your Honor, at this time we'd move 206-A

6   through -D into evidence.

7        THE COURT:  They will be admitted as Government's

8   Exhibits 206-A through -D.

9        (Whereupon, Government's Exhibit Nos. 206-A through

10  206-D were entered into evidence.)

11       THE COURT:  You may publish.

12  BY MR. GONZALEZ:

13  Q.   Let me approach and show you Government's Exhibit 207-A, -B

14  and -D.

15       Do you recognize these?

16  A.   Yes, I do.

17  Q.   What are those?

18  A.   These are translations of three of the four e-mails.

19  Q.   When you say "three of the four e-mails," are they

20  translations of three of the e-mails in Government's

21  Exhibit 206?

22  A.   Yes.  206-A.

23  Q.   Let's take it one step at a time.

24  A.   Yes.

25  Q.   Are Government's Exhibit 206-A, -B and -D e-mail messages

1    that are written in Spanish?

2    A.   Yes, they are.

3    Q.   Government's Exhibit 206-C:  Is that one only photographs

4    with no text?

5    A.   Yes.

6    Q.   So going to now 207, is 207-A an English translation of the

7    e-mail in 206-A?

8    A.   Yes.

9    Q.   And 207-B is the translation of 206-B?

10   A.   Correct.

11   Q.   There is no 207-C because 20 -- I'm sorry -- 206-C is only

12   photographs.  Right?

13   A.   Correct.

14   Q.   And then, lastly, 206-D coincides with 207-D?

15   A.   That is correct.  Yes.

16        MR. GONZALEZ:  Your Honor, at this time we would move

17   207-A, -B and -D into evidence.

18        THE COURT:  It will be admitted as Government's

19   Exhibits 207-A, -B and -D.

20        (Whereupon, Government's Exhibit Nos. 207-A, 207-B and

21   207-D were entered into evidence.)

22   BY MR. GONZALEZ:

23   Q.   I want to show you Government's Exhibit 80 and ask you if

24   you recognize this.

25   A.   Yes, I do.

Albrecht - DIRECT - By Mr. Gonzalez          20

1    Q.   Where was that photograph obtained?

2    A.   This photograph was within one of the e-mails of

3    Mr. Maverick's e-mails when we -- we found it during the review

4    of the execution of the search warrant, items that were found.

5    Q.   I'm sorry.

6         Was that from one of Mr. Pollack's e-mails?

7    A.   Pollack's.  Yes.

8    Q.   And is that photograph a fair and accurate description --

9    depiction of what was obtained during the search of his e-mail

10   account?

11   A.   Yes, it is.

12        MR. GONZALEZ:  Your Honor, at this time we'd move

13   Government's Exhibit 80 into evidence.

14        THE COURT:  It will be admitted as Government's

15   Exhibit 80.

16        (Whereupon, Government's Exhibit No. 80 was entered

17   into evidence.)

18        THE COURT:  You may publish.

19        MR. GONZALEZ:  Thank you, your Honor.

20   BY MR. GONZALEZ:

21   Q.   In this photograph, do you recognize some of the people in

22   it?

23   A.   Yes.  I recognize the two males that are in the picture.

24   Q.   First of all, who is this person?

25   A.   David Pollack.

Albrecht - DIRECT - By Mr. Gonzalez                21

1    Q.   And who is this person?

2    A.   Artemio Lopez Tardon.

3    Q.   And what relationship is he to the Defendant in this case?

4    A.   His brother.

5    Q.   And did you have an opportunity to meet Artemio and see him

6    and speak to him one time?

7    A.   I did.

8    Q.   Where was that?

9    A.   At Miami International Airport.

10   Q.   How did that come about?

11   A.   He was departing on a flight from Miami to Spain.

12   Q.   Now, without getting into any of the details of the event,

13   did it come to the FBI's attention that there was an incident

14   that occurred at Mr. Tardon's house with his wife, Sharon

15   Cohen?

16   A.   Yes.

17   Q.   And did you go to the house at that time?

18   A.   I did.

19   Q.   Do you recall what date that was -- well, what date was the

20   incident?

21   A.   The incident was on March 1st, 2011.  I went to the house

22   on March 2nd, 2011.

23   Q.   And did you go alone or did you go with some other people?

24   A.   I was with City of Miami Police Department investigators,

25   among those, a domestic violence investigator, and several of

Albrecht - DIRECT - By Mr. Gonzalez          22

1   my colleagues from the FBI.

2   Q.  At one point during that meeting, did some of your

3   colleagues from the FBI identify themselves as FBI agents?

4   A.  Yes.  One of them did.

5   Q.  But did you?

6   A.  I did not.  I was posing as a domestic violence

7   investigator that evening.

8   Q.  And did you have an opportunity to speak to Ms. Cohen?

9   A.  I did.

10  Q.  For approximately how long was that conversation?

11  A.  Approximately four hours.

12  Q.  And participating in that conversation, aside from yourself

13  and Ms. Cohen, was who else?

14  A.  One of the domestic violence investigators from the City of

15  Miami.  Zully Montero, I believe, is her name.

16  Q.  During the course of these four hours, at any point was

17  Ms. Cohen threatened?

18  A.  Absolutely not.

19  Q.  And, in fact, what types of things, aside from speaking

20  with her, went on during this meeting?

21  A.  Aside from interviewing her, we asked her if she was -- she

22  felt okay.  She was a little bit nervous.  We asked her if she

23  had eaten, if she felt okay.

24      We just tried to relax her a little bit before and during

25  and after speaking to her.  We wanted to make sure that she was

Albrecht - DIRECT - By Mr. Gonzalez          23

1   well.

2   Q.   Now, did there come a time when yourself and the other

3   individuals working on this case went ahead and made some

4   arrests?

5   A.   Yes.

6   Q.   And were there simultaneous arrests made anywhere else in

7   the world?

8   A.   Yes.  In Spain.

9   Q.   Now, at the time that the arrests were being made here,

10  were there also search warrants that were being executed?

11  A.   Yes.

12  Q.   And, specifically, was there a search warrant that was

13  executed at the Continuum on South Beach?

14  A.   Yes.  There was one search warrant there, one of the

15  apartments.

16  Q.   Who was living there at that time?

17  A.   Mr. Alvaro Lopez Tardon.

18  Q.   I want to show you Government's Exhibits 67, 68, 69, and 92

19  and ask you if you recognize these items.

20       MR. SREBNICK:  Judge, some of these are the subject of

21  a pretrial motion.  We would just ask that the Court note our

22  objection.  Thank you.

23       THE COURT:  The objection is overruled based upon my

24  prior ruling.

25       THE WITNESS:  Yes.  I recognize these.

Albrecht - DIRECT - By Mr. Gonzalez          24

1   BY MR. GONZALEZ:

2   Q.  Were those items that were taken during the course of the

3   search warrant at the Continuum?

4   A.  Yes, they were.

5   Q.  Specifically, those are photographs.  Correct?

6   A.  Correct.

7   Q.  And in the individual exhibit sleeves is there the actual

8   photo that was taken?

9   A.  Yes.  The original photograph is inside.

10          MR. GONZALEZ:  Your Honor, at this time we'd move them

11  into evidence if they're not already in evidence.

12          THE COURT:  They will be admitted as Government's

13  Exhibits 67, 68, 69 and 92.

14          (Whereupon, Government's Exhibit Nos. 67, 68, 69 and 92

15  were entered into evidence.)

16          THE COURT:  You may publish.

17          MR. GONZALEZ:  Thank you.

18  BY MR. GONZALEZ:

19  Q.  Starting first, because it's on top, with Government's

20  Exhibit 92, is this the actual photograph that was found at the

21  Continuum?

22  A.  Yes.

23  Q.  Do you recognize this person here?

24  A.  That is Ana Cameno.

25  Q.  And in addition to this photograph, there's also in the

Albrecht - DIRECT - By Mr. Gonzalez          25

```
 1   same sleeve a larger printout of the photo so we know which
 2   jacket it goes into.  Correct?
 3   A.  Correct.  Yes.
 4   Q.  Showing you now Government's Exhibit No. 68-A, that's
 5   another photograph that was taken from the Continuum?
 6   A.  Correct.
 7   Q.  Who is this?
 8   A.  Mr. Alvaro Lopez Tardon.
 9   Q.  And this?
10   A.  Ana Cameno.
11   Q.  And that's the same woman in the prior exhibit.  Correct?
12   A.  Correct.
13   Q.  Along with this person sitting next to her.  Correct?
14   A.  Yes.
15   Q.  And in both photographs, Ana Cameno and the other woman
16   appear to be wearing similar clothing?
17   A.  Yes.
18   Q.  Showing you now Government's Exhibit No. 67, this is also
19   taken from Mr. Tardon's condominium at the Continuum.  Correct?
20   A.  That is correct.
21   Q.  Do you recognize who this person is?
22   A.  That is Fabiani Krentz.
23   Q.  And then, lastly, showing you Government's Exhibit
24   No. 69-A, was this taken from the Continuum as well?
25   A.  Yes.
```

Albrecht - DIRECT - By Mr. Gonzalez                26

1   Q.   Do you recognize who that is?

2   A.   Alvaro Lopez Tardon.

3   Q.   And do you recognize this person?

4   A.   Vicente Cardelle.

5   Q.   Was Mr. Cardelle also arrested at the same time Mr. Tardon

6   was?

7   A.   Yes, he was.

8   Q.   Let me show you now Government's Exhibit Nos. 81-A and 96.

9        MR. SREBNICK:   Judge, may we have a continuing

10  objection so I don't have to --

11       THE COURT:   Yes.   Absolutely.

12       MR. SREBNICK:   Thank you.

13  BY MR. GONZALEZ:

14  Q.   When the searches at the Continuum was executed, did

15  Mr. Tardon have a computer there?

16  A.   Yes, he did.

17  Q.   Did he also have an iPad?

18  A.   Yes.

19  Q.   And was part of the search warrant -- did it also authorize

20  a search of any computers or computer-related items he may

21  have?

22  A.   Yes.

23  Q.   Drawing your exhibit to Government's Exhibit -- drawing

24  your attention to Government's Exhibit No. 81-A, what is that?

25  And where was it obtained?

1    A.   A photograph -- it is a photograph, and it was obtained

2    from Mr. Tardon's computer in the search warrant.

3    Q.   Is that an accurate copy of the photograph that was

4    contained in his computer?

5    A.   Yes.

6           MR. GONZALEZ:  Your Honor, we'd move Government's

7    Exhibit 81 into evidence.

8           THE COURT:  It will be admitted as Government's

9    Exhibit 81.

10          (Whereupon, Government's Exhibit No. 81 was entered

11   into evidence.)

12   BY MR. GONZALEZ:

13   Q.   Do you recognize some of the people in that photograph?

14   A.   I do.

15   Q.   Do you recognize this person?

16   A.   Yes.  That's Alvaro Lopez Tardon.

17   Q.   Do you recognize this person?

18   A.   Yes.  That is Juan Pineda de la Loza.

19   Q.   Do you recognize this individual?

20   A.   Yes.  That is José Ramon Panadero.

21   Q.   Is that the gentleman that works for Iberia Airlines?

22   A.   Yes, it is.

23   Q.   Going to Government's Exhibit 96, where did that come from?

24   A.   This came from Alvaro Lopez Tardon's iPad.

25   Q.   Okay.

Albrecht - DIRECT - By Mr. Gonzalez                28

```
 1   A.   It's a copy of a picture.

 2   Q.   Is that a photograph?

 3   A.   Yes, it is.

 4   Q.   Is that photograph a fair and accurate copy of what was

 5   obtained from his iPad?

 6   A.   Yes.

 7        MR. GONZALEZ:  Your Honor, at this time we'd move

 8   Government's Exhibit 96 into evidence.

 9        THE COURT:  It will be admitted as Government's

10   Exhibit 96.

11        (Whereupon, Government's Exhibit No. 96 was entered

12   into evidence.)

13        THE COURT:  You may publish.

14   BY MR. GONZALEZ:

15   Q.   Do you recognize some of the people in this photograph?

16   A.   Yes.  Two of them.

17   Q.   Who is this?

18   A.   Alvaro Lopez Tardon.

19   Q.   Do you recognize this person?

20   A.   José Ramon Panadero.

21   Q.   At the time that Mr. Tardon was arrested, showing you

22   Government's Exhibit 67, was Fabiani Krentz also arrested?

23   A.   Yes, she was.

24   Q.   And was there a search warrant executed at her condominium?

25   A.   Yes, there was.
```

1    Q.   Where was her condominium located?

2    A.   At the Mark building at 1155 Brickell Bay Drive.

3    Q.   Is that also a building where Mr. Tardon had condominiums?

4    A.   Yes.

5    Q.   Showing you now Government's Exhibit No. 102, let me ask

6    you if you recognize this photograph.

7    A.   Yes, I do.

8    Q.   Where was that photograph taken?

9    A.   In Ms. Fabiani Krentz's apartment, during the execution of

10   the search warrant.

11   Q.   And is that a fair and accurate photograph?

12   A.   Yes, it is.

13        MR. GONZALEZ:  Your Honor, we'd move 102 into evidence.

14        THE COURT:  It will be admitted as Government's

15   Exhibit 102.

16        (Whereupon, Government's Exhibit No. 102 was entered

17   into evidence.)

18        THE COURT:  You may publish.

19   BY MR. GONZALEZ:

20   Q.   Showing you now Government's Exhibit 102, which was a

21   photograph taken at Fabiani Krentz's condominium -- I want to

22   zoom in -- do you see these checks that are depicted in the

23   photograph?

24   A.   Yes.

25   Q.   And the name on the check is Tania Maria G. Machado da

1    Silva?

2    A.   Correct.

3    Q.   And this particular check is left in blank, but it's

4    signed, presumably, by Ms. Machado da Silva?

5    A.   Presumably.  Yes.

6    Q.   And do you have in front of you Government's Exhibit 103?

7    A.   Yes, I do.

8    Q.   And are those the actual checks that were seized?

9    A.   Yes, they are.

10   Q.   The ones that are depicted in 102?

11   A.   Yes.

12        MR. GONZALEZ:  Your Honor, at this time we'd move

13   103 into evidence.

14        THE COURT:  It will be admitted as Government's

15   Exhibit 103.

16        (Whereupon, Government's Exhibit No. 103 was entered

17   into evidence.)

18   BY MR. GONZALEZ:

19   Q.   Now, that right now is heat-sealed.  We can open it up and

20   take a look at it later.

21        But did you have an opportunity to look at it earlier?

22   A.   Yes.

23   Q.   Does it contain the checkbooks that are depicted in the

24   photograph in 102?

25   A.   Yes.

Albrecht - DIRECT - By Mr. Gonzalez          31

1    Q.   Aside from this first check, Check No. 601; are there other

2    checks in that stack that are left in blank, but signed by the

3    person?

4    A.   Yes.

5    Q.   In a situation like that, would anybody be able to fill out

6    the top, assuming there was money in that account, go in and

7    cash the check or make it payable to whomever?

8    A.   Yes.

9    Q.   I want to show you Government's Exhibit 104.

10        Do you recognize those?

11   A.   Yes, I do.

12   Q.   During the search of Fabiani Krentz's condominium, were

13   there a number of passports belonging to her that were found?

14   A.   Yes.

15   Q.   And is that what is contained in 104?

16   A.   Yes.

17   Q.   Are they in the same or substantially the same condition as

18   when the search was conducted?

19   A.   Yes, they are.

20        MR. GONZALEZ:  Your Honor, at this time we'd move 104

21   into evidence.

22        THE COURT:  It will be admitted as Government's

23   Exhibit 104, composite.

24        (Whereupon, Government's Exhibit No. 104 was entered

25   into evidence.)

 1            MR. GONZALEZ:  Your Honor, was 102 moved into evidence?

 2   We have a little discrepancy on that.  If not, I'd move it in.

 3            THE COURT:  Yes.

 4   BY MR. GONZALEZ:

 5   Q.  Now, looking at Government's Exhibit 104, did Ms. Krentz

 6   have a US passport?

 7   A.  Yes, she did.

 8   Q.  And that's her photograph there.  Correct?

 9   A.  Correct.

10   Q.  And in addition to that, were there a series of Brazilian

11   passports, some expired, that she had?

12   A.  Yes.

13   Q.  Showing you another one.

14   A.  Correct.  Yes.

15   Q.  And then yet another one still?

16   A.  Yes.

17            MR. GONZALEZ:  No further questions, your Honor.

18            THE COURT:  Cross-examination.

19                      CROSS-EXAMINATION

20   BY MR. SREBNICK:

21   Q.  Good morning, Agent Albrecht.

22   A.  Good morning, Mr. Srebnick.

23   Q.  So the investigation by the FBI begins sometime in 2010?

24   A.  Correct.

25   Q.  And it begins at the request, basically, of the Spanish

Albrecht - CROSS - By Mr. Srebnick          33

1   National Police in their desire to obtain assistance?

2   A.   The initial request was for the assistance on their

3   investigations.   Ours was open and ran parallel to theirs.

4   Q.   But the initiation of -- the involvement of the FBI, the

5   Federal Government, is initiated by a request from the Spanish

6   National Police?

7   A.   Yes.

8   Q.   And the Spanish National Police -- through the request of

9   the Spanish National Police, the FBI and other federal law

10  enforcement agencies began to look at financial transactions?

11  A.   Among other things, yes.

12  Q.   Now, you've gone through a bunch of exhibits, and I may

13  need to bother government counsel for some of them.

14       But you were asked several questions about automobiles that

15  were at some point in time seized.   Correct?

16  A.   Correct.

17  Q.   And you had told the jury that they were seized from an

18  Auto Loaders location?

19  A.   Yes.

20  Q.   Could you tell the ladies and gentlemen of the jury, what

21  is Auto Loaders?

22  A.   Based on my understanding, it's a shipping company.

23  Q.   And these were cars that were at a location being prepared

24  to be shipped to Spain.   Correct?

25  A.   Correct.

1    Q.  I'd like to go through some of the pictures.

2          MR. SREBNICK:  And if I could use the ELMO.

3    BY MR. SREBNICK:

4    Q.  I'm going to start with what is marked as Government's

5    Exhibit 59.

6          MR. SREBNICK:  Let's see if I can figure out how to get

7    rid of the glare.

8          THE COURT:  Is it in plastic?

9          MR. SREBNICK:  It is.

10         THE COURT:  Take it out of the plastic.  It might help.

11         MR. SREBNICK:  Thank you, Judge.

12   BY MR. SREBNICK:

13   Q.  Do you see that 59 is a picture of a Mercedes truck?

14   A.  Yes.  A G55.

15   Q.  And was this one of the trucks that was at Auto Loaders?

16   A.  Yes.

17   Q.  This truck was titled in the name of?

18   A.  The titling of the vehicles changed throughout the

19   investigation.  So, at that time, I don't recall.  I didn't

20   handle that part of the investigation.  One of the other

21   co-case agents did.

22   Q.  And who would that case agent be?

23   A.  Daniel Gaitan.

24   Q.  This is Government's Exhibit 60.  This is also a vehicle.

25   Correct?

Albrecht - CROSS - By Mr. Srebnick                    35

```
 1   A.   Correct.

 2   Q.   And is this a Rolls-Royce?

 3   A.   Yes.

 4   Q.   Was this also at Auto Loaders for shipment to Spain?

 5   A.   Yes, it was.

 6   Q.   And did you speak to the principals of Auto Loaders, the

 7   folks that run the place?

 8   A.   No.  I did not myself.  No.  That was a different case

 9   agent.

10   Q.   Another case agent spoke to the folks at Auto Loaders?

11   A.   Yes.

12   Q.   Also at Auto Loaders was this vehicle, Government's

13   Exhibit 61?

14   A.   The Maybach.  Yes.

15   Q.   That's a Maybach?

16   A.   Yes.  Maybach.

17   Q.   I'm not quarreling with the pronunciation.  I'm not sure --

18   A.   Neither am I.

19   Q.   And there were several other vehicles.  Do you remember how

20   many in total were at Auto Loaders being prepared for shipment

21   to Spain?

22   A.   Over ten.

23   Q.   And isn't it true that the vehicles, if we -- did you look

24   at the registration or the title work or the financial

25   documentation regarding the acquisition of these vehicles?
```

Albrecht - CROSS - By Mr. Srebnick          36

1    A.   Yes.  Again, we -- as a team, we looked at everything.

2    Q.   And isn't it true that all these vehicles -- the jury has

3    seen them -- they were acquired by Alvaro Lopez Tardon?

4    A.   Yes.

5    Q.   The prosecutor asked you about some watches.  Correct?

6    A.   Correct.

7    Q.   These are expensive watches?

8    A.   Yes, they are.

9    Q.   I guess luxury watches.  Right?

10   A.   Timepieces.

11   Q.   Timepieces.  Okay.  That's the word they give the expensive

12   watches.

13   A.   Apparently.

14   Q.   And those watches were also acquired by Alvaro Lopez

15   Tardon.  Correct?

16   A.   Yes.

17   Q.   And the records that you have show either Alvaro or Artemio

18   or somebody in the Lopez Tardon as the owner of the timepieces.

19   Correct?

20   A.   Correct.  Yes.

21   Q.   And, in fact, the same applies to the automobiles.

22   Correct?

23   A.   Yes.

24   Q.   You were asked about some photographs of Alvaro Lopez

25   Tardon with some -- two ladies.

Albrecht - CROSS - By Mr. Srebnick          37

1        Do you recall that picture?

2    A.   Yes.

3          THE COURT:  Can you name the exhibit, please, for the

4    record.

5          MR. SREBNICK:  Yes, your Honor.  It is 68.

6    BY MR. SREBNICK:

7    Q.   Government's Exhibit 68.

8    A.   Yes.

9    Q.   And then there's one, if I can find it -- I'm going to

10   leave 68 up here in the corner.

11        If we zoom in, can you see at the bottom right corner there

12   appears to be a date affixed to the photograph?

13   A.   Yes.

14   Q.   Do you see that it's -- I'm going to try to get it so we

15   can see it -- 12-31-2002?

16   A.   Yes.

17   Q.   So would that suggest to you this picture -- if the

18   timepiece, for lack of a better word, was accurate, this is a

19   New Year's Eve photo from 2002?

20   A.   Yes.

21   Q.   Looking at Government's Exhibit 92, the same two ladies

22   with a different gentleman, same date, 12-31-2002?

23   A.   Correct.

24   Q.   And I know that you may not be an expert.

25        But the things that are on their heads:  Does that suggest

1   to you it's like a New Year's Eve party?

2   A.   It would suggest that.  Yes.

3   Q.   I'd like to ask you some questions now about the event that

4   took place March 2nd of 2011.

5        You had mentioned to the jury that, at that point in time,

6   you went to the -- I believe you went to the home of Sharon

7   Cohen, Alvaro Lopez Tardon's then-wife.  Correct?

8   A.   That is correct.

9   Q.   And it was in response to a domestic event that had

10   occurred there, domestic dispute?

11   A.   Yes.

12   Q.   Now, you're not a domestic dispute counselor or

13   investigator, are you?

14   A.   No, I am not.

15   Q.   Are you trained in that at all?

16   A.   No.

17   Q.   The FBI typically doesn't get involved in domestic

18   disputes, does it?

19   A.   Not typically.

20   Q.   No.

21        In this instance, though, the FBI decided it was going to

22   participate in the interview of Sharon Cohen, even though the

23   FBI doesn't usually get involved in domestic disputes.

24   Correct?

25   A.   That is correct.

Albrecht - CROSS - By Mr. Srebnick                39

1    Q.   Now, when you identified yourself to Sharon Cohen, the

2    wife, you didn't identify yourself as an FBI agent, did you?

3    A.   No, I did not.

4    Q.   You were posing as a domestic counselor, domestic

5    investigator, something to do with domestic events.  Correct?

6    A.   Correct.

7    Q.   Your purpose there was to interview her in connection,

8    really, with your federal investigation, not the domestic

9    event.  Correct?

10   A.   Right.  There were two different crimes being investigated.

11   Mine was the money laundering/drug trafficking investigation.

12   Yes.

13   Q.   So your purpose that day was not regarding the domestic

14   event.  Your purpose that day was to advance your investigation

15   regarding the federal matter.  Correct?

16   A.   Yes, in a sense.  And I was there also to assist

17   somebody -- another sister in law enforcement who was

18   investigating the domestic crime.  So we were there together.

19        Usually, when you do interviews, you go in pairs.  And,

20   yes, I was there in furtherance of my investigation.  But if

21   she needed assistance in any way, I was there to help her.

22   Q.   You mention a sister-in-law?  Did I hear --

23   A.   Sister, brother.  Sister or brother in law enforcement.  We

24   say that when another person's in law enforcement.  So we refer

25   to them as sisters or brothers in law enforcement.

Albrecht - CROSS - By Mr. Srebnick          40

1   Q.   Oh.  So the City of Miami police are your sister-in-law?

2   Is that what you're saying?

3   A.   No.  I'm saying, when you're in law enforcement and there's

4   another person in law enforcement, we refer to them -- you're

5   like a family.

6   Q.   All right.  In any event, when you were there, did you

7   record the conversation that you had with Sharon Cohen?

8   A.   Yes.

9   Q.   And did she know she was being recorded?

10  A.   No.

11  Q.   This was -- were you wearing a body wire?

12  A.   Yes.  I was wearing a body recorder.

13  Q.   Do you recall if you or any of your agents later described

14  that recorded event as a consensual recording?

15  A.   Yes.

16  Q.   Was it -- when you say a "consensual recording," doesn't

17  that typically mean that the person who's being interviewed has

18  consented to the recording?

19  A.   No.  Not typically.  As long as one of the two individuals

20  who is recording it -- or the person who's wearing the

21  recording device is aware, obviously, that they're wearing it.

22  That's what we call a consensual recording.

23  Q.   So a consensual recording is when one out of two people

24  consent?  Is that what you're saying?

25  A.   As long as the person who is wearing the recorder is aware

Albrecht - CROSS - By Mr. Srebnick          41

1    they're wearing the recorder and the conversation is being

2    recorded.  You need that one party to know that it's being

3    recorded.  Yes.

4    Q.  So your definition, so we're clear, of a consensual

5    recording is one person knows, even though the other person

6    does not?

7    A.  That's the way it works in undercover operations.

8    Q.  Now, who authorized you to pose as a domestic counselor or

9    domestic investigator?

10   A.  My supervisor did.

11   Q.  So this came from above?  This was an idea planted by

12   somebody who ranks higher than you?

13   A.  It was authorized and -- consulted and authorized by the

14   people above me.  Yes.

15   Q.  Do you know how high up the chain this idea of having an

16   FBI agent pose as a domestic counselor -- how high up the chain

17   of command did this idea go?

18   A.  One more level.

19   Q.  Beyond your supervisor?

20   A.  No.  No.  Beyond me.

21   Q.  Was this authorized by the United States Attorney's Office,

22   the prosecutors?

23   A.  It was discussed with the United States Attorney's Office,

24   and he gave -- and we were given the green light.  Yes.

25   Q.  And do you know how high in the chain of command at the

```
1   United States Attorney's Office this idea was -- by whom it was

2   approved?

3   A.   I discussed it with our AUSA.

4   Q.   "AUSA" means "Assistant United States Attorney"?

5   A.   Correct.

6   Q.   So it was yourself, your supervisor and an Assistant United

7   States Attorney, three people?

8   A.   Correct.

9   Q.   Do you know if anybody else approved of this idea of you

10  posing as a domestic counselor?

11  A.   Well, there's a lot of administrative internal

12  authorizations when it comes to that.  But as far as the

13  operation itself, no.  It was just us, as far as I know.

14  Q.   Was there any paperwork prepared to formalize this idea of

15  you posing as a domestic counselor?

16  A.   Internal FBI paperwork?  Yes.

17       MR. SREBNICK:  Judge, I'd make a Jencks request for

18  that.

19       THE COURT:  Well, why don't we take a break.

20       Do not discuss this case either amongst yourselves or

21  with anyone else.  Have no contact whatsoever with anyone

22  associated with the trial.

23       Do not read, listen or see anything touching on this

24  matter in any way, including anything on the Internet or

25  anything on any access device.
```

1          If anyone should try to talk to you about this case,

2     you should immediately instruct them to stop and report it to

3     my staff.

4          You may leave your materials at your chairs.  Please be

5     back in the jury room in 15 minutes.

6          (Whereupon, the jury exited the courtroom at 10:56 a.m.

7     and the following proceedings were had:)

8          THE COURT:  You may be seated.

9          Mr. Gonzalez, do you have a response to the *Jencks*

10    request?

11         MR. GONZALEZ:  Yes, your Honor.

12         I'm not so sure that that is *Jencks* in the first place.

13    Number one, we don't know who audited these documents.  I've

14    never seen them.  I don't have them in my possession.  If they

15    were authored by someone other than the witness, never adopted

16    by the witness, it would not be *Jencks*.

17         Second of all, it's my opinion we've gone far afield of

18    the subject matter of the direct examination, which is simply

19    that she went, she posed, got information and that was it.

20         The internal approval process I don't think is

21    relevant.  I don't think that it's something that should be

22    explored.  And it's not for the jury's consideration.

23         THE COURT:  Mr. Srebnick?

24         MR. SREBNICK:  As to the *Jencks* component, the witness

25    indicated that there are -- there is paperwork.  I don't know

Albrecht - CROSS - By Mr. Srebnick          44

 1   the status of it.  So I'm -- someone in the Government must

 2   have it.  So I don't know any more about that.

 3           THE COURT:  I need to know what the internal paperwork

 4   was.

 5           Do you want the witness to tell me?

 6           MR. SREBNICK:  Sure.

 7           THE COURT:  Mr. Gonzalez?

 8           MR. GONZALEZ:  That's fine, your Honor.  You can ask

 9   her.

10           THE COURT:  What internal paperwork are you talking

11   about?

12           THE WITNESS:  They're authorization forms that we

13   always sign internally whenever we're going to make a recording

14   just to make sure that we have the proper background and

15   internal requests are approved by -- they're usually reviewed

16   by our chief division counsel.  But it's just internal

17   paperwork.

18           THE COURT:  So did you sign this form?

19           THE WITNESS:  There should be at least one form that I

20   may have signed.  Yes.  I haven't looked at it in a very long

21   time.  But, yes, there should be some kind of form that is

22   signed by myself.

23           THE COURT:  What does this form set out?

24           THE WITNESS:  Basically, that I'm aware a consensual

25   recording is going to be taking place.

 1          THE COURT:  Any factual predicate?

 2          THE WITNESS:  On one of the other forms, I think

 3     there's one or two lines just laying out what the case is -- or

 4     the purpose of the recording.

 5          THE COURT:  Do you have the forms with you?

 6          THE WITNESS:  I do not.

 7          MR. GONZALEZ:  Your Honor, we can go ahead and get the

 8     forms, take a look at them, rather than making a big deal out

 9     of this.  She's going to testify again in the trial.  We can go

10     from there.

11          THE COURT:  That's fine.

12          MR. SREBNICK:  That's fine, Judge.

13          THE COURT:  So we'll take -- we needed to break anyhow

14     for the juror.  So ten minutes.  We'll be in recess for ten.

15          MR. GONZALEZ:  Thank you.

16          MR. SREBNICK:  Judge, can we have a minute with our

17     client a second before they take him back?

18          THE COURT:  Sure.

19          (Thereupon a recess was taken, after which the

20     following proceedings were had:)

21          THE COURT:  We're back on United States of America

22     versus Alvaro Lopez Tardon, Case No. 11-20470.

23          Counsel, state your appearances, please, for the

24     record.

25          MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on

 1    behalf of the United States.

 2            MR. SREBNICK:  Howard Srebnick and Richard Klugh on

 3    behalf of Alvaro Lopez Tardon, who is present with the aid of

 4    the interpreter.

 5            THE COURT:  Okay.  Let's bring the jurors in, please.

 6            (Whereupon, the jury entered the courtroom at

 7    11:25 a.m. and the following proceedings were had:)

 8            THE COURT SECURITY OFFICE:  There's still one juror in

 9    the bathroom, your Honor.

10            THE COURT:  All right.

11            (Pause in the proceedings.)

12            MR. SREBNICK:  Judge, may we be seated?

13            THE COURT:  Oh, sure.  I thought it was going to go

14    much faster, but apparently not.

15            (Thereupon, an unidentified juror entered the courtroom

16    and the following proceedings were had:)

17            THE COURT:  You may be seated.

18            You are still under oath, ma'am.

19            THE WITNESS:  Yes.

20            THE COURT:  You may proceed, Mr. Srebnick.

21            MR. SREBNICK:  Thank you, Judge.

22    BY MR. SREBNICK:

23    Q.  Agent Albrecht, by March 2nd of 2011, the day you went to

24    speak to Sharon Cohen and tape-record her -- by then you knew

25    that Sharon Cohen had engaged in many financial transactions

Albrecht - CROSS - By Mr. Srebnick                47

1    with Alvaro?

2    A.   Yes.

3    Q.   You had studied paperwork where Sharon Cohen had acquired

4    cars together with Alvaro Lopez?

5    A.   We had requested grand jury information -- information from

6    different companies and banks.  Yes.  So by that point, we had

7    definitely requested them and there was some information that

8    was being reviewed already.  Yes.

9    Q.   And so, when you went to tape-record Sharon Cohen on

10   March 2 of 2011, your goal was to try to see if you could make

11   a witness out of her against Alvaro?

12   A.   It was to try to gather additional information, corroborate

13   some of the information we already had and, yes, potentially

14   see if she would cooperate with the Government.

15   Q.   But you didn't tell her that you were doing a money

16   laundering investigation on March 2, did you?

17   A.   No.

18   Q.   But there was an FBI agent present at the home that day?

19   A.   Yes.  He was --

20   Q.   Who was that?

21   A.   Hector Ortiz.

22   Q.   And did Mr. Ortiz -- or Agent Ortiz identify himself as an

23   FBI agent?

24   A.   I believe he did.  I don't recall exactly what he said.

25   But he did identify himself at some point.

Albrecht - CROSS - By Mr. Srebnick          48

1    Q.   Well, did anybody tell Sharon Cohen on March 2, 2011, that

2    you were conducting a money-laundering investigation and that

3    she was being tape-recorded?

4    A.   No.

5    Q.   Is that the only time you've ever tape-recorded Sharon

6    Cohen?

7    A.   No.  I believe she did a couple of recordings for us later

8    on as a cooperating witness.

9    Q.   You stepped ahead.  Let me take a step back.

10        Eventually, you persuaded Sharon Cohen to be a cooperating

11   witness?

12   A.   Yes.

13   Q.   And then she made tape recordings for the FBI.  Right?

14   A.   Correct.

15   Q.   But you did interview Sharon Cohen after March 2, 2011, as

16   part of your investigation.  Correct?

17   A.   Yes.

18   Q.   And, indeed, you've met with her many times since March 2,

19   2011, to interview her.  Correct?

20   A.   Correct.

21   Q.   But since March 2, 2011, when you were posing as a domestic

22   counselor, you never again tape-record what Sharon Cohen tells

23   you.  Correct?

24   A.   Correct.

25   Q.   When you're preparing her to be a witness in this case, you

Albrecht - CROSS - By Mr. Srebnick          49

1    don't tape-record that interview of Sharon Cohen.  Correct?

2    A.  No.

3    Q.  Am I correct?

4    A.  You're correct about that.  Yes.  We do not.

5    Q.  So on March 2, 2011, did you tell Sharon Cohen that she had

6    committed any money-laundering offenses?

7    A.  I did not.

8    Q.  Did you hear anybody suggest to her that she could be

9    involved in money laundering?

10   A.  Not directly.

11   Q.  Do you recall -- do you recall if anybody told Sharon Cohen

12   in your presence the Government's theory of who Alvaro Lopez

13   Tardon was?

14          MR. GONZALEZ:  Objection, your Honor.  Hearsay.

15          THE COURT:  Overruled.

16          THE WITNESS:  Can you repeat the question, please.

17   BY MR. SREBNICK:

18   Q.  Sure.

19       In your presence, talking to Sharon Cohen, did either you

20   or another officer tell Sharon Cohen who law enforcement

21   thought Alvaro Lopez Tardon was?

22   A.  I think she was informed, based on my recollection.  She

23   was given an explanation of what money laundering was and how

24   it is connected to drug trafficking.

25   Q.  So in a domestic event investigation, the subject now is

Albrecht - CROSS - By Mr. Srebnick          50

1   being presented to the wife about money laundering and drug

2   trafficking?

3   A.   It was explained to her, yes, what -- how money laundering

4   works.

5   Q.   Okay.  You gave her an orientation about what the

6   Government's theory of money laundering is.  Correct?

7   A.   I did not.  Mr. Hector Ortiz did.

8   Q.   And after this four hours of meeting with Sharon Cohen

9   thereafter, isn't it correct that, on a subsequent date, the

10  FBI meets with Sharon Cohen and she now has a lawyer?  Correct?

11  A.   Yes.

12  Q.   And isn't it true that, because Sharon Cohen decided to

13  cooperate with you, no charges of money laundering are being

14  brought against Sharon Cohen?

15  A.   Well, she came to speak to us.

16  Q.   I --

17  A.   I'm sorry.

18          MR. SREBNICK:  Motion to strike.  Nonresponsive.

19          THE COURT:  The motion to strike is granted.  The jury

20  is instructed to disregard the last statement of the witness.

21  BY MR. SREBNICK:

22  Q.   Isn't it true no charges of money laundering have been

23  brought against Sharon Cohen?

24  A.   That is correct.

25  Q.   And isn't it true that no charges will be brought against

 1   Sharon Cohen for money laundering?

 2   A.   Correct.

 3            MR. SREBNICK:  One moment, your Honor.

 4            Judge, those are all the questions I have of the agent.

 5            MR. GONZALEZ:  Judge, we need to have a side-bar

 6   concerning a pretrial ruling.

 7            THE COURT:  Come on up.

 8            (Whereupon, the following proceedings were had at

 9   side-bar outside the presence of the jury:)

10            MR. GONZALEZ:  Judge, counsel went ahead and questioned

11   the witness on whether or not charges were going to be filed

12   against Sharon Cohen.  He's opened the door as to the reasons

13   why that decision was made.

14            One of those reasons is the cycle of physical abuse

15   between the Defendant and Ms. Cohen and the fact that, on three

16   separate occasions, Ms. Cohen had to seek medical attention

17   because of beatings given to her by Alvaro Lopez Tardon.

18            I will not go into the details of it.  I will not go

19   into the knife.  But suffice it to say that, on three separate

20   occasions, she had physical altercations with the Defendant

21   that resulted in her going to the hospital.

22            That was one of the factors that was taken into

23   consideration in the decision not to charge Sharon Cohen.

24            THE COURT:  So do you plan on going into this on

25   redirect?

1          MR. GONZALEZ:  Yes.

2          MR. SREBNICK:  For the reasons we've said pretrial, we

3   object.  All I established through the cross-examination was

4   that no charges have been brought.  The Government can suggest

5   to your Honor a thousand reasons why.

6          The point of my examination is to establish this

7   witness's -- responding to this witness's testimony about the

8   Sharon Cohen event.  I don't see how that opens the door to

9   issues of domestic violence and the other matters Mr. Gonzalez

10  suggested.

11         THE COURT:  Is this witness aware of why that decision

12  was made?

13         MR. GONZALEZ:  Yes.

14         MR. KLUGH:  That's hearsay.

15         MR. SREBNICK:  May I ask, who made the decision?  Who

16  is the decision-maker?  Because I think this witness has said

17  at the pretrial hearing that she had no role in making that

18  decision.  Someone else makes that decision, I'm quite sure.  I

19  have the transcript here.  I read it this morning.

20         We would object on hearsay grounds as well.

21         MR. GONZALEZ:  Ultimately, decisions made by the United

22  States Attorney's Office and in consultation with her.

23         THE COURT:  So what do you want to ask her?

24         MR. GONZALEZ:  I want to ask her:  "No charges were

25  filed against Ms. Cohen.  What were the reasons for that

1    decision?"

2          And the reasons are going to be the information that

3    she gave us that we did not have ahead of time:  Her

4    willingness to be truthful and to come to meetings and do these

5    other things, as well as her willingness to go ahead and assist

6    in other investigations, as well as the fear that she has for

7    retribution from the Defendant.

8          That same conversation talks about hit men going after

9    her and all of these things and the fact that, on these three

10   separate occasions, he tried to beat her, throw her off a

11   balcony and she had to have medical help.

12         Those are all factors that went into the decision.

13   Frankly, there's nothing we could do to this lady for money

14   laundering that's any worse than --

15         THE COURT:  I'm sorry?

16         MR. GONZALEZ:  Those were the factors that went into

17   the decision that -- frankly, there's nothing we could ever do

18   to this lady for laundering money that's any worse than the

19   time she spent with the Defendant.

20         MR. SREBNICK:  May I have one last word?

21         We object to the subject matter.  But certainly this is

22   not the right witness to testify to that because she has no

23   personal knowledge.

24         She's testifying from perhaps what somebody else told

25   her are the supposed reasons.  So she has no personal

1    knowledge.  All hearsay.

2         THE COURT:  Does she have personal knowledge?

3         MR. GONZALEZ:  She has seen photographs that were shown

4    to her by Sharon Cohen of the beating.  I think there's -- it's

5    even in the tape.

6         There's one photograph where her hand is so swollen she

7    can't even take her wedding ring off.  I believe she's reviewed

8    medical records from the hospital as well.

9         THE COURT:  What about the decision by the US Attorney

10   to not prosecute her?

11        MR. GONZALEZ:  That was a decision that we made

12   collectively.

13        THE COURT:  So she was part of that decision-making

14   process?

15        MR. GONZALEZ:  Yes.  Yes.

16        THE COURT:  How so?

17        MR. GONZALEZ:  How so?  We consulted together.  What

18   are we going to do with her?  Charge her?  Not charge her?

19   What is her relative worth as a witness?  Has she been

20   truthful?  What are the different factors we're going to take

21   into account?  One of these was the physical abuse.

22        MR. SREBNICK:  May I get the transcript from the

23   hearing before?  This is different from what this witness said

24   a year ago, I believe.

25        THE COURT:  Sure.

```
 1          MR. GONZALEZ:  I can continue and then we can revisit

 2   this rather than waste the jury's time.

 3          THE COURT:  That's fine.

 4          MR. GONZALEZ:  We can always re-call her.

 5          THE COURT:  That's fine.

 6          (Whereupon, the following proceedings were had in open

 7   court:)

 8          THE COURT:  Redirect.

 9                        REDIRECT EXAMINATION

10   BY MR. GONZALEZ:

11   Q.   Agent Albrecht, a couple areas I want to go ahead and

12   discuss with you and then some others we may revisit later on

13   in the trial.

14       But you were asked questions concerning the automobiles

15   being seized from Auto Loaders.

16       Do you remember that?

17   A.   Yes.

18   Q.   Now, what day was those automobiles seized?

19   A.   The same date of arrest and the search warrants.

20   Q.   Which was when?

21   A.   July 14th, 2011.

22   Q.   Now, on July 14th of 2011, the cars were at Auto Loaders.

23   Correct?

24   A.   Yes.  The majority of the cars.  He had one G55 still with

25   him.
```

Albrecht - REDIRECT - By Mr. Gonzalez          56

1    Q.   Now, on March 2nd, 2011, when you went to see Sharon Cohen

2    after the domestic incident, did you notice any cars parked at

3    their house in Coconut Grove?

4    A.   Yes.  There was several cars parked there.

5    Q.   Do you recall which ones?

6    A.   I don't.

7    Q.   Were there some of the cars that had been seized?

8    A.   Yes.

9    Q.   Now, you also testified that the title of the cars had been

10   changed at different points in the investigation.

11   A.   Correct.

12   Q.   Were the titles to those cars changed before or after the

13   domestic incident?

14   A.   After.

15   Q.   And it is after the domestic incident that those cars were

16   at Auto Loaders?

17   A.   Correct.

18   Q.   Showing you Government's Exhibit 97, composite, this is the

19   watch invoice.

20        The date on this is 9-2 of 2009.  Correct?

21   A.   Correct.

22   Q.   The purchase is for Artenio [sic] Lopez Tardon.  Correct?

23   A.   Yes.

24   Q.   The Collection?

25   A.   Yes.

Albrecht - REDIRECT - By Mr. Gonzalez          57

1   Q.   Although this invoice is dated 2009, it was sent to the

2   Defendant on June 7th of 2011.  Correct?

3   A.   That is correct.

4   Q.   June 7th of 2011:  Is that after the domestic dispute?

5   A.   Yes, it is.

6   Q.   And, for example, Invoice No. 10:  That's also a 2009

7   invoice.  Correct?

8   A.   Correct.

9   Q.   The Collection Exotic Cars, Artenio Lopez?

10   A.   Correct.

11   Q.   And that first watch, a Cartier Seatimer, rose gold, with

12   diamonds:  Have you ever seen a watch like that?

13   A.   If it's one and the same from the one we found at the

14   search warrant, then, yes.

15   Q.   When you say "we found at the search warrant," where was it

16   found?

17   A.   At the Continuum, which is Alvaro Lopez's apartment.

18   Q.   There was a rose gold Cartier watch with diamonds found

19   there?

20   A.   Yes.

21   Q.   Although this invoice says it was purchased by Artemio at

22   The Collection in 2009, the watch -- at least a Cartier, rose

23   gold, with diamonds, watch was found at the Continuum on the

24   date of the arrest, all the way in 2011?

25   A.   Correct.

Albrecht - REDIRECT - By Mr. Gonzalez                58

1    Q.   When you first went to the house on March 2nd of 2011, did

2    you know exactly what role Sharon Cohen played in this entire

3    event, in this entire incident?

4    A.   Not exactly.

5         MR. GONZALEZ:  If I could have one moment, your Honor.

6         THE COURT:  Yes.

7    BY MR. GONZALEZ:

8    Q.   Lastly, Agent Albrecht, your meeting with Sharon Cohen on

9    March 2nd of 2011:  Was that the first interaction you or

10   anybody as part of this investigation had with her?

11   A.   Yes.

12        MR. GONZALEZ:  No further questions, your Honor.

13        THE COURT:  You may step down, ma'am.

14        (Witness excused.)

15        THE COURT:  Call your next witness.

16        MR. GONZALEZ:  The United States would called David

17   Pollack to the stand.

18          DAVID POLLACK, GOVERNMENT WITNESS, SWORN

19        THE COURT:  Come on up, please.

20        (Whereupon, the following proceedings were had at

21   side-bar outside the presence of the jury:)

22        THE COURT:  Apparently, the marshals have not taken off

23   his handcuffs.  So he has not raised his right hand when he's

24   taking the oath.

25          This is the first I'm informed that this is how this

```
1    was going to happen.  I expect it's because of what happened in

2    Utah?

3             MR. GONZALEZ:  Yes.

4             MR. SREBNICK:  I couldn't hear you.

5             THE COURT:  I expect that this is because of what

6    happened in the Utah federal courthouse, where the Defendant

7    charged the witness.

8             But I want to make sure that it's properly on the

9    record, number one, and find out your positions.

10            MR. SREBNICK:  I have no objection to the absence of

11   raising of the right hand.  I think the oath is valid,

12   regardless.

13            MR. GONZALEZ:  I think the oath is valid as well.  And

14   I think, however, the Court should inform the jury that, when

15   individuals are in custody and handcuffed and they don't

16   normally raise their hand -- because all the other witnesses

17   are -- that it's no disrespect to the Court or no reason to

18   think that he's going to take the oath any differently.

19            MR. KLUGH:  Is he going to have -- can I just ask, is

20   he going to be through the entire examination when we hand him

21   documents to look at things and things like that?

22            THE COURT:  I don't know.  I was not informed that he

23   was going to be brought in this way.

24            MR. GONZALEZ:  It's new to all of us.

25            MS. MAXWELL:  Should we inquire of the marshals?
```

```
 1            THE COURT:  Let me do this.  Let me send the jurors out
 2    for a few minutes.
 3            Are you going to be handing him documents?
 4            MR. GONZALEZ:  There are a number of things I want to
 5    show him.  We could do it via the ELMO.  It's not impossible.
 6            THE COURT:  I can turn off the gallery and the jury box
 7    monitors prior to it being introduced into evidence and then
 8    turn it on when it is introduced into evidence.  That would
 9    alleviate that problem.
10            MR. GONZALEZ:  Judge, my only concern is some
11    indication to the jury that this is the standard procedure.  I
12    don't want them to think he's a crazy psychopath, that if he's
13    unhooked, he's going to attack everybody and that there's some
14    type of special procedure that's being used for him.
15            MR. KLUGH:  I'm -- theoretically, I'm not necessarily
16    opposed to instructions about things.  But I don't know how to
17    construct that instruction.
18            I would prefer to do it after lunch.  We don't need to
19    do it right now, I don't think.  Could we have some time to
20    ponder that?  It's noon now.  I don't know how long they're
21    going to go.
22            I just don't know how that's going to play out.  I
23    really think he should be handcuffed, to be quite honest with
24    you.  He's my witness.  That's why I'm asking.
25            I did want to raise another issue about it at all.
```

```
 1              MR. GONZALEZ:  That would be the marshals' call as to

 2     whatever the procedure is there.

 3              MS. MAXWELL:  I think -- if we just swear him in and

 4     don't say anything about his hand, I don't think the jury is

 5     going to know any better.  It's not like these jurors are going

 6     to catch on to that.  Just say, "Do you swear to tell the

 7     truth, the whole truth and nothing but the truth, so help you

 8     God?"

 9              THE COURT:  That was already done.

10              MS. MAXWELL:  I wouldn't even make an issue out of it.

11     I don't think they're even going to realize he didn't raise his

12     right hand and what does that mean.

13              MR. SREBNICK:  I agree.

14              THE COURT:  Okay.

15              MR. KLUGH:  Your Honor, again, I want to make sure.  If

16     I make an objection, I don't make speaking objections, but do I

17     cite a rule?

18              THE COURT:  Cite a rule.

19              MR. KLUGH:  Thank you, your Honor.

20              THE COURT:  No speaking objections.

21              MR. KLUGH:  Thank you.

22              (Whereupon, the following proceedings were had in open

23     court:)

24              THE COURT REPORTER:  Please state your full name and

25     give the spelling of the last name.
```

```
 1              THE WITNESS:  David William Pollack, P-o-l-l-l-a-c-k.

 2                            DIRECT EXAMINATION

 3   BY MR. GONZALEZ:

 4   Q.  Good morning, Mr. Pollack.

 5   A.  Good morning.

 6   Q.  If you could, sit up a little bit and speak into the

 7   microphone so we can all hear you.

 8        Where were you born, sir?

 9   A.  Miami, Florida.

10   Q.  And do you know a person by the name of Alvaro Lopez

11   Tardon?

12   A.  Yes.

13   Q.  Did you see him here in court today when you walked in?

14   A.  Actually, no.  I didn't look to my left.

15   Q.  If you could, stand up, please and tell me if you see him.

16   A.  Yes.

17              MR. SREBNICK:  We'll stipulate, your Honor.

18   BY MR. GONZALEZ:

19   Q.  How long have you known Alvaro Lopez Tardon?

20   A.  Since about 2001.

21   Q.  Have you ever worked for him?

22   A.  Yes.

23   Q.  Doing what?

24   A.  Trafficking.

25   Q.  Trafficking in what?
```

Pollack - DIRECT - By Mr. Gonzalez                    63

1    A.   In cocaine.

2    Q.   When you say trafficking in cocaine, what specifically did

3    you do?

4    A.   I would receive the product in South America.

5    Q.   When you say "the product," what are we talking about?

6    A.   Kilos.

7    Q.   Kilos of what?

8    A.   Cocaine.

9    Q.   Then what would you do?

10   A.   We would package them up, bundle them up eight at a time,

11   and put them in --

12   Q.   We'll get to the detail of it.

13   A.   Okay.

14   Q.   But you packaged cocaine for him?

15   A.   Yes.

16   Q.   What else did you do with regards to that cocaine after it

17   was packaged?

18   A.   It would be shipped to Spain.

19   Q.   In Spain, did you have anything to do with the cocaine?

20   A.   Yes.

21   Q.   What?

22   A.   Once it got to Madrid into a warehouse, I would help

23   unpackage it and load it onto vans.

24   Q.   And did you -- were you paid for that?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                64

1   Q.   Did you ever transport some of that money to the United

2   States?

3   A.   Yes.

4   Q.   And were you eventually arrested in this case and charged

5   with money laundering?

6   A.   Yes.

7   Q.   Did you plead guilty?

8   A.   Yes.

9   Q.   What were you sentenced to?

10  A.   135 months.

11  Q.   And did you agree to cooperate with the FBI and the United

12  States Attorney's Office and provide testimony in this case?

13  A.   Yes.

14  Q.   Why did you do that?

15  A.   To help myself out, if I could.

16  Q.   When you say to help yourself out, what are hoping to get

17  as a result --

18  A.   Hoping to get a lesser sentence.

19  Q.   Who is the person who decides what reduction, if any,

20  you're going to get?

21  A.   That would be the Judge.

22  Q.   Sir, did you go to high school in Miami?

23  A.   Yes.

24  Q.   What high school?

25  A.   Miami Killian Senior.

Pollack - DIRECT - By Mr. Gonzalez                    65

```
 1   Q.   Did you graduate there?

 2   A.   Yes.

 3   Q.   And did you go to any colleges?

 4   A.   Yes, I did.

 5   Q.   Where?

 6   A.   I went to the University of Georgia, FIU and Miami-Dade and

 7   Santa Fe Community College.

 8   Q.   Now, do you speak Spanish?

 9   A.   More or less, pretty good.

10   Q.   More or less, pretty good?

11   A.   Uh-huh.

12           THE COURT REPORTER:  Is that "yes"?

13           THE WITNESS:  Yes.

14   BY MR. GONZALEZ:

15   Q.   Remember, she's taking down everything you say.  So things

16   like "uh-huh" and "huh-uh" come out exactly the same on the

17   transcript.  So we need to answer out loud.

18   A.   Okay.

19   Q.   Now, from 1999 to 2002, where did you live?

20   A.   In Miami Beach.

21   Q.   On South Beach?

22   A.   South Beach.

23   Q.   What did you do for a living?

24   A.   I -- at that time, I worked for -- I had a few different

25   jobs:  RPS Ground, which is now FedEx Ground; and I was a
```

 1  lifeguard at the Key Biscayne Beach Club.

 2  Q.  And --

 3  A.  I worked for Star-Luck, Inc.

 4  Q.  Star-Luck, Inc.?

 5  A.  Yes.

 6  Q.  What does that company do?

 7  A.  They import plastic security seals from Brazil.  They're

 8  manufactured in Brazil.  They import them here and sell them.

 9  Q.  Did you do anything else to supplement your income?

10  A.  Yes.

11  Q.  What was that?

12  A.  Selling drugs.

13  Q.  How much?  What amounts?

14  A.  Small amounts.  User amounts.

15  Q.  Now, during that time, did you meet someone who became

16  known to you as Fabiani Krentz?

17  A.  Yes.

18  Q.  How did you meet her?

19  A.  Through a friend of hers at the gym.

20  Q.  Did you and her go to the same gym?

21  A.  Yes.

22  Q.  And did you ever at the beginning of your relationship with

23  her sell her any drugs?

24  A.  Yes.

25  Q.  What drugs and what amounts?

 1    A.   Marijuana, 100-dollar bags.

 2    Q.   Showing you Government's Exhibit 49, do you recognize this

 3    person?

 4    A.   Yes.

 5    Q.   Who is that?

 6    A.   Fabiani.

 7             THE COURT:  Is that in evidence?

 8             MR. GONZALEZ:  I'm sorry?  Yes, it is, your Honor.  It

 9    should be 49.

10             THE COURT:  I turned the monitor off.  So if you want

11    to put it back on.

12             MR. GONZALEZ:  Very well, your Honor.

13    BY MR. GONZALEZ:

14    Q.   That's Fabiani Krentz?

15    A.   Yes.

16             MR. GONZALEZ:  Your Honor, what I'll do is I'll confirm

17    with Ms. Maxwell before I put any exhibit up and she'll tell us

18    whether it's in or not.  We can do it that way.

19             THE COURT:  Thank you.

20    BY MR. GONZALEZ:

21    Q.   Did Fabiani have a job that you know of?

22    A.   Not that I know of.

23    Q.   Did there ever come a time when you learned whether or not

24    she had a boyfriend?

25    A.   Yes.

1   Q.   Is this in the beginning when you first started to supply

2   her with marijuana?

3   A.   No.

4   Q.   When did you find out?

5   A.   The day he came into town.

6   Q.   When you say "he," who are we talking about?

7   A.   Alvaro.

8   Q.   Now, you sold marijuana to Fabiani Krentz.

9        Did you ever tell her what other drugs you sold?

10  A.   No.

11  Q.   Were you selling cocaine at the time?

12  A.   A little bit.  Yes.

13  Q.   Did you ever have a conversation with Fabiani concerning

14  Alvaro and cocaine?

15  A.   Yes.

16  Q.   And what was that conversation?

17            MR. KLUGH:  Objection, your Honor.  Rule 801.

18            MR. GONZALEZ:  Co-conspirator hearsay, your Honor.

19            THE COURT:  Lay your predicate.

20            MR. GONZALEZ:  Sure.

21  BY MR. GONZALEZ:

22  Q.   Did you later -- you've already testified to this.

23       You assisted Alvaro Lopez Tardon in his drug-trafficking

24  activities.  Correct?

25  A.   Yes.

1   Q.   And you also brought money to the United States from that

2   drug trafficking?

3   A.   Yes.

4   Q.   Did Fabiani Krentz already have a relationship with Alvaro

5   Lopez Tardon?

6   A.   Yes.

7   Q.   Did you come to find out later on she also was involved in

8   buying properties in the United States for Alvaro Lopez Tardon?

9   A.   Yes.

10  Q.   Did you have a conversation with Fabiani Krentz concerning

11  cocaine trafficking, you and Alvaro Lopez Tardon, without

12  getting into the contents of what was said?

13  A.   Yes.

14          MR. GONZALEZ:  May I proceed with the contents, your

15  Honor?

16          MR. KLUGH:  Maintain our objection, your Honor.

17          THE COURT:  The objection is overruled.  801(d)(2)(E).

18          You may proceed.

19  BY MR. GONZALEZ:

20  Q.   What was the conversation you had with Fabiani?

21  A.   She asked me if I sold anything else.  And we were being

22  cryptic.

23      I'm like, "What do you mean?"

24      She's like, "You know, anything else."

25      I'm like, "White stuff?"

Pollack - DIRECT - By Mr. Gonzalez                70

1        And she said, "Yes."

2        I said, "Yeah.  I do that sometimes."

3        She said, "Well, maybe my boyfriend can help you out."

4        That was the extent of it.

5   BY MR. GONZALEZ:

6   Q.   Now, is this still in 2002?

7   A.   It was 2002, around that time.

8   Q.   And did you come to meet Alvaro Lopez Tardon directly?

9   A.   Yes.

10  Q.   Where was that?

11  A.   At her or his apartment in the Mark on Brickell.  I wasn't

12  clear whose apartment that was at the time.

13  Q.   The Mark on Brickell?

14  A.   Yes.

15  Q.   And did you speak to Mr. Tardon?

16  A.   Yes.

17  Q.   Did you find out where he lived, what country?

18  A.   Spain.

19  Q.   And did you and him have any conversations concerning

20  cocaine?

21  A.   Yes.

22  Q.   What, if anything, did he tell you?

23  A.   That he could get a lot.  And we discussed some prices for

24  the United States, but we never got around to doing it here.

25  Q.   Now, when you say that "he could get a lot" -- first of

Pollack - DIRECT - By Mr. Gonzalez                71

1    all, up until this point in time, what was the most amount of

2    cocaine that you had ever dealt with at one time?

3    A.   No more than a couple of kilos.

4    Q.   And did he offer you a number of kilos that he could

5    provide?  When you say "a lot," what number was he talking

6    about?

7    A.   Like 500.

8    Q.   When he said 500, what did you tell him?

9    A.   That's too much to start with.

10   Q.   Had you ever even seen 500 kilos in one place before?

11   A.   Never.

12   Q.   Now, a couple of weeks later, did you run into Mr. Tardon

13   again?

14   A.   Yes.

15   Q.   Where was that?

16   A.   I don't remember where we met.  But we went to a party.

17   Q.   And at that party did you -- well, was anybody with

18   Mr. Tardon?

19   A.   Yes.

20   Q.   Who was that?

21   A.   Fabiani and Jaime.

22   Q.   Let me show you Government's Exhibit 75.  It's already in

23   evidence.

24        Is that Jaime?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                72

1    Q.   He was with Alvaro at this party?

2    A.   Yes.

3    Q.   Did you strike up a conversation with him?

4    A.   Yes.

5    Q.   Where was he from?

6    A.   Spain.

7    Q.   And did you and him hit it off, for lack of a better term?

8    A.   Yes.

9    Q.   After the party was over, did you do anything with Jaime?

10   A.   Yes.  We went out to a nightclub or two afterwards.

11   Q.   When you say "we," did Alvaro and Fabiani come along or

12   just you and Jaime?

13   A.   Just me and Jaime.

14   Q.   Now, at this point in time in the story, were you still

15   selling user amounts of cocaine?

16   A.   Yes.

17   Q.   Did you ever approach Mr. Tardon concerning him helping you

18   to sell cocaine?  Specifically, did you ask him for anything?

19   A.   I asked him to lend me some money one time.

20   Q.   And did you tell him at that time what the money was for?

21   A.   Honestly, I don't recall.  I would assume I did, but....

22   Q.   If you don't recall, you don't recall.  That's fine.

23   A.   Okay.

24   Q.   Did he give you the money?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                73

1    Q.   How much are we talking about?

2    A.   I think it was $5,000.

3    Q.   How was that money given to you?

4    A.   Through a Western Union transfer.

5    Q.   Did you pay him back?

6    A.   Yes.

7    Q.   About how long afterwards?

8    A.   Three days.

9    Q.   And that money:  What did you use it for?

10   A.   To buy cocaine.

11   Q.   Now, in -- drawing your attention now to September of 2002,

12   were you still selling cocaine at that time?

13   A.   Yes.

14   Q.   And did you have an incident in Valdosta County, Georgia?

15   A.   Yes.

16   Q.   What happened there?

17   A.   I got arrested for possession of a half a gram of cocaine

18   and some money.

19   Q.   How much money?

20   A.   Around $9,000.

21   Q.   And what was that money from?

22   A.   Drug proceeds.

23   Q.   And did you also have a marijuana cigarette?

24   A.   Yes.

25   Q.   And were you prosecuted for that in Georgia?

Pollack - DIRECT - By Mr. Gonzalez                    74

1    A.   Yes.

2    Q.   And what was your sentence there?

3    A.   Four years' house arrest.

4    Q.   And that house arrest:  Did you do it in Georgia or were

5    you sent someplace else?

6    A.   I did it here in Dade County.

7    Q.   If you could explain to the ladies and gentlemen of the

8    jury, how is it that house arrest works?  Are you in your house

9    24 hours a day or are there periods of time that you can step

10   out?

11   A.   It might be different for everybody.  But the stipulations

12   of my house arrest were I had to be home between 7:00 p.m. and

13   7:00 a.m. every single night of the week, with a full-time

14   job -- or at least trying to keep a full-time job and monthly

15   visits to the Probation Office and random calls from the

16   officer and random physical checkups from the officer, along

17   with drug tests and everything else and monthly fees.

18   Q.   So while you were on house arrest, you still could go out

19   to work and do things during the day?

20   A.   Yes.

21   Q.   Eventually, was your time period reduced from your original

22   sentence?

23   A.   Yes.  I did two and a half years' house arrest.

24   Q.   And during that period of time, did you use any drugs?

25   A.   On house arrest, not at all.

Pollack - DIRECT - By Mr. Gonzalez                    75

1    Q.   Is that because they were testing you?

2    A.   Yes.

3    Q.   Now, between 2003 to 2005, particularly during that period

4    of time when you were on house arrest and afterwards, were you

5    hanging out more with Fabiani Krentz and Alvaro Lopez Tardon?

6    A.   Yes.

7    Q.   And did you start to become closer with Mr. Tardon?

8    A.   Yes.

9    Q.   And did you begin to notice anything about Mr. Tardon and

10   the way he lived?

11   A.   Yeah.  He lived very nicely.  I wanted to live that way

12   myself.

13   Q.   When you say, "He lived very nicely," what are the things

14   that caught your attention?

15   A.   Lived in nice apartments, had nice cars, clothes, jewelry.

16   Q.   Okay.  One at a time.

17        He lived in nice apartments.  What apartments did you know

18   him to have?

19   A.   Continuum.

20   Q.   On the tip of South Beach.  Correct?

21   A.   Yes.  And some at the Mark.

22   Q.   He also had units at the Mark that you knew about?

23   A.   Yes.

24   Q.   Showing you Government's Exhibit 55 -- I'm pretty sure

25   that's in evidence --

```
 1              THE COURT:  What number?

 2              MR. GONZALEZ:  55.

 3              MS. MAXWELL:  It's in.

 4   BY MR. GONZALEZ:

 5   Q.  -- is this the Continuum on South Beach?

 6   A.  Yes.

 7   Q.  And do you recall what floor his apartment was on?

 8   A.  38.

 9   Q.  The 38th floor?

10   A.  Yes.

11   Q.  Was that pretty high up, towards the top of the building?

12   A.  Yes.

13   Q.  Then you said that he also had nice cars.

14       At that time, what car was he driving?

15   A.  It was a Hummer H2.

16   Q.  Did you know whether or not he had any other cars?

17   A.  No.

18   Q.  You also talked about clothes.

19   A.  Yes.

20   Q.  What kind of clothes would he wear?

21   A.  Just nice, stylish clothes, designer name, designer brand.

22   Q.  Like what?

23   A.  Gucci, Dolce & Gabbana.

24   Q.  Those are designers?

25   A.  Yes.
```

Pollack - DIRECT - By Mr. Gonzalez                77

1   Q.   And you said jewelry.

2        What kind of jewelry did you notice on him?

3   A.   Audemars Piguet watch, Rolex watches.

4   Q.   Would you see him wear those watches?

5   A.   Yes.

6   Q.   Would you see him driving the cars around town?

7   A.   Yes.

8   Q.   Did you ever see him go to work?

9   A.   No.

10  Q.   Did you ever hear him tell you, "Look, I can't do" --

11  something -- "because I've got to go to the office the next

12  day" or something like that?

13  A.   No.

14  Q.   Now, as you started to spend more time with Mr. Tardon, did

15  you notice whether or not Fabiani Krentz was spending less time

16  with Mr. Tardon?

17  A.   Yes.

18  Q.   Was she?

19  A.   Yes, she was.

20  Q.   Did you meet an individual by the name of Nestor García?

21  A.   Yes.

22  Q.   And who was he?  Who was he a friend of?

23  A.   A friend of Fabiani's.

24  Q.   Was he also a friend of Mr. Tardon's?

25  A.   Yes.  A friend of Mr. Tardon's as well.

 1            MR. GONZALEZ:  Your Honor, I want to show the witness

 2    Government's Exhibit 209, which is not in evidence.

 3            THE COURT:  You may.

 4    BY MR. GONZALEZ:

 5    Q.  Do you recognize this photograph?

 6    A.  Yes.

 7    Q.  Who is that?

 8    A.  Nestor Garcia.

 9    Q.  Is that photograph clearly and accurately depicting Nestor

10    García?

11    A.  Yes.

12            MR. GONZALEZ:  Your Honor, we'd move 209 into evidence.

13            THE COURT:  It will be admitted as Government's

14    Exhibit 209.

15            (Whereupon, Government's Exhibit No. 209 was entered

16    into evidence.)

17            THE COURT:  You may publish.

18    BY MR. GONZALEZ:

19    Q.  And Nestor García was a friend of Fabiani's and, also, a

20    friend of Alvaro's?

21    A.  Yes.

22    Q.  And during the course of your relationship with Mr. Tardon,

23    did you see Mr. Tardon with different women?

24    A.  Yes.

25    Q.  And did you come to meet one of them by the name of Sharon

1    Cohen?

2    A.   Yes.

3    Q.   Do you know whether or not later on he married her?

4    A.   Yes.

5    Q.   And do you know whether or not Mr. Tardon was married to

6    anybody before her?

7    A.   No, I don't.

8    Q.   Now, during this time, did you do anything with regards to

9    your education or your licensing or your ability to make a

10   living doing something other than selling drugs?

11   A.   Yes.  In 2005, I got my real estate license.

12   Q.   And did you buy houses and then sell them for a profit?

13   A.   Yes.

14   Q.   And did you do that with a friend of yours?

15   A.   Yes.

16   Q.   And the proceeds of that:  Did you buy a place for you to

17   live in?

18   A.   Yes.

19   Q.   Where did you buy?

20   A.   In Coconut Grove.

21   Q.   Was this a condominium?

22   A.   Yes.

23   Q.   And did you buy -- this is a condominium for you?

24   A.   Yes.

25   Q.   Did you buy already made or preconstruction?

```
 1    A.   Preconstruction.

 2    Q.   And did there come a time when you had to move out of where

 3    you were staying, but your condominium was not ready yet?

 4    A.   Yes.

 5    Q.   And where did you stay during that period of time?

 6    A.   At a villa house owned by Alvaro in Coconut Grove.

 7    Q.   And who stayed with you there?

 8    A.   Him and his wife and her daughter.

 9    Q.   We're jumping ahead a little bit.

10         While on that subject, did you have anything to do with

11    Mr. Tardon buying that villa in Coconut Grove?

12    A.   Yes.  I was the real estate agent for the buy.

13    Q.   Showing you Government's Exhibits 53 and 54 that I'm fairly

14    confident are in evidence --

15              MR. GONZALEZ:  Right, Ms. Maxwell?

16              MS. MAXWELL:  53 and 54 are in evidence.

17              THE COURT:  They are in evidence?

18              MR. GONZALEZ:  Yes.

19              THE COURT:  Yes.

20    BY MR. GONZALEZ:

21    Q.   -- do you recognize this?

22    A.   Yes.

23    Q.   Showing you Government's Exhibit 54, what is that?

24    A.   That's the villa in Coconut Grove.

25    Q.   That's the front door?
```

1   A.   Yes.

2   Q.   And this is, showing you Government's Exhibit 53, an

3   overhead of that development?

4   A.   Yes.

5   Q.   You were the real estate agent for that transaction?

6   A.   Yes.

7   Q.   And were you paid a commission?

8   A.   Yes.

9   Q.   And is that the house that you moved into when you were

10  waiting for your condominium to finish being constructed?

11  A.   Yes.

12  Q.   Now, you told us that Mr. Tardon was staying there as well

13  as Sharon Cohen.

14       Who was the third person that you mentioned?

15  A.   Her daughter.

16  Q.   What was her daughter's name?

17  A.   Murphy.

18  Q.   And at the time that you were doing this -- this is now

19  when you're off house arrest and you have your real estate

20  license -- are you still selling narcotics?

21  A.   Yeah.  I got back into it.

22  Q.   At this point, what amounts are you selling?

23  A.   The same.  Get about a kilo of cocaine at a time, break it

24  down.

25  Q.   And then you would sell it to individual users in smaller

Pollack - DIRECT - By Mr. Gonzalez            82

1    amounts?

2    A.   Yes.

3    Q.   And did you have any conversations with the Defendant about

4    selling cocaine?

5    A.   Yes.

6    Q.   What were those conversations?

7    A.   Well, I was trying to get involved with bigger amounts and

8    I was hoping I could enter the workforce.

9    Q.   And what did Mr. Tardon tell you?

10   A.   To sit tight.  I had to wait until I was off of probation

11   first and see if I could squeeze in.

12   Q.   So while you were on house arrest and probation, Mr. Tardon

13   would not have you work with him?

14   A.   No.

15   Q.   Now, after you were done with your house arrest and done

16   with any probation, did Mr. Tardon make you any business offer?

17   A.   Yes.

18   Q.   Regarding cocaine?

19   A.   Yes.

20   Q.   What did he say?

21   A.   Well, I couldn't go and work on that trip.  I guess the

22   people didn't know me well enough yet.  But I invested --

23   Q.   Let me interrupt you because you said something there.  You

24   said you couldn't go on that trip yet.

25        What trips are you talking about?

1   A.   The trip to South America to organize the shipment.

2   Q.   Did you later on go on trips to do that?

3   A.   Yes.

4   Q.   Let's get back to this first time.

5        What's the conversation with Mr. Tardon?

6   A.   "Well, I can't have you go work on this trip, but you can

7   invest some money and get a nice return."

8   Q.   And did you agree to do that?

9   A.   Yes.

10  Q.   Did you give him money?

11  A.   Yes.

12  Q.   How much money did you give him?

13  A.   About $30,000.

14  Q.   And what was your understanding of what that money was

15  going to be used for?

16  A.   The trafficking of cocaine.

17  Q.   Was it going to be used to buy cocaine?

18  A.   Not directly.  I don't think so.  I'm sure he paid it

19  himself and just took that money for himself.

20  Q.   Okay.  Now, shortly after that, did Mr. Tardon -- well,

21  we're talking about now 2006 -- you tell me.

22       When was that?

23  A.   2006.

24  Q.   In 2006, did Mr. Tardon invite you to go with him anywhere?

25  A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                84

1    Q.   Where did he invite you to go?

2    A.   To Spain.

3    Q.   Did you go to any country before then?

4    A.   Yes.  We stopped in Amsterdam for two days.

5    Q.   In the Netherlands?

6    A.   Yes.

7    Q.   What did you do in Amsterdam?  And did you meet anybody in

8    Amsterdam?

9    A.   We hung out for two days and met one of his friends there.

10   Q.   Which one of his friends did you meet?

11   A.   Jimmy.

12   Q.   Do you know what Jimmy's relationship with Alvaro was?

13   A.   No.

14   Q.   At that time, you didn't?

15   A.   No.

16   Q.   Later on, did you find out what the relationship was?

17   A.   Yes.

18   Q.   What was the relationship?

19   A.   They were partners.

20   Q.   Partners in what?

21   A.   In the traffic.

22   Q.   Showing you Government's Exhibits 52-A and -B that are in

23   evidence, is that Jimmy?

24   A.   Yes.

25   Q.   An older picture of Jimmy?

Pollack - DIRECT - By Mr. Gonzalez                    85

```
 1    A.   Yes.

 2    Q.   Now, when you went to Amsterdam, did you meet with Jimmy?

 3    A.   Yes.

 4    Q.   And then, after that, where, if anywhere, did you travel?

 5    A.   To Madrid.

 6    Q.   Had you ever been to Madrid before?

 7    A.   Never.

 8    Q.   How long did you stay?

 9    A.   Six weeks.

10    Q.   Where did you stay?

11    A.   Alvaro's house.

12    Q.   And can you describe that house.

13    A.   Yes.  It was -- they're townhouses connected.  But it was

14    four floors, very nice inside, with a very big garage.

15    Q.   Did it have an elevator?

16    A.   It had an elevator inside and a little atrium going up to

17    the roof.

18    Q.   Did it have a pool?

19    A.   Yes.  It did have a little pool.

20         MR. GONZALEZ:  Your Honor, I need to show Government's

21    Exhibit 91, which is not in evidence.

22         THE COURT:  Yes.

23         MR. GONZALEZ:  May I?

24         THE COURT:  Yes.

25
```

Pollack - DIRECT - By Mr. Gonzalez                86

1   BY MR. GONZALEZ:

2   Q.   Do you recognize these photos?

3   A.   Yes.

4   Q.   Let me show them all to you.

5        Do you recognize those?

6   A.   Yes.

7   Q.   What are those photos of?

8   A.   His house.

9   Q.   Are those photos true and accurate copies of -- true and

10  accurate depictions of the house?

11  A.   Yes.

12          MR. GONZALEZ:  Your Honor, at this time we'd move

13  91 into evidence.

14          MR. KLUGH:  No objection.

15          THE COURT:  It will be admitted as Government's

16  Exhibit 91, composite.

17          (Whereupon, Government's Exhibit No. 91 was entered

18  into evidence.)

19          THE COURT:  You may publish.

20          MR. GONZALEZ:  Thank you.

21  BY MR. GONZALEZ:

22  Q.   I want to show you one of the photographs that's on the

23  page Bates-labeled 571.  I want to zoom in a little bit.

24       Did the house have security cameras around it?

25  A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                87

1    Q.   Showing the rest of the notes for the jury, these were

2    townhouses that were in a row?

3    A.   Yes.

4    Q.   And are these more of the security cameras for that house?

5    A.   Yes.

6    Q.   In this open area inside, what was in there?

7    A.   The yard, the pool.

8    Q.   Are these more cameras over here?

9    A.   Yes.

10   Q.   And is this another view of the house?

11   A.   Yes.

12   Q.   Again, with more cameras?

13   A.   Yes.

14   Q.   Now, when you first entered the house, did you notice

15   whether or not Mr. Tardon had any unusual pets?

16   A.   Well, later on, he got a cheetah.

17   Q.   Like a jungle cat cheetah?

18   A.   Yes.

19   Q.   Is it a little cheetah or a big cheetah?

20   A.   Six months old, about 70 pounds.

21   Q.   And at the house did you meet any of his family members?

22   A.   Yes.

23   Q.   Who did you meet?

24   A.   His mother, brother, sister and her two children.

25   Q.   Showing you Government's Exhibit 51, do you recognize that

Pollack - DIRECT - By Mr. Gonzalez                88

1   person?

2   A.   Yes.

3   Q.   Who is that?

4   A.   Alvaro's brother.

5   Q.   Artemio?

6   A.   Yes.

7   Q.   Showing you Government's Exhibit 80, do you remember having

8   this photograph in an e-mail?

9   A.   Yes.

10  Q.   Is that you in the photograph?

11  A.   Yes.

12  Q.   And is that Artemio?

13  A.   Yes.

14  Q.   Do you recall when this photograph was taken?

15  A.   No.

16  Q.   Showing you Government's Exhibit 42, which is in evidence,

17  do you recognize that woman?

18  A.   Yes.

19  Q.   Who is that?

20  A.   His mother.

21  Q.   And did you meet her when you went to Alvaro's house?

22  A.   Yes.

23  Q.   Showing you Government's Exhibit 70, which is in evidence,

24  do you recognize that person?

25  A.   Yes.

1    Q.   Who is that?

2    A.   Alvaro's sister.

3    Q.   You met her and her children as well there when you went to

4    Spain?

5    A.   Yes.

6    Q.   Now, without getting into any of the details as to what

7    happened or the reason for it, on that trip to Spain -- first

8    of all, did Jimmy go with you as well?

9    A.   Yes.

10   Q.   And did there come a day when Jimmy and Alvaro went out and

11   you found out that something happened to Alvaro with the

12   police?

13   A.   Yes.

14   Q.   And he didn't come back to the house?

15   A.   Yes.

16   Q.   Did you see Alvaro anymore for the rest of that trip?

17   A.   No.

18   Q.   But did you stay for the house -- stay at the house?

19   A.   Yes.

20   Q.   And was Artemio at the house?

21   A.   Yes.

22   Q.   About how much longer did you stay at the house on that

23   trip?

24   A.   Five weeks after that incident.

25   Q.   And while at the house, could you hear any unusual noises?

Pollack - DIRECT - By Mr. Gonzalez                90

 1   A.   Well, money machines, money counters.

 2   Q.   Are you familiar with the sound that money counters make?

 3   A.   Yes.

 4   Q.   Now, did there come a time when Artemio gave you anything

 5   while you were at the house?

 6   A.   Yes.

 7   Q.   What -- is this when -- during -- still we're on that first

 8   trip.  Correct?

 9   A.   Yes.

10   Q.   Is this after Mr. Tardon had the incident where he didn't

11   come back to the house?

12   A.   Yes.

13   Q.   What did Artemio give you?

14   A.   A bag of money.

15   Q.   When you say, "A bag of money," how much money was in the

16   bag?

17   A.   A quarter million euros.

18   Q.   And euros are worth a little bit more than the dollar.

19   Correct?

20   A.   Yes.

21   Q.   About $1.20 to $1.40, depending on the rate?

22   A.   Yes.

23   Q.   And did you know what that money was for that he was giving

24   you, that more than a quarter million euros?

25   A.   That was the return on the 30,000-dollar investment.

Pollack - DIRECT - By Mr. Gonzalez                91

1   Q.   That was the return on the investment, the money that you

2   had given Alvaro earlier in Miami?

3   A.   Yes.

4   Q.   Now, what did you do with that money?

5   A.   I took some, took it and spent it, and I had his brother --

6   Q.   Spent it in Madrid?

7   A.   Yeah.

8        -- hide the rest for me.

9   Q.   Who --

10  A.   I took some money out to spend it, spent some, and I had

11  him keep the rest hidden for me.

12  Q.   When you say "him," so we're clear, who are you referring

13  to?

14  A.   Artemio.

15  Q.   And did you also bring any of the money back to Miami?

16  A.   Yes.

17  Q.   And how did you do that?

18  A.   I brought it in my waistband.

19  Q.   Did you declare it when you came into the United States?

20  A.   No.

21  Q.   Why not?

22  A.   Because I knew it was illegal and, if I did declare it and

23  they accepted it, I'd have to pay taxes on it.

24  Q.   Now, you arrive at the United States.  You have these

25  euros.

Pollack - DIRECT - By Mr. Gonzalez                92

 1         What do you do with them?

 2   A.  I change them into dollars.

 3   Q.  Where did you do that?

 4   A.  Various locations.

 5         MR. GONZALEZ:  Your Honor, I want to show the witness

 6   an exhibit that's not in evidence.

 7         THE COURT:  Yes.  Go ahead.

 8         MR. GONZALEZ:  Government's Exhibit 144.

 9   BY MR. GONZALEZ:

10   Q.  Do you recognize what's in the picture, Government's

11   Exhibit 144?

12   A.  Yes.

13   Q.  What is that?

14   A.  That's the American Express store inside that building.

15   Q.  Did you ever exchange any euros inside that American

16   Express store?

17   A.  Yes.

18   Q.  Is this photograph a fair depiction of the building that

19   houses the American Express store?

20   A.  Yes.

21         MR. GONZALEZ:  Your Honor, we'd move 144 into evidence.

22         THE COURT:  It will be admitted as Government's

23   Exhibit 144.

24         (Whereupon, Government's Exhibit No. 144 was entered

25   into evidence.)

```
 1              THE COURT:  You may publish.
 2    BY MR. GONZALEZ:
 3    Q.  That's one of the places where you would go to exchange the
 4    euros?
 5    A.  Yes.
 6    Q.  Inside of this building?
 7    A.  Yes.
 8    Q.  Now, did you come to get to know anyone who worked there at
 9    that American Express store?
10    A.  Yes.
11    Q.  Who did you meet there?
12    A.  I cannot remember her name.
13    Q.  Was it a man or a woman?
14    A.  A woman.
15    Q.  And did you later introduce that woman to anybody?
16    A.  Yes.
17    Q.  To whom?
18    A.  Sharon.
19    Q.  Sharon Cohen?
20    A.  Yes.
21    Q.  For what purpose?
22    A.  So she can exchange euros as well.
23    Q.  Now, did you go back to Spain after that first trip?
24    A.  Yes.
25    Q.  About how much later did you go to Spain after that first
```

```
 1   one?

 2   A.   Five months.

 3   Q.   And why did you go back?

 4   A.   To see Alvaro and to get more money.

 5   Q.   And do you know -- do you recall whether or not you were

 6   able to see Alvaro?

 7   A.   Oh.  I went back about a month later first to see him.

 8   Q.   Okay.  Let's make sure that we've got the chronology right.

 9   A.   Yeah.

10   Q.   You go on the first trip where you go to Holland first?

11   A.   Yes.

12   Q.   Then Madrid?

13   A.   Yes.

14   Q.   Alvaro has his problem with the police and you're given the

15   money?

16   A.   Yes.

17   Q.   You come back to Miami.  Correct?

18   A.   Yes.

19   Q.   And then you exchange the euros?

20   A.   Yes.

21   Q.   When after that did you go back to Madrid?

22   A.   About a month later.

23   Q.   A month later.

24        What was the purpose of you going back to Spain?

25   A.   To try to see Alvaro.
```

Pollack - DIRECT - By Mr. Gonzalez                    95

1   Q.   And were you able to see Alvaro?

2   A.   No.

3   Q.   Why not?

4   A.   He was incarcerated, but I missed the visiting day because

5   my plane -- flight got delayed and I missed the connection.

6   Q.   And where was the connecting flight?

7   A.   To Madrid.

8   Q.   But --

9   A.   Oh.  In -- it might have been Newark, New Jersey, or

10  New York.  I'm not sure.

11  Q.   And even though you didn't get a chance to see Alvaro, did

12  you bring anything back with you?

13  A.   Yes.

14  Q.   What did you bring back?

15  A.   More euros.

16  Q.   And how did you bring those back in?

17  A.   Same way:  Waistband.

18  Q.   Did you declare them?

19  A.   No.

20  Q.   To cut to the chase, have you ever declared any of the

21  money that you've brought back from Spain?

22  A.   Never.

23  Q.   Now, did you make any more trips to Spain?

24  A.   Yes.

25  Q.   How many?  And for what purpose?

Pollack - DIRECT - By Mr. Gonzalez          96

1   A.   About 30 in total, over five years.

2   Q.   Let's go back to our story, though.

3   A.   Okay.

4   Q.   Did there come a point in time when Mr. Tardon was released

5   by the police in Spain?

6   A.   Yes.

7   Q.   And what, if anything, did he ask you to do?  Where were

8   you, first of all?

9   A.   Say it again.

10  Q.   Where were you living during all this?

11  A.   I had moved into my apartment in Coconut Grove.

12  Q.   So you're living here in Miami?

13  A.   Yes.

14  Q.   When Mr. Tardon gets released by the police, where is he

15  living?  Does he come back to Miami or is he in Madrid?

16  A.   He's in Madrid.

17  Q.   And does he ask you at any point to go visit him?

18  A.   Yes.

19  Q.   Do you recall when that was?

20  A.   That was in October, and I made it there in November of

21  '06.

22  Q.   And did Mr. Tardon tell you what he had been doing, what he

23  had been working on?  Was there a project that he had been

24  working on?

25  A.   Yes.

1   Q.   And what was that?

2   A.   A car dealership.

3   Q.   I want to show you -- well, let me jump ahead.

4        When you went to Spain that trip, did he ever show you the

5   building where he wanted to put the car dealership?

6   A.   Yes.

7   Q.   I want to show you Government's Exhibit 206-C, some

8   photographs that are in evidence already, and ask you if you

9   recognize it.

10       Do you recognize these?

11  A.   Yes.

12  Q.   And is that the building that he showed you where he wanted

13  to put in a car dealership?

14  A.   Yes.

15  Q.   Now, at the time you went, was the building still vacant?

16  A.   Yes.

17  Q.   And did the car dealership exist?

18  A.   No.

19            THE COURT:  Mr. Gonzalez, we're going to break for

20  lunch.

21            MR. GONZALEZ:  Sure.

22            THE COURT:  Do not discuss this case either amongst

23  yourselves or with anyone else.  Have no contact whatsoever

24  with anyone associated with the trial.

25            Do not read, listen or see anything touching on this

1    matter in any way, including anything on the Internet or

2    anything on any access device.

3         If anyone should try to talk to you about this case,

4    you should immediately instruct them to stop and report it to

5    my staff.

6         You may leave your notebooks at your chairs.  Please be

7    back in the jury room at 1:45.  Enjoy your lunch.

8         (Whereupon, the jury exited the courtroom at 12:33 p.m.

9    and the following proceedings were had:)

10        THE COURT:  We're in recess until 1:45.

11        MR. GONZALEZ:  Thank you, had your Honor.

12        (Thereupon, a luncheon recess was taken, after which

13   the following proceedings were had:)

14        THE COURT:  United States of America versus Alvaro

15   Lopez Tardon, Case No. 11-20470.

16        Counsel, state your appearances, please, for the

17   record.

18        MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on

19   behalf of the United States.

20        MR. SREBNICK:  Howard Srebnick and Richard Klugh on

21   behalf of the Defendant, Alvaro Lopez Tardon, who is present

22   with the aid of the interpreter.  He's putting his headphones

23   on now.

24        THE COURT:  You may be seated.

25        I spoke with the marshals in regard to witnesses who

1   are incarcerated and whether they're going to be handcuffed or

2   not.  They informed me that it is their policy, though it's now

3   being reevaluated since Utah -- that it is their policy that

4   witnesses and Defendants not be handcuffed.

5          So what I'm going to do, unless there's objection, is

6   have the witness -- the handcuffs taken off him.  I'm going to

7   reaffirm that he understands that he's under oath and that the

8   testimony that he gave this morning was under oath and then we

9   can proceed.

10          MR. GONZALEZ:  Great.

11          MR. KLUGH:  Thank you, your Honor.

12          MR. GONZALEZ:  Thank you.

13          THE COURT:  Will you unhandcuff him, please.

14          THE US MARSHAL:  (Complies.)

15       DAVID WILLIAM POLLACK, GOVERNMENT WITNESS, SWORN

16          THE COURT:  Mr. Pollack, you understand that the

17   testimony that you gave this morning was under oath?

18          THE WITNESS:  Yes.

19          THE COURT:  And that the testimony that you are giving

20   this afternoon is under oath?

21          THE WITNESS:  Yes.

22          THE COURT:  Anything further?

23          MR. GONZALEZ:  No, your Honor.

24          MR. KLUGH:  No, your Honor.

25          THE COURT:  So let's bring in the jurors, please.

Pollack - DIRECT - By Mr. Gonzalez          100

```
 1              (Whereupon, the jury entered the courtroom at 2:03 p.m.

 2   and the following proceedings were had:)

 3              THE COURT:  You may be seated.

 4              You are still under oath, sir.

 5              You may proceed, Mr. Gonzalez.

 6              MR. GONZALEZ:  Thank you, your Honor.

 7              Your Honor, we're going to need the ELMO when you get a

 8   chance.

 9              THE COURT:  Okay.

10   BY MR. GONZALEZ:

11   Q.   Mr. Pollack, when we left off, we were talking about your

12   trip to Spain, where Mr. Tardon was starting to put together

13   what would ultimately become The Collection car dealership.

14        Was that around November of 2006?

15   A.   Yes.

16   Q.   I think you told us that was the trip that --

17   A.   Yes.  November, 2006.  Yes.

18   Q.   Now, did you and Mr. Tardon together do anything to start

19   The Collection -- specifically with regards to the money to

20   start up The Collection?

21   A.   Yes.

22   Q.   Can you tell the ladies and gentlemen of the jury about

23   that.

24   A.   One day, in the morning, he told me to grab a backpack.

25   Q.   Let me interrupt you one second.
```

1        One day in the morning were you in Miami or --

2   A.   Oh.  Excuse me.

3        We were in Madrid at his house.  He tells me to grab a

4   backpack.  We jump in the car and drive to a bank.  At some

5   point during that time, he said that there was 600,000 euros

6   cash in the bag.

7   Q.   Did you get a chance to look in the backpack?

8   A.   No.

9   Q.   Where do you guys drive to?

10  A.   A bank.

11  Q.   Do you recall which bank it was?

12  A.   No, sir.

13  Q.   What happened when you got to the bank?

14  A.   He went into the back room with some bank officials and

15  came back out with an empty backpack.

16  Q.   Where did you stay when he did that?

17  A.   In the lobby of the bank.

18  Q.   And did you see him go into the bank with individuals who

19  worked at the bank?

20  A.   Yes.

21  Q.   And about how long was he gone before he came out again?

22  A.   Maybe 45 minutes.

23  Q.   And then, when he came out, was the backpack empty?

24  A.   Yes.  It was lighter.  It was empty.

25  Q.   Sometime after that did Mr. Tardon have a conversation with

Pollack - DIRECT - By Mr. Gonzalez                   102

```
 1   you concerning what had happened in the bank?

 2   A.   Yes.  They had sent him a letter --

 3   Q.   Let's put this in time.

 4        This is now -- when you are on the trip to Spain that he

 5   gives you the backpack, how long after that does this

 6   conversation take place after the trip to the bank?

 7   A.   A few months later.

 8   Q.   Okay.  Did the conversation take place here or in Spain?

 9   A.   In Spain.

10   Q.   Was that on another trip that you had gone back to Spain?

11   A.   Yes.

12   Q.   What happened?

13   A.   The bank sent a letter notifying him that they were not

14   interested in keeping his money at their bank.

15   Q.   Did he show you that letter?

16   A.   Yes.

17   Q.   Did he tell you anything about it?

18   A.   No.  He said that they -- yes.  He said that they -- or the

19   letter said they thought it was B money.

20   Q.   B, like the letter B?

21   A.   Like the letter B.

22   Q.   And did you know what that meant?

23   A.   I took it to believe --

24   Q.   Well, did you know?

25   A.   No.  No.  But....
```

Pollack - DIRECT - By Mr. Gonzalez          103

```
 1   Q.   Now, we'll get into the details of it in a moment.

 2        But you told us earlier about trips that you had taken to

 3   South America to package cocaine.   Correct?

 4   A.   Yes.

 5   Q.   And then were there times that you went to Spain to unload

 6   that cocaine?

 7   A.   Yes.

 8   Q.   I want to show you photographs of some individuals and ask

 9   you whether or not you met them while you were in Spain and

10   whether or not they had anything to do with the packing or the

11   unpacking.

12        Let me show you first Government's Exhibit 75.   You've seen

13   this photograph already.   It's in evidence.   Who is that?

14   A.   Jaime.

15   Q.   That is the individual that you met at the party that you

16   hit it off with and you went out afterwards?

17   A.   Yes.

18   Q.   Did Jaime have anything to do with the cocaine?

19   A.   Yes.

20   Q.   What was that?

21   A.   He was down in South America organizing the receiving and

22   packing and shipping.

23   Q.   Did he have any participation in the offloading of the

24   cocaine once it got to Spain?

25   A.   Yes.
```

```
 1            MR. GONZALEZ:  78?

 2            MS. MAXWELL:  78 is in.

 3   BY MR. GONZALEZ:

 4   Q.  Showing you Government's Exhibit 78, who is that?

 5   A.  José.

 6   Q.  You know him as José.

 7       Do you know his full name?

 8   A.  José Benavides.

 9   Q.  And Mr. Benavides:  Did he have anything to do with the

10   packing of cocaine?

11   A.  Yes.

12   Q.  What was that?

13   A.  The same as Jaime.

14   Q.  And did he have anything to do with the offloading of that

15   cocaine?

16   A.  Yes.

17   Q.  What was that?

18   A.  Say it again.

19   Q.  What was he doing with the -- concerning the offloading?

20   A.  The same as me.  Unpacking -- receiving -- well, actually,

21   when I know is extracting the cocaine kilos from the packages

22   in the warehouse in Madrid.

23   Q.  And, again, we'll get into the details of exactly how that

24   all happened in a moment.

25       Now, with regard to Mr. Benavides, I want to show you
```

1    Government's Exhibit 88, which is not in evidence.

2            MR. GONZALEZ:  If I may approach, your Honor.

3            THE COURT:  Yes.

4    BY MR. GONZALEZ:

5    Q.   Do you recognize Government's Exhibit 88?

6    A.   Yes.

7    Q.   Was this something that you had in your apartment when you

8    were arrested?

9    A.   Yes.

10   Q.   And what is it?

11   A.   A copy of José's passport.

12   Q.   When you say "José," you mean Mr. Benavides?

13   A.   Benavides.

14   Q.   Is this copy in substantially the same condition as when it

15   was seized from you?

16   A.   Yes.

17           MR. GONZALEZ:  Your Honor, at this time we'd move

18   Government's Exhibit 88 into evidence.

19           MR. KLUGH:  No objection.

20           THE COURT:  It will be admitted as Government's

21   Exhibit 88.

22           (Whereupon, Government's Exhibit No. 88 was entered

23   into evidence.)

24           MR. GONZALEZ:  May I publish?

25           THE COURT:  You may.

```
 1   BY MR. GONZALEZ:
 2   Q.   Why did you have a photocopy of Mr. Benavides' passport?
 3   A.   I was going to help him up open up a bank account at Bank
 4   of America.
 5   Q.   Here in the United States?
 6   A.   Yes.
 7           MR. GONZALEZ:  74?
 8           MS. MAXWELL:  74 is in evidence.
 9   BY MR. GONZALEZ:
10   Q.   Showing you Government's Exhibit 74, do you recognize that
11   person?
12   A.   Yes.
13   Q.   Who is that?
14   A.   Toro.
15   Q.   You know him as Toro?
16   A.   Yes.
17   Q.   Did he have anything to do with the cocaine in Peru?
18   A.   No.
19   Q.   Did he have anything to do with the cocaine once it got to
20   Madrid?
21   A.   Yes.
22   Q.   What was his role?
23   A.   He would meet us at the warehouse and we'd load up one of
24   the vans and he would be a driver of the van that would take it
25   out to deliver it to whoever.
```

```
 1   Q.   Now, when you were in Spain, did you have an opportunity,

 2   showing you Government's Exhibit 82, to meet this person?

 3   A.   Yes.

 4   Q.   Who is that?

 5   A.   Ana.

 6   Q.   Do you know her full name?  If you remember.

 7   A.   Ana Antoquin or something like that.

 8   Q.   And what was her role, if any, with the cocaine?

 9   A.   She would be given a portion of the kilos in Madrid, a few

10   hundred.

11   Q.   Showing you Government's Exhibit 68, is this Ana, along

12   with Alvaro?

13   A.   Yes.

14        MR. GONZALEZ:  If I may approach, your Honor?

15        THE COURT:  Yes.

16   BY MR. GONZALEZ:

17   Q.   Do you recognize the person in the photograph in

18   Government's Exhibit 140?

19   A.   Yes.

20   Q.   Who is that?

21   A.   Ann's husband, David.

22   Q.   Does this photograph accurately depict what he looks like?

23   A.   Yes.

24        MR. GONZALEZ:  Your Honor, we'd move 140 into evidence.

25        THE COURT:  It will be admitted as Government's
```

```
 1   Exhibit 140.

 2           (Whereupon, Government's Exhibit No. 140 was entered

 3   into evidence.)

 4           THE COURT:  You may publish.

 5   BY MR. GONZALEZ:

 6   Q.  This was Ana's husband?

 7   A.  Yes.

 8   Q.  And what role, if any, did he have to do with the cocaine?

 9   A.  Well, along with his wife Ana, they would receive a few

10   hundred kilos and then move it themselves.

11   Q.  Did you ever see him at the warehouse in Spain when you

12   were offloading cocaine?

13   A.  Yes.

14   Q.  What was he doing?

15   A.  Driving a van.

16   Q.  And was anything loaded in that van?

17   A.  Yes.

18   Q.  What was loaded in that van?

19   A.  Approximately 400 kilos.

20   Q.  Of cocaine?

21   A.  Yes.

22   Q.  Did you ever have conversations with the Defendant,

23   Alvaro Lopez Tardon, about Ana owing him money?

24   A.  Yes.  He said that she owed him about a million dollars --

25   a million euros, but he wasn't worried about it.
```

1    Q.   During your time in Spain, did you meet a person by the

2    name of Danny Berrocoso?

3    A.   Yes.

4    Q.   And who was he and what was his involvement, if any, with

5    the cocaine?

6    A.   He would help with the packaging.

7    Q.   Where?

8    A.   In Peru and the receiving in Madrid.  And that was it.

9         MR. GONZALEZ:  73?

10        MS. MAXWELL:  73 is in.

11   BY MR. GONZALEZ:

12   Q.   Showing you Government's Exhibit 73, do you recognize this

13   person?

14   A.   Yes.

15   Q.   Who is he?

16   A.   Peter.

17   Q.   You know him as Peter?

18   A.   Yes.

19   Q.   What role, if any, was Peter's with regards to the cocaine

20   in Peru and in Spain?

21   A.   He would organize a lot of the movements of the cocaine out

22   of the warehouse in Madrid with renting of the vans and having

23   people meet and getting kilos out of the warehouse.

24   Q.   Did he have anything to do with the packaging of the

25   cocaine in Peru?

 1   A.   No.

 2   Q.   Showing you Government's Exhibit 71, when you were in

 3   Spain, did you meet this person?

 4   A.   Yes.

 5   Q.   Who's that?

 6   A.   That's Buzo.

 7   Q.   What relationship is he to Alvaro Lopez Tardon?

 8   A.   He's a friend.  And he helped bring over euros sometimes to

 9   the United States.

10   Q.   You saw that?

11   A.   Yes.

12   Q.   Lastly, showing you Government's Exhibit 76 --

13          MR. GONZALEZ:   In evidence?

14          MS. MAXWELL:   In evidence.

15   BY MR. GONZALEZ:

16   Q.   -- did you have an opportunity to meet this person in

17   Spain?

18   A.   Yes.

19   Q.   Who is that?

20   A.   Ruben.

21   Q.   Do you know his full name?

22   A.   No.

23   Q.   Was he any relationship -- or what relationship did he

24   have, if any, to Mr. Tardon?

25   A.   A friend.  And a couple of times he would bring over some

 1    euros.

 2    Q.   When you say "bring over," from where to where?

 3    A.   From Spain to Miami.

 4    Q.   So I want to draw your attention now to May of 2007.

 5         This is now after you're done with your house arrest.

 6    Correct?

 7    A.   Yes.

 8    Q.   Does Alvaro Lopez Tardon -- well, strike that.

 9         In May of 2007 -- this is after your time on house arrest.

10    Correct?

11    A.   Correct.

12    Q.   Is it also after you had invested $30,000 or so and gotten

13    a quarter of a million euros back?

14    A.   Yes.

15    Q.   Did Alvaro Lopez Tardon have any conversations with you

16    about you starting to work for him in a capacity different than

17    simply giving some money?

18    A.   Yes.

19    Q.   What did he tell you?

20    A.   That I'd be going down to Peru to help with the receiving

21    and packaging.

22    Q.   Of what?

23    A.   The kilos of cocaine.

24    Q.   And did you accept his offer?

25    A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                112

1   Q.   So what happened then?

2   A.   I went down to Peru and I met up with Jaime, Danny and

3   Benavides.

4   Q.   What, if anything, were you told by them that you were

5   supposed to do?

6   A.   Help with the packaging -- receiving and packaging.

7   Q.   Did you fly directly to Peru or did you fly someplace else

8   first, if you recall?

9   A.   On that trip, I flew directly to Lima, if I recall.

10  Q.   And then, of the people that were there, of Mr. Berrocoso,

11  Ortiz and Jaime Dominguez -- correct? --

12  A.   Yes.

13  Q.   -- who was in charge?

14  A.   Jaime.

15  Q.   What did Jaime tell you needed to be done?

16  A.   We would mostly take turns with the chores that needed to

17  be done, which were removing the kilos from the stash box in

18  the cars or trucks that would come and then bundling them up

19  into eight at a time with Saran Wrap and then, with a big press

20  machine, putting it in these big burlap sacks with dried

21  peppers.  Put peppers in.  Put the eight-pack on top.  Put more

22  peppers in.  Press it.  Fold the bag so it's shut.  Done.

23  Q.   So we understand this, about how long were you working in

24  that warehouse that first trip that you went down to Peru?

25  A.   Three weeks.

Pollack - DIRECT - By Mr. Gonzalez                113

```
 1   Q.   Three weeks.
 2        And when the cocaine would come, in what types of vehicles
 3   would it come to the warehouse?
 4   A.   All types.  Cars, vans and semi tractors.
 5   Q.   Were they just sitting in the trunk or were they in any
 6   type of location?
 7   A.   They were hidden in a stash box.
 8   Q.   When you say stash boxes, what do you mean by stash boxes?
 9   A.   Well-hidden, welded areas of cargo.
10   Q.   Did those hidden areas have to be opened up?
11   A.   Yes.
12   Q.   Would they have to be welded open sometimes?
13   A.   No.
14   Q.   How would they be opened?
15   A.   With tools, with screws, to take panels off.
16   Q.   And, on average, each one of the cars that came,
17   Approximately how many kilos of cocaine?  Was it also trucks?
18   A.   Yes.  The trucks would bring in an average of 250; cars,
19   about 80.
20   Q.   About 80 kilos of cocaine in the car, 250 kilos.
21        And that first trip, do you recall approximately how many
22   kilos of cocaine did you package?
23   A.   2,500.
24   Q.   Now, you were explaining to us how it is that you went
25   about packaging the cocaine.
```

1      When you took it out of the cars, in what condition was it?

2   A.   Individually wrapped kilos.

3   Q.   And for the people who have never seen a wrapped kilo, what

4   does it look like?  How big is it?  How is it wrapped?  Is it

5   hard?  Is it loose?  Describe it.

6   A.   It's hard.  It's wrapped in first, like, cellophane paper,

7   then a black rubber balloon type of material, but thicker, and

8   then with tape on the outside.  And they are about this big

9   (indicating) and this thick (indicating).

10  Q.   For the record, about an inch -- I mean -- I'm sorry --

11  A.   About an inch and a half thick, about 10 by 7.  10 inches

12  by 7 inches, let's say.

13  Q.   Now, once you would take the kilos out, what would you,

14  Mr. Berrocoso, Mr. Ortiz and Mr. Dominguez do?

15  A.   Get to work packing them, bundling them up into eight at a

16  time and then --

17  Q.   So you would take eight kilos, four and four, or how?

18  A.   Four and four, wrap it up with cellophane and tape it shut.

19  Q.   To make it one solid eight-kilo mass?

20  A.   Mass.  Yes.

21  Q.   What would you do with that to package it up?

22  A.   We'd put it in the middle of dried peppers in a plastic

23  sack and sew it shut --

24  Q.   Okay.

25  A.   -- with about 100 pounds' worth of the peppers.

Pollack - DIRECT - By Mr. Gonzalez                    115

```
 1   Q.   So there would be peppers in the bottom, the eight kilos of
 2   cocaine, peppers on the outside, peppers on top?
 3   A.   And then pressed.
 4   Q.   And then pressed into what shape?
 5   A.   A bale shape.  Big, rectangular.  This big (indicating).
 6   This wide (indicating).
 7   Q.   A big bale?
 8   A.   Yes.
 9   Q.   After sewing up the top?
10   A.   Yes.
11   Q.   And then, once you had this bale of peppers with eight
12   kilos of cocaine inside, where would you put it?
13   A.   Stack them up against the wall in the warehouse.
14   Q.   In the warehouse?
15   A.   Yeah.
16   Q.   Now, aside from you, Mr. Berrocoso, Mr. Dominguez,
17   Mr. Ortiz, was there anybody else in that warehouse?
18   A.   Sometimes.
19   Q.   Who was that?  Do you know who they are?
20   A.   I never knew their name.  Just an Indian -- well, Peruvian
21   native Inca that we would nickname ingeniero.
22   Q.   Ingeniero?
23   A.   Yes.
24   Q.   Which translates to what?
25   A.   Like an engineer or boss or something.  I never really
```

1    caught the drift of it.

2    Q.   And what was his role?

3    A.   He would show us how to work the machine and help us with

4    the packaging.

5    Q.   Now, did you have any conversations with Mr. Tardon what

6    you would be paid for going down there and doing this work for

7    the three weeks or so that you were there?

8    A.   Yes.

9    Q.   What did he tell you?

10   A.   I'd be paid the equivalent of 10 kilos, the value of the

11   street in Spain.

12   Q.   And how much was 1 kilo of cocaine worth on the streets of

13   Madrid?

14   A.   30,000 euros.

15   Q.   So 10 kilos would be how much?

16   A.   It might have been 12 kilos.  But 30 -- 10 kilos would have

17   been 300,000 euros.

18   Q.   And are you being paid in actual bricks or are you being

19   paid in money after the bricks are sold and distributed in

20   Spain?

21   A.   In cash after it was sold.

22   Q.   So from that first trip, you stood to make 300,000 euros?

23   A.   Yes.

24   Q.   Now, did you meet Ortiz, Dominguez and Berrocoso in Lima or

25   someplace else?

Pollack - DIRECT - By Mr. Gonzalez          117

```
 1   A.   I can't recall if I met them -- on that trip, I met them in
 2   Lima.   Yes.
 3   Q.   And then did the packaging of the cocaine occur in Lima or
 4   someplace else?
 5   A.   Someplace else.
 6   Q.   Where?
 7   A.   In Tacna.
 8   Q.   Tacna?
 9   A.   Yeah.
10   Q.   T-a-c-n-a?
11   A.   Yes.
12   Q.   Is that in Peru?
13   A.   Yes.
14   Q.   During the three weeks that you were there packaging
15   cocaine, how regularly were these cars and trucks coming in
16   with the cocaine?
17   A.   Every three to four days.
18   Q.   Did you ever see the same cars again?
19   A.   Yes.
20   Q.   The same trucks again?
21   A.   Yes.
22   Q.   And during those three weeks, did you have conversations
23   with the other three people about what was going on?
24   A.   As to?
25   Q.   As to whether or not -- well, let's take one step back.
```

Pollack - DIRECT - By Mr. Gonzalez                    118

```
 1        Who was the one that was in charge?
 2   A.   Jaime.
 3   Q.   Jaime.
 4        And was he telling the rest of them what to do?
 5   A.   Yes.
 6   Q.   Did you have conversations with him as to whether or not
 7   they had ever done it before?
 8   A.   Yes.
 9   Q.   What were those conversations?  And with whom did you have
10   them?
11   A.   With all three of them.  They had done it before.
12   Q.   Did they tell you how many times they would do that?
13   A.   I think they had done it twice before.
14   Q.   All within the same year?  Different years?  Or do you
15   know?
16   A.   Probably -- different years.
17   Q.   Different years?
18   A.   Yes.
19   Q.   So in -- this is 2007 when you're doing it.  Correct?
20   A.   Yes.
21   Q.   So on at least two prior years they had done the same thing
22   with similar quantities of cocaine?
23   A.   Similar or less, if I recall.
24   Q.   Okay.  On a daily basis, while you were there those three
25   weeks, roughly how many kilos of cocaine would the four of you
```

Pollack - DIRECT - By Mr. Gonzalez                119

```
 1    package and prepare?
 2    A.   On a daily basis?
 3    Q.   On average.
 4    A.   About 300.
 5    Q.   300 kilos a day?
 6    A.   Yeah.
 7    Q.   And --
 8    A.   Maybe less.
 9    Q.   How long did it take you to pack those and the peppers and
10    tape them up and sew them and --
11    A.   10 hours.  10, 12 hours.  All day.
12    Q.   So 10 to 12 hours a day for three weeks in a warehouse in
13    Peru?
14    A.   Yes.
15    Q.   Did you have days off where you could go out and see the
16    city or anything like that?
17    A.   Days off?  We didn't leave the warehouse.
18    Q.   You did not leave the warehouse?
19    A.   No.
20    Q.   Showing you Government's Exhibit 92, do you recognize the
21    people in this picture?
22    A.   Yes.
23    Q.   First of all, do you know the woman in the middle?
24    A.   Yes.
25    Q.   Who is she?
```

1    A.    Arancha.

2    Q.    And what was Arancha's relationship, if any, to Mr. Tardon?

3    A.    A friend and maybe, at one point, a girlfriend of his.  I'm

4    not quite sure.

5    Q.    Did she pass away?

6    A.    Yes.

7    Q.    Now, who is this person?

8    A.    Jaime.

9    Q.    That's Jaime, the one that was packaging the cocaine, in

10   charge of the operation in Lima?

11   A.    Yes.

12   Q.    And this person?

13   A.    Ana.

14   Q.    She is one of the ones that was distributing the cocaine in

15   Madrid?

16   A.    Yes.

17   Q.    Did you learn how it was that the cocaine was being sent to

18   Spain?

19   A.    Yes.

20   Q.    How?

21   A.    On containers, on ships.

22   Q.    Now, you are packaging this cocaine at the warehouse?

23   A.    Yes.

24   Q.    You're putting it in the bags.  You're stacking up the bags

25   against the wall.

 1        Did there come a day that you saw the cocaine left the

 2   warehouse?

 3   A.   Never.

 4   Q.   How is it that -- did you leave before the cocaine left?

 5   A.   Yes.

 6   Q.   And then, when you left Tacna in Peru, where did you go?

 7   What country?

 8   A.   I came back to the United States.

 9   Q.   Did there come a time when you went to Madrid to deal with

10   that cocaine that you had packaged?

11   A.   Yes.  About a month later.

12   Q.   How did you end up going to Madrid?  Who told you to go?

13   What are the circumstances surrounding that?

14   A.   Alvaro told me to go to Madrid.

15   Q.   Did you fly to Madrid?

16   A.   Yes.

17   Q.   When you went to Madrid, where did you stay?

18   A.   That trip, I don't remember.  But I either would stay at

19   his house or a hotel.

20   Q.   His house, the one we saw the photographs of?

21   A.   Yes.

22   Q.   Do you remember what street that's on?

23   A.   Las Azaleas.

24   Q.   A-z-a-l-e-a-s?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez            122

```
 1    Q.   Where did you go to offload the cocaine?

 2    A.   To a warehouse about 45 minutes outside of Madrid proper.

 3    Q.   You did not go to the marina or whatever to bring in the

 4    peppers and the cocaine?

 5    A.   No.

 6    Q.   How was it that it was delivered to you at the warehouse?

 7    A.   I assume -- well --

 8    Q.   Well --

 9    A.   Yeah.  I never seen it.

10    Q.   Don't assume.

11    A.   Okay.

12    Q.   When you got to the warehouse with the --

13    A.   They were already stacked in pallets inside.

14            THE COURT REPORTER:  I'm getting a little bit of

15    overlap.

16            MR. GONZALEZ:  Sure.  Sorry.  My apology.

17    BY MR. GONZALEZ:

18    Q.   When you got to the warehouse, you say it was stacked in

19    pallets.

20        Can you describe what it is that you saw.

21    A.   Yes.  There would be pallets lined up on the floor of the

22    warehouse with the bales of the peppers.

23    Q.   Multiple bales per pallet?

24    A.   Yes, of course.  A few feet high.

25    Q.   But were they still sealed?
```

Pollack - DIRECT - By Mr. Gonzalez          123

1  A.  Yes.

2  Q.  Now, who was in the warehouse when you got there to unload

3  it?

4  A.  Us same four.  Me, Jaime, Benavides and Daniel.

5  Q.  The same four that were in Peru?

6  A.  Yes.

7  Q.  And who was in charge?

8  A.  Jaime.

9  Q.  What is it that you were instructed to do?

10 A.  Break down the packages and remove the eight kilo packages

11 from the inside.

12 Q.  Once you took out the eight kilo bundles from the pack,

13 what did you do with them?

14 A.  Separated them into boxes of 25.

15 Q.  Per box?

16 A.  Per cardboard box.

17 Q.  What was done with the peppers?

18 A.  Left on the floor.

19 Q.  As you were unpacking the kilos and putting them in the

20 boxes, what, if anything, would happen to those boxes while you

21 were going through this process?

22 A.  When we were done, they'd be moved out, 400, 300, 800, at a

23 time into different vans.

24 Q.  And who, if you know, would be driving some of these vans?

25 A.  Peter, Toro and David.

Pollack - DIRECT - By Mr. Gonzalez                    124

1   Q.   Peter, Toro and David Vela, Ana's husband, whom you already

2   identified?

3   A.   Yes.

4   Q.   Those are the ones that would be driving the vans?

5   A.   Say it again.

6   Q.   Toro, Peter and David Vela, all of which you identified

7   from the photos:  They would be the ones driving the vans?

8   A.   Yes.

9   Q.   Were there other vans driven by other people as well?

10  A.   No.

11  Q.   Was there any conversations at the warehouse as to what

12  cocaine was going where?

13  A.   Yes.

14  Q.   Who had those conversations?  And when was the cocaine

15  going?

16  A.   It would be Peter and Toro and sometimes Jaime.  And some

17  would be going to David and Ana.  Some would be going to other

18  places that I didn't know.

19  Q.   Do you distinctly remember some of the cocaine being

20  segregated out to go to David and Ana?

21  A.   Yes.

22  Q.   Is that the cocaine that was then loaded into the truck

23  driven by David?

24  A.   Yes.

25  Q.   During -- well, how long did it take you to unload all of

Pollack - DIRECT - By Mr. Gonzalez          125

```
 1   the cocaine from the peppers and get it out of the warehouse?
 2   A.  Probably 10 to 12 hours.
 3   Q.  It was all done in one day?
 4   A.  Yes.
 5   Q.  And during that trip, did you have any conversations with
 6   any of the people there concerning the cocaine and whether or
 7   not any of it had been opened?
 8   A.  In the warehouse?
 9   Q.  During that trip at any point, whether the warehouse or
10   anywhere else.
11   A.  Yes.  Yes.
12   Q.  Who was having this conversation with you?  Where did it
13   take place?
14   A.  It was in Alvaro's house.  Somehow it got back to Alvaro
15   that Daniel, Jaime and José had been testing or snorting some
16   of the cocaine down in Peru and they're acting very paranoid,
17   and he got upset because they weren't supposed to be doing that
18   while working.
19   Q.  When you say "he," who is "he"?
20   A.  Alvaro.
21   Q.  And who is relaying this story to you?  Or was it in a
22   conversation with other people?
23   A.  Yeah.  It's not clear anymore.
24   Q.  Were there individuals at the house that were the ones that
25   were down in Peru?
```

Pollack - DIRECT - By Mr. Gonzalez                126

1   A.   Yes.

2   Q.   So once this cocaine has been unpackaged and it's gone on

3   its way, what arrangements, if any, were made for you to get

4   paid for your work on that?

5   A.   I would just wait a few days and then I'd have my money.

6   Q.   Where would the money be given to you?

7   A.   At Alvaro's house.

8   Q.   And roughly how much money was it?  Do you recall?

9   A.   I thought it was -- it was, like, 500,000 euros that second

10  trip -- the first trip that I went down.

11  Q.   That first trip was that much?

12  A.   It was 500,000.

13  Q.   And did you bring all this money back to the United States

14  or what did you do with it?

15  A.   No.  I left it there, had him keep it.  I spent whatever it

16  was I spent that trip in Madrid and I would bring back anywhere

17  from 60- to 100,000 euros with me to the United States.

18  Q.   Now, was that trip in 2007 the only trip that you did to

19  Peru to do this?

20  A.   No.

21  Q.   How many trips did you take?

22  A.   Three.

23  Q.   Three total?

24  A.   Yes.

25  Q.   So there was one in 2007?

1   A.   Yes.

2   Q.   When else?

3   A.   In 2008 or '09.  It was definitely '7, definitely '10 and

4   now it's -- it was '7, '9 and '10.

5   Q.   '7, '9 and '10?

6   A.   Yes.

7   Q.   And each trip was roughly how many kilos?

8   A.   It was the same every time.  2,500.

9   Q.   On the trips in 2009 in 2010, was it the same procedure as

10  the one in 2007 in terms of where you went to package the

11  cocaine?

12  A.   No.  It was a different warehouse the last two times.

13  Q.   Was it in the same city in Peru?

14  A.   Yes.

15  Q.   In Tacna?

16  A.   Yes.

17  Q.   And as far as the people who were packing the cocaine and

18  the peppers with you, was it the same people?

19  A.   Us same four.

20  Q.   Once the cocaine was packaged, did you go back to Madrid on

21  those two trips to unpack it?

22  A.   Yes.

23  Q.   Was it the same procedure as you described in the 2007

24  trip?

25  A.   Yes.

```
 1   Q.   Was it the same people?

 2   A.   Yes.

 3   Q.   And the same cocaine going to the same places, as best as

 4   you can recall?

 5   A.   Yes.

 6   Q.   Now, some time ago, were you played a series of recordings

 7   and asked whether or not you could identify the voices on the

 8   tapes?

 9   A.   Yes.

10   Q.   Is there a book in front of you, a three-ring binder there

11   on the desk?

12   A.   No.

13   Q.   Let me get it.

14        Before I get into this book and the calls, just to circle

15   back to these trips to Peru, how much were you paid?  You told

16   us for the 2007 trip.  For the 2009 trip, how were you paid?

17   A.   The same way.

18   Q.   Who gave you the money?

19   A.   Alvaro or his brother.  I can't recall.

20   Q.   Was it in cash?

21   A.   Yes.

22   Q.   Was it euros or dollars?

23   A.   Euros.

24   Q.   Was it in Spain or was it here in the United States?

25   A.   Spain.
```

1    Q.   What would you do with the money?

2    A.   Spend what I was going to spend there, take what I was

3    going to take back to Miami and leave the rest under their

4    supervision.

5    Q.   And how would you keep track of how much money you had

6    still owed to you in Spain or how much they were holding for

7    you?

8    A.   I would keep a little ledger.

9    Q.   Okay.

10         MR. GONZALEZ:  If I may approach, your Honor.

11         THE COURT:  Yes.

12   BY MR. GONZALEZ:

13   Q.   Some time ago, were you played a series of phone calls and

14   asked whether or not you could identify the voices on those

15   calls?

16   A.   Yes.

17   Q.   At the same time, were you shown that book that's in front

18   of you there that has transcripts?

19   A.   Yes.

20         THE COURT:  Can you identify the exhibit, please.

21         MR. GONZALEZ:  I'm sorry, your Honor.

22         It's Government's Exhibit 101.

23   BY MR. GONZALEZ:

24   Q.   Did that book contain transcripts of the calls?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                130

```
 1   Q.   And were you able to verify that the names listed on the

 2   individual calls were, in fact, the names and the voices that

 3   you recognize from your time in Spain?

 4   A.   Yes.

 5   Q.   And were some of those calls -- did the people identify

 6   themselves?

 7   A.   Yes.

 8   Q.   Were you able to confirm that all of the identities that

 9   are listed in that book were, in fact, the individuals who are

10   speaking on the calls?

11   A.   Yes.

12        MR. GONZALEZ:  Your Honor, at this time we'd move

13   Government's Exhibit 101 fully into evidence.

14        MR. SREBNICK:  Judge, we would reserve our objection

15   and our motion under Docket Entry 305.

16        MR. KLUGH:  Your Honor, this is a matter the Court said

17   we could reserve on item by item.

18        THE COURT:  In regard to the item-by-item objection,

19   I'll reserve on that.

20        As far as the total introduction of this exhibit, in

21   accordance with my prior rulings, this will now be admitted in

22   toto except for the individual objections to specific calls as

23   101, composite.

24        (Whereupon, Government's Exhibit No. 101 was entered

25   into evidence.)
```

 1          MR. GONZALEZ:  Thank you, your Honor.

 2   BY MR. GONZALEZ:

 3   Q.  I want to show you the top of the first call, which is

 4   listed as Government's Exhibit 101-A, and ask you:  On this

 5   book, the original book, did you put your initials above each

 6   of the transcripts to verify that you had listened to it and

 7   those are the voices that are identified?

 8   A.  Yes.

 9   Q.  By way of example, in this call, it's Alvaro Lopez Tardon

10   and Artemio Lopez Tardon?

11   A.  Yes.

12          MR. GONZALEZ:  Your Honor, we would like to pass out

13   copies for the jury, if the Court would permit.

14          THE COURT:  Come on up, please.

15          (Whereupon, the following proceedings were had at

16   side-bar outside the presence of the jury:)

17          THE COURT:  How are you handling the calls to which the

18   Defendant has voiced an objection, the individual calls?

19          MR. GONZALEZ:  He's going to raise them as they are

20   published.  If the Court would instruct the jury only to open

21   the book to the page that they're instructed to and the call

22   they're instructed to, we can do it that way.

23          THE COURT:  Any objection to that?

24          MR. SREBNICK:  That's a fair procedure.  Thank you.

25          THE COURT:  Okay.

Pollack - DIRECT - By Mr. Gonzalez                    132

1           (Whereupon, the following proceedings were had in open

2      court:)

3           THE COURT:  Ladies and gentlemen of the jury, you're

4      going to be receiving notebooks that have been introduced into

5      evidence.  You are only to open the notebooks to the calls that

6      I instruct you to look at here in open court.

7           You may proceed.

8           MR. GONZALEZ:  Thank you, your Honor.

9           (Distributes documents to the jury.)

10          THE COURT:  Are you going to be publishing calls now?

11          MR. GONZALEZ:  Yes.  I've told counsel which ones they

12     are and they'll let us know if there are objections.

13          MR. KLUGH:  One second.

14          Your Honor, we have no objection to the individual

15     items.  I would ask that the instruction regarding original

16     content versus a transcript versus a translation be given to

17     the jury at this time.

18          And, again, this is no additional objection, other than

19     the objection we previously preserved.

20          THE COURT:  I'll adopt my prior ruling.

21          Members of the jury, Exhibit 101 has been identified as

22     typewritten transcripts and translations from Spanish into

23     English of the oral conversations heard on the CD received in

24     evidence as Exhibit 100.

25          The transcripts also purport to identify the speakers

 1    engaged in the conversations.

 2           I have admitted the transcripts for the limited and

 3    secondary purpose of helping you follow the content of the

 4    conversations as you listen to the recordings, particularly

 5    those portions spoken in Spanish, and also to help you identify

 6    the speakers.

 7           But you are specifically instructed that whether the

 8    transcripts correctly reflect the content of the conversations

 9    or the identity of the speakers is entirely for you to decide

10    based on your own evaluation of the testimony you have heard

11    about the preparation of the transcripts and from your own

12    examination of the transcripts in relation to hearing the

13    recordings themselves as the primary evidence of its own

14    contents.

15           If you determine that the transcripts are in any

16    respect incorrect or unreliable, you should disregard it to

17    that extent.

18           MR. GONZALEZ:  May I proceed, your Honor?

19           THE COURT:  Yes.

20    BY MR. GONZALEZ:

21    Q.  Mr. Pollack, I'm going to ask you to open up the book to

22    Call letter E, as in Edward.

23           THE COURT:  You may turn to Tab E.

24    BY MR. GONZALEZ:

25    Q.  Do you see where at the top it says the call takes place

1    July 17th of 2009?

2    A.   Yes.

3    Q.   And 2009, you told us, is one of the years where you went

4    to Peru to pack peppers and then went to Madrid to unpack them.

5    Correct?

6    A.   Yes.

7    Q.   Now, when you would receive money in Madrid for unpacking

8    peppers and transporting the cocaine, did you sometimes go

9    shopping?

10   A.   Yes.

11   Q.   Where would you go shopping?

12   A.   Madrid, Barcelona and Italy.

13   Q.   Where in Italy?

14   A.   Milano.

15   Q.   And is that something that you routinely did after you had

16   gotten paid?

17   A.   Yes.

18   Q.   And would you do some of the shopping the same trip where

19   you got paid?

20   A.   Yes.

21   Q.   Are there other times after that that you would go back,

22   pick up more money and then go shopping?

23   A.   Yes.

24   Q.   Now, the call in letter E:  Who are the people that are

25   speaking in that call?

```
 1    A.   Alvaro and Jimmy.

 2    Q.   Alvaro being the Defendant; Jimmy being his partner?

 3    A.   Yes.

 4    Q.   I'm showing you Government's Exhibit 52-A.

 5         Do you know where Jimmy was from?

 6    A.   Colombia.

 7    Q.   Had you visited Jimmy at different points in Colombia?

 8    A.   Yes.

 9         MR. GONZALEZ:  If we could play E, please.

10         THE COURT:  Do you need to switch over to the computer?

11         MR. GONZALEZ:  Yes.  To the computer.

12         (Whereupon, Government's Exhibit No. 100-E was

13    published in open court.)

14    BY MR. GONZALEZ:

15    Q.   Mr. Pollack, drawing your attention to Page 4, the third

16    "Lopez" down, do you see where Mr. Tardon says, "You know what

17    happens?  That the American guy arrives tomorrow morning"?

18    A.   Yes.

19    Q.   This call takes place on July 17th of 2009.

20         At that time, were you traveling to Madrid?

21    A.   Yes.

22    Q.   And then do you see after the overlapping where Mr. Tardon

23    says, "And I need to -- him to do -- depending on what you and

24    I discuss, I need him to do things for me"?

25    A.   Yes.
```

1              MR. GONZALEZ:  If we could go to F, please.

2              THE COURT:  You may turn to Tab F.

3    BY MR. GONZALEZ:

4    Q.  This call takes place when in relation to the one we just

5    heard?

6    A.  Two days later.

7    Q.  And the people speaking in this call are who?

8    A.  Me and Jimmy.

9              MR. GONZALEZ:  If we could go ahead and play it.

10             (Whereupon, Government's Exhibit No. 100-F was

11   published in open court.)

12   BY MR. GONZALEZ:

13   Q.  Mr. Pollack, drawing your attention to the bottom of

14   Page 4 --

15   A.  Yes.

16   Q.  -- the third "Pollack" down towards the end where you say,

17   "Because maybe Monday -- tomorrow I'll be leaving to" -- and

18   Mr. Garcia interrupts, "Are you leaving tomorrow?" and you say,

19   "Yes.  To another country," do you recall where you were going?

20   A.  To Italy.

21   Q.  To Italy to do what?

22   A.  Shop.

23   Q.  So does this call take place after you've already been paid

24   for the kilos of cocaine that were unloaded in 2009?

25   A.  Yes.

1          MR. GONZALEZ:  If we can go to H, please.

2          THE COURT:  You may turn to Exhibit H.

3          MR. GONZALEZ:  Actually, hold on one second.

4          My mistake.  If we could go to G, please.  Exhibit G.

5          THE COURT:  You may turn to Tab G.

6    BY MR. GONZALEZ:

7    Q.  This call takes place when in relationship to the last

8    call?

9    A.  Three days later.

10          MR. GONZALEZ:  If we could go ahead and play it.

11          (Whereupon, Government's Exhibit No. 100-G was

12    published in open court.)

13    BY MR. GONZALEZ:

14    Q.  Mr. Pollack, at the top of Page 2, the first "Tardon," do

15    you see where he says, "Regarding the thing we've been talking

16    about"?

17    A.  Yes.

18    Q.  And then Mr. Garcia's, "Regarding -- regarding many

19    things"?

20    A.  Yes.

21    Q.  In this conversation, what those things are are never

22    specified.  Correct?

23    A.  Yes.

24    Q.  They're just both referred to as "the things."  Correct?

25    A.  Correct.

1    Q.   And then the next "Garcia" down, do you see where he says,

2    "Oh, look.   Listen to me right now.   I can tell you this now.

3    I need over there where -- where -- where you made the

4    delivery, I need someone to be there on Sunday"?   Do you see

5    that?

6    A.   Yes.

7    Q.   Does this call take place after you've already gone to

8    Madrid and unloaded the cocaine from the peppers?

9    A.   Yes.

10   Q.   Was that cocaine then put in vans to be delivered in

11   different places?

12   A.   Yes.

13   Q.   Do you see after that where Mr. Tardon says, "This Sunday,

14   to take the money out.   Okay?"

15   A.   Yes.

16   Q.   Once the cocaine is distributed in Spain and sold, what is

17   received in exchange for the cocaine?

18   A.   Money.

19   Q.   Now, for that first trip that you took to Peru and packaged

20   cocaine -- you told us approximately -- how much did you

21   receive?

22   A.   500,000 euros.

23   Q.   And the second trip?   Do you recall --

24   A.   Around the same.   Maybe a tad more.

25   Q.   And what about the third trip?

 1   A.   Close to 800,000 euros.

 2   Q.   Now, a kilo of cocaine, you told us, sold for approximately

 3   how much in Madrid?

 4   A.   In bulk, 30,000 euros.

 5   Q.   When you say "in bulk," is there a difference in the price

 6   if you're selling large quantities versus smaller quantities?

 7   A.   Yes.  If you're selling one at a time, it would probably go

 8   for 36- or 38,000 euros apiece.  If you're selling hundreds at

 9   a time, you'll pay 30,000 euros.

10   Q.   So at 30,000 euros per kilo, on a 2,500-kilo load -- you

11   said that was the average of each of the loads that you did on

12   those trips? --

13   A.   Yes.

14   Q.   -- that's, by my math -- and correct me if I'm wrong --

15   75 million euros' worth of cocaine --

16   A.   Gross.

17   Q.   -- gross on each trip?

18   A.   Yes.

19   Q.   And that money is divided by people such as yourselves that

20   are workers.  Correct?

21   A.   Yes.

22   Q.   Expenses?

23   A.   Yes.

24   Q.   As well as Jimmy and Alvaro Lopez Tardon.  Correct?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                140

1    Q.   Now, did Mr. Tardon ever send you to Colombia to meet with

2    Jimmy to have discussions about the cocaine?

3    A.   Yes.

4    Q.   Drawing your attention specifically to 2008, did that

5    happen one time?

6    A.   Yes, it did.

7    Q.   Can you tell us about that.

8    A.   Yes.  Alvaro was concerned about the portion of kilos he

9    was getting.  He wanted 900.  And I went down there and Jimmy

10   said, no, he would get 850.

11   Q.   And that's for a load of cocaine?

12   A.   Yes.

13   Q.   That was in 2008.  And you believe that that's the year

14   that there was not -- or at least that you didn't participate

15   in a shipment of cocaine?

16   A.   Yes.

17   Q.   Now, who specifically told you to go down to Colombia to

18   meet with Jimmy?

19   A.   Alvaro.

20   Q.   And is there any reason why -- did Mr. Tardon give you any

21   reason why he simply wouldn't pick up the phone and call Jimmy

22   to discuss who was going to get how many kilos of cocaine?

23   A.   You just don't discuss that business on the phone.

24   Q.   And he told you to go there and meet with Jimmy in person?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                141

```
 1    Q.   What city in Colombia did you fly to?
 2    A.   Cali.
 3    Q.   To Cali?
 4    A.   Yes.
 5    Q.   Does Jimmy have a house or place in Cali?
 6    A.   Yes.
 7    Q.   Did you have a face-to-face meeting with him?
 8    A.   Yes.
 9    Q.   And what was the message that you relayed to Jimmy in that
10    meeting?
11    A.   That Alvaro wanted 900 kilos out of the portion of what
12    they were sending over.
13    Q.   And Jimmy's response was that Alvaro was to get how much?
14    A.   850.
15    Q.   Now, about how long were you down in Colombia for this
16    meeting?
17    A.   The meeting took two minutes.  But I stayed for a few days.
18    Q.   Where did you stay during that time?
19    A.   At Jimmy's house.
20    Q.   Was that a condominium or was it a house?
21    A.   A house.
22    Q.   Was it a big house or a little house?
23    A.   A big house.
24    Q.   How big?
25    A.   Square footage-wise?
```

Pollack - DIRECT - By Mr. Gonzalez                142

```
 1   Q.   However you can estimate it.

 2   A.   Maybe -- I'd say just under half an acre and about

 3   4500 square feet.

 4   Q.   Aside from Jimmy, did you see anybody else there?

 5   A.   No.  Besides help, the help he has around the house, the

 6   maids and stuff, nobody else.

 7   Q.   Okay.  Would you discuss drug activity with anybody over

 8   the phone?

 9   A.   Never.

10   Q.   Was there a particular way communication would be held

11   between drug traffickers so as to avoid anybody listening to

12   them on the phone?

13   A.   Yes.

14   Q.   Particularly between Alvaro and Jimmy?

15   A.   Yes.

16   Q.   And were you asked to do anything regarding that in this

17   trip that you went down to see Jimmy?

18   A.   Yes.

19   Q.   Can you explain to us what happened and what is this

20   procedure and how do these communications go about.

21   A.   Somebody goes to a store and would buy two cell phones,

22   usually, a BlackBerry, not under their name, and you link up

23   the two BlackBerrys and instant-message to each other.

24        And one person stays with one and you send the other

25   BlackBerry to the other person with whom you want to
```

```
 1   communicate so you can instant-message each other and not have
 2   to use phone calls, no voice.
 3   Q.   That would be with a phone that you just got that hadn't
 4   been used before?
 5   A.   Yes.
 6   Q.   When you went down to see Jimmy, did Jimmy give you
 7   anything?
 8   A.   Yes.  One of Black -- a BlackBerry.
 9   Q.   What did he tell you to do with that BlackBerry?
10   A.   Bring it to Alvaro.
11   Q.   And did you do that?
12   A.   Yes.
13   Q.   Do you know -- did you ever see Mr. Tardon with more than
14   one cell phone at a time?
15   A.   Yes.
16   Q.   How often would you see that?
17   A.   Every time I seen him.
18   Q.   About how many cell phones did he have on him at any given
19   time?
20   A.   Two to four.
21        MR. SREBNICK:  No new objections on those, Judge.
22        If we could -- I'm sorry, your Honor.
23        THE COURT:  Go ahead.
24        MR. GONZALEZ:  Government's Exhibit O.
25        THE COURT:  You may turn to Exhibit O.
```

BY MR. GONZALEZ:

Q.   Mr. Pollack, this call is between Alvaro Lopez Tardon and a

voice that you could not identify.  Correct?

A.   Yes.

          MR. GONZALEZ:  If we could go ahead and play the call.

          (Whereupon, Government's Exhibit No. 100-O was

published in open court.)

BY MR. GONZALEZ:

Q.   Mr. Pollack, drawing your attention to the top of Page

No. 2, the second "Alvaro" --

A.   Yes.

Q.   -- do you see where Alvaro tells the unidentified male, "I

have the phones already.  How do we do it?"

A.   Yes.

Q.   And then the unidentified male voice says, "Oh, fine.

Perfect.  Then, let's do it tomorrow.  If you want, you tell me

at what" -- and then he's interrupted.

A.   Yes.

Q.   And then drawing your attention down to the bottom of

Page 4, the last "Alvaro," where Alvaro says, "All right.

Fine.  Well, then, tomorrow you and I will meet to exchange the

phones because that's -- that's the one my brother's going to

keep" --

A.   Yes.

Q.   -- is that consistent with the explanation that you gave

```
 1   the jury on how it is that phones are bought two at a time and

 2   then one phone is physically given to somebody else so that

 3   they can carry it to the person whom they want to communicate

 4   with?

 5   A.  Yes.

 6   Q.  In your dealings with Alvaro and Jimmy, were they leery of

 7   law enforcement?

 8   A.  Yes.

 9   Q.  What types of things would they do to make sure that they

10   wouldn't have problems with the police, aside from the phones?

11   A.  Aside from the phones?

12   Q.  You don't recall?

13   A.  I don't recall.

14   Q.  If I could draw --

15           MR. GONZALEZ:  Any objection to J?

16           MR. SREBNICK:  No new objection.

17           MR. GONZALEZ:  I'd like to publish J, your Honor,

18   100-J.

19           THE COURT:  You may turn to J.

20           (Whereupon, Government's Exhibit No. 100-J was

21   published in open court.)

22   BY MR. GONZALEZ:

23   Q.  Mr. Pollack, drawing your attention to Page 1 of this

24   transcript --

25   A.  Yes.
```

```
 1   Q.   -- do you see the first words out of Mr. Garcia's mouth

 2   are, "I'm a little concerned"?

 3   A.   Yes.

 4   Q.   Then Mr. Tardon asks, "Why?"

 5        And he says, "Because I met with some friends and, when we

 6   left, it looked like they were after all of us."

 7        Do you see that?

 8   A.   Yes.  Yes.

 9   Q.   And then after that Mr. Tardon asks, "All of us?"

10        And Mr. Garcia answers, "Yes.  Yes."

11        Do you see that?

12   A.   Yes.

13   Q.   And then, on Page 3, the second "Garcia" down towards the

14   end of his statement, he says, "And that they were taking

15   someone along with them"?

16   A.   Yes.

17   Q.   Mr. Pollack, did Mr. Tardon ever speak to you about a

18   person by the name of Juan Carlos Peña Enano?

19   A.   No -- oh.  Wait.  Juan Carlos Peña Enano.  Okay.  Yes.

20   Excuse me.  It took me a moment for the name to register.

21   Q.   Well, let me show you Government's Exhibit 188.

22        MR. GONZALEZ:  If I may approach the witness, your

23   Honor?

24        THE COURT:  Yes.

25
```

 1   BY MR. GONZALEZ:

 2   Q.   188 is a newspaper article.

 3        Do you recognize the photograph in that article?

 4   A.   Yes.

 5   Q.   Who is that?

 6   A.   That's Peña.

 7   Q.   And did Mr. Tardon ever have conversations with you about

 8   him?

 9   A.   Yes.

10   Q.   What did he tell you?

11   A.   That he used to be his boss and they had a falling-out.

12   Q.   Did you ever see pictures of Mr. Peña at Mr. Tardon's

13   houses in Miami?

14   A.   Yes.  On the Internet and in a magazine -- Spanish

15   magazine.

16   Q.   Showing you real quick Government's Exhibit 69, which I

17   believe is in evidence --

18           THE COURT:  It is.

19           MS. MAXWELL:  69 is.

20           THE COURT:  69 is in evidence.

21           MR. GONZALEZ:  If we could have the ELMO, your Honor.

22   BY MR. GONZALEZ:

23   Q.   -- do you recognize the people in this photograph?

24   A.   Yes.

25   Q.   Who is this person?

```
 1    A.   That's Alvaro.

 2    Q.   And do you know who this person is?

 3    A.   That's his Santeria priest.

 4    Q.   Do you know his name?

 5    A.   Orlando.

 6    Q.   And this?

 7    A.   His wife.

 8    Q.   The priest's wife?

 9    A.   Yes.

10    Q.   And this?

11    A.   Alvaro's mother.

12    Q.   Did Mr. Tardon have a close relationship with his Santeria

13    priest?

14    A.   Yes.

15    Q.   What, if anything, did he call him?

16    A.   "Padron."

17    Q.   "Padron"?

18    A.   Yeah.

19    Q.   If I can draw your attention to Call No. H.

20         THE COURT:  You may turn to Tab H.

21   BY MR. GONZALEZ:

22    Q.   This is call between Alvaro and Jimmy.  Correct?

23    A.   Yes.

24    Q.   And this call takes place on July 25, 2009?

25    A.   Yes.
```

Pollack - DIRECT - By Mr. Gonzalez          149

1    Q.   At 11:29.  Correct?

2    A.   11:39, I think it says.

3    Q.   I'm sorry.  11:39.

4         MR. GONZALEZ:  If we could play the call.

5         (Whereupon, Government's Exhibit No. 100-H was

6    published in open court.)

7    BY MR. GONZALEZ:

8    Q.   Mr. Pollack?

9    A.   Yes.

10   Q.   Do you see on Page 1, the second "Lopez" down, where

11   Mr. Tardon says, "Confirmed.  It's in the newspaper"?

12   A.   Yes.

13   Q.   And Mr. Garcia says, "I already saw it"?

14   A.   Yes.

15   Q.   The date of this call is July 25th of 2009.  Correct?

16   A.   Yes.

17   Q.   Showing you again Government's Exhibit 188, if you could,

18   look on the upper left-hand corner and tell us what is the date

19   of this newspaper article.

20   A.   July 26th.

21   Q.   What day of the week is it?

22   A.   Sunday.

23   Q.   And do you know whether or not in Spain, like here in

24   Miami, the Sunday newspaper comes out a day ahead?

25   A.   I'm not sure.

Pollack - DIRECT - By Mr. Gonzalez            150

```
 1   Q.   Drawing your attention back to Government's Exhibit 188,

 2   whose photograph is that in the newspaper article?

 3   A.   Peña's.

 4   Q.   Drawing your attention to Page 2, on the third "Lopez"

 5   down, do you see where Mr. Tardon says, "El Padrino es un

 6   caballo" or "The godfather is really something"?

 7   A.   Yes.

 8   Q.   Who is he referring to?

 9   A.   Orlando.

10   Q.   And is that reflected in the next statement he says,

11   "Orlando"?

12   A.   Yes.

13   Q.   And is Orlando, his Santeria priest, the gentleman right

14   here in Government's Exhibit 69?

15   A.   Yes.

16   Q.   Drawing your attention to Page 3, fourth "Lopez" down, do

17   you see where Mr. Tardon says, "He said" -- referring to

18   Orlando -- "He said I think that your friend is going to --

19   he's going to be arrested on your arrival"?

20   A.   Yes.

21   Q.   And then, on the next page, second "Garcia" down, do you

22   see where Jimmy says, "Give the godfather a hug and tell him I

23   send my thanks"?

24   A.   Yes.

25   Q.   And the time that you knew Mr. Tardon, would he buy gifts
```

```
 1    for his godfather, Mr. Cardelle?

 2    A.   Yes.

 3    Q.   What gifts did you see him purchase for him?

 4    A.   The one main big one was a Mercedes.

 5    Q.   Showing you Government's Exhibit 79, composite, let me ask

 6    you whether or not you recognize these photographs.

 7         MS. MAXWELL:  It's not in.

 8         MR. GONZALEZ:  I know.

 9         THE WITNESS:  Yes, I do.

10    BY MR. GONZALEZ:

11    Q.   What are these a photograph of?

12    A.   The car Alvaro purchased for Orlando.

13    Q.   And is this an accurate depiction of that automobile?

14    A.   It is the automobile.

15         MR. GONZALEZ:  Your Honor, I would move 79 into

16    evidence.

17         MR. KLUGH:  No objection.

18         MR. GONZALEZ:  79, composite.

19         THE COURT:  It will be admitted as Government's

20    Exhibit 79, composite.

21         (Whereupon, Government's Exhibit No. 79 was entered

22    into evidence.)

23         THE COURT:  You may publish.

24    BY MR. GONZALEZ:

25    Q.   Is this the car that Mr. Tardon bought Mr. Cardelle?
```

1    A.   Yes.

2    Q.   What kind of car is this?

3    A.   A Mercedes-Benz S550.

4    Q.   Do you know of any other gifts that Mr. Tardon bought

5    Mr. Cardelle?

6    A.   No.

7    Q.   Now, during the three -- well, during the course of your

8    relationship with Mr. Tardon, during the period of time when

9    you were going down to Peru and packaging the peppers and

10   offloading them in Madrid, did you bring in euros to the United

11   States to spend here?

12   A.   Yes.

13   Q.   And is there a particular way you would do it every time?

14   A.   Yes.  In my waistband.

15   Q.   Did you ever open up an account in Spain?

16   A.   Yes.

17   Q.   And what, if anything, did you deposit into that account?

18   A.   I would deposit euros and sometimes send wire transfers to

19   an account here.

20   Q.   Showing you Government's Exhibit 87, composite, let me ask

21   you if you recognize this.

22   A.   Yes, I do.

23   Q.   Did you keep paperwork from your opening of the account in

24   Spain in your apartment?

25   A.   Yes.

```
 1   Q.  And the items in Government's Exhibit 87:  What are those?

 2   A.  Those documents are deposit slips.

 3   Q.  Are they in the same or substantially the same condition as

 4   when they were seized from you at your apartment?

 5   A.  Yes.

 6           MR. GONZALEZ:  Your Honor, at this time we'd move

 7   87 into evidence.

 8           MR. KLUGH:  No objection.

 9           THE COURT:  It will be admitted as Government's

10   Exhibit 87, composite.

11           (Whereupon, Government's Exhibit No. 87 was entered

12   into evidence.)

13           MR. GONZALEZ:  May I publish?

14           THE COURT:  Yes.

15   BY MR. GONZALEZ:

16   Q.  Do you see here where it says "CatalunyaCaixa"?

17   A.  Yes.

18   Q.  Is that the bank?

19   A.  Yes.

20   Q.  And then where it says "Titular:  David William Pollack,"

21   is that you?

22   A.  Yes.

23   Q.  And this transaction was for how much?

24   A.  2,000 euros.

25   Q.  And where it says "Ingreso en Cuenta," what does that mean?
```

Pollack - DIRECT - By Mr. Gonzalez            154

```
 1   A.   Deposit.

 2   Q.   And where it says "Efectivo"?

 3   A.   Cash.

 4   Q.   Showing you another slip, what is this?

 5   A.   1200 euros.

 6   Q.   And what does this paper evidence?

 7   A.   Another deposit.

 8   Q.   And "Efectivo" again means what?

 9   A.   Cash.

10   Q.   Drawing your attention to 2010, was there a time that you

11   had a problem leaving Madrid with money hidden in your

12   waistband?

13   A.   Yes.

14   Q.   Tell us what happened with that.

15   A.   I made it past the first security checkpoint and there was

16   a second makeshift one right before the boarding gate to the

17   plane.  And they felt it and --

18   Q.   When you say "they felt it," did they pat you down?

19   A.   They pat me down.  They felt it.  I took it out.  And I had

20   25,000 euros on me.

21   Q.   Once they found the 25,000 euros on you, what happened?

22   A.   They took me off to the side, waited for three policemen to

23   come and take me, put me in a car, drove me to a different side

24   of the airport, counted it, returned 1,000 euros to me, gave me

25   a receipt for the other 24,000 euros.  And I missed my flight.
```

1    And I caught a flight back the next day.

2    Q.   And did you tell them what that money was supposedly from?

3    A.   That I had sold a watch.

4    Q.   That you had sold a watch?

5    A.   Yes.

6    Q.   That was not the truth.   Correct?

7    A.   No, it wasn't.

8    Q.   In reality, where did that money come from?

9    A.   From my work that I did for Alvaro.

10   Q.   And that work was what?

11   A.   Trafficking cocaine.

12   Q.   Were you given some documents concerning that seizure?

13   A.   Yes.

14   Q.   Did you have those documents in your apartment when the

15   police searched it?

16   A.   Yes.

17   Q.   Let me show you Government's Exhibit 84, Mr. Pollack, and

18   ask you if you recognize this.

19   A.   Yes.

20   Q.   What are these documents?

21   A.   That was the seizure of the 25,000 euros.

22   Q.   And did you have these documents in your apartment?

23   A.   Yes.

24   Q.   And are these documents in substantially the same condition

25   as when you last saw them in your apartment?

```
 1   A.  Yes.

 2         MR. GONZALEZ:  Your Honor, at this time we'd move them

 3   into evidence.

 4         THE COURT:  They will be admitted as -- I'm sorry.

 5         MR. KLUGH:  Your Honor, Spanish-language documents.

 6   Subject to the possible redaction later, according to an

 7   understanding with the Government, we have no objection.

 8   Subject to a possible redaction later, given that the document

 9   is all in Spanish.

10         THE COURT:  Is that correct, Mr. Gonzalez?  That's what

11   you agreed to?

12         MR. GONZALEZ:  Your Honor, it's my position that it

13   doesn't need to be redacted.  But certainly for what I'm going

14   to show the witness now, there's no objection to that.

15         THE COURT:  It will be admitted as Government's

16   Exhibit 84, subject to any future redaction.

17         (Whereupon, Government's Exhibit No. 84 was entered

18   into evidence.)

19   BY MR. GONZALEZ:

20   Q.  That is your name on the document.  Correct?

21   A.  Yes.

22   Q.  David William Pollack?

23   A.  Yes.

24   Q.  And this is from the Ministry of Economy in Hacienda --

25   H-a-c-i-e-n-d-a -- Madrid?
```

```
 1    A.   Yes.

 2    Q.   "Aeropuerto" means what?

 3    A.   Airport.

 4    Q.   And do you see here "Cantidad total descubierta"?  What

 5    does that mean?

 6    A.   Total quantity found.

 7    Q.   How much was it?

 8    A.   25,000 euros.

 9    Q.   Is that what you had on yourself?

10    A.   Yes.

11    Q.   You told us they let you keep 1,000 euros and seized the

12    rest?

13    A.   Yes.

14    Q.   Is that reflected here?

15    A.   Yes.

16    Q.   What did you tell the police the money came from?

17    A.   A watch sale, sale of a watch.

18    Q.   And here, where it says "Venta de un reloj" -- v-e-n-t-a,

19    d-e, u-n, r-e-l-o-j -- what does that mean in Spanish?

20    A.   Sale of a watch.

21    Q.   This is your passport?

22    A.   Yes.

23    Q.   And is this the ticket that you were flying under?

24    A.   Yes.

25    Q.   Miami to JFK in New York?
```

1    A.   Yes.

2    Q.   Now, were there times when you would ask Mr. Tardon --

3    either Alvaro Lopez Tardon or Artemio Lopez Tardon to send you

4    money from Spain?

5    A.   Yes.

6    Q.   How would they go about doing that?

7    A.   Western Union.

8    Q.   Were the wires sent in their name or someone else's name or

9    a combination of the two?

10   A.   Combination of the two.

11            THE COURT:  We're going to take a break.

12            MR. GONZALEZ:  Sure.

13            THE COURT:  Do not discuss this case either amongst

14   yourselves or with anyone else.  Have no contact whatsoever

15   with anyone associated with the trial.

16            Do not read, listen or see anything touching on this

17   matter in any way, including anything on the Internet or

18   anything on any access device.

19            If anyone should try to talk to you about this case,

20   you should immediately instruct them to stop and report it to

21   my staff.

22            Please leave your notebooks and materials at your

23   chairs.  Please be back in the jury room in ten minutes.  We'll

24   take a ten-minute recess.

25            (Whereupon, the jury exited the courtroom at 3:34 p.m.

1    and the following proceedings were had:)

2          THE COURT:  We're in recess for ten.

3          (Thereupon a recess was taken, after which the

4    following proceedings were had:)

5          THE COURT:  We're back on United States of America

6    versus Alvaro Lopez Tardon, Case No. 11-20470.

7          Counsel, state your appearances.

8          MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on

9    behalf of the United States.

10         MR. SREBNICK:  Howard Srebnick and Richard Klugh on

11   behalf of the Defendant, Alvaro Lopez Tardon, who is present.

12         THE COURT:  And using the aid of the Spanish-language

13   interpreter.

14         Let's bring in the jurors, please.

15         THE COURT SECURITY OFFICER:  Yes, ma'am.

16         (Whereupon, the jury entered the courtroom at 3:55 p.m.

17   and the following proceedings were had:)

18         THE COURT:  You may be seated.

19         You are still under oath, sir.

20         You may proceed, Mr. Gonzalez.

21         MR. GONZALEZ:  Thank you, your Honor.

22   BY MR. GONZALEZ:

23   Q.  Mr. Pollack, we've covered a lot of materials so far today.

24   But as I was reminded, we have a court reporter that's taking

25   everything down and translators that are translating everything

```
 1   to Spanish.  So I want to slow down just a little bit in order

 2   to ensure that I'm still in one piece here to continue

 3   tomorrow.

 4          Now, when we took a break, you were telling us that

 5   money would be sent to you sometimes from Spain.

 6   A.  Yes.

 7   Q.  Who would send that money to you?

 8   A.  Either Alvaro's brother or one of his friends or

 9   counterparts.

10   Q.  Those were the names that would be on the wires that were

11   sent to you?

12   A.  Yes.

13   Q.  You told us earlier how it was that you kept track of the

14   money that was owed to you.

15   A.  Yes.

16   Q.  How is that?

17   A.  A little slip of paper.

18   Q.  Let me show you Government's Exhibit 86, composite, and ask

19   if you recognize this.

20   A.  Yes.

21   Q.  What is contained in Government's Exhibit 86?

22   A.  Different account sheets of mine.

23   Q.  And were these items items that you had in your condominium

24   when it was searched by the police when you were arrested?

25   A.  Yes.
```

         1              MR. GONZALEZ:  Your Honor, at this time we'd move

         2     Government's Exhibit 86 into evidence.

         3              MR. KLUGH:  No objection.

         4              THE COURT:  It will be admitted as Government's

         5     Exhibit 86, composite.

         6              (Whereupon, Government's Exhibit No. 86 was entered

         7     into evidence.)

         8              THE COURT:  You may publish.

         9              MR. GONZALEZ:  Thank you, your Honor.

        10     BY MR. GONZALEZ:

        11     Q.   So we're clear, the exhibit itself are these pieces of

        12     paper and in the sleeve with the exhibit number are simply

        13     photocopies so we know what goes in where.  Correct?

        14     A.   Yes.

        15     Q.   This first document we're looking at that says "Caixa

        16     Catalunya":  What is Caixa Catalunya?

        17     A.   The bank.

        18     Q.   Is that the same bank we saw the statement of before?

        19     A.   Yes.

        20     Q.   What is this an accounting of?

        21     A.   That's just the way I kept tabs of what I did with the bank

        22     account there.

        23     Q.   You didn't put these little flags on.  Right?  That was

        24     something that was done afterwards?

        25     A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                    162

```
 1    Q.   And showing you this slip of paper, can you explain to us
 2    what this is.
 3    A.   Yes.  That's an account of what -- the money that I was
 4    paid for for the loads.  Every time I got money, I would add it
 5    up until I came up with the sum of 572,000, which is, I guess,
 6    what I had gotten so far that time.
 7    Q.   And I want to draw your attention where it says "Western,
 8    2,000."
 9         What is "Western"?
10    A.   That would be a Western Union transfer.
11    Q.   And h-r-m-n-o, what does that stand for?
12    A.   "Hermano."
13    Q.   And what is "hermano"?
14    A.   Artemio.
15    Q.   Well, what does the word "hermano" mean?
16    A.   Brother.
17    Q.   Where you have "hermano," what does that mean in relation
18    to these amounts?
19    A.   That just meant that he was the one who gave me the 30,000
20    or 5,000 euros in Spain.
21    Q.   And here, where it says "Sharon," who is Sharon?  And what
22    does that mean?
23    A.   That is Alvaro's wife.  And that means that I gave her
24    5,000 euros.
25    Q.   Would that happen sometimes?
```

1    A.   Yes.

2    Q.   Plus means that you gave; minus means that you received?

3    A.   Yes.

4    Q.   Would Mr. Tardon sometimes ask you to give money to people

5    on his behalf?

6    A.   Yes.

7    Q.   People such as whom?

8    A.   His wife and maybe some -- a girlfriend or two.

9    Q.   Here in this document that says "Hotel Puerta Madrid" --

10   A.   Yes.

11   Q.   -- do you see here where it says "euros"?

12   A.   Yes.

13   Q.   And then below it, it has a minus 2,900, Western.

14        What does that mean?

15   A.   That means I probably started off with a hotel.  I had

16   20,750 euros on me and I went and sent 2900 euros Western Union

17   and I would minus just to keep tabs of myself how I spent the

18   money.

19   Q.   Do you see here at the top where it says "43 days" and then

20   down at the bottom there's another thing that says "days"?

21   A.   Yes.

22   Q.   What are those?

23   A.   No clue right now.

24   Q.   And, lastly, this scrap of paper.  What's in this paper?

25   A.   Same thing.  Another account ledger from a different time.

1    Q.   Where it says "casa," what is "casa"?

2    A.   House.

3    Q.   Do you recall whose house it's referring to?

4    A.   No.  "Wire casa, 10 percent."

5    Q.   And this figure here, 254,600:  Is that euros or dollars?

6    A.   Euros, I'm pretty sure.

7    Q.   Is this how you kept track of what was owed to you for your

8    role in the packaging and unloading of kilos of cocaine?

9    A.   Yes.

10   Q.   Now, do you know some of the ways Mr. Tardon got his money

11   from Spain to the United States?

12   A.   Yes.

13   Q.   How would he get the money from Spain to the United States?

14   A.   That I know of were friends of his that would curry it for

15   him -- courier it for him.

16   Q.   Did you ever have conversations with any of these

17   individuals concerning them bringing money to Mr. Tardon?

18   A.   In what regards?

19   Q.   Well, you said that Mr. Tardon had friends that would bring

20   him money.  Correct?

21   A.   Yes.

22   Q.   Did you ever have conversations with any of these people

23   about them bringing money to Mr. Tardon?

24   A.   I don't remember any conversations distinctly, but I

25   remember sometimes being at my house or his house when they did

1    come and take the money out of wherever they had brought it

2    with them.

3    Q.   Showing you Government's Exhibit No. 72, in evidence, do

4    you know this person?

5    A.   Yes.

6    Q.   Who is this person?

7    A.   That's a friend of Alvaro's named Jota.

8    Q.   Do you know who Jota works for?

9    A.   Iberia Airlines.

10   Q.   Do you know whether Jota was one of the people who brought

11   money to Mr. Tardon?

12   A.   Yes, he was.

13   Q.   Did you ever see him do that?

14   A.   Yes.

15   Q.   Do you know the amount of money he brought?

16   A.   I could be off maybe 10- to 20,000 euros, but around

17   100,000.

18   Q.   In one time?

19   A.   In one time.

20   Q.   I want to draw your attention to Government's Exhibit 101,

21   the book of transcripts in front of you.

22        MR. GONZALEZ:  And, your Honor, I would like to go

23   ahead and publish Call B, with the Court's permission.

24        THE COURT:  B as in boy?

25        MR. GONZALEZ:  B as in boy.  Yes.  I don't believe

Pollack - DIRECT - By Mr. Gonzalez                166

```
 1    there's an additional objection to this call.

 2            THE COURT:  You may turn to Exhibit B.

 3    BY MR. GONZALEZ:

 4    Q.  This is a call between whom and whom?

 5    A.  You said B?

 6    Q.  B as in boy.  Yes.

 7    A.  Alvaro and Buzo.

 8    Q.  Who is Buzo?

 9    A.  One of his friends who would sometimes bring money for him.

10    Q.  Showing you Government's Exhibit 71, is this Buzo?

11    A.  Yes.

12    Q.  Would Buzo sometimes bring money to Alvaro?

13    A.  Yes.

14            MR. GONZALEZ:  If we could publish the call, your

15    Honor.

16            THE COURT:  Yes.

17            MR. GONZALEZ:  We need the computer.

18            (Whereupon, segments of Government's Exhibit No. 100-B

19    were published in open court.)

20    BY MR. GONZALEZ:

21    Q.  Let me go ahead and stop it for now.

22        Mr. Pollack?

23    A.  Yes.

24    Q.  In this conversation, on Page 3, do you see where Juan

25    Pineda de la Loza, Buzo, tells Mr. Tardon, "Listen, I already
```

1    talked to Jota today to make the suitcases for you?

2    A.   Yes.

3    Q.   Jota being the person in Government's Exhibit 72 who works

4    for Iberia Airlines.  Correct?

5    A.   Yes.

6    Q.   Drawing your attention to Page 5, at the end, just jumping

7    ahead, it's Alvaro continuing what he was saying from the page

8    before.

9         And do you see where he says, after the last U/I --

10   unintelligible -- "Somewhere in the suitcase and have him pass

11   it through.  Okay?"

12   A.   Yes.

13   Q.   That's Alvaro instructing Juan Pineda to do something?

14   A.   Yes.

15   Q.   And is that with regards to Jota?

16   A.   Yes.

17   Q.   If I could now draw your attention to Call C.

18        MR. GONZALEZ:  Your Honor, I would like to publish

19   that.  I don't think there's a further objection by defense.

20        THE COURT:  You may turn to Tab C.

21   BY MR. GONZALEZ:

22   Q.   The call in Tab C takes place August 31st of 2008.

23   Correct?

24   A.   Yes.

25   Q.   And the one in Call B takes place August 30th of 2008?

```
 1   A.   Yes.

 2   Q.   But the one in B takes place at what time?

 3   A.   Let me check.

 4        11:45 at night.

 5   Q.   And the one in C?

 6   A.   At 12:38 a.m.

 7   Q.   That's only --

 8   A.   Less than an hour later.

 9   Q.   Who are the people speaking in that call?

10   A.   Alvaro and Jota.

11   Q.   Jota being the flight attendant at Iberia Airlines?

12   A.   Yes.

13        MR. GONZALEZ:  If we can go ahead and publish that one,

14   your Honor.

15        THE COURT:  You may.

16        (Whereupon, Government's Exhibit No. 100-C was

17   published in open court.)

18   BY MR. GONZALEZ:

19   Q.   Do you see on Page 1 the third "Panadero" down -- let me

20   know when you get there --

21   A.   Yes.

22   Q.   -- Mr. Panadero says, "Okay.  Let's see.  Explain to me the

23   thing with the suitcases.  I'll be going there on Tuesday."

24        Do you see that?

25   A.   Yes.
```

```
 1   Q.   And, again, Mr. Panadero works for Iberia Airlines.

 2   Correct?

 3   A.   Yes.

 4   Q.   And then do you see where the conversation continues with

 5   questions as to whether or not Alvaro's suitcases are big or

 6   small?

 7   A.   Yes.

 8   Q.   Then the second -- well, the first "Panadero," he says,

 9   "Okay.  Listen to me.  They're big, huh?"

10   A.   Yes.

11   Q.   Do you see where Mr. Tardon responds that he has no idea

12   how big they are?

13   A.   Yes.

14   Q.   Continuing two more "Alvaros" down, "And the ones you can

15   bring -- I think you'll be able to bring two.  Right?" --

16   A.   Yes.

17   Q.   -- do you see that?

18   A.   Yes.

19   Q.   So he has no idea how big they are, but he knows there are

20   two of them?

21   A.   Yes.

22   Q.   And then do you see right after that where Mr. Panadero

23   says, "The best -- the thing is that you -- I can pull all --

24   all your things in my huge Iberia suitcase.  It's going to be

25   better inside"?
```

1   A.   Yes.

2   Q.   And then Mr. Tardon says, paraphrasing:  If you can put it

3   all in one suitcase, that's even better?

4   A.   Yes.

5   Q.   And then, continuing on the next page, at the top, do you

6   see where Mr. Tardon offers to pick up Mr. Panadero?

7   A.   Yes.

8   Q.   And Mr. Panadero after that says, no, that he'd rather meet

9   at the Hotel Intercontinental?

10  A.   Yes.

11  Q.   And do you see in the second "Panadero" down where

12  Mr. Panadero says he first wants to take off his uniform?

13  A.   Yes.

14       MR. GONZALEZ:  Your Honor, if we could have the ELMO.

15  BY MR. GONZALEZ:

16  Q.   Showing you Government's Exhibit 81, again, this is Alvaro.

17  Correct?

18  A.   Yes.

19  Q.   And this is Panadero, the one who we just heard on the

20  wiretapped call?

21  A.   Yes.

22  Q.   Who is this?

23  A.   Buzo.

24  Q.   And Buzo is the one that we heard on the call a few minutes

25  before the call with Panadero.  Correct?

1    A.   Yes.

2    Q.   Where Alvaro is speaking to Buzo about Panadero bringing

3    him stuff in his suitcase?

4    A.   Yes.

5         MR. GONZALEZ:  Your Honor, I believe 96 is in evidence

6    already, if we can check with the Court.  We may have a

7    discrepancy on ours.

8         THE COURT:  Yes.  Let me look.

9         96 is in evidence.

10        MR. GONZALEZ:  Thank you.

11   BY MR. GONZALEZ:

12   Q.   And, again, in this photograph, it's Alvaro and Panadero.

13   Correct?

14   A.   Yes.

15   Q.   The same two people that were just on that conversation

16   talking about the suitcase?

17   A.   Yes.

18   Q.   Showing you Government's Exhibit No. 74-A, do you recognize

19   this person?

20   A.   Yes.

21   Q.   Who is that?

22   A.   Toro.

23   Q.   Did you ever have any conversations with Toro about him

24   bringing any money to Mr. Tardon?

25   A.   Well, I seen him come one day from Madrid, straight to our

1    house.

2    Q.   When you say "our house," which house?

3    A.   In the villa.

4    Q.   In Coconut Grove?

5    A.   Coconut Grove.

6    Q.   Is that when you were staying at the villa?

7    A.   I don't think so.

8    Q.   But were you there at the villa?

9    A.   Yes.

10   Q.   Tell the ladies and gentlemen of the jury what you saw when

11   Toro came in.

12   A.   They brought 130,000 euros in 500-euro denominations

13   stashed inside of magazines.

14   Q.   And what did you see him do with that?

15   A.   Take them out.

16   Q.   And did you see him give them to anybody?

17   A.   To Alvaro.

18   Q.   This is one thing that we haven't talked about.

19        But in what denomination do euro notes come in?

20   A.   The same as -- well, they start with 5, 10, 20, 50, 100,

21   200 and 500.

22   Q.   So there are 500-euro notes.  Correct?

23   A.   Yes.

24   Q.   And that would be in excess of $600 United States currency?

25   A.   Right.  700, even.  Maybe more.

1   Q.   Depending on the exchange rate?

2   A.   Yes.

3   Q.   So that's one note.

4        And that note:  Is it actually larger or smaller than a US

5   dollar bill?

6   A.   Larger.

7   Q.   Now, once these euros would come in, did you ever assist

8   Mr. Tardon in converting them to US dollars or some other type

9   of form?

10  A.   No.

11  Q.   Did you ever see him do that or have conversations with him

12  or Sharon Cohen about it?

13  A.   Sharon Cohen.  Yes.

14  Q.   What conversations did you have with her about it?

15  A.   What conversations?  I don't remember.  But I remember

16  going with her to exchange euros before.

17  Q.   And where would you go to exchange the euros?

18  A.   Well, a few different places.  But mostly the American

19  Express store right here on Biscayne.

20  Q.   Is that the one that you were shown the photograph of

21  earlier?

22  A.   Yes.

23  Q.   And is that one where you became friendly with one of the

24  people who works there?

25  A.   Yes.

1    Q.   Did you -- were you the one who introduced them -- or that

2    person who worked there to Sharon and Alvaro?

3    A.   Yes.

4    Q.   Do you know whether or not Mr. Tardon and/or Sharon Cohen

5    would have money sent to them via MoneyGram or Western Union?

6    A.   I know Sharon would have money sent to her via those two

7    ways.

8    Q.   How do you know that?

9    A.   Because sometimes I would have to take her or go with her

10   for her to pick it up or relay her the information.

11   Q.   Do you know personally whether or not Mr. Tardon also

12   received money via wire transfers?  Did you ever have any

13   conversations with him or Sharon?

14   A.   Yes.

15   Q.   Who did you have conversations with?

16   A.   I was with Alvaro.

17   Q.   Tell us about those conversations.

18   A.   His lawyer in Spain had a connection where you could give

19   the man cash and for a 10 or 12 percent fee he would wire the

20   money to anywhere you wanted to.

21   Q.   What was the name of that lawyer?

22   A.   Arturo.

23   Q.   And did you at one time go with Alvaro to Arturo's office?

24   A.   Yes.

25   Q.   And to be clear, is Arturo a lawyer in the United States or

1    in Spain?

2    A.   In Madrid, Spain.

3    Q.   Was he a friend of Mr. Tardon?

4    A.   A friend or his lawyer.   They were friendly, though.

5    Q.   Okay.

6    A.   It was his lawyer, but they were friendly.

7    Q.   And can you explain to us, who is this person that Arturo

8    had gotten from Mr. Tardon to do this?

9    A.   I never met the man.   I just heard the nickname they called

10   him.

11   Q.   What was the nickname?

12   A.   El Indio.

13   Q.   El Indio?

14   A.   Yes.

15   Q.   Which translates to what?

16   A.   "The Indian."

17   Q.   What was it that "The Indian" would do?   What did

18   Mr. Tardon tell you "The Indian" would do?

19   A.   For the 10 or 12 percent fee, he would get the cash and he

20   would make it into a wire transfer to wherever you wanted it to

21   go.

22   Q.   Anywhere in the world?

23   A.   Yes.

24   Q.   The one who set this up was who, according to Mr. Tardon?

25   A.   His lawyer.

Pollack - DIRECT - By Mr. Gonzalez                176

```
 1   Q.   Arturo?

 2   A.   Yes.

 3   Q.   I want to show you Government's Exhibit 85 and ask you if

 4   you recognize this.

 5   A.   Yes, I do.

 6   Q.   What is this a photograph of?

 7   A.   That's the MoneyGram location on 8th Street and

 8   17th Avenue, Southwest.

 9   Q.   Did you ever go there to exchange euros?

10   A.   Yes.

11   Q.   Is this a fair and accurate depiction of the MoneyGram

12   store?

13   A.   Yes.

14        MR. GONZALEZ:  Your Honor, I would move 85 into

15   evidence.

16        THE COURT:  It will be admitted as Government's

17   Exhibit 85.

18        (Whereupon, Government's Exhibit No. 85 was entered

19   into evidence.)

20        THE COURT:  You may publish.

21   BY MR. GONZALEZ:

22   Q.   Did you ever take Mr. Tardon or Sharon Cohen there to pick

23   up wires?

24   A.   I've been there with Sharon.

25   Q.   Now, Mr. Pollack, was there a time that you wanted to buy a
```

 1    Mercedes-Benz for yourself?

 2    A.   Yes.

 3    Q.   Is this after you had already done at least one of the

 4    trips to Peru?

 5    A.   Yes.

 6    Q.   Do you recall when it was that you wanted to buy this

 7    Mercedes?

 8    A.   It was 2009.

 9    Q.   And was most of your money still in Spain at that time?

10    A.   Yes.

11    Q.   And did you tell Mr. Tardon that you wanted to buy a

12    Mercedes-Benz?

13    A.   Yes.

14    Q.   And what, if anything, did Mr. Tardon tell you and what did

15    he do?

16    A.   That the way to do it would be through the Indio by way of

17    wire transfer.

18    Q.   By way of wire transfer through the Indio?

19    A.   Yes.

20    Q.   And tell us what happened.  Did you ultimately buy the

21    Mercedes-Benz?

22    A.   Yes.

23    Q.   How was the arrangements made for the payment of that?

24    A.   His brother took the money that was needed for the transfer

25    and brought it to Arturo.  And then, after that, I don't know

 1   what happens.

 2   Q.   Let me --

 3            MR. KLUGH:   Could I have a predicate for the knowledge?

 4   BY MR. GONZALEZ:

 5   Q.   First of all, were you there when the money was taken to

 6   Arturo?

 7   A.   No, I was not.

 8   Q.   How did you find out about that?

 9   A.   Alvaro.

10   Q.   Mr. Tardon told you?

11   A.   Yeah.

12   Q.   First of all, did you go to the Mercedes-Benz dealer or

13   someplace to pick the car you wanted?

14   A.   Yes.

15   Q.   And then did you negotiate for the price or whatever it is

16   that you wanted on the car?

17   A.   Yes.

18   Q.   Once you had that amount, what did you do?  Who did you

19   tell?

20   A.   Alvaro.

21   Q.   And then what did he do or what did he tell you that he

22   did?

23   A.   That he would or had relayed the information to his lawyer

24   through -- I don't know how -- maybe directly -- and that it

25   would be taken care of.

Pollack - DIRECT - By Mr. Gonzalez                179

```
 1    Q.  Did he tell you whether or not Artemio had taken some of
 2    your money and done anything with it?
 3    A.  Yes.  That money would have come off of my account.
 4    Q.  What did Mr. Tardon tell you occurred in Spain in order to
 5    pay for that Mercedes?
 6    A.  I don't follow.
 7    Q.  Okay.  With regards to -- let's talk about the people
 8    potentially involved in this in Spain.
 9        There is Artemio.  Correct?
10    A.  Yes.
11    Q.  There is Arturo, the lawyer?
12    A.  Yes.
13    Q.  And the person you know as El Indio?
14    A.  Yes.
15    Q.  What did Mr. Tardon tell you, if anything, about these
16    three people and your money in Spain that you wanted in the
17    United States to pay for a Mercedes-Benz?
18    A.  The way it would work is his brother would take the money
19    to Arturo, who would then pass it on to the Indio, with a fee,
20    and the wire transfer would show up in the bank account of the
21    dealership.
22    Q.  And did that occur, meaning -- let's talk about what you
23    know.
24        Did the money end up in the account of Mercedes-Benz so
25    that they, in turn, gave you a pair of keys to a Mercedes?
```

Pollack - DIRECT - By Mr. Gonzalez                180

1    A.   Yes.

2    Q.   What kind of Mercedes was it?

3    A.   A 2010 S63 AMG.

4    Q.   And roughly how much was that car?

5    A.   $170,000.

6    Q.   Was it all paid for in one shot?

7    A.   Yes.

8    Q.   All by a wire transfer?

9    A.   Yes.

10   Q.   And that wire transfer was made of money that was generated

11   how?

12   A.   Through the drug proceeds.

13   Q.   And how that money got to the Mercedes-Benz dealer all

14   started with you telling Alvaro?

15   A.   Yes.

16   Q.   And then him, in turn, at least relaying to you the chain

17   of events that happened in Spain?

18   A.   Yes.

19   Q.   Did you ever have conversations with Mr. Tardon about what

20   you and him were doing concerning money being brought -- drug

21   money being brought from Spain to the United States?

22   A.   Besides the wire transfers of people carrying it over for

23   him?

24   Q.   Right.  Let me focus my question a little bit.

25   A.   Okay.

1   Q.   Did you and Mr. Tardon ever discuss whether or not what you

2   were doing was a crime, that is, bringing money to the United

3   States?

4   A.   Yes.

5   Q.   When did that conversation take place?

6   A.   As early as 2004.  And I stopped telling him in 2006.

7   Q.   So you had multiple conversations with him about it?

8   A.   Yes.

9   Q.   And that started before you yourself went to Peru.

10  Correct?

11  A.   Yes.

12  Q.   But it was during the time that you had invested money with

13  him.  Correct?

14  A.   Yes.

15  Q.   And what was -- what were you telling Mr. Tardon and what

16  was he telling you?

17  A.   I was telling him to be careful, that we can get in trouble

18  for money laundering.

19       And he said, "No.  We have nothing to worry about.  I pay

20  my taxes," his taxes meaning he was paying his property taxes

21  on his properties.

22       But I said, "Yes.  But you don't pay taxes on income."

23       And I said, "But, then again, I'm not so sure if you would

24  need to because maybe" -- you know, "You make your money in

25  Europe and you're just spending your money here.  That might be

Pollack - DIRECT - By Mr. Gonzalez                182

```
 1   legal.  But I wouldn't be so sure."
 2        And he said not to worry about it.
 3   Q.   Did you specifically use the term "money laundering"?
 4   A.   Yes, I did.
 5   Q.   In the end, he told you not to worry about it?
 6   A.   Yeah.
 7   Q.   Now, I want to -- did there come a time when you saw
 8   whether or not Mr. Tardon was able to open up this car
 9   dealership?
10   A.   Yes.
11   Q.   And did you see the car dealership after it had been
12   opened?
13   A.   Yes.
14   Q.   And what type of cars did they sell?
15   A.   Exotic.
16   Q.   And was this car dealership opened before or well after
17   there were already trips going on to Peru?
18   A.   Well after.
19   Q.   Did there come a time when Mr. Tardon asked you whether or
20   not he could put cars in the dealership under your name?
21   A.   Yes.
22   Q.   And specifically what kind of car was it?
23   A.   A Lamborghini Murcielago.
24        MR. GONZALEZ:  Your Honor, at this time we would move
25   into evidence without objection Government's Exhibit 192,
```

 1    composite; 193, composite; 194, composite; 195, composite; and

 2    196.

 3            THE COURT:  They will be admitted as Government's

 4    Exhibits 192, composite; 193, composite; 194, composite; 196;

 5    and 195, composite.

 6            (Whereupon, Government's Exhibit Nos. 192, 193, 194,

 7    195 and 196 were entered into evidence.)

 8    BY MR. GONZALEZ:

 9    Q.   Starting off with Government's Exhibit 192, The Collection

10    Motor Sports:  Is that the business in Spain that Mr. Tardon

11    opened up?

12    A.   Yes.

13    Q.   Is that the one opened up -- or they tried to open up with

14    the 600,000 euros in cash in the backpack that you told us

15    about?

16    A.   Yes.

17            MR. KLUGH:  Objection, your Honor.  I think that would

18    be going beyond the testimony and calling for speculation.

19            THE COURT:  Sustained.

20            Rephrase your question.

21            MR. GONZALEZ:  Sure.

22    BY MR. GONZALEZ:

23    Q.   Were with you Mr. Tardon when he tried to deposit money in

24    a backpack?

25    A.   Yes.

1    Q.   And did he tell you what that money was for?

2    A.   Yes.

3    Q.   What was it for?

4    A.   A down payment on the building.

5    Q.   "The building" referring to which building?

6    A.   The Collection Motor Sports, the one in the picture.

7    Q.   And here do you see where it says "David William Pollack"?

8    A.   Yes.

9    Q.   And where it says "Direccion," what does that mean?

10   A.   Address.

11   Q.   And the address that's given:  Do you recognize that

12   address?

13   A.   Alvaro's house.

14   Q.   That's Alvaro's house in Madrid?

15   A.   Yes.

16   Q.   Did you ever live there?

17   A.   No.

18   Q.   And do you see here where it says "Lamborghini

19   Murcielago" --

20   A.   Yes.

21   Q.   -- with a VIN number?

22        What was the price for that car?

23   A.   220,000 euros.

24   Q.   And do you recognize the signature here?  Do you?  If you

25   do, you do --

1    A.   No, I don't.

2    Q.   Very well.

3         Did you ever pay The Collection 220,000 euros for a

4    Lamborghini Murcielago?

5    A.   No.

6    Q.   When you were in Spain, did you ever see somebody driving a

7    Lamborghini Murcielago?

8    A.   Yes.

9    Q.   Who was driving it?

10   A.   Alvaro and myself.

11   Q.   And who else?

12   A.   That's all I can remember driving it.  Maybe that's the

13   only people that did.

14   Q.   Do you know what car Jimmy drove?

15   A.   He drove a few.

16   Q.   Were any of them Lamborghinis?

17   A.   Yes.  One was a Lamborghini.

18   Q.   And this is your passport.  Correct?

19   A.   Yes.

20   Q.   And did Mr. Tardon ask your permission to go ahead and

21   title this car under your name?

22   A.   No.

23   Q.   When did you find out about it?

24   A.   A while later.  I think -- yeah.  A while later.  A while

25   later.

1    Q.   And do you see here where it says "Entrega en efectivo"?

2    What does that mean?

3    A.   Cash brought in.

4    Q.   And what is the dollar amount?  Can you see?

5    A.   60,000 euros.

6    Q.   Then on the next page, is that another deposit slip?

7    A.   Yes.

8              THE COURT:  Which exhibit is this, please?

9              MR. GONZALEZ:  It's still the same exhibit, your Honor,

10   192, composite.

11   BY MR. GONZALEZ:

12   Q.   Do you see a deposit in that one?

13   A.   Yes.

14   Q.   And what is the dollar amount of that deposit?

15   A.   110,000 euros.

16   Q.   And that is -- you told us before.  What is efectivo?

17   A.   Cash.

18   Q.   And then a third one for 50,000 euros?

19   A.   Yes.

20   Q.   In cash again?

21   A.   Yep.

22   Q.   Did you ever deposit any of that cash?

23   A.   No.

24   Q.   Did you ever turn over any of that cash to The Collection?

25   A.   No.

1    Q.   Going now to 193, did you ever purchase a Lamborghini

2    Gallardo, G-a-l-l-a-r-d-o -- I think it's a Superleggera,

3    S-u-p-e-r-l-e-g-g-e-r-a?

4    A.   No.

5    Q.   For 112,000 euros?

6    A.   No.

7    Q.   But that's your name there, William David Pollack?

8    A.   Yes.

9    Q.   Whose address is that?

10   A.   Alvaro's.

11   Q.   But that's your passport.  Correct?

12   A.   Yes.

13   Q.   Did Mr. Tardon have copies of your passport?

14   A.   Yes.

15   Q.   Did you ever pay that amount of money in euros?

16   A.   No.

17   Q.   Going on to 194, did you ever purchase an Audi R8?

18   A.   No.

19   Q.   This is an Audi R8.  Correct?

20   A.   Yes.

21   Q.   William David Pollack is your name?

22   A.   Yes.

23   Q.   And Avenida Azaleas:  Who lives there?

24   A.   Alvaro.

25   Q.   Is this your signature?

```
 1   A.   No.

 2   Q.   Did you ever pay Brea, B-r-e-a, Movil, M-o-v-i-l, SL,

 3   107,000 euros?

 4   A.   No.

 5   Q.   For an Audi R8?

 6   A.   No.

 7   Q.   Even though it's in your name?

 8   A.   Yep.

 9   Q.   You need to say "yes" or "no."

10   A.   Yes.

11   Q.   Showing you Government's Exhibit 195, did you, Mr. Pollack,

12   ever buy a Ferrari of any kind?

13   A.   No.

14   Q.   Much less an F430?

15   A.   No.

16   Q.   Do you see where it says "Nombre de cliente"?  What does

17   that mean?

18   A.   Name of client.

19   Q.   That's your name.  Correct?

20   A.   Yes.

21   Q.   With whose address?

22   A.   Alvaro's.

23   Q.   Did you ever purchase a car from Automocion Benygno FDEZ

24   SL?  That's A-u-t-o-m-o-c-i-o-n, B-e-n-y-g-n-o, F-D-E-Z, S-L.

25   A.   No.
```

1    Q.   And did you ever pay 156,588 euros for it?

2    A.   No.

3    Q.   Showing you the title, is that your signature?

4    A.   No.

5    Q.   Going now to 196, did you ever purchase a Ford GT?

6    A.   No.

7    Q.   The Collection Motor Sports is Mr. Tardon's company.

8    Correct?

9    A.   Yes.

10   Q.   And where it says "Name," that's your name.  Correct?

11   A.   Yes.

12   Q.   Whose address?

13   A.   Alvaro's.

14   Q.   And here do you see where it says Ford GT40?

15   A.   Yes.

16   Q.   Did you ever pay The Collection Motor Sports 53,627

17   euros --

18   A.   No.

19   Q.   -- for that car?

20   A.   No.

21   Q.   And on the title, is that your signature?

22   A.   No.

23   Q.   Did you own any cars in Spain?

24   A.   No.

25   Q.   Where did you live?

1    A.   In Miami.

2    Q.   In your deals with Mr. Tardon, do you know whether or not

3    he liked cars?

4    A.   Yes, he did.

5    Q.   And did you ever have -- well, what cars did you see him

6    own here in Miami during the course of your friendship or

7    relationship with him?

8    A.   Wow.  There's a lot.  Go through them?

9    Q.   Yes.  As many as you can remember.

10   A.   A Bentley Continental GT, a Maybach.

11   Q.   Slow down.  They need to translate.

12   A.   A Ferrari Enzo, a Bugatti Veyron, a G55 AMG Mercedes, a

13   Rolls-Royce Ghost, an SLR McLaren, a Hummer, a Cobra, an Aston

14   Martin DB9, a Range Rover.

15   Q.   I think that's enough.

16        And what would he do with these cars?

17   A.   He would keep them for a few months, up to a year, and

18   drive them and use them.  He would buy them.  90 percent of the

19   time, about a year, year and a half, used.  And then he would

20   ship them over to Spain to be sold in his dealership.

21   Q.   Would he drive them around when he would buy them?

22   A.   Yes.

23   Q.   And, to the best of your knowledge, were they titled here?

24   A.   I'm not sure.

25   Q.   And what would decide, if you know, whether or not it was

1    time for that car to go to Spain to be sold?

2    A.   Say it again.

3    Q.   What would be the triggering event, if you know, to have

4    one of those cars, "Okay.  Let's send it off to Spain"?

5    A.   I don't know, unless he got bored.

6    Q.   But all of the cars that you mentioned, did you see him

7    driving them around?

8    A.   Yes.

9    Q.   And aside from using them as transportation to go from one

10   point to another, what, if anything, did Mr. Tardon like to do

11   with those cars?

12   A.   Show them.  Show off.

13   Q.   When you say, "Show off," what would he do?

14   A.   You know, we'd park the cars in front of restaurants or

15   clubs and valet and park up front, leave them up front and....

16   Q.   And then do what?

17   A.   Go inside and partake in the club or go inside and eat

18   dinner with the cars out front.

19   Q.   Where would he keep these cars?

20   A.   In his garages in his different condos.

21   Q.   And would some of them be kept at the villa?

22   A.   Yes.

23   Q.   What cars would you see kept at the villa?

24   A.   Oh, it was different all the time.  I don't remember.

25   Q.   Let's talk about the villa a second.

Pollack - DIRECT - By Mr. Gonzalez                192

```
 1        Did he ever keep the Bugatti in the villa?
 2   A.   Yes.
 3   Q.   That Bugatti:  Do you know roughly how much it costs?
 4   A.   A little over a million dollars.
 5   Q.   Did he even have a garage with a door that closes in order
 6   to park it there at the villa?
 7   A.   At the villa, no.
 8   Q.   Was it, what, a carport?
 9   A.   Yes.
10   Q.   The Ferrari Enzo:  Do you know roughly how much that car
11   costs?
12   A.   About 1.1 million.
13   Q.   And did he keep that one at the villa?  Did you see it
14   there?
15   A.   No.  That wasn't at the villa.  That was at one of his
16   condos.
17   Q.   One of the condos?
18   A.   Yeah.
19   Q.   What about the Rolls-Royce?
20   A.   That he might have kept at the Continuum at one of his
21   condos.
22   Q.   What other cars would you see parked at the villa?
23   A.   A Range Rover, the Bugatti.  And I can't remember.
24   Q.   The point is the villa didn't have --
25   A.   The G55.
```

Pollack - DIRECT - By Mr. Gonzalez          193

```
 1    Q.   -- the villa didn't have a closed garage.  Correct?

 2    A.   No.  It was three walls, missing the door that a normal

 3    garage would open and close with.

 4    Q.   So anybody like a neighborhood cat can come and hop on top

 5    of the hood of the Bugatti?

 6    A.   Yes.

 7    Q.   Now, you mentioned earlier about Mr. Tardon and the jewelry

 8    that he would wear.

 9         I want to show you Government's Exhibit 161 and ask you if

10    you recognize this.

11    A.   Yes.

12    Q.   What is this a photograph of?

13    A.   A Cartier watch.

14    Q.   Is this photograph -- what is depicted in it?  You said a

15    Cartier?

16    A.   Yeah.  Cartier watch.

17    Q.   And did you ever see Mr. Tardon wearing that watch?

18    A.   Yes.

19    Q.   Does this photograph clearly and accurately depict it?

20    A.   Yes.

21              MR. GONZALEZ:  Your Honor, I'd move 161 into evidence.

22              MR. KLUGH:  No new objection.

23              THE COURT:  The prior objection is overruled.  It will

24    be admitted as Government's Exhibit 161.

25              (Whereupon, Government's Exhibit No. 161 was entered
```

1    into evidence.)

2         THE COURT:  You may publish.

3    BY MR. GONZALEZ:

4    Q.  Would you see Mr. Tardon wearing that watch?

5    A.  Yes.

6    Q.  And showing you Government's Exhibit 97, this is a Cartier

7    watch.  Correct?

8    A.  Yes.

9    Q.  Is this rose gold?

10   A.  Yes.

11   Q.  And does it have diamonds?

12   A.  Yes.

13   Q.  Had Mr. Tardon owned this watch for a long time?

14   A.  About a year.

15        MR. KLUGH:  Your Honor, could we have a clarification

16   with regard to, "About a year"?  From when to when?

17        MR. GONZALEZ:  I'll clarify.

18        THE COURT:  Okay.

19   BY MR. GONZALEZ:

20   Q.  Okay.

21   A.  I would say about a year from when I started noticing him

22   watching it until July 4, 2011, when we got arrested.

23   Q.  So for about a year before you got arrested is when you

24   started noticing him wearing that watch.  Correct?

25   A.  Yeah.

```
 1   Q.   Did he have other watches?

 2   A.   Yes.

 3   Q.   And was there a particular brand of watch that he

 4   preferred?

 5   A.   Yes.

 6   Q.   What was it?

 7   A.   Audemars Piguet.

 8   Q.   I want to show you Government's Exhibit 93 and ask you

 9   whether or not you recognize either any of those watches or the

10   brand of watch that they are.

11        Did you have a chance to look at them?

12   A.   Yes.

13   Q.   What type of watches are those?

14   A.   Audemars Piguet.

15   Q.   Did you ever see Alvaro Lopez Tardon wearing those types of

16   watches?

17   A.   Yes.

18        MR. GONZALEZ:  Your Honor, we'd move 93 into evidence.

19        THE COURT:  It will be admitted as Government's

20   Exhibit 93.

21        (Whereupon, Government's Exhibit No. 93 was entered

22   into evidence.)

23        THE COURT:  You may publish.

24   BY MR. GONZALEZ:

25   Q.   Just briefly, is this one of the watches?
```

```
 1   A.   Yes.

 2   Q.   And the backs of these watches are like this?

 3   A.   Yes.

 4   Q.   And that "AP" is the Audemars Piguet logo?

 5   A.   Yes.

 6   Q.   Showing another one?

 7   A.   Yes.

 8   Q.   Another one?

 9   A.   Yes.

10   Q.   The "AP" logo as well?

11   A.   Yes.

12        Yes.

13        Yes.

14        Yes.

15   Q.   Audemars Piguet?

16   A.   Yes.

17        Yes.

18   Q.   Audemars Piguet.

19        Did he ever tell you whether or not he wanted to get into

20   the watch business?

21   A.   He said he was thinking about selling some of those watches

22   in his dealership.

23   Q.   Did he tell you that before or after he was already wearing

24   those types of watches?

25   A.   After he was already wearing them.
```

1    Q.   Did Mr. Tardon -- well, we talked about cocaine being

2    smuggled to Spain with the peppers.

3    A.   Yes.

4    Q.   Did he ever tell you of any other ways that he was

5    smuggling cocaine to Madrid or to Spain?

6    A.   Yes.

7    Q.   What else did he tell you?

8    A.   A private yacht.

9    Q.   And what did he tell you about that?

10   A.   That the captain was a man named Borracho.

11   Q.   B-o-r-r-a-c-h-o.  Correct?

12   A.   Yes.

13   Q.   What does "borracho" mean?

14   A.   Drunk.

15   Q.   Did you ever see this person Borracho?

16   A.   Yes.

17   Q.   When did you see him?

18   A.   Twice in Trinidad.

19   Q.   Did you ever see him in Spain?

20   A.   One time.

21   Q.   Where was he in Spain when you saw him?

22   A.   At the dealership.

23   Q.   The Collection?

24   A.   Yes.

25   Q.   And who introduced you to him?

Pollack - DIRECT - By Mr. Gonzalez          198

```
 1    A.   I had already known him at that point.

 2    Q.   You had already -- first you saw him in Trinidad?

 3    A.   Trinidad.

 4    Q.   Why -- how did you end up in Trinidad meeting Borracho?

 5    A.   I had to pass on some information to him along with some

 6    euros.

 7    Q.   Let's be specific.

 8         When did you first find out about Trinidad?  Who told you?

 9    A.   Alvaro told me about it.

10    Q.   Alvaro, Mr. Tardon?

11    A.   Yes.

12    Q.   What did he tell you?

13    A.   That I had to go to Colombia, I had to meet with a

14    Venezuelan.

15    Q.   In Colombia?

16    A.   Yes.

17    Q.   Okay.  What, if anything, was that Venezuelan supposed to

18    give you?

19    A.   Coordinates -- maritime coordinates.

20    Q.   Like latitude and longitude coordinates?

21    A.   Yes.

22    Q.   What were you supposed to do?

23    A.   Bring those to Borracho in Trinidad.

24    Q.   And who was it who told you that you had to do that?

25    A.   Alvaro.
```

1      MR. GONZALEZ:  Your Honor, at this time I would like to

2  publish to the jury calls 100-K, -L and -M.  I don't think

3  there's a further objection than the ones already stated by

4  defense.

5      THE COURT:  I think we're going to break for the day.

6  It seems like a good time to break.

7      MR. GONZALEZ:  Okay.

8      THE COURT:  We'll deal with that tomorrow morning.

9      Do not discuss this case either amongst yourselves or

10  with anyone else.  Have no contact whatsoever with anyone

11  associated with the trial.

12      Do not read, listen or see anything touching on this

13  matter in any way, including anything on the Internet or

14  anything on any access device.

15      If anyone should try to talk to you about this case,

16  you should immediately instruct them to stop and report it to

17  my staff.

18      I think the easiest thing is going to be for you to

19  leave the notebooks and your -- well, take your notebooks.

20  Leave the looseleafs at your chairs and give your notebooks to

21  the court security officer.  We'll collect the looseleafs.

22      I'll see you tomorrow morning, 9:30.  Have a nice

23  evening.

24      (Whereupon, the jury exited the courtroom at 4:58 p.m.

25  and the following proceedings were had:)

1          THE COURT:  We're in recess until tomorrow morning,

2     9:30.  Have a nice evening.

3          MS. MAXWELL:  Thank you.

4          (Proceedings concluded.)

5

6               C E R T I F I C A T E

7

8          I hereby certify that the foregoing is an accurate

9     transcription of the proceedings in the above-entitled matter.

10

11

12     _____          /s/Lisa Edwards
            DATE                 LISA EDWARDS, RDR, CRR
13                               Official United States Court Reporter
                                 400 North Miami Avenue, Twelfth Floor
14                               Miami, Florida 33128
                                 (305) 523-5499
15

16

17

18

19

20

21

22

23

24

25

## $

**$1.20** [1] - 90:21
**$1.40** [1] - 90:21
**$100,000** [2] - 16:21, 17:7
**$170,000** [1] - 180:5
**$30,000** [2] - 83:13, 111:12
**$372,000** [1] - 16:23
**$5,000** [1] - 73:2
**$600** [1] - 172:24
**$78,000** [1] - 15:14
**$9,000** [1] - 73:20

## '

**'06** [1] - 96:21
**'09** [1] - 127:3
**'10** [3] - 127:3, 127:4, 127:5

## /

**/s/Lisa** [1] - 200:12

## 1

**1** [5] - 1:8, 116:12, 145:23, 149:10, 168:19
**1,000** [2] - 154:24, 157:11
**1.1** [1] - 192:12
**10** [20] - 3:10, 3:11, 16:13, 16:23, 17:20, 57:6, 114:11, 116:10, 116:15, 116:16, 119:11, 119:12, 125:2, 164:4, 165:16, 172:20, 174:19, 175:19
**100** [7] - 7:22, 8:6, 8:8, 8:16, 114:25, 132:24, 172:20
**100,000** [2] - 126:17, 165:17
**100-B** [1] - 166:18
**100-C** [1] - 168:16
**100-dollar** [1] - 67:1
**100-E** [1] - 135:12
**100-F** [1] - 136:10
**100-G** [1] - 137:11
**100-H** [1] - 149:5
**100-J** [2] - 145:18, 145:20
**100-K** [1] - 199:2

**100-O** [1] - 144:6
**101** [12] - 3:19, 7:18, 8:4, 8:8, 8:10, 8:12, 129:22, 130:13, 130:23, 130:24, 132:21, 165:20
**101-A** [1] - 131:4
**102** [9] - 3:15, 29:5, 29:13, 29:15, 29:16, 29:20, 30:10, 30:24, 30:25
**103** [5] - 3:15, 30:6, 30:13, 30:15, 30:16
**104** [7] - 3:16, 31:9, 31:15, 31:20, 31:23, 31:24, 32:5
**105** [1] - 3:18
**107,000** [1] - 188:3
**108** [1] - 3:18
**10:56** [1] - 43:6
**11-20470** [4] - 4:2, 45:22, 98:15, 159:6
**11-20470-
CRIMINAL-LENARD**
[1] - 1:2
**110,000** [1] - 186:15
**1100** [1] - 1:22
**112,000** [1] - 187:5
**11200** [1] - 1:16
**1155** [1] - 29:2
**11:25** [1] - 46:7
**11:29** [1] - 149:1
**11:39** [2] - 149:2, 149:3
**11:45** [1] - 168:4
**12** [6] - 116:16, 119:11, 119:12, 125:2, 174:19, 175:19
**12-31-2002** [2] - 37:15, 37:22
**1200** [1] - 154:5
**12:33** [1] - 98:8
**12:38** [1] - 168:6
**130** [1] - 3:19
**130,000** [1] - 172:12
**1300** [1] - 1:20
**135** [1] - 64:10
**14** [1] - 3:11
**140** [5] - 3:18, 107:18, 107:24, 108:1, 108:2
**144** [6] - 3:17, 92:8, 92:11, 92:21, 92:23, 92:24
**14th** [2] - 55:21, 55:22
**15** [1] - 43:5
**151** [1] - 3:19
**153** [1] - 3:20
**156** [1] - 3:20

**156,588** [1] - 189:1
**161** [6] - 3:21, 3:22, 193:9, 193:21, 193:24, 193:25
**176** [1] - 3:21
**18** [1] - 3:12
**183** [1] - 3:22
**188** [4] - 146:21, 147:2, 149:17, 150:1
**19** [1] - 3:12
**192** [6] - 3:22, 182:25, 183:4, 183:6, 183:9, 186:10
**193** [6] - 3:22, 3:22, 183:1, 183:4, 183:6, 187:1
**194** [5] - 3:22, 183:1, 183:4, 183:6, 187:17
**195** [6] - 3:22, 3:23, 183:1, 183:5, 183:7, 188:11
**196** [5] - 3:22, 183:2, 183:4, 183:7, 189:5
**1999** [1] - 65:19
**1:45** [2] - 98:7, 98:10
**1st** [1] - 21:21

## 2

**2** [10] - 47:10, 47:16, 48:1, 48:15, 48:18, 48:21, 49:5, 137:14, 144:10, 150:4
**2,000** [2] - 153:24, 162:8
**2,500** [2] - 113:23, 127:8
**2,500-kilo** [1] - 139:10
**2,900** [1] - 163:13
**20** [3] - 3:13, 19:11, 172:20
**20,000** [1] - 165:16
**20,750** [1] - 163:16
**200** [1] - 172:21
**200,000** [1] - 17:8
**2001** [1] - 62:20
**2002** [5] - 37:19, 65:19, 70:6, 70:7, 73:11
**2003** [1] - 75:3
**2004** [1] - 181:6
**2005** [2] - 75:3, 79:11
**2006** [6] - 83:21, 83:23, 83:24, 100:14, 100:17, 181:6
**2007** [9] - 17:15,

**111:4, 111:9, 118:19,
126:18, 126:25,
127:10, 127:23,
128:16
**2008** [5] - 127:3,
140:4, 140:13,
167:22, 167:25
**2009** [15] - 17:20,
17:23, 56:20, 57:1,
57:6, 57:22, 127:9,
128:16, 134:1, 134:3,
135:19, 136:24,
148:24, 149:15, 177:8
**201** [1] - 1:19
**2010** [4] - 32:23,
127:9, 154:10, 180:3
**2011** [19] - 21:21,
21:22, 38:4, 46:23,
47:10, 48:1, 48:15,
48:19, 48:21, 49:5,
55:21, 55:22, 56:1,
57:2, 57:4, 57:24,
58:1, 58:9, 194:22
**2014** [1] - 1:5
**206** [2] - 14:1, 18:21
**206-A** [8] - 3:12,
17:24, 18:5, 18:8,
18:9, 18:22, 18:25,
19:7
**206-B** [1] - 19:9
**206-C** [3] - 19:3,
19:11, 97:7
**206-D** [3] - 3:12,
18:10, 19:14
**207** [1] - 19:6
**207-A** [6] - 3:12,
18:13, 19:6, 19:17,
19:19, 19:20
**207-B** [3] - 3:12,
19:9, 19:20
**207-C** [1] - 19:11
**207-D** [3] - 3:12,
19:14, 19:21
**209** [5] - 3:16, 78:2,
78:12, 78:14, 78:15
**20th** [1] - 1:16
**212** [1] - 6:20
**220,000** [2] - 184:23,
185:3
**24** [2] - 3:13, 74:9
**24,000** [1] - 154:25
**25** [3] - 1:22, 123:14,
148:24
**25,000** [4] - 154:20,
154:21, 155:21, 157:8
**250** [2] - 113:18,
113:20
**254,600** [1] - 164:5
**25th** [1] - 149:15
**26th** [1] - 149:20

**27** [1] - 3:14
**28** [1] - 3:14
**29** [1] - 3:15
**2900** [1] - 163:16
**2:03** [1] - 100:1
**2nd** [7] - 17:23,
21:22, 38:4, 46:23,
56:1, 58:1, 58:9

## 3

**3** [3] - 146:13,
150:16, 166:24
**30** [3] - 3:15, 96:1,
116:16
**30,000** [5] - 116:14,
139:4, 139:9, 139:10,
162:19
**30,000-dollar** [1] -
90:25
**300** [3] - 119:4,
119:5, 123:22
**300,000** [1] - 116:17,
116:22
**305** [3] - 2:4, 130:15,
200:14
**30th** [1] - 167:25
**31** [1] - 3:16
**31st** [1] - 167:22
**32** [1] - 3:5
**33128** [2] - 2:3,
200:14
**33131** [2] - 1:20, 1:23
**33172** [1] - 1:17
**36** [1] - 139:8
**38** [1] - 76:8
**38,000** [1] - 139:8
**38th** [1] - 76:9
**39,000** [1] - 7:1
**3:34** [1] - 158:25
**3:55** [1] - 159:16

## 4

**4** [4] - 135:15,
136:14, 144:20,
194:22
**400** [4] - 2:2, 108:19,
123:22, 200:13
**42** [1] - 88:16
**43** [1] - 163:19
**45** [2] - 101:22, 122:2
**4500** [1] - 142:3
**49** [2] - 67:2, 67:9
**4:57** [1] - 1:6
**4:58** [1] - 199:24

## 5

**5** [3] - 1:5, 167:6, 172:20
**5,000** [2] - 162:20, 162:24
**50** [1] - 172:20
**50,000** [1] - 186:18
**500** [4] - 71:7, 71:8, 71:10, 172:21
**500,000** [3] - 126:9, 126:12, 138:22
**500-euro** [2] - 172:12, 172:22
**51** [1] - 87:25
**52** [8] - 3:10, 9:21, 10:16, 10:17, 10:20, 10:21, 10:23, 11:3
**52-A** [5] - 3:11, 10:25, 11:4, 84:22, 135:4
**52-B** [3] - 3:11, 10:25, 11:4
**523-5499** [1] - 2:4, 200:14
**53** [3] - 80:13, 80:16, 81:2
**53,627** [1] - 189:16
**54** [3] - 80:13, 80:16, 80:23
**55** [3] - 3:5, 75:24, 76:2
**571** [1] - 86:23
**572,000** [1] - 162:5
**59** [2] - 34:5, 34:13

## 6

**6** [2] - 3:5, 4:24
**60** [2] - 34:24, 126:17
**60,000** [1] - 186:5
**600,000** [2] - 101:5, 183:14
**601** [1] - 31:1
**61** [1] - 35:13
**62** [1] - 3:6
**67** [6] - 3:13, 23:18, 24:13, 24:14, 25:18, 28:22
**68** [8] - 3:13, 23:18, 24:13, 24:14, 37:5, 37:7, 37:10, 107:11
**68-A** [1] - 25:4
**69** [8] - 3:13, 23:18, 24:13, 24:14, 147:16, 147:19, 147:20, 150:14
**69-A** [1] - 25:24

## 7

**7** [6] - 17:15, 114:11, 114:12, 127:3, 127:4, 127:5
**70** [7] - 3:10, 9:21, 10:16, 10:17, 11:10, 87:20, 88:23
**700** [1] - 172:25
**71** [7] - 3:10, 9:21, 10:16, 10:17, 11:15, 110:2, 166:10
**72** [7] - 3:10, 9:21, 10:16, 10:17, 11:20, 165:3, 167:3
**73** [8] - 3:10, 9:22, 10:16, 10:18, 12:6, 109:9, 109:10, 109:12
**74** [8] - 3:10, 9:22, 10:16, 10:18, 12:9, 106:7, 106:8, 106:10
**74-A** [1] - 171:18
**75** [8] - 3:10, 9:22, 10:16, 10:18, 12:12, 71:22, 103:12, 139:15
**76** [6] - 3:10, 9:22, 10:16, 10:18, 12:14, 110:12
**78** [9] - 3:10, 3:16, 9:22, 10:16, 10:18, 12:17, 104:1, 104:2, 104:4
**79** [6] - 3:19, 151:5, 151:15, 151:18, 151:20, 151:21
**7:00** [2] - 74:12, 74:13
**7th** [2] - 57:2, 57:4

## 8

**80** [10] - 3:13, 16:25, 17:18, 19:23, 20:13, 20:15, 20:16, 88:7, 113:19, 113:20
**800** [1] - 123:22
**800,000** [1] - 139:1
**801** [1] - 68:17
**801(d)(2)(E)** [1] - 69:17
**81** [5] - 3:14, 27:7, 27:9, 27:10, 170:16
**81-A** [2] - 26:8, 26:24
**82** [6] - 3:10, 9:22, 10:16, 10:18, 12:19, 107:2
**84** [4] - 3:20, 155:17, 156:16, 156:17

**85** [5] - 3:21, 176:3, 176:14, 176:17, 176:18
**850** [2] - 140:10, 141:14
**86** [7] - 3:17, 3:21, 160:18, 160:21, 161:2, 161:5, 161:6
**87** [6] - 3:20, 152:20, 153:1, 153:7, 153:10, 153:11
**88** [6] - 3:18, 105:1, 105:5, 105:18, 105:21, 105:22
**8th** [1] - 176:7

## 9

**9** [4] - 15:16, 17:22, 127:4, 127:5
**9-2** [1] - 56:20
**90** [1] - 190:18
**900** [2] - 140:9, 141:11
**91** [5] - 3:17, 85:21, 86:13, 86:16, 86:17
**92** [8] - 3:13, 3:17, 23:18, 24:13, 24:14, 24:20, 37:21, 119:20
**93** [5] - 3:23, 195:8, 195:18, 195:20, 195:21
**96** [8] - 3:14, 26:8, 27:23, 28:8, 28:10, 28:11, 171:5, 171:9
**97** [9] - 3:11, 14:1, 14:6, 14:8, 14:19, 14:21, 14:24, 56:18, 194:6
**9:30** [2] - 199:22, 200:2
**9:56** [1] - 5:21
**9:57** [1] - 1:6

## A

**a-l-v-a-r-i-t-o** [1] - 13:10
**a.m** [6] - 1:6, 5:21, 43:6, 46:7, 74:13, 168:6
**ability** [1] - 79:9
**able** [13] - 9:15, 9:19, 11:25, 12:25, 13:3, 13:23, 31:5, 94:6, 95:1, 130:1, 130:8, 169:15, 182:8
**above-entitled** [1] - 200:9

**absence** [1] - 59:10
**absolutely** [2] - 22:18, 26:11
**abuse** [2] - 51:14, 54:21
**accept** [1] - 111:24
**accepted** [1] - 91:23
**access** [4] - 42:25, 98:2, 158:18, 199:14
**accordance** [1] - 130:21
**according** [2] - 156:6, 175:24
**account** [17] - 14:5, 14:13, 20:10, 31:6, 54:21, 106:3, 152:15, 152:17, 152:19, 152:23, 160:22, 161:22, 162:3, 163:25, 179:3, 179:20, 179:24
**accounting** [1] - 161:20
**accounts** [1] - 14:13
**accurate** [16] - 8:15, 8:21, 9:12, 10:7, 14:16, 18:2, 20:8, 27:3, 28:4, 29:11, 37:18, 86:9, 86:10, 151:13, 176:11, 200:8
**accurately** [3] - 78:9, 107:22, 193:19
**acquired** [3] - 36:3, 36:14, 47:3
**acquisition** [1] - 35:25
**acre** [1] - 142:2
**acting** [1] - 125:16
**activities** [1] - 68:24
**activity** [1] - 142:7
**actual** [6] - 8:8, 13:17, 24:7, 24:20, 30:8, 116:18
**add** [1] - 162:4
**addition** [3] - 9:5, 24:25, 32:10
**additional** [3] - 47:12, 132:18, 166:1
**address** [7] - 16:11, 184:10, 184:11, 184:12, 187:9, 188:21, 189:12
**addresses** [2] - 13:1, 13:5
**administrative** [1] - 42:11
**admitted** [28] - 10:15, 10:23, 14:20, 18:7, 19:18, 20:14, 24:12, 27:8, 28:9,

29:14, 30:14, 31:22, 78:13, 86:15, 92:22, 105:20, 107:25, 130:21, 133:2, 151:19, 153:9, 156:4, 156:15, 161:4, 176:16, 183:3, 193:24, 195:19
**adopt** [1] - 132:20
**adopted** [1] - 43:15
**advance** [1] - 39:14
**aeropuerto** [1] - 157:2
**affect** [1] - 5:1
**affidavit** [1] - 13:18
**affixed** [1] - 37:12
**afield** [1] - 43:17
**afternoon** [1] - 99:20
**afterwards** [5] - 72:10, 73:7, 75:4, 103:16, 161:24
**agencies** [1] - 33:10
**Agent** [6] - 6:17, 32:21, 46:23, 47:22, 55:11, 58:8
**agent** [10] - 34:22, 35:9, 35:10, 39:2, 41:16, 47:18, 47:23, 51:4, 80:12, 81:5
**agents** [4] - 4:8, 22:3, 34:21, 40:13
**ago** [3] - 54:24, 128:6, 129:13
**agree** [3] - 61:13, 64:11, 83:8
**agreed** [1] - 156:11
**ahead** [20] - 23:3, 45:7, 48:9, 51:10, 53:3, 53:5, 55:11, 80:9, 92:7, 97:3, 136:9, 137:10, 143:23, 144:5, 149:24, 165:23, 166:21, 167:7, 168:13, 185:20
**aid** [4] - 4:13, 46:3, 98:22, 159:12
**airline** [1] - 12:3
**Airlines** [7] - 12:2, 12:3, 27:21, 165:9, 167:4, 168:11, 169:1
**airport** [2] - 154:24, 157:3
**Airport** [1] - 21:9
**Albrecht** [7] - 3:5, 4:7, 6:17, 32:21, 46:23, 55:11, 58:8
**Alfonso** [1] - 11:6
**alleviate** [1] - 60:9
**alone** [3] - 6:23, 9:9,

21:23
**altercations** [1] - 51:20
**Alvarito** [1] - 13:9
**ALVARO** [1] - 1:7
**Alvaro** [103] - 4:1, 4:12, 13:3, 16:10, 23:17, 25:8, 26:2, 27:16, 27:24, 28:18, 36:3, 36:14, 36:17, 36:24, 38:7, 45:22, 46:3, 47:1, 47:4, 47:11, 49:12, 49:21, 51:17, 57:17, 62:10, 62:19, 68:7, 68:14, 68:23, 69:4, 69:8, 69:11, 70:8, 72:1, 72:11, 75:5, 80:6, 84:12, 89:10, 89:11, 89:16, 91:2, 94:4, 94:6, 94:14, 94:25, 95:1, 95:11, 98:14, 98:21, 107:12, 108:23, 110:7, 111:8, 111:15, 121:14, 125:14, 125:20, 128:19, 131:9, 135:1, 135:2, 139:24, 140:8, 140:19, 141:11, 141:13, 142:14, 143:10, 144:2, 144:10, 144:12, 144:20, 145:6, 148:1, 148:22, 151:12, 155:9, 158:3, 159:6, 159:11, 166:7, 166:12, 167:7, 167:13, 168:10, 170:16, 171:2, 171:12, 172:17, 174:2, 174:16, 174:23, 178:9, 178:20, 180:14, 185:10, 187:24, 195:15, 198:9, 198:10, 198:25
**Alvaro's** [17] - 78:20, 85:11, 88:4, 88:21, 89:2, 125:14, 126:7, 148:11, 160:8, 162:23, 165:7, 169:5, 184:13, 184:14, 187:10, 188:22, 189:13
**Alvaros** [1] - 169:14
**America** [9] - 4:1, 45:21, 63:4, 83:1, 98:14, 103:3, 103:21, 106:4, 159:5
**AMERICA** [1] - 1:4

**American** [6] - 92:14, 92:15, 92:19, 93:9, 135:17, 173:18
**AMG** [2] - 180:3, 190:12
**amount** [6] - 71:1, 165:15, 178:18, 186:4, 186:14, 187:15
**amounts** [1] - 66:13, 66:14, 66:25, 72:15, 81:22, 82:1, 82:7, 162:18
**Amsterdam** [4] - 84:4, 84:7, 84:8, 85:2
**Ana** [12] - 12:20, 24:24, 25:10, 25:15, 107:5, 107:7, 107:11, 108:9, 108:23, 120:13, 124:17, 124:20
**Ana's** [2] - 108:6, 124:1
**and...** [1] - 191:15
**Ann's** [1] - 107:21
**answer** [1] - 65:17
**answers** [1] - 146:10
**ANTONIO** [1] - 1:14
**Antoquin** [1] - 107:7
**anyhow** [1] - 45:13
**AP** [2] - 196:4, 196:10
**apartment** [12] - 29:9, 57:17, 70:11, 70:12, 76:7, 96:11, 105:7, 152:24, 153:4, 155:14, 155:22, 155:25
**apartments** [4] - 23:15, 75:15, 75:17
**apiece** [1] - 139:8
**apology** [1] - 122:16
**appear** [1] - 25:16
**appearances** [4] - 4:4, 45:23, 98:16, 159:7
**APPEARANCES** [1] - 1:13
**applies** [1] - 36:21
**approach** [7] - 7:19, 18:13, 72:17, 105:2, 107:14, 129:10, 146:22
**approval** [1] - 43:20
**approved** [3] - 42:2, 42:9, 44:15
**Arancha** [1] - 120:1
**Arancha's** [1] - 120:2
**area** [1] - 87:6
**areas** [3] - 55:11, 113:9, 113:10

**arrangements** [2] - 126:3, 177:23
**arrest** [15] - 55:19, 57:24, 74:3, 74:4, 74:8, 74:12, 74:18, 74:23, 74:25, 75:4, 81:19, 82:12, 82:15, 111:5, 111:9
**arrested** [10] - 26:5, 28:21, 28:22, 64:4, 73:17, 105:8, 150:19, 160:24, 194:22, 194:23
**arrests** [3] - 23:4, 23:6, 23:9
**arrival** [1] - 150:19
**arrive** [1] - 91:24
**arrived** [1] - 5:15
**arrives** [1] - 135:17
**Artemio** [18] - 15:6, 16:14, 16:25, 21:2, 21:5, 36:17, 57:21, 88:5, 88:12, 89:20, 90:4, 90:13, 91:14, 131:10, 158:3, 162:14, 179:1, 179:9
**Artenio** [2] - 56:22, 57:9
**article** [5] - 5:9, 147:2, 147:3, 149:19, 150:2
**Arturo** [8] - 174:22, 174:25, 175:7, 176:1, 177:25, 178:6, 179:11, 179:19
**Arturo's** [1] - 174:23
**aside** [10] - 15:24, 22:12, 22:19, 22:21, 31:1, 115:16, 142:4, 145:10, 145:11, 191:9
**assist** [2] - 39:16, 53:5, 173:7
**assistance** [3] - 33:1, 33:2, 39:21
**Assistant** [3] - 4:6, 42:4, 42:6
**ASSISTANT** [1] - 1:15
**assisted** [1] - 68:23
**associated** [4] - 42:22, 97:24, 158:15, 199:11
**assume** [3] - 72:21, 122:7, 122:10
**assuming** [1] - 31:6
**Aston** [1] - 190:13
**atrium** [1] - 85:16
**attack** [1] - 60:13
**attendant** [2] - 12:2, 168:11

**attention** [25] - 4:23, 5:1, 5:13, 16:9, 21:13, 26:24, 51:16, 73:11, 75:14, 111:4, 135:15, 136:13, 140:4, 144:9, 144:19, 145:23, 148:19, 150:1, 150:4, 150:16, 154:10, 162:7, 165:20, 167:6, 167:17
**Attorney** [3] - 42:4, 42:7, 54:9
**Attorney's** [5] - 41:21, 41:23, 42:1, 52:22, 64:12
**Attorneys** [1] - 4:7
**ATTORNEYS** [1] - 1:15
**Audemars** [9] - 15:9, 16:17, 17:3, 77:3, 195:7, 195:14, 196:4, 196:15, 196:18
**Audi** [3] - 187:17, 187:19, 188:5
**audited** [1] - 43:13
**August** [2] - 167:22, 167:25
**AUSA** [2] - 42:3, 42:4
**authored** [1] - 43:15
**authorization** [1] - 44:12
**authorizations** [1] - 42:12
**authorize** [1] - 26:19
**authorized** [4] - 41:8, 41:13, 41:21
**Auto** [11] - 33:18, 33:21, 34:15, 35:4, 35:6, 35:10, 35:12, 35:20, 55:15, 55:22, 56:16
**automobile** [2] - 151:13, 151:14
**automobiles** [4] - 33:14, 36:21, 55:14, 55:18
**Automocion** [1] - 188:23
**AUTOMOCION** [1] - 188:24
**Avenida** [1] - 187:23
**Avenue** [4] - 1:22, 2:2, 176:8, 200:13
**average** [4] - 113:16, 113:18, 119:3, 139:11
**avoid** [1] - 142:11
**aware** [4] - 40:21, 40:25, 44:24, 52:11
**Azaleas** [2] - 121:23, 187:23

**AZALEAS** [1] - 121:24

**B**

**b-o-r-r-a-c-h-o** [1] - 197:11
**background** [1] - 44:14
**backpack** [8] - 100:24, 101:4, 101:7, 101:15, 101:23, 102:5, 183:14, 183:24
**backs** [1] - 196:2
**bag** [5] - 90:14, 90:15, 90:16, 101:6, 112:22
**bags** [3] - 67:1, 120:24
**balcony** [1] - 53:11
**bale** [3] - 115:5, 115:7, 115:11
**bales** [2] - 122:22, 122:23
**balloon** [1] - 114:7
**bank** [18] - 101:4, 101:10, 101:11, 101:13, 101:14, 101:17, 101:18, 101:19, 102:1, 102:6, 102:13, 102:14, 106:3, 153:18, 161:17, 161:18, 161:21, 179:20
**Bank** [1] - 106:3
**banks** [1] - 47:6
**bar** [4] - 51:5, 51:9, 58:21, 131:16
**Barcelona** [1] - 134:12
**based** [5] - 12:3, 23:23, 33:22, 49:22, 133:10
**basis** [2] - 118:24, 119:2
**Bates** [1] - 86:23
**Bates-labeled** [1] - 86:23
**bathroom** [1] - 46:9
**Bay** [1] - 29:2
**Beach** [7] - 23:13, 65:20, 65:21, 65:22, 66:1, 75:20, 76:5
**beat** [1] - 53:10
**beating** [1] - 54:4
**beatings** [1] - 51:17
**became** [2] - 66:15, 173:23
**become** [3] - 7:5,

75:7, 100:13

**BEFORE** [1] - 1:10
**began** [1] - 33:10
**begin** [1] - 75:9
**beginning** [2] -
66:22, 68:11
**begins** [2] - 32:23,
32:25
**behalf** [8] - 4:12,
46:1, 46:3, 98:19,
98:21, 159:9, 159:11,
163:5
**belonging** [1] - 31:13
**below** [1] - 163:13
**Benavides** [8] -
12:18, 104:8, 104:9,
104:25, 105:12,
105:13, 112:3, 123:4
**Benavides'** [1] -
106:2
**Bentley** [1] - 190:10
**Benygno** [1] -
188:23
**BENYGNO** [1] -
188:24
**Benz** [8] - 152:3,
177:1, 177:12,
177:21, 178:12,
179:17, 179:24,
180:13
**Berrocoso** [5] -
109:2, 112:10,
114:14, 115:16,
116:24
**best** [3] - 128:3,
169:23, 190:23
**better** [5] - 37:18,
61:5, 72:7, 169:25,
170:3
**between** [8] - 51:15,
74:12, 75:3, 142:11,
142:14, 144:2,
148:22, 166:4
**beyond** [3] - 41:19,
41:20, 183:18
**big** [18] - 45:8, 85:14,
87:19, 112:19,
112:20, 114:4, 114:8,
115:5, 115:7, 141:22,
141:23, 141:24,
151:4, 169:5, 169:9,
169:12, 169:19
**bigger** [1] - 82:7
**bill** [1] - 173:5
**billed** [1] - 15:6
**binder** [1] - 128:10
**Biscayne** [3] - 1:19,
66:1, 173:19
**bit** [11] - 17:10,
22:22, 22:24, 62:6,

68:12, 80:9, 86:23,
90:18, 122:14, 160:1,
180:24
**BLACK** [1] - 1:19
**black** [1] - 114:7
**Black** [1] - 143:8
**BlackBerry** [4] -
142:22, 142:25,
143:8, 143:9
**BlackBerrys** [1] -
142:23
**blank** [2] - 30:3, 31:2
**bmgmav@aol.com**
[1] - 13:13
**boarding** [1] -
154:16
**body** [2] - 40:11,
40:12
**book** [10] - 128:10,
128:14, 129:17,
129:24, 130:9, 131:5,
131:21, 133:21,
165:21
**bored** [1] - 191:5
**born** [1] - 62:8
**Borracho** [4] -
197:10, 197:15,
198:4, 198:23
**borracho** [1] -
197:13
**boss** [2] - 115:25,
147:11
**bother** [1] - 33:13
**bottom** [5] - 37:11,
115:1, 136:13,
144:19, 163:20
**bought** [3] - 145:1,
151:25, 152:4
**Boulevard** [1] - 1:19
**box** [5] - 60:6,
112:17, 113:7,
123:15, 123:16
**boxes** [5] - 113:8,
123:14, 123:20
**boy** [3] - 165:24,
165:25, 166:6
**boyfriend** [2] -
67:24, 70:3
**brand** [3] - 76:21,
195:3, 195:10
**Brazil** [2] - 66:7, 66:8
**Brazilian** [1] - 32:10
**Brea** [1] - 188:2
**BREA** [1] - 188:2
**break** [9] - 42:19,
45:13, 81:23, 97:19,
123:10, 158:11,
160:4, 199:5, 199:6
**Brickell** [3] - 29:2,
70:11, 70:13

**bricks** [2] - 116:18,
116:19
**briefly** [1] - 195:25
**bring** [25] - 4:23, 5:1,
5:19, 46:5, 91:15,
95:12, 95:14, 95:16,
99:25, 110:8, 110:25,
111:2, 113:18, 122:3,
126:13, 126:16,
143:10, 152:10,
159:14, 164:19,
166:9, 166:12,
169:15, 198:23
**bringing** [6] - 5:13,
164:17, 164:23,
171:2, 171:24, 181:2
**brother** [11] - 21:4,
39:23, 87:24, 88:4,
91:5, 128:19, 160:8,
162:16, 177:24,
179:18
**brother's** [1] -
144:22
**brothers** [1] - 39:25
**brought** [16] - 50:14,
50:23, 50:25, 52:4,
59:23, 69:1, 91:18,
95:21, 165:1, 165:10,
165:15, 172:12,
177:25, 180:20,
180:21, 186:3
**Bugatti** [5] - 190:12,
192:1, 192:3, 192:23,
193:5
**building** [12] - 29:2,
29:3, 76:11, 92:14,
92:18, 93:6, 97:5,
97:12, 97:15, 184:4,
184:5
**bulk** [2] - 139:4,
139:5
**bunch** [1] - 33:12
**bundle** [1] - 63:10
**bundles** [1] - 123:12
**bundling** [2] -
112:18, 114:15
**burlap** [1] - 112:20
**business** [6] - 4:25,
82:16, 140:23,
183:10, 196:20
**but...** [2] - 72:21,
102:25
**buy** [17] - 73:10,
79:12, 79:16, 79:19,
79:23, 79:25, 80:12,
83:17, 142:21,
150:25, 176:25,
177:6, 177:11,
177:20, 188:12,
190:18, 190:21

**buying** [2] - 69:8,
80:11
**Buzo** [12] - 11:17,
11:18, 110:6, 166:7,
166:8, 166:10,
166:12, 166:25,
170:23, 170:24, 171:2
**BUZO** [1] - 11:18
**BY** [90] - 2:1, 6:16,
7:21, 10:1, 11:2,
13:14, 15:1, 18:12,
19:22, 20:20, 24:1,
24:18, 26:13, 27:12,
28:14, 29:19, 30:18,
32:4, 32:20, 34:3,
34:12, 37:6, 46:22,
49:17, 50:21, 55:10,
58:7, 62:3, 62:18,
65:14, 67:13, 67:20,
68:21, 69:19, 70:5,
76:4, 78:4, 78:18,
80:20, 86:1, 86:21,
92:9, 93:2, 100:10,
104:3, 105:4, 106:1,
106:9, 107:16, 108:5,
109:11, 110:15,
122:17, 129:12,
129:23, 131:2,
133:20, 133:24,
135:14, 136:3,
136:12, 137:6,
137:13, 144:1, 144:8,
145:22, 147:1,
147:22, 148:21,
149:7, 151:10,
151:24, 153:15,
156:19, 159:22,
161:10, 166:3,
166:20, 167:21,
168:18, 170:15,
171:11, 176:21,
178:4, 183:8, 183:22,
186:11, 194:3,
194:19, 195:24

**C**

**caballo** [1] - 150:6
**Caixa** [2] - 161:15,
161:16
**Cali** [3] - 141:2,
141:3, 141:5
**Cameno** [4] - 12:20,
24:24, 25:10, 25:15
**cameras** [4] - 86:24,
87:4, 87:8, 87:12
**cannot** [1] - 93:12
**Cantidad** [1] - 157:4
**capacity** [1] - 111:16
**captain** [1] - 197:10

**car** [26] - 76:14, 97:2,
97:5, 97:13, 97:17,
100:13, 101:4,
113:20, 151:12,
151:25, 152:2,
154:23, 178:13,
178:16, 180:4, 182:8,
182:11, 182:16,
182:22, 184:22,
185:14, 185:21,
188:23, 189:19,
191:1, 192:10
**cardboard** [1] -
123:16
**Cardelle** [5] - 26:4,
26:5, 151:1, 151:25,
152:5
**care** [1] - 178:25
**careful** [1] - 181:17
**cargo** [1] - 113:9
**Carlos** [2] - 146:18,
146:19
**carport** [1] - 192:8
**carry** [1] - 145:3
**carrying** [1] - 180:22
**cars** [35] - 33:23,
47:4, 55:22, 55:24,
56:2, 56:4, 56:7, 56:9,
56:12, 56:15, 75:15,
76:13, 76:16, 77:6,
112:18, 113:4,
113:16, 113:18,
114:1, 117:15,
117:18, 182:14,
182:20, 189:23,
190:3, 190:5, 190:16,
191:4, 191:6, 191:11,
191:14, 191:18,
191:19, 191:23,
192:22
**Cars** [3] - 15:6,
16:14, 57:9
**Cartier** [8] - 16:16,
57:11, 57:18, 57:22,
193:13, 193:15,
193:16, 194:6
**casa** [3] - 164:1,
164:4
**CASE** [1] - 1:2
**case** [22] - 9:14,
9:17, 10:5, 13:2, 21:3,
23:3, 34:21, 34:22,
35:8, 35:10, 42:20,
43:1, 45:3, 48:25,
64:4, 64:12, 97:22,
98:3, 158:13, 158:19,
199:9, 199:15
**Case** [4] - 4:2, 45:22,
98:15, 159:6
**cash** [14] - 31:7,

101:6, 116:21, 128:20, 154:3, 154:9, 174:19, 175:19, 183:14, 186:3, 186:17, 186:20, 186:22, 186:24

**cat** [2] - 87:17, 193:4

**Catalunya** [2] - 161:16

**CatalunyaCaixa** [1] - 153:16

**catch** [1] - 61:6

**caught** [4] - 4:19, 75:14, 116:1, 155:1

**CD** [1] - 132:23

**CDs** [1] - 6:19

**cell** [3] - 142:21, 143:14, 143:18

**cellophane** [2] - 114:6, 114:18

**certain** [4] - 7:5, 9:16, 12:25

**certainly** [2] - 53:21, 156:13

**certify** [1] - 200:8

**chain** [4] - 41:15, 41:16, 41:25, 180:16

**chairs** [4] - 43:4, 98:6, 158:23, 199:20

**chance** [4] - 95:11, 100:8, 101:7, 195:11

**change** [1] - 92:2

**changed** [3] - 34:18, 56:10, 56:12

**charge** [7] - 51:23, 54:18, 112:13, 118:1, 120:10, 123:7

**charged** [2] - 59:7, 64:4

**charges** [6] - 50:13, 50:22, 50:25, 51:11, 52:4, 52:24

**chart** [1] - 6:20

**chase** [1] - 95:20

**check** [6] - 29:25, 30:3, 31:1, 31:7, 168:3, 171:6

**Check** [1] - 31:1

**checkbooks** [1] - 30:23

**checkpoint** [1] - 154:15

**checks** [3] - 29:22, 30:8, 31:2

**checkups** [1] - 74:16

**cheetah** [4] - 87:16, 87:17, 87:19

**chief** [1] - 44:16

**children** [2] - 87:24, 89:3

**chores** [1] - 112:16

**chronology** [1] - 94:8

**cigarette** [1] - 73:23

**circle** [1] - 128:14

**circumstances** [1] - 121:13

**cite** [2] - 61:17, 61:18

**City** [3] - 21:24, 22:14, 40:1

**city** [3] - 119:16, 127:13, 141:1

**clarification** [1] - 194:15

**clarify** [1] - 194:17

**clear** [6] - 41:4, 70:12, 91:12, 125:23, 161:11, 174:25

**clearly** [2] - 78:9, 193:19

**client** [2] - 45:17, 188:18

**cliente** [1] - 188:16

**close** [4] - 7:1, 139:1, 148:12, 193:3

**closed** [1] - 193:1

**closer** [1] - 75:7

**closes** [1] - 192:5

**clothes** [4] - 75:15, 76:18, 76:20, 76:21

**clothing** [1] - 25:16

**club** [1] - 191:17

**Club** [1] - 66:1

**clubs** [1] - 191:15

**clue** [1] - 163:23

**co** [2] - 34:21, 68:18

**co-case** [1] - 34:21

**co-conspirator** [1] - 68:18

**coincides** [2] - 17:18, 19:14

**colleagues** [2] - 22:1, 22:3

**collect** [1] - 199:21

**Collection** [16] - 15:6, 16:14, 16:25, 56:24, 57:9, 57:22, 100:13, 100:19, 100:20, 183:9, 184:6, 185:3, 186:24, 189:7, 189:16, 197:23

**collectively** [1] - 54:12

**College** [1] - 65:7

**colleges** [1] - 65:3

**Colombia** [8] - 135:6, 135:7, 140:1, 140:17, 141:1, 141:15, 198:13, 198:15

117:3, 117:15, 117:16, 118:22, 118:25, 120:9, 120:14, 120:17, 120:22, 121:1, 121:4, 121:10, 122:1, 122:4, 124:12, 124:14, 124:19, 124:22, 125:1, 125:6, 125:16, 126:2, 127:11, 127:17, 127:20, 128:3, 134:8, 136:24, 138:8, 138:10, 138:16, 138:17, 138:20, 139:2, 139:15, 140:2, 140:11, 140:15, 140:22, 155:11, 164:8, 197:1, 197:5

**Coconut** [8] - 56:3, 79:20, 80:6, 80:11, 80:24, 96:11, 172:4, 172:5

**coded** [1] - 15:24

**Cohen** [45] - 21:15, 22:8, 22:13, 22:17, 38:7, 38:22, 39:1, 40:7, 46:24, 46:25, 47:3, 47:9, 48:1, 48:6, 48:10, 48:15, 48:22, 49:1, 49:5, 49:11, 49:19, 49:20, 50:8, 50:10, 50:12, 50:14, 50:23, 51:1, 51:12, 51:15, 51:16, 51:23, 52:8, 52:25, 54:4, 56:1, 58:2, 58:8, 79:1, 81:13, 93:19, 173:12, 173:13, 174:4, 176:22

**coincides** [2] - 17:18, 19:14

**combination** [2] - 158:9, 158:10

**coming** [1] - 117:15

**command** [2] - 41:17, 41:25

**commission** [1] - 81:7

**committed** [1] - 49:6

**communicate** [2] - 143:1, 145:3

**communicating** [1] - 7:15

**communication** [1] - 142:10

**communications** [1] - 142:20

**Community** [1] - 65:7

**companies** [1] - 47:6

**company** [5] - 5:2, 15:4, 33:22, 66:6, 189:7

**compare** [1] - 8:3

**complies** [1] - 99:14

**component** [1] - 43:24

**composite** [24] - 10:20, 10:23, 14:21, 14:22, 31:23, 56:18, 86:16, 130:23, 151:5, 151:18, 151:20, 152:20, 153:10, 160:18, 161:5, 183:1, 183:4, 183:5, 186:10

**computer** [7] - 26:15, 26:20, 27:2, 27:4, 135:10, 135:11, 166:17

**computer-related** [1] - 26:20

**computers** [1] - 26:20

**concern** [1] - 60:10

**concerned** [2] - 140:8, 146:2

**concerning** [12] - 51:6, 55:14, 68:13, 69:10, 70:19, 72:17, 102:1, 104:19, 125:6, 155:12, 164:17, 180:20

**concluded** [1] - 200:4

**condition** [5] - 31:17, 105:14, 114:1, 153:3, 155:24

**condominium** [11] - 25:19, 28:24, 29:1, 29:21, 31:12, 79:21, 79:23, 80:3, 81:10,

141:20, 160:23

**condominiums** [1] - 29:3

**condos** [4] - 191:20, 192:16, 192:17, 192:21

**conducted** [1] - 31:18

**conducting** [1] - 48:2

**confident** [1] - 80:14

**confirm** [2] - 67:16, 130:8

**confirmed** [1] - 149:11

**connected** [3] - 15:18, 49:24, 85:13

**connecting** [1] - 95:6

**connection** [3] - 39:7, 95:5, 174:18

**consensual** [6] - 40:14, 40:16, 40:22, 40:23, 41:4, 44:24

**consent** [1] - 40:24

**consented** [1] - 40:18

**consideration** [2] - 43:22, 51:23

**consistent** [1] - 144:25

**conspirator** [1] - 68:18

**construct** [1] - 60:17

**constructed** [1] - 81:10

**consultation** [1] - 52:22

**consulted** [2] - 41:13, 54:17

**contact** [4] - 42:21, 97:23, 158:14, 199:10

**contain** [4] - 8:6, 9:2, 30:23, 129:24

**contained** [7] - 6:19, 9:6, 15:2, 15:20, 27:4, 31:15, 160:21

**containers** [1] - 120:21

**containing** [1] - 7:22

**contains** [4] - 5:10, 8:8, 8:12

**content** [3] - 132:16, 133:3, 133:8

**contents** [3] - 69:12, 69:14, 133:14

**Continental** [1] - 190:10

**continue** [2] - 55:1, 160:2

**CONTINUED** [1] -

6:15
 continues [1] - 169:4
 continuing [5] -
16:13, 26:9, 167:7,
169:14, 170:5
 Continuum [12] -
23:13, 24:3, 24:21,
25:5, 25:19, 25:24,
26:14, 57:17, 57:23,
75:19, 76:5, 192:20
 conversation [21] -
22:10, 22:12, 40:7,
41:1, 53:8, 68:13,
68:16, 69:10, 69:20,
72:3, 83:5, 101:25,
102:6, 102:8, 125:12,
125:22, 137:21,
166:24, 169:4,
171:15, 181:5
 conversations [29] -
70:19, 82:3, 82:6,
108:22, 111:15,
116:5, 117:22, 118:6,
118:9, 124:11,
124:14, 125:5,
132:23, 133:1, 133:4,
133:8, 147:7, 164:16,
164:22, 164:24,
171:23, 173:11,
173:14, 173:15,
174:13, 174:15,
174:17, 180:19, 181:7
 converting [1] -
173:8
 cooperate [3] -
47:14, 50:13, 64:11
 cooperating [2] -
48:8, 48:10
 coordinates [3] -
198:19, 198:20
 copies [4] - 18:2,
86:9, 131:13, 187:13
 copy [6] - 14:16,
27:3, 28:1, 28:4,
105:11, 105:14
 corner [3] - 37:10,
37:11, 149:18
 correct [143] - 7:9,
7:10, 7:24, 7:25, 8:13,
8:14, 8:25, 9:1, 14:22,
15:2, 15:3, 15:5, 15:7,
15:8, 15:15, 15:16,
15:17, 16:12, 16:18,
16:19, 16:20, 17:2,
17:9, 17:11, 17:13,
17:16, 17:18, 17:21,
17:25, 19:10, 19:13,
19:15, 24:5, 24:6,
25:2, 25:3, 25:6,
25:11, 25:12, 25:13,

25:19, 25:20, 30:2,
32:8, 32:9, 32:14,
32:24, 33:15, 33:16,
33:24, 33:25, 34:25,
35:1, 36:5, 36:6,
36:15, 36:19, 36:20,
36:22, 37:23, 38:7,
38:8, 38:24, 38:25,
39:5, 39:6, 39:9,
39:15, 42:5, 42:8,
48:14, 48:16, 48:19,
48:20, 48:23, 48:24,
49:1, 49:3, 49:4, 50:6,
50:9, 50:10, 50:24,
51:2, 55:23, 56:11,
56:17, 56:20, 56:21,
56:22, 57:2, 57:3,
57:7, 57:8, 57:10,
57:25, 68:24, 75:20,
90:8, 90:19, 94:17,
103:3, 111:6, 111:10,
111:11, 112:11,
118:19, 134:5,
137:22, 137:24,
137:25, 139:14,
139:20, 139:24,
144:3, 148:22, 149:1,
149:15, 155:6,
156:10, 156:20,
161:13, 164:20,
167:4, 167:23, 169:2,
170:17, 170:25,
171:13, 172:22,
179:9, 181:10,
181:13, 185:18,
187:11, 187:19,
188:19, 189:8,
189:10, 193:1, 194:7,
194:24, 197:11
 correctly [1] - 133:8
 corroborate [1] -
47:12
 costs [2] - 192:3,
192:11
 counsel [9] - 4:3,
4:7, 33:13, 44:16,
45:23, 51:10, 98:16,
132:11, 159:7
 counselor [7] -
38:12, 39:4, 41:8,
41:16, 42:10, 42:15,
48:22
 counted [1] - 154:24
 counterparts [1] -
160:9
 counters [2] - 90:1,
90:2
 country [5] - 12:4,
70:17, 84:3, 121:7,
136:19

 County [2] - 73:14,
74:6
 couple [6] - 16:21,
48:7, 55:11, 71:3,
71:12, 110:25
 courier [1] - 164:15
 course [9] - 9:15,
11:25, 12:21, 22:16,
24:2, 78:22, 122:24,
152:7, 190:6
 COURT [191] - 1:1,
4:1, 4:9, 4:14, 4:16,
4:22, 5:4, 5:13, 5:15,
5:19, 5:20, 5:23, 5:25,
6:4, 6:7, 6:10, 6:13,
7:20, 9:24, 10:13,
10:15, 10:19, 10:23,
13:9, 14:20, 18:7,
18:11, 19:18, 20:14,
20:18, 23:23, 24:12,
24:6, 26:11, 27:8,
28:9, 28:13, 29:14,
29:18, 30:14, 31:22,
32:3, 32:18, 34:8,
34:10, 37:3, 42:19,
43:8, 43:23, 44:3,
44:7, 44:10, 44:18,
44:23, 45:1, 45:5,
45:11, 45:13, 45:18,
45:21, 46:5, 46:8,
46:10, 46:13, 46:17,
46:20, 49:15, 50:19,
51:7, 51:24, 52:11,
52:23, 53:15, 54:2,
54:9, 54:13, 54:16,
54:25, 55:3, 55:5,
55:8, 58:6, 58:13,
58:15, 58:19, 58:22,
59:5, 59:22, 60:1,
60:6, 61:9, 61:14,
61:18, 61:20, 61:24,
65:12, 67:7, 67:10,
67:19, 68:19, 69:17,
76:1, 78:3, 78:13,
78:17, 80:17, 80:19,
85:22, 85:24, 86:15,
86:19, 92:7, 92:22,
93:1, 97:19, 97:22,
98:10, 98:14, 98:24,
99:13, 99:16, 99:19,
99:22, 99:25, 100:3,
100:9, 105:3, 105:20,
105:25, 107:15,
107:25, 108:4,
122:14, 129:11,
129:20, 130:18,
131:14, 131:17,
131:23, 131:25,
132:3, 132:10,
132:20, 133:19,

133:23, 135:10,
136:2, 137:2, 137:5,
143:23, 143:25,
145:19, 146:24,
147:18, 147:20,
148:20, 151:19,
151:23, 153:9,
153:14, 156:4,
156:10, 156:15,
158:11, 158:13,
159:2, 159:5, 159:12,
159:15, 159:18,
161:4, 161:8, 165:24,
166:2, 166:16,
167:20, 168:15,
171:8, 176:16,
176:20, 183:3,
183:19, 186:8,
193:23, 194:2,
194:18, 195:19,
195:23, 199:5, 199:8,
200:1
 Court [10] - 2:1, 2:2,
23:21, 59:14, 59:17,
130:16, 131:13,
131:20, 171:6, 200:13
 court [15] - 55:7,
61:23, 62:13, 132:2,
132:6, 135:13,
136:11, 137:12,
144:7, 145:21, 149:6,
159:24, 166:19,
168:17, 199:21
 Court's [1] - 165:23
 courthouse [1] -
59:6
 courtroom [9] - 5:21,
43:6, 46:6, 46:15,
98:8, 100:1, 158:25,
159:16, 199:24
 COURTROOM [1] -
4:21
 covered [1] - 159:23
 crazy [1] - 60:12
 crime [3] - 13:19,
39:18, 181:2
 crimes [1] - 39:10
 CRISTINA [1] - 1:15
 Cristina [4] - 4:6,
45:25, 98:18, 159:8
 Cross [1] - 3:3
 cross [2] - 32:18,
52:3
 CROSS [1] - 32:19
 cross-examination
[2] - 32:18, 52:3
 CROSS-
EXAMINATION [1] -
32:19
 CRR [2] - 2:1, 200:12

 cryptic [1] - 69:22
 Cuenta [1] - 153:25
 currency [1] - 172:24
 curry [1] - 164:14
 custody [1] - 59:15
 cut [1] - 95:20
 cycle [1] - 51:14

**D**

 Dade [2] - 65:6, 74:6
 daily [2] - 118:24,
119:2
 Daniel [4] - 4:8,
34:23, 123:4, 125:15
 Danny [2] - 109:2,
112:2
 date [14] - 15:23,
17:15, 17:18, 17:20,
21:19, 37:12, 37:22,
50:9, 55:19, 56:20,
57:24, 149:15, 149:18
 DATE [1] - 200:12
 dated [1] - 57:1
 daughter [2] - 80:8,
81:15
 daughter's [1] -
81:16
 David [17] - 3:6, 13:4,
20:25, 58:16, 62:1,
107:21, 123:25,
124:1, 124:6, 124:17,
124:20, 124:23,
153:20, 156:22,
184:7, 187:7, 187:21
 DAVID [2] - 58:18,
99:15
 days [12] - 73:8,
84:4, 84:9, 117:17,
119:15, 119:17,
126:5, 136:6, 137:9,
141:17, 163:19,
163:20
 DB9 [1] - 190:14
 de [6] - 11:11, 11:16,
27:18, 157:18,
166:25, 188:16
 DE [1] - 157:19
 deal [3] - 45:8, 121:9,
199:8
 dealer [2] - 178:12,
180:13
 dealership [13] -
97:2, 97:5, 97:13,
97:17, 100:13,
179:21, 182:9,
182:11, 182:16,
182:20, 190:20,
196:22, 197:22

**dealings** [1] - 145:6
**deals** [1] - 190:2
**dealt** [1] - 71:2
**decide** [2] - 133:9, 190:25
**decided** [2] - 38:21, 50:12
**decides** [1] - 64:19
**decision** [14] - 5:1, 51:13, 51:23, 52:11, 52:15, 52:16, 52:18, 53:1, 53:12, 53:17, 54:9, 54:11, 54:13
**decision-maker** [1] - 52:16
**decision-making** [1] - 54:13
**decisions** [1] - 52:21
**declare** [3] - 91:19, 91:22, 95:18
**declared** [1] - 95:20
**Defendant** [14] - 11:13, 21:3, 51:15, 51:20, 53:7, 53:19, 57:2, 59:6, 82:3, 98:21, 108:22, 131:18, 135:2, 159:11
**defendant** [1] - 1:8
**DEFENDANT** [1] - 1:18
**Defendants** [1] - 99:4
**defense** [2] - 167:19, 199:4
**definitely** [3] - 47:7, 127:3
**definition** [1] - 41:4
**delayed** [1] - 95:5
**deliver** [1] - 106:25
**delivered** [2] - 122:6, 138:10
**delivery** [1] - 138:4
**denomination** [1] - 172:19
**denominations** [1] - 172:12
**departing** [1] - 21:11
**Department** [1] - 21:24
**depict** [2] - 107:22, 193:19
**depicted** [4] - 29:22, 30:10, 30:23, 193:14
**depicting** [1] - 78:9
**depiction** [4] - 20:9, 92:18, 151:13, 176:11
**depictions** [2] - 8:15, 86:10
**deposit** [10] - 152:17, 152:18,

153:2, 154:1, 154:7, 183:23, 186:6, 186:12, 186:14, 186:22
**DEPUTY** [1] - 4:21
**describe** [3] - 85:12, 114:5, 122:20
**described** [2] - 40:13, 127:23
**description** [1] - 20:8
**descubierta** [1] - 157:4
**designer** [2] - 76:21
**designers** [1] - 76:24
**desire** [1] - 33:1
**desk** [1] - 128:11
**detail** [1] - 63:12
**details** [5] - 21:12, 51:18, 89:6, 103:1, 104:23
**determine** [1] - 133:15
**development** [1] - 81:3
**device** [5] - 40:21, 42:25, 98:2, 158:18, 199:14
**diamonds** [4] - 57:12, 57:18, 57:23, 194:11
**difference** [1] - 139:5
**different** [24] - 35:8, 37:22, 39:10, 47:6, 54:20, 54:23, 56:10, 65:24, 74:11, 78:23, 111:16, 118:14, 118:16, 118:17, 123:23, 127:12, 135:7, 138:11, 154:23, 160:22, 163:25, 173:18, 191:20, 191:24
**differently** [1] - 59:18
**dinner** [1] - 191:18
**Direccion** [1] - 184:9
**Direct** [1] - 3:3
**DIRECT** [2] - 6:15, 62:2
**direct** [1] - 43:18
**directly** [6] - 49:10, 70:8, 83:18, 112:7, 112:9, 178:24
**disc** [2] - 7:22, 8:16
**discrepancy** [2] - 32:2, 171:7
**discuss** [10] - 42:20, 55:12, 97:22, 135:24, 140:22, 140:23,

142:7, 158:13, 181:1, 199:9
**discussed** [3] - 41:23, 42:3, 70:23
**discussions** [1] - 140:2
**dispute** [3] - 38:10, 38:12, 57:4
**disputes** [2] - 38:18, 38:23
**disregard** [2] - 50:20, 133:16
**disrespect** [1] - 59:17
**distinctly** [2] - 124:19, 164:24
**distributed** [2] - 116:19, 138:16
**distributes** [1] - 132:9
**distributing** [1] - 120:14
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [1] - 2:2
**divided** [1] - 139:19
**division** [1] - 44:16
**DIVISION** [1] - 1:2
**Docket** [1] - 130:15
**document** [4] - 156:8, 156:20, 161:15, 163:9
**documentation** [1] - 35:25
**documents** [14] - 6:24, 7:5, 14:2, 43:13, 59:21, 60:3, 132:9, 153:2, 155:12, 155:14, 155:20, 155:22, 155:24, 156:5
**Dolce** [1] - 76:23
**dollar** [4] - 90:18, 173:5, 186:4, 186:14
**dollars** [7] - 17:10, 92:2, 108:24, 128:22, 164:5, 173:8, 192:4
**domestic** [26] - 21:25, 22:6, 22:14, 38:9, 38:10, 38:12, 38:17, 38:23, 39:4, 39:5, 39:8, 39:13, 39:18, 41:8, 41:9, 41:16, 42:10, 42:15, 48:21, 49:25, 52:9, 56:2, 56:13, 56:15, 57:4
**Dominguez** [5] - 12:13, 112:11, 114:14, 115:16, 116:24

**done** [17] - 61:9, 82:15, 111:5, 112:15, 112:17, 112:22, 118:7, 118:11, 118:13, 118:21, 123:17, 123:22, 125:3, 161:24, 177:3, 179:2
**door** [5] - 51:12, 52:8, 80:25, 192:5, 193:2
**down** [38] - 16:9, 58:13, 65:15, 81:24, 103:21, 111:20, 112:2, 112:24, 116:6, 123:10, 125:16, 125:25, 126:10, 135:16, 136:16, 138:1, 140:9, 140:17, 141:15, 142:17, 143:6, 144:19, 146:13, 149:10, 150:5, 150:16, 150:21, 152:9, 154:18, 154:19, 159:25, 160:1, 163:20, 168:19, 169:14, 170:11, 184:4, 190:11
**draw** [6] - 111:4, 145:14, 148:19, 162:7, 165:20, 167:17
**drawing** [15] - 16:9, 26:23, 73:11, 135:15, 136:13, 140:4, 144:9, 144:19, 145:23, 150:1, 150:4, 150:16, 154:10, 167:6
**dried** [2] - 112:20, 114:22
**drift** [1] - 116:1
**Drive** [1] - 29:2
**drive** [4] - 101:4, 101:9, 190:18, 190:21
**driven** [2] - 124:9, 124:23
**driver** [1] - 106:24
**driving** [10] - 76:14, 77:6, 108:15, 123:24, 124:4, 124:7, 185:6, 185:9, 185:12, 191:7
**drove** [3] - 154:23, 185:14, 185:15
**drug** [10] - 49:24, 50:1, 68:23, 69:2, 73:22, 74:17, 142:7, 142:11, 180:12, 180:20
**drug-trafficking** [1] - 68:23

**drugs** [6] - 66:12, 66:23, 66:25, 68:9, 74:24, 79:10
**drunk** [1] - 197:14
**during** [35] - 9:15, 11:25, 12:21, 14:9, 20:3, 20:9, 22:2, 22:16, 22:20, 22:24, 24:2, 29:9, 31:12, 66:15, 74:19, 74:24, 75:3, 78:22, 79:8, 80:5, 90:7, 96:10, 101:5, 109:1, 117:14, 117:22, 124:25, 125:5, 125:9, 141:18, 152:7, 152:8, 181:12, 190:6
**DVDs** [1] - 6:19

**E**

**e-mail** [18] - 12:25, 13:5, 13:12, 14:9, 14:12, 14:16, 15:2, 15:21, 15:22, 16:1, 16:2, 16:11, 17:14, 18:25, 19:7, 20:9, 88:8
**e-mails** [10] - 13:19, 14:4, 16:6, 18:2, 18:18, 18:19, 18:20, 20:2, 20:3, 20:6
**early** [1] - 181:6
**earphones** [1] - 4:16
**easiest** [1] - 199:18
**eat** [1] - 191:17
**eaten** [1] - 22:23
**Economy** [1] - 156:24
**education** [1] - 79:9
**Edward** [1] - 133:22
**EDWARDS** [2] - 2:1, 200:12
**Edwards** [1] - 200:12
**Efectivo** [2] - 154:2, 154:8
**efectivo** [2] - 186:1, 186:16
**eight** [10] - 63:10, 112:19, 112:21, 114:15, 114:17, 114:19, 115:1, 115:11, 123:10, 123:12
**eight-kilo** [1] - 114:19
**eight-pack** [1] - 112:21
**either** [11] - 16:16,

36:17, 42:20, 49:19, 97:22, 121:18, 158:3, 158:13, 160:8, 195:9, 199:9

**EI** [7] - 4:25, 5:3, 5:4, 150:5, 175:12, 175:13, 179:13

**elevator** [2] - 85:15, 85:16

**ELMO** [5] - 34:2, 60:5, 100:7, 147:21, 170:14

**embedded** [1] - 15:22

**empty** [3] - 101:15, 101:23, 101:24

**en** [2] - 153:25, 186:1

**Enano** [2] - 146:18, 146:19

**end** [7] - 121:12, 136:16, 146:14, 167:6, 179:24, 182:5, 198:4

**enforcement** [9] - 33:10, 39:17, 39:23, 39:24, 39:25, 40:3, 40:4, 49:20, 145:7

**engaged** [2] - 46:25, 133:1

**engineer** [1] - 115:25

**English** [7] - 8:19, 8:22, 8:24, 9:2, 9:3, 19:6, 132:23

**enjoy** [1] - 98:7

**ensure** [1] - 160:2

**enter** [1] - 82:8

**entered** [33] - 5:9, 5:21, 10:18, 11:1, 14:24, 18:10, 19:21, 20:16, 24:15, 27:10, 28:11, 29:16, 30:16, 31:24, 46:6, 46:15, 78:15, 86:17, 87:14, 92:24, 100:1, 105:22, 108:2, 130:24, 151:21, 153:11, 156:17, 159:16, 161:6, 176:18, 183:7, 193:25, 195:21

**entire** [3] - 58:2, 58:3, 59:20

**entirely** [1] - 133:9

**entitled** [1] - 200:9

**entrega** [1] - 186:1

**Entry** [1] - 130:15

**Enzo** [2] - 190:12, 192:10

**equivalent** [1] - 116:10

**es** [1] - 150:5

**ESQ** [4] - 1:14, 1:15, 1:18, 1:21

**establish** [1] - 52:6

**established** [1] - 52:3

**estate** [4] - 79:11, 80:12, 81:5, 81:19

**estimate** [1] - 142:1

**euro** [1] - 172:19

**Europe** [1] - 181:25

**euros** [9] - 90:17, 90:18, 90:24, 91:25, 92:15, 93:4, 93:22, 94:19, 95:15, 101:5, 108:25, 110:8, 111:1, 111:4, 115:14, 116:14, 116:17, 116:22, 126:9, 126:17, 128:22, 128:23, 138:22, 139:1, 139:4, 139:8, 139:9, 139:10, 152:10, 152:18, 153:24, 154:5, 154:20, 154:21, 154:24, 154:25, 155:21, 157:8, 157:11, 162:20, 162:24, 163:11, 163:16, 164:5, 164:6, 165:16, 172:12, 173:7, 173:16, 173:17, 176:9, 183:14, 184:23, 185:3, 186:5, 186:15, 186:18, 187:5, 187:15, 188:3, 189:1, 189:17, 198:6

**euros'** [1] - 139:15

**evaluation** [1] - 133:10

**Eve** [2] - 37:19, 38:1

**evening** [3] - 22:7, 199:23, 200:2

**event** [1] - 21:12, 38:3, 38:9, 39:9, 39:14, 40:6, 40:14, 49:25, 52:8, 58:3, 191:3

**events** [2] - 39:5, 180:17

**eventually** [3] - 48:10, 64:4, 74:21

**evidence** [86] - 5:10, 6:10, 9:24, 10:11, 10:18, 11:1, 13:18, 14:19, 14:25, 18:6, 18:10, 19:17, 19:21, 20:13, 20:17, 24:11, 24:15, 27:7, 27:11, 28:8, 28:12, 29:13,

29:17, 30:13, 30:17, 31:21, 31:25, 32:1, 60:7, 60:8, 67:7, 71:23, 75:25, 78:2, 78:12, 78:16, 80:14, 80:16, 80:17, 84:23, 85:21, 86:13, 86:18, 88:16, 88:23, 92:6, 92:21, 92:25, 97:8, 103:13, 105:1, 105:18, 105:23, 106:8, 107:24, 108:3, 110:13, 110:14, 130:13, 130:25, 132:5, 132:24, 133:13, 147:17, 147:20, 151:16, 151:22, 153:7, 153:12, 154:6, 156:3, 156:18, 161:2, 161:7, 165:3, 171:5, 171:9, 176:15, 176:19, 182:25, 183:7, 193:21, 194:1, 195:18, 195:22

**EVIDENCE** [1] - 3:9

**exactly** [5] - 47:24, 58:2, 58:4, 65:16, 104:23

**EXAMINATION** [4] - 6:15, 32:19, 55:9, 62:2

**examination** [6] - 32:18, 43:18, 52:3, 52:6, 59:20, 133:12

**example** [2] - 57:6, 131:9

**except** [1] - 130:22

**excess** [4] - 16:21, 17:7, 17:8, 172:24

**exchange** [11] - 16:7, 92:15, 93:3, 93:22, 94:19, 138:17, 144:21, 173:1, 173:16, 173:17, 176:9

**excuse** [1] - 101:2, 146:20

**excused** [1] - 58:14

**executed** [5] - 13:24, 23:10, 23:13, 26:14, 28:24

**execution** [2] - 20:4, 29:9

**Exhibit** [187] - 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22,

3:23, 6:20, 7:18, 7:22, 8:4, 8:6, 8:16, 10:17, 10:25, 11:3, 11:10, 11:15, 11:20, 12:6, 12:9, 12:12, 12:19, 14:1, 14:6, 14:21, 14:24, 17:24, 18:9, 18:13, 18:21, 18:25, 19:3, 19:20, 19:23, 20:13, 20:15, 20:16, 24:14, 24:20, 25:4, 25:18, 25:23, 26:8, 26:23, 26:24, 27:7, 27:9, 27:10, 27:23, 28:8, 28:10, 28:11, 28:22, 29:5, 29:15, 29:16, 29:20, 30:6, 30:15, 30:16, 31:9, 31:23, 31:24, 32:5, 34:5, 34:24, 35:13, 37:7, 37:21, 56:18, 67:2, 71:22, 75:24, 78:2, 78:14, 78:15, 80:23, 81:2, 85:21, 86:16, 86:17, 87:25, 88:7, 88:16, 88:23, 92:8, 92:11, 92:23, 92:24, 97:7, 103:12, 104:4, 105:1, 105:5, 105:18, 105:21, 105:22, 106:10, 107:2, 107:11, 107:18, 108:1, 108:2, 109:12, 110:2, 110:12, 119:20, 129:22, 130:13, 130:24, 131:4, 132:11, 132:24, 135:4, 135:12, 136:10, 137:2, 137:4, 137:11, 143:24, 143:25, 144:6, 145:20, 146:21, 147:16, 149:5, 149:17, 150:1, 150:14, 151:5, 151:20, 151:21, 152:20, 153:1, 153:10, 153:11, 155:17, 156:16, 156:17, 160:18, 160:21, 161:2, 161:5, 161:6, 165:3, 165:20, 166:2, 166:10, 166:18, 167:3, 168:16, 170:16, 171:18, 176:3, 176:17, 176:18, 182:25, 183:6, 183:9, 188:11, 193:9, 193:24, 193:25,

194:6, 195:8, 195:20, 195:21

**exhibit** [16] - 10:20, 14:15, 14:22, 15:20, 24:7, 25:11, 26:23, 37:3, 67:17, 92:6, 129:20, 130:20, 161:11, 161:12, 186:8, 186:9

**exhibits** [4] - 6:18, 6:23, 10:2, 33:12

**EXHIBITS** [1] - 3:9

**Exhibits** [9] - 9:21, 10:16, 18:8, 19:19, 23:18, 24:13, 80:13, 84:22, 183:4

**exist** [1] - 97:17

**exists** [1] - 5:11

**exited** [4] - 43:6, 98:8, 158:25, 199:24

**Exotic** [2] - 16:14, 57:9

**exotic** [1] - 182:15

**exoticcars2007@ hotmail.com** [4] - 13:7, 14:5, 16:10, 18:3

**expect** [2] - 59:1, 59:5

**expenses** [1] - 139:22

**expensive** [3] - 15:13, 36:7, 36:11

**expert** [1] - 37:24

**expired** [1] - 32:11

**explain** [6] - 15:19, 74:7, 142:19, 162:1, 168:22, 175:7

**explained** [1] - 50:3

**explaining** [1] - 113:24

**explanation** [2] - 49:23, 144:25

**explored** [1] - 43:22

**Express** [5] - 92:14, 92:16, 92:19, 93:9, 173:19

**extent** [3] - 9:8, 70:4, 133:17

**extracting** [1] - 104:21

## F

**F430** [1] - 188:14

**Fabiani** [18] - 25:22, 28:22, 29:9, 29:21, 31:12, 66:16, 67:6, 67:14, 67:21, 68:8,

68:13, 69:4, 69:10, 69:20, 71:21, 72:11, 75:5, 77:15
**Fabiani's** [2] - 77:23, 78:19
**face** [2] - 141:7
**face-to-face** [1] - 141:7
**fact** [6] - 22:19, 36:21, 51:15, 53:9, 130:2, 130:9
**factors** [4] - 51:22, 53:12, 53:16, 54:20
**factual** [1] - 45:1
**fair** [11] - 8:21, 9:11, 10:7, 14:16, 18:2, 20:8, 28:4, 29:11, 92:18, 131:24, 176:11
**fairly** [1] - 80:13
**falling** [1] - 147:11
**falling-out** [1] - 147:11
**familiar** [1] - 90:2
**family** [2] - 40:5, 87:21
**far** [7] - 42:12, 42:13, 43:17, 127:17, 130:20, 159:23, 162:6
**faster** [1] - 46:14
**FBI** [18] - 4:8, 22:1, 22:3, 32:23, 33:4, 33:9, 38:17, 38:21, 38:23, 39:2, 41:16, 42:16, 47:18, 47:23, 48:13, 50:10, 64:11
**FBI's** [1] - 21:13
**FDEZ** [2] - 188:23, 188:24
**Fe** [1] - 65:7
**fear** [1] - 53:6
**Federal** [1] - 33:5
**federal** [4] - 33:9, 39:8, 39:15, 59:6
**FedEx** [1] - 65:25
**fee** [3] - 174:19, 175:19, 179:19
**fees** [1] - 74:17
**feet** [2] - 122:24, 142:3
**felt** [5] - 22:22, 22:23, 154:17, 154:18, 154:19
**Fernandez** [1] - 12:8
**Ferrari** [3] - 188:12, 190:12, 192:10
**few** [12] - 60:2, 65:24, 102:7, 107:9, 108:9, 122:24, 126:5, 141:17, 170:24, 173:18, 185:15,

190:17
**figure** [2] - 34:6, 164:5
**filed** [1] - 51:11, 52:25
**fill** [1] - 31:5
**financial** [3] - 33:10, 35:24, 46:25
**fine** [8] - 44:8, 45:11, 45:12, 55:3, 55:5, 72:22, 144:15, 144:21
**fingerprint** [2] - 15:22, 16:1
**finish** [1] - 81:10
**finished** [1] - 6:17
**first** [45] - 7:11, 11:3, 14:9, 20:24, 24:19, 31:1, 43:12, 57:11, 58:1, 58:9, 58:25, 68:1, 70:25, 82:11, 83:4, 87:14, 89:7, 90:7, 93:23, 93:25, 94:7, 94:10, 96:8, 103:12, 112:8, 112:24, 113:21, 114:6, 116:22, 119:23, 126:10, 126:11, 131:3, 137:14, 138:19, 146:1, 154:15, 161:15, 169:8, 170:12, 178:5, 178:12, 198:2, 198:8
**FIU** [1] - 65:6
**five** [3] - 89:24, 94:2, 96:1
**flags** [1] - 161:23
**flew** [1] - 112:9
**flight** [7] - 12:2, 21:11, 95:5, 95:6, 154:25, 155:1, 168:11
**Floor** [2] - 2:3, 200:13
**floor** [4] - 76:7, 76:9, 122:21, 123:18
**floors** [1] - 85:14
**FLORIDA** [1] - 1:1
**Florida** [7] - 1:4, 1:17, 1:20, 1:23, 2:3, 62:9, 200:14
**fly** [3] - 112:7, 121:15, 141:1
**flying** [1] - 157:23
**focus** [1] - 180:24
**fold** [1] - 112:22
**folks** [2] - 35:7, 35:10
**follow** [2] - 133:3, 179:6
**following** [18] - 5:22,

43:7, 45:20, 46:7, 46:16, 51:8, 55:6, 58:20, 61:22, 98:9, 98:13, 100:2, 131:15, 132:1, 159:1, 159:4, 159:17, 199:25
**footage** [1] - 141:25
**footage-wise** [1] - 141:25
**FOR** [3] - 1:14, 1:18, 3:4
**Ford** [2] - 189:5, 189:14
**foregoing** [1] - 200:8
**form** [6] - 9:16, 44:18, 44:19, 44:21, 44:23, 173:9
**formalize** [1] - 42:14
**forms** [4] - 44:12, 45:2, 45:5, 45:8
**four** [18] - 14:4, 18:18, 18:19, 22:11, 22:16, 50:8, 74:3, 85:14, 114:17, 114:18, 117:17, 118:25, 123:4, 123:5, 127:19, 143:20
**fourth** [1] - 150:16
**frankly** [2] - 53:13, 53:17
**friend** [15] - 66:19, 77:22, 77:23, 77:24, 77:25, 78:19, 78:20, 79:14, 110:8, 110:25, 120:3, 150:18, 165:7, 175:3, 175:4
**friendly** [3] - 173:23, 175:4, 175:6
**friends** [7] - 84:9, 84:10, 146:5, 160:8, 164:14, 164:19, 166:9
**friendship** [1] - 190:6
**front** [12] - 8:4, 14:15, 17:25, 30:6, 80:25, 128:10, 129:17, 165:21, 191:14, 191:15, 191:18
**full** [6] - 61:24, 74:13, 74:14, 104:7, 107:6, 110:21
**full-time** [2] - 74:13, 74:14
**fully** [1] - 130:13
**furtherance** [1] - 39:20
**future** [1] - 156:16

**G**

**G55** [4] - 34:14, 55:24, 190:12, 192:25
**Gabbana** [1] - 76:23
**Gaitan** [2] - 4:8, 34:23
**Gallardo** [1] - 187:2
**GALLARDO** [1] - 187:2
**gallery** [1] - 60:6
**garage** [4] - 85:14, 192:5, 193:1, 193:3
**garages** [1] - 191:20
**Garcia** [8] - 11:6, 78:8, 136:18, 138:1, 146:10, 146:13, 149:13, 150:21
**Garcia's** [2] - 137:18, 146:1
**García** [3] - 77:20, 78:10, 78:19
**gate** [1] - 154:16
**gather** [1] - 47:12
**generated** [1] - 180:10
**gentleman** [3] - 27:21, 37:22, 150:13
**gentlemen** [8] - 6:2, 6:9, 15:19, 33:20, 74:7, 100:22, 132:3, 172:10
**Georgia** [4] - 65:6, 73:14, 73:25, 74:4
**Ghost** [1] - 190:13
**gifts** [3] - 150:25, 151:3, 152:4
**girlfriend** [2] - 120:3, 163:8
**given** [41] - 41:24, 49:23, 51:17, 73:3, 91:2, 94:14, 107:9, 126:6, 132:16, 143:18, 145:2, 155:12, 156:8, 184:11
**glare** [1] - 34:7
**goal** [1] - 47:10
**God** [1] - 61:8
**godfather** [3] - 150:6, 150:22, 151:1
**gold** [4] - 57:11, 57:18, 57:23, 194:9
**GONZALEZ** [228] - 1:14, 4:5, 5:3, 5:8, 5:14, 5:17, 6:8, 6:12, 6:14, 6:16, 7:19, 7:21, 9:25, 10:1, 10:10, 10:21, 10:24, 11:2, 13:11, 13:14, 14:18,

14:23, 15:1, 18:5, 18:12, 19:16, 19:22, 20:12, 20:19, 20:20, 24:1, 24:10, 24:17, 24:18, 26:13, 27:6, 27:12, 28:7, 28:14, 29:13, 29:19, 30:12, 30:18, 31:20, 32:1, 32:4, 32:17, 43:11, 44:8, 45:7, 45:15, 45:25, 49:14, 51:5, 51:10, 52:1, 52:13, 52:21, 52:24, 53:16, 54:3, 54:11, 54:15, 54:17, 55:1, 55:4, 55:10, 58:5, 58:7, 58:12, 58:16, 59:3, 59:13, 59:24, 60:4, 60:10, 61:1, 62:3, 62:18, 65:14, 67:8, 67:12, 67:13, 67:16, 67:20, 68:18, 68:20, 68:21, 69:14, 69:19, 70:5, 76:2, 76:4, 78:1, 78:4, 78:12, 78:18, 80:15, 80:18, 80:20, 85:20, 85:23, 86:1, 86:12, 86:20, 86:21, 92:5, 92:8, 92:9, 92:21, 93:2, 97:21, 98:11, 98:18, 99:10, 99:12, 99:23, 100:6, 100:10, 104:1, 104:3, 105:2, 105:4, 105:17, 105:24, 106:1, 106:7, 106:9, 107:14, 107:16, 107:24, 108:5, 109:9, 109:11, 110:13, 110:15, 122:16, 122:17, 129:10, 129:12, 129:21, 129:23, 130:12, 131:1, 131:2, 131:12, 131:19, 132:8, 132:11, 133:18, 133:20, 133:24, 135:9, 135:11, 135:14, 136:1, 136:3, 136:9, 136:12, 137:1, 137:3, 137:6, 137:10, 137:13, 143:24, 144:1, 144:5, 144:8, 145:15, 145:17, 145:22, 146:22, 147:1, 147:21, 147:22, 148:21, 149:4, 149:7, 151:8, 151:10, 151:15, 151:18, 151:24, 153:6, 153:13,

153:15, 156:2, 156:12, 156:19, 158:12, 159:8, 159:21, 159:22, 161:1, 161:9, 161:10, 165:22, 165:25, 166:3, 166:14, 166:17, 166:20, 167:18, 167:21, 168:13, 168:18, 170:14, 170:15, 171:5, 171:10, 171:11, 176:14, 176:21, 178:4, 182:24, 183:8, 183:21, 183:22, 186:9, 186:11, 193:21, 194:3, 194:17, 194:19, 195:18, 195:24, 199:1, 199:7

**Gonzalez** [12] - 4:6, 6:7, 43:9, 44:7, 45:25, 52:9, 97:19, 98:18, 100:5, 156:10, 159:8, 159:20

**Gordito** [1] - 11:17

**GOVERNMENT** [4] - 1:14, 3:4, 58:18, 99:15

**Government** [5] - 33:5, 44:1, 47:14, 52:4, 156:7

**government** [1] - 33:13

**Government's** [192] - 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 6:20, 7:18, 7:22, 8:4, 8:6, 8:16, 9:21, 10:15, 10:17, 10:25, 11:3, 11:10, 11:15, 11:20, 12:6, 12:9, 12:12, 12:19, 14:1, 14:6, 14:20, 14:24, 17:24, 18:7, 18:9, 18:13, 18:20, 18:25, 19:3, 19:18, 19:20, 19:23, 20:13, 20:14, 20:16, 23:18, 24:12, 24:14, 24:19, 25:4, 25:18, 25:23, 26:8, 26:23, 26:24, 27:6, 27:8, 27:10, 27:23, 28:8, 28:9, 28:11, 28:22, 29:5,

29:14, 29:16, 29:20, 30:6, 30:14, 30:16, 31:9, 31:22, 31:24, 32:5, 34:4, 34:24, 35:12, 37:7, 37:21, 49:12, 50:6, 56:18, 67:2, 71:22, 75:24, 78:2, 78:13, 78:15, 80:13, 80:23, 81:2, 84:22, 85:20, 86:15, 86:17, 87:25, 88:7, 88:16, 88:23, 92:8, 92:10, 92:22, 92:24, 97:7, 103:12, 104:4, 105:1, 105:5, 105:18, 105:20, 105:22, 106:10, 107:2, 107:11, 107:18, 107:25, 108:2, 109:12, 110:2, 110:12, 119:20, 129:22, 130:13, 130:24, 131:4, 135:4, 135:12, 136:10, 137:11, 143:24, 144:6, 145:20, 146:21, 147:16, 149:5, 149:17, 150:1, 150:14, 151:5, 151:19, 151:21, 152:20, 153:1, 153:9, 153:11, 155:17, 156:15, 156:17, 160:18, 160:21, 161:2, 161:4, 161:6, 165:3, 165:20, 166:10, 166:18, 167:3, 168:16, 170:16, 171:18, 176:3, 176:16, 176:18, 182:25, 183:3, 183:6, 183:9, 188:11, 193:9, 193:24, 193:25, 194:6, 195:8, 195:19, 195:21

**grab** [2] - 100:24, 101:3

**graduate** [1] - 65:1

**gram** [1] - 73:17

**grand** [1] - 47:5

**granted** [1] - 50:19

**great** [1] - 99:10

**green** [1] - 41:24

**gross** [2] - 139:16, 139:17

**Ground** [2] - 65:25

**grounds** [1] - 52:20

**Grove** [8] - 56:3, 79:20, 80:6, 80:11,

80:24, 96:11, 172:4, 172:5

**GT** [2] - 189:5, 190:10

**GT40** [1] - 189:14

**Gucci** [1] - 76:23

**guess** [3] - 36:9, 82:21, 162:5

**guilty** [1] - 64:7

**guy** [1] - 135:17

**guys** [1] - 101:9

**gym** [2] - 66:19, 66:20

# H

**H.I.D.T.A** [1] - 1:16

**H2** [1] - 76:15

**Hacienda** [1] - 156:24

**HACIENDA** [1] - 156:25

**half** [6] - 17:10, 73:17, 74:23, 114:11, 142:2, 190:19

**hand** [8] - 54:6, 58:23, 59:11, 59:16, 59:20, 61:4, 61:12, 149:18

**handcuffed** [4] - 59:15, 60:23, 99:1, 99:4

**handcuffs** [2] - 58:23, 99:6

**handing** [1] - 60:3

**handle** [1] - 34:20

**handling** [1] - 131:17

**hanging** [1] - 75:5

**hard** [2] - 114:5, 114:6

**headphones** [1] - 98:22

**heads** [1] - 37:25

**hear** [6] - 39:22, 49:8, 59:4, 62:7, 77:10, 89:25

**heard** [6] - 132:23, 133:10, 136:5, 170:19, 170:24, 175:9

**hearing** [3] - 52:17, 54:23, 133:12

**hearsay** [6] - 5:10, 49:14, 52:14, 52:20, 54:1, 68:18

**heat** [1] - 30:19

**heat-sealed** [1] - 30:19

**Hector** [2] - 47:21, 50:7

**held** [1] - 142:10

**help** [16] - 34:10, 39:21, 53:11, 61:7, 63:22, 64:15, 64:16, 70:3, 106:3, 109:6, 111:20, 112:6, 116:3, 133:5, 142:5

**helped** [1] - 110:8

**helping** [2] - 72:17, 133:3

**Herald** [1] - 4:25

**hereby** [1] - 200:8

**hermano** [4] - 162:12, 162:13, 162:15, 162:17

**Hernández** [1] - 12:7

**hidden** [5] - 91:11, 113:7, 113:9, 113:10, 154:11

**hide** [1] - 91:8

**high** [7] - 41:15, 41:16, 41:25, 64:22, 64:24, 76:11, 122:24

**higher** [1] - 41:12

**himself** [4] - 47:22, 47:25, 83:19

**hit** [3] - 53:8, 72:7, 103:16

**hold** [1] - 137:3

**holding** [1] - 129:6

**Holland** [1] - 94:10

**home** [3] - 38:6, 47:18, 74:12

**honest** [1] - 60:23

**honestly** [1] - 72:21

**Honor** [96] - 4:5, 4:10, 4:11, 4:15, 5:8, 5:17, 6:8, 6:12, 7:19, 9:25, 10:10, 10:24, 14:18, 18:5, 19:16, 20:12, 20:19, 24:10, 27:6, 28:7, 29:13, 30:12, 31:20, 32:1, 32:17, 37:5, 43:11, 44:8, 45:7, 46:9, 49:14, 51:3, 52:5, 58:5, 58:12, 61:15, 61:19, 62:17, 67:8, 67:12, 67:16, 68:17, 68:18, 69:15, 69:16, 78:1, 78:12, 85:20, 86:12, 92:5, 92:21, 98:11, 99:11, 99:23, 99:24, 100:6, 100:7, 105:2, 105:17, 107:14, 107:24, 129:10, 129:21, 130:12, 130:16, 131:1, 131:12, 132:8, 132:14, 133:18,

143:22, 145:17, 146:23, 147:21, 151:15, 153:6, 156:2, 156:5, 156:12, 159:21, 161:1, 161:9, 165:22, 166:15, 167:18, 168:14, 170:14, 171:5, 176:14, 182:24, 183:17, 186:9, 193:21, 194:15, 195:18, 199:1

**HONORABLE** [1] - 1:10

**hood** [1] - 193:5

**hop** [1] - 193:4

**hoping** [3] - 64:16, 64:18, 82:8

**hospital** [2] - 51:21, 54:8

**hotel** [2] - 121:19, 163:15

**Hotel** [2] - 163:9, 170:9

**hour** [1] - 168:8

**hours** [8] - 22:11, 22:16, 50:8, 74:9, 119:11, 119:12, 125:2

**house** [62] - 21:14, 21:17, 21:21, 56:3, 58:1, 74:3, 74:4, 74:8, 74:12, 74:18, 74:23, 74:25, 75:4, 80:6, 81:9, 81:19, 82:12, 82:15, 85:11, 85:12, 86:8, 86:10, 86:24, 87:4, 87:10, 87:14, 87:21, 88:21, 89:14, 89:18, 89:20, 89:22, 89:25, 90:5, 90:11, 101:3, 111:5, 111:9, 121:19, 121:20, 125:14, 125:24, 126:7, 141:5, 141:19, 141:20, 141:21, 141:22, 141:23, 142:5, 164:2, 164:3, 164:25, 172:1, 172:2, 184:13, 184:14

**houses** [2] - 79:12, 92:19, 147:13

**HOWARD** [1] - 1:18

**Howard** [4] - 4:12, 46:2, 98:20, 159:10

**HRMNO** [1] - 162:11

**hug** [1] - 150:22

**huge** [1] - 169:24

**Hummer** [2] - 76:15, 190:13

**hundred** [2] -

107:10, 108:10
**hundreds** [1] - 139:8
**hung** [1] - 84:9
**husband** [3] -
107:21, 108:6, 124:1

## I

**Iberia** [8] - 12:2,
12:3, 27:21, 165:9,
167:4, 168:11, 169:1,
169:24
**idea** [8] - 41:11,
41:15, 41:17, 42:1,
42:9, 42:14, 169:11,
169:19
**identified** [6] - 10:5,
39:1, 124:2, 124:6,
131:7, 132:21
**identify** [15] - 9:16,
12:25, 13:3, 13:17,
22:3, 39:2, 47:22,
47:25, 128:7, 129:14,
129:20, 130:5,
132:25, 133:5, 144:3
**identities** [1] - 130:8
**identity** [1] - 133:9
**illegal** [1] - 91:22
**immediately** [4] -
43:2, 98:4, 158:20,
199:16
**import** [2] - 66:7,
66:8
**impossible** [1] - 60:5
**IN** [1] - 3:9
**Inc** [2] - 66:3, 66:4
**Inca** [1] - 115:21
**incarcerated** [2] -
95:4, 99:1
**inch** [2] - 114:10,
114:11
**inches** [2] - 114:11,
114:12
**incident** [10] - 21:13,
21:20, 21:21, 56:2,
56:13, 56:15, 58:3,
73:14, 89:24, 90:10
**including** [4] - 42:24,
98:1, 158:17, 199:13
**income** [2] - 66:9,
181:22
**incorrect** [1] -
133:16
**indeed** [1] - 48:18
**Indian** [4] - 115:20,
175:16, 175:17,
175:18
**indicated** [1] - 43:25
**indicating** [1] - 114:9

**indicating** [3] -
114:9, 115:5, 115:6
**indication** [1] - 60:11
**Indio** [6] - 175:12,
175:13, 177:16,
177:18, 179:13,
179:19
**individual** [19] -
11:6, 11:11, 11:16,
11:21, 12:7, 12:10,
12:13, 12:15, 12:18,
12:20, 24:7, 27:19,
77:20, 81:25, 103:15,
130:2, 130:22,
131:18, 132:14
**individually** [1] -
114:2
**individuals** [11] -
10:4, 10:8, 13:1, 23:3,
40:19, 59:15, 101:18,
103:8, 125:24, 130:9,
164:17
**inflammatory** [1] -
5:10
**inform** [1] - 59:14
**information** [14] -
13:22, 15:23, 15:24,
16:7, 43:19, 47:5,
47:7, 47:12, 47:13,
53:2, 174:10, 178:23,
198:5
**informed** [4] - 49:22,
58:25, 59:22, 99:2
**ingeniero** [2] -
115:21, 115:22
**Ingreso** [1] - 153:25
**initial** [1] - 33:2
**initials** [1] - 131:5
**initiated** [1] - 33:5
**initiation** [1] - 33:4
**inquire** [1] - 59:25
**inside** [14] - 24:9,
85:14, 85:16, 87:6,
92:14, 92:15, 93:6,
115:12, 122:13,
123:11, 169:25,
172:13, 191:17
**instance** [1] - 38:21
**instant** [2] - 142:23,
143:1
**instant-message** [2]
- 142:23, 143:1
**instruct** [6] - 43:2,
98:4, 131:20, 132:6,
158:20, 199:16
**instructed** [5] -
50:20, 123:9, 131:21,
131:22, 133:7
**instructing** [1] -
167:13

**instruction** [2] -
60:17, 132:15
**instructions** [1] -
60:16
**interaction** [1] - 58:9
**intercepted** [2] -
7:23, 18:3
**Intercontinental** [1] -
170:9
**interested** [1] -
102:14
**internal** [7] - 42:11,
42:16, 43:20, 44:3,
44:10, 44:15, 44:16
**internally** [1] - 44:13
**International** [1] -
21:9
**Internet** [5] - 42:24,
98:1, 147:14, 158:17,
199:13
**interpreter** [4] - 4:13,
46:4, 98:22, 159:13
**interrupt** [2] - 82:23,
100:25
**interrupted** [1] -
144:17
**interrupts** [1] -
136:18
**interview** [5] - 38:22,
39:7, 48:15, 48:19,
49:1
**interviewed** [1] -
40:17
**interviewing** [1] -
22:21
**interviews** [1] -
39:19
**introduce** [1] - 93:15
**introduced** [5] -
60:7, 60:8, 132:4,
174:1, 197:25
**introduction** [2] -
5:6, 130:20
**invest** [1] - 83:7
**invested** [3] - 82:22,
111:12, 181:12
**investigated** [1] -
39:10
**investigating** [1] -
39:18
**investigation** [18] -
6:25, 9:14, 9:15, 12:1,
12:21, 32:23, 34:19,
34:20, 39:8, 39:11,
39:14, 39:20, 47:16,
48:2, 48:16, 49:25,
56:10, 58:10
**investigations** [3] -
7:24, 33:3, 53:6
**investigator** [5] -

21:25, 22:7, 38:13,
39:5, 41:9
**investigators** [2] -
21:24, 22:14
**investment** [2] -
90:25, 91:1
**invite** [2] - 83:24,
84:1
**Invoice** [8] - 15:16,
16:13, 16:23, 16:25,
17:18, 17:20, 17:22,
57:6
**invoice** [5] - 17:10,
56:19, 57:1, 57:7,
57:21
**invoices** [1] - 15:2
**involved** [7] - 16:6,
38:17, 38:23, 49:9,
69:7, 82:7, 179:8
**involvement** [4] -
9:16, 10:5, 33:4,
109:4
**iPad** [2] - 26:17,
27:24, 28:5
**issue** [2] - 60:25,
61:10
**issues** [1] - 52:9
**Italy** [4] - 134:12,
134:13, 136:20,
136:21
**item** [4] - 130:17,
130:18
**item-by-item** [1] -
130:18
**items** [8] - 20:4,
23:19, 24:2, 26:20,
132:15, 153:1, 160:23
**itself** [3] - 5:9, 42:13,
161:11

## J

**J-o-t-a** [1] - 11:24
**jacket** [1] - 25:2
**Jaime** [21] - 12:13,
71:21, 71:24, 72:9,
72:12, 72:13, 103:14,
103:18, 104:13,
112:2, 112:11,
112:14, 112:15,
118:2, 118:3, 120:8,
120:9, 123:4, 123:8,
124:16, 125:15
**Javier** [1] - 12:10
**Jencks** [5] - 42:17,
43:9, 43:12, 43:16,
43:24
**Jersey** [1] - 95:9
**jewelry** [4] - 75:15,

77:1, 77:2, 193:7
**JFK** [1] - 157:25
**Jimenez** [1] - 12:10
**Jimmy** [30] - 11:7,
11:8, 84:11, 84:23,
84:25, 85:2, 89:8,
89:10, 135:1, 135:2,
135:5, 135:7, 136:8,
139:24, 140:2, 140:9,
140:18, 140:21,
140:24, 141:5, 141:9,
142:4, 142:14,
142:17, 143:6, 145:6,
148:22, 150:22,
185:14
**Jimmy's** [3] - 84:12,
141:13, 141:19
**JOAN** [1] - 1:10
**job** [3] - 67:21, 74:14
**jobs** [1] - 65:25
**José** [9] - 11:21,
12:18, 27:20, 28:20,
104:5, 104:6, 104:8,
105:12, 125:15
**José's** [1] - 105:11
**Jota** [10] - 11:22,
11:23, 165:7, 165:8,
165:10, 167:1, 167:3,
167:15, 168:10,
168:11
**JOTA** [1] - 11:23
**JR** [2] - 1:14, 1:21
**Juan** [6] - 11:16,
27:18, 146:18,
146:19, 166:24,
167:13
**JUAN** [1] - 1:14
**Judge** [6] - 34:11,
45:12, 46:21, 60:10,
64:21, 143:21
**JUDGE** [1] - 1:11
**judge** [11] - 10:12,
13:20, 23:20, 26:9,
42:17, 45:16, 46:12,
51:4, 51:5, 51:10,
130:14
**July** [8] - 55:21,
55:22, 134:1, 135:19,
148:24, 149:15,
149:20, 194:22
**jump** [2] - 97:3,
101:4
**jumping** [2] - 80:9,
167:6
**June** [2] - 57:2, 57:4
**jungle** [1] - 87:17
**juror** [5] - 4:19, 5:15,
45:14, 46:8, 46:15
**Juror** [1] - 4:24
**jurors** [5] - 46:5,

60:1, 61:5, 99:25, 159:14

**jury** [37] - 5:21, 15:20, 33:17, 33:20, 36:2, 38:5, 43:5, 43:6, 46:6, 47:5, 50:19, 51:9, 58:21, 59:14, 60:6, 60:11, 61:4, 74:8, 87:1, 98:7, 98:8, 100:1, 100:22, 131:13, 131:16, 131:20, 132:3, 132:9, 132:17, 132:21, 145:1, 158:23, 158:25, 159:16, 172:10, 199:2, 199:24

**JURY** [3] - 1:10, 5:24, 6:3

**jury's** [2] - 43:22, 55:2

## K

**keep** [13] - 74:14, 91:11, 126:15, 129:5, 129:8, 144:23, 152:23, 157:11, 163:17, 190:17, 191:19, 192:1, 192:13

**keeping** [1] - 102:14

**kept** [6] - 160:13, 161:21, 164:7, 191:21, 191:23, 192:20

**Key** [1] - 66:1

**keys** [1] - 179:25

**Killian** [1] - 64:25

**kilo** [8] - 81:23, 114:3, 114:19, 116:12, 123:10, 123:12, 139:2, 139:10

**kilos** [34] - 63:6, 63:7, 71:3, 71:4, 71:10, 104:21, 107:9, 108:10, 108:19, 109:23, 111:23, 112:17, 113:17, 113:20, 113:22, 114:2, 114:13, 114:17, 115:1, 115:12, 116:10, 116:15, 116:16, 118:25, 119:5, 123:19, 127:7, 136:24, 140:8, 140:22, 141:11, 164:8

**kind** [9] - 15:22, 15:25, 44:21, 76:20, 77:2, 152:2, 180:2, 182:22, 188:12

**Klugh** [4] - 4:12, 46:2, 98:20, 159:10

**KLUGH** [24] - 1:21, 4:15, 52:14, 59:19, 60:15, 61:15, 61:19, 61:21, 68:17, 69:16, 86:14, 99:11, 99:24, 105:19, 130:16, 132:13, 151:17, 153:8, 156:5, 161:3, 178:3, 183:17, 193:22, 194:15

**knife** [1] - 51:19

**knowledge** [5] - 53:23, 54:1, 54:2, 178:3, 190:23

**knowledgeable** [1] - 5:2

**known** [10] - 11:7, 11:17, 11:22, 12:8, 12:11, 12:15, 62:19, 66:16, 198:1

**knows** [2] - 41:5, 169:19

**KORNSPAN** [1] - 1:19

**Krentz** [10] - 25:22, 28:22, 32:5, 66:16, 67:14, 68:8, 69:4, 69:10, 75:5, 77:15

**Krentz's** [3] - 29:9, 29:21, 31:12

## L

**labeled** [1] - 86:23

**lack** [2] - 37:18, 72:7

**ladies** [10] - 6:2, 6:9, 15:19, 33:20, 36:25, 37:21, 74:7, 100:22, 132:3, 172:10

**lady** [2] - 53:13, 53:18

**Lamborghini** [6] - 182:23, 184:18, 185:4, 185:7, 185:17, 187:1

**Lamborghinis** [1] - 185:16

**language** [5] - 7:11, 8:7, 8:12, 156:5, 159:12

**large** [1] - 139:6

**larger** [3] - 25:1, 173:4, 173:6

**las** [1] - 11:12

**Las** [1] - 121:23

**last** [11] - 5:15, 6:17, 7:18, 50:20, 53:20,

61:25, 127:12, 137:7, 144:20, 155:25, 167:9

**lastly** [6] - 12:19, 19:14, 25:23, 58:8, 110:12, 163:24

**latitude** [1] - 198:20

**laundering** [16] - 47:16, 48:2, 49:6, 49:9, 49:23, 50:1, 50:3, 50:6, 50:13, 50:22, 51:1, 53:14, 53:18, 64:5, 181:18, 182:3

**laundering/drug** [1] - 39:11

**law** [11] - 33:9, 39:17, 39:22, 39:23, 39:24, 39:25, 40:1, 40:3, 40:4, 49:20, 145:7

**lawyer** [9] - 50:10, 174:18, 174:21, 174:25, 175:4, 175:6, 175:25, 178:23, 179:11

**lay** [1] - 68:19

**laying** [1] - 45:3

**learn** [1] - 120:17

**learned** [1] - 67:23

**least** [7] - 44:19, 57:22, 74:14, 118:21, 140:14, 177:3, 180:16

**leave** [11] - 37:10, 43:4, 98:6, 119:17, 119:18, 121:4, 129:3, 158:22, 191:15, 199:19, 199:20

**leaving** [3] - 136:17, 136:18, 154:11

**ledger** [2] - 129:8, 163:25

**leery** [1] - 145:6

**left** [11] - 30:3, 31:2, 62:14, 100:11, 121:1, 121:4, 121:6, 123:18, 126:15, 146:6, 149:18

**left-hand** [1] - 149:18

**legal** [1] - 182:1

**LENARD** [1] - 1:10

**lend** [1] - 72:19

**less** [7] - 65:9, 65:10, 77:15, 118:23, 119:8, 168:8, 188:14

**lesser** [1] - 64:18

**letter** [8] - 102:2, 102:13, 102:15, 102:19, 102:20, 102:21, 133:22, 134:24

**level** [1] - 41:18

**license** [2] - 79:11, 81:20

**licensing** [1] - 79:9

**lifeguard** [1] - 66:1

**light** [1] - 41:24

**lighter** [1] - 101:24

**Lima** [5] - 112:9, 116:24, 117:2, 117:3, 120:10

**limited** [1] - 133:2

**lined** [1] - 122:21

**lines** [1] - 45:3

**link** [1] - 142:22

**LISA** [2] - 2:1, 200:12

**listed** [3] - 130:1, 130:9, 131:4

**listen** [8] - 8:1, 42:23, 97:25, 133:4, 138:2, 158:16, 166:25, 169:9, 199:12

**listened** [1] - 131:6

**listening** [1] - 142:11

**live** [5] - 65:19, 75:11, 79:17, 184:16, 189:25

**lived** [6] - 70:17, 75:10, 75:11, 75:13, 75:15, 75:17

**lives** [1] - 187:23

**living** [6] - 23:16, 65:23, 79:10, 96:10, 96:12, 96:15

**load** [4] - 63:23, 106:23, 139:10, 140:11

**loaded** [3] - 108:16, 108:18, 124:22

**Loaders** [11] - 33:18, 33:21, 34:15, 35:4, 35:6, 35:10, 35:12, 35:20, 55:15, 55:22, 56:16

**loads** [2] - 139:11, 162:4

**lobby** [1] - 101:17

**located** [1] - 29:1

**location** [4] - 33:18, 33:23, 113:6, 176:7

**locations** [1] - 92:4

**logo** [2] - 196:4, 196:10

**longitude** [1] - 198:20

**look** [15] - 30:20, 30:21, 33:10, 35:23, 45:8, 59:21, 62:14, 77:10, 101:7, 114:4, 132:6, 138:2, 149:18, 171:8, 195:11

**looked** [3] - 36:1,

44:20, 146:6

**looking** [3] - 32:5, 37:21, 161:15

**looks** [1] - 107:22

**loose** [1] - 114:5

**looseleafs** [2] - 199:20, 199:21

**LOPEZ** [1] - 1:7

**Lopez** [52] - 4:2, 4:13, 13:3, 15:6, 17:1, 21:2, 23:17, 25:8, 26:2, 27:16, 27:24, 28:18, 36:3, 36:14, 36:18, 36:24, 38:7, 45:22, 46:3, 47:4, 49:12, 49:21, 51:17, 56:22, 57:9, 62:10, 62:19, 68:23, 69:5, 69:8, 69:11, 70:8, 75:5, 98:15, 98:21, 108:23, 110:7, 111:8, 111:15, 131:9, 131:10, 135:16, 139:24, 144:2, 149:10, 150:4, 150:16, 158:3, 159:6, 159:11, 195:15

**Lopez's** [1] - 57:17

**loud** [1] - 65:17

**Loza** [3] - 11:16, 27:18, 166:25

**Luck** [2] - 66:3, 66:4

**Luis** [1] - 11:6

**lunch** [3] - 60:18, 97:20, 98:7

**luncheon** [1] - 98:12

**luxury** [1] - 36:9

## M

**ma'am** [5] - 5:20, 6:5, 46:18, 58:13, 159:15

**Machado** [2] - 29:25, 30:4

**machine** [2] - 112:20, 116:3

**machines** [1] - 90:1

**Madeline** [2] - 3:5, 4:7

**Madrid** [39] - 63:22, 85:5, 85:6, 91:6, 94:12, 94:21, 95:7, 96:15, 96:16, 101:3, 104:22, 106:20, 107:9, 109:8, 109:22, 116:13, 120:15, 121:9, 121:12, 121:14, 121:15, 121:17, 122:2,

126:16, 127:20, 134:4, 134:7, 134:12, 135:20, 138:8, 139:3, 152:10, 154:11, 156:25, 163:9, 171:25, 175:2, 184:14, 197:5

**magazine** [2] - 147:14, 147:15

**magazines** [1] - 172:13

**maids** [1] - 142:6

**mail** [18] - 12:25, 13:5, 13:12, 14:9, 14:12, 14:16, 15:2, 15:21, 15:22, 16:1, 16:2, 16:11, 17:14, 18:25, 19:7, 20:9, 88:8

**mails** [10] - 13:19, 14:4, 16:6, 18:2, 18:18, 18:19, 18:20, 20:2, 20:3, 20:6

**main** [1] - 151:4

**maintain** [1] - 69:16

**majority** [1] - 55:24

**maker** [1] - 52:16

**makeshift** [1] - 154:16

**male** [2] - 144:12, 144:15

**males** [1] - 20:23

**man** [4] - 93:13, 174:19, 175:9, 197:10

**manufactured** [1] - 66:8

**March** [15] - 17:15, 21:21, 21:22, 38:4, 46:23, 47:10, 47:16, 48:1, 48:15, 48:18, 48:21, 49:5, 56:1, 58:1, 58:9

**Maria** [2] - 11:11, 29:25

**marijuana** [4] - 67:1, 68:2, 68:8, 73:23

**marina** [1] - 122:3

**maritime** [1] - 198:19

**Mark** [5] - 29:2, 70:11, 70:13, 75:21, 75:22

**marked** [1] - 34:4

**married** [2] - 79:3, 79:5

**MARSHAL** [1] - 99:14

**marshals** [3] - 58:22, 59:25, 98:25

**marshals'** [1] - 61:1

**Martin** [1] - 190:14

**Martinez** [1] - 12:15

**mass** [2] - 114:19, 114:20

**material** [1] - 114:7

**materials** [3] - 43:4, 158:22, 159:23

**math** [1] - 139:14

**matter** [9] - 39:15, 42:24, 43:18, 53:21, 98:1, 130:16, 158:17, 199:13, 200:9

**matters** [1] - 52:9

**Maverick's** [1] - 20:3

**Maxwell** [6] - 4:6, 45:25, 67:17, 80:15, 98:18, 159:8

**MAXWELL** [14] - 1:15, 4:10, 59:25, 61:3, 61:10, 76:3, 80:16, 104:2, 106:8, 109:10, 110:14, 147:19, 151:7, 200:3

**Maybach** [4] - 35:14, 35:15, 35:16, 190:10

**McLaren** [1] - 190:13

**mean** [7] - 40:17, 61:12, 69:23, 105:12, 113:8, 114:10, 153:25, 157:5, 157:19, 162:15, 162:17, 162:22, 163:14, 184:9, 186:2, 188:17, 197:13

**meaning** [2] - 179:22, 181:20

**means** [7] - 42:4, 154:8, 157:2, 162:23, 163:2, 163:15

**meant** [2] - 102:22, 162:19

**medical** [3] - 51:16, 53:11, 54:8

**meet** [26] - 21:5, 66:15, 66:18, 70:8, 77:20, 78:25, 84:7, 84:10, 85:2, 87:21, 87:23, 88:21, 93:11, 106:23, 107:2, 109:1, 109:23, 110:3, 110:16, 116:24, 140:1, 140:18, 140:24, 144:21, 170:8, 198:13

**meeting** [9] - 22:2, 22:20, 50:8, 58:8, 141:7, 141:10, 141:16, 141:17, 198:4

**meetings** [1] - 53:4

**meets** [1] - 50:10

**members** [4] - 6:24,

7:4, 87:21, 132:21

**men** [1] - 53:8

**Mendez** [1] - 12:13

**mention** [1] - 39:22

**mentioned** [4] - 38:5, 81:14, 191:6, 193:7

**Mercedes** [15] - 34:13, 151:4, 152:3, 177:1, 177:7, 177:12, 177:21, 178:12, 179:5, 179:17, 179:24, 179:25, 180:2, 180:13, 190:12

**Mercedes-Benz** [8] - 152:3, 177:1, 177:12, 177:21, 178:12, 179:17, 179:24, 180:13

**message** [4] - 17:13, 141:9, 142:23, 143:1

**messages** [2] - 9:5, 18:25

**met** [11] - 48:18, 71:16, 84:9, 89:3, 103:9, 103:15, 112:2, 117:1, 146:5, 175:9

**metadata** [4] - 15:21, 17:13, 17:14, 17:15

**MIAMI** [1] - 1:2

**Miami** [32] - 1:4, 1:17, 1:20, 1:23, 2:2, 2:3, 4:24, 21:9, 21:11, 21:24, 22:15, 40:1, 62:9, 64:22, 64:25, 65:6, 65:20, 91:2, 91:15, 94:17, 96:12, 96:15, 101:1, 111:3, 129:3, 147:13, 149:24, 157:25, 190:1, 190:6, 200:13, 200:14

**Miami-Dade** [1] - 65:6

**microphone** [1] - 62:7

**middle** [2] - 114:22, 119:23

**might** [6] - 34:10, 74:11, 95:9, 116:16, 181:25, 192:20

**Milano** [1] - 134:14

**million** [9] - 17:10, 90:17, 90:24, 108:24, 108:25, 111:13, 139:15, 192:4, 192:12

**MILTON** [1] - 1:18

**mine** [2] - 39:11, 160:22

**Ministry** [1] - 156:24

**minus** [3] - 163:2,

163:13, 163:17

**minute** [2] - 45:16, 158:24

**minutes** [8] - 43:5, 45:14, 60:2, 101:22, 122:2, 141:17, 158:23, 170:24

**missed** [3] - 95:4, 95:5, 154:25

**missing** [1] - 193:2

**mistake** [1] - 137:4

**moment** [6] - 10:12, 51:3, 58:5, 103:1, 104:24, 146:20

**Monday** [1] - 136:17

**money** [111] - 31:6, 39:11, 47:15, 48:2, 49:6, 49:9, 49:23, 50:1, 50:3, 50:6, 50:13, 50:22, 51:1, 53:13, 53:18, 64:1, 64:5, 69:1, 72:19, 72:20, 72:24, 73:3, 73:9, 73:18, 73:19, 73:21, 83:7, 83:10, 83:12, 83:14, 83:19, 90:1, 90:2, 90:14, 90:15, 90:23, 91:1, 91:4, 91:10, 91:15, 94:4, 94:15, 95:21, 100:19, 102:14, 102:19, 108:23, 111:17, 116:19, 126:5, 126:6, 126:8, 126:13, 128:18, 129:1, 129:5, 134:7, 134:22, 138:14, 138:18, 139:19, 154:11, 155:2, 155:8, 157:16, 158:4, 160:5, 160:7, 160:14, 162:3, 162:4, 163:4, 163:18, 164:10, 164:13, 164:17, 164:20, 164:23, 165:1, 165:11, 165:15, 166:9, 166:12, 171:24, 174:5, 174:6, 174:12, 174:20, 177:9, 177:24, 178:5, 179:2, 179:3, 179:16, 179:18, 179:24, 180:10, 180:13, 180:20, 180:21, 181:2, 181:12, 181:18, 181:24, 181:25, 182:3, 183:23, 184:1, 187:15

**money-laundering** [2] - 48:2, 49:6

**MoneyGram** [3] - 174:5, 176:7, 176:11

**monitor** [1] - 67:10

**monitors** [2] - 6:13, 60:7

**Montero** [1] - 22:15

**month** [4] - 94:7, 94:22, 94:23, 121:11

**monthly** [2] - 74:14, 74:17

**months** [5] - 64:10, 87:20, 94:2, 102:7, 190:17

**morning** [25] - 4:3, 4:5, 4:9, 4:10, 4:11, 4:14, 4:15, 5:23, 5:24, 6:2, 6:3, 6:9, 32:21, 32:22, 52:19, 62:4, 62:5, 99:8, 99:17, 100:24, 101:1, 135:17, 199:8, 199:22, 200:1

**most** [4] - 7:2, 15:25, 71:1, 177:9

**mostly** [2] - 112:16, 173:18

**mother** [3] - 87:24, 88:20, 148:11

**motion** [4] - 23:21, 50:18, 50:19, 130:15

**Motor** [4] - 183:10, 184:6, 189:7, 189:16

**mouth** [1] - 146:1

**move** [28] - 10:10, 14:18, 18:5, 19:16, 20:12, 24:10, 27:6, 28:7, 29:13, 30:12, 31:20, 32:2, 78:12, 80:2, 86:12, 92:21, 105:17, 107:24, 108:10, 130:12, 151:15, 153:6, 156:2, 161:1, 176:14, 182:24, 193:21, 195:18

**moved** [4] - 32:1, 81:9, 96:11, 123:22

**movements** [1] - 109:21

**Movil** [1] - 188:2

**MOVIL** [1] - 188:2

**MR** [294] - 4:5, 4:11, 4:15, 5:3, 5:8, 5:14, 5:17, 5:18, 6:8, 6:12, 6:14, 6:16, 7:19, 7:21, 9:25, 10:1, 10:10, 10:12, 10:14, 10:21, 10:24, 11:2, 13:11, 13:14, 14:18, 14:23, 15:1, 18:5, 18:12,

19:16, 19:22, 20:12, 20:19, 20:20, 23:20, 24:1, 24:10, 24:17, 24:18, 26:9, 26:12, 26:13, 27:6, 27:12, 28:7, 28:14, 29:13, 29:19, 30:12, 30:18, 31:20, 32:1, 32:4, 32:17, 32:20, 34:2, 34:3, 34:6, 34:9, 34:11, 34:12, 37:5, 37:6, 42:17, 43:11, 43:24, 44:6, 44:8, 45:7, 45:12, 45:15, 45:16, 45:25, 46:2, 46:12, 46:21, 46:22, 49:14, 49:17, 50:18, 50:21, 51:3, 51:5, 51:10, 52:1, 52:2, 52:13, 52:14, 52:15, 52:21, 52:24, 53:16, 53:20, 54:3, 54:11, 54:15, 54:17, 54:22, 55:1, 55:4, 55:10, 58:5, 58:7, 58:12, 58:16, 59:3, 59:4, 59:10, 59:13, 59:19, 59:24, 60:4, 60:10, 60:15, 61:1, 61:13, 61:15, 61:19, 61:21, 62:3, 62:17, 62:18, 65:14, 67:8, 67:12, 67:13, 67:16, 67:20, 68:17, 68:18, 68:20, 68:21, 69:14, 69:16, 69:19, 70:5, 76:2, 76:4, 78:1, 78:4, 78:12, 78:18, 80:15, 80:18, 80:20, 85:20, 85:23, 86:1, 86:12, 86:14, 86:20, 86:21, 92:5, 92:8, 92:9, 92:21, 93:2, 97:21, 98:11, 98:18, 98:20, 99:10, 99:11, 99:12, 99:23, 99:24, 100:6, 100:10, 104:1, 104:3, 105:2, 105:4, 105:17, 105:19, 105:24, 106:1, 106:7, 106:9, 107:14, 107:16, 107:24, 108:5, 109:9, 109:11, 110:13, 110:15, 122:16, 122:17, 129:10, 129:12, 129:21, 129:23, 130:12, 130:14, 130:16, 131:1, 131:2, 131:12, 131:19, 131:24, 132:8, 132:11,

132:13, 133:18, 133:20, 133:24, 135:9, 135:11, 135:14, 136:1, 136:3, 136:9, 136:12, 137:1, 137:3, 137:6, 137:10, 137:13, 143:21, 143:24, 144:1, 144:5, 144:8, 145:15, 145:16, 145:17, 145:22, 146:22, 147:1, 147:21, 147:22, 148:21, 149:4, 149:7, 151:8, 151:10, 151:15, 151:17, 151:18, 151:24, 153:6, 153:8, 153:13, 153:15, 156:2, 156:5, 156:12, 156:19, 158:12, 159:8, 159:10, 159:21, 159:22, 161:1, 161:3, 161:9, 161:10, 165:22, 165:25, 166:3, 166:14, 166:17, 166:20, 167:18, 167:21, 168:13, 168:18, 170:14, 170:15, 171:5, 171:10, 171:11, 176:14, 176:21, 178:3, 178:4, 182:24, 183:8, 183:17, 183:21, 183:22, 186:9, 186:11, 193:21, 193:22, 194:3, 194:15, 194:17, 194:19, 195:18, 195:24, 199:1, 199:7
     **mralvarito** [2] -
13:10, 13:11
     **mralvarito@**
**hotmail.com** [1] - 13:8
     **MS** [13] - 4:10, 59:25, 61:3, 61:10, 76:3, 80:16, 104:2, 106:8, 109:10, 110:14, 147:19, 151:7, 200:3
     **multiple** [2] - 122:23, 181:7
     **Murcielago** [4] -
182:23, 184:19, 185:4, 185:7
     **Murphy** [1] - 81:17
     **must** [1] - 44:1

# N

     **name** [44] - 11:6, 11:11, 11:16, 11:21, 12:7, 12:10, 12:13, 12:15, 12:18, 12:20, 15:4, 22:15, 29:25, 34:17, 37:3, 61:24, 61:25, 62:10, 76:21, 77:20, 78:25, 81:16, 93:12, 104:7, 107:6, 109:2, 110:21, 115:20, 142:22, 146:18, 146:20, 148:4, 156:20, 158:8, 174:21, 182:20, 185:21, 187:7, 187:21, 188:7, 188:18, 188:19, 189:10
     **Name** [1] - 189:10
     **named** [2] - 165:7, 197:10
     **names** [3] - 130:1, 130:2, 160:10
     **narcotics** [1] - 81:20
     **National** [5] - 7:23, 33:1, 33:6, 33:8, 33:9
     **native** [2] - 7:8, 115:21
     **necessarily** [1] -
60:15
     **need** [19] - 4:16, 33:13, 41:2, 44:3, 51:5, 60:18, 65:17, 85:20, 100:7, 135:10, 135:23, 135:24, 138:3, 138:4, 156:13, 166:17, 181:24, 188:9, 190:11
     **needed** [2] - 39:21, 45:13, 112:15, 112:16, 177:24
     **negotiate** [1] -
178:15
     **neighborhood** [1] -
193:4
     **nervous** [1] - 22:22
     **Nestor** [4] - 77:20, 78:8, 78:9, 78:19
     **Netherlands** [1] -
84:5
     **never** [15] - 43:14, 43:15, 48:22, 70:24, 71:11, 85:7, 95:22, 114:3, 115:20, 115:25, 121:3, 122:9, 137:21, 142:9, 175:9
     **new** [4] - 59:24,

143:21, 145:16, 193:22
     **New** [5] - 37:19, 38:1, 95:9, 95:10, 157:25
     **Newark** [1] - 95:9
     **newspaper** [6] - 5:5, 147:2, 149:11, 149:19, 149:24, 150:2
     **next** [9] - 25:13, 58:15, 77:11, 138:1, 150:10, 150:21, 155:1, 170:5, 186:6
     **nice** [9] - 75:15, 75:17, 76:13, 76:21, 83:7, 85:14, 199:22, 200:2
     **nicely** [2] - 75:11, 75:13
     **nickname** [3] -
115:21, 175:9, 175:11
     **Nieves** [1] - 11:12
     **night** [2] - 74:13, 168:4
     **nightclub** [1] - 72:10
     **NO** [1] - 1:2
     **nobody** [1] - 142:6
     **noises** [1] - 89:25
     **nombre** [1] - 188:16
     **nonresponsive** [1] -
50:18
     **noon** [1] - 60:20
     **normal** [1] - 193:2
     **normally** [1] - 59:16
     **North** [2] - 2:2, 200:13
     **Northwest** [1] - 1:16
     **Nos** [12] - 3:10, 3:11, 3:12, 3:12, 3:13, 3:22, 10:17, 18:9, 19:20, 24:14, 26:8, 183:6
     **note** [4] - 4:23, 23:21, 173:3, 173:4
     **notebooks** [7] - 98:6, 132:4, 132:5, 158:22, 199:19, 199:20
     **notes** [3] - 87:1, 172:19, 172:22
     **nothing** [4] - 53:13, 53:17, 61:7, 181:19
     **notice** [5] - 56:2, 75:9, 77:2, 77:15, 87:14
     **noticing** [2] - 194:21, 194:24
     **notifying** [1] - 102:13
     **November** [3] -
96:20, 100:14, 100:17
     **number** [9] - 31:13, 43:13, 59:9, 60:4,

71:4, 71:5, 76:1, 161:12, 184:21
     **numbers** [1] - 9:9

# O

     **Oak** [1] - 15:9
     **oath** [12] - 6:5, 46:18, 58:24, 59:11, 59:13, 59:18, 99:7, 99:8, 99:17, 99:20, 100:4, 159:19
     **object** [3] - 52:3, 52:20, 53:21
     **objection** [34] -
10:14, 23:22, 23:23, 26:10, 49:14, 59:10, 61:16, 68:17, 69:16, 69:17, 86:14, 99:5, 105:19, 130:14, 130:18, 131:18, 131:23, 132:14, 132:18, 132:19, 145:15, 145:16, 151:17, 153:8, 156:7, 156:14, 161:3, 166:1, 167:19, 182:25, 183:17, 193:22, 193:23, 199:3
     **objections** [5] -
61:16, 61:20, 130:22, 132:12, 143:21
     **obtain** [4] - 9:19, 12:21, 12:22, 33:1
     **obtained** [6] - 14:9, 20:1, 20:9, 26:25, 27:1, 28:5
     **obtaining** [1] - 13:15
     **obviously** [1] - 40:21
     **occasions** [3] -
51:16, 51:20, 53:10
     **occur** [2] - 117:3, 179:22
     **occurred** [3] - 21:14, 38:10, 179:4
     **October** [1] - 96:20
     **OF** [2] - 1:1, 1:4
     **offenses** [1] - 49:6
     **offer** [3] - 71:4, 82:16, 111:24
     **offers** [1] - 170:6
     **office** [2] - 77:11, 174:23
     **OFFICE** [1] - 46:8
     **Office** [6] - 41:21, 41:23, 42:1, 52:22, 64:12, 74:15
     **officer** [2] - 49:20, 74:16, 199:21

**OFFICER** [2] - 5:20, 159:15

**Official** [1] - 200:13

**official** [1] - 2:1

**officials** [1] - 101:14

**offload** [1] - 122:1

**offloading** [5] - 103:23, 104:14, 104:19, 108:12, 152:10

**Offshore** [1] - 15:9

**often** [1] - 143:16

**old** [1] - 87:20

**older** [1] - 84:25

**once** [13] - 13:17, 63:22, 103:24, 106:19, 114:13, 115:11, 123:12, 126:2, 127:20, 138:16, 154:21, 173:7, 178:18

**one** [123] - 4:19, 13:4, 13:7, 13:8, 14:12, 16:6, 17:15, 18:23, 19:3, 20:2, 20:6, 21:6, 22:2, 22:4, 22:14, 23:14, 32:13, 32:15, 34:15, 34:20, 37:9, 40:19, 40:23, 41:2, 41:5, 41:18, 43:13, 44:19, 45:2, 45:3, 46:8, 51:3, 51:14, 51:22, 53:20, 54:6, 54:21, 55:24, 57:13, 58:5, 59:9, 71:2, 71:10, 72:19, 75:16, 78:25, 84:9, 84:10, 86:22, 93:3, 94:1, 100:24, 100:25, 101:1, 106:23, 113:16, 114:19, 117:25, 118:1, 120:3, 120:9, 120:14, 121:20, 125:3, 126:25, 127:10, 132:13, 134:3, 136:4, 137:3, 139:7, 140:5, 142:24, 143:8, 143:14, 144:22, 145:2, 151:4, 154:16, 160:2, 160:8, 162:19, 165:10, 165:18, 165:19, 166:9, 167:25, 168:2, 168:5, 168:13, 170:3, 170:19, 170:24, 171:25, 172:18, 173:3, 173:20, 173:23, 174:1, 174:23, 175:24,

177:3, 180:6, 183:13, 184:6, 185:17, 186:12, 186:18, 191:4, 191:9, 192:13, 192:15, 192:17, 192:20, 195:25, 196:6, 196:8, 197:20

**ones** [9] - 30:10, 56:5, 120:14, 124:4, 124:7, 125:24, 132:11, 169:14, 199:3

**open** [24] - 30:19, 33:3, 55:6, 61:22, 87:6, 106:3, 113:12, 131:20, 132:1, 132:5, 132:6, 133:21, 135:13, 136:11, 137:12, 144:7, 145:21, 149:6, 152:15, 166:19, 168:17, 182:8, 183:13, 193:3

**opened** [8] - 51:12, 113:10, 113:14, 125:7, 182:12, 182:16, 183:11, 183:13

**opening** [1] - 152:23

**opens** [1] - 52:8

**operation** [2] - 42:13, 120:10

**operations** [1] - 41:7

**opinion** [1] - 43:17

**opportunity** [7] - 8:1, 8:3, 21:5, 22:8, 30:21, 107:1, 110:16

**opposed** [1] - 60:16

**oral** [1] - 120:9

**order** [3] - 160:1, 179:4, 192:5

**organize** [2] - 83:1, 109:21

**organizing** [1] - 103:21

**orientation** [1] - 50:5

**original** [4] - 24:9, 74:21, 131:5, 132:15

**Orlando** [6] - 148:5, 150:9, 150:11, 150:13, 150:18, 151:12

**Ortiz** [9] - 12:18, 47:21, 47:22, 50:7, 112:11, 114:14, 115:17, 116:24

**outside** [6] - 51:9, 58:21, 114:8, 115:2, 122:2, 131:16

**overhead** [1] - 81:3

**overlap** [1] - 122:15

**overlapping** [1] - 135:22

**overruled** [4] - 23:23, 49:15, 69:17, 193:23

**owed** [4] - 108:24, 129:6, 160:14, 164:7

**owing** [1] - 108:23

**own** [5] - 133:10, 133:11, 133:13, 189:23, 190:6

**owned** [2] - 80:6, 194:13

**owner** [1] - 36:18

## P

**P-o-l-l-l-a-c-k** [1] - 62:1

**p.m** [7] - 1:6, 74:12, 98:8, 100:1, 158:25, 159:16, 199:24

**pack** [4] - 112:21, 119:9, 123:12, 134:4

**package** [6] - 63:10, 103:3, 113:22, 114:21, 119:1, 127:10

**packaged** [5] - 63:14, 63:17, 121:10, 127:20, 138:19

**packages** [3] - 104:21, 123:10

**packaging** [13] - 109:6, 109:24, 111:21, 112:6, 113:25, 116:4, 117:3, 117:14, 120:9, 120:22, 152:9, 164:8

**packing** [5] - 103:10, 103:22, 104:10, 114:15, 127:17

**Padrino** [1] - 150:5

**Padron** [2] - 148:16, 148:17

**PAGE** [1] - 3:9

**Page** [13] - 135:15, 136:14, 137:14, 144:9, 144:20, 145:23, 146:13, 149:10, 150:4, 150:16, 166:24, 167:6, 168:19

**page** [6] - 86:23, 131:21, 150:21, 167:7, 170:5, 186:6

**pages** [3] - 6:23, 7:2, 7:5

**Pages** [1] - 1:8

**paid** [15] - 63:24,

81:7, 83:18, 116:6, 116:10, 116:18, 116:19, 126:4, 128:15, 128:16, 134:16, 134:19, 136:23, 162:4, 180:6

**pair** [1] - 179:25

**pairs** [1] - 39:19

**Pais** [3] - 4:25, 5:3, 5:4

**pallet** [1] - 122:23

**pallets** [3] - 122:13, 122:19, 122:21

**Panadero** [16] - 11:21, 27:20, 28:20, 169:8, 168:22, 169:1, 169:8, 169:22, 170:6, 170:8, 170:11, 170:12, 170:19, 170:25, 171:2, 171:12

**panels** [1] - 113:15

**paper** [7] - 114:6, 154:6, 160:17, 161:12, 162:1, 163:24

**paperwork** [8] - 42:14, 42:16, 43:25, 44:3, 44:10, 44:17, 47:3, 152:23

**parallel** [1] - 33:3

**paranoid** [1] - 125:16

**paraphrasing** [1] - 170:2

**park** [2] - 191:14, 191:15, 192:6

**parked** [3] - 56:2, 56:4, 192:22

**part** [5] - 26:19, 34:20, 48:16, 54:13, 58:10

**partake** [1] - 191:17

**participate** [2] - 38:22, 140:14

**participating** [1] - 22:12

**participation** [1] - 103:23

**particular** [5] - 15:21, 30:3, 142:10, 152:13, 195:3

**particularly** [3] - 75:3, 133:4, 142:14

**partner** [1] - 135:2

**partners** [2] - 84:19, 84:20

**party** [7] - 38:1, 41:2, 71:16, 71:17, 72:1, 72:9, 103:15

**pass** [5] - 120:5, 131:12, 167:10, 179:19, 198:5

**passport** [7] - 32:6, 105:11, 106:2, 157:21, 185:18, 187:11, 187:13

**passports** [2] - 31:13, 32:11

**past** [1] - 154:15

**pat** [2] - 154:18, 154:19

**pause** [1] - 46:11

**pay** [2] - 73:5, 91:23, 139:9, 179:5, 179:17, 181:19, 181:22, 185:3, 187:15, 188:2, 189:1, 189:16

**payable** [1] - 31:7

**paying** [1] - 181:20

**payment** [2] - 177:23, 184:4

**Pedro** [2] - 12:7

**people** [37] - 9:16, 15:25, 20:21, 21:23, 27:13, 28:15, 40:23, 41:14, 42:7, 82:22, 109:23, 112:10, 114:3, 117:23, 119:21, 124:9, 125:6, 125:22, 127:17, 127:18, 128:1, 130:5, 134:24, 136:7, 139:19, 147:23, 163:4, 163:7, 164:22, 165:10, 168:9, 171:15, 173:24, 179:7, 179:16, 180:22, 185:13

**peppers** [20] - 112:21, 112:22, 114:22, 114:25, 115:1, 115:2, 115:11, 119:9, 122:4, 122:22, 123:17, 125:1, 127:18, 134:4, 134:8, 138:8, 152:9, 197:2

**per** [4] - 122:23, 123:15, 123:16, 139:10

**percent** [4] - 164:4, 174:19, 175:19, 190:18

**perfect** [1] - 144:16

**perhaps** [1] - 53:24

**period** [5] - 74:21, 74:24, 75:3, 80:5, 152:8

**periods** [1] - 74:9

**permission** [2] - 165:23, 185:20

**permit** [1] - 131:13

**person** [47] - 11:5, 20:24, 21:1, 24:23, 25:13, 25:21, 26:3, 27:15, 27:17, 28:19, 31:3, 40:4, 40:17, 40:20, 40:25, 41:5, 62:10, 64:19, 67:3, 81:14, 88:1, 88:24, 106:11, 107:2, 107:17, 109:1, 109:13, 110:3, 110:16, 120:7, 120:12, 140:24, 142:24, 142:25, 145:3, 146:18, 147:25, 148:2, 165:4, 165:6, 167:3, 171:19, 174:2, 175:7, 179:13, 197:15

**person's** [1] - 39:24

**personal** [3] - 53:23, 53:25, 54:2

**personally** [1] - 174:11

**persuaded** [1] - 48:10

**Peru** [23] - 106:17, 109:8, 109:20, 109:25, 111:20, 112:2, 112:7, 112:24, 117:12, 119:13, 121:6, 123:5, 125:16, 125:25, 126:19, 127:13, 128:15, 134:4, 138:19, 152:9, 177:4, 181:9, 182:17

**Peruvian** [1] - 115:20

**Peter** [7] - 12:8, 109:16, 109:17, 123:25, 124:1, 124:6, 124:16

**Peter's** [1] - 109:19

**pets** [1] - 87:15

**Peña** - 146:18, 146:19, 147:6, 147:12

**Peña's** [1] - 150:3

**phone** [11] - 7:23, 8:7, 129:13, 140:21, 140:23, 142:8, 142:12, 143:2, 143:3, 143:14, 145:2

**phones** [7] - 142:21, 143:18, 144:13, 144:22, 145:1, 145:10, 145:11

**photo** [3] - 24:8, 25:1, 37:19

**photocopies** [1] - 161:13

**photocopy** [1] -

106:2

**photograph** [44] - 5:11, 20:1, 20:2, 20:8, 20:21, 24:9, 24:20, 24:25, 25:5, 27:1, 27:3, 27:13, 28:2, 28:4, 28:15, 29:6, 29:8, 29:11, 29:21, 29:23, 30:24, 32:8, 37:12, 54:6, 78:5, 78:9, 88:8, 88:10, 88:14, 92:18, 103:13, 107:17, 107:22, 147:3, 147:23, 150:2, 151:11, 171:12, 173:20, 176:6, 193:12, 193:14, 193:19

**photographs** [16] - 9:19, 9:23, 10:4, 10:7, 11:4, 19:3, 19:12, 24:5, 25:15, 36:24, 54:3, 86:22, 97:8, 103:8, 121:20, 151:6

**photos** [4] - 86:2, 86:7, 86:9, 124:7

**physical** [4] - 51:14, 51:20, 54:21, 74:16

**physically** [1] - 145:2

**pick** [6] - 134:22, 140:21, 170:6, 174:10, 176:22, 178:13

**picture** [11] - 5:12, 11:11, 20:23, 28:1, 34:13, 37:1, 37:17, 84:25, 92:10, 119:21, 184:6

**pictures** [2] - 34:1, 147:12

**piece** [1] - 160:2

**pieces** [1] - 161:11

**Piguet** [9] - 15:9, 16:17, 17:3, 77:3, 195:7, 195:14, 196:4, 196:15, 196:18

**Pineda** [4] - 11:16, 27:18, 166:25, 167:13

**place** [21] - 35:7, 38:4, 43:12, 44:25, 71:10, 79:16, 102:6, 102:8, 125:13, 133:25, 135:19, 136:4, 136:23, 137:7, 138:7, 141:5, 148:24, 167:22, 167:25, 168:2, 181:5

**places** [5] - 93:3, 124:18, 128:3, 138:11, 173:18

**Plaintiff** [1] - 1:5

**plan** [1] - 51:24

**plane** [2] - 95:5, 154:17

**planted** [1] - 41:11

**plastic** [4] - 34:8, 34:10, 66:7, 114:22

**play** [6] - 60:22, 135:9, 136:9, 137:10, 144:5, 149:4

**played** [3] - 58:2, 128:6, 129:13

**plead** [1] - 64:7

**plus** [1] - 163:2

**point** [18] - 22:2, 22:16, 33:15, 38:5, 47:6, 47:25, 52:6, 71:1, 72:14, 81:22, 96:4, 96:17, 101:5, 120:3, 125:9, 191:10, 192:24, 198:1

**points** [2] - 56:10, 135:7

**Police** [6] - 7:23, 21:24, 33:1, 33:6, 33:8, 33:9

**police** [9] - 40:1, 89:12, 94:14, 96:5, 96:14, 145:10, 155:15, 157:16, 160:24

**policemen** [1] - 154:22

**policy** [2] - 99:2, 99:3

**POLLACK** [2] - 58:18, 99:15

**Pollack** [28] - 3:6, 13:4, 20:25, 58:17, 62:1, 62:4, 99:16, 100:11, 133:21, 135:15, 136:13, 136:16, 137:14, 144:2, 144:9, 145:23, 146:17, 149:8, 153:20, 155:17, 156:22, 159:23, 166:22, 176:25, 184:7, 187:7, 187:21, 188:11

**Pollack's** [4] - 13:12, 14:13, 20:6, 20:7

**ponder** [1] - 60:20

**pool** [3] - 85:18, 85:19, 87:7

**portion** [3] - 107:9, 140:8, 141:11

**portions** [1] - 133:5

**pose** [2] - 41:8, 41:16

**posed** [1] - 43:19

**posing** [5] - 22:6, 39:4, 42:10, 42:15, 48:21

**position** [1] - 156:12

**positions** [1] - 59:9

**possession** [2] - 43:14, 73:17

**possible** [2] - 156:6, 156:8

**potentially** [2] - 47:13, 179:8

**pounds** [1] - 87:20

**pounds'** [1] - 114:25

**preconstruction** [2] - 79:25, 80:1

**predicate** [3] - 45:1, 68:19, 178:3

**prefer** [1] - 60:18

**preferred** [1] - 195:4

**preparation** [2] - 6:25, 133:11

**prepare** [2] - 13:18, 119:1

**prepared** [3] - 33:23, 35:20, 42:14

**preparing** [1] - 48:25

**presence** [5] - 49:12, 49:19, 51:9, 58:21, 131:16

**present** [5] - 4:13, 46:3, 47:18, 98:21, 159:11

**presented** [2] - 13:19, 50:1

**presenting** [1] - 6:10

**preserved** [1] - 132:19

**press** [2] - 112:19, 112:22

**pressed** [2] - 115:3, 115:4

**presumably** [2] - 30:4, 30:5

**pretrial** [4] - 23:21, 51:6, 52:2, 52:17

**pretty** [5] - 65:9, 65:10, 75:24, 76:11, 164:6

**previously** [1] - 132:19

**price** [3] - 139:5, 178:15, 184:22

**prices** [3] - 16:19, 17:5, 70:23

**priest** [3] - 148:3, 148:13, 150:13

**priest's** [1] - 148:8

**primary** [1] - 133:13

**principals** [1] - 35:6

**posed** [1] - 43:19

**printout** [1] - 25:1

**private** [1] - 197:8

**probable** [1] - 13:18

**probation** [3] - 82:10, 82:12, 82:16

**Probation** [1] - 74:15

**problem** [3] - 60:9, 94:14, 154:11

**problems** [2] - 7:15, 145:10

**procedure** [2] - 13:15, 60:11, 60:14, 61:2, 127:9, 127:23, 131:24, 142:20

**proceed** [9] - 6:7, 46:20, 69:14, 69:18, 99:9, 100:5, 132:7, 133:18, 159:20

**Proceedings** [1] - 200:4

**proceedings** [20] - 5:22, 43:7, 45:20, 46:7, 46:11, 46:16, 51:8, 55:6, 58:20, 61:22, 98:9, 98:13, 100:2, 131:15, 132:1, 159:1, 159:4, 159:17, 199:25, 200:9

**proceeds** [3] - 73:22, 79:16, 180:12

**process** [3] - 43:20, 54:14, 123:21

**product** [2] - 63:4, 63:5

**profit** [1] - 79:12

**project** [1] - 96:23

**pronunciation** [1] - 35:17

**proper** [2] - 44:14, 122:2

**properly** [1] - 59:8

**properties** [2] - 69:8, 181:21

**property** [1] - 181:20

**prosecute** [1] - 54:10

**prosecuted** [1] - 73:25

**prosecutor** [1] - 36:5

**prosecutors** [1] - 41:22

**provide** [2] - 64:12, 71:5

**provider** [2] - 13:21, 13:22

**provides** [1] - 13:22

**psychopath** [1] - 60:12

**publish** [23] - 10:19, 18:11, 20:18, 24:16, 28:13, 29:18, 78:17,

86:19, 93:1, 105:24, 108:4, 145:17, 151:23, 153:13, 161:8, 165:23, 166:14, 167:18, 168:13, 176:20, 194:2, 195:23, 199:2
**published** [9] - 131:20, 135:13, 136:11, 137:12, 144:7, 145:21, 149:6, 166:19, 168:17
**publishing** [1] - 132:10
**Puerta** [1] - 163:9
**pull** [1] - 169:23
**purchase** [6] - 56:22, 151:3, 187:1, 187:17, 188:23, 189:5
**purchased** [2] - 57:21, 151:12
**purport** [1] - 132:25
**purpose** [8] - 39:7, 39:13, 39:14, 45:4, 93:21, 94:24, 95:25, 133:3
**put** [20] - 4:16, 6:13, 63:11, 67:11, 67:17, 97:5, 97:13, 100:12, 102:3, 112:21, 114:22, 115:12, 131:5, 138:10, 154:23, 161:23, 170:2, 182:20
**putting** [4] - 98:22, 112:20, 120:24, 123:19

# Q

**quantities** [3] - 118:22, 139:6
**quantity** [1] - 157:6
**quarreling** [1] - 35:17
**quarter** [3] - 90:17, 90:24, 111:13
**questioned** [1] - 51:10
**questions** [7] - 32:17, 33:14, 38:3, 51:4, 55:14, 58:12, 169:5
**quick** [1] - 147:16
**quite** [3] - 52:18, 60:23, 120:4

# R

**R8** [3] - 187:17, 187:19, 188:5
**raise** [4] - 59:16, 60:25, 61:11, 131:19
**raised** [1] - 58:23
**raising** [1] - 59:11
**Ramon** [3] - 11:21, 27:20, 28:20
**ran** [1] - 33:3
**random** [2] - 74:15, 74:16
**Range** [2] - 190:14, 192:23
**ranks** [1] - 41:12
**rate** [2] - 90:21, 173:1
**rather** [3] - 45:8, 55:2, 170:8
**RDR** [2] - 2:1, 200:12
**re** [1] - 55:4
**re-call** [1] - 55:4
**read** [6] - 7:13, 42:23, 52:19, 97:25, 158:16, 199:12
**ready** [2] - 5:16, 80:3
**reaffirm** [1] - 99:7
**real** [5] - 79:11, 80:12, 81:5, 81:19, 147:16
**reality** [1] - 155:8
**realize** [1] - 61:11
**really** [5] - 15:25, 39:8, 60:23, 115:25, 150:6
**reason** [4] - 59:17, 89:7, 140:20, 140:21
**reasons** [7] - 51:12, 51:14, 52:2, 52:5, 52:25, 53:2, 53:25
**receipt** [1] - 154:25
**receipts** [1] - 14:8
**receive** [4] - 63:4, 108:9, 134:7, 138:21
**received** [5] - 4:24, 132:23, 138:17, 163:2, 174:12
**RECEIVED** [1] - 3:9
**receiver** [1] - 15:23
**receiving** [7] - 16:10, 103:21, 104:20, 109:8, 111:20, 112:6, 132:4
**recess** [8] - 45:14, 45:19, 98:10, 98:12, 158:24, 159:2, 159:3, 200:1
**recognize** [50] -

9:22, 10:2, 14:3, 18:15, 19:24, 20:21, 20:23, 23:19, 23:25, 24:23, 25:21, 26:1, 26:3, 27:13, 27:15, 27:17, 27:19, 28:15, 28:19, 29:6, 31:10, 67:2, 78:5, 80:21, 86:2, 86:5, 87:25, 88:17, 88:24, 92:10, 97:9, 97:10, 105:5, 106:10, 107:17, 109:12, 119:20, 130:3, 147:3, 147:23, 151:6, 152:21, 155:18, 160:19, 171:18, 176:4, 184:11, 184:24, 193:10, 195:9
**recollection** [1] - 49:22
**record** [12] - 4:4, 6:11, 37:4, 40:7, 45:24, 46:24, 47:9, 48:22, 49:1, 59:9, 98:17, 114:10
**recorded** [6] - 40:9, 40:14, 41:2, 41:3, 48:3, 48:5
**recorder** [3] - 40:12, 40:25, 41:1
**recording** [11] - 40:14, 40:16, 40:18, 40:20, 40:21, 40:22, 40:23, 41:5, 44:13, 44:25, 45:4
**recordings** [6] - 8:8, 48:7, 48:13, 128:6, 133:4, 133:13
**records** [2] - 36:17, 54:8
**rectangular** [1] - 115:5
**Red** [1] - 3:3
**redacted** [1] - 156:13
**redaction** [3] - 156:6, 156:8, 156:16
**Redatex** [1] - 15:4
**REDIRECT** [1] - 55:9
**redirect** [2] - 51:25, 55:8
**reduced** [1] - 74:21
**reduction** [1] - 64:19
**reevaluated** [1] - 99:3
**refer** [2] - 39:24, 40:4
**referred** [1] - 137:24
**referring** [5] - 91:12, 150:8, 150:17, 164:3, 184:5

**reflect** [1] - 133:8
**reflected** [2] - 150:10, 157:14
**regard** [4] - 98:25, 104:25, 130:18, 194:16
**regarding** [9] - 35:25, 39:13, 39:15, 82:18, 132:15, 137:15, 137:18, 142:16
**regardless** [1] - 59:12
**regards** [8] - 8:6, 63:16, 79:8, 100:19, 109:19, 164:18, 167:15, 179:7
**register** [1] - 146:20
**registration** [1] - 35:24
**regularly** [1] - 117:15
**related** [1] - 26:20
**relation** [3] - 133:12, 136:4, 162:17
**relationship** [16] - 11:13, 21:3, 66:22, 69:4, 78:22, 84:12, 84:16, 84:18, 110:7, 110:23, 120:2, 137:7, 148:12, 152:8, 190:7
**relative** [1] - 54:19
**relax** [1] - 22:24
**relay** [1] - 174:10
**relayed** [2] - 141:9, 178:23
**relaying** [2] - 125:21, 180:16
**released** [2] - 96:4, 96:14
**relevant** [2] - 7:5, 43:21
**reloj** [1] - 157:18
**RELOJ** [1] - 157:19
**remember** [18] - 35:19, 55:16, 65:15, 71:16, 88:7, 93:12, 107:6, 121:18, 121:22, 124:19, 164:24, 164:25, 173:15, 185:12, 190:9, 191:24, 192:23
**reminded** [1] - 159:24
**remove** [1] - 123:10
**removing** [1] - 112:17
**renting** [1] - 109:22
**repeat** [1] - 49:16
**Rephrase** [1] - 183:20

**reflect** [1] - 133:8
**report** [4] - 43:2, 98:4, 158:20, 199:16
**REPORTED** [1] - 2:1
**reporter** [1] - 159:24
**Reporter** [2] - 2:1, 200:13
**REPORTER** [4] - 13:9, 61:24, 65:12, 122:14
**request** [6] - 32:25, 33:2, 33:5, 33:8, 42:17, 43:10
**requested** [2] - 47:5, 47:7
**requests** [1] - 44:15
**reserve** [3] - 130:14, 130:17, 130:19
**respect** [1] - 133:16
**respective** [2] - 16:19, 17:5
**responding** [1] - 52:7
**responds** [1] - 169:11
**response** [3] - 38:9, 43:9, 141:13
**rest** [7] - 87:1, 89:16, 91:8, 91:11, 118:4, 129:3, 157:12
**restaurants** [1] - 191:14
**result** [1] - 64:17
**resulted** [1] - 51:21
**retribution** [1] - 53:7
**return** [3] - 83:7, 90:25, 91:1
**returned** [1] - 154:24
**review** [2] - 6:24, 20:3
**reviewed** [4] - 7:2, 44:15, 47:8, 54:7
**reviews** [1] - 13:20
**revisit** [2] - 55:1, 55:12
**Richard** [4] - 4:12, 46:2, 98:20, 159:10
**RICHARD** [1] - 1:21
**rid** [1] - 34:7
**ring** [2] - 54:7, 128:10
**role** [8] - 52:17, 58:2, 106:22, 107:8, 108:8, 109:19, 116:2, 164:8
**Rolex** [1] - 77:3
**Rolls** [3] - 35:2, 190:13, 192:19
**Rolls-Royce** [3] - 35:2, 190:13, 192:19
**roof** [1] - 85:17
**room** [4] - 43:5, 98:7,

101:14, 158:23
  **rose** [4] - 57:11, 57:18, 57:22, 194:9
  **roughly** [6] - 118:25, 126:8, 127:7, 180:4, 192:3, 192:10
  **routinely** [1] - 134:15
  **Rover** [2] - 190:14, 192:23
  **row** [1] - 87:2
  **Royal** [1] - 15:9
  **Royce** [3] - 35:2, 190:13, 192:19
  **RPS** [1] - 65:25
  **rubber** [1] - 114:7
  **Ruben** [2] - 12:15, 110:20
  **Rufus** [1] - 12:16
  **rule** [2] - 61:17, 61:18
  **Rule** [1] - 68:17
  **ruling** [3] - 23:24, 51:6, 132:20
  **rulings** [1] - 130:21
  **run** [2] - 35:7, 71:12

**S**

**S-L** [1] - 188:24
**S550** [1] - 152:3
**S63** [1] - 180:3
**sack** [1] - 114:23
**sacks** [1] - 112:20
**sale** [3] - 157:17, 157:20
**Santa** [1] - 65:7
**Santeria** [3] - 148:3, 148:12, 150:13
**Saran** [1] - 112:19
**saw** [11] - 110:10, 121:1, 121:20, 122:20, 149:13, 155:25, 161:18, 172:10, 182:7, 197:21, 198:2
**school** [2] - 64:22, 64:24
**scrap** [1] - 163:24
**screws** [1] - 113:15
**sealed** [2] - 30:19, 122:25
**seals** [1] - 66:7
**search** [25] - 12:22, 13:16, 13:17, 13:20, 13:21, 13:24, 14:9, 14:12, 20:4, 20:9, 23:10, 23:12, 23:14, 24:3, 26:19, 26:20, 27:2, 28:24, 29:10,

31:12, 31:18, 55:19, 57:14, 57:15
  **searched** [2] - 155:15, 160:24
  **searches** [1] - 26:14
  **seated** [8] - 4:18, 6:1, 43:8, 46:12, 46:17, 98:24, 100:3, 159:18
  **Seatimer** [1] - 57:11
  **Second** [1] - 1:22
  **second** [15] - 43:17, 45:17, 100:25, 126:9, 132:13, 137:3, 138:23, 144:10, 146:13, 149:10, 150:21, 154:16, 169:8, 170:11, 191:25
  **secondary** [1] - 133:3
  **security** [5] - 66:7, 86:24, 87:4, 154:15, 199:21
  **SECURITY** [3] - 5:20, 46:8, 159:15
  **see** [96] - 16:3, 21:5, 29:22, 34:6, 34:13, 37:11, 37:14, 37:15, 42:23, 47:10, 47:14, 52:8, 56:1, 62:13, 62:15, 77:4, 77:6, 77:8, 78:23, 82:11, 89:16, 94:4, 94:6, 94:7, 94:25, 95:1, 95:11, 97:25, 101:18, 108:11, 117:18, 119:15, 133:25, 135:16, 135:22, 137:15, 138:1, 138:4, 138:13, 142:4, 142:17, 143:6, 143:13, 143:16, 144:12, 146:1, 146:7, 146:11, 147:12, 149:10, 150:5, 150:17, 150:22, 151:3, 153:16, 157:4, 158:16, 163:11, 163:19, 165:13, 166:24, 167:9, 168:19, 168:22, 168:24, 169:4, 169:11, 169:17, 169:22, 170:6, 170:11, 172:14, 172:16, 173:11, 182:11, 184:7, 184:18, 185:6, 186:1, 186:4, 186:12, 188:16, 189:14,

190:5, 191:6, 191:23, 192:13, 192:22, 193:17, 194:4, 195:15, 197:15, 197:17, 197:19, 199:12, 199:22
  **seek** [1] - 51:16
  **segments** [1] - 166:18
  **segregate** [1] - 7:4
  **segregated** [1] - 124:20
  **seized** [9] - 30:8, 33:15, 33:17, 55:15, 55:18, 56:7, 105:15, 153:4, 157:11
  **seizure** [2] - 155:12, 155:21
  **sell** [6] - 66:8, 66:23, 72:18, 79:12, 81:25, 182:14
  **selling** [12] - 66:12, 68:11, 72:15, 73:12, 79:10, 81:20, 81:22, 82:4, 139:6, 139:7, 139:8, 196:21
  **semi** [1] - 113:4
  **send** [8] - 60:1, 140:1, 142:24, 150:23, 152:18, 158:3, 160:7, 191:4
  **sender** [1] - 15:23
  **sending** [1] - 141:12
  **Senior** [1] - 64:25
  **sense** [1] - 39:16
  **sent** [12] - 13:21, 57:1, 74:5, 102:2, 102:13, 120:17, 158:8, 160:5, 160:11, 163:16, 174:5, 174:6
  **sentence** [3] - 64:18, 74:2, 74:22
  **sentenced** [1] - 64:9
  **separate** [3] - 51:16, 51:19, 53:10
  **separated** [1] - 123:14
  **September** [2] - 17:23, 73:11
  **series** [4] - 16:16, 32:10, 128:6, 129:13
  **server** [1] - 13:23
  **service** [2] - 13:21, 13:22
  **set** [2] - 44:23, 175:24
  **several** [4] - 21:25, 33:14, 35:19, 56:4
  **sew** [2] - 114:23, 119:10

  **sewing** [1] - 115:9
  **shape** [2] - 115:4, 115:5
  **Sharon** [46] - 21:14, 38:6, 38:22, 39:1, 40:7, 46:24, 46:25, 47:3, 47:9, 48:1, 48:5, 48:10, 48:15, 48:22, 49:1, 49:5, 49:11, 49:19, 49:20, 50:8, 50:10, 50:12, 50:14, 50:23, 51:1, 51:12, 51:23, 52:8, 54:4, 56:1, 58:2, 58:8, 78:25, 81:13, 93:18, 93:19, 162:21, 173:12, 173:13, 174:2, 174:4, 174:6, 174:13, 176:22, 176:24
  **sheet** [2] - 15:18, 15:21
  **sheets** [1] - 160:22
  **ship** [1] - 190:20
  **shipment** [4] - 35:4, 35:20, 83:1, 140:15
  **shipped** [2] - 33:24, 63:18
  **shipping** [2] - 33:22, 103:22
  **ships** [1] - 120:21
  **shop** [1] - 136:22
  **shopping** [2] - 134:9, 134:11, 134:18, 134:22
  **shortly** [1] - 83:20
  **shot** [1] - 180:6
  **show** [37] - 9:21, 10:21, 14:2, 15:23, 18:13, 19:23, 23:18, 26:8, 31:9, 36:17, 60:5, 71:22, 78:1, 85:20, 86:4, 86:22, 92:5, 97:3, 97:4, 97:7, 102:15, 103:8, 103:12, 104:25, 116:3, 131:3, 146:21, 155:17, 156:14, 160:18, 176:3, 179:20, 191:12, 191:13, 193:9, 195:8
  **showed** [1] - 97:12
  **showing** [49] - 11:3, 11:10, 11:15, 11:20, 12:6, 13:18, 14:1, 25:4, 25:18, 25:23, 28:21, 29:5, 29:20, 32:13, 56:18, 67:2, 75:24, 80:13, 80:23, 81:2, 84:22, 87:1,

87:25, 88:7, 88:16, 88:23, 104:4, 106:10, 107:2, 107:11, 109:12, 110:2, 110:12, 119:20, 135:4, 147:16, 149:17, 151:5, 152:20, 154:4, 162:1, 165:3, 166:10, 170:16, 171:18, 188:11, 189:3, 194:6, 196:6
  **shown** [3] - 54:3, 129:17, 173:20
  **shows** [1] - 17:15
  **shut** [3] - 112:22, 114:18, 114:23
  **sic** [1] - 56:22
  **side** [6] - 51:5, 51:9, 58:21, 131:16, 154:22, 154:23
  **side-bar** [4] - 51:5, 51:9, 58:21, 131:16
  **sign** [2] - 44:13, 44:18
  **signature** [4] - 184:24, 187:25, 189:3, 189:21
  **signed** [4] - 30:4, 31:2, 44:20, 44:22
  **signs** [1] - 13:20
  **Silva** [3] - 30:1, 30:4
  **similar** [3] - 25:16, 118:22, 118:23
  **simply** [4] - 43:18, 111:17, 140:21, 161:12
  **simultaneous** [1] - 23:6
  **single** [1] - 74:13
  **sister** [8] - 11:14, 39:17, 39:22, 39:23, 40:1, 87:24, 89:2
  **sister-in-law** [2] - 39:22, 40:1
  **sisters** [1] - 39:25
  **sit** [2] - 62:6, 82:10
  **sitting** [2] - 25:13, 113:5
  **situation** [1] - 31:5
  **six** [2] - 85:9, 87:20
  **SL** [2] - 188:2, 188:24
  **sleeve** [2] - 25:1, 161:12
  **sleeves** [1] - 24:7
  **slip** [4] - 154:4, 160:17, 162:1, 186:6
  **slips** [1] - 153:2
  **slow** [2] - 160:1,

190:11
**SLR** [1] - 190:13
**small** [2] - 66:14, 169:6
**smaller** [3] - 81:25, 139:6, 173:4
**smuggled** [1] - 197:2
**smuggling** [1] - 197:5
**snorting** [1] - 125:15
**sold** [11] - 68:8, 68:9, 69:21, 116:19, 116:21, 138:16, 139:2, 155:3, 155:4, 190:20, 191:1
**solid** [1] - 114:19
**Solis** [1] - 12:10
**someone** [7] - 43:15, 44:1, 52:18, 66:15, 138:4, 146:15, 158:8
**someplace** [6] - 74:5, 112:7, 116:25, 117:4, 117:5, 178:13
**sometime** [1] - 32:23, 101:25
**sometimes** [14] - 70:2, 110:8, 113:12, 115:18, 124:16, 134:8, 152:18, 160:5, 162:25, 163:4, 164:25, 166:9, 166:12, 174:9
**somewhere** [1] - 167:10
**sorry** [12] - 5:4, 19:11, 20:5, 50:17, 53:15, 67:8, 114:10, 122:16, 129:21, 143:22, 149:3, 156:4
**sound** [1] - 90:2
**South** [10] - 1:19, 23:13, 63:4, 65:21, 65:22, 75:20, 76:5, 83:1, 103:3, 103:21
**Southeast** [1] - 1:22
**SOUTHERN** [1] - 1:1
**Southwest** [1] - 176:8
**Spain** [70] - 12:5, 21:11, 23:8, 33:24, 35:4, 35:21, 63:18, 63:19, 70:18, 72:6, 84:2, 89:4, 89:7, 93:23, 93:25, 94:24, 95:21, 95:23, 96:5, 97:4, 100:12, 102:4, 102:8, 102:9, 102:10, 103:5, 103:9, 103:24, 107:1, 108:11, 109:1, 109:20, 110:3,

110:17, 111:3, 116:11, 116:20, 120:18, 128:24, 128:25, 129:6, 130:3, 138:16, 149:23, 152:15, 152:24, 158:4, 160:5, 162:20, 164:11, 164:13, 174:18, 175:1, 175:2, 177:9, 179:4, 179:8, 179:16, 180:17, 180:21, 183:10, 185:6, 189:23, 190:20, 191:1, 191:4, 197:2, 197:5, 197:19, 197:21
**Spanish** [24] - 5:4, 7:9, 7:13, 7:16, 7:23, 8:7, 8:12, 8:13, 8:18, 8:22, 19:1, 32:25, 33:5, 33:8, 33:9, 65:8, 132:22, 133:5, 147:14, 156:5, 156:9, 157:19, 159:12, 160:1
**Spanish-language** [4] - 8:7, 8:12, 156:5, 159:12
**Spanish-speaker** [1] - 7:9
**speaker** [1] - 7:9
**speakers** [3] - 132:25, 133:6, 133:9
**speaking** [9] - 22:19, 22:25, 61:16, 61:20, 130:10, 134:25, 136:7, 168:9, 171:2
**special** [2] - 4:8, 60:14
**specific** [2] - 130:22, 198:7
**specifically** [11] - 12:25, 23:12, 24:5, 63:2, 72:18, 100:19, 133:7, 140:4, 140:17, 182:3, 182:22
**specified** [1] - 137:22
**speculation** [1] - 183:18
**spelling** [1] - 61:25
**spend** [5] - 77:14, 91:10, 129:2, 152:11
**spending** [2] - 77:15, 181:25
**spent** [7] - 53:19, 91:5, 91:6, 91:10, 126:15, 126:16, 163:17
**spoken** [1] - 133:5
**Sports** [4] - 183:10,

184:6, 189:7, 189:16
**square** [2] - 141:25, 142:3
**squeeze** [1] - 82:11
**SREBNICK** [45] - 1:18, 1:19, 4:11, 5:18, 10:12, 10:14, 23:20, 26:9, 26:12, 32:20, 34:2, 34:3, 34:6, 34:9, 34:11, 34:12, 37:5, 37:6, 42:17, 43:24, 44:6, 45:12, 45:16, 46:2, 46:12, 46:21, 46:22, 49:17, 50:18, 50:21, 51:3, 52:2, 52:15, 53:20, 54:22, 59:4, 59:10, 61:13, 62:17, 98:20, 130:14, 131:24, 143:21, 145:16, 159:10
**Srebnick** [7] - 4:12, 32:22, 43:23, 46:2, 46:20, 98:20, 159:10
**stack** [2] - 31:2, 115:13
**stacked** [2] - 122:13, 122:18
**stacking** [1] - 120:24
**staff** [4] - 43:3, 98:5, 158:21, 199:17
**stand** [3] - 58:17, 62:15, 162:11
**standard** [1] - 60:11
**Star** [2] - 66:3, 66:4
**Star-Luck** [2] - 66:3, 66:4
**start** [8] - 12:23, 14:6, 34:4, 71:9, 75:7, 100:18, 100:20, 172:20
**started** [7] - 68:1, 77:14, 163:15, 180:14, 181:9, 194:21, 194:24
**starting** [4] - 24:19, 100:12, 111:16, 183:9
**stash** [4] - 112:17, 113:7, 113:8
**stashed** [1] - 172:13
**state** [5] - 4:4, 45:23, 61:24, 98:16, 159:7
**statement** [4] - 50:20, 146:14, 150:10, 161:18
**STATES** [4] - 1:1, 1:4, 1:11, 1:15
**states** [1] - 4:24
**States** [38] - 2:2, 4:1, 4:7, 41:21, 41:23, 42:1, 42:4, 42:7,

45:21, 46:1, 52:22, 58:16, 64:2, 64:12, 69:1, 69:8, 70:24, 91:19, 91:24, 98:14, 98:19, 106:5, 110:9, 121:8, 126:13, 126:17, 128:24, 152:11, 159:5, 159:9, 164:11, 164:13, 172:24, 174:25, 179:17, 180:21, 181:3, 200:13
**status** [1] - 44:1
**stay** [10] - 80:5, 85:8, 85:10, 89:18, 89:22, 101:16, 121:17, 121:18, 141:18
**stayed** [2] - 80:7, 141:17
**staying** [3] - 80:3, 81:12, 172:6
**stays** [1] - 142:24
**step** [5] - 18:23, 48:9, 58:13, 74:9, 117:25
**stepped** [1] - 48:9
**still** [21] - 4:19, 6:5, 17:25, 32:15, 46:8, 46:18, 55:24, 70:6, 72:14, 73:12, 74:18, 81:20, 90:7, 97:15, 100:4, 122:25, 129:6, 159:19, 160:2, 177:9, 186:9
**stipulate** [1] - 62:17
**stipulation** [1] - 5:6
**stipulations** [1] - 74:11
**stood** [1] - 116:22
**stop** [5] - 43:2, 98:4, 158:20, 166:21, 199:16
**stopped** [2] - 84:4, 181:6
**store** [7] - 92:14, 92:16, 92:19, 93:9, 142:21, 173:19, 176:12
**story** [3] - 72:14, 96:2, 125:21
**straight** [1] - 171:25
**Street** [2] - 1:16, 176:7
**street** [2] - 116:11, 121:22
**streets** [1] - 116:12
**strike** [4] - 50:18, 50:19, 72:13, 111:8
**studied** [1] - 47:3
**stuff** [3] - 69:25,

142:6, 171:3
**STUMPF** [1] - 1:19
**stylish** [1] - 76:21
**subject** [8] - 23:20, 43:18, 49:25, 53:21, 80:10, 156:6, 156:8, 156:16
**subsequent** [1] - 50:9
**substantially** [4] - 31:17, 105:14, 153:3, 155:24
**suffice** [1] - 51:19
**suggest** [5] - 37:17, 37:25, 38:2, 49:8, 52:4
**suggested** [1] - 52:10
**suitcase** [5] - 167:10, 169:24, 170:3, 171:3, 171:16
**suitcases** [3] - 167:1, 168:23, 169:5
**Suite** [2] - 1:20, 1:22
**sum** [1] - 162:5
**Sunday** [4] - 138:4, 138:13, 149:22, 149:24
**Superleggera** [1] - 187:2
**SUPERLEGGERA** [1] - 187:3
**supervision** [1] - 129:4
**supervisor** [3] - 41:10, 41:19, 42:6
**supplement** [1] - 66:9
**supply** [1] - 68:1
**supposed** [5] - 53:25, 112:5, 125:17, 198:17, 198:22
**supposedly** [1] - 155:2
**surrounding** [1] - 121:13
**Sustained** [1] - 183:19
**swear** [2] - 61:3, 61:6
**switch** [1] - 135:10
**swollen** [1] - 54:6
**SWORN** [2] - 58:18, 99:15

---

# T

**T-o-r-o** [1] - 12:11
**Tab** [6] - 133:23, 136:2, 137:5, 148:20,

167:20, 167:22
**table** [1] - 4:7
**tabs** [2] - 161:21,
163:17
**Tacna** [4] - 117:7,
117:8, 121:6, 127:15
**TACNA** [1] - 117:10
**tad** [1] - 138:24
**talks** [1] - 53:8
**Tania** [1] - 29:25
**tape** [11] - 46:24,
47:9, 48:3, 48:5,
48:13, 48:22, 49:1,
54:5, 114:8, 114:18,
119:10
**tape-record** [4] -
46:24, 47:9, 48:22,
49:1
**tape-recorded** [2] -
48:3, 48:5
**tapes** [1] - 128:8
**Tardon** [143] - 4:2,
4:13, 4:16, 11:12,
13:4, 13:6, 14:14,
15:7, 17:1, 21:2,
23:17, 25:8, 26:2,
26:5, 26:15, 27:16,
28:18, 28:21, 29:3,
36:3, 36:15, 36:18,
36:25, 45:22, 46:3,
49:13, 49:21, 51:17,
56:22, 62:11, 62:19,
68:23, 69:5, 69:8,
69:11, 70:8, 70:15,
71:12, 71:18, 72:17,
75:5, 75:7, 75:9,
77:14, 77:16, 78:22,
78:23, 79:5, 80:11,
81:12, 82:9, 82:12,
82:16, 83:5, 83:20,
83:24, 87:15, 90:10,
96:4, 96:14, 96:22,
98:15, 98:21, 100:12,
100:18, 101:25,
108:23, 110:7,
110:24, 111:8,
111:15, 116:5, 120:2,
131:9, 131:10,
135:16, 135:22,
137:14, 138:13,
139:24, 140:1,
140:20, 143:13,
144:2, 146:4, 146:9,
146:17, 147:7,
148:12, 149:11,
150:5, 150:17,
150:25, 151:25,
152:4, 152:8, 158:2,
158:3, 159:6, 159:11,
163:4, 164:10,

164:17, 164:19,
164:23, 165:11,
166:25, 169:11,
170:2, 170:6, 171:24,
173:8, 174:4, 174:11,
175:3, 175:8, 175:18,
175:24, 176:22,
177:11, 177:14,
178:10, 179:4,
179:15, 180:19,
181:1, 181:15, 182:8,
182:19, 183:10,
183:23, 185:20,
187:13, 190:2,
191:10, 193:7,
193:17, 194:4,
194:13, 195:15,
197:1, 198:10
**TARDON** [1] - 1:7
**Tardon's** [11] -
14:12, 16:11, 21:14,
25:19, 27:2, 27:24,
38:7, 77:24, 77:25,
147:12, 189:7
**taxes** [5] - 91:23,
181:20, 181:22
**team** [3] - 6:24, 7:4,
36:1
**ten** [6] - 35:22,
45:14, 158:23,
158:24, 159:2
**ten-minute** [1] -
158:24
**term** [2] - 72:7, 182:3
**terms** [1] - 127:10
**testified** [2] - 56:9,
68:22
**testify** [2] - 45:9,
53:22
**testifying** [1] - 53:24
**testimony** [8] - 6:17,
52:7, 64:12, 99:8,
99:17, 99:19, 133:10,
183:18
**testing** [2] - 75:1,
125:15
**tests** [1] - 74:17
**text** [2] - 9:5, 19:4
**THE** [214] - 1:10,
1:14, 1:18, 3:4, 4:1,
4:9, 4:14, 4:16, 4:21,
4:22, 5:4, 5:13, 5:15,
5:19, 5:20, 5:23, 5:24,
5:25, 6:3, 6:4, 6:6,
6:7, 6:10, 6:13, 7:20,
9:24, 10:13, 10:15,
10:19, 10:23, 13:9,
13:12, 13:12, 14:20,
18:7, 18:11, 19:18,
20:14, 20:18, 23:23,

23:25, 24:12, 24:16,
26:11, 27:8, 28:9,
28:13, 29:14, 29:18,
30:14, 31:22, 32:3,
32:18, 34:8, 34:10,
37:3, 42:19, 43:8,
43:23, 44:3, 44:7,
44:10, 44:12, 44:18,
44:19, 44:23, 44:24,
45:1, 45:2, 45:5, 45:6,
45:11, 45:13, 45:18,
45:21, 46:5, 46:8,
46:10, 46:13, 46:17,
46:19, 46:20, 49:15,
49:16, 50:19, 51:7,
51:24, 52:11, 52:23,
53:15, 54:2, 54:9,
54:13, 54:16, 54:25,
55:3, 55:5, 55:8, 58:6,
58:13, 58:15, 58:19,
58:22, 59:5, 59:22,
60:1, 60:6, 61:9,
61:14, 61:18, 61:20,
61:24, 62:1, 65:12,
65:13, 67:7, 67:10,
67:19, 68:19, 69:17,
76:1, 78:3, 78:13,
78:17, 80:17, 80:19,
85:22, 85:24, 86:15,
86:19, 92:7, 92:22,
93:1, 97:19, 97:22,
98:10, 98:14, 98:24,
99:13, 99:14, 99:16,
99:18, 99:19, 99:21,
99:22, 99:25, 100:3,
100:9, 105:3, 105:20,
105:25, 107:15,
107:25, 108:4,
122:14, 129:11,
129:20, 130:18,
131:14, 131:17,
131:23, 131:25,
132:3, 132:10,
132:20, 133:19,
133:23, 135:10,
136:2, 137:2, 137:5,
143:23, 143:25,
145:19, 146:24,
147:18, 147:20,
148:20, 151:9,
151:19, 151:23,
153:9, 153:14, 156:4,
156:10, 156:15,
158:11, 158:13,
159:2, 159:5, 159:12,
159:15, 159:18,
161:4, 161:8, 165:24,
166:2, 166:16,
167:20, 168:15,
171:8, 176:16,
176:20, 183:3,

183:19, 186:8,
193:23, 194:2,
194:18, 195:19,
195:23, 199:5, 199:8,
200:1
**theirs** [1] - 33:3
**themselves** [4] -
22:3, 108:10, 130:6,
133:13
**then-wife** [1] - 38:7
**theoretically** [1] -
60:15
**theory** [2] - 49:12,
50:6
**thereafter** [1] - 50:9
**Thereupon** [4] -
45:19, 46:15, 98:12,
159:3
**thick** [2] - 114:9,
114:11
**thicker** [1] - 114:7
**thinking** [1] - 196:21
**third** [7] - 81:14,
135:15, 136:16,
138:25, 150:4,
168:19, 186:18
**thousand** [1] - 52:5
**threatened** [1] -
22:17
**three** [26] - 18:18,
18:19, 18:20, 42:7,
51:15, 51:19, 53:9,
73:8, 112:25, 113:1,
116:7, 117:14,
117:17, 117:22,
117:23, 118:11,
118:24, 119:12,
126:22, 126:23,
128:10, 137:9, 152:7,
154:22, 179:16, 193:2
**three-ring** [1] -
128:10
**throughout** [1] -
34:18
**throw** [1] - 53:10
**ticket** [1] - 157:23
**tight** [1] - 82:10
**timepiece** [1] - 37:18
**timepieces** [3] -
36:10, 36:11, 36:18
**tip** [1] - 75:20
**title** [5] - 35:24, 56:9,
185:21, 189:3, 189:21
**titled** [2] - 34:17,
190:23
**titles** [1] - 56:12
**titling** [1] - 34:18
**titular** [1] - 153:20
**today** [3] - 62:13,
159:23, 167:1

**together** [5] - 39:18,
47:4, 54:17, 100:12,
100:18
**tomorrow** [9] -
135:17, 136:17,
136:18, 144:16,
144:21, 160:3, 199:8,
199:22, 200:1
**Tony** [4] - 4:6, 45:25,
98:18, 159:8
**took** [15] - 38:4,
83:19, 91:5, 91:10,
102:23, 114:1,
123:12, 138:19,
141:17, 146:20,
154:19, 154:22,
160:4, 177:24
**tools** [1] - 113:15
**top** [13] - 24:19, 31:6,
76:11, 112:21, 115:2,
115:9, 131:3, 133:25,
137:14, 144:9,
163:19, 170:5, 193:4
**Toro** [10] - 12:11,
106:14, 106:15,
123:25, 124:1, 124:6,
124:16, 171:22,
171:23, 172:11
**total** [8] - 6:23,
16:23, 35:20, 96:1,
126:23, 130:20,
157:4, 157:6
**toto** [1] - 130:22
**touching** [4] - 42:23,
97:25, 158:16, 199:12
**towards** [3] - 76:11,
136:16, 146:13
**town** [2] - 68:5, 77:6
**townhouses** [2] -
85:13, 87:2
**track** [3] - 129:5,
160:13, 164:7
**tractors** [1] - 113:4
**traffic** [2] - 4:20,
84:21
**traffickers** [1] -
142:11
**trafficking** [11] -
39:11, 49:24, 50:2,
62:24, 62:25, 63:2,
68:23, 69:2, 69:11,
83:16, 155:11
**trained** [1] - 38:15
**transaction** [2] -
81:5, 153:23
**transactions** [2] -
33:10, 46:25
**transcript** [6] - 9:2,
52:19, 54:22, 65:17,
132:16, 145:24

**transcription** [1] - 200:9

**transcriptions** [1] - 9:11

**transcripts** [15] - 8:7, 8:9, 8:12, 9:12, 129:18, 129:24, 131:6, 132:22, 132:25, 133:2, 133:8, 133:11, 133:12, 133:15, 165:21

**transfer** [9] - 73:4, 162:10, 175:20, 177:17, 177:18, 177:24, 179:20, 180:8, 180:10

**transfers** [3] - 152:18, 174:12, 180:22

**translate** [1] - 190:11

**translated** [1] - 9:8

**translates** [2] - 115:24, 175:15

**translating** [1] - 159:25

**translation** [4] - 8:19, 19:6, 19:9, 132:16

**translations** [6] - 8:21, 9:11, 9:12, 18:18, 18:20, 132:22

**translators** [1] - 159:25

**transport** [1] - 64:1

**transportation** [1] - 191:9

**transporting** [1] - 134:8

**travel** [1] - 85:4

**traveling** [1] - 135:20

**TRIAL** [1] - 1:10

**trial** [7] - 7:6, 42:22, 45:9, 55:13, 97:24, 158:15, 199:11

**tried** [4] - 22:24, 53:10, 183:13, 183:23

**triggering** [1] - 191:3

**Trinidad** [6] - 197:18, 198:2, 198:3, 198:4, 198:8, 198:23

**trip** [40] - 82:21, 82:24, 83:1, 83:6, 89:7, 89:16, 89:23, 90:8, 93:23, 94:10, 97:4, 100:12, 100:16, 102:4, 102:6, 102:10, 112:9, 112:24, 113:21, 116:22, 117:1, 121:18, 125:5, 125:9, 126:10,

126:11, 126:16, 126:18, 127:7, 127:24, 128:16, 134:18, 138:19, 138:23, 138:25, 139:17, 142:17

**trips** [11] - 82:25, 83:2, 95:23, 103:2, 126:21, 127:9, 127:21, 128:15, 139:12, 177:4, 182:17

**trouble** [1] - 181:17

**truck** [3] - 34:13, 34:17, 124:22

**trucks** [6] - 34:15, 112:18, 113:17, 113:18, 117:15, 117:20

**true** [7] - 35:23, 36:2, 50:12, 50:22, 50:25, 86:9

**trunk** [1] - 113:5

**truth** [1] - 61:7, 155:6

**truthful** [2] - 53:4, 54:20

**try** [8] - 37:14, 43:1, 47:10, 47:12, 94:25, 98:3, 158:19, 199:15

**trying** [2] - 74:14, 82:7

**Tuesday** [1] - 168:23

**turn** [14] - 60:6, 60:8, 133:23, 136:2, 137:2, 137:5, 143:25, 145:19, 148:20, 166:2, 167:20, 179:25, 180:16, 186:24

**turned** [1] - 67:10

**turns** [1] - 112:16

**Twelfth** [2] - 2:3, 200:13

**twice** [2] - 118:13, 197:18

**two** [34] - 11:4, 13:3, 16:6, 17:7, 20:23, 28:16, 36:25, 37:21, 39:10, 40:19, 40:23, 45:3, 72:10, 74:23, 84:4, 84:9, 87:24, 118:21, 127:12, 127:21, 136:6, 141:17, 142:21, 142:23, 143:20, 145:1, 158:9, 158:10, 163:8, 169:14, 169:15, 169:20, 171:15, 174:6

**type** [6] - 60:14, 113:6, 114:7, 173:8,

182:14, 195:13

**types** [6] - 22:19, 113:2, 113:4, 145:9, 195:15, 196:24

**typewritten** [1] - 132:22

**typically** [4] - 38:17, 38:19, 40:17, 40:19

## U

**U/I** [1] - 167:9

**ulisesreyes** [1] - 16:3

**ulisesreyes@ hotmail.com** [1] - 16:4

**ultimately** [3] - 52:21, 100:13, 177:20

**UN** [1] - 157:19

**under** [15] - 6:5, 46:18, 99:7, 99:8, 99:17, 99:20, 100:4, 129:3, 130:15, 142:2, 142:22, 157:23, 159:19, 182:20, 185:21

**undercover** [1] - 41:7

**unhandcuff** [1] - 99:13

**unhooked** [1] - 60:13

**unidentified** [3] - 46:15, 144:12, 144:15

**uniform** [1] - 170:12

**unintelligible** [1] - 167:10

**Union** [5] - 73:4, 158:7, 162:10, 163:16, 174:5

**united** [1] - 2:2

**United** [37] - 4:1, 4:6, 41:21, 41:23, 42:1, 42:4, 42:6, 45:21, 46:1, 52:21, 58:16, 64:1, 64:11, 69:1, 69:8, 70:24, 91:19, 91:24, 98:14, 98:19, 106:5, 110:9, 121:8, 126:13, 126:17, 128:24, 152:10, 159:5, 159:9, 164:11, 164:13, 172:24, 174:25, 179:17, 180:21, 181:2, 200:13

**UNITED** [4] - 1:1, 1:4, 1:11, 1:15

**units** [1] - 75:22

**University** [1] - 65:6

**unless** [2] - 99:5,

191:5

**unload** [3] - 103:5, 123:2, 124:25

**unloaded** [2] - 136:24, 138:8

**unloading** [1] - 164:8

**unpack** [2] - 127:21, 134:4

**unpackage** [1] - 63:23

**unpackaged** [1] - 126:2

**unpacking** [4] - 103:11, 104:20, 123:19, 134:7

**unreliable** [1] - 133:16

**unusual** [2] - 87:15, 89:25

**up** [53] - 30:19, 37:10, 41:15, 41:16, 51:7, 58:19, 62:6, 62:15, 63:10, 67:17, 71:1, 72:3, 76:11, 85:16, 100:20, 106:3, 106:23, 112:2, 112:18, 113:10, 114:15, 114:18, 114:21, 115:9, 115:13, 119:10, 120:24, 121:12, 122:21, 131:14, 133:21, 134:22, 140:21, 142:22, 152:15, 162:5, 170:6, 174:10, 175:24, 176:23, 179:20, 179:24, 182:8, 183:11, 183:13, 190:17, 191:15, 198:4

**upper** [1] - 149:18

**upset** [1] - 125:17

**US** [5] - 32:6, 54:9, 99:14, 173:4, 173:8

**user** [2] - 66:14, 72:15

**users** [1] - 81:25

**Utah** [3] - 59:2, 59:6, 99:3

## V

**vacant** [1] - 97:15

**Valdosta** [1] - 73:14

**valet** [1] - 191:15

**valid** [2] - 59:11, 59:13

**value** [1] - 116:10

**van** [4] - 106:24,

108:15, 108:16, 108:18

**vans** [10] - 63:23, 106:24, 109:22, 113:4, 123:23, 123:24, 124:4, 124:7, 124:9, 138:10

**various** [2] - 6:18, 92:4

**vehicle** [2] - 34:24, 35:12

**vehicles** [6] - 34:18, 35:19, 35:23, 35:25, 36:2, 113:2

**Vela** [2] - 124:1, 124:6

**Velandia** [1] - 11:7

**Venezuelan** [2] - 198:14, 198:17

**Venta** [1] - 157:18

**VENTA** [1] - 157:18

**verify** [2] - 130:1, 131:6

**versus** [8] - 4:1, 9:9, 45:22, 98:14, 132:16, 139:6, 159:6

**Veyron** [1] - 190:12

**via** [4] - 60:5, 174:5, 174:6, 174:12

**Vicente** [1] - 26:4

**view** [1] - 87:10

**villa** [17] - 80:6, 80:11, 80:24, 172:3, 172:6, 172:8, 191:21, 191:23, 191:25, 192:1, 192:6, 192:7, 192:13, 192:15, 192:22, 192:24, 193:1

**VIN** [1] - 184:21

**violence** [4] - 21:25, 22:6, 22:14, 52:9

**visit** [1] - 96:17

**visited** [1] - 135:7

**visiting** [1] - 95:4

**visits** [1] - 74:15

**voice** [3] - 143:2, 144:3, 144:15

**voiced** [1] - 131:18

**voices** [4] - 128:7, 129:14, 130:2, 131:7

**vs** [1] - 1:6

## W

**waistband** [4] - 91:18, 95:17, 152:14, 154:12

**wait** [3] - 82:10, 126:5, 146:19

**waited** [1] - 154:22
**waiting** [2] - 4:19, 81:10
**walked** [1] - 62:13
**wall** [2] - 115:13, 120:25
**walls** [1] - 193:2
**wants** [1] - 170:12
**warehouse** [27] - 63:22, 104:22, 106:23, 108:11, 109:22, 109:23, 112:24, 113:3, 115:13, 115:14, 115:17, 119:12, 119:17, 119:18, 120:22, 121:2, 122:2, 122:6, 122:12, 122:18, 122:22, 123:2, 124:11, 125:1, 125:8, 125:9, 127:12
**warrant** [15] - 13:17, 13:20, 13:21, 14:10, 14:12, 20:4, 23:12, 23:14, 24:3, 26:19, 27:2, 28:24, 29:10, 57:14, 57:15
**warrants** [6] - 12:22, 13:16, 13:24, 23:10, 55:19
**waste** [1] - 55:2
**watch** [24] - 15:13, 17:7, 56:19, 57:11, 57:12, 57:18, 57:22, 57:23, 77:3, 155:3, 155:4, 157:17, 157:20, 193:13, 193:16, 193:17, 194:4, 194:7, 194:13, 194:24, 195:3, 195:10, 196:20
**watches** [17] - 16:17, 17:3, 36:5, 36:7, 36:9, 36:12, 36:14, 77:3, 77:4, 195:1, 195:9, 195:13, 195:16, 195:25, 196:2, 196:21, 196:24
**watching** [1] - 194:22
**ways** [3] - 164:10, 174:7, 197:4
**wear** [3] - 76:20, 77:4, 193:8
**wearing** [13] - 25:16, 40:11, 40:12, 40:20, 40:21, 40:25, 41:1, 193:17, 194:4, 194:24, 195:15, 196:23, 196:25

**wedding** [1] - 54:7
**week** [2] - 74:13, 149:21
**weeks** [10] - 71:12, 85:9, 89:24, 112:25, 116:1, 116:7, 117:14, 117:22, 118:25, 119:12
**welcome** [2] - 5:25, 6:4
**welded** [2] - 113:9, 113:12
**well-hidden** [1] - 113:9
**western** [1] - 162:7
**Western** [7] - 73:4, 158:7, 162:9, 162:10, 163:13, 163:16, 174:5
**whatsoever** [4] - 42:21, 97:23, 158:14, 199:10
**white** [1] - 69:25
**whole** [1] - 61:7
**wide** [1] - 115:6
**wife** [10] - 21:14, 38:7, 39:2, 50:1, 80:8, 108:9, 148:7, 148:8, 162:23, 163:8
**WILLIAM** [1] - 99:15
**William** [7] - 3:6, 62:1, 153:20, 156:22, 184:7, 187:7, 187:21
**willingness** [2] - 53:4, 53:5
**wire** [12] - 40:11, 152:18, 164:4, 174:12, 174:19, 175:20, 177:17, 177:18, 179:20, 180:8, 180:10, 180:22
**wires** [3] - 158:8, 160:10, 176:23
**wiretapped** [1] - 170:20
**wise** [1] - 141:25
**WITNESS** [18] - 6:6, 13:10, 13:12, 23:25, 44:12, 44:19, 44:24, 45:2, 45:6, 46:19, 49:16, 58:18, 62:1, 65:13, 99:15, 99:18, 99:21, 151:9
**witness** [24] - 43:15, 43:16, 43:24, 44:5, 47:11, 48:8, 48:11, 48:25, 50:20, 51:11, 52:11, 52:16, 53:22, 54:19, 54:23, 58:14, 58:15, 59:7, 60:24, 78:1, 92:5, 99:6,

146:22, 156:14
**witness's** [2] - 52:7
**WITNESSES** [1] - 3:4
**witnesses** [2] - 59:16, 98:25, 99:4
**woman** [7] - 25:11, 25:15, 88:17, 93:13, 93:14, 93:15, 119:23
**women** [1] - 78:23
**word** [4] - 36:11, 37:18, 53:20, 162:15
**words** [2] - 9:9, 146:1
**workers** [1] - 139:20
**workforce** [1] - 82:8
**works** [10] - 12:1, 12:2, 27:21, 41:7, 50:4, 74:8, 165:8, 167:3, 169:1, 173:24
**world** [2] - 23:7, 175:22
**worried** [1] - 108:25
**worry** [3] - 181:19, 182:2, 182:5
**worse** [2] - 53:14, 53:18
**worth** [5] - 54:19, 90:18, 114:25, 116:12, 139:15
**wow** [1] - 190:8
**Wrap** [1] - 112:19
**wrap** [1] - 114:18
**wrapped** [4] - 114:2, 114:3, 114:4, 114:6
**write** [1] - 7:13
**writing** [1] - 15:18
**written** [4] - 8:22, 16:13, 19:1

## Y

**yacht** [1] - 197:8
**yard** [1] - 87:7
**year** [10] - 54:24, 118:14, 140:13, 190:17, 190:19, 194:14, 194:16, 194:21, 194:23
**Year's** [2] - 37:19, 38:1
**years** [6] - 96:1, 118:14, 118:16, 118:17, 118:21, 134:3
**years'** [2] - 74:3, 74:23
**York** [2] - 95:10, 157:25
**yourself** [9] - 22:12, 23:2, 39:1, 39:2, 42:6,

64:16, 157:9, 177:1, 181:9
**yourselves** [5] - 42:20, 97:23, 139:19, 158:14, 199:9

## Z

**zoom** [3] - 29:22, 37:11, 86:23
**Zully** [1] - 22:15