```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION
                   CASE NO. 11-20470-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,          Miami, Florida

 5                   Plaintiff,         May 6, 2014

 6           vs.                        9:42 a.m. to 5:21 p.m.

 7   ALVARO LOPEZ TARDON,

 8               Defendant.            Pages 1 to 252

 9   _____

10                          JURY TRIAL
             BEFORE THE HONORABLE JOAN A. LENARD,
11                UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

15   FOR THE GOVERNMENT:      JUAN ANTONIO GONZALEZ, JR., ESQ.
                              CRISTINA V. MAXWELL, ESQ.
16                            ASSISTANT UNITED STATES ATTORNEYS
                              H.I.D.T.A.
17                            11200 Northwest 20th Street
                              Miami, Florida 33172
18

19   FOR THE DEFENDANT:       HOWARD MILTON SREBNICK, ESQ.
                              BLACK, SREBNICK, KORNSPAN & STUMPF
20                            201 South Biscayne Boulevard
                              Suite 1300
21                            Miami, Florida 33131
                                      -and-
22                            RICHARD C. KLUGH, JR., ESQ.
                              25 Southeast Second Avenue
23                            Suite 1100
                              Miami, Florida 33131

24

25
```

2

```
 1   REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
 2                             United States District Court
                               400 North Miami Avenue
 3                             Twelfth Floor
                               Miami, Florida 33128
 4                             (305) 523-5499

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2

 3                                   Direct   Cross   Red.

 4   WITNESSES FOR THE GOVERNMENT

 5   David William Pollack               8      39     173

 6

 7

 8   EXHIBITS RECEIVED IN EVIDENCE                     PAGE

 9   Government's Exhibit No. 213                        18
     Government's Exhibit No. 83                         25
10   Government's Exhibit No. 89                         28
     Government's Exhibit Nos. 90-A & 90-B              32
11   Government's Exhibit No. 146                        36
     Defendant's Exhibit No. 1                          112
12   Government's Exhibit No. 181                       175
     Government's Exhibit No. 182                       183
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:  United States of America versus Alvaro

2   Lopez Tardon, Case No. 11-20470.

3          Good morning, counsel.

4          State your appearances, please, for the record.

5          MR. GONZALEZ:  Good morning, your Honor.

6          Tony Gonzalez, Cristina Maxwell, Assistant United

7   States Attorneys, on behalf of the United States.

8          With us at counsel table, Madeline Albrecht and Daniel

9   Gaitan, FBI.

10          THE COURT:  Good morning.

11          MR. SREBNICK:  Good morning, your Honor.

12          Howard Srebnick and Richard Klugh on behalf of

13   Defendant, Alvaro Lopez Tardon, who is present with the aid of

14   the interpreter.

15          THE COURT:  Good morning.

16          You may be seated.

17          I think we're still waiting for one juror.

18          But Juror No. 9, whose father was in the ICU --

19   Patricia got a message at 10:00 that his dad had passed away.

20          When she came in this morning, she called him at

21   approximately 8:15 and said, "Where are you?"

22          He said, "I'm in the jury room, making coffee."

23          So she went in and talked to him, and she did not get

24   the impression from him that he wants -- wishes to be excused,

25   that he plans on utilizing tomorrow for making arrangements and

5

```
1    then, depending on what the arrangements are, may need a day.

2         So I wanted to bring it to your attention so you could

3    state your positions.

4         I have not talked to him, but Patricia did have contact

5    with him.  And he's here.

6         MR. GONZALEZ:  If you want to hear our position, your

7    Honor, may I suggest bringing him out and then just asking him,

8    you know, "Under the circumstances, we understand if you can't

9    concentrate, if you want to go take care of other things.  By

10   the same token, if you feel that you can go ahead and do your

11   job here, you're welcome to stay" and then let him make the

12   call?

13        MR. SREBNICK:  Your Honor, that sounds right to me.

14        THE COURT:  So let's ask Mr. Barrios to come in,

15   please.

16        (Thereupon, Juror No. 9 entered the courtroom and the

17   following proceedings were had:)

18        THE COURT:  You can have a seat in that first seat,

19   sir.  You can sit right there for now.

20        First of all, I want to tell you I'm so sorry and we're

21   all so sorry about the passing of your dad.

22        Under the circumstances, I understand if you wish not

23   to continue on the jury, if you feel that you can't pay

24   attention or you need to be with your family or make certain

25   arrangements, do what you need to do, regarding the passing of
```

1    your father.

2          If you feel that you can focus and you want to be here,

3    that's okay, too.

4          So I wanted just to find out from you an honest

5    assessment of what you think you should do vis-à-vis continuing

6    on the jury today and in the days to come.

7          JUROR NO. 9:  Okay.  As far as tomorrow, we're off, and

8    I need to make arrangements for the services.  And then the

9    burial would be on Thursday.  And then, after that, I can be

10   here Friday.

11         THE COURT:  Okay, sir.  You think you would be able to

12   concentrate on what's going on in court?

13         JUROR NO. 9:  My mind is at peace with it.

14         THE COURT:  That's good.

15         JUROR NO. 9:  Thank you, your Honor.

16         THE COURT:  Okay.  Thank you.  You can go back to the

17   jury room.  Thank you so much.

18         (Thereupon, Juror No. 9 retired from the courtroom and

19   the following proceedings were had:)

20         THE COURT:  I'll hear positions.

21         MR. GONZALEZ:  Your Honor, if he says that he can

22   concentrate -- I mean, unfortunately, we lose a trial day and

23   we're trying to move this along.  But if he wants to serve,

24   that's fine by us.

25         MR. SREBNICK:  Judge, we're going to defer to whatever

```
 1   you'd like to do.
 2         THE COURT:  Under the circumstances, since he has
 3   indicated and he wishes to be here -- tomorrow is not a planned
 4   trial day.  So he's asking for that one day.
 5         I think it would be very disruptive in his mindset to
 6   say, "Sorry.  You're out."  He has every indication that he can
 7   concentrate and he said he's at peace and willing -- and it
 8   seems to me he wants to go forward as a juror.
 9         So I'm going to respect his -- what he stated in open
10   court and we'll give him the time off on Thursday and we'll
11   proceed today.
12         Do we have all the jurors now?
13         THE COURTROOM DEPUTY:  I'll check.
14         Ready, Judge.
15         THE COURT:  Mr. Gonzalez, let me just ask you before we
16   begin:  You had originally stated, if memory serves me
17   correctly, 16 trial days?
18         MR. GONZALEZ:  That is originally what I said.  We were
19   trying to cut it shorter than that.  The way things --
20         THE COURT:  Where are we in your case?
21         MR. GONZALEZ:  At the very beginning, your Honor.
22         THE COURT:  Oh, okay.
23         MR. GONZALEZ:  We've only had -- this is our third
24   witness, no matter what.  So we're doing what we can.
25   Hopefully, we can cut off some -- already we've been able to
```

 1  cut off one that was going to come in and testify.

 2          THE COURT:  So let's bring in the jurors and begin.

 3          (Whereupon, the jury entered the courtroom at 9:49 a.m.

 4  and the following proceedings were had:)

 5          THE COURT:  Good morning.

 6          THE JURY:  Good morning.

 7          THE COURT:  You may be seated.

 8          Good morning, ladies and gentlemen.  Welcome back.

 9          You are still under oath, sir.

10          You may proceed.

11          MR. GONZALEZ:  Thank you, your Honor.

12          Good morning, ladies and gentlemen.

13                  CONTINUED DIRECT EXAMINATION

14  BY MR. GONZALEZ:

15  Q.  Good morning, Mr. Pollack.

16  A.  Good morning.

17  Q.  Mr. Pollack, when we concluded yesterday, you were telling

18  us about another way that Mr. Tardon had told you he was

19  bringing in cocaine.

20      How is that?

21  A.  Through a private yacht.

22  Q.  Through a private yacht?

23  A.  Yes.

24  Q.  I think you told us the name of the captain of the yacht.

25  A.  Borracho.

Pollack - DIRECT - By Mr. Gonzalez                9

1   Q.   And "borracho" translates to what in Spanish?

2   A.   Drunk.

3   Q.   To bring us around where we concluded yesterday, had you

4   met Borracho before?

5   A.   Yes.

6   Q.   Where was the first time you met him?

7   A.   Trinidad.

8   Q.   And then subsequent to that -- well, how many times did you

9   see him in Trinidad?

10   A.   Twice.

11   Q.   Why did you go to Trinidad the first time?

12   A.   To pass him some coordinates and, I believe, some money.

13   The second time was definitely just to bring him some euros,

14   30,000 euros, I think.

15   Q.   Some money?

16   A.   Yeah.

17   Q.   And then, after those two times, when did you last see him?

18   A.   At The Collection in Madrid.

19   Q.   And who was it that sent to you Trinidad to give

20   coordinates to Borracho?

21   A.   Alvaro.

22   Q.   Now, do you still have the notebook in front of you, the

23   transcripts?

24   A.   Yes, I do.

25   Q.   I want to go ahead and publish and have you open the page

Pollack - DIRECT - By Mr. Gonzalez          10

 1    to Call K.

 2            MR. GONZALEZ:  Your Honor, I don't believe there's

 3    another objection as to this one.

 4            THE COURT:  You may turn to Tab K.

 5            MR. GONZALEZ:  And we're going to need the computer,

 6    your Honor.

 7            (Whereupon, segments of Government's Exhibit No. 100-K

 8    were published in open court.)

 9            THE WITNESS:  Excuse me.  I thought I heard A.

10            MR. GONZALEZ:  Go ahead and pause it.

11            THE WITNESS:  I thought I heard you say Phone Call

12    letter A.

13            MR. GONZALEZ:  No.  K.  I'm sorry.  Let's go ahead and

14    rewind it and start it again.

15            THE COURT:  Everyone's at K?

16            THE JURY:  K.

17            THE COURT:  Okay.

18            MR. GONZALEZ:  Thank you for correcting it.

19            THE WITNESS:  You're welcome.

20    BY MR. GONZALEZ:

21    Q.  Now, Call K:  Who are the people that are speaking?

22    A.  Alvaro and an unknown male.

23    Q.  You were not able to identify that voice when you listened

24    to the call?

25    A.  No.

1          MR. GONZALEZ:  Let's go ahead and start again.

2          (Whereupon, Government's Exhibit No. 100-K was

3    published in open court.)

4    BY MR. GONZALEZ:

5    Q.  Mr. Pollack, drawing your attention to Page 1, do you see

6    here where there's a reference in the English part to the drunk

7    guy?

8    A.  Yes.

9    Q.  That's on the second "U/M" in the bottom of the first page?

10   A.  Yes.

11   Q.  And in Spanish, what is that?

12   A.  Borracho.

13   Q.  Is that the individual that you met?

14   A.  Yes.

15   Q.  And there the unidentified male is telling Mr. Tardon that

16   the thing with the drunk guy has been canceled.  Correct?

17   A.  Yes.

18   Q.  And then that continues on Page 2, the second "UM," where

19   he says, "The thing about the drunk guy is canceled.  Okay?"

20   A.  Yes.

21   Q.  That call takes place August 3rd of 2009.  Correct?

22   A.  Yes.

23   Q.  At what time?

24   A.  6:53 p.m.

25   Q.  And the next call, Call L:  When did that call take place,

Pollack - DIRECT - By Mr. Gonzalez          12

 1   which I'm going to publish next?

 2   A.   Two minutes later.

 3   Q.   Two minutes later.

 4        And that's between Alvaro...?

 5   A.   And an unknown male.

 6        MR. GONZALEZ:  If we could go ahead and play it.

 7        THE COURT:  You may turn to L.

 8        (Whereupon, Government's Exhibit No. 100-L was

 9   published in open court.)

10   BY MR. GONZALEZ:

11   Q.   Mr. Pollack, on Page 3 of the transcript, the third

12   "Alvaro" down --

13   A.   Yes.

14   Q.   -- do you see where the thing about the drunk guy is?

15   A.   Yes.

16   Q.   And, again, looking at the Spanish transcription of it, who

17   is the drunk guy?

18   A.   Borracho.

19   Q.   Then going back to Page 1, the first "Alvaro," do you see

20   where he says, "Yeah.  The truth is I really need to talk with

21   them"?

22   A.   Yes.

23   Q.   And then, after the, "Okay," it's, "But, well, if you talk,

24   can you talk to them on the BlackBerry?"

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                13

1    Q.   Do you see where it says that?

2    A.   Yes.

3    Q.   And you testified earlier.  What was the preferred device

4    to talk or communicate or how would you go about communicating

5    for drug business?

6    A.   BlackBerry messenger.

7    Q.   Drawing your attention now to the next call, which is

8    Call M --

9         THE COURT:  You may turn to Tab M.

10   BY MR. GONZALEZ:

11   Q.   -- when does that call take place in relation to the one we

12   just heard?

13   A.   About seven hours later.

14   Q.   And who are the participants?

15   A.   Alvaro and an unknown male.

16        MR. GONZALEZ:  If we could go ahead and play that.

17        (Whereupon, Government's Exhibit No. 100-M was

18   published in open court.)

19   BY MR. GONZALEZ:

20   Q.   Mr. Pollack, on the first page, the second unidentified

21   male:  Do you see where it says, "He's told me that he had

22   canceled it precisely because Borracho had suggested it was the

23   best thing to do"?

24   A.   Yes.

25   Q.   In the entire time that you knew Borracho, did you know him

1  to do anything other than pilot a yacht or captain a yacht with

2  cocaine?

3  A.   No.

4  Q.   Did Mr. Tardon ever tell you that Borracho did anything

5  other than that?

6  A.   No.

7  Q.   Now, I want to shift subjects a little bit.

8       Do you know Sharon Cohen?

9  A.   Yes.

10 Q.   Who is she?

11 A.   Alvaro's wife.

12 Q.   Did you have anything to do with Mr. Tardon meeting her for

13 the first time?

14 A.   Yes.

15 Q.   Can you tell the ladies and gentlemen of the jury how that

16 happened.

17 A.   Well, Alvaro had picked her out on an escort site on-line.

18 And his English wasn't so well; so, I made the call for him to

19 set up an appointment for them.  And that's how they met.

20 Q.   At the time that you went ahead and placed that call and

21 Ms. Cohen and Mr. Tardon met for the first time, is that before

22 or after he had already started The Collection Motor Sports in

23 Spain?

24 A.   About two years before.

25 Q.   Two years before?

1    A.   Two and a half years before.

2    Q.   And, at that time, where was Mr. Tardon living?

3    A.   In the Continuum.

4    Q.   And did there come a time when he bought a house for

5    Ms. Cohen and Ms. Cohen's daughter and him to live in?

6    A.   Yes.

7    Q.   Throughout the time period that he owned that house, did he

8    also maintain or still own the Continuum?

9    A.   Yes.

10   Q.   Now, independent of your dealings with Mr. Tardon, you've

11   told us a little bit about how you dealt in drugs before you

12   met him.

13        Ballpark, about how much marijuana have you sold in your

14   entire life?

15   A.   A few hundred pounds.

16   Q.   How many is "a few"?

17   A.   Maybe 500, 600 pounds.

18   Q.   And independent of anything you did with Mr. Tardon, about

19   how many kilos of cocaine did you sell?

20   A.   Under 100 kilos.  Maybe 70 kilos, around.

21   Q.   Were there any other drugs that you sold?

22   A.   Very rarely I would get a hold of some Xanax or -- one time

23   I got a hold of Ectasy.

24   Q.   About how many prescription drugs have you sold like the

25   Xanax?

Pollack - DIRECT - By Mr. Gonzalez                16

1    A.   No more than a couple hundred.

2    Q.   A couple hundred pills?

3    A.   Yeah.

4    Q.   What about the Ectasy?

5    A.   A few hundred.  Less than a thousand.

6    Q.   Now, including the money that you made with Mr. Tardon,

7    total, in all of your drug dealings, about how much have you

8    made?

9    A.   Maybe around 3 million.

10   Q.   And did you report that to the Internal Revenue Service?

11   A.   A very small, small portion of that.

12   Q.   As something other than drug trafficking, I'm assuming.

13   A.   Yes.

14   Q.   Now, at the time that you were arrested, did you have a gun

15   in your apartment?

16   A.   Yes.

17   Q.   Whose gun was that?

18   A.   My father's.

19   Q.   And why did you have it?

20   A.   Just to keep it in the house.  Always was trained to do

21   that by my father.

22   Q.   Was there anything special about that gun?

23   A.   It was a gift given to my father by the president of

24   Smith & Wesson, and the gun was a Smith & Wesson at the time,

25   which is in the early '80s.

Pollack - DIRECT - By Mr. Gonzalez                17

1   Q.   And were you allowed to have a firearm?

2   A.   No.

3   Q.   Why is that?

4   A.   Because I was already a convicted felon.

5   Q.   Now, in this particular case, as part of your pleading

6   guilty, did you sign a plea agreement?

7   A.   Yes, I did.

8   Q.   Did that plea agreement include a forfeiture provision?

9   A.   Yes, it did.

10  Q.   And did you have to forfeit the property that you made

11  trafficking drugs to the United States?

12  A.   Yes, I did.

13  Q.   Including the Mercedes-Benz?

14  A.   Yes.

15  Q.   I want to show you --

16        MR. GONZALEZ:  Your Honor, this would a write-in

17  exhibit.  It's going to be No. 213.

18  BY MR. GONZALEZ:

19  Q.   -- some documents.  I want you to take a look at the first

20  page and tell me if you recognize it.

21        MR. GONZALEZ:  These are already in evidence, your

22  Honor.  They're from the prior exhibits.

23        THE COURT:  Okay.

24        MR. GONZALEZ:  If I could switch to the ELMO.

25        THE COURT:  Are you moving this into evidence?

Pollack - DIRECT - By Mr. Gonzalez                18

1           MR. GONZALEZ:  Yes.  I'm going to move it into

2    evidence.

3           THE COURT:  These are all prior exhibits?

4           MR. GONZALEZ:  Yes.  They're made up of some of the

5    documents on the CDs that were introduced.

6           THE COURT:  It will be admitted as Government's

7    Exhibit 213.

8           (Whereupon, Government's Exhibit No. 213 was entered

9    into evidence.)

10          THE COURT:  You may publish.

11   BY MR. GONZALEZ:

12   Q.   You told us about a Mercedes-Benz that you purchased.

13   A.   Yes.

14   Q.   That's your name.  Correct?

15   A.   Yes.

16   Q.   And is that where you were living at the time you purchased

17   it?

18   A.   Yes.

19   Q.   And did you buy an S63 AMG Mercedes?

20   A.   Yes.

21   Q.   Black?

22   A.   Yes.

23   Q.   And is that your signature there?

24   A.   Yes.

25   Q.   And you told us -- how much did you pay for it?

Pollack - DIRECT - By Mr. Gonzalez                19

1    A.   I said 170,000.

2    Q.   So is this the sales order for that Mercedes-Benz?

3    A.   Yes.

4    Q.   Now, when you bought the Mercedes-Benz, did you buy it

5    right off the lot or did you order it?

6    A.   They didn't have what I wanted on the lot.  When I told

7    Mr. Vega what I had wanted, he said they had one in the port at

8    Jacksonville and that it'd be delivered within a few weeks or a

9    couple months.  I don't remember.

10   Q.   Did you leave a deposit?

11   A.   Yes, I did.

12   Q.   Showing you the second document in the exhibit, which has

13   Bates No. ADM075-00209, Mercedes-Benz of Coral Gables:  That's

14   where you bought it?

15   A.   Yes.

16   Q.   Did you leave a 2,000-dollar deposit?

17   A.   Yes.

18   Q.   And that deposit -- was it left around July 14th of 2009?

19   A.   Yes.

20   Q.   And was the vehicle delivered to you sometime after that?

21   A.   Yes, it was.

22   Q.   Now, as you told us yesterday, who is the one who paid for

23   that vehicle?

24   A.   Who paid for that car?

25   Q.   Yes.  Well, first of all, whose money was it?

Pollack - DIRECT - By Mr. Gonzalez                    20

1    A.   It was my money.

2    Q.   Which was being kept where?

3    A.   In Madrid.

4    Q.   And who is the person who got the money to Mercedes-Benz

5    for you?

6    A.   Alvaro.

7    Q.   And did he tell you by what means he did that?

8    A.   Yes.

9    Q.   How was that?

10   A.   Through the Indio.

11   Q.   Is that the person who was introduced to him by his

12   attorney?

13   A.   Yes.

14   Q.   Arturo?

15   A.   Yes.

16   Q.   Now, at the time you knew Mr. Tardon, aside from the

17   condominium in the Continuum and the house on Bayshore in the

18   Grove, the villa --

19   A.   Yes.

20   Q.   -- do you know of any other properties that he owned?

21   A.   Yes.

22   Q.   Which ones?

23   A.   He had eight apartments in One Miami, the four apartments

24   in the Mark on Brickell and an apartment at the Murano at

25   Portofino.

Pollack - DIRECT - By Mr. Gonzalez                21

1    Q.   Showing you Government's Exhibit 56 in evidence, which

2    building is that?  Do you recognize it?

3    A.   Mark on Brickell.

4    Q.   And did you ever spend any time living in condominiums

5    owned by Mr. Tardon?

6    A.   Yes.

7    Q.   Particularly in the Mark on Brickell?

8    A.   Yes.  About two years.

9    Q.   Two years.

10        Did you ever pay rent to him for that?

11   A.   No.

12   Q.   Showing you Government's Exhibit 57.

13   A.   This is the One Miami buildings.

14   Q.   And did he own condos here?

15   A.   Yes.

16   Q.   And showing you Government's Exhibit 58.

17   A.   Murano at Portofino.

18   Q.   You told us about some of the cars that Mr. Tardon had.

19        Showing you Government's Exhibit 64, do you recognize that

20   car?

21   A.   Yes.

22   Q.   Which one is that?

23   A.   Bugatti.

24   Q.   Did you ever drive that car?

25   A.   No.

Pollack - DIRECT - By Mr. Gonzalez                    22

1   Q.   Showing you Government's Exhibit 65.

2   A.   The Ferrari Enzo.

3   Q.   Did you have anything to do with the delivery of that car

4   to Mr. Tardon?

5   A.   Yes.

6   Q.   Tell us about that.

7   A.   I was there the day that it was delivered and I received it

8   off the truck and parked it for Mr. Tardon.

9   Q.   And where was "there"?  Where was it delivered to?

10  A.   At the Continuum.

11  Q.   At the Continuum.

12       Now, I asked you if you had ever driven the Bugatti and you

13  told me "no."

14       Did you ever see Mr. Tardon drive the Bugatti?

15  A.   Yes.

16  Q.   What about the Enzo?

17  A.   Yes.

18  Q.   The Ferrari Enzo?

19  A.   Yes.

20  Q.   Showing you Government's Exhibit 60, was that another one

21  of Mr. Tardon's cars?

22  A.   Yes.

23  Q.   Which one was that?

24  A.   Rolls-Royce Ghost.

25  Q.   Did you ever see him drive that one?

                    Pollack - DIRECT - By Mr. Gonzalez            23

```
 1    A.   Yes.

 2    Q.   Showing you 61, do you recognize that one?

 3    A.   Maybach.

 4    Q.   Did you ever see him drive that one?

 5    A.   Yes.

 6    Q.   Showing you Government's Exhibit 66, which car is that?

 7    A.   SLR McLaren.

 8    Q.   Did you ever see him drive that one?

 9    A.   Yes.

10    Q.   Do you know whether or not this car was ever sent to Spain?

11    A.   No.

12    Q.   Showing you Government's Exhibit 62.

13    A.   G55.

14    Q.   Did you ever see him drive that one?

15    A.   Yes.

16    Q.   63?

17    A.   Range Rover.

18    Q.   Did you see him drive that one?

19    A.   Yes.

20    Q.   So all of these cars Mr. Tardon drove?

21    A.   Yes.

22    Q.   Now, Mr. Pollack, during the time that you knew Mr. Tardon,

23    did you travel very much?

24    A.   Yes.

25    Q.   And what types of places, aside from Peru, that you talked
```

Pollack - DIRECT - By Mr. Gonzalez                24

 1   about, and Spain, Madrid, what other places did you visit and
 2   why did you go?
 3   A.   For -- working?
 4   Q.   No.  For anything.
 5   A.   Oh.  Just even for vacation?
 6   Q.   Yes.
 7        Did you take a lot of vacations?
 8   A.   Yes.
 9   Q.   Where would you go?
10   A.   Panama, Venezuela, Argentina, Chile, Indonesia, South
11   Korea.
12   Q.   Why would you go to these places?
13   A.   Sometimes for surfing, sometimes for vacation and sometimes
14   for work.
15   Q.   And when you say "work," what type of work are we talking
16   about?
17   A.   Trafficking.
18   Q.   With Mr. Tardon?
19   A.   Yes.
20   Q.   Is that what gave you the free time and the money to go
21   take the other vacations to go surfing in all these places?
22   A.   Yes.
23   Q.   Now, I want to show you Government's Exhibit 83, composite.
24   I want you to look through these photographs and tell me if you
25   recognize them.

Pollack - DIRECT - By Mr. Gonzalez                    25

1    A.   Yes.

2    Q.   Are those photos of items that you had in your condominium

3    at the time that you were arrested?

4    A.   Yes.

5    Q.   And do those photos clearly and accurately depict those

6    items?

7    A.   Yes.

8         MR. GONZALEZ:  Your Honor, at this time we'd move

9    83 into evidence.

10        MR. KLUGH:  No objection.

11        THE COURT:  I'm sorry?

12        MR. KLUGH:  No objection.

13        THE COURT:  It will be admitted as Government's

14   Exhibit 83, composite.

15        (Whereupon, Government's Exhibit No. 83 was entered

16   into evidence.)

17        THE COURT:  You may publish.

18        MR. GONZALEZ:  Thank you.

19   BY MR. GONZALEZ:

20   Q.   In this photograph, Mr. Pollack, which ends in Bates

21   No. 634, is this a photograph of a drawer in your condominium?

22   A.   Yes.

23   Q.   And these items that I'm pointing at here:  Is one a cell

24   phone and the other one a BlackBerry?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez          26

1   Q.  What are these items over here?

2   A.  Money wraps.

3   Q.  Showing you the photo ending in 635, did you keep currency

4   in your house?

5   A.  Yes.

6   Q.  From different places?

7   A.  Yes.

8   Q.  For example, this currency is from where?

9   A.  Mexico.

10  Q.  Is that a 20-dollar bill?

11  A.  United States.

12  Q.  This bill on top:  Can you tell?

13  A.  No.

14  Q.  Showing you the photograph ending in 636, the 20 over here:

15  What is that?

16  A.  Euros.

17  Q.  The 50s?

18  A.  Euros.

19  Q.  The photo ending in 637:  Are these the bills we were

20  looking at?

21  A.  Yes.

22  Q.  Let me show you the photograph ending in 638.

23      Did you have a book titled "Cocaine"?

24  A.  Yes.

25  Q.  What was that?

Pollack - DIRECT - By Mr. Gonzalez                27

```
 1    A.   It was left in the apartment.

 2    Q.   And whose apartment was this?

 3    A.   Alvaro's.

 4    Q.   Is this one of the ones in the Mark that you were staying

 5    at?

 6    A.   Yes.

 7    Q.   Is this more of the money and the bands we saw in the other

 8    photos?

 9    A.   Yes.

10    Q.   Showing you the photograph ending in 640, is that more

11    money?

12    A.   Yes.

13    Q.   And that's from?

14    A.   Colombia.

15    Q.   Showing you 639, are those all cell phones that you had in

16    the apartment?

17    A.   Yes.

18    Q.   Showing you Government's Exhibit 89, let me ask you if you

19    recognize this.

20    A.   Yes.

21    Q.   Is this the currency and the bands that are depicted in the

22    photographs that we saw?

23    A.   Yes.

24    Q.   And is it in substantially the same condition as when you

25    last saw it?
```

Pollack - DIRECT - By Mr. Gonzalez                28

```
 1   A.  Yes, it is.

 2          MR. GONZALEZ:  Your Honor, we'd move 89 into evidence.

 3          MR. KLUGH:  No new objection.

 4          THE COURT:  It will be admitted as Government's

 5   Exhibit 89.

 6          (Whereupon, Government's Exhibit No. 89 was entered

 7   into evidence.)

 8          MR. GONZALEZ:  May I publish it, your Honor, to the

 9   jury?  They could pass it down.

10          THE COURT:  Yes.

11          The prior objections are overruled.

12   BY MR. GONZALEZ:

13   Q.  I want to draw your attention to Ana Cameno.

14          In 2011, did you have a conversation with Alvaro Lopez

15   Tardon concerning Ana Cameno and something that he had seen

16   on-line?

17   A.  Yes.

18   Q.  Can you tell us -- first of all, where were you and

19   Mr. Tardon when that happened?

20   A.  In his apartment in the Continuum.

21   Q.  In the Continuum?

22   A.  Yes.

23   Q.  Was he looking at anything?

24   A.  Yes.

25   Q.  What was he looking at?
```

Pollack - DIRECT - By Mr. Gonzalez                29

```
 1   A.   It was a little news brief clip from a Spanish television
 2   about the arrest of Ana Cameno and her husband, David Vela.
 3   Q.   Was he looking at this on a TV?  On a computer?
 4   A.   On a computer.
 5   Q.   And do you remember from where this broadcast was?
 6   A.   From Spain.
 7   Q.   Do you know what company was putting it out?
 8   A.   No.
 9   Q.   Do you know whether or not it was a news report or was it
10   something generated by a private person?
11   A.   I remember it as a news report, documentary style.
12   Q.   And what did you see in this report -- first of all, did it
13   have video?
14   A.   Yes.
15   Q.   Did you see the video?
16   A.   Yes.
17   Q.   What did you see in the video?
18   A.   They showed views of a house where, supposedly, they had
19   found drugs and money inside that either belonged to or they
20   were seen going there, Ana and her husband.  I'm not quite
21   sure.  And, also, they showed the house of David's mother.
22   They were trying to interview her and she was shunning them.
23   Q.   And did Mr. Tardon tell you anything while you were
24   watching this?
25   A.   No.  Just that they got arrested.
```

Pollack - DIRECT - By Mr. Gonzalez                30

1    Q.   "They" meaning whom?

2    A.   David and Ana.

3    Q.   That David and Ana got arrested?

4    A.   Yes.

5    Q.   Did he seem at all concerned to you?

6    A.   He was concerned, but not as much as I thought he would be.

7    Q.   And did he tell you if that arrest had anything at all to

8    do with you?

9    A.   Yes.

10   Q.   What did he tell you?

11   A.   That they found a copy of my passport in the house they

12   showed on the news clip.

13   Q.   Was that reported in the news clip?

14   A.   No.

15        You know what?  Can I make that more clear?

16   Q.   Please.  Go ahead.

17   A.   I don't remember if it was a copy of my passport or a copy

18   of a Western Union transfer or both.

19   Q.   You don't recall?

20   A.   It was one or the other.

21        No.  I don't recall.

22   Q.   Okay.

23   A.   Something with my name on it.  It was either the passport

24   or the Western Union transfer.

25   Q.   Did you ask Mr. Tardon what that was doing there?

Pollack - DIRECT - By Mr. Gonzalez                      31

1    A.   Yes.

2    Q.   And what was his response?

3    A.   He didn't know.

4    Q.   He didn't know?

5         Showing you Government's 192, composite, that I showed you

6    yesterday, which was the purchase of the Lamborghini, do you

7    remember being shown a copy of your passport?

8    A.   Yes.

9    Q.   With each of those purchases?

10   A.   Yes.

11   Q.   And Mr. Tardon told you that found at Ana Cameno's

12   residence was either a copy of your passport or some type of

13   document with your name or Western Union or something like

14   that?

15   A.   Yes.

16   Q.   Showing you Government's Exhibits 90-A and -B, let me ask

17   you if you recognize these.

18   A.   Yes.

19   Q.   What are those?

20   A.   My passports.

21   Q.   Did you have your passports in the condominium when you

22   were arrested?

23   A.   Yes.

24   Q.   The one that was searched where we saw the pictures?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                    32

1    Q.   How many passports did you have?

2    A.   Two.

3    Q.   Was one of them expired?

4    A.   One of them was expired.

5    Q.   Are they in the same or substantially the same condition as

6    they were the last time you saw them at the condominium?

7    A.   Yes.

8              MR. GONZALEZ:  Your Honor, at this time we would move

9    Government's Exhibits 90-A and -B into evidence.

10             THE COURT:  It will be admitted as Government's

11   Exhibits 90-A and -B.

12             (Whereupon, Government's Exhibit Nos. 90-A and 90-B

13   were entered into evidence.)

14             THE COURT:  You may publish.

15   BY MR. GONZALEZ:

16   Q.   Now, when it was seized from you, it didn't have these tabs

17   on it.  Correct?

18   A.   Correct.

19   Q.   It was just the stamped passport?

20   A.   Yes.

21   Q.   With the different stamps from the various places that

22   you've been.  Correct?

23   A.   Yes.

24   Q.   Shortly after having the conversation with Mr. Tardon about

25   Ana Cameno being arrested and David Vela being arrested,

Pollack - DIRECT - By Mr. Gonzalez          33

1   without telling us any of the details that you know, did you

2   find out that there was a domestic incident that occurred at

3   Mr. Tardon's house in the villa?

4   A.   Yes.

5   Q.   And how did you find out about that?

6   A.   He called me.

7   Q.   And did you find out that he had been arrested?

8   A.   Yes.

9   Q.   Did you do anything once you found out that he was

10  arrested?

11  A.   Yes.

12  Q.   What did you do?

13  A.   The night of the arrest?

14  Q.   Yes.

15  A.   I went to the house.

16  Q.   To the villa?

17  A.   To the villa.

18  Q.   Did anybody go with you?

19  A.   No.  I went by myself.

20  Q.   Did -- who was at the house when you got there?

21  A.   Sharon, a few Miami police officers and Orlando.

22  Q.   Orlando is whom?

23  A.   The Santeria priest.

24  Q.   And what did you do?

25  A.   I was trying to talk the police out of arresting him.

Pollack - DIRECT - By Mr. Gonzalez                34

1    Q.   Okay.

2    A.   And I got -- I took a bag and a shoebox out of the house

3    for him.

4    Q.   Okay.  Who told you to take that out of the house?

5    A.   Alvaro.

6    Q.   Was that there while he was being arrested?

7    A.   Yes.

8    Q.   And what kind of bag was it?

9    A.   A big leather gym bag.

10   Q.   And did you put any items inside that bag?

11   A.   No, I did not.

12   Q.   Were there any items in the bag?

13   A.   Yes.

14   Q.   Can you tell us what was in the bag.

15   A.   A couple of sets of keys to two different cars and maybe a

16   watch or two.  Definitely one watch.  Maybe more.

17   Q.   Okay.  But you didn't put those items in the bag.  Correct?

18   A.   No.

19   Q.   They were already there?

20   A.   Yes.

21   Q.   And did you take any money?

22   A.   Yes.

23   Q.   Do you recall how much money -- first of all, where was it?

24   A.   In a shoebox.

25   Q.   The shoebox -- who directed you to go to that shoebox?

Pollack - DIRECT - By Mr. Gonzalez                35

1    A.   Alvaro.

2    Q.   Where was the shoebox?

3    A.   Sharon handed it to me.  It was in the kitchen.

4    Q.   Did you ask her for it?

5    A.   Yes.

6    Q.   And do you know how much money was in the shoebox?

7    A.   Yes.

8    Q.   How much?

9    A.   $300,000.

10   Q.   In US dollars or euros?

11   A.   US.

12   Q.   What did you do with that money?

13   A.   I kept it at my house until Alvaro -- until I bailed out

14   Alvaro two days later.

15   Q.   I want to show you Government's Exhibit 146, composite, and

16   ask you, first of all, whether or not you recognize any of the

17   items that are in these photographs.

18   A.   Yes.

19   Q.   Do you recognize some of those items?

20   A.   Yes, I do.

21   Q.   Now, are some of those items items that you took out of the

22   house when Mr. Tardon was being arrested?

23   A.   Yes.

24   Q.   And did you keep those items with you?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                 36

1    Q.   And you told us you kept them with you until when?

2    A.   He -- I bailed him out two days later.

3    Q.   Without getting into any specifics, just a simple "yes" or

4    "no," do you know if Mr. Tardon was arrested again shortly

5    after you bailed him out?

6    A.   Yes.

7    Q.   And the items in those photographs:  Are those some of the

8    items that you held -- took out of the house, held and then

9    gave to him when you bailed him out?

10   A.   Yes.

11   Q.   Are they in the same or substantially the same condition in

12   the photographs as when you gave them to Mr. Tardon?

13   A.   Yes.

14        MR. GONZALEZ:  Your Honor, at this time I'd move

15   Government's Exhibit 146 into evidence.

16        MR. KLUGH:  Your Honor, other than prior objections, we

17   have no new objection.

18        THE COURT:  The prior objection is overruled.

19        It will be admitted as Government's Exhibit 146,

20   composite.

21        (Whereupon, Government's Exhibit No. 146 was entered

22   into evidence.)

23        THE COURT:  You may publish.

24        MR. GONZALEZ:  Thank you, your Honor.

25

Pollack - DIRECT - By Mr. Gonzalez                37

1    BY MR. GONZALEZ:

2    Q.   Is this the gym bag that you took out of the house?

3    A.   Yes.

4    Q.   And is this another photo of the bag with some items

5    inside?

6    A.   Yes.

7    Q.   Now, you told us that there were some car keys that you

8    took.

9    A.   Yes.

10   Q.   Was one of them the keys to the Ferrari?

11   A.   I don't recall.

12   Q.   Fair enough.

13        Let me show you this photograph.

14        MR. GONZALEZ:  And just to let the jury know, your

15   Honor, this in the background has nothing to do with this case.

16   It's just something that happened to be there when the

17   photograph was taken.

18   BY MR. GONZALEZ:

19   Q.   But looking at the items on the table, starting with the

20   bag, do you recognize that as the bag that you took out of the

21   house?

22   A.   Yes.

23   Q.   And do you recognize any of the other items in that

24   photograph?

25   A.   Yes.

Pollack - DIRECT - By Mr. Gonzalez                    38

1    Q.   Which ones?

2    A.   The necklace and the watches.

3    Q.   And whose watches are those?

4    A.   Alvaro's.

5    Q.   And did you take money out of the house as well?

6    A.   Yes.

7    Q.   Did you know Alvaro to keep multiple cell phones with him?

8    A.   Yes.

9    Q.   And did you ever see him in possession of BlackBerry

10   phones?

11   A.   Yes.

12   Q.   After Mr. Tardon's domestic issues, did you have any

13   conversations with him concerning the cars that he had?

14   A.   Yes.

15   Q.   What was that conversation?

16   A.   He was going to ship -- I think it was seven of the cars to

17   Madrid.

18   Q.   Did he tell you why he wanted to do that?

19   A.   To be sold in a dealership.

20   Q.   Did he tell you why he wanted to do it then and there

21   versus any other time?

22   A.   Also because he was fearing divorce with Sharon and wanted

23   to get rid of some of his assets in case she was coming after

24   them.

25   Q.   Did he have any conversations with you at all about any

Pollack - CROSS - By Mr. Klugh                      39

1   problems he was having getting the cars out of the country?

2   A.   Yes.  Once I put all the cars on two trucks to be driven to

3   wherever they were to be transported out of the country, they

4   were stuck there.  They were not leaving.

5   Q.   Did he tell you why?

6   A.   No.  He did not know why.

7   Q.   Do you know whether or not there were any issues with the

8   names that the cars were titled under?

9   A.   No.

10  Q.   Now, in all the time that you've known Mr. Tardon, did he

11  ever tell you that his money came from anything other than

12  trafficking in drugs?

13  A.   No.

14          MR. GONZALEZ:  No further questions, your Honor.

15          THE COURT:  Cross-examination.

16                    CROSS-EXAMINATION

17  BY MR. KLUGH:

18  Q.   Good morning, Mr. Pollack.

19  A.   Good morning.

20  Q.   Do you remember us meeting before or not?

21  A.   Vaguely.

22  Q.   You've been in custody now for almost three years?

23  A.   Almost three years.

24  Q.   But in terms of credit for release, that's actually more

25  than three years.  Right?

Pollack - CROSS - By Mr. Klugh                    40

 1   A.   Excuse me?

 2   Q.   In terms of credit for release -- towards release, it's

 3   actually more than three years that it amounts to?

 4   A.   I'm not sure I follow the question.

 5   Q.   Well, you're actually -- for purposes of credit towards

 6   release --

 7   A.   Oh, okay.  Yeah.  He get 47 good days per year done.  And

 8   they give it to you up-front.  So, on July 14th, once I have

 9   my three years completed, it's almost like having an extra

10   141 days done as well, once I hit three-year mark.

11   Q.   And your present sentence is 11 years and 3 months?

12   A.   Yes, it is.

13   Q.   And your lawyers have explained that, under the federal

14   law, there's only one way to reduce that sentence.  Isn't that

15   right?

16   A.   No.  There's multiple ways to reduce sentences.

17   Q.   After you've pled guilty?

18   A.   After you've pled guilty.  Yeah.  There's -- well, there's

19   Rule 35s, and that's the only one I know about.  I'm not sure

20   if there's any other kind.  I never looked into it.

21   Q.   Why were you saying there's multiple ways?

22   A.   I thought maybe like a Rule 2255.

23   Q.   And that's when you --

24   A.   Something when you claim bad counsel.  But I thought you

25   can also appeal your sentence even if you took a plea and got

Pollack - CROSS - By Mr. Klugh                41

1    sentenced under a plea deal.

2        I thought you could still appeal that sentence.  Even

3    though you waive your right to appeal, there's certain

4    circumstances that will still let you appeal that sentence, I

5    thought.

6    Q.   In any event, you discussed all of this very thoroughly

7    with your lawyers?

8    A.   Pretty thoroughly.

9    Q.   And you know, as you sit here today, there's only one way

10   for you to reduce your sentence today?

11   A.   Yes.

12   Q.   And all that stuff about appealing and 2255, that's all

13   gone?

14   A.   Yes.

15   Q.   And what is that way for you to reduce your sentence?

16   A.   With a Rule 35.

17   Q.   How are you getting the Rule 35?

18   A.   By cooperating.

19   Q.   By testifying here today?

20   A.   Yes.

21   Q.   So this is your way to open the jail door and walk out?

22        MR. GONZALEZ:  Objection to the form of the question.

23        THE COURT:  Sustained.

24        Rephrase your question.

25

Pollack - CROSS - By Mr. Klugh                    42

1    BY MR. KLUGH:

2    Q.   Is this your way to open the jail door and walk out?

3            MR. GONZALEZ:  Same objection.

4            THE COURT:  Sustained.

5            Rephrase your question.

6    BY MR. KLUGH:

7    Q.   You've been advised and you've learned from your lawyers

8    and from people in the jail what happens when you come in and

9    testify in a case?

10           THE COURT:  Can you approach, please.

11           (Whereupon, the following proceedings were had at

12   side-bar outside the presence of the jury:)

13           THE COURT:  Mr. Klugh, I think you know better than to

14   be asking him about what his lawyers have advised him.  He

15   hasn't waived his attorney-client privilege as to discussions

16   with his lawyers.  It makes me very uncomfortable that you're

17   asking him to waive that when he has not waived it.

18           So you need to phrase your questions a different way

19   other than him waiving his attorney -- what his lawyers told

20   him.

21           MR. KLUGH:  What his lawyers told him, I cannot ask

22   that?

23           THE COURT:  No.  You can ask him his understanding, but

24   not what his lawyer has told him.  Ultimately, he's going to be

25   waiving his attorney-client privilege, and I don't think he's

Pollack - CROSS - By Mr. Klugh                    43

 1  done that.  In fact, I find he hasn't done that.  I'm not aware

 2  of it.

 3           Is anybody aware of it?

 4           MR. GONZALEZ:  (Shakes head in the negative.)

 5           MR. KLUGH:  I mean, I'm not aware of it.  However, my

 6  understanding, generally speaking, is some -- if someone wants

 7  to invoke their constitutional rights, they have to

 8  affirmatively do something to do that.

 9           THE COURT:  Well, I'm telling you your question is

10  improper.  So you need to ask it a different way.  You can ask

11  him what his understanding is.

12           MR. KLUGH:  I want to make sure that the Court

13  understands my point, which is I'm not making -- asking him all

14  kinds of things where he has to waive his constitutional

15  rights.

16           THE COURT:  Then, I'll take the jury out and inform him

17  of the attorney-client privilege.

18           Do you want me to do that?

19           MR. KLUGH:  No.  I don't want you to do that, your

20  Honor.

21           THE COURT:  So phrase your question a different way,

22  what his understanding is.  I don't see why it's so difficult.

23           MR. KLUGH:  I'll be happy to.

24           THE COURT:  Thank you.

25           (Whereupon, the following proceedings were had in open

1    court:)

2    BY MR. KLUGH:

3    Q.   Do you communicate with your lawyers via Corrlinks?

4    A.   Yes, I do.

5    Q.   Do you communicate with your lawyers via the prison phone

6    system?

7    A.   Yes, I do.

8    Q.   Those are public media, aren't they?

9    A.   Excuse me?

10   Q.   Those are public media, aren't they?  They're not private.

11   A.   No.  They're public.

12   Q.   They're accessible to everybody in the Government.  Isn't

13   that right?

14          THE COURT:  Mr. Klugh, you need to move on to another

15   area, sir.

16   BY MR. KLUGH:

17   Q.   I want to establish that you are writing e-mail --

18          THE COURT:  You need to move on to another area.

19          MR. KLUGH:  Could I request a side-bar, your Honor?

20          THE COURT:  No.

21   BY MR. KLUGH:

22   Q.   You began talking about cooperating against Alvaro Tardon

23   with your girlfriend virtually the day after you were arrested.

24   Isn't that right?

25   A.   No.

Pollack - CROSS - By Mr. Klugh                              45

1    Q.   Didn't you tell her, "Don't worry.  Don't leave me.  I've

2    got a plan to get out of here right away"?

3    A.   That was a couple weeks later.  I was in the SHU first with

4    no phone call.  So that would have not been possible.

5    Q.   That plan was to do exactly what you're doing now?

6    A.   No.  That was not the plan.  At the beginning, that was not

7    the plan.  I didn't decide to cooperate until about a month

8    after I was in prison.

9    Q.   You had mentioned that you were in the SHU for a week.

10   A.   Yes.

11   Q.   What is that?

12   A.   It's the -- like the hole, the special housing unit.  It's

13   solitary confinement, pretty much, but sometimes you will have

14   a cellmate.

15   Q.   And is it -- it is your statement today that you were not

16   telling your girlfriend within the first few telephone calls

17   that you were going to make a deal and get --

18   A.   I remember telling her I was going to try to get out early.

19   Specifically what I told her I do not remember.  That was a

20   long time ago.  And I haven't talked to her in over a year and

21   a half.

22   Q.   But, at the time, you were trying to assure her that you

23   would be able to get out very quickly?

24   A.   Yes.

25   Q.   And that you knew exactly how to do it?

Pollack - CROSS - By Mr. Klugh                    46

1    A.   I don't remember if I said that.   I remember my lawyer

2    telling me he might be able to get me a lesser charge or

3    something.   So that's what I was hoping for at the very, very

4    beginning.

5    Q.   When you were arrested -- again, you've spoken about

6    arrests in several contexts -- when you were arrested, there

7    was only one charge against you.   Isn't that right?

8    A.   Yes.

9    Q.   Because the indictment had been returned prior to your

10   arrest?

11   A.   What do you mean, "the indictment had been returned"?

12   Q.   The charges existed prior to your arrest.

13   A.   Okay.

14   Q.   So there wasn't any gun charge on there?

15   A.   No, there wasn't.

16   Q.   Nor were there any drug charges on there?

17   A.   No, there wasn't.

18   Q.   Nor were there any charges of specific instances of

19   violation of the money-laundering laws?

20   A.   I'm not sure.

21   Q.   There was only one charge, wasn't there?

22   A.   Okay.   So there was one charge.

23   Q.   You do recall that?

24   A.   Yes.

25   Q.   And you were aware and you were made aware that the

Pollack - CROSS - By Mr. Klugh                          47

1    Government would -- the next thing they would do is start

2    adding gun charges -- whatever gun charges they could add

3    against you?

4    A.   I knew it was a possibility that they could add it.

5    Q.   That wasn't discussed in your meetings with the Government?

6    A.   I don't remember.  I don't remember.

7    Q.   In any event, you knew that you had been caught as a felon

8    with a gun at your reach of your bed?

9    A.   Yes.

10   Q.   You knew that you were a drug dealer?

11   A.   Yes.

12   Q.   You knew you had the implements of whatever drug dealing

13   you were doing here in the United States in the room with you?

14   A.   I had the what?

15   Q.   You had the implements of whatever drug dealing you were

16   doing in the United States in the room with you with a gun.

17        MR. GONZALEZ:  Objection to the form of the question.

18        THE COURT:  Sustained.

19        Rephrase your question.

20   BY MR. KLUGH:

21   Q.   Let's talk about your drug dealing here in the United

22   States.

23   A.   Okay.

24   Q.   Did you ever bring cocaine back from Peru to the United

25   States?

Pollack - CROSS - By Mr. Klugh                    48

1   A.   Yes.

2   Q.   Were you authorized to do that?

3   A.   No.

4   Q.   What year did that occur?

5   A.   In 2001.

6   Q.   How much cocaine did you bring back?

7   A.   About 860 grams, just short of a kilo.

8   Q.   When did you start selling drugs in the United States?

9   A.   In 1998.

10  Q.   Were you still in college?

11  A.   Yes.  If I wasn't still in college, I was in between terms,

12  per se.

13  Q.   And from your testimony on direct, are you saying that,

14  from September, 2003, until early 2006, you were not dealing

15  drugs or were you dealing drugs while you were on house arrest

16  as well?

17  A.   When I was on house arrest, I was not.

18  Q.   You didn't do any drug deals at all?

19  A.   No.

20  Q.   You state that you were asking Mr. Tardon if you could do

21  drug deals?

22  A.   If I could get in.  Yes.

23  Q.   Other than that period -- that two-and-a-half-year period

24  where you were on house arrest --

25  A.   Yes.

Pollack - CROSS - By Mr. Klugh                 49

1    Q.   -- you've continuously been dealing drugs?

2    A.   Yes.

3    Q.   Since 1998?

4    A.   Yes.

5    Q.   You would use money that you would keep in order to

6    facilitate those drug transactions?

7    A.   Say it again, please.

8    Q.   You would keep cash to facilitate your drug transactions?

9    A.   Yes.

10   Q.   You would keep cell phones to facilitate your drug

11   transactions?

12   A.   Yes.

13   Q.   You would keep lists and ledgers to facilitate your drug

14   transactions?

15   A.   Yes.

16   Q.   And you would keep a firearm at your bedstand?

17   A.   Yes.

18   Q.   Was it explained to you that not only could you be charged

19   with being a felon in possession, but that you could receive a

20   mandatory sentence and a potential life sentence merely for

21   having that gun?

22   A.   At what point?

23   Q.   Prior to your entering a plea with the Government.

24   A.   No.  That was not stated.  It was possible that I could get

25   maybe charged with it, but not life in prison for that.

Pollack - CROSS - By Mr. Klugh                    50

1    Q.   Well, I'm not saying you would have gotten life in prison.

2    I'm saying that the statutory range was five years to life.

3    A.   Yes.   That was explained to me.

4    Q.   That was not ever put into an indictment against you?

5    A.   No, it was not.

6    Q.   The indictment that you pled to had a 20-year statutory

7    maximum.   Is that right?

8    A.   I believe so.   Yes.

9    Q.   And that was explained to you?

10   A.   Yes.

11   Q.   Nor was the separate felon in possession charge put into

12   the indictment, was it?

13   A.   The what charge?

14   Q.   The felon in possession.

15   A.   Of a firearm?

16   Q.   Yes.

17   A.   No.   That was not in the indictment or the plea deal.   I

18   don't know what you're asking.

19   Q.   And it was explained to you that, just by pleading guilty,

20   the Government would agree to certain reductions in your

21   sentence; just by entering into a cooperation agreement with

22   the Government, the Government would agree to certain

23   reductions in your guidelines?

24   A.   Yes.

25   Q.   So you've already gotten some benefit for just agreeing to

Pollack - CROSS - By Mr. Klugh                        51

1    cooperate?

2    A.   Yes.

3    Q.   And now, with three and a half years of credit in, you're

4    expecting to be out by the end of the year?

5    A.   I'm not expecting anything.  I have no idea how much of a

6    time cut I'll get, if I'll get a time cut at all.

7    Q.   You don't believe you're going to get a time cut at all?

8    A.   I'm hoping I will.

9    Q.   It's a mere hope?

10   A.   Yes.

11   Q.   You've talked to inmates about this, haven't you?

12   A.   Of course.

13   Q.   You've seen what happens when people come in and testify?

14   A.   Everybody's case and everybody's situation is different,

15   however.

16   Q.   You told us on direct examination that, at various times

17   and places, you've lied to authorities?

18   A.   That I've lied to what?

19   Q.   You have lied --

20   A.   Oh.  Lied.

21   Q.   -- to authorities.

22   A.   Say the beginning part of the question.

23   Q.   You have told us during your direct examination that, at

24   various times, you have lied to authorities?

25   A.   Yes.

Pollack - CROSS - By Mr. Klugh                    52

1   Q.   You had just gone over with Mr. Gonzalez your tax perjury.

2   Is that right?

3   A.   Yes.

4   Q.   How many times did you commit tax perjury?

5   A.   Every year that I filed.

6   Q.   And that was a sworn statement, the same oath that you took

7   today, and you violated it?  Yesterday, rather than.

8   A.   How so?

9   Q.   A sworn statement to the United States of America on your

10  tax return.  And you lied?

11  A.   Yes.

12  Q.   It's -- that's why they call it tax perjury.

13  A.   Okay.

14  Q.   And you've done that 14 times, 15 times?

15  A.   No.  Seven.

16  Q.   I mean, you've never reported any drug income?

17  A.   No.  I report it as other.

18  Q.   Sometimes you lied to -- not authorities -- you lied to

19  strangers.

20       You lied to the AMEX person, for example?

21  A.   How so?

22  Q.   You told the AMEX person that this money comes from real

23  estate or something -- some other business.  Is that right?

24  A.   That's true.

25  Q.   So you lie here in the United States to authorities and

Pollack - CROSS - By Mr. Klugh                53

1   you've also lied in foreign countries.  You lied and created a

2   false statement in Spain when you were stopped.  Isn't that

3   right?

4   A.   Yes.

5   Q.   You concocted a completely false claim in order to get your

6   money back.  Is that right?

7   A.   Yes.

8   Q.   You lied in Georgia --

9   A.   Yes.

10   Q.   -- when you were arrested?

11   A.   Yes.

12   Q.   And that was over $9,000?

13   A.   Yes.

14   Q.   But you lied for the 9,000?

15   A.   Yes.

16   Q.   And then, in September of 2003, you were sentenced in

17   Georgia?

18   A.   No.  I believe it was -- April 1st, 2003, was the

19   sentencing in Georgia.

20   Q.   So when did that house arrest begin?

21   A.   I think it took, like, six to eight weeks before I checked

22   in down here for the county of Valdosta -- Lowndes County,

23   where Valdosta is, to transfer down to Dade County.  So it

24   started roughly six to eight weeks after April 1st of 2003,

25   from that sentence date.

Pollack - CROSS - By Mr. Klugh                    54

1    Q.   And at two and a half years, then, it would have ended in

2    2005?

3    A.   It ended at the end of 2005.  Around October or November, I

4    got the paper back from the judge that terminated the sentence

5    of house arrest, free and clear.

6    Q.   So in April of 2003, in Lownsd County, in Valdosta,

7    Georgia, you appeared before a judge?

8    A.   Yes.

9    Q.   And you lied to the judge?

10   A.   How so?

11   Q.   You said, "I'm sorry.  I'll never do it again.  Please...."

12   A.   I don't even recall making a statement.

13   Q.   You don't recall telling the judge --

14   A.   No.

15   Q.   -- anything?

16   A.   It was so long ago.  That was 11 years ago.  I do not

17   remember.

18   Q.   You lied to every country you ever traveled to when you

19   were trying to do drug business.  Is that right?

20   A.   That is not right.

21   Q.   Every time you come into a country, they ask you, "Are you

22   here for business or pleasure?"  You lie and you say, "I'm a

23   tourist"?

24   A.   I don't know how to answer that question.

25   Q.   You've had a chance to see an undercover recording of you

1  talking to Fabiani Krentz after you were arrested in the back

2  of a police car when you were trying to get her to lie?

3  A.  I don't remember hearing that audio.

4  Q.  You remember the conversation, though?

5  A.  Vaguely.

6  Q.  Where were you when your lawyers or whoever it was told you

7  that you were facing extradition to Spain to face charges

8  there?

9       MR. GONZALEZ:  Objection to the form of the question.

10      THE COURT:  Sustained.

11      Rephrase your question.

12 BY MR. KLUGH:

13 Q.  When did you learn that Spain had issued an extradition

14 warrant and wanted you to go to Spain to face charges there and

15 go to Spanish prison?

16      MR. GONZALEZ:  Objection.  Foundation.

17      MR. KLUGH:  I'm sorry?

18      MR. GONZALEZ:  Foundation.

19      THE COURT:  Lay your foundation.

20 BY MR. KLUGH:

21 Q.  Did you learn that Spain had filed charges against you and

22 was seeking your extradition?

23 A.  Yes.

24 Q.  When did you learn that?

25 A.  I don't recall.

Pollack - CROSS - By Mr. Klugh                    56

1    Q.   Do you recall where you were when you learned it?

2    A.   In this building, in FDC Miami, Federal Detention Center.

3    Q.   Before you had processed your case?

4    A.   Yes.

5    Q.   Did the prospect of going to prison in Spain -- was this

6    something that was important to you?

7    A.   Yes.

8    Q.   Did you make it clear to everyone that, whatever happened,

9    you had to do something not to go to Spain?

10   A.   I professed that I would not like to go to Spain.

11   Q.   And you're not going to Spain, are you?

12   A.   I'm not sure yet.

13   Q.   Who decides whether you go to Spain or not?

14   A.   I assume both Governments, the Spanish Government and the

15   United States Government.

16   Q.   You have been advised that the United States Government can

17   unilaterally prevent you from going to Spain, haven't you?

18   A.   I don't recall.  You mean they can prevent me from going to

19   Spain even if Spain wants me?

20   Q.   Yes.

21   A.   I don't remember if I heard that or not.

22   Q.   You don't remember that?

23   A.   No.  I don't remember that.

24   Q.   Do you remember being advised that there's no such thing as

25   immunity in Spain, that anything you say in this courtroom can

Pollack - CROSS - By Mr. Klugh                    57

```
 1   be used against you in Spain?
 2   A.   I don't remember being advised of that.
 3            THE COURT:  We're going to take a break.
 4            Do not discuss this case either amongst yourselves or
 5   with anyone else.  Have no contact whatsoever with anyone
 6   associated with the trial.
 7            Do not read, listen or see anything touching on this
 8   matter in any way, including anything on the Internet or
 9   anything on any access device.
10            If anyone should try to talk to you about this case,
11   you should immediately instruct them to stop and report it to
12   my staff.
13            You may leave your notebooks at your chairs.  Please be
14   back in the jury room in ten minutes.
15            (Whereupon, the jury exited the courtroom at 11:01 a.m.
16   and the following proceedings were had:)
17            THE COURT:  We're in recess for ten.
18            (Thereupon a recess was taken, after which the
19   following proceedings were had:)
20            THE COURT:  You may be seated.
21            We're back on United States of America versus Alvaro
22   Lopez Tardon, Case No. 11-20470.
23            Counsel, state your appearances, please, for the
24   record.
25            MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on
```

Pollack - CROSS - By Mr. Klugh                58

 1   behalf of the United States, your Honor.

 2          MR. SREBNICK:  Your Honor, Howard Srebnick and Richard

 3   Klugh on behalf of the Defendant, Alvaro Lopez Tardon, who is

 4   present with the aid of the interpreter.

 5          THE COURT:  Are we ready for the jury?

 6          MR. SREBNICK:  Judge, I have a citation.  It's not

 7   urgent, but I could cite it to the Court.  We can talk about it

 8   later.

 9          At side-bar, we had talked about the waiver of the

10   privilege.  You had asked a question about that.

11          I would direct the Court and the Government to a case,

12   *United States versus Almeida* -- A-l-m-e-i-d-a -- 341 F.3d 1318,

13   an Eleventh Circuit case from 2003.

14          It is a case about a cooperating defendant who decides

15   to plead and testify against a co-defendant.  It has a

16   discussion about the scope of the so-called attorney-client

17   communications when a cooperator decides to testify.

18          Admittedly, it's in the context of a joint defense, but

19   it does have some discussion about it, Judge.  So I thought it

20   might be something worth looking at.

21          THE COURT:  I'll take a look at it.

22          Are we ready for the jury?

23          MR. GONZALEZ:  Yes.

24          THE COURT:  Let's bring the jurors in.

25          (Whereupon, the jury entered the courtroom at

 1   11:22 a.m. and the following proceedings were had:)

 2         THE COURT:  You may be seated.

 3         You're still under oath, sir.

 4         You may proceed, Mr. Klugh.

 5   BY MR. KLUGH:

 6   Q.  Mr. Pollack, before you ever met or even knew about Alvaro

 7   Lopez Tardon, you were trafficking in cocaine from Peru.  Is

 8   that right?

 9   A.  Yes.

10   Q.  And you personally were exposing yourself to risk by

11   bringing in essentially a kilo of cocaine from Peru?

12   A.  Yes.

13   Q.  And that was one of only 70 that you've mentioned today

14   that you say have nothing to do with Alvaro Tardon?

15   A.  Yes.

16   Q.  Now, when did you develop a contact from Peru from whom you

17   could bring in a kilo?

18   A.  In 2001.

19   Q.  Who was that?

20   A.  A friend of mine.

21   Q.  He doesn't have a name.  Is that right?

22   A.  He does have a name.

23   Q.  What is it?

24   A.  His name is Luis.

25   Q.  Is he a singer?  He just goes by one name?

Pollack - CROSS - By Mr. Klugh                          60

1    A.   I never knew his last name.

2    Q.   Where does he live?

3    A.   I have no idea.

4    Q.   The Government hasn't asked you about him?

5    A.   No.

6    Q.   I don't want to go through every single one of the kilos

7    that you've talked about that you say have nothing to do with

8    Alvaro Tardon.

9         But have you given the Government any information about any

10   of your suppliers for a single gram of cocaine?

11   A.   No.

12   Q.   These are people who live in the United States?

13   A.   Yes.

14   Q.   These are people that you know where they are, where they

15   live, where the Government can find them?

16   A.   No.

17   Q.   You never saw them again?

18   A.   No.  This is many, many, many years ago.

19   Q.   You were still dealing drugs completely unrelated to Alvaro

20   Tardon in 2010?

21   A.   How so?

22   Q.   That's what you told the Government, isn't it?

23   A.   No.

24   Q.   You told them you were dealing drugs from 2008 to 2010,

25   including cocaine, here in the United States?

Pollack - CROSS - By Mr. Klugh                              61

1   A.   No.   I stopped in 2006.

2   Q.   Now, you mentioned the term "immunity" earlier.   I want to

3   go back.

4        That's part of your agreement with the Government, that you

5   have immunity for everything that you tell them?

6   A.   Correct.

7   Q.   As long as you don't tell them that you committed a violent

8   crime, they can't use any of it against you?

9   A.   Correct.

10  Q.   But that immunity doesn't apply to Spain.

11  A.   I'm not sure.   I don't know about that.

12  Q.   You've not been given any guarantee by anybody that what

13  you say here can be used to pursue the drug-trafficking charges

14  that are pending against you in Spain?

15  A.   Say it again.

16  Q.   No one has told you, whether in writing or on paper or

17  otherwise, that you have any immunity from anything you say

18  here as regards Spain's prosecution of you for drug

19  trafficking?

20  A.   Correct.

21  Q.   So your need for protection from a Spanish drug-trafficking

22  charge that's pending right now increases with every word you

23  speak in this courtroom?

24  A.   My need for what?

25  Q.   For protection from those pending Spanish drug-trafficking

Pollack - CROSS - By Mr. Klugh                    62

 1    charges.

 2    A.   I would hope so.

 3    Q.   And that's because you're depending on the Government to

 4    protect you from that?

 5    A.   I would hope so.

 6    Q.   And it's completely within their power to say "yes" or

 7    "no"?

 8    A.   I --

 9              MR. GONZALEZ:  Objection.

10              THE COURT:  I'm sorry?

11              MR. GONZALEZ:  Objection.  Assumes facts not in

12    evidence.

13              THE COURT:  Sustained.

14              Rephrase your question.

15    BY MR. KLUGH:

16    Q.   Is it your understanding that the Government does not have

17    to extradite to you Spain?

18    A.   No.  I don't know much about the rules and regulations of

19    transferring prisoners from country to country.

20    Q.   You've not had any discussions about that?

21    A.   Very minor.  Not into detail.

22    Q.   You've never discussed the Spanish charges with the

23    Government?

24    A.   They've been brought up in discussion, but we haven't

25    discussed them thoroughly.  No.

Pollack - CROSS - By Mr. Klugh                63

1    Q.   And you advised them that you don't want to go to Spain?

2    A.   Of course.

3    Q.   And they said that, "We will make sure you don't go to

4    Spain"?

5    A.   They did not say that.

6    Q.   What did they say?

7    A.   They said it's not my decision.  You know?

8    Q.   Whose decision did they say it was?

9    A.   I don't remember.  It was some, maybe, department of the

10   Government.  I don't remember which department it was they

11   said.

12   Q.   Who is going to be speaking to that department to keep you

13   from going to Spain?

14   A.   I'm not sure if it's my lawyer, the Judge, the prosecutor.

15   I have no idea.

16   Q.   You know the other Defendants who are charged in Spain?

17   Have you seen the charges?

18   A.   I have not seen the charges.

19   Q.   Do you know other people are charged with you?

20   A.   I know other people have been arrested in Spain.

21   Q.   Do you know that Alvaro Tardon is charged?

22   A.   Yes, I do.

23   Q.   And that he faces extradition to Spain?

24   A.   Yes.

25   Q.   No matter what happens here?

Pollack - CROSS - By Mr. Klugh                    64

1   A.  I'm not sure --

2       MR. GONZALEZ:  Objection, your Honor.  Calls for

3   speculation.

4       THE COURT:  Sustained.

5   BY MR. KLUGH:

6   Q.  You said you began your experience in prison in the SHU?

7   A.  Yes.

8   Q.  And you described that as being solitary confinement?

9   A.  Yes, although there's a bunk bed and sometimes you're

10  alone.  Sometimes you'll have a cellmate.

11  Q.  Did you have a cellmate?

12  A.  Yes, I did.

13  Q.  Who was that?

14  A.  A Puerto Rican kid.

15  Q.  And you did not want to go back to the SHU?  You did not

16  want to stay in the SHU?

17  A.  Correct.

18  Q.  But you got an impression of how much control the

19  Government had over your life; did you not?

20  A.  Yes.

21      MR. GONZALEZ:  Objection to the form of the question.

22      THE COURT:  Sustained.

23      Rephrase your question.

24  BY MR. KLUGH:

25  Q.  How much does a pound of marijuana sell for?

1   A.   It depends what quality.

2   Q.   What quality did you sell?

3   A.   The high grade.

4   Q.   You sold hydroponic homegrown marijuana?

5   A.   Yes.

6   Q.   Grown in houses here in Miami?

7   A.   I'm not sure where they came from.

8   Q.   Do you know a man named René Matute?

9   A.   Oh, yes, I do.

10  Q.   Do you know Mike Messina?

11  A.   Mike Messina?  No.

12  Q.   Matthew Messina?

13  A.   Yes.

14  Q.   Those are -- how much marijuana did you obtain from Matthew

15  Messina?

16  A.   A few pounds.

17  Q.   Where did you obtain the bulk of your marijuana from?

18  A.   Different sources.

19  Q.   Again, are these people you have not identified to the

20  Government?

21  A.   Except for one, yes.

22  Q.   And the one was?

23  A.   Matt Messina.

24  Q.   And you've told the Government you never operated a grow

25  house?

Pollack - CROSS - By Mr. Klugh                                66

1   A.   I believe I did tell them that.

2   Q.   You told them you never invested in a grow house?

3   A.   I told them that.

4   Q.   And you told them you -- you denied taking Sharon Cohen to

5   a grow house to see it?

6   A.   Sharon Cohen?

7   Q.   Yes.

8   A.   Never.

9   Q.   Now, you lived with Sharon Cohen and her daughter, Murphy

10  Cohen, for how long?

11  A.   11 months, 10 months.

12  Q.   And how much of that time was Alvaro living there?

13  A.   Just a few months at the beginning -- well, wait.

14       Like six months -- five months, six months.

15  Q.   You don't recall any of your contacts in Peru at this

16  point?

17  A.   No, I don't.  One died in a car accident there.  I only

18  knew his first name.  And the other one I never seen again.  I

19  went back down in 2002 and he was supposed to meet me and never

20  did.  And I lost his number, lost contact.

21  Q.   Did anyone that you can recall right now supply you with

22  more than a single kilo at a time?

23  A.   Excuse me?

24  Q.   Did anyone supply you with more than a single kilo at a

25  time for your drug trafficking?

Pollack - CROSS - By Mr. Klugh                    67

1    A.   No.

2    Q.   Again, you're saying that you did 70 kilos from 1998 to

3    April of 2003 and then for, what, a year after that?

4    A.   Excuse me?

5    Q.   I'm trying to figure out the time frame that you say that

6    you were involved in independent drug trafficking.

7    A.   Yes.  Okay.

8    Q.   It starts in 1998?

9    A.   Yes.

10   Q.   And then it stops in May of 2003, according to you?

11   A.   Yeah.  April, 2003.

12   Q.   And then it starts again when?

13   A.   Right when I got off house arrest at the end of 2005.  It

14   goes until 2006 until I go to Europe for the first time.  So

15   another eight months.  And then I stopped.

16   Q.   So you've told the Government that you never had any United

17   States drug dealing after 2006?

18   A.   That's correct.

19   Q.   That's what you've told --

20   A.   I think I remember telling them that.

21   Q.   How many times have you met with the Government?

22   A.   Maybe about eight, nine times.

23   Q.   And those meetings began approximately a month after you

24   were arrested?

25   A.   About a month and a half.  I think the first time was

Pollack - CROSS - By Mr. Klugh                68

1    September 2nd, if I recall.

2    Q.   And prior to that time, had you and your attorney conveyed

3    to the Government that you were going to come in and cooperate

4    and plead guilty?

5    A.   A couple weeks before.

6    Q.   So as of August 15th, let's say, you had communicated to

7    the United States that you were going to plead guilty and

8    cooperate?

9    A.   More or less.

10   Q.   And you signed a formal immunity agreement at that time in

11   September of 2001.  Is that right?  2011.  I'm sorry.

12   A.   I don't remember what I signed.

13   Q.   You never received any written agreement?

14   A.   For a plea?

15   Q.   For the cooperation.

16   A.   Yeah.  I'm sure I did.  And signed it.

17   Q.   You did sign an agreement to cooperate?

18   A.   Yes.

19   Q.   And it did have an immunity provision in it?

20   A.   To an extent.  Yes.

21   Q.   But you don't have it and you don't know where it is?

22   A.   I don't have possession of a copy.

23   Q.   Other than -- you stated on direct examination that you've

24   traveled for surfing.

25        Does Mr. Tardon go with you for surfing?

1    A.   No.

2    Q.   Who do you go with?

3    A.   Friends of mine.

4    Q.   Did these people -- are they in any way involved in any of

5    your drug activities?

6    A.   Not at all.

7    Q.   Again, how many people are you talking about that you go on

8    these trips with?

9    A.   Since I started in 2006 trafficking, I only went on one

10   surf trip.  That was to Indonesia.  That was one friend of

11   mine.

12   Q.   So the rest of your travel since then has all been

13   drug-related?

14   A.   Or pleasure, but just not for surfing.

15   Q.   The Government asked you whether you were dealing drugs in

16   Italy and you denied it.

17   A.   That's correct.

18   Q.   What did you shop for in Italy?  Where is -- where's the

19   merchandise?

20   A.   Clothes.  All clothes.

21   Q.   Did you leave it all in Spain?

22   A.   No.  I brought it back to the United States.

23   Q.   And was it seized when you were arrested?

24   A.   I'm not sure.  I have no idea.

25   Q.   Was it photographed?  Have you seen photographs?

Pollack - CROSS - By Mr. Klugh                    70

1   A.   No.

2   Q.   Was there a list, an inventory, of what we're talking

3   about?

4   A.   Of clothing?  No.

5   Q.   Of any supposed purchase in Italy.

6   A.   No.  Because it was all clothing.

7   Q.   Now, because you had a prior drug felony conviction, you

8   were aware that that meant, for any drug conviction here in the

9   United States, your sentence would automatically be doubled --

10  or a minimum of it would be doubled; were you not?

11  A.   No.  I had no idea about that.

12       MR. GONZALEZ:  Objection, your Honor.  Relevancy.  Also

13  assumes facts not in evidence, your Honor.

14       THE COURT:  Sustained.

15       Rephrase your question.

16  BY MR. KLUGH:

17  Q.   You had a prior drug felony conviction?

18  A.   Yes.

19  Q.   You were not aware of the effect of the drug laws with

20  regards to sentencing when a person has a prior drug felony

21  conviction?

22  A.   Not at all.

23  Q.   No one ever explained that to you?

24  A.   Nobody.

25  Q.   Now, again, other than naming Mr. Messina here in court,

Pollack - CROSS - By Mr. Klugh                71

 1    you can't name any other person who sold you a significant

 2    quantity of marijuana?

 3    A.   No, I can't.

 4    Q.   And you can't name any other person, other than Luis, who

 5    sold you any of the 70 to 100 kilos of cocaine?

 6    A.   No.  He didn't sell me.  He was the one who pointed me out

 7    that kid who got killed in the car accident in Peru.  He never

 8    sold me anything.

 9    Q.   So you haven't identified any of your cocaine suppliers

10    today?

11    A.   No.

12    Q.   And we're talking about your independent cocaine and

13    marijuana dealing bringing you a million and a half dollars?

14    A.   Over many, many, years, a little less than that.

15    Q.   Let's go back to many, many years.

16         You barely started in 1998.  Right?

17    A.   Correct.

18    Q.   You stopped in May of 2003?

19    A.   Yes.

20    Q.   And then you never did it again?

21    A.   I did it for, like, eight months after I got off house

22    arrest.

23    Q.   Eight months.  Okay.

24    A.   Yeah.

25    Q.   So there was a total of --

Pollack - CROSS - By Mr. Klugh                          72

```
 1   A.   Close to six years.

 2   Q.   When did you start in 1998, then?

 3   A.   I don't remember.  The month I don't remember.

 4   Q.   So you're only doing about a quarter of a million a year --

 5   A.   Less.  Average, less than that.

 6   Q.   -- in profit?

 7   A.   Correct.

 8   Q.   And how much did you sell cocaine for?

 9   A.   Well, a gram would be, like, $40.  An eight ball, which is

10   3 1/2 grams, would be, like, 150.

11   Q.   The transaction in Georgia:  Was that a delivery?  Were you

12   making a specific delivery of drugs in Georgia or were you

13   picking up drugs in Georgia?

14   A.   Neither.

15   Q.   It was just a coincidence that you had a lot of cocaine and

16   a lot of cash?

17   A.   Yes.

18   Q.   What were you doing?  Were you still going to school?

19   A.   I was going -- I was on and off school a lot.  I would go

20   to school, take a class and then sign out and go to another

21   school.  At that point, I'm not sure if I was taking classes or

22   not.

23   Q.   Did you have a girlfriend in Spain?

24   A.   No.

25   Q.   Did you have a girlfriend in Colombia?
```

Pollack - CROSS - By Mr. Klugh                73

1   A.   At one point.

2   Q.   Where did she live?

3   A.   In Medellín.

4   Q.   And you had an apartment there in Medellín?

5   A.   I did.  Yes.

6   Q.   And, obviously, you haven't been back to see it since

7   you've been arrested?

8   A.   Correct.

9   Q.   Now, Medellín is a pretty expensive town, isn't it?

10  A.   Not for American standards.  No.

11  Q.   Can you describe the apartment to us.

12  A.   Yes.  15th floor of a 20-story building.  It was a

13  two-floor apartment, just over 1700 square feet, three

14  bedrooms, three and a half baths, with a maid's quarters behind

15  the utility room, which was behind the kitchen.

16  Q.   Did you live there with your girlfriend or not?

17  A.   No.  My girlfriend was way before I had this apartment.

18  Q.   Part of your agreement with the United States is to be

19  truthful about your matters related to forfeiture.  Is that

20  right?

21  A.   What?

22  Q.   Matters relating to forfeiture of drug proceeds.

23  A.   Correct.

24  Q.   Did you tell the Government about the Medellín apartment?

25  A.   Yes, I did.

Pollack - CROSS - By Mr. Klugh                              74

1    Q.   How much, in total, have you forfeited to the Government

2    from the $3 million?

3    A.   Which $3 million?

4    Q.   That you've made in drug proceeds.

5    A.   Well, most of it was spent.  But how much did they recoup

6    from me with what they seized?

7    Q.   Yes.

8    A.   I'd say maybe over 100,000 dollars' worth of jewelry,

9    another -- a couple properties from me, my car -- well, two

10   cars.  Monetarily, I don't know what it's worth, what the

11   Government valued them at.  So....  Some cash, bank accounts.

12   Q.   When you first told the Government that Alvaro had let

13   you -- had borrowed $36,000 from you, you didn't say that that

14   was necessarily related to drugs, did you?

15   A.   That my money was related to drugs?

16   Q.   No.

17        You didn't say that -- you didn't tell the Government that

18   you were investing in a drug deal when you first told them

19   about that money?

20   A.   Yeah, I did.

21   Q.   Isn't it true that you just told them that you were loaning

22   him the money and he had -- he was going to pay you back at

23   some high rate?

24   A.   Yeah.  But I knew what I was investing in.

25   Q.   You knew that.

Pollack - CROSS - By Mr. Klugh                         75

1          But did you tell the Government that then?

2     A.   Yes.

3     Q.   You mentioned today that you watched a videotape with

4     Mr. Tardon in his apartment in Miami Beach -- a video

5     or digital computer.

6     A.   Clip.  Yes.

7     Q.   Clip.

8          When you met with the Government, you told them what you

9     had seen there in terms of cocaine and what was being done at

10    this place?

11    A.   Yes.  They reported what was being done, what was found at

12    that house.

13    Q.   They called it laboratory.  Is that right?

14    A.   Yes.  They called it a laboratory.

15    Q.   And they showed liquid cocaine base being processed?

16    A.   I think I recall them showing drums in the house.  I'm not

17    sure.  Big, you know, like, drum containers.

18    Q.   Of liquid form cocaine?

19    A.   Well, you couldn't see the liquid.  They were closed.

20    Q.   That's what you told the Government?

21    A.   That's what they speculated.  Yes.

22    Q.   And that makes sense, because then a laboratory processes

23    liquid cocaine base into cocaine powder?

24    A.   Correct.

25    Q.   Now, obviously, you didn't pack any liquid cocaine base in

Pollack - CROSS - By Mr. Klugh                                    76

1    Peru?

2    A.   No, I did not.

3    Q.   You did not load up any drums full of liquid cocaine base?

4    A.   No.

5    Q.   You didn't have anything to do with cocaine base?

6    A.   No.

7    Q.   The peppers -- you stated that you packed eight kilogram

8    packages of peppers -- eight kilogram packages of powder into a

9    larger package of -- wrapped in burlap in which there were

10   peppers.

11   A.   Yes.

12   Q.   And you indicated that, for every eight kilograms of

13   cocaine, there would be 100 kilograms of peppers.  Is that

14   right?

15   A.   About 60 kilograms of peppers.

16   Q.   60.

17        So if you're shipping 2500 kilograms of cocaine, you're

18   shipping 20,000 kilograms of burlap -- this burlap material,

19   these bales?

20   A.   What was your math?  How much is that?

21   Q.   Well, the total weight of each bale is going to be

22   68 kilos.

23   A.   Yes.  Average, 300 bales, you know.  That would be

24   2400 kilos times 60 kilos.  So yeah.  About 200,000.

25   Q.   In any event, we're talking very -- a very large container

Pollack - CROSS - By Mr. Klugh                  77

1   full of peppers?

2   A.  Yes.

3   Q.  Now, for something like that, there would be a

4   tractor-trailer, right, to move the container?

5   A.  I've never seen how it was moved.

6   Q.  I'm sorry?

7       You never saw it removed from the warehouse?

8   A.  In vans, but not on a tractor-trailer.  I never seen it.

9   Q.  I'm trying to stay here in Peru for a minute.

10  A.  Okay.

11  Q.  To get a container load -- a gigantic container load of

12  peppers out of a warehouse, you'd need a tractor-trailer.

13  Right?

14  A.  Okay.

15  Q.  And you would have to have that then transported to some

16  kind of vehicle that could carry such a container.  Right?

17  A.  Correct.

18  Q.  And then that vehicle would have been a large container

19  ship of some kind?

20  A.  Correct.

21  Q.  And there would have been a bill of lading?

22          MR. GONZALEZ:  Objection, your Honor.  Calls for

23  speculation.

24          THE COURT:  Sustained.

25

Pollack - CROSS - By Mr. Klugh                        78

BY MR. KLUGH:

Q.   You really don't know whether any of the cocaine, then,

that you dealt with in Peru ever ended up anywhere because you

don't know -- you have no idea how and whether it got loaded up

on a ship or not?

A.   (No response.)

Q.   And, in fact --

         THE COURT:  Is there an answer?

         THE WITNESS:  He didn't ask me a question.  He made a

statement, your Honor.

         THE COURT:  Rephrase your question, please.

BY MR. KLUGH:

Q.   You don't know for a fact whether any of the cocaine that

you loaded up ended up in Spain or Guatemala or Russia.  You

don't know where the particular cocaine that you say you're

dealing with -- you don't know where it ended up.  Is that

right?

A.   No.  I know it ended up in Madrid because they were the

same packagings and the same tape that we wrapped them up in

and everything was the same, the way we put them together.

Q.   You know that those were definitely the same loads that you

had worked on before?

A.   I definitely know.

Q.   Because they had similar wrappings?

A.   And they were sewn with -- the way I sewed it and they

Pollack - CROSS - By Mr. Klugh                    79

1    were....

2    Q.   You recognized your stitching on the burlap?

3    A.   On some of them, yes.

4    Q.   How many?

5    A.   How many what?

6    Q.   How many of them did you recognize your stitching on the

7    burlap?

8    A.   Dozens.

9    Q.   You had a special way of stitching up the burlap?

10   A.   You could tell my stitching was a wider space than other

11   people's.

12   Q.   And so that had -- that meant it had to be yours because

13   there was a wide space in the stitching?

14   A.   Yes.

15   Q.   According to you, the first trip that you went down there,

16   it wasn't until six months later that you were in Spain?

17   A.   No.  It was about four to six weeks later.

18   Q.   There was no trip where it was six months?

19   A.   There was no six-month trip for what?

20   Q.   There was no time in which you -- there was a six-month

21   delay between what you did in Peru and what you did in Spain?

22   A.   No.  There was never a delay that long.

23   Q.   Did you count the bales in the warehouses in Spain to see

24   how much was there?

25   A.   Yes.

Pollack - CROSS - By Mr. Klugh                    80

1    Q.   How much was there?

2    A.   Well, we needed our -- 313 bales is all we cared about.

3    There are a lot of bales that did not have any cocaine inside

4    them to make the full container.  312 times eight will get you

5    2496.  And the 313th bale had only four in it to make it 2500.

6    Q.   So the times that you were in the warehouse in Madrid, you

7    counted the 300 bales?

8    A.   313, that had our product in it.

9    Q.   Your product?

10   A.   Our.

11   Q.   Your leader in Peru was a man named Jaime?

12   A.   Yes.

13   Q.   And you became friends with him here in the United States?

14   A.   Yes.

15   Q.   And there were photographs of you with him here in the

16   United States?

17   A.   I don't know if there's any photographs of me with him.

18   Q.   Were there any photographs that you kept on your computer

19   or your phone or in any media whatsoever of your -- anything

20   that you have talked about here today in court or yesterday?

21        MR. GONZALEZ:  Objection to the form of the question.

22   Broad.

23        THE WITNESS:  That's so broad, I don't --

24        THE COURT:  One moment, sir.

25        If there is an objection, I need to rule on it.

Pollack - CROSS - By Mr. Klugh                    81

1          Sustained.

2          Rephrase your question.

3    BY MR. KLUGH:

4    Q.   Did you have any photographs of you at any time on any of

5    these trips that you took?

6    A.   No.

7    Q.   You never took a photograph when you were in Spain?

8    A.   Not that I recall.

9    Q.   Never in Peru?

10   A.   No.

11   Q.   And you're not aware of any sort of corroboration of where

12   you stayed in Peru, how long you stayed there?

13   A.   Any sort of what?

14   Q.   Corroboration of where -- what city in Peru you stayed at

15   and how long you stayed there.

16   A.   Am I aware of any corroboration with who?

17   Q.   Of anything.

18        Is there any record to show that you were in Tacna ever?

19   A.   Yeah.  I'm sure there is.

20   Q.   That would be?

21   A.   Flights.  A couple flights going down there from Lima.

22   Q.   You fly to Tacna from Lima?

23   A.   Sometimes we drove.

24   Q.   Well, which was it?

25   A.   Both.  Sometimes we fly.  Sometimes we drove.

Pollack - CROSS - By Mr. Klugh                    82

```
 1   Q.   How many times was it?

 2   A.   Three times I was in Tacna.  But a couple of the items I

 3   was there -- the first time we never left Tacna.  The second

 4   two times -- the next two times, we'd have some lulls where we

 5   weren't getting anything and we'd leave and go to nearby cities

 6   or Arequipa to relax for a few days, fly out and fly back or

 7   drive out and drive back.

 8   Q.   So you have a lot of internal flight records in Peru that

 9   will confirm your being there?

10   A.   Yes.

11   Q.   How did you pay for these tickets?

12   A.   Definitely cash.  Maybe sometimes credit card.  I don't

13   recall.  Probably -- definitely cash.

14   Q.   Did you travel under your own name?

15   A.   Yes.

16   Q.   Now, throughout this three-year pendency of this case, you

17   have from time to time received information regarding matters

18   in the news media or matters in the court records or documents

19   that the Government has asked you to look at.  Is that correct?

20   A.   Correct.

21   Q.   And you would be asked to study things and try to explain

22   them?

23   A.   Not study.  There's no need to study.  I was just told to

24   tell the truth and to remember as best as I can the facts.

25   Q.   And this would include newspaper articles that you were
```

Pollack - CROSS - By Mr. Klugh                83

1    given?

2    A.   There was a couple of newspaper articles shown to me.

3    Q.   Where there would be stories that you would either have to

4    agree with or disagree with?

5    A.   I don't understand your question.

6    Q.   Well, where you would tell the Government, "I don't agree

7    with what's in this news item.  I don't agree that I owned this

8    much property in Spain," for example?

9    A.   They'd ask me, "Is this true?", "Is this true?"

10        And I would tell them if it was true or not.

11   Q.   Now, in addition to never seeing -- did you ever see the

12   cargo containers that the bales were allegedly put in?

13   A.   No.

14   Q.   Did you ever see a boat?

15   A.   No.

16   Q.   When you spoke to Jimmy, that was usually in Colombia?

17   A.   There was just that one time.

18   Q.   Other than that, you spoke to him in Spain?

19   A.   Correct.

20   Q.   Did you speak with him privately?

21   A.   I'm sure I did.

22   Q.   Did you speak with Jaime privately?

23   A.   Yeah.  We were friends.  We hung out.

24   Q.   And with Danny Berrocoso?

25   A.   Yes.

Pollack - CROSS - By Mr. Klugh                84

1    Q.   And with Benavides?

2    A.   Yes.

3    Q.   And with Ortiz?

4    A.   Yes.

5    Q.   And with Panadero?

6    A.   Yes.

7    Q.   Did you talk to them about how much money they made?

8    A.   Sometimes.

9    Q.   Did you compare accounts, "How much money are you getting

10   as compared to how much money I'm getting?"

11   A.   Yes.

12   Q.   You carried $25,000 illegally out of Spain?

13   A.   Correct.

14   Q.   You were aware -- I'm sorry.

15        25,000 euros.  Is that right?

16   A.   Correct.

17   Q.   You were aware that Spain has a limit to how much you can

18   take out?

19   A.   Correct.

20   Q.   And that, unlike the United States, where if you just sign

21   a form saying "I'm bringing in the money," in Spain, it's a

22   very lengthy, complicated investigative process?

23        MR. GONZALEZ:  Objection, your Honor.  Calls for

24   speculation unless there's a foundation.

25        THE COURT:  Sustained.

1           Lay your foundation.

2    BY MR. KLUGH:

3    Q.   You were -- you went through a pretty significant

4    experience with regard to these Spanish laws regarding taking

5    money out of the country, didn't you?

6    A.   Correct.

7    Q.   You became aware of just how complicated it was in Spain to

8    move money out of the country?

9    A.   Correct.

10   Q.   And it was a lot more complicated and involved than simply

11   signing on a Customs form "I've got more than $10,000."  Isn't

12   that right?

13   A.   Correct.

14   Q.   Now, even though your phone calls from the jail are

15   recorded and even though your discussions with Ms. Krentz

16   regarding telling her to lie in the back of a police car was

17   recorded, in your interviews with the Government, not one time

18   did they record anything that you told them?

19           MR. GONZALEZ:  Objection, your Honor, to the form of

20   the question.  Calls for speculation.

21           THE COURT:  Sustained.

22           Rephrase your question.

23   BY MR. KLUGH:

24   Q.   Not one time did the Government ever record your

25   statements?

Pollack - CROSS - By Mr. Klugh                    86

1           MR. GONZALEZ:  Same objection, your Honor.

2           THE COURT:  Sustained.

3           Rephrase your question.

4    BY MR. KLUGH:

5    Q.  If the Government ever recorded your statements that you

6    were making to them over this -- did you say these nine

7    meetings? --

8    A.  Roughly.

9    Q.  -- you weren't aware of it?

10   A.  If they did record me, I was not aware of it.  Correct.

11   Q.  It would have been nonconsensual?

12          MR. GONZALEZ:  Objection.  Calls for a legal

13   conclusion.

14          THE COURT:  Sustained.

15   BY MR. KLUGH:

16   Q.  Have you ever seen or heard of a recording or a transcript

17   of one of those meetings?

18   A.  No.

19   Q.  Have you had the opportunity to review reports of those

20   meetings?

21   A.  No.

22   Q.  Not once?

23   A.  No.

24   Q.  They never asked you to go over and confirm anything that

25   they believed you had said?

Pollack - CROSS - By Mr. Klugh                    87

1   A.   Oh.   Yes.   Sometimes they'd want to make sure, reconfirm

2   things that I have said.

3   Q.   So they would take a report and they would go over it with

4   you line by line?

5   A.   Sometimes.

6   Q.   How many times?

7   A.   A couple of times, depending on what area they wanted to

8   touch on to make sure.

9   Q.   How recently?

10   A.   The last time, two weeks ago.

11   Q.   How many reports?

12   A.   I have no idea.

13   Q.   More than three?

14   A.   I don't know what you consider a report and what they --

15   what a report is.

16   Q.   Well, let's call it a typewritten document that's got a

17   staple on it.

18       How many of those?

19   A.   That I've seen?  Like would you consider this a report, the

20   wire transcript wire calls -- the wiretapped called?

21   Q.   No.  I'm not talking about that.

22       Let me make sure I'm clear.  I'm not talking about -- let

23   me get what's in front of you.

24       Were you ever given a copy of those wiretapped calls?

25   A.   No.

Pollack - CROSS - By Mr. Klugh                    88

```
 1    Q.   So how did you go over those with the Government?

 2    A.   They would play the audio clips for me and I'd see if I

 3    recognized the voices.

 4    Q.   Did you make changes to the transcripts?

 5    A.   No.

 6    Q.   Did you suggest changes to the transcripts?

 7    A.   Of course not.

 8    Q.   You don't understand Spanish that well?

 9    A.   I understand Spanish pretty good.

10    Q.   I'm not saying you don't understand Spanish well.

11         I'm just saying you don't understand Spanish well enough to

12    create a transcript?

13         MR. GONZALEZ:  Objection, your Honor.  Calls for

14    speculation.

15         THE COURT:  Sustained.

16         Rephrase your question.

17  BY MR. KLUGH:

18    Q.   Do you understand written Spanish well enough to create a

19    transcript from a recording like this?

20    A.   No.

21    Q.   I'm talking about reports now that are not sort of evidence

22    type of things, but are reports that the -- either the FBI or

23    the IRS has written out during prior statements that weren't

24    recorded.

25         As to those reports, has the Government ever gone over them
```

Pollack - CROSS - By Mr. Klugh                    89

1    with you line by line?

2    A.   Yes.

3    Q.   That is as recently as two weeks ago?

4    A.   Yes.

5    Q.   And you don't know whether it's more or less than three

6    reports?

7    A.   Correct.

8    Q.   You would confirm or correct items that are in those

9    reports?

10   A.   If I had told them something and they had noted it in an

11   incorrect manner, I would say "No.  That's incorrect.  This is

12   what's correct."

13   Q.   And you maintained -- do you maintain -- were you doing any

14   drug business while living at what you refer to as a villa with

15   Sharon and Murphy Cohen?

16   A.   Yes.

17   Q.   How old was Murphy at that time?

18   A.   12, 13.

19   Q.   And you would store drugs in the house?

20   A.   Yes.

21   Q.   Were you aware of Murphy ever encountering the drugs?

22   A.   No.

23   Q.   You stated you wanted to have the cars and the wealth of a

24   big drug dealer.

25        That was your goal.  Is that right?

Pollack - CROSS - By Mr. Klugh                    90

1    A.   Correct.

2    Q.   And you didn't want to open up a car dealership, did you?

3    A.   No.

4    Q.   You didn't want to sell watches?

5    A.   No.

6    Q.   You didn't want to invest substantially in real estate in

7    other countries, other than the apartment in Colombia?

8    A.   No.

9    Q.   You wanted to be a drug dealer?

10   A.   Yes.

11   Q.   That's what you had done basically your whole adult life?

12   A.   Correct.

13   Q.   Where did you study Spanish, by the way?

14   A.   I never did.

15   Q.   But you were -- you were bright enough to get into the

16   University of Georgia?

17   A.   Correct.

18   Q.   So you're a fairly smart guy?

19   A.   If you say so.

20   Q.   Well, I mean, that's -- an out-of-state student getting

21   into Georgia, you're going to have to be pretty smart, aren't

22   you?

23   A.   I'm not sure.  I mean, that's not a very high academic

24   school.  It's not Ivy League.

25   Q.   And you stated that you first tried to get Alvaro to get

Pollack - CROSS - By Mr. Klugh                    91

1   involved in drug trafficking in the United States.  Is that

2   right?

3   A.   No.  I did not try to get him involved.

4   Q.   You stated that Fabiani Krentz came to you in 2002?

5   A.   Correct.

6   Q.   And she tried to get you to get Alvaro Tardon involved in

7   drug trafficking in the United States?

8           MR. GONZALEZ:  Objection to the form of the question.

9   Misstates facts.

10          THE COURT:  Sustained.

11          Rephrase your question.

12  BY MR. KLUGH:

13  Q.   Was it 2002?

14  A.   Was what 2002?

15  Q.   When Fabiani came to you with a suggestion regarding Alvaro

16  Tardon.

17  A.   Yes.

18  Q.   Do you remember when, how long it was after you knew her?

19  A.   A couple of months after I knew her.

20  Q.   And this is at Crunch Gym on the Beach?

21  A.   Yes.  She told me this at her apartment that she was

22  staying in on Brickell at the Mark.

23  Q.   Were you dating her at this time?

24  A.   No.

25  Q.   You were dating a friend of hers?

Pollack - CROSS - By Mr. Klugh                92

1   A.   Yes.

2   Q.   When did you start dating Fabiani?

3   A.   I never dated her.

4   Q.   So you're at her apartment in 2002 and she says she knows

5   Alvaro Tardon is involved in drugs and, if you want to deal in

6   drugs, you need to talk to Alvaro Tardon?

7   A.   Close.  She said, "My boyfriend might be able to help you

8   out with that," referring to that I was selling cocaine.

9   Q.   Those were her exact words?

10  A.   "My boyfriend might be able to help you out with that."

11  Correct.

12  Q.   You can remember that from 2002?

13  A.   Yes, I do.

14  Q.   And this is after all the time in the SHU, the three years

15  in prison?

16  A.   Correct.  Some things you can remember vividly.  Some

17  things from two years are ago -- you know, that's just how the

18  brain works.

19  Q.   So how -- what was -- what did you say to her before she

20  said that?

21  A.   She had asked me if I sold anything else.  And then we kind

22  of spoke cryptically.

23       I said, "What do you mean, 'anything else'?"

24       She was like, you know, "Anything else."

25       I said, "Like white stuff?"

Pollack - CROSS - By Mr. Klugh                    93

1        And she said, "Yes.  Like white stuff."

2        And I said, "Yeah.  I do that."

3        And she said, "Maybe my boyfriend can help you out with

4   that."

5   Q.  But nothing ever came of that?

6   A.  No.  We had one discussion the first time I met him and

7   nothing ever came of it.

8   Q.  But you continued to traffic drugs in the United States?

9   A.  Yes, I did.

10  Q.  How long have you been called "Maverick"?  Where did that

11  come from?

12  A.  It came from some friends in high school when I was

13  15 years old.  I had long hair and cut it short like a crew

14  cut.  A few days later we were watching *Top Gun* at a friend's

15  house and he said, "Oh, you got Maverick's haircut."  And the

16  name stuck.

17  Q.  So it doesn't come from the *Maverick* series?  It comes from

18  the *Top Gun* movie?

19  A.  Yes.

20  Q.  Now, you told the Government -- the Government would show

21  you pictures of people from time to time?

22  A.  Correct.

23  Q.  And you would identify them.  They showed you pictures and,

24  at one time, you told them you had -- were at a party with

25  Jimmy here in Miami?

Pollack - CROSS - By Mr. Klugh                    94

1    A.   No.   That's not correct.

2    Q.   You never told them that?

3    A.   No.

4    Q.   Did you have a chance to correct them on their

5    misunderstanding about that?

6              MR. GONZALEZ:   Objection to the form of the question,

7    your Honor.

8              THE COURT:   Sustained.

9              Rephrase your question.

10   BY MR. KLUGH:

11   Q.   You don't recall telling them that you were with Jimmy and

12   Amelia Botero at a party in Miami?

13   A.   That's impossible.

14   Q.   You do remember telling them you were at a party with

15   Amelia Botero?

16   A.   Whose name is --

17   Q.   Amelia Botero.

18   A.   Are you say "Amelie"?   I'm not sure what....

19   Q.   Amelia.   Amelie or Amelia.

20   A.   I'm not sure if it's the same girl; so, I don't know....

21        With an Amelie, yes.   Amelia Botero, I never knew the

22   girl's last name.   I don't know if that's the same girl.

23   Q.   Who did you see her with?

24   A.   Who did I see her with?

25   Q.   Yes.

Pollack - CROSS - By Mr. Klugh                    95

```
 1   A.   Some bald Italian guy.

 2   Q.   And did you know him?

 3   A.   No.

 4   Q.   Did you identify him for the Government?

 5   A.   No.  They never even asked me to identify him.

 6   Q.   Now, other than these recordings, did you -- well, I don't

 7   know.

 8        Let me first ask you:  Did the Government ask you to review

 9   all of the recordings that are in that book?

10   A.   Yes.

11   Q.   Other than those recordings, did they ask you to review any

12   other recordings?

13   A.   No.

14   Q.   Have you ever reviewed a recording of you talking to

15   Alvaro?

16   A.   I don't remember.  I know I'm in here talking to other

17   people, but I don't remember if there was one of me talking to

18   Alvaro.  If I can look through it, I'll tell you.

19   Q.   Well, let's assume that there's nothing in there -- in that

20   book.

21        If that's the case, then, to your knowledge, are you aware

22   of any other recording in which you were talking to Alvaro?

23   A.   No.

24   Q.   And you met him when?

25   A.   In 2002.
```

Pollack - CROSS - By Mr. Klugh                    96

1   Q.   I want to go back to what you referred to as "our

2   313 bales."

3        What you were saying is that you see 313 bales at a

4   warehouse in Madrid and that vans come and the bales are picked

5   up or -- no.  I'm sorry.  Let me withdraw that.

6        You say that you see the 313 bales in a warehouse in

7   Madrid, that 8 kilograms of cocaine are removed from each bale.

8        What happens to it then?  Is it stacked?

9   A.   They're bundled into -- we unbundle them and separate them

10  out and recount them to make sure we have 2500.  Then we put

11  them in the boxes, 25 in each box.

12  Q.   And then what happens to each box?  Where do they go?

13  A.   Into the loading beds of the vans.

14  Q.   And you said 200 went to Ana and David?

15  A.   Yeah.  300, 400 or 600.

16  Q.   As many as 600 went to them?

17  A.   I'm not sure.  I know it was in the hundreds.

18  Q.   In any event, you don't know what happened to -- other than

19  the ones you know that went to -- or you believe went to David

20  because he drove them away --

21  A.   Uh-huh.

22  Q.   -- do you know what happened to any of the bulk of the rest

23  of the cocaine?

24  A.   Where they went to?  No.

25  Q.   And do you know where David actually took the ones that he

Pollack - CROSS - By Mr. Klugh                    97

1    took away?

2    A.  No, I don't.

3    Q.  Now, the one time that you went to Colombia, to Cali, that

4    was the only time you were in Cali?

5    A.  No.

6    Q.  How many times have you been to Cali, Colombia?

7    A.  Two, maybe three, times.

8    Q.  Why did you go the other two or three times -- or the other

9    two times?

10   A.  Well, the first time I went just for vacation.  And the

11   second time was to see Jimmy.  And if I was there another time,

12   it would have been just for vacation, just to hang out.

13   Q.  So the total maximum number of your trips to Cali is three

14   or four?

15   A.  I'm not sure.  I'd have to look at my flight records to

16   see.

17   Q.  According to you, only one of them was for business?

18   A.  Correct.

19   Q.  You stayed two weeks in Jimmy's house in Cali?

20   A.  No.

21   Q.  How long did you stay there?

22   A.  One or two nights.

23   Q.  And then you came back?

24   A.  No.  I went to another city, I believe.

25   Q.  You stayed two weeks in Colombia on that trip?

Pollack - CROSS - By Mr. Klugh                    98

1   A.   I don't remember.  The passport would say it.

2   Q.   Now, the Government was asking you about Enano.

3   A.   A what?

4   Q.   Enano, Juan Carlos.

5        Do you remember this was the individual they asked you, "Do

6   you know this person?  Do you know this name?" and you said,

7   "No" and then you said, "Wait.  Wait.  Wait.  I remember.  I

8   know the name"?

9   A.   Correct.

10  Q.   Is this someone you've ever seen?

11  A.   No.

12  Q.   Is this someone you've ever done any business with?

13  A.   Never.

14  Q.   Do you know where he makes his money?

15  A.   No.  But I heard how he made his money.

16  Q.   Are you talking about newspaper articles?

17  A.   Well, that, and from Alvaro.

18  Q.   So you believed him to be a drug dealer?

19  A.   Yes.

20  Q.   Do you know where he sold his cocaine?

21  A.   No.

22  Q.   Now, again, you were talking about smuggling out hundreds

23  of thousands of euros from Spain.  Is that correct?

24  A.   Over time.  Yes.

25  Q.   What is most you ever carried on to out of Spain?

Pollack - CROSS - By Mr. Klugh                        99

1    A.   110,000 euros.

2    Q.   How did you do that?

3    A.   Waistband.

4    Q.   These were 500-euro notes?

5    A.   500.

6    Q.   You can put ten in a waistband?

7    A.   Yes.  It'd be like that thick (indicating).

8    Q.   With a jacket, you can conceal it?  Is that how it works?

9    A.   Just put it right here in your pants, have your shirt hang

10   over it.  It might stick out a little bit or it might not,

11   depending on what kind of pants you're wearing, if they're

12   tight or loose-fit.

13   Q.   You said there was a 10 percent fee for wire transfers?

14   A.   Correct.

15   Q.   Did you ever deal directly with anybody about wire

16   transfers?

17   A.   No.

18   Q.   Did you do any wire transfers other than the Mercedes --

19   the first Mercedes?

20   A.   Did I do for myself?

21   Q.   Yes.

22   A.   Through this way, you're talking about, with the 10 percent

23   fee?

24   Q.   Yes.

25   A.   No.

Pollack - CROSS - By Mr. Klugh                100

1    Q.   Now, when did you get the second Mercedes?

2    A.   In December of 2010.

3    Q.   And how did you buy that one?

4    A.   I didn't buy it.  Alvaro bought it for me.

5    Q.   How -- what happened to the first Mercedes?

6    A.   I had it.  I kept it until I got arrested.

7    Q.   You never had a Mercedes that had to be totaled?

8    A.   Yes.  The S63 that I had bought for myself, I had that

9    until the day I got arrested.  The ML63 AMG that he had

10   purchased for me in December of 2010, I believe it was

11   February, only three months later, a woman cut me off on South

12   Miami Avenue and Coral Way in Brickell and I had a green light

13   and I slammed on the brakes and I hit her and they declared my

14   car was totaled.

15   Q.   So you got a third Mercedes?

16   A.   No.  I was trying to get another ML63, but I got arrested.

17   Q.   What happened to the money for the insurance claim?

18   A.   The insurance gave me the claim check and I deposited it

19   into a Merrill Lynch account that I had.

20   Q.   The Merrill Lynch account that you have now?

21   A.   No.  I don't have the account anymore.  It's closed.

22   Q.   What happened to the money?

23   A.   The money from the Merle Lynch account?

24   Q.   Yes.

25   A.   I had my lawyers take it out for me with a power of

1    attorney.

2    Q.   How much was that?

3    A.   I believe there was, like, 145,000 in the Merrill Lynch

4    account.

5    Q.   Now, when did that happen?

6    A.   Did what happen?

7    Q.   When you had your lawyers take your money out of your

8    Merrill Lynch account.

9    A.   Shortly after I got arrested.

10   Q.   Now, you didn't even know -- when the Government was asking

11   you questions, you didn't even know Ana Cameno's name.  Is that

12   right?  You called her Entoquina or something like that.

13   A.   Yeah.  But now I remember.  It's Antolin.

14   Q.   Well, now, of course -- I mean, we've been over report

15   after report after report.

16   A.   No.  That was yesterday.

17        No.  I haven't seen anything.  I haven't looked at any

18   papers.  No one told me anything.  I'm telling you the truth.

19   I remembered it on my own.  No big deal.

20   Q.   You did meet her, though?

21   A.   Yeah.  Many times.

22   Q.   You partied with her?

23   A.   Correct.

24   Q.   And with other women -- young women?

25   A.   How young are you talking about?

 1    Q.   You got me there.  You got me there.  I'm a little bit too

 2    old.  At my age, I shouldn't have asked the question that way.

 3    Most women are young to me.

 4         I wasn't accusing you of anything, Mr. Pollack.

 5    A.   I understand.

 6    Q.   There's no question you were a successful, independent drug

 7    trafficker all on your own, dealing up to 100 kilos of cocaine,

 8    hundreds of pounds of marijuana and making at least a million

 9    and a half, you've admitted here in court.  Is that right?

10    A.   Correct.

11    Q.   You're a capable, smart guy, got into Georgia from out of

12    state.  You can handle all this stuff.

13         You're not a pepper-packer, are you?

14    A.   I was.

15    Q.   In your conversation with Alvaro about his open dealings in

16    money, his sending -- putting things in his name and his wiring

17    money to himself, you said, "You're going to get in trouble."

18         You told him that?

19    A.   Yes, I did.

20    Q.   He says, "No.  It's all legal"?

21    A.   No.  He didn't say that.

22    Q.   He said, "I'm" -- all I'm doing is trying to avoid paying

23    Spanish taxes"?

24              MR. GONZALEZ:  Objection.  Misstates evidence.

25              THE COURT:  Sustained.

1              Rephrase your question.

2    BY MR. KLUGH:

3    Q.   He referred to Spanish taxes, didn't he?

4    A.   No, he didn't.  When we were talking about cars, yes.  When

5    we were talking about what you're talking about, no.

6    Q.   Now, with cars, what's -- there's a very significant

7    Spanish tax issue.  Is that right?

8    A.   Yes.

9    Q.   It's like a 40 percent tax.  If The Collection titles a car

10   in Alvaro's name, then the dealer's name --

11             MR. GONZALEZ:  Objection, your Honor.  Foundation.

12             MR. KLUGH:  Well --

13             THE COURT:  Lay your foundation.

14   BY MR. KLUGH:

15   Q.   Are you aware of the Spanish tax?

16   A.   I know there's a tax.  The amount I'm not sure of.  But I

17   know they tax to import cars.

18   Q.   And to transfer cars.

19        Don't you know that as well?

20   A.   Yes.

21   Q.   You knew that, to transfer a title in the name of a tourist

22   in order to be able to have access to the car, there was no

23   tax?

24   A.   I'm not -- I never got into the specifics.  I didn't know

25   anything -- I didn't care about learning about that stuff.  I

```
 1    was never going to have to worry about it.  That was all his

 2    deal.

 3         I don't know how it works with the tourist, if it was in

 4    their name or a foreigner's name or a company's name, I have no

 5    idea how that goes.  I just know that Spain will charge taxes

 6    to import the cars.  Under whose name or how it works, I have

 7    no idea.

 8    Q.  Do you recall that the plates that the cars that were in

 9    your name would have an identification of it being a tourist

10    car?

11    A.  What plates?

12    Q.  The license plates.

13    A.  In Spain?

14    Q.  Yes.

15    A.  There was only one car that I helped him with to sign and

16    put under my name, and that was one of the Lamborghini

17    Murciélago.

18    Q.  I'm saying when you were driving cars in Spain.

19    A.  Correct.

20    Q.  Okay.

21    A.  We were driving cars in Spain.

22    Q.  Some of The Collection cars in Spain, the dealer cars, you

23    can tell from the plates that it's identified as a

24    tourist-owned car?

25    A.  I don't know how to tell.
```

1    Q.   You never got stopped in Spain.  So --

2    A.   I did get stopped in Spain.

3    Q.   Did you pull out the registration and show the car was

4    registered in your name?

5    A.   The car -- at that point, I don't know if it was registered

6    in my name yet.

7    Q.   In any event, you're not an expert in how significant the

8    Spanish tax reasons are for putting the name --

9    A.   Correct.

10   Q.   -- of the car in the tourist rather than the dealer?

11   A.   I'm not an expert.  Correct.

12   Q.   You've been involved in other businesses besides real

13   estate and drug trafficking?

14   A.   Yes.

15   Q.   Some of them have failed?

16   A.   Correct.

17   Q.   You tried to do an Internet business and it didn't work?

18   A.   Correct.

19   Q.   And did you invest in that?  Did you put money into that?

20   A.   Yes.  Under 10,000.

21   Q.   Under 10,000.

22        Did you have to pay salaries?

23   A.   Yes.  Off income generated.  It was based on commission.

24   Q.   And how was the income paid?

25   A.   Through checks.

 1   Q.   Credit card?

 2   A.   Checks.

 3   Q.   Checks?

 4   A.   Yeah.

 5   Q.   In other words, your customers paid you by check?

 6   A.   The website would pay us the check and then, based on what

 7   our performers were doing, we would pay them their percentage

 8   of what they made for the company, which was our company, me

 9   and a friend of mine.

10   Q.   How long did you operate this Internet performance thing?

11   A.   About two months.

12   Q.   And when did you decide you couldn't make money at it?

13   A.   We were making money, but it wasn't enough.

14   Q.   Who were the investors in it?

15   A.   The investors?

16   Q.   Yeah.

17   A.   I was the only investor.

18   Q.   Who was helping you with it?

19   A.   A friend of mine.

20   Q.   Who was that?

21   A.   Mark.

22   Q.   Mark?

23   A.   Skinner.

24   Q.   Skinner.

25        Was Mark involved in any way in your drug business?

 1    A.   Not at all.

 2    Q.   He wasn't aware of it?

 3    A.   I'm not sure if he was aware of it or not.  I definitely

 4    never told him any specifics.

 5    Q.   But you were taking drug proceeds and investing in a

 6    business involved with Mark and he didn't know?

 7    A.   He didn't know where the money was coming from.  Correct.

 8    Q.   You've met Patricia Scheel?

 9    A.   Patricia Scheel?

10    Q.   Patricia Scheel in Spain in The Collection.

11    A.   The German woman.  Yes.

12    Q.   Did you speak to her in English or in Spanish?

13    A.   I never really said much more to her than "hello."

14    Q.   Where did you see her?  In what context?

15    A.   Working as a secretary-type position in The Collection in

16    Madrid.

17    Q.   A secretary?

18    A.   More than that.  She was a pretty smart woman handling a

19    lot of different things.

20    Q.   And she spoke a number of languages?

21    A.   I know she spoke German and Spanish, and I assume she spoke

22    English.  I might have said "hi" to her or said a sentence or

23    two in English to her, but I can't recall.  We never had any

24    profound conversation.

25    Q.   You didn't do -- deal in any business dealings with her?

1    A.   No.

2    Q.   I want to show you an exhibit that has a number of

3    subcomponents.

4         MR. KLUGH:  At this point, your Honor, I don't know

5    what the Court's pleasure is.

6         THE COURT:  We can break for lunch now, if this is a

7    good time to break.  Is that what you're asking?

8         MR. KLUGH:  Rather than break up the exhibit, I would

9    rather.

10        THE COURT:  So we're going to break for lunch.

11        Do not discuss this case either amongst yourselves or

12   with anyone else.  Have no contact whatsoever with anyone

13   associated with the trial.

14        Do not read, listen or see anything touching on this

15   matter in any way, including anything on the Internet or

16   anything on any access device.

17        If anyone should try to talk to you about this case,

18   you should immediately instruct them to stop and report it to

19   my staff.

20        You may leave your materials at your chairs.  Please be

21   back in the jury room at 1:45.

22        (Whereupon, the jury exited the courtroom at 12:30 p.m.

23   and the following proceedings were had:)

24        THE COURT:  You may be seated for a moment.

25        In regard to case that was cited by Mr. Srebnick,

1    *United States versus Almeida* -- A-l-m-e-i-d-a -- 341 F.3d 1318,

2    that case specifically held that, when each party to a joint

3    defense agreement is represented by his own attorney and when

4    communications by one co-defendant are made to the attorneys of

5    other co-defendants, such communications do not get the benefit

6    of the attorney-client privilege in the event that the

7    co-defendant decides to testify on behalf of the Government in

8    exchange for a reduced sentence.

9          The Eleventh Circuit also stated at Page 1326, "By

10   finding implied waivers" -- and that would be the waiver of a

11   person who becomes a cooperating co-defendant -- "courts risk

12   eroding the public's confidence that their communications will

13   remain confidential so long as communicated to a lawyer.  For

14   this reason, we do not hold that accomplices always waive the

15   privilege when they testify on behalf of the Government."

16         So the side-bar discussion that we had where -- I

17   instructed Mr. Klugh that a better way to ask the question

18   would be to ask what the witness's understanding was because it

19   was not clear to me that he had waived his attorney-client

20   privilege.

21         So this case supports my ruling.

22         We're in recess until 1:45.

23         (Thereupon, a luncheon recess was taken, after which

24   the following proceedings were had:)

25         THE COURT:  You may be seated.

1               Good afternoon.

2               MR. GONZALEZ:  Good afternoon, your Honor.

3               MR. SREBNICK:  Good afternoon.

4               THE COURT:  We're back on United States of America

5    versus Alvaro Lopez Tardon, Case No. 11-20470.

6               Counsel, state your appearances, please, for the

7    record.

8               MR. GONZALEZ:  Good afternoon, your Honor.

9               Tony Gonzalez, Cristina Maxwell on behalf of the United

10   States.

11              THE COURT:  Good afternoon.

12              MR. SREBNICK:  Howard Srebnick, Richard Klugh on behalf

13   of the Defendant, Alvaro Lopez Tardon, who is present with the

14   aid of the interpreters.

15              THE COURT:  Good afternoon.

16              Are we ready for the jury?

17              MR. GONZALEZ:  Yes, your Honor.

18              But before the end of the day or maybe at some point

19   tomorrow, there's a couple things I need to put on the record.

20   It shouldn't take more than a minute.  It has nothing to do

21   with what's going on now, just alerting the Court --

22              THE COURT:  All right.  Let's bring in the jurors,

23   please.

24              (Whereupon, the jury entered the courtroom at 1:55 p.m.

25   and the following proceedings were had:)

```
 1              THE COURT:  You may be seated.

 2              You are still under oath, sir.

 3              You may proceed, Mr. Klugh.

 4         MR. KLUGH:  Thank you, your Honor.

 5         I was going to show the witness some photographs from

 6    Defense Exhibit 1, which is a disc of photographs.  I was going

 7    to use the computer to show them.

 8              THE COURT:  Are they in evidence?

 9         MR. KLUGH:  No.  I was -- I'm not -- they're not in

10    evidence.  No.

11         THE COURT:  Do you want to show it to him via your

12    computer?

13         MR. KLUGH:  Yes, your Honor.

14         MR. GONZALEZ:  Your Honor, in the interest of time, we

15    have no objection if he wants to move them into evidence.

16    That's fine.

17              THE COURT:  Do I have an exhibit list from you?

18         MR. KLUGH:  Your Honor, no.  I don't believe that there

19    is one.  This is our --

20              THE COURT:  You're going to get me one.  Right?

21         MR. KLUGH:  Yes, your Honor.

22         THE COURT:  I'm sorry.

23         Did the Government say you have no objection to them

24    being introduced?

25              MR. GONZALEZ:  No objection to them being introduced,
```

 1    your Honor.

 2             THE WITNESS:  That's fine.

 3             THE COURT:  Are you moving them now in now, Mr. Klugh?

 4             MR. KLUGH:  Yes, your Honor.

 5             THE COURT:  So they will be admitted as Defendant's

 6    Exhibit No. 1, composite.

 7             (Whereupon, Defendant's Exhibit No. 1 was entered into

 8    evidence.)

 9             THE COURT:  You may publish.

10             MR. KLUGH:  Thank you.

11             Your Honor, would it be all right for me to operate it

12    from here or should I go --

13             THE COURT:  That's fine.  If you want to be there, just

14    make sure you have a microphone by you.

15             MR. KLUGH:  Thank you.

16    BY MR. KLUGH:

17    Q.  Mr. Pollack, good afternoon.

18        I wanted to go over with you -- you had discussed on direct

19    examination the building -- an empty building called -- where

20    The Collection was, one of the stores that The Collection Motor

21    Sports was operating out of in Madrid.

22        Do you remember that?

23    A.  Yes.

24    Q.  Do you remember -- or did you have occasion to see a second

25    store in Downtown Madrid?

1    A.   Yes.

2    Q.   Did you go to the stores while they were operating and

3    functional?

4    A.   Yes.

5    Q.   I want to show you some photographs of what I believe to be

6    those stores and ask if you recognize, in general, what you see

7    there and whether it's consistent with your recollection of

8    what -- how they appeared.

9    A.   Okay.

10   Q.   I'm going to begin with the downtown store rather than the

11   store that you showed -- that the Government showed.

12   A.   Okay.

13   Q.   Do you recall a showroom looking something like this?

14   A.   Yes.

15   Q.   And what you have is, in a sort of glitzy,

16   high-tech-looking environment, a mass of very expensive cars

17   for sale?

18   A.   Yes.

19   Q.   Now, do you recall the size of the downtown store?

20   A.   In square footage?

21   Q.   Approximately.

22   A.   There was -- when you came in, there was a little lobby

23   that could fit a car, two cars over here, walkway with a desk.

24   There was a little ramp that went downstairs to, like, a

25   garage, but still exhibit floor, that could hold maybe 10 cars,

 1    12 cars, and then up a ramp that could hold about the same

 2    amount of cars, 10 to 12.

 3    Q.   So something like the size of this courtroom?

 4    A.   More square footage than this.  A little bit more square

 5    footage than this.

 6    Q.   Or each floor or total?

 7    A.   No.  Probably one floor would be like about 70 percent of

 8    the size of this courtroom.

 9    Q.   All right.  Do you recall seeing any of these cars before?

10    And these pictures are taken after the arrest in July.  So you

11    may not have seen them before.

12    A.   It's possible that I have not seen some of the cars.  Yes.

13    Q.   Again, these are foreign cars in front here, expensive

14    foreign cars?

15    A.   Yes.

16    Q.   Do you know what kind of car the white car is with the door

17    open?

18    A.   It's a Lamborghini Murcielago.

19    Q.   And the black one is the same?

20    A.   It's hard to tell from here, but it looks the same.

21    Q.   And is that a McLaren that's behind the post?

22    A.   I can't tell.  From the rims and the side of the car,

23    fender, it looks like it could be, but I can't be sure.

24    Q.   I'm trying to move the arrow around the car.

25    A.   Yeah.  Exactly.  That's what I'm trying to figure out.

1   Looks like it could be, but I can't guarantee it.

2   Q.   That red one, it would be a guess as to whether that's a

3   Cobra?

4   A.   Oh, I don't know.  I have no idea.

5   Q.   Again, this is --

6   A.   A Lamborghini Murcielago.

7   Q.   And you can see the cars are stacked like in a downtown

8   crowded luxury auto store?

9   A.   Yes.

10  Q.   And the name of the store there is in the trademark or

11  whatever the --

12  A.   Yes.  The Collection Motor Sports.

13  Q.   This would be sort of like the back wall of cars there?

14  These are all again -- I guess this is a convertible Porsche in

15  the front or -- I'm not sure.

16  A.   I can't tell.

17  Q.   But they all appear to be very expensive foreign cars?

18  A.   Yes.

19  Q.   This would be a Ferrari?

20  A.   Yes.

21  Q.   Do you have any idea what that Ferrari would cost?

22  A.   Well, it depends on the model and how used it is, if it's

23  one, two or three years used, and how many miles on, and then

24  you have to -- in Madrid, you're doing euros.  Cars are more

25  expensive over there.  Here you're doing dollars and it's less

```
 1   expensive.
 2   Q.   Again, it shows another aspect of the dealer's showroom?
 3   A.   Yes.
 4   Q.   I guess this is the sixth picture we're looking at.
 5        Is this a sales desk --
 6   A.   Yes.
 7   Q.   -- and a motorbike?
 8        There are two sales desks here?
 9   A.   Yes.
10   Q.   And this would be an entranceway or an exit way to the
11   street?
12   A.   Yes.  We're looking down the up ramp from the top and then
13   you can see the down going down and that's the front door after
14   the Cayenne Porsches.
15   Q.   This is a Cayenne Porsche?
16   A.   Both of them.  Yeah.
17   Q.   Another part of the same downtown store or have we moved?
18   I'm assuming, because of the red chairs, this is still the
19   downtown store.
20   A.   I think it is.
21   Q.   Do you have a better idea of which -- what this red one is?
22   A.   That's a Ford GT.
23   Q.   That's a Ford?
24   A.   Ford GT.
25   Q.   And this is one of the Ferraris?
```

1    A.   Yes.

2    Q.   McLaren -- let me go back to it.

3    A.   I can't tell what that is.  But it looks like the front

4    bumper of the SLR McLaren.

5    Q.   Did you ever get a chance to see this car, a Reventon

6    Revolution?

7    A.   Yes.

8    Q.   "Reventón."

9    A.   It's a Lamborghini.

10   Q.   That's made by Lamborghini?

11   A.   Yes.

12   Q.   Do you have an idea of how much that car costs?

13   A.   About a million dollars.

14   Q.   Again, this is a decorative part of The Collection space in

15   order to induce people to get excited and buy cars?

16   A.   Yes.

17           MR. GONZALEZ:  Objection.  Calls for speculation.

18           THE COURT:  Sustained.

19   BY MR. KLUGH:

20   Q.   This is one of the Porsche Cayennes at the entranceway?

21   A.   Yes.  It's a Gemballa edition.

22   Q.   And that's also -- what is that?  A 500,000-dollar car or

23   something?

24   A.   Close.  In the 300-, 400,000 euro range, I think.

25   Q.   Is this the lower now where we're at or can you tell?

```
 1   A.   I can't tell.

 2   Q.   But it might well be the lower level of the same downtown

 3   store?

 4   A.   Yes.

 5   Q.   And the ones we're dealing with in the 200 series, these --

 6   we're dealing with -- for purposes of the record, we're going

 7   through at this point the ones that are numbered in the --

 8   243 to 277.  They have an image number up here that has --

 9   gives the number of it.

10   A.   Okay.

11   Q.   Is that a Bentley?

12   A.   Yes, it is.

13   Q.   This is an Aston Martin here?

14   A.   Yes, it is.

15   Q.   These are -- all appear to be for sale?

16   A.   Yes.  They are for sale.

17   Q.   Another view of the lower level?  And you can see the ramp

18   at this point.  Is that correct?

19   A.   Yes.

20   Q.   This would be a Porsche convertible?

21   A.   Yes.

22   Q.   Is this a Cobra?

23   A.   Corvette.

24   Q.   Oh.  That's a Corvette.

25        That's a Chevrolet?
```

 1   A.   Yes.

 2   Q.   Again, I think at this point we're going from No. 283 to

 3   No. 284.

 4        Have we switched locations with this picture?  Are we at

 5   the other store now?

 6   A.   Yes.

 7   Q.   And among other things in this store, they have the lists

 8   of types of cars that they're selling:  Hummer, Jaguar,

 9   Lamborghini, Range Rover, Lotus, and other cars, Spyder, that

10   sort of thing?

11        MR. GONZALEZ:  Your Honor, I would object to

12   speculation as to the form of the question with regards to cars

13   they sell versus simply what's written on the sign.

14        MR. KLUGH:  I can amend it.

15        THE COURT:  I'm sorry?

16        MR. KLUGH:  I can revise the question.

17        THE COURT:  Okay.

18   BY MR. KLUGH:

19   Q.   That are being advertised for sale?

20   A.   Say it again.

21   Q.   That are being -- the types of cars that are being

22   advertised for sale at The Collection?

23        MR. GONZALEZ:  Same objection, your Honor.

24        THE COURT:  Sustained.

25        Rephrase your question.

```
 1              MR. KLUGH:  I'll move on.
 2   BY MR. KLUGH:
 3   Q.   This would be a convertible Bentley at the second store
 4   now?
 5   A.   Yes.
 6   Q.   I believe everything from the -- 284 on is going to be in
 7   the second store.
 8   A.   Okay.
 9   Q.   You can correct me if I'm wrong.
10   A.   Okay.
11   Q.   Now, when you were at the store, did you see customers --
12   or the other store, did you see customers coming in and looking
13   at cars?
14   A.   Yes.
15   Q.   Was it busy sometimes?
16   A.   Rarely.  But there were customers.
17   Q.   This is again at the second store another Chevrolet?
18   A.   Yes.
19   Q.   This is one of the Mercedes sport utility-type vehicles?
20   A.   Yes.
21   Q.   The Collection had its own van.
22        Do you recall whether that was there when you were there?
23   A.   I've never seen it before.
24   Q.   Again, this is just -- on No. 310, just another example of
25   foreign cars that would be for sale, very sporty foreign cars?
```

```
 1    A.   Yes.

 2    Q.   Do you recognize this car that --

 3    A.   Cobra.

 4    Q.   This is a Cobra here?

 5    A.   Yes.  Cobra.

 6    Q.   And these are more Ferraris?

 7    A.   Ferrari and Lamborghini.

 8    Q.   These are Lamborghinis.  Sorry.

 9         Another picture of the Cobra.

10         And would this be a...?

11    A.   Dodge Viper.

12    Q.   I'm sorry?

13    A.   I think it's a Dodge Viper.

14    Q.   A Dodge Viper behind it.

15         Now, the size of this part of the dealership:  This was --

16    the main showroom was larger on this one or about the same?

17    A.   It was about the same.

18    Q.   It would appear they had cars on the second floor.  Is that

19    true?

20    A.   Yes.  That's the second floor.  And there was like a

21    basement garage, too, that had room for 12 to 15 cars.  That

22    top floor had room for two or three cars.  That's a car

23    elevator right there.

24    Q.   That thing that looks like a safe?

25    A.   Yes.
```

Pollack - CROSS - By Mr. Klugh                    122

1    Q.  And, again, this is the same building that was in a similar

2    photograph from the Government?

3    A.  Say it again.

4    Q.  This is the same building that was shown to you in a

5    similar photograph by the Government?

6    A.  Yes.

7    Q.  I think that's all of the pictures.

8            MR. KLUGH:  I don't think I need the computer any

9    further, your Honor, for the moment.

10           THE COURT:  Okay.

11   BY MR. KLUGH:

12   Q.  Now, you spoke -- or the Government asked you about Alvaro

13   being arrested in Spain and then arrested in Miami.

14       As far as you know, all of those matters have been

15   resolved?

16           MR. GONZALEZ:  Objection, your Honor.

17           THE COURT:  Sustained.

18           MR. GONZALEZ:  Move to strike.

19           THE COURT:  The motion to strike is granted.

20           The jury is instructed to disregard the question of the

21   lawyer.

22   BY MR. KLUGH:

23   Q.  In any event, you recounted that Mr. Tardon was in custody

24   for -- what was it?  Two months in Spain?  I don't know.  Do

25   you remember?

Pollack - CROSS - By Mr. Klugh                    123

```
 1    A.   Yes.  It was, like, two to three months.

 2    Q.   And that had nothing to do with drugs.  Right?

 3              MR. GONZALEZ:  Objection, your Honor.

 4              THE COURT:  Sustained.

 5              MR. GONZALEZ:  Move to strike.

 6    BY MR. KLUGH:

 7    Q.   Do you know what it had to do with?

 8    A.   Not -- no.  I really don't.  It's vague.

 9    Q.   You're not suggesting to the jury it had something to do

10    with drugs, are you?

11    A.   No, I'm not.

12              MR. GONZALEZ:  Your Honor, objection.

13              THE COURT:  Sustained.

14              The motion to strike is granted.

15              The jury is instructed to disregard this line of

16    questioning.

17    BY MR. KLUGH:

18    Q.   Now, did you get to know Fabiani as a friend or as a

19    customer?

20    A.   I was just a customer -- I mean, she was just a customer of

21    mine just for a couple of months.  And then, after that, she

22    really didn't get any more weed from me and we just became

23    friends -- remained friends.

24    Q.   When you were first interviewed by the Government -- and

25    this is, as I recall your testimony, two weeks after you had
```

```
 1    advised that you were going to plead guilty and met with them

 2    on September 2nd, 2011?

 3    A.   Yes.

 4    Q.   And when you met with them then -- and they asked you about

 5    your drug trafficking here in the United States?

 6    A.   Yes.

 7    Q.   Do you recall that?

 8    A.   Yes.

 9    Q.   Do you recall who was present for that meeting?

10    A.   Yes.

11    Q.   Your lawyer?

12    A.   My lawyer was present.

13    Q.   The prosecutor was present?

14    A.   The prosecutor was present.

15    Q.   Agent Albrecht?  Agent Gaitan?

16    A.   Yes.  And another agent that I haven't seen in a while.

17    Q.   Hector Ortiz?

18    A.   I don't remember his name.

19    Q.   City of Miami police was there, also?

20    A.   There was another guy there, a big fellow, Latin guy.  I

21    don't know who he worked for.

22    Q.   They wanted to know about your drug trafficking in the

23    United States?

24    A.   Yeah.

25    Q.   Before getting involved with Mr. Tardon?
```

1    A.   Yes.

2    Q.   Okay.  And you didn't tell them about any 70 kilos of

3    cocaine, did you?

4    A.   Yes, I did.  I said that's how much I sold over the years.

5    You know, you get a quarter kilo here, a half kilo there, a

6    kilo there, 4 ounces here, 2 ounces here.  It all added up, is

7    what I said, to about that amount.

8    Q.   Yeah.  Well, that would be possible.

9         But you also told them you made about $2,000 a month.  Is

10   that right?

11   A.   At which point?

12   Q.   When you were talking to them on September 2nd, 2011 --

13   A.   That might have been maybe when I first started off for,

14   like, the first year or first few months of selling weed.  But

15   then I started making a lot more after that.

16   Q.   Well, isn't it true that you told them that your

17   involvement in drugs extended from 2000 to 2002 and that the

18   total involved in that period was no more than 12 ounces of

19   cocaine and no more than 20 pounds of marijuana and that,

20   during that period, you made $2,000 a month?

21   A.   No.

22   Q.   Would looking at -- is there anything that might refresh

23   your recollection about that conversation?  I understand it's

24   been two and a half years ago.

25         MR. GONZALEZ:  Objection, your Honor.  The witness has

1    not stated that he can't recall.

2          THE COURT:  Sustained.

3    BY MR. KLUGH:

4    Q.  About two hours ago didn't you say that you had gone

5    through all of the Government's reports to check for accuracy?

6    A.  I haven't gone through them.

7    Q.  You have not gone through them?

8    A.  Not me.  No.

9    Q.  I'm sorry?

10   A.  I have not gone through them.  They were making sure that

11   they had what I said was correct.

12   Q.  And you don't recall them going over this issue with you?

13   A.  Yes.

14   Q.  The same issue I'm going over?

15   A.  I said they did.

16   Q.  Is it your testimony today that, in your first debriefing

17   with the United States -- Agent Albrecht, with the United

18   States Attorney, with Agent Gaitan, with the other two

19   individuals, that you told them on that occasion you had dealt

20   in 70 kilos of cocaine?

21         MR. GONZALEZ:  Asked and answered, your Honor.

22         THE COURT:  Overruled.

23         THE WITNESS:  Are you waiting for an answer?

24         THE COURT:  Yes.  You can answer.

25         THE WITNESS:  Say it again, the question, please.

```
1    BY MR. KLUGH:

2    Q.  Are you denying or are you saying that you told the agents

3    that I referred to before and the prosecutor that you had dealt

4    in 70 kilograms of cocaine or more on your own?

5    A.  See, it's a rough estimate.  So maybe I told them between

6    60 and 70 or, you know, 55 or 75.  But it's right around there.

7    It's hard to add up everything because, you know, you get

8    2 ounces here -- over all those years.

9        But I pegged it in between 50 and 80.  So maybe I said

10   50, 70, 80, but it's in between there.  That's it.  That's the

11   truth.

12   Q.  You're saying you told them that at the first meeting?

13   A.  Yeah.  Because I had to just, you know, think about what

14   would be the average of what I did and add it all up.  And

15   that's what I came up with.  There's no definite number.

16   Q.  And you told them that you had made on your own about a

17   million and a half dollars?

18   A.  Roughly, give or take.  Yeah.  I can't pinpoint that

19   either.

20   Q.  At the first meeting?

21   A.  It's so long ago that I don't recall.

22   Q.  Previously you had indicated that it would have been

23   impossible for you to have said that you met with Jimmy at a

24   party on South Beach.

25   A.  I never said that -- oh.  I said that it would be
```

1   impossible?

2   Q.   Yes.

3   A.   Yes.

4   Q.   So you deny telling these same agents and an agent from the

5   IRS, Maurice Forbes, that you met with Jimmy, Amelie Botero and

6   other individuals at a party in South Beach?

7   A.   That's impossible because Jimmy's not allowed to come to

8   the United States.  I never seen him in the United States.

9   Q.   It's impossible for it to happen or it's impossible for you

10  to have said it?

11  A.   Both.

12  Q.   Now, when you described for the Government this warehouse

13  in Tacna, Peru, did you try to point it out to them in pictures

14  or directions?

15  A.   No.

16  Q.   How many times had you gone to that warehouse?

17  A.   Once.  And the other one, twice.

18  Q.   I thought you said you would leave and come back and leave

19  and come back.

20  A.   Yeah.  You want me to count every time I left and came

21  back?

22  Q.   Approximately.

23  A.   Okay.  So on the first time, the one warehouse, I went

24  there one time, stayed there for three weeks and left.

25       When I went back, it was a couple years later -- or

 1   maybe -- yeah.  Two years later.  It was a different warehouse.

 2   And we might have left it and came back maybe three times.

 3        And then the next year when I went back to that same

 4   warehouse, we might have left it more often, maybe like six

 5   times, and came back over two and a half months.

 6   Q.  Let me ask you again to go back to a later interview in

 7   April of 2012.

 8        Do you recall at that time being shown a photograph of

 9   what -- the person you referred to as the "bald guy" and

10   advising the agents that present at a social gathering at a

11   club in South Beach were Amelie Botero and Jimmy, identified by

12   name?

13        MR. GONZALEZ:  Your Honor, again, I'm going to object

14   as to asked and answered.

15        MR. KLUGH:  This is a different interview.

16        THE COURT:  Sustained.

17   BY MR. KLUGH:

18   Q.  You do recall being interviewed by Agent Albrecht and Agent

19   Ortiz in April of 2012; do you not?

20   A.  Ortiz?

21   Q.  Hector Ortiz.

22   A.  Hector Ortiz?  I don't remember who he is.  I can't picture

23   him.  If you have a picture of him, I could tell you, yeah,

24   that's him.

25   Q.  Agent Albrecht you do recall?

```
 1   A.   I'm not familiar with their names.  Who is it?

 2   Q.   (Indicates.)

 3   A.   Yes.  Gaitan.  Got you.  Yeah.

 4   Q.   Do you recall that interview with Agent Albrecht?

 5   A.   Yeah.  She was at quite a few of them.

 6   Q.   Now, earlier today you said you stopped doing any drug

 7   dealing in the United States in -- sometime in 2006.  Is that

 8   correct?

 9   A.   Correct.

10   Q.   Now, that's important.

11        Has anyone explained to you how important it is when you're

12   describing commissions of crimes to deal with the statute of

13   limitations period?

14   A.   No.  No one explained to me about statute of limitations.

15   Q.   I want to go back to, again, what I believe is the second

16   interview on September 20th, 2011, at the United States

17   Attorney's Office, one block away --

18   A.   Okay.

19   Q.   -- or another United States Attorney's Office out west.

20   Let's assume it was right over there.

21        And do you recall being there with Agent Albrecht and

22   Gaitan and Ortiz and Agent Forbes and the IRS with your lawyer,

23   but without the prosecutor this time?

24   A.   I don't recall.

25   Q.   Do you recall who Agent Forbes is?
```

1    A.   Is that Maurice?

2    Q.   Yes.

3    A.   Yes.  The IRS agent.

4    Q.   Do you recall the first interview you had with him?

5    A.   The first time, September 2nd?

6    Q.   The first interview with Mr. Forbes.

7    A.   I'm not sure.  Bits and pieces of it I might remember.

8    Q.   Do you recall there were multiple interviews in September

9    of 2011 not long afternoon your arrest?

10   A.   Yes.

11   Q.   Do you recall in that interview that you described to them

12   Matthew Messina and what he did for a living?

13   A.   Yes.

14   Q.   And do you recall denying that you operated a marijuana

15   grow house?

16   A.   No.

17   Q.   You don't recall denying that?

18   A.   No.  I told them.

19   Q.   But do you recall admitting that, in 2008 and again in

20   2009, you traveled to California to pick up a total of

21   10 pounds of marijuana?

22   A.   Yes.  You're right.

23   Q.   You do remember that?

24   A.   Yes, I do.

25   Q.   And you did that?

Pollack - CROSS - By Mr. Klugh                    132

```
 1   A.   Yes, I did.   Those are the only two occasions.   I forgot
 2   about them.   And it's true.   I did do that twice.
 3   Q.   And that's within four years of 2011.   Right?
 4   A.   Within four?
 5   Q.   It's within four years of 2011.
 6   A.   Yes.  Yes.  Yes.  Once in '8.  Once in '9.
 7   Q.   So that's within the statute of limitations.   Right?
 8   A.   I don't know what the statute of limitations are.   I
 9   couldn't tell you, sir.
10   Q.   You did this for free?  You weren't paid?
11   A.   No.  I was paid.
12   Q.   Where did you sell it?
13   A.   Say it again.
14   Q.   Where did you sell it?
15   A.   Here in Miami.
16   Q.   Who did you sell it to?
17   A.   I gave it to Matt and let him sell it.
18   Q.   Were you in business with Matt Messina then in the
19   marijuana grow house business?
20   A.   No.
21   Q.   He had grow houses, didn't he?
22   A.   Who?
23   Q.   Messina.
24   A.   Not that I know of.
25   Q.   All of his marijuana came from out of state?
```

Pollack - CROSS - By Mr. Klugh                    133

1    A.   I have no idea.

2    Q.   Did you invest with Matt Messina in his marijuana business?

3    A.   No, I did not.

4    Q.   Did you invest with anyone else during any of this period

5    of time in which you were selling the 70 keys of cocaine and

6    the 600 pounds of marijuana?

7    A.   Other than?

8    Q.   Did you have any investors whatsoever?  Were you partners

9    with anybody?

10   A.   You mean besides when I, like, brought the kilo back from

11   Peru?  Yes.  I had the partner in Peru, the one that died in

12   the accident.  I had the other guy in Peru that disappeared.

13   He sent some sometimes and we were partners.  And he just

14   disappeared.

15   Q.   When you say "he sent some," how would he send it to you?

16   Couriers?

17   A.   Yes.  By mail courier.  Mail courier.

18   Q.   Now, let me clarify.

19        Do you mean like a FedEx package or do you mean a man who

20   would bring the cocaine --

21   A.   It would be like a FedEx package.

22   Q.   So you had a connection in Peru that would Fed-Ex powder

23   cocaine to you?

24   A.   Back in 2002.

25   Q.   How much cocaine did you get in that way?

1    A.    3 kilos.

2    Q.    3?

3    A.    3 kilos.

4    Q.    Okay.  Where did you get rest of the 70 from?  Colombian

5    cocaine?

6    A.    No.  I told you that was little bits and pieces over the

7    year.  It was not trafficked.  I don't know how it got into the

8    country.

9    Q.    When you bought a kilo, who would you buy it from?

10   A.    I wouldn't buy it.  That was very rare, that I get a kilo

11   and I wouldn't buy it.  Somebody would front it to me.  Front

12   it.  Gave it for free.  Or I'd buy 2 ounces, 3 ounces from

13   local dealers.

14   Q.    You know their names or you don't know their names?

15   A.    Yeah.  I know a couple of their names, but I don't think

16   it's their real first names.  Last names I never knew.

17   Q.    Do you know where they are or you don't know where they

18   are?

19   A.    No clue.

20   Q.    You don't know where they lived?

21   A.    No.

22   Q.    And the Government never asked you about any of them?

23   A.    No.

24   Q.    Dividing out your drug proceeds over the course of your

25   entire business operation, as we stand here today, you say

```
 1    you've made -- over a total of four years, is it, or five years
 2    you made a million and a half in cocaine?
 3    A.   With weed, too.  Yeah.
 4    Q.   And then you're saying you made another million and a half
 5    after that?
 6    A.   Yes.
 7    Q.   Is that your statement?
 8    A.   Yeah.  A little more than a million and a half after that.
 9    Q.   According to you, you didn't do anything with Mr. Tardon
10    until May, 2007.  Is that right?  Is that when you first went
11    to Peru?
12    A.   Well, in 2006 was when I made the investment with him.  But
13    the first time I went to Peru, yes, was 2007.
14    Q.   Now, the investment was you gave him $30,000 and he put it
15    in his pocket.  Is that right?
16    A.   It might have been a check that I gave to him.  I don't
17    know if it was cash or a check.
18    Q.   And -- but my understanding from your testimony was that he
19    didn't do anything with it, he just put it in his pocket.
20    A.   Yeah.  Because the money that he invested with the cocaine
21    was already spent.  He already invested his money.  I came in
22    later and he made an exception for me and let me invest with
23    him.
24    Q.   Now, the apartment in Medellín was purchased for you by
25    Jimmy?
```

Pollack - CROSS - By Mr. Klugh                    136

1    A.   No, it wasn't.

2    Q.   How did you arrange to buy the Medellín apartment?

3    A.   Through cash.

4    Q.   How much time, in total, over your entire life do you think

5    you've spent with Jimmy?

6    A.   How many hours?

7    Q.   Yes.

8    A.   In total?  Can you give me a moment?

9         Maybe 20.

10   Q.   Do you know his history?  Do you know everything about his

11   business?

12   A.   No.  Some pieces of it.

13   Q.   Do you know how much money he has or how he made all of his

14   money?

15   A.   No.

16   Q.   How much time over the -- how many times -- how much time

17   have you ever spent in conversation with Artemio Lopez

18   Tardon --

19   A.   Oh --

20   Q.   -- other than simply being in a house with the family?

21   A.   How many hours of conversation?

22   Q.   Yes.

23   A.   A little more.  Maybe -- altogether, that's hard to tell.

24   But a lot.  I talked with Artemio.

25   Q.   And you began talking to people or meeting people in May of

Pollack - CROSS - By Mr. Klugh                    137

```
 1   2007.  So over a period of over four years, you have a matter
 2   of hours of interaction -- personal interaction with Jimmy and
 3   a matter of hours of conversation with Artemio Lopez.  Is that
 4   right?
 5   A.   Yes.
 6   Q.   Now, how many times have been to Colombia?
 7   A.   Roughly 30, 25.
 8   Q.   Do you recall traveling to Colombia in the period of --
 9   prior to the -- prior to your arrest in this case in January of
10   2011?
11   A.   Yes.
12   Q.   Do you recall going to Cartagena?
13   A.   Yes.
14   Q.   How long did you stay there?
15   A.   Five days, give or take.  Four days, maybe.
16   Q.   Did Mr. -- was Mr. Tardon in Cartagena?
17   A.   Yes.
18   Q.   With Sharon Cohen?
19   A.   No.
20   Q.   Do you recall her coming over to Colombia in that time
21   period?
22   A.   No.  I've never seen Sharon Cohen in Colombia.
23   Q.   Do you recall in late January Mr. Tardon returning from
24   Colombia in the company of Murphy Cohen?
25   A.   I don't remember.
```

```
 1   Q.   Do you remember Murphy planning her quinceanera, her

 2   15th --

 3   A.   Yes.  I do remember that.

 4   Q.   -- birthday party?

 5        Do you remember that occurred right after they came back

 6   from Colombia?

 7   A.   I'm not exactly sure when it occurred.

 8   Q.   Do you remember Ms. Cohen was not around?

 9   A.   Yes.  Ms. Cohen was not around for a while.

10   Q.   She wasn't in Colombia?

11   A.   She was in Colombia having surgery.

12   Q.   During the early part of February of 2011.  Isn't that

13   right?

14   A.   Yes.

15   Q.   She came back around mid-February, 2011, and the plans

16   changed for the quince party?

17   A.   I'm not sure.

18   Q.   Do you recall her coming back?

19   A.   Yes.  She came back.

20   Q.   Do you recall a dispute about everything that you had done

21   to set up the party for Murphy?

22   A.   Yeah.  I remember -- that's vague -- trying to set it up or

23   trying to help Alvaro set it up.  I don't remember.  And I

24   remember there was a lot of drama going on.  What it was I

25   can't remember.
```

```
 1    Q.   Do you remember that Alvaro had spent -- had done

 2    everything that Murphy wanted to create a big-deal 15th party?

 3    A.   Yes.

 4    Q.   And Sharon, after having to stay in Colombia for an

 5    extended period of time, comes back and she tries to cancel

 6    everything?

 7    A.   I don't remember what it was she was trying to do or

 8    cancel.  I'm not sure.

 9    Q.   In any event, strife resulted?

10    A.   Yes.

11    Q.   And the quince party went away?

12    A.   I don't remember if they had it or not.

13    Q.   Now, in going through some of the documents, I believe the

14    Government asked you to look at some e-mail correspondence.  Is

15    that right?

16    A.   Can you refresh my memory.

17    Q.   Did the Government ever ask you to look through e-mail

18    correspondence?

19    A.   Between?

20    Q.   Between you and anyone.  Between Mr. Tardon and anyone.

21    A.   I don't remember.

22    Q.   You were never -- were you ever given access to the e-mails

23    so that you could see whether you had ever e-mailed Alvaro,

24    whether he had ever e-mailed you?

25    A.   On a computer, no.
```

1   Q.   On a hard copy?

2   A.   It's possible, I said, like, on paper.  But I don't

3   remember if they did.

4   Q.   Was there anything on your computers whatsoever that you

5   were shown either before or after your arrest or observed

6   either before or after your arrest that indicated Mr. Tardon

7   either by photograph or by e-mail or --

8   A.   No.  Not that I recall.

9   Q.   Now, you referred to the firearm that you keep at the

10  bedside --

11  A.   Yes.

12  Q.   -- being a gift from your father.

13  A.   Yes.

14  Q.   You're not -- he had no idea what you were doing.  Is that

15  right?

16  A.   Correct.

17  Q.   And he would not have approved of you having the gun in

18  that context, would he?

19  A.   I can't --

20       MR. GONZALEZ:  Calls for speculation.

21       THE COURT:  Sustained.

22  BY MR. KLUGH:

23  Q.   I just want to get the numbers straight because it's

24  difficult to add it up.

25       The total amount that you have smuggled into the United

Pollack - CROSS - By Mr. Klugh                    141

```
 1   States in terms of euros would be about a half a million euros?
 2   A.  Altogether through wire transfers and cash on me?
 3   Q.  I'm just talking about cash.
 4   A.  Just cash?
 5   Q.  I don't mean to interrupt you.
 6       But you did 110 on one occasion?
 7   A.  Yes.  That was the biggest one.  Others were 100, 80, 60,
 8   40, 25.
 9   Q.  And this was your money --
10   A.  Yes.
11   Q.  -- that you had earned in the drug-trafficking business?
12   A.  Yes.
13   Q.  You didn't have to go to somebody and ask -- or tell
14   whether you're going to bring money over or not bring money
15   over?  You just did what you wanted to do?
16   A.  Correct.
17   Q.  Now, the list of the Spanish-speaking drug traffickers that
18   you worked with, I tried to get the entire list down.  If you
19   could add any names, I would appreciate it.
20       There was Jaime Dominguez?
21   A.  Correct.
22   Q.  Who ran the operation in Peru?
23   A.  Yes.
24   Q.  There was a Mr. Pineda, or Toro?
25   A.  Yes.
```

Pollack - CROSS - By Mr. Klugh                    142

```
 1   Q.   You never did any drug-trafficking dealings with Ana

 2   Cameno?

 3   A.   No.

 4   Q.   With David Vela?

 5   A.   No.

 6   Q.   Never --

 7   A.   Oh.  Yeah.  When he came and picked up that one time from

 8   the warehouse.

 9   Q.   On one occasion?

10   A.   Yes.

11   Q.   José Benavides?

12   A.   Yes.

13   Q.   He was with you in Peru with Jaime?

14   A.   Yes.

15   Q.   And Danny Berrasco [sic]?

16   A.   Yes.

17   Q.   He was with you in Peru with Jaime and Benavides?

18   A.   Correct.

19   Q.   And then you mentioned Pedro Hernández?

20   A.   Yes.

21   Q.   And you never saw him in Peru?

22   A.   No.

23   Q.   And did you ever see him unloading any burlap bags?

24   A.   No.  Just driving a van away from the --

25   Q.   He drove a van?
```

Pollack - CROSS - By Mr. Klugh                 143

 1   A.   Yeah.  From the warehouse.

 2   Q.   Do you remember in meetings with the Government telling

 3   them that the cocaine was brought to the warehouses in Tacna in

 4   tractor-trailers?

 5   A.   Yes.  That was one way.

 6   Q.   And Jimmy you never saw in Peru either?

 7   A.   No.

 8   Q.   You saw him one time in your life in Colombia?

 9   A.   No.  A couple times.

10   Q.   You saw him once in Cali and --

11   A.   Cartagena.

12   Q.   You saw him in Cartagena?

13   A.   Yeah.

14   Q.   Did you or do you now have any access to any of the

15   financial records or information regarding the sales and

16   business of The Collection Motor Sports?

17   A.   No.

18   Q.   Do you know how many cars they sold?

19   A.   No.

20   Q.   You say you never got any cocaine from Colombia?

21   A.   Correct.

22   Q.   Did Sharon Cohen know you were dealing drugs out of her

23   house with Murphy there?

24   A.   I'm not sure.  I'm not sure if I kept it secret or if she

25   knew.

Pollack - CROSS - By Mr. Klugh                    144

```
 1   Q.   You just don't recall?

 2   A.   Don't recall.

 3   Q.   We're talking about 2006?

 4   A.   Yes.  For that short period of six to eight months, I don't

 5   remember if she knew or not.

 6   Q.   She would not have had any reason to know there was --

 7   there were drugs in the house?

 8   A.   I don't remember.

 9   Q.   You stated you didn't pay rent at Apartment 202 in the

10   Mark.  Is that correct?

11   A.   Correct.

12   Q.   Did Alvaro let you stay there for free?

13   A.   Yes.

14   Q.   You were very friendly with him?

15   A.   Yes.

16   Q.   You're a Miami guy?  You were born here?

17   A.   Yes.

18   Q.   You knew the city?

19   A.   Yes.

20   Q.   Both from a business standpoint and from a social

21   standpoint, you knew people?

22   A.   Yes.

23   Q.   You could have him help -- help him go out and have a good

24   time, party with your friends?

25   A.   Yes.
```

```
 1   Q.   There were two other apartments at the Mark?

 2   A.   There was four total.

 3   Q.   Fabiani had an apartment?

 4   A.   Yes.

 5   Q.   That was her apartment, though.  Right?

 6   A.   I think it was originally Alvaro's and then he gifted it to

 7   her.

 8   Q.   That's the apartment right above yours?

 9   A.   Yes.  302.

10   Q.   There's two other apartments that are on higher floors?

11   A.   Correct.

12   Q.   More expensive apartments?

13   A.   Yes.

14   Q.   Those were kept rented?

15   A.   Yes.

16   Q.   Do you know what Alvaro did with the rental income?

17   A.   No.

18   Q.   You were not the real estate person on the purchase of the

19   Murano apartment?

20   A.   No.

21   Q.   You were not familiar with the loan situation at the

22   apartments at the Mark -- I'm sorry -- at One Miami or were

23   you?

24   A.   I knew a little bit about that.

25   Q.   There were mortgages on every single one of those
```

1    apartments?

2    A.   I remember going to see a mortgage broker with him on one

3    occasion.  And I can't remember.  I think it might have been

4    for those eight apartments.

5         I don't remember if it was when he was getting the loan --

6    an 80 percent loan for all eight apartments or when he was

7    trying to refinance them.  I can't recall.

8    Q.   It was --

9    A.   Or make a deal to lower the principal.  I don't remember.

10   Q.   You used one of those apartments to try to start up the

11   Internet business.  Is that right?

12   A.   Correct.

13   Q.   Now, when you would go out with Alvaro with your friends,

14   four or five of you going out?

15   A.   Yeah.  Or one -- you know, one or person or two, yeah,

16   depending.

17   Q.   They knew nothing about anything in terms of your smuggling

18   euros into the country or anything like that?

19         MR. GONZALEZ:  Objection.  Calls for speculation.

20         THE COURT:  Sustained.

21   BY MR. KLUGH:

22   Q.   Well, did they know anything about it?

23         MR. GONZALEZ:  Objection.

24         THE COURT:  Sustained.

25

```
 1    BY MR. KLUGH:

 2    Q.   Did you ever tell them anything about it?

 3    A.   About my business dealing?

 4    Q.   No.  About the euros, about Peru.

 5    A.   No.  The euros they might have seen.  But they asked me and

 6    I said, "Don't worry about it."  But they didn't know I was

 7    trafficking.  No way.

 8    Q.   And, again, just to go back to the issue of Sharon in

 9    Colombia by herself, do you recall that she was ill and she had

10    to stay down there for several weeks?

11    A.   I think she got an infection or something from her surgery.

12    Q.   Now, yesterday you said, more or less, you speak Spanish.

13    A.   Yes.

14    Q.   Today you say you're very good at it.

15    A.   No.

16    Q.   Maybe I misheard you.

17    A.   Okay.  Depending on what country the person is from who's

18    speaking Spanish and their accent and how quickly they speak it

19    depends on how good I can understand it.  Reading it I'm not

20    that great at.

21    Q.   And while you were working all of the other jobs you had,

22    the FedEx job, the lifeguard job and StarLuck job -- at the

23    same time, you're doing drugs?

24    A.   Yes.

25    Q.   I mean, you're selling drugs?
```

```
 1   A.   Yes.  Yes.

 2   Q.   And during this period of time, you're not on house arrest;

 3   so, you're using drugs, also?

 4   A.   Yes.

 5   Q.   When you got off house arrest, were you using drugs again?

 6   A.   Yes.

 7   Q.   Now, in prison, you have to be careful not to be caught

 8   with drugs.  Isn't that right?

 9   A.   Inside prison?

10   Q.   Inside prison.

11   A.   Correct.

12   Q.   But -- and it's a battle.  Right?  You have to keep away

13   from people who are dealing with drugs because it's very

14   problematic.  Right?

15   A.   It could be problematic.

16        MR. GONZALEZ:  Objection to the form of the question

17   and relevancy.

18        THE COURT:  Sustained.

19   BY MR. KLUGH:

20   Q.   Getting to the point, over the last three years, you would

21   say you have not used drugs?

22   A.   Correct.

23   Q.   Did you use both -- marijuana and cocaine and Ectasy and

24   Xanax?  Take the word "both" out.

25   A.   When I was younger, yes.  After 2006, just marijuana and
```

1    very rarely -- two, three times a year -- I'd use some cocaine.

2    Q.   What did Fabiani Krentz's husband do?

3    A.   Her husband?

4    Q.   Yes.

5    A.   You're referring to Nestor Garcia?

6    Q.   Was there another one?

7    A.   Not that I know of.  He's a police officer.

8    Q.   For whom?

9    A.   I think it's for Miami or Metro-Dade.  I think it's City of

10   Miami.  Yeah.

11   Q.   Now, we were talking about the designer clothes you got

12   from Italy.

13        How much money do you think you spent on designer clothes?

14   A.   On all three trips?

15   Q.   Yes.

16   A.   25,000 euros.

17   Q.   So about $35,000?

18   A.   Yes.

19   Q.   Can you put that in one trunk, all the those clothes?

20   A.   I would buy another Samsonite huge suitcase and fill it up.

21   And the one I would go with, it would just have one change of

22   clothes.  It would be empty so I could fill it up, too.

23   Q.   So, I mean, not that it's -- not that it counts as a

24   violation of Customs or anything like that.

25        But if you were to bring a suitcase full of Italian clothes

1    back, you can bring -- easily bring 35,000 dollars' worth of

2    merchandise with you.  Right?

3    A.   That would be a lot of suitcases.

4    Q.   That's what I'm trying to get at.

5    A.   Yeah.

6    Q.   What types of garments are you buying and what are the

7    costs?

8    A.   Everything.  Anywhere from a suit that costs 2- to

9    3,000 euros to a pair of shoes that cost 2500 euros or

10   500 euros, a pair of jeans that cost 500 euros, T-shirts that

11   cost 110 euros apiece, dress shirts that cost 300 euros.  All

12   different....

13   Q.   And the prices go -- that's like the bottom of the prices

14   of the nice stuff in Italy.  Right?  I mean, they have very --

15   even higher and higher and higher prices?

16   A.   They have some things that are higher.  Correct.

17   Q.   Right.

18        I mean, you could bring a suitcase full of Italian

19   clothes at some of these high-end stores and be bringing back

20   100,000, 200,000 dollars' worth of clothes.  Right?

21   A.   If you wanted to, yes.

22   Q.   If you wanted to?

23   A.   Yeah.

24   Q.   Do you know how long Alvaro Tardon was in Spain from the

25   time that he had the incident where the police picked him up

 1   until the time that he came back to live in Miami?

 2   A.   I don't remember exactly when it was he moved back -- came

 3   back to Miami.  I would -- I would be assuming.  It might have

 4   been in 2008 -- wait.  2007.  Because he did the time in 2006,

 5   the three months.  So sometime in 2007.  Maybe it was '08.

 6   Q.   Maybe it was August of 2008?

 7   A.   It's possible.

 8   Q.   One of the conversations that you went over with the

 9   Government concerned bringing clothes back in August of 2008.

10        Do you recall that?

11   A.   No.  I don't recall.

12   Q.   Now, you've referred to the -- or the house in Coconut

13   Grove has been referred to as a villa.

14   A.   Yes.

15   Q.   It's a townhouse.  Right?

16   A.   Yes.

17   Q.   It's -- the name that they give the development is the

18   Villas of such-and-such?

19   A.   Yeah.  Longville Villas.

20   Q.   Right.

21   A.   Yes.

22   Q.   But it's not a villa, is it?

23   A.   I'm not even sure what a villa is.  So....

24   Q.   It's a house.  It's a townhouse.

25        I mean, it's not like some mansion or something like that?

1    A.   No.  3500-square-foot house.

2    Q.   It's got a nice -- a garage?

3    A.   Yes.  Two-car garage.

4    Q.   And, otherwise, it's a townhouse?

5    A.   Yes.

6    Q.   Now, did you ever see anything happen there to damage any

7    of the cars in the garage?

8    A.   Did I ever see anything happen?

9    Q.   There was mention of a cat.

10   A.   No.  I never --

11   Q.   Did a cat scratch a car or something?

12   A.   I never saw anything get damaged.

13   Q.   The cars did fine there, didn't they?

14   A.   Yeah.

15   Q.   Did you ever drive by a dealer and see a whole bunch of

16   expensive cars just sitting out in the roadway?

17   A.   Yes.

18   Q.   Now, you said that Alvaro -- excuse me for using first

19   names.  I'm trying to go -- my mind is not --

20   A.   Go ahead.

21   Q.   I'm trying not to use your first name, trying to be

22   respectful.

23        He would drive, you said, the Bugatti?

24   A.   Correct.

25   Q.   So you never drove the Bugatti or you drove it once?

Pollack - CROSS - By Mr. Klugh                 153

```
 1    A.   That car I never drove.

 2    Q.   How many miles do you think he put on that Bugatti?

 3    A.   Under 100.

 4    Q.   You say under 100?

 5    A.   Yes.

 6    Q.   What about the Enzo?  How many miles do you think he put on

 7    that car?

 8              MR. GONZALEZ:  Your Honor, objection.  Calls for

 9    speculation.

10              THE COURT:  Sustained.

11    BY MR. KLUGH:

12    Q.   Do you have a basis for having driven that car?

13    A.   I've driven that car.

14    Q.   Did you take a look at the odometer ever?

15    A.   I'm sure I did at the time, but I have no clue now.

16    Q.   Speaking just at the times you were with him --

17    A.   Yes.

18    Q.   -- either you driving the Enzo or he driving -- or him

19    driving the Enzo, did -- would you say that more than 100 miles

20    was put on that car?

21    A.   No.

22    Q.   These were the -- clearly the most expensive cars that had

23    not yet been shipped to Spain?

24    A.   Correct.

25    Q.   Did you keep track of the prices of the Bugatti Veyron as
```

1    they are held by individual owners and not used?

2    A.   No.

3    Q.   At one time, did you become familiar with using the Bugatti

4    Veyron as an investment vehicle?

5    A.   Yes.

6            MR. GONZALEZ:  Objection, your Honor.  Calls for

7    speculation.

8            MR. KLUGH:  He said, "Yes."

9            THE COURT:  Sustained.

10   BY MR. KLUGH:

11   Q.   You got your real estate license relatively quickly.

12       You had no trouble passing that exam.  Right?

13   A.   Correct.

14   Q.   You are telling this jury that none of the houses that went

15   into foreclosure were ever used for the marijuana grow houses?

16   A.   No.  It was.  One of them was.

17   Q.   Which one?

18   A.   The 23-something Southwest 9th Avenue.

19   Q.   So that house about a mile and a half from here in The

20   Roads?

21   A.   Yes.

22   Q.   You were growing marijuana there?

23   A.   Tried to.

24   Q.   Do you remember about an hour ago you admitted telling the

25   bank of people over here that you had never had a marijuana

Pollack - CROSS - By Mr. Klugh                    155

```
 1   grow house?
 2   A.   No.  I told them I did.
 3   Q.   You would not say that you introduced Sharon Cohen to
 4   Alvaro, would you?
 5   A.   No.
 6   Q.   But you spoke to her first?
 7   A.   Yes.
 8   Q.   You said you saw a letter from a bank when you were in
 9   Madrid?
10   A.   Yes.
11   Q.   Was this in Spanish?
12   A.   Yes.
13   Q.   Did you read it yourself?
14   A.   Yes.
15   Q.   Do you recall what you read?
16   A.   Yes.
17   Q.   What did it say?
18   A.   That the 600,000 euros that he had deposited was being
19   returned, that they weren't interested in having him as their
20   client.
21   Q.   So it's pretty sure that there was no 600,000-dollar check
22   written from that bank to buy anything?
23   A.   What's that?
24   Q.   There was no 600,000-dollar check written from that bank to
25   buy anything, then, if they weren't even going to take the
```

 1    money?

 2    A.  I don't understand.

 3    Q.  I'll withdraw the question.

 4         When you were -- on direct examination, you used the word

 5    "would" to describe what happened.  That word has a lot of

 6    different meanings.

 7         Frequently it means what I believe ordinarily occurred.  Is

 8    that how you were using it in many occasions?

 9              MR. GONZALEZ:  Objection.  Vague.

10              THE COURT:  Sustained.

11              Rephrase your question.

12    BY MR. KLUGH:

13    Q.  If we narrow down to what you know and you saw, you know

14    and you saw that you packed cocaine three times -- or what you

15    believe to be cocaine three times in Peru and you unpacked

16    cocaine three times in Madrid and you saw cocaine going in the

17    vans and leaving a warehouse?

18    A.  Correct.

19    Q.  Other than that, you have no information about any drug

20    trafficking in Spain or Europe or anywhere else?

21              MR. GONZALEZ:  Objection.  Vague.

22    BY MR. KLUGH:

23    Q.  In terms of what you saw, in terms of you're watching

24    drug-trafficking activities.

25              THE COURT:  Rephrase your question, please.

Pollack - CROSS - By Mr. Klugh                    157

```
 1    BY MR. KLUGH:

 2    Q.   In terms of what you saw personally rather than what you

 3    believe happened or what you understood from talking to other

 4    people or what you heard, stories, that sort of thing.

 5         But what you saw --

 6    A.   You're asking if I have ever seen drugs come into the

 7    country?

 8    Q.   The country of -- now you're asking --

 9    A.   Of Spain?

10    Q.   Of Spain.  Well, let's start with that.

11         You never have, have you?

12    A.   No.

13    Q.   But I'm talking about -- when you're describing what -- the

14    way an operation would work, the "would work" that you're

15    talking about has to do with what you believe occurred with

16    regard to these three events that you actually witnessed.  Is

17    that right?

18              MR. GONZALEZ:  Objection.  Vague.

19              THE COURT:  Sustained.

20    BY MR. KLUGH:

21    Q.   Did you witness any other cocaine transactions in Europe,

22    other than at a Madrid warehouse, on the three occasions that

23    you described?

24    A.   No.

25    Q.   Did you witness any other -- apart from your -- the
```

 1   dealings with Luis and the other people, did you witness any

 2   other dealings in cocaine in South America other than the three

 3   events that you're talking about?

 4   A.   No.

 5   Q.   Now, the kilo wrappings that you're talking about:  These

 6   were traditional kilo wrappings?

 7   A.   Yes.

 8   Q.   Nothing particularly special about them.  Right?  Using

 9   tape to wrap a kilo of cocaine?

10   A.   Cellophane, then rubber, tying a knot and then tape on top

11   of that.

12   Q.   You're -- I'm not talking about the packages that the eight

13   were put into.

14   A.   I'm talking about the single kilo itself.

15   Q.   Single kilos are in cellophane?

16   A.   Wrapped in cellophane first, then a rubber balloon -- thick

17   balloon-type wrap, tied in a knot like an umbilical cord and

18   then tape on top of that.

19   Q.   Is that traditional, in your understanding?

20   A.   Yes.

21   Q.   Was it your understanding that Jimmy supplied the cocaine?

22   A.   No.

23   Q.   Is it your understanding that Peru is a major source

24   country for processed cocaine?

25        MR. GONZALEZ:  Objection, your Honor.

Pollack - CROSS - By Mr. Klugh                                159

```
 1              THE COURT:  Sustained.
 2    BY MR. KLUGH:
 3    Q.   How long have you been dealing in processed cocaine in
 4    Peru?  From 2001 to 2011?  Ten years?
 5    A.   Yes.
 6    Q.   Now, you described Mr. Cardelle.
 7         Do you remember him, Orlando?
 8    A.   Yes.
 9    Q.   Did you have a friendly relationship with him?
10    A.   Yes.
11    Q.   Was he a nice fellow?
12    A.   Yes.  But I always had my reservations about him.
13    Q.   He spoke only Spanish or did he speak English, too?
14    A.   He spoke English, too.
15    Q.   Did you ever spend any time in his house?
16    A.   Yes.
17    Q.   The reservations because of his religious thing?
18    A.   Yeah.  I just didn't trust him.
19    Q.   Because of the religious thing?
20    A.   And I let Alvaro know that.
21         Yes.
22    Q.   You thought Alvaro was being used?
23    A.   Yes.
24    Q.   This is somebody Alvaro would confide in?
25    A.   Yes.
```

1    Q.   Were you worried that Alvaro would say something about what

2    you were doing?

3    A.   Yes.

4    Q.   Is that why you talked to him?

5    A.   That's not why I didn't trust this guy.  No.  Totally for

6    other reasons.

7    Q.   Now, before Mr. -- before he became acquainted with

8    Mr. Cardelle, he had a singularly tragic event, Alvaro, in his

9    life.  Is that correct?

10   A.   I'm not sure.

11   Q.   He was very close to the young lady you identified as

12   Arancha?

13   A.   Yes.

14   Q.   They were engaged?

15   A.   I didn't know they were engaged.

16   Q.   And she passed away in a car accident?

17   A.   That's what I heard.  Yes.

18   Q.   And from that point on, he got involved in the type of

19   thing that Cardelle does?

20   A.   Yes.

21   Q.   Had Alvaro carried around a picture of Arancha even when

22   you knew him?

23   A.   Yes.

24   Q.   To the time of this arrest he was carrying around her

25   picture?

```
 1    A.   He always had it in his house or his apartment.

 2    Q.   I want to go over the numbers again from -- you were

 3    selling grams at -- cocaine at $40 a gram?

 4    A.   Yes.

 5    Q.   Or higher?

 6    A.   40.

 7    Q.   How does the eight ball price again work?

 8    A.   150 --

 9         MR. GONZALEZ:  I'll object.  Repetitive.

10         THE COURT:  Sustained.

11    BY MR. KLUGH:

12    Q.   What were your gross revenues?

13         MR. GONZALEZ:  Asked and answered, your Honor.

14         THE COURT:  Sustained.

15    BY MR. KLUGH:

16    Q.   Have you given us your gross revenues?

17    A.   Maybe add 30, 40 percent to the net profit.

18    Q.   That's for street-level dealing.  Is that correct?  You're

19    selling grams at street level?

20    A.   Yeah.  Street level.

21    Q.   Now, wholesale dealing, you priced cocaine at 30,000 in

22    your wholesale price of --

23    A.   Per kilo.  Yes.

24    Q.   Per kilo.

25         Is that all over Europe or is that just in Spain?
```

1    A.   That's in Spain.

2    Q.   What do you think it is in Italy?  Do you know?

3            MR. GONZALEZ:  Objection.  Relevancy.

4            THE COURT:  Sustained.

5    BY MR. KLUGH:

6    Q.   You don't know what the prices are in the other countries.

7    Is that right?

8    A.   I know they're higher.

9            MR. GONZALEZ:  Relevancy.

10            THE COURT:  Sustained.

11   BY MR. KLUGH:

12   Q.   Let's take 30,000 on a wholesale basis.

13        7500 kilograms of cocaine at $30,000 -- 30,000 euros per

14   kilo comes out to 225 million euros?

15   A.   Correct.

16   Q.   Translated into dollars, at an ordinary average, it comes

17   out to about $325 million?

18   A.   Correct.

19   Q.   And out of that, you claim you received about a million and

20   a half?

21   A.   Rough.

22   Q.   And this is from three trips?

23   A.   Yes.

24   Q.   Now, I want to go over the ledger that you kept.

25   A.   Okay.

```
 1              THE COURT:  We're going to take a break.

 2              Do not discuss this case either amongst yourselves or

 3     with anyone else.  Have no contact whatsoever with anyone

 4     associated with the trial.

 5              Do not read, listen or see anything touching on this

 6     matter in any way, including anything on the Internet or

 7     anything on any access device.

 8              If anyone should try to talk to you about this case,

 9     you should immediately instruct them to stop and report it to

10     my staff.

11              You may leave your notebooks at your chairs.  Please be

12     back in the jury room in 15 minutes.  We'll be in recess for

13     15.

14              (Whereupon, the jury exited the courtroom at 3:14 p.m.

15     and the following proceedings were had:)

16              (Thereupon a recess was taken, after which the

17     following proceedings were had:)

18              THE COURT:  You may be seated.

19              We're back on United States of America versus Alvaro

20     Lopez Tardon, Case No. 11-20470.

21              Counsel, state your appearances, please, once more for

22     the record.

23              MR. GONZALEZ:  Tony Gonzalez, Cristina Maxwell on

24     behalf of the United States.

25              MR. SREBNICK:  Good afternoon.
```

```
 1              Howard Srebnick and Richard Klugh on behalf of the

 2    Defendant, Alvaro Lopez Tardon, who is present with the aid of

 3    the interpreter.

 4              THE COURT:  Let's bring the jurors in for the last

 5    segment of the day.

 6              (Whereupon, the jury entered the courtroom at 3:40 p.m.

 7    and the following proceedings were had:)

 8              THE COURT:  You may be seated.

 9              You are still under oath, sir.

10              You may proceed, Mr. Klugh.

11              MR. KLUGH:  Thank you, your Honor.

12    BY MR. KLUGH:

13    Q.  Mr. Pollack, you admitted to committing other crimes when

14    you talked to the Government besides the drug-trafficking

15    crimes when -- in your younger days before you got into drug

16    trafficking?

17    A.  Yes.  Yes.

18    Q.  And those were theft-related, burglary-type crimes?

19    A.  Yes.

20    Q.  Were you ever prosecuted for any of that?

21    A.  No.  No.

22    Q.  Earlier today you described Pedro as the van driver.  Is

23    that right?

24    A.  He drove a van.  Yes.

25    Q.  Yesterday you referred to him as the guy who organized
```

1    everything in Madrid.

2    A.   Say it again.

3    Q.   Didn't you refer to him as the guy who was organizing

4    everything, the offload, in Madrid?

5    A.   Yeah.  He organized offloading and, also, drove a van.

6    Q.   Yesterday you said that, in your conversation in Cali,

7    Colombia, with Jimmy, that he told you that Alvaro had

8    850 kilos.

9         Do you remember that?

10   A.   He didn't say that.

11   Q.   He said that he wanted Alvaro to have 850 kilos?

12   A.   He said that 850 would be his portion.

13   Q.   Okay.  In your conversations with the Government, you never

14   told them that he said that, did you?

15   A.   Yes, I did.

16   Q.   Now, you used the same cell phones that are in your

17   apartment to communicate when you were continuing to do drug

18   business in 2008 and 2009.  Right?

19   A.   Yes.

20   Q.   Those cell phones and your computers would have records

21   that would identify people you were dealing with.  Right?

22   A.   Possibly.

23   Q.   You have still not identified anybody to the Government and

24   the Government hasn't asked you to identify any of the people

25   you were dealing drugs with here in the United States?

1    A.   A couple people I did.

2    Q.   Messina and...?

3    A.   You'll have to give me a moment to think, then.

4         Messina and the guy in Peru that disappeared.

5    Q.   A guy who disappeared?

6    A.   Yeah.  And I think that's it.

7    Q.   And this person wouldn't have any identifying information

8    on any of your phones or your computer?

9    A.   Those phones -- I don't think I had a phone in my apartment

10   from 2002.  So....

11   Q.   You referred to El Borracho, which would mean the drunk

12   man.

13   A.   Yes.

14   Q.   And did you describe him, his age, his appearance?

15   A.   Yes.

16   Q.   Was he -- did he seem to have a license as a captain?  Did

17   he have any other identifying information?

18   A.   Not that I saw.

19   Q.   Did you tell the Government where you saw him?

20   A.   Yes.

21   Q.   The dates that you saw him?

22   A.   Yes.

23   Q.   Where you met with him?

24   A.   Yes.

25   Q.   Have you been able to identify him in any way?

```
 1   A.   No.

 2   Q.   Did you ever see a picture of him?

 3   A.   No.

 4   Q.   Were you shown pictures from the entire Spanish

 5   investigation?

 6   A.   I don't know if it was the entire, but I've seen some.

 7   Q.   How many?

 8   A.   I don't know.  A dozen or so.

 9   Q.   What did you tell Sharon Cohen about your drug-trafficking

10   activities?

11   A.   Nothing.

12   Q.   Your drug trafficking.

13   A.   My drug trafficking?

14   Q.   Yes.

15   A.   Nothing that I recall.

16   Q.   Ever?

17   A.   It's possible.  If I did say something, I don't remember

18   telling her anything.

19   Q.   And other than the conversation you related to us earlier

20   with Fabiani Krentz, what did you tell her about your drug

21   trafficking?

22        MR. GONZALEZ:  Your Honor, objection.  Asked and

23   answered.

24        THE COURT:  Sustained.

25
```

```
 1   BY MR. KLUGH:
 2   Q.  I may have asked you earlier whether Fabiani became your
 3   girlfriend.
 4   A.  Correct.
 5   Q.  Let me ask another question -- related question.
 6       Did you ever have an amorous relationship with Fabiani?
 7   A.  Yes.
 8   Q.  It was just a -- how would you describe it?
 9   A.  A one-time fling.
10   Q.  A one-time fling.
11   A.  Before I met Alvaro.
12   Q.  And so you never had occasion to tell her anything about
13   any of this -- that you've told this jury?
14   A.  Say it again.
15   Q.  You've never had occasion to tell Fabiani Krentz anything
16   that you told the jury relating to this case?
17            MR. GONZALEZ:  Objection, your Honor.  Vague.
18            THE COURT:  Sustained.
19            Rephrase your question.
20   BY MR. KLUGH:
21   Q.  Did you ever tell Fabiani Krentz anything about Peruvian
22   drug smuggling?
23   A.  No.
24   Q.  Or Spanish drug smuggling?
25   A.  No.
```

Pollack - CROSS - By Mr. Klugh                         169

```
 1    Q.   Did you ever meet Alvaro Tardon's -- anybody who was a

 2    lawyer in Spain?

 3    A.   Yes.

 4    Q.   Did you ever talk to him about a wire transfer?

 5    A.   No.

 6    Q.   When you were in the real estate business, did you do

 7    illegal real estate activities?

 8    A.   One time.

 9    Q.   Did you commit mortgage fraud?

10    A.   Yes.

11    Q.   When you communicate about what's going on in your case or

12    what you expect to happen with your family, do you do that by

13    e-mail?

14    A.   I don't have -- I don't e-mail my family.

15    Q.   You have no -- do you have contact with your family?

16    A.   Yes.  I call my father and I call my mother rarely and I

17    call my sister rarely.

18    Q.   Always by telephone?

19    A.   Always by --

20    Q.   You don't e-mail them?

21    A.   I don't e-mail them.

22    Q.   With your two -- the two law firms that you have, you

23    e-mail them?

24    A.   I e-mail David Raben very rarely and call him almost

25    nonexistent, very rarely.
```

```
 1    Q.   And you don't e-mail the other firm?

 2    A.   No.  Maybe a couple times in the first few months.  But

 3    since then, no.

 4    Q.   And you do have the ability, as an inmate, to engage in

 5    e-mail activity?

 6    A.   Of course.

 7    Q.   And to make phone calls?

 8    A.   Yes.

 9    Q.   You have to pay for them?

10    A.   You can call collect or you can pay yourself.

11    Q.   I want to try to move along and go through the wiretapped

12    calls by the Spanish National Police that you addressed.

13         And if we can speak about them generally, as I recall,

14    there was one call in which your voice was heard?

15    A.   I don't remember.  It's very possible that it's in here.  I

16    don't remember.  There's a lot of calls.  Oh.  Yes.  Yes.  You

17    asked me before with Alvaro.  I know there's a call in here

18    with me and Artemio, I think.

19    Q.   There's a call with you and Artemio.

20         Is there a call with you and Jimmy as well?

21    A.   Yes.

22    Q.   So there are two calls in here in which you participated?

23    A.   Yes.

24    Q.   But you commented about all of the calls?

25    A.   Say it again.
```

Pollack - CROSS - By Mr. Klugh                    171

1    Q.   You commented about all of the calls that the Government

2    asked you?

3    A.   Yes.  Correct.

4    Q.   You don't -- you either weren't in the room or on the line

5    when these calls occurred, were you?

6    A.   No, I was not.

7    Q.   You weren't with either -- either side of the conversation

8    when these calls occurred, were you?

9    A.   Correct.  I was not.

10   Q.   When Alvaro Tardon is talking to the airline flight

11   attendant regarding bringing over suitcases of clothing, you

12   don't know whether he's talking about suitcases of his

13   expensive clothes or something else, do you?

14   A.   No, I do not.

15   Q.   For you to opine on what these conversations mean would

16   require speculation, wouldn't it?

17   A.   Yes.

18   Q.   Now, yesterday, when you swore to tell the truth, to tell

19   the whole truth, and previously when you told the Government

20   that you were going to tell them the whole truth and you

21   entered into the cooperation agreement to tell them the whole

22   truth, have you told the whole truth about all of your

23   drug-trafficking activities or have you withheld some

24   information from us?

25   A.   To the best of my ability.  And sometimes things get

Pollack - CROSS - By Mr. Klugh                    172

 1   forgotten.  But, yes, I have been truthful.

 2   Q.  Have you given us your true memory of all of your

 3   suppliers, all of the dealers, all of the money you made?

 4   A.  Yes.  To the best of my ability, yes.

 5   Q.  All the customers that you may have dealt with?

 6   A.  I was never asked about customers.

 7   Q.  And you were comfortable today with stating that it would

 8   be in the 70- to 100-kilo range for cocaine that you dealt with

 9   on your own?

10   A.  Yeah.  More or less.

11   Q.  And you're comfortable with the number 600 pounds of

12   marijuana?

13   A.  Yes.

14   Q.  And you're comfortable with the years 1998 to 2009?

15   A.  Yes, I am.

16         MR. KLUGH:  Could I have one moment, your Honor?

17         THE COURT:  Yes.

18   BY MR. KLUGH:

19   Q.  You're not prepared to tell us your friends who were drug

20   customers today, are you?

21   A.  I don't understand.

22   Q.  You would not be prepared -- if I were to ask you did you

23   sell to this friend or that friend who's not already known to

24   the Government, you wouldn't be telling us any names, would

25   you?

1          MR. GONZALEZ:  Your Honor, objection.  Relevancy.

2          THE COURT:  Sustained.

3          MR. KLUGH:  No further questions.

4          THE COURT:  Redirect.

5          MR. GONZALEZ:  Thank you, your Honor.

6                        REDIRECT EXAMINATION

7   BY MR. GONZALEZ:

8   Q.  Mr. Pollack, there's a couple things I want to touch on

9   that Mr. Klugh asked you.

10          Let's start backwards.  He asked you about being involved

11  in real estate and whether or not you committed mortgage fraud

12  or did inappropriate things as a mortgage broker.

13          Is it proper for a realtor to kick back part of their

14  commission for the closing of a piece of property?

15  A.  No.  You're not supposed to do that.

16  Q.  Did you do that?

17  A.  Yes, I did.

18  Q.  And what property did you close on that you kicked back

19  money to whom?

20  A.  It was on the Longview Villas property in Coconut Grove.  I

21  kicked back half of my commission to Alvaro.

22  Q.  To Alvaro Lopez Tardon?

23  A.  Yes.

24  Q.  You were asked about mortgage fraud.

25          Mortgage fraud is when there's false information on a

Pollack - REDIRECT - By Mr. Gonzalez          174

```
 1   mortgage.  Correct?
 2   A.  Correct.
 3   Q.  What mortgage did you participate in where there was false
 4   information on it?
 5   A.  On any mortgage that I ever did for myself.
 6   Q.  For yourself?
 7   A.  Yes.
 8   Q.  What about a mortgage with Alvaro Lopez Tardon?
 9   A.  That, too.
10   Q.  Or somebody under his behalf?
11   A.  That, too.
12   Q.  Now, Mr. Klugh asked you some questions about what you pled
13   to in the beginning of his questioning.
14        When you were first arrested, you were charged with
15   money-laundering conspiracy.  Correct?
16   A.  Correct.
17   Q.  Is that what you pled to?
18   A.  Correct.
19   Q.  And that was the only charge in the indictment at the time?
20   A.  Yes.
21   Q.  And I want to talk a little bit about the chronology of
22   events that happened leading up to your pleading guilty.
23        When you decided you wanted to plead guilty and cooperate,
24   did you tell your attorney?
25   A.  Yes.
```

Pollack - REDIRECT - By Mr. Gonzalez                    175

 1   Q.   And did there come a time when you met with the agents as

 2   well as myself and other people from the US Attorney's Office?

 3   A.   Yes.

 4   Q.   And, at that time, did you sign a letter that Mr. Klugh

 5   asked you about concerning immunity?

 6   A.   Yes.

 7   Q.   I want to show you what's been marked as Government's

 8   Exhibit 181.

 9        Take a look at the second page.  Is that your signature?

10   A.   Yes, it is.

11   Q.   And does that also have the signature of your attorneys?

12   A.   Yes.

13   Q.   Is that the letter that we were referring to?

14   A.   Yes.

15        MR. GONZALEZ:  Your Honor, at this time I'd move 181

16   into evidence.

17        MR. KLUGH:  Your Honor, we would object and request

18   further examination on a written --

19        THE COURT:  I'll allow you to cross on it.

20        It will be admitted as Government's Exhibit 181.

21        (Whereupon, Government's Exhibit No. 181 was entered

22   into evidence.)

23   BY MR. GONZALEZ:

24   Q.   Do you remember Mr. Klugh asking you whether or not you had

25   gotten a grant of immunity in order to talk to the Government?

Pollack - REDIRECT - By Mr. Gonzalez          176

```
 1   A.   Yes.

 2   Q.   And this is the letter and that's your signature.  Correct?

 3   A.   Yes.

 4   Q.   And David Raben is one of your attorneys.  Correct?

 5   A.   Correct.

 6   Q.   Kenneth Weisman is another?

 7   A.   Correct.

 8   Q.   Signed by Kenneth Weisman and Kenneth Weisman for David

 9   Raben?

10   A.   Yes.

11   Q.   And drawing your attention to Paragraph 5, do you see here

12   where it says, "It is expressly understood that this letter

13   does not in any way impart transactional immunity or derivative

14   use immunity on David William Pollack"?

15   A.   Yes.

16   Q.   So you were not given blanket immunity --

17   A.   No.

18   Q.   -- with this letter.  Correct?

19   A.   Correct.

20   Q.   The immunity that you were given is contained in

21   Paragraph 2.

22        Do you remember it saying, "No statements made by David

23   William Pollack during the interviews will be used against

24   David William Pollack in any criminal case, except as provided

25   in Paragraphs 3 and 4 below.  However, no immunity will be
```

 1   bestowed for any act of violence committed by David William

 2   Pollack"?

 3   A.   I remember.

 4   Q.   So the immunity that you were given is that your statements

 5   could not be used against you in the meeting.  Correct?

 6   A.   Correct.

 7   Q.   Not that you could not be prosecuted for any types of

 8   crimes?

 9   A.   Correct.

10   Q.   This letter is dated August 23rd, 2011.  Correct?

11   A.   Correct.

12   Q.   After being interviewed, there came a time when you entered

13   into a plea agreement to plead guilty.  Correct?

14   A.   Correct.

15   Q.   I want to show you Government's Exhibit 182, ask you if you

16   recognize the document, particularly the signatures in the

17   back.

18        MR. KLUGH:  Your Honor, we will also be objecting to

19   this document, but for additional reasons, and

20   requesting the -- if it's admitted, we would request the

21   standard instruction.

22        THE COURT:  Come on up, please.

23        (Whereupon, the following proceedings were had at

24   side-bar outside the presence of the jury:)

25        THE COURT:  What's your objection?

Pollack - REDIRECT - By Mr. Gonzalez                    178

1          MR. KLUGH:  I'm sorry.

2          Your Honor, the introduction of the plea agreement --

3     the indictment has changed now.  We're in the second

4     superseding indictment.

5          What he's pleading to is going to require further

6     explanation as to what was and wasn't in it and what he did

7     plead to and didn't.

8          I don't think it's necessary.  He pled guilty and he

9     got -- I think the Government should be able to go over certain

10    items of it, perhaps, that he pled guilty, what benefits he did

11    or didn't get from the plea agreement.

12         But introducing the document opens up the whole issue

13    of how the indictment has changed over the course of the last

14    three years, which is significant in very material ways.

15         MR. GONZALEZ:  It's completely irrelevant as to this

16    witness.  He pled to what he was charged with.  Subsequent

17    changes to the indictment, while possibly an area for

18    cross-examination, would not exclude the entrance of the plea

19    agreement, your Honor.

20         MR. KLUGH:  In addition, it is an inherently

21    prejudicial document.  It's unnecessary.  It's simply

22    unnecessary on redirect.

23         The Government usually -- if they want these documents

24    to come in, they do it on cross-examination.  At this point

25    it's a prejudicial document, requires a special instruction.

1          THE COURT:  You said a standard instruction.  I don't

2     know what you're talking about.

3          MR. KLUGH:  Anybody who claims that they're guilty --

4     anyone who enters into a plea agreement that contains the guilt

5     of any person is -- must under the standard Eleventh Circuit

6     instruction -- may not be considered as evidence of anyone

7     else's guilt and is only evidence of that individual's guilt.

8          THE COURT:  That's in the --

9          MR. KLUGH:  A pattern.  I'd have to --

10          THE COURT:  It's a pattern for the conclusion at the

11     end of the trial.

12          MR. KLUGH:  Yes.  I think particularly it doesn't have

13     to be given just at the end of the trial.  When it's now being

14     done in a very highlighted way on redirect examination, I think

15     it's very appropriate at this point.  This is going to be the

16     last day of trial for several days.

17          THE COURT:  What's the Government's position?

18          MR. GONZALEZ:  Judge, I think at the end of the trial

19     is fine.  If the Court has any reservations, it's no problem

20     reading it now.  I don't think it's necessary, but I'll leave

21     it up to the Court.

22          THE COURT:  So you want me to read the portion of the

23     pattern instruction, the Special 1.2?

24          MR. KLUGH:  Yes, your Honor.

25          THE COURT:  The fact that a witness who is pleading

Pollack - REDIRECT - By Mr. Gonzalez          180

```
 1    guilty to an offense is not evidence of the guilt of any other

 2    person?

 3         MR. KLUGH:  Yes, particularly when they get a

 4    documentary record of it.  It's a particularly --

 5         THE COURT:  I'm not going to reference a documentary

 6    record.

 7         MR. KLUGH:  I understand that.

 8         THE COURT:  The pattern is --

 9         MR. KLUGH:  In the context of this case and

10    particularly in light of other factors, yes, it is very

11    appropriate to give the instruction at this time.

12         THE COURT:  So that's the portion of the instruction

13    that you want me to give?

14         MR. KLUGH:  That is -- I believe that's the only

15    portion that's relevant to this part of it.  Mr. Srebnick had

16    objections to the other document that we'd like to be able to

17    put on the record, if possible.

18         THE COURT:  The Queen for a Day letter?

19         MR. KLUGH:  The same document, actually.

20         MR. SREBNICK:  My concern is the truth-telling

21    provisions in these documents.  They're written by the

22    Government.  And so I think they can be misleading to a jury.

23         And, also, as -- this prosecutor, Mr. Gonzalez, is a

24    party to the agreement.  So it suggests vouching by the

25    prosecutor who's in the courtroom, since he's the signator of
```

1     the document.

2             So that's why I object to these documents coming in.

3             MR. GONZALEZ:  As is more often than not in every

4     single criminal case, where these documents are introduced, it

5     is the prosecutor in court that went ahead and drafted them,

6     signed them, met with the witness.  There's nothing new about

7     that.

8             THE COURT:  I've indicated that I'll let you, if you

9     want to have recross on these documents, since they weren't

10    introduced in the Government's direct or being introduced on

11    redirect.

12            I find, first of all, the door was opened regarding

13    these documents because Mr. Klugh questioned him about both the

14    immunity agreement and about the plea agreement.

15            And I don't find that there's an issue because the --

16            MR. KLUGH:  There's also --

17            THE COURT:  Excuse me, sir.

18            MR. KLUGH:  I'm sorry.

19            THE COURT:  I don't find that there's an issue

20    regarding the prosecutor's signature on it.  The relevant

21    portion of the document is what the witness understands and the

22    witness's signature is on it.

23            MR. KLUGH:  There's also a provision in the agreement

24    that really should be excised in relation to the Court's

25    acceptance of the plea agreement.

1          It puts the Court -- gives the Court's -- it's

2     imprimatur, the portion of the agreement the United States

3     attorneys draft in this district that requires -- makes

4     specific allusion to the imprimatur of the Court in accepting

5     the plea agreement.

6          It gives the jury the impression that the Court has

7     determined there is such a money-laundering conspiracy.  And in

8     the particular context of this case and, again, particularly in

9     the context of the changing nature of the indictment, it is

10    extraordinarily prejudicial.

11         THE COURT:  What portion?  You have to show me the

12    document.

13         MR. KLUGH:  I'll get it.

14         MR. GONZALEZ:  In the interest of time, whatever

15    portion that is, I'm not going to show it.

16         Can we maximize the time that we have the jury and then

17    address this maybe afterwards?

18         THE COURT:  Fine.

19         MR. SREBNICK:  That would be fine with us.

20         One last request:  Your Honor's name not be invoked as

21    part of the plea process.  The jury doesn't need to know who

22    the Judge is so that there's no suggestion of your Honor's

23    imprimatur.  I don't think it's relevant.

24         MR. GONZALEZ:  Except I think he already testified that

25    the Judge -- he looked over at the Judge -- at Judge Lenard.

1          THE COURT:  I don't think he said my name.

2          MR. GONZALEZ:  I wasn't going to do it.

3          MR. SREBNICK:  Thank you, Judge.

4          (Whereupon, the following proceedings were had in open

5    court:)

6          THE COURT:  You may proceed.

7          MR. GONZALEZ:  Your Honor, at this time I move

8    Government's Exhibit 182 into evidence.

9          THE COURT:  It will be admitted as Government's

10   Exhibit 182.

11         (Whereupon, Government's Exhibit No. 182 was entered

12   into evidence.)

13         THE COURT:  Ladies and gentlemen, the fact that a

14   witness has pleaded guilty to an offense isn't evidence of the

15   guilt of any other person.

16         You may proceed.

17         MR. GONZALEZ:  Thank you, your Honor.

18   BY MR. GONZALEZ:

19   Q.  Mr. Pollack, this is the plea agreement that you entered

20   into.  Correct?

21   A.  Correct.

22   Q.  In the back, that is your signature as well as Mr. Raben's?

23   A.  Correct.

24   Q.  Now, in this plea agreement, you agree to plead guilty to

25   Count 1 of the superseding indictment, which charges you with

Pollack - REDIRECT - By Mr. Gonzalez          184

```
 1   conspiracy to committed money laundering.  Correct?
 2   A.  Correct.
 3   Q.  And that was the charge in the indictment at the time?
 4   A.  Correct.
 5   Q.  And drawing your attention to Paragraph 6, were there
 6   certain things -- little wider on this -- that you and the
 7   Government agreed to recommend to the Court?  These were not
 8   binding recommendations.  Correct?
 9   A.  Correct.
10   Q.  And among those is that the case included -- the case
11   involved more than 150 kilograms of cocaine and that the value
12   of the laundered money was more than 7 million, but less than
13   20 million.  Correct?
14   A.  Correct.
15   Q.  And both of these figures are substantially more than what
16   you were paid.  Correct?
17   A.  Correct.
18   Q.  But, nevertheless, it was part of the conspiracy.  Correct?
19   A.  Correct.
20   Q.  And was it your understanding that the conspiracy include
21   not only the money you received, but all the monies in the
22   conspiracy?
23   A.  Yes.
24   Q.  And do you remember Mr. Klugh asking you questions about
25   whether or not you told the Government about certain properties
```

 1   or whether or not the Government was going to forfeit certain

 2   properties?

 3   A.   Yes.

 4   Q.   And does your plea agreement address some of these items

 5   that are to be forfeited?

 6   A.   Yes.

 7   Q.   And in addition to items that are to be forfeited, does

 8   your plea agreement talk about a money judgment that you are

 9   accountable for?  Do you recall?

10   A.   I don't recall.

11   Q.   Let me go ahead and show you something.  And tell me

12   whether or not this refreshes your recollection.

13   A.   Okay.

14   Q.   Paragraph 12.

15   A.   Yes.

16   Q.   The plea agreement contains a provision for a money

17   judgment.  Correct?

18   A.   Correct.

19   Q.   And that would be an amount of money you owe the Government

20   that can be collected by the Government by going after any

21   property that you may have.  Correct?

22   A.   Correct.

23   Q.   That amount is $26,443,771.  Correct?

24   A.   Correct.

25   Q.   And that is an entire conspiracy amount.  Correct?

Pollack - REDIRECT - By Mr. Gonzalez                186

```
 1    A.   Correct.

 2    Q.   Then your plea agreement also contains provisions where you

 3    will assist the United States in different forfeiture

 4    proceedings as well as cooperating and testifying as you are

 5    here in this case.  Correct?

 6    A.   Correct.

 7    Q.   And I want to talk about what are the things that your plea

 8    agreement requires you to do.

 9         Do you recall what they are?

10    A.   More or less.

11    Q.   Well, looking at Paragraph 8, are you supposed to provide

12    truthful and complete testimony?

13    A.   Yes.

14    Q.   And is that what you've been doing here today?

15    A.   Yes.

16    Q.   In addition to that, this calls for appearing at any grand

17    jury proceedings, hearings, trials or other judicial

18    proceedings.

19         And you have been attending them.  Right?

20    A.   Yes.

21    Q.   Whether you want to or not, thanks to the gentlemen sitting

22    next to you?

23    A.   Yes.

24    Q.   And then the third thing is, if requested, to work in an

25    undercover capacity.  Correct?
```

Pollack - REDIRECT - By Mr. Gonzalez                     187

1   A.   Correct.

2   Q.   You have not been asked to do that, have you?

3   A.   Correct.

4   Q.   Are those the only three things that you have to do in

5   order to try to get a reduction?

6   A.   Correct.

7   Q.   Anywhere on this plea agreement does it say anything about

8   you having to cause the conviction of anyone?

9   A.   No, it does not.

10  Q.   Does it say anything about you being responsible for any

11  other cases that need to be made?

12  A.   No, it does not.

13  Q.   Of these three provisions, which is the only one that has

14  been in your control that you have been able to do?

15  A.   To tell the truth.

16  Q.   And is that what's been asked of you from the beginning?

17  A.   Yes.

18  Q.   And is it your hope that, at the conclusion of your

19  cooperation, the Government will file a motion with the Court

20  to reduce your sentence?

21  A.   Yes.  It is my hope.

22  Q.   And that's what you call a Rule 35.  Correct?

23  A.   Correct.

24  Q.   And does your plea agreement talk about who is the person

25  that ultimately decides that?

Pollack - REDIRECT - By Mr. Gonzalez                    188

```
 1    A.   Yes.

 2    Q.   And does it tell you whether or not that person is under

 3    any obligation to do what the Government requests?

 4    A.   No.

 5    Q.   So whether or not you get a reduction, assuming you provide

 6    truthful and complete testimony, is that in the Government's

 7    hands or somebody else's hands?

 8    A.   It's in --

 9    Q.   In the Government's hands, yes or no.  Let me phrase it

10    that way.

11    A.   (Witness indicating.)

12    Q.   "The Government" meaning the US Attorney's Office.

13    A.   No.

14    Q.   And does your plea agreement say anything at all about

15    whether or not you will be extradited to Spain?

16    A.   No, it does not.

17    Q.   Now, Mr. Klugh asked you some questions about that.

18    Correct?

19    A.   Correct.

20    Q.   And he used the term "Government" and whether or not the

21    Government will decide whether or not you go to Spain.

22         Do you remember being asked that?

23    A.   Yes.  I remember.

24    Q.   I want to break the Government down into its component

25    parts.
```

Pollack - REDIRECT - By Mr. Gonzalez          189

1          First, with regards to either the FBI or the US Attorney's

2     Office, what is your understanding as to whether either of

3     these two entities have any control over whether or not you are

4     extradited to Spain?

5     A.   I believe those two entities do not have -- do not have any

6     control over whether or not I go to Spain.

7     Q.   And that decision lies somewhere in the Government other

8     than the FBI and the US Attorney's Office?

9     A.   Correct.

10    Q.   Now, Mr. Klugh asked you a whole host of questions about

11    whether or not you told the Government about people you were

12    selling grams to or people that you were supplying quarter

13    kilos of cocaine.

14         Do you remember that?

15    A.   Yes.

16         MR. KLUGH:  Your Honor, we would like to object and

17    reserve one matter on this.

18         THE COURT:  Overruled.

19    BY MR. GONZALEZ:

20    Q.   Do you remember being asked about Luis?

21    A.   Yes.

22    Q.   Luis is a person who 13 years ago gave you 800 or so grams

23    of cocaine.  Correct?

24    A.   No.  He's the one who told me about his friend to go see in

25    Peru.

1   Q.   So it's even one removed from that.

2        Luis is the guy who told you about a guy who 13 years ago

3   gave you 800 grams of cocaine?

4   A.   Correct.

5   Q.   Did it surprise you at all in your meetings with the agents

6   that they were not really interested in Luis?

7   A.   No.  It didn't surprise me.

8        MR. KLUGH:  Objection, your Honor.  It's speculation.

9        THE COURT:  Sustained.

10  BY MR. GONZALEZ:

11  Q.   Did they ask you questions, though, about somebody else who

12  more recently had dealt with a lot greater quantities of

13  cocaine than Luis?

14  A.   Yes.

15  Q.   Who is that?

16  A.   Alvaro.

17  Q.   And whereas Luis's guy was 800 grams, Alvaro Lopez Tardon

18  was how many kilos?

19  A.   2500 at a time.

20  Q.   Did that make up the majority of the questioning in your

21  different meetings with the Government?

22  A.   Yes.

23  Q.   Now, Mr. Klugh, just to clarify, also asked you some

24  questions about when you moved into the villa.  We'll call it

25  "villa" because that's what it says on the paperwork, "villa."

Pollack - REDIRECT - By Mr. Gonzalez                    191

1         When you moved into the villa with Sharon Cohen and her

2    daughter, that is when Alvaro was arrested in Spain?

3    A.   Yes.

4    Q.   And you stayed at the villa for approximately how long?

5    A.   Ten months.

6    Q.   During those ten months, did Mr. Lopez Tardon spend very

7    much time in the villa?

8    A.   Well, he was only there from when I moved in around

9    November until May, the first six months.  Then we went to

10   Spain.  Remember, he had a problem and only I came back.  In

11   those six months, he was there more than half the time.

12   Q.   "He was there" meaning where?

13   A.   Sleeping at the villa.

14   Q.   Sleeping at the villa?

15   A.   Yeah.

16   Q.   And after he came back, were there times that he was away

17   from the villa?

18   A.   Yes.

19   Q.   Did that happen often?

20   A.   More often than not.

21   Q.   More often than not he was away from the villa?

22   A.   Yes.

23            MR. KLUGH:  Your Honor, object to relevance and scope.

24            THE COURT:  Overruled.

25

1    BY MR. GONZALEZ:

2    Q.   Now, you were also asked some questions about Government's

3    Exhibit 101, which is the book of transcripts, and I want to

4    clarify for the jury what it is exactly that you did with those

5    transcripts.

6        Did you sit down and listen to every single call in that

7    book in its entirety?

8    A.   No.

9    Q.   Were you played the calls starting at the beginning and

10   once you could identify the voices, did the recording stop?

11   A.   Yes.

12   Q.   And was that done for all of the calls?

13   A.   Yes.

14   Q.   On average, about how long did you have to listen to the

15   call before you could identify the voice?

16   A.   A couple of seconds.

17   Q.   And once you identified the voices, were you asked to

18   initial the top page of each transcript?

19   A.   Yes.

20   Q.   And these are your initials in blue here?

21   A.   Yes.

22   Q.   So you reviewed each of the transcripts to verify who's

23   talking, but not for the contents of the calls?

24   A.   Correct.

25   Q.   Now, Mr. Klugh also asked you some questions concerning --

Pollack - REDIRECT - By Mr. Gonzalez                   193

```
 1   or at least in the way it was phrased, whether or not you were

 2   getting Mr. Tardon into the drug-trafficking business,

 3   referring to the first time you met Mr. Tardon and the

 4   circumstances surrounding Ms. Fabiani Krentz.

 5        Do you remember that?

 6            MR. KLUGH:  Objection.  I think that that's a

 7   mischaracterization.

 8            THE COURT:  Sustained.

 9            Rephrase your question.

10            MR. GONZALEZ:  Sure.

11   BY MR. GONZALEZ:

12   Q.  Do you remember Mr. Klugh asking you questions about

13   Fabiani and her introduction of you to Alvaro Lopez Tardon?

14   A.  Yes.

15   Q.  At any point in that, were you trying to get Mr. Tardon

16   into the drug business?

17   A.  No.  I was -- well, I was trying to see if he can help me

18   get cocaine into the United States.

19   Q.  Were you ever going to supply him with drugs?

20   A.  No.

21   Q.  Or was he going to supply you with drugs?

22   A.  He would have been supplying me.

23   Q.  That was your hopes?

24   A.  That was my hopes.

25   Q.  And those hopes didn't pan out?
```

Pollack - REDIRECT - By Mr. Gonzalez          194

1    A.   Never panned out.

2    Q.   Now, Mr. Klugh also asked you questions about Juan Carlos

3    Peña Enano and how he made his money.   Correct?

4    A.   Correct.

5    Q.   Did you ever have any conversations with Mr. Tardon about

6    that?

7    A.   Yes.

8    Q.   And what did Mr. Tardon tell you about Juan Carlos Peña

9    Enano?

10   A.   That that was his ex-boss in the trafficking business and

11   that he had a falling-out with him.

12   Q.   So Mr. Tardon told you that he worked for Juan Carlos Peña

13   Enano in the drug-trafficking business?

14   A.   Yes.

15   Q.   Now, I also want to clarify something else.

16        Mr. Klugh asked you questions about your arrest in Georgia.

17   A.   Yes.

18   Q.   And he asked you the circumstances surrounding it and

19   whether or not it was a coincidence that you had been arrested.

20        Do you remember being asked that?

21   A.   Yes.

22   Q.   And do you remember saying, "Yes.   It was a coincidence"?

23   A.   Yes.

24   Q.   I want to clarify that.

25        You had $9,000 with you.   What was that money from?

Pollack - REDIRECT - By Mr. Gonzalez                195

```
 1    A.   The drug proceeds.

 2    Q.   You had sold drugs?

 3    A.   Yes.

 4    Q.   Had you sold drugs in Georgia or someplace else?

 5    A.   Someplace else.

 6    Q.   Where?

 7    A.   In a state further north.

 8    Q.   Which state?

 9    A.   West Virginia.

10    Q.   And then were you driving back down to Miami going through

11    Georgia?

12    A.   Yes.

13    Q.   At that time, did you have in your car a marijuana

14    cigarette?

15    A.   Yes.

16    Q.   Were you stopped by the police?

17    A.   Yes.

18    Q.   For what?

19    A.   Not wearing a seatbelt.

20    Q.   Did the police officers come and approach the car?

21    A.   Yes.

22    Q.   Did they find the marijuana cigarette or smell the

23    marijuana?

24    A.   They brought a dog and found it.

25    Q.   And then did they search the car?
```

Pollack - REDIRECT - By Mr. Gonzalez            196

```
 1    A.   Yes.
 2    Q.   And then they found the money and the little bit of cocaine
 3    that you had?
 4    A.   Correct.
 5    Q.   So was it a coincidence that you got stopped for the
 6    seatbelt?
 7    A.   Yes.
 8    Q.   But it was not a coincidence that you were selling drugs?
 9    A.   No.
10    Q.   Mr. Klugh showed you a series of pictures about The
11    Collection.
12    A.   Correct.
13    Q.   To the best of your knowledge, where did the money come
14    from to open up The Collection?
15         MR. KLUGH:  Objection.  Conclusion, speculation, no
16    foundation.
17         THE COURT:  Sustained.
18         Lay your foundation.
19    BY MR. GONZALEZ:
20    Q.   Did you accompany Mr. Tardon to the bank to make a deposit
21    prior to The Collection being opened?
22    A.   Yes.
23    Q.   Did Mr. Tardon tell you what the two of you were doing
24    going to the bank?
25    A.   Yes.
```

Pollack - REDIRECT - By Mr. Gonzalez          197

1    Q.   What did he tell you?

2    A.   Putting a deposit for the purchase of the building.

3    Q.   And that is the same building that is in the pictures that

4    Mr. Klugh showed you, one of them?

5    A.   Yes.

6    Q.   And did you have cash with you or did Mr. Tardon tell you

7    that you had cash with you?

8    A.   Yes.

9    Q.   How much?

10   A.   600,000 euros.

11   Q.   And did he tell you where that cash came from?

12   A.   No.

13   Q.   To the best of your knowledge, when you were going to make

14   that deposit at the bank, was Mr. Tardon already in the drug

15   business?

16   A.   Yes.

17   Q.   How do you know?

18   A.   I had already trafficked for him.

19   Q.   In those photos that you were shown, there was an inventory

20   inside the building of a lot of very expensive cars.  Correct?

21   A.   Correct.

22   Q.   Did you ever hear Mr. Tardon talking about having to make

23   payments on any of those cars?

24   A.   No.

25   Q.   Did you ever hear Mr. Tardon talking about creditors that

Pollack - REDIRECT - By Mr. Gonzalez          198

```
 1    wanted him to move those cars along so they could be paid?
 2    A.  No.
 3    Q.  To the best of your knowledge, were those cars paid for in
 4    full?
 5            MR. KLUGH:  Objection, your Honor.  The witness has
 6    already stated he does not know how -- anything about the
 7    finances of these cars.
 8            THE COURT:  Sustained.
 9            Lay your foundation.
10            MR. GONZALEZ:  Sure.
11    BY MR. GONZALEZ:
12    Q.  Did Mr. Tardon ever have any conversations with you about
13    having to finance any of those cars in The Collection?
14            MR. KLUGH:  Asked and answered.
15            THE COURT:  Overruled.
16            THE WITNESS:  No.
17    BY MR. GONZALEZ:
18    Q.  You were in Miami when Mr. Tardon bought various cars.
19    Correct?
20    A.  Correct.
21    Q.  In fact, as to the Ferrari, the Enzo, you helped when that
22    cars was received here in Miami.  Correct?
23    A.  Correct.
24    Q.  And did you see many of those cars parked either in
25    Mr. Tardon's villa or in his condominiums?
```

Pollack - REDIRECT - By Mr. Gonzalez          199

1    A.   Yes.

2    Q.   Did you ever have any conversations with Mr. Tardon where

3    he said, "Wow, I need to hurry up and sell these cars because

4    I'm having to make the payments on them"?

5    A.   No.

6    Q.   Did you ever hear of, other than after the incident,

7    Mr. Tardon being in any hurry to ship any of the cars to Spain?

8    A.   No.

9    Q.   You were asked questions by Mr. Klugh about your

10   drug-trafficking activity, and at one point you mentioned about

11   being fronted a kilo.

12        Do you remember that?

13   A.   Yes.

14   Q.   And then there was a question -- or a comment by you to the

15   effect of you get it for free?

16   A.   Yes.

17   Q.   I want to clarify that for anybody in the jury who does not

18   know what fronting is.

19        When someone fronts you a kilo of cocaine, does that mean

20   it's a gift and you don't owe that person anything?

21   A.   No.   It means they're giving it to you for nothing up-front

22   or a small portion of the cost up-front and then you owe them

23   the rest of the money.

24   Q.   Once you sell it?

25   A.   Correct.

Pollack - REDIRECT - By Mr. Gonzalez          200

```
 1   Q.   So is it more like a consignment?

 2   A.   Correct.

 3   Q.   So it's not that you get a kilo of cocaine for free?

 4   A.   No.

 5   Q.   Now, you were asked by Mr. Klugh whether or not you knew

 6   how many cars The Collection sold.  Correct?

 7   A.   Correct.

 8   Q.   And your answer was "no"?

 9   A.   Correct.

10   Q.   But do you know whether or not The Collection ever sold you

11   a Ferrari?

12   A.   Yes.  I do know.

13   Q.   Did it ever sell you one?

14   A.   No.

15   Q.   Do you know whether or not The Collection ever sold you an

16   Audi R8?

17   A.   It did not.

18   Q.   Do you know whether or not The Collection ever sold you two

19   separate Lamborghinis?

20   A.   No.

21   Q.   They did not.  Correct?

22   A.   They did not.  They did not.

23   Q.   So while you don't know how many cars The Collection sold,

24   you know that at least four receipts that have your name as the

25   purchaser are not really accurate?
```

Pollack - REDIRECT - By Mr. Gonzalez                201

```
 1   A.   Correct.
 2   Q.   Were there ever times here in the United States where
 3   Mr. Tardon needed dollars and he didn't have them and he asked
 4   you to lend him money?
 5   A.   Yes.
 6   Q.   How often would that happen?
 7   A.   A couple -- twice a year.
 8   Q.   And would you give him the money?
 9   A.   Yes.
10   Q.   And then how would you two settle up?
11   A.   Either he'd pay me back with cash or I'd just readjust the
12   ledger.
13   Q.   That's the ledger that you kept with how much they owed you
14   still in Spain?
15   A.   Yes.
16   Q.   Now, Mr. Klugh asked you a lot of questions about your
17   three trips to Peru --
18   A.   Yes.
19   Q.   -- and how long you were in Peru.
20   A.   Yes.
21   Q.   Of these three trips, was there any one that you spent a
22   longer time in Peru?
23   A.   Any one of the trips?
24   Q.   Yes.
25   A.   Yes.
```

```
 1    Q.   Which one was that?

 2    A.   The third trip.

 3    Q.   Why was that?

 4    A.   It was just taking them a long time to deliver all of the

 5    kilos.

 6    Q.   And is that the one where you made multiple, for lack of a

 7    better term, days-off trips?

 8    A.   Correct.

 9    Q.   So that third trip you spent more time in Peru than the

10    other ones?

11    A.   Yes.

12    Q.   Mr. Klugh asked you questions about you and wires that were

13    sent.  I want to draw the distinction between two different

14    types that we were talking about.

15         Did you receive money that was wired to you via either

16    MoneyGram or Western Union?

17    A.   Yes.

18    Q.   And is that separate than the wire that was involved in

19    buying the Mercedes-Benz?

20    A.   Yes.

21    Q.   Whereas the one was Western Union and MoneyGram, who was

22    the entity in charge of wiring money on the Mercedes-Benz deal?

23         MR. KLUGH:  Objection.  Foundation and the nature of

24    the question, "in charge."

25         THE COURT:  Sustained.
```

Pollack - REDIRECT - By Mr. Gonzalez                203

```
 1              Rephrase your question.
 2   BY MR. GONZALEZ:
 3   Q.   Did you ask -- or did you tell Alvaro Tardon that you
 4   wanted to buy the Mercedes?
 5   A.   Yes.
 6   Q.   Did he tell you that he had a way to make the payments from
 7   Spain?
 8   A.   Yes.
 9   Q.   What was the way that he told you?
10   A.   Through a 10 percent fee of giving the money to a man named
11   Indio through his lawyer.
12   Q.   Now, is his name Indio or was that a nickname?
13   A.   Nickname.
14   Q.   Nickname?
15        And what is "Indio"?
16   A.   Indian.
17   Q.   Do you know whether that was a Native American Indian or
18   Indian from India?  Do you know?
19   A.   Concrete?  No.  I don't know.
20   Q.   In your dealings, first of all, with The Collection -- as
21   to The Collection, in your dealings with Artemio and with
22   Alvaro, was there anyone that was clearly in charge of the
23   other?
24   A.   Yes.
25   Q.   Who was in charge of whom?
```

Pollack - REDIRECT - By Mr. Gonzalez                    204

1    A.   Alvaro in charge of Artemio.

2    Q.   Now, in the drug-dealing business, who was in charge of

3    whom?

4            MR. KLUGH:   Objection.   A conclusion and lack of

5    foundation.

6            THE COURT:   Overruled.

7    BY MR. GONZALEZ:

8    Q.   Who was in charge of whom?

9    A.   Alvaro.

10   Q.   Did you ever see him giving orders to his brother Artemio?

11   A.   Yes.

12   Q.   Do you know what car Artemio drove in Spain?

13   A.   One of the main ones I remember was an Alpha Romeo.

14   Q.   Now, you were also asked questions about Orlando Cardelle.

15   A.   Yes.

16   Q.   And you said you didn't trust him?

17   A.   No.

18   Q.   Why was that?  You were asked, "Is it because of the

19   Santeria?"  And you said, "No.  I didn't trust him for other

20   reasons."

21        Why was that?

22   A.   Just an instinct that I had of this man because I've seen

23   other guys just like him.

24   Q.   Do you have -- well, strike that.

25        Now, Mr. Klugh asked you how many times you saw cocaine in

Pollack - REDIRECT - By Mr. Gonzalez                    205

```
 1    Madrid, and your answer was the three separate times that you
 2    did the unloading.  Correct?
 3    A.  Correct.
 4    Q.  And he asked you how many times did you see cocaine in
 5    Peru, and you said three times, the three times you were
 6    packaging the cocaine?
 7    A.  Correct.
 8    Q.  Now, do you know of other ways that Mr. Tardon was
 9    transporting cocaine?
10    A.  Yes.
11    Q.  And that was what, you told us?
12          MR. KLUGH:  Your Honor, could I have a foundation for
13    "know"?
14          THE COURT:  Overruled.
15    BY MR. GONZALEZ:
16    Q.  Go ahead.
17    A.  Private yacht.
18    Q.  Now, you didn't see any cocaine in a private yacht.
19    Correct?
20    A.  Correct.  Never did.
21    Q.  But did Mr. Tardon tell you that that's another way that he
22    was getting cocaine in?
23    A.  Yes.
24    Q.  And, in fact, did he send you to go meet with Borracho?
25    A.  Yes.
```

Pollack - REDIRECT - By Mr. Gonzalez                    206

1    Q.   In Trinidad?

2    A.   Yes.

3    Q.   Now, you said that you received something in South America

4    to give Borracho aside from money.

5         What was that?

6    A.   Coordinates.

7    Q.   When you say, "Coordinates," could you explain for the

8    ladies and gentlemen of the jury what you mean by that.  What

9    are they for?

10   A.   Latitude or longitude coordinates to meet in the open

11   ocean, boat to boat.

12   Q.   Boat to boat to do what?

13   A.   Transfer goods from one boat to another.

14   Q.   When you say "goods," what are you referring to in the

15   context of Borracho and this deal?

16   A.   Cocaine.

17   Q.   So would there be a boat that leaves from somewhere,

18   whether it's Peru, Colombia, wherever the case may be, and it's

19   supposed to meet Borracho's boat at the coordinates that you

20   were giving him?

21   A.   Yes.

22   Q.   And there the cocaine was supposed to be transferred from

23   boat to boat?

24   A.   Yes.

25   Q.   Now, did you meet with Jimmy in Colombia?

Pollack - REDIRECT - By Mr. Gonzalez          207

```
 1    A.   Yes.
 2    Q.   And who sent you there to do that?
 3    A.   Alvaro.
 4    Q.   And what was the purpose of you going to meet with Jimmy?
 5    A.   To tell him that he wanted 900 out of his shipment.
 6    Q.   900 kilos of cocaine?
 7    A.   Yes.  Out of the shipment.
 8    Q.   So while you only saw cocaine in South America those three
 9    times working for Alvaro, you did go on other occasions to
10    South America to do drug-dealing activity that didn't
11    necessarily involve seeing cocaine.  Correct?
12    A.   Correct.
13    Q.   And on that trip, did you also transport back a BlackBerry
14    phone to give to Alvaro?
15    A.   Yes.
16    Q.   From Jimmy?
17    A.   Yes.
18    Q.   Was that other drug-dealing activity that didn't involve
19    the actual drugs itself?
20    A.   Yes.
21    Q.   And throughout your relationship with him, did you have
22    various conversations with Alvaro Lopez Tardon about drug
23    trafficking?
24    A.   Yes.
25    Q.   And that was conversations in furtherance of drug
```

Pollack - REDIRECT - By Mr. Gonzalez                208

```
 1    trafficking even though it didn't involve hands-on touching of

 2    drugs.  Correct?

 3              MR. KLUGH:  Object to the form of the question, your

 4    Honor.

 5              THE COURT:  Sustained.

 6              Rephrase your question.

 7    BY MR. GONZALEZ:

 8    Q.  Did that involve the hands-on touching of drugs?

 9    A.  No.

10    Q.  Nevertheless, what were those conversations in furtherance

11    of, trying achieve?

12    A.  Trafficking.  Drug trafficking.

13              MR. GONZALEZ:  If I could have just one second, your

14    Honor, I'm almost wrapped up.

15              Judge, this is probably going to be about five more

16    minutes.  Do you want to stop or should I push on for five

17    more?

18              THE COURT:  No.  Go ahead.

19    BY MR. GONZALEZ:

20    Q.  Who organized the shipments in Peru?

21    A.  Jaime.

22    Q.  And who was the one who told you to go down to Peru and

23    work there?

24    A.  Alvaro.

25    Q.  Now, Mr. Klugh asked you some questions about your shopping
```

Pollack - REDIRECT - By Mr. Gonzalez          209

1   in Milan.

2        Remember that?

3   A.   Yes.

4   Q.   And asking you how much certain clothing costs?

5   A.   Yes.

6   Q.   And you gave him some prices and you said it could go up

7   higher than that.  Correct?

8   A.   Yes.

9   Q.   I want to show you Government's Exhibit 26.

10       The prices can go a lot higher.  Correct?  You could buy a

11  hoodie and spend $5,200.  Correct?

12  A.   Correct.

13  Q.   You could buy two items and spend $8,000.  Correct?

14  A.   Correct.

15  Q.   And pay for them with 25 100-dollar bills, 18 50-dollar

16  bills and 286 20-dollar bills?

17       MR. KLUGH:  Your Honor, object.  He's just reading from

18  an exhibit and opining.

19       THE COURT:  Overruled.

20  BY MR. GONZALEZ:

21  Q.   Assuming those were euros, you could spend that type of

22  money on clothing.  Correct?

23  A.   Correct.

24  Q.   Now, Mr. Klugh concluded with asking you questions about

25  how much money was generated from these shipments of cocaine

1   and the number he came up with was $325 million.  Correct?

2   A.   Correct.

3   Q.   By his math.

4        And of that, you got how much?

5   A.   About a million and a half.

6   Q.   A million and a half.

7        Were you the owner of the drugs?

8   A.   No.

9   Q.   Were you the organizer of the shipments?

10  A.   No.

11  Q.   Did you control the distribution?

12  A.   No.

13  Q.   Did you control the production?

14  A.   No.

15  Q.   Did you control the manufacturing?

16  A.   No.

17  Q.   Were you anything other than an employee?

18  A.   No.

19  Q.   And the money you got in terms of a percentage of that huge

20  amount:  That's what an employee would get, correct, not an

21  owner?

22  A.   Correct.

23        MR. GONZALEZ:  No further questions, your Honor.

24        THE COURT:  Recross on Exhibits 181 and 182 only.

25

```
 1                      RECROSS-EXAMINATION

 2    BY MR. KLUGH:

 3    Q.   Mr. Pollack, if I don't use Mr. Gonzalez's name by name and

 4    I refer to him as "the prosecutor," you know who I'm talking

 5    about.  Right?

 6    A.   Yes, sir.

 7    Q.   He's an attorney just like I'm an attorney.  Everybody

 8    who's speaking at these microphones, this microphone, is an

 9    attorney.  Right?

10    A.   Yes.

11    Q.   And I just want to make sure you understand.

12         You had your own attorneys when you signed these contracts

13    with the Government, didn't you?

14    A.   Yes.

15    Q.   You spoke to your own attorneys at length about what these

16    contracts meant, what each provision meant to you and what the

17    usual practice was in practical effect for each of these

18    provisions.  Isn't that right?

19    A.   Yes.

20    Q.   And you had two law firms?

21    A.   Yes.

22    Q.   The largest criminal law firm in the state, in fact?

23              MR. GONZALEZ:  Objection.  No foundation.

24              THE COURT:  Sustained.

25              Lay your foundation.
```

BY MR. KLUGH:

Q.   You had substantial representation by attorneys to let you

know that you didn't have to rely on your own reading of trying

to figure out what these things meant, that you could rely on

your attorneys and what they told you.  Isn't that right?

A.   Yeah.

Q.   You trusted them?

A.   Yes.

Q.   And your attorneys had conveyed to you that this was the

way to stop you from going to Spain?

A.   No.  It would be my best chance, they told me, to stop from

going to Spain.  They never gave me a definitive answer.  They

never said "You will not go to Spain if you agree to

cooperate."  They could not guarantee me that.

Q.   And even though the agreement doesn't say that what you say

here can't be used against you, your attorneys told you that

what you say here can't be used against you in a prosecution by

this United States Attorney's Office?

A.   Correct.

Q.   Your agreement doesn't actually give you immunity for what

you're saying here, does it?

A.   No.

Q.   Much less for Spain?

A.   Correct.

Q.   The Government said it doesn't control the decision-maker

```
 1   with regard to the substantial assistance motion that is
 2   necessary in order to have you released.  Isn't that correct?
 3   A.   I don't follow your question, sir.
 4   Q.   The Government, the prosecutor, asked you to acknowledge
 5   that the agreement states that the Government does not control
 6   the decision as to whether you will be released from prison
 7   based on your testimony?
 8        MR. GONZALEZ:  Objection, your Honor.  Misstates facts.
 9        THE COURT:  Sustained.
10        Rephrase your question.
11   BY MR. KLUGH:
12   Q.   Did your attorneys go over with you or did anyone go over
13   with you the rule that is addressed in Exhibit 182?
14   A.   Which rule is that?
15   Q.   It's a rule of criminal procedure, Rule 35(b).
16   A.   Yes.  I'm familiar.
17   Q.   Have you had the opportunity to read it for yourself?
18   A.   The entire -- I know I've read about a paragraph worth of
19   it, the first paragraph of it.  If there's any more to it, then
20   I don't think I have.
21        MR. KLUGH:  May I approach the witness to show him the
22   rule?
23        MR. GONZALEZ:  Your Honor, I would object as to
24   relevancy.  It's what his understanding is at the time that
25   he's testifying.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. KLUGH:
 3   Q.  Are you familiar with the rule that regulates what you
 4   signed?
 5   A.  Not in depth.  Just, you know, basic idea of what Rule 35
 6   is about.
 7   Q.  Do you know there's only one person in the world who can
 8   file that motion?
 9              MR. GONZALEZ:  Objection to the form of the question,
10   "one person."
11              THE COURT:  Sustained.
12              Rephrase your question.
13   BY MR. KLUGH:
14   Q.  Do you know that the -- only the United States Attorney can
15   file the motion to let your 11-year sentence come down
16   essentially to nothing?
17              MR. GONZALEZ:  Objection, your Honor.  Misstates the
18   law.
19              THE COURT:  Sustained.
20              Rephrase your question.
21   BY MR. KLUGH:
22   Q.  Are you aware of anyone else who can file the motion to
23   reduce your sentence?
24   A.  No.
25   Q.  It's completely within their discretion?
```

1    A.   Maybe my lawyer can make the motion, too.  I didn't know

2    that it was only the -- maybe he has to ask the prosecutor to

3    make the motion.  I'm not even clear on that.

4    Q.   And the motion, from your reading of the rule, can only be

5    made if the Government believes that you have provided

6    substantial assistance in the investigation or prosecution of

7    an individual.  Isn't that right?

8    A.   Say it again, please.

9    Q.   The motion under which the Government in its own discretion

10   decides whether or not to file -- they decide in their

11   discretion whether you have sufficiently provided substantial

12   assistance in the prosecution of someone else?

13   A.   Yes.

14   Q.   And that's what you're doing here today.  You're trying to

15   come within this rule?

16   A.   Yes.

17   Q.   Just as the Government doesn't control whether the motion

18   is granted or not, your experience has shown you in this area

19   of your life, this last three years, that they file the motion

20   and the sentence is reduced?

21        MR. GONZALEZ:  Objection, your Honor.

22        THE COURT:  Sustained.  This is outside the scope of

23   what I permitted on recross.

24        MR. KLUGH:  I'm trying to get to his understanding of

25   the --

Pollack - RECROSS - By Mr. Klugh                    216

```
 1              THE COURT:  It's outside the scope, sir.

 2   BY MR. KLUGH:

 3   Q.  Now, the Government stated that you did not receive

 4   transactional immunity or derivative-use immunity for your

 5   statements to the Government.

 6   A.  Yes.

 7   Q.  And that was in your agreement?

 8   A.  Yes.

 9   Q.  And do you understand what those are?

10   A.  Not entirely.

11   Q.  But you signed it anyway?

12   A.  Correct.

13   Q.  Because your attorneys told you that whatever you said they

14   can't use?

15   A.  Whatever I said they couldn't use against me unless it had

16   to do with violence.

17   Q.  So that is what you understood the immunity to be?

18   A.  Yes.

19   Q.  Has that proven to be accurate, your understanding?

20              MR. GONZALEZ:  Objection, your Honor.

21              THE COURT:  Sustained.

22   BY MR. KLUGH:

23   Q.  The agreement that the Government showed you was one made

24   on August 23rd of 2011?

25   A.  Yes.
```

Pollack - RECROSS - By Mr. Klugh                    217

```
1    Q.   This was approximately one week after you had agreed to --

2    with them to plead guilty?

3    A.   Yes.

4    Q.   And it states that it will confirm the parties' agreement

5    that you are receiving use immunity?

6    A.   Yes.

7    Q.   They can't use what you say?

8    A.   Yes.

9    Q.   And it specifically provides that they can go ahead, then,

10   and use you as a witness in a proceeding such as this?

11   A.   Correct.

12   Q.   And that, if they think you're making a false statement,

13   the agreement is voided?

14   A.   They can void it.  Yes.

15   Q.   I want to be very clear.

16        This agreement, Document No. 182, is not a plea agreement

17   to drug trafficking?

18   A.   Correct.

19   Q.   You were never charged with drug trafficking here?

20   A.   No.

21   Q.   You'll never be charged with drug trafficking here?

22   A.   I don't know.

23   Q.   And you again state that you -- you've not heard anything

24   about the statute of limitations?

25   A.   Yes.
```

```
 1   Q.   Now, the agreement states that just for entering into this
 2   deal, which included your testimony today, the Government
 3   agreed to refer to you, who has made $3 million in drug
 4   trafficking, who's personally brought a half a million euros of
 5   drug money illegally out of Spain, has bought multiple
 6   Mercedes-Benzes, multiple pieces of real estate, as a minor
 7   participant?
 8   A.   Correct.
 9   Q.   And that was important, wasn't it?
10   A.   For me, yes.
11   Q.   It substantially reduced your sentence?
12   A.   By two points on the scale.
13   Q.   Two or three years?
14   A.   Yes.
15        MR. GONZALEZ:  Objection, your Honor.  Withdrawn.
16   Withdrawn.
17   BY MR. KLUGH:
18   Q.   And then, even though you were going to forfeit $26 million
19   that you don't have or they can't get, that the value of the
20   laundered fund was limited to $20 million -- less than
21   $20 million.  Is that right?
22   A.   Yes.
23   Q.   And that lowered it another two levels.  Right?
24   A.   No.
25   Q.   Well, are you familiar with the sentencing guideline charts
```

1    and the tables for money laundering?

2    A.   If they would -- if my indictment would have been for

3    20 million, it would have been two levels lower, you mean?

4    Q.   If the same number, 26 million, that was used over here in

5    the forfeiture thing -- pardon my use of the term "thing," but

6    I'm running out of steam --

7              MR. GONZALEZ:  Paragraph 12.

8              THE WITNESS:  If what you're saying is, originally,

9    if it was 20 million, I would have been on a lower level, but

10   then it went up to 26 million and I was on a higher level....

11   BY MR. KLUGH:

12   Q.   Almost.  I'm just trying to get to that section.

13        "The Defendant specifically agrees to the entry of a money

14   judgment" -- that's like if you were to -- same kind of

15   judgment if you were to sue somebody else and you got a

16   judgment against them, if I were to sue you or you were to sue

17   me -- "for $26 million, referred to as the forfeiture money

18   judgment."

19        If you had been held responsible for $26 million in

20   Paragraph 6E rather than 7 to $20 million, your guidelines

21   would have gone up another two levels and it would have been

22   another two to three years.  Is that right?

23   A.   Yes.

24   Q.   So now we're at somewhere in the four- to six-year range

25   that you've gotten from them just by signing.  Is that right?

```
  1    A.   Correct.

  2    Q.   All right.  Now, there's another provision that was very

  3    important to you.  And that was Section 6C, wasn't it?  What is

  4    that called?  Do you know what that's called?

  5    A.   No.

  6    Q.   "Safety valve."  Have you heard of that?

  7    A.   Yes.

  8    Q.   That added a double bonus for you, didn't it?

  9    A.   Yes.

 10    Q.   And that's because you not only get two levels off for

 11    being credited with the safety valve as of the time you're

 12    entering this agreement, but you also get potentially another

 13    two-level reduction for being a minor participant.

 14    A.   Yes.  But I also got two points higher for sophistication

 15    of money laundering and a six-point enhancement because it said

 16    that the proceeds come from drug trafficking.

 17    Q.   I appreciate that.

 18         And I love the banter, but I want to try to focus on

 19    just -- try to get these things one at a time --

 20    A.   Okay.

 21    Q.   -- because some of these concepts are new to many people in

 22    the courtroom.

 23    A.   Okay.

 24    Q.   We're talking eight levels off.  Is that right?

 25    A.   No.  I did not get eight levels off.
```

```
1    Q.   All right.  You'd agree with six?

2    A.   I would agree with five.

3    Q.   I take it your theory is you're only getting a one-level

4    increase on 6E.

5         How are you coming up with five?

6    A.   See, the 22-point increase was based on 25 million-plus

7    level.  I got eight points base for drug -- eight points is the

8    base for money laundering.  22 points on the chart is for

9    25 million-plus.  That brought me to 30.

10        Then I got a two-point increase for sophistication.  That's

11   32.  Six-point increase because it said the money came from

12   drug trafficking.  That was Level 38.

13        Then I got the three points off for the safely valve and

14   accepting my plea in a timely manner and then two points off

15   for minor role, which brought me down to Level 33, which is

16   135.  So whatever.  I got the 135, low end.

17   Q.   Let's try to nail down this one thing again.

18        If you look at 6E, you will agree with me you were not

19   sentenced for $25 million.  You were sentenced for 7- to

20   $20 million.  Right?

21   A.   If that's what it says there.

22   Q.   Right.

23        That's what happened.  Right?

24   A.   Okay.

25   Q.   So that's a two-level decrease from the actual 26 million
```

```
 1   that you were talking about later on?

 2   A.  Yes.

 3   Q.  It's an internal contradiction in the agreement for your

 4   benefit.

 5   A.  Okay.

 6   Q.  So that's two levels at a minimum.

 7       Now, we're agreeing about 6C, whether that ultimately

 8   amounts to two levels off or four levels off.

 9       But, at a minimum, it results in two levels off.  Correct?

10   A.  Correct.

11   Q.  6.  If, you get a two-level reduction -- it actually says

12   it right in there -- for being a minor millionaire participant

13   in the money-laundering conspiracy.

14   A.  Correct.

15   Q.  So that's six levels there.

16       Then we go to 7.  That gets you another three levels.

17   Right?

18   A.  How does No. 7 get me three levels off?

19   Q.  I'm sorry.  It's my trying to rush.

20           THE COURT:  Mr. Klugh, this is getting repetitive.  So

21   if there are any other areas you want go to into --

22   BY MR. KLUGH:

23   Q.  You got a three-level reduction for acceptance of

24   responsibility.  Right?

25   A.  Yes.
```

```
 1    Q.   So that's nine levels off?

 2    A.   No.  That was not nine levels off altogether.

 3    Q.   All right.  We can debate it later.

 4         And, again, going back to this substantial assistance

 5    motion, that's written into the -- written into the rule.

 6         There's nothing in this rule about your attorney being able

 7    to file a motion to reduce your sentence.  It's got to be the

 8    prosecutor?

 9              MR. GONZALEZ:  Your Honor, objection to the term

10    "rule."

11              THE COURT:  Sustained.

12              MR. GONZALEZ:  I don't know if he meant plea agreement.

13              THE COURT:  Rephrase your question.

14    BY MR. KLUGH:

15    Q.   Can you see Paragraph 9?

16              THE COURT:  You need to move it over a little bit,

17    Mr. Klugh.

18              MR. KLUGH:  I'm so sorry.

19              THE COURT:  It's not totally on the screen.  You need

20    to move it down.

21    BY MR. KLUGH:

22    Q.   Are you able to read Paragraph 9?

23    A.   Yes.  Only the prosecutor can make the motion to the Court.

24    Q.   So the thing about your attorney making a motion is out?

25    A.   He can't.
```

Pollack - RECROSS - By Mr. Klugh                    224

```
 1   Q.   Right.

 2        And so everything has to be according to the rule?

 3   A.   Yes.

 4   Q.   The rule basically requires you to help in the prosecution?

 5   A.   Correct.

 6   Q.   Would you agree with me that, assuming it's a nine-level

 7   reduction, we're talking about the difference between an

 8   11-year sentence and a 20-year sentence?

 9        MR. GONZALEZ:  Objection.  Improper hypothetical.

10        THE COURT:  Sustained.

11   BY MR. KLUGH:

12   Q.   We're talking about a six-level reduction that we've

13   identified?

14        MR. GONZALEZ:  Same objection, your Honor.

15        THE COURT:  Sustained.

16   BY MR. KLUGH:

17   Q.   What was your understanding of how significant the

18   reduction was?

19   A.   What reduction?  The acceptance of this plea agreement

20   reduction?

21   Q.   Yes.

22   A.   Just -- I got the three points off for accepting my plea in

23   a timely manner, which is safety valve, and then I got the two

24   points off for the minor role.  So I was -- understood I got

25   five points off, reduction.
```

```
 1   Q.   Two points for the safety valve, two points for minor role,
 2   three points for acceptance of responsibility?
 3   A.   No.   No.   Then I didn't get a safety valve.   I got five
 4   points altogether.   It came to Level 38, went down to Level 33.
 5        MR. KLUGH:   Your Honor, I have the sentencing
 6   transcript available.   I don't want to belabor it.
 7        Would the Court permit me just to introduce that at a
 8   later time?
 9        THE COURT:   I'm sorry?
10        MR. KLUGH:   Would the Court permit me to just merely
11   introduce the sentencing transcript to resolve what actually
12   happened and what the calculations were?
13        THE COURT:   You'll have to take that up separately.
14        MR. KLUGH:   Could I have one moment?
15   BY MR. KLUGH:
16   Q.   The indictment you pled to was a different indictment than
17   we're dealing with right now.   Isn't that right?
18   A.   I don't know.
19        MR. GONZALEZ:   Objection.   Beyond the scope.   Calls for
20   hearsay.
21        THE COURT:   Sustained.
22   BY MR. KLUGH:
23   Q.   Do you know whether it was the same indictment that
24   we're --
25        THE COURT:   Sustained.
```

```
1            MR. GONZALEZ:  Objection.  Your Honor will not permit
2    me to inquire on any of the other matters that the Government
3    went into?
4            THE COURT:  No, sir.
5            MR. KLUGH:  There were new matters.
6            THE COURT:  No, sir.  The rules don't provide for it.
7            MR. KLUGH:  Can I ask the witness be maintained?
8            THE COURT:  Okay.
9            MR. KLUGH:  Thank you.
10           THE COURT:  Any re-redirect?
11           MR. GONZALEZ:  None, your Honor.
12           THE COURT:  So we're going to break for the day.
13   Tomorrow is not a trial day and Thursday there will be no trial
14   to accommodate one of your members with a family matter.
15           Do not discuss this case either amongst yourselves or
16   with anyone else.  Have no contact whatsoever with anyone
17   associated with the trial.
18           Do not read, listen or see anything touching on this
19   matter in any way, including anything on the Internet or
20   anything on any access device.
21           If anyone should try to talk to you about this case,
22   you should immediately instruct them to stop and report it to
23   my staff.
24           If you would, leave the looseleafs at your chairs and
25   give your notebooks to the court security officer.
```

1          I will see you 9:30 Friday morning.

2          (Whereupon, the jury exited the courtroom at 5:03 p.m.

3     and the following proceedings were had:)

4          THE COURT:  You may be seated.

5          Mr. Gonzalez, can we take up your issues on Friday

6     morning?

7          MR. GONZALEZ:  Whenever the Court wants.  It should

8     take not even two minutes.  But that's fine.

9          THE COURT:  We'll do it right before we begin on

10    Friday.

11         MR. GONZALEZ:  Sure.

12         THE COURT:  So we're in recess until Friday morning.

13         MR. GONZALEZ:  Thank you, your Honor.

14         THE COURT:  Thank you.

15         (End of proceedings.)

16

17              C E R T I F I C A T E

18

19         I hereby certify that the foregoing is an accurate

20    transcription of the proceedings in the above-entitled matter.

21

22

23    _____        /s/Lisa Edwards
          DATE             LISA EDWARDS, RDR, CRR
24                         Official United States Court Reporter
                           400 North Miami Avenue, Twelfth Floor
25                         Miami, Florida 33128
                           (305) 523-5499

## $

**$10,000** [1] - 85:11
**$2,000** [2] - 125:9, 125:20
**$20** [4] - 218:20, 218:21, 219:20, 221:20
**$25** [1] - 221:19
**$25,000** [1] - 84:12
**$26** [3] - 218:18, 219:17, 219:19
**$26,443,771** [1] - 185:23
**$30,000** [2] - 135:14, 162:13
**$300,000** [1] - 35:9
**$325** [2] - 162:17, 210:1
**$35,000** [1] - 149:17
**$36,000** [1] - 74:13
**$40** [2] - 72:9, 161:3
**$5,200** [1] - 209:11
**$8,000** [1] - 209:13
**$9,000** [2] - 53:12, 194:25

## '

**'08** [1] - 151:5
**'8** [1] - 132:6
**'80s** [1] - 16:25
**'9** [1] - 132:6
**'anything** [1] - 92:23

## /

**/s/Lisa** [1] - 227:23

## 1

**1** [8] - 1:8, 3:11, 11:5, 12:19, 111:6, 112:6, 112:7, 183:25
**1.2** [1] - 179:23
**1/2** [1] - 72:10
**10** [7] - 66:11, 99:13, 99:22, 113:25, 114:2, 131:21, 203:10
**10,000** [2] - 105:20, 105:21
**100** [8] - 15:20, 71:5, 76:13, 102:7, 141:7, 153:3, 153:4, 153:19
**100,000** [2] - 74:8, 150:20
**100-dollar** [1] -

209:15
**100-K** [2] - 10:7, 11:2
**100-kilo** [1] - 172:8
**100-L** [1] - 12:8
**100-M** [1] - 13:17
**101** [1] - 192:3
**10:00** [1] - 4:19
**11** [3] - 40:11, 54:16, 66:11
**11-20470** [4] - 4:2, 57:22, 110:5, 163:20
**11-20470-CRIMINAL-LENARD** [1] - 1:2
**11-year** [2] - 214:15, 224:8
**110** [2] - 141:6, 150:11
**10,000** [1] - 99:1
**1100** [1] - 1:22
**112** [1] - 3:11
**11200** [1] - 1:16
**11:01** [1] - 57:15
**11:22** [1] - 59:1
**12** [7] - 89:18, 114:1, 114:2, 121:21, 125:18, 185:14, 219:7
**12:30** [1] - 108:22
**13** [3] - 89:18, 189:22, 190:2
**1300** [1] - 1:20
**1318** [2] - 58:12, 109:1
**1326** [1] - 109:9
**135** [2] - 221:16
**14** [1] - 52:14
**141** [1] - 40:10
**145,000** [1] - 101:3
**146** [5] - 3:11, 35:15, 36:15, 36:19, 36:21
**14th** [2] - 19:18, 40:8
**15** [5] - 52:14, 93:13, 121:21, 163:12, 163:13
**150** [3] - 72:10, 161:8, 184:11
**15th** [4] - 68:6, 73:12, 138:2, 139:2
**16** [1] - 7:17
**170,000** [1] - 19:1
**1700** [1] - 73:13
**173** [1] - 3:5
**175** [1] - 3:12
**18** [2] - 3:9, 209:15
**181** [6] - 3:12, 175:8, 175:15, 175:20, 175:21, 210:24
**182** [8] - 3:12, 177:15, 183:8,

183:10, 183:11, 210:24, 213:13, 217:16
**183** [1] - 3:12
**192** [1] - 31:5
**1998** [7] - 49:3, 67:2, 67:8, 71:16, 72:2, 172:14
**1:45** [2] - 108:21, 109:22
**1:55** [1] - 110:24
**1st** [2] - 53:18, 53:24

## 2

**2** [6] - 11:18, 125:6, 127:8, 134:12, 150:8, 176:21
**2,000-dollar** [1] - 19:16
**20** [6] - 26:14, 125:19, 136:9, 184:13, 219:3, 219:9
**20,000** [1] - 76:18
**20-dollar** [2] - 26:10, 209:16
**20-story** [1] - 73:12
**20-year** [2] - 50:6, 224:8
**200** [2] - 96:14, 118:5
**200,000** [2] - 76:24, 150:20
**2000** [1] - 125:17
**2001** [4] - 48:5, 59:18, 68:11, 159:4
**2002** [10] - 66:19, 91:4, 91:13, 91:14, 92:4, 92:12, 95:25, 125:17, 133:24, 166:10
**2003** [10] - 48:14, 53:16, 53:18, 53:24, 54:6, 58:13, 67:3, 67:10, 67:11, 71:18
**2005** [3] - 54:2, 54:3, 67:13
**2006** [10] - 48:14, 61:1, 67:14, 67:17, 69:9, 130:7, 135:12, 144:3, 148:25, 151:4
**2007** [5] - 135:10, 135:13, 137:1, 151:4, 151:5
**2008** [6] - 60:24, 131:19, 151:4, 151:6, 151:9, 165:18
**2009** [5] - 11:21, 19:18, 131:20, 165:18, 172:14

**201** [1] - 1:19
**2010** [4] - 60:20, 60:24, 100:2, 100:10
**2011** [14] - 28:14, 68:11, 124:2, 125:12, 130:16, 131:9, 132:3, 132:5, 137:10, 138:12, 138:15, 159:4, 177:10, 216:24
**2012** [2] - 129:7, 129:19
**2014** [1] - 1:5
**202** [1] - 144:9
**20th** [2] - 1:16, 130:16
**213** [4] - 3:9, 17:17, 18:7, 18:8
**22** [1] - 221:8
**22-point** [1] - 221:6
**225** [1] - 162:14
**2255** [2] - 40:22, 41:12
**23-something** [1] - 154:18
**23rd** [2] - 177:10, 216:24
**2400** [1] - 76:24
**243** [1] - 118:8
**2496** [1] - 80:5
**25** [8] - 1:22, 3:9, 96:11, 137:7, 141:8, 209:15, 221:6, 221:9
**25,000** [2] - 84:15, 149:16
**2500** [5] - 76:17, 80:5, 96:10, 150:9, 190:19
**26** [4] - 209:9, 219:4, 219:10, 221:25
**277** [1] - 118:8
**28** [1] - 3:10
**283** [1] - 119:2
**284** [2] - 119:3, 120:6
**286** [1] - 209:16
**2nd** [4] - 68:1, 124:2, 125:12, 131:5

## 3

**3** [12] - 12:11, 16:9, 40:11, 72:10, 74:2, 74:3, 134:1, 134:2, 134:3, 134:12, 176:25, 218:3
**3,000** [1] - 150:9
**30** [3] - 137:7, 161:17, 221:9
**30,000** [4] - 9:14, 161:21, 162:12,

162:13
**300** [5] - 76:23, 80:7, 96:15, 117:24, 150:11
**302** [1] - 145:9
**305** [2] - 2:4, 227:25
**310** [1] - 120:24
**312** [1] - 80:4
**313** [5] - 80:2, 80:8, 96:2, 96:3, 96:6
**313th** [1] - 80:5
**32** [2] - 3:10, 221:11
**33** [2] - 221:15, 225:4
**33128** [2] - 2:3, 227:25
**33131** [2] - 1:20, 1:23
**33172** [1] - 1:17
**341** [2] - 58:12, 109:1
**35** [4] - 41:16, 41:17, 187:22, 214:5
**35(b)** [1] - 213:15
**35,000** [1] - 150:1
**3500-square-foot** [1] - 152:1
**35s** [1] - 40:19
**36** [1] - 3:11
**38** [2] - 221:12, 225:4
**39** [1] - 3:5
**3:14** [1] - 163:14
**3:40** [1] - 164:6
**3rd** [1] - 11:21

## 4

**4** [2] - 125:6, 176:25
**40** [4] - 103:9, 141:8, 161:6, 161:17
**400** [3] - 2:2, 96:15, 227:24
**400,000** [1] - 117:24
**47** [1] - 40:7

## 5

**5** [1] - 176:11
**50** [2] - 127:9, 127:10
**50-dollar** [1] - 209:15
**500** [4] - 15:17, 99:5, 150:10
**500,000-dollar** [1] - 117:22
**500-euro** [1] - 99:4
**50s** [1] - 26:17
**523-5499** [2] - 2:4, 227:25
**55** [1] - 127:6
**56** [1] - 21:1
**57** [1] - 21:12
**58** [1] - 21:16

**5:03** [1] - 227:2
**5:21** [1] - 1:6

**6**

**6** [3] - 1:5, 184:5, 222:11
**60** [6] - 22:20, 76:15, 76:16, 76:24, 127:6, 141:7
**600** [5] - 15:17, 96:15, 96:16, 133:6, 172:11
**600,000** [2] - 155:18, 197:10
**600,000-dollar** [2] - 155:21, 155:24
**61** [1] - 23:2
**62** [1] - 23:12
**63** [1] - 23:16
**634** [1] - 25:21
**635** [1] - 26:3
**636** [1] - 26:14
**637** [1] - 26:19
**638** [1] - 26:22
**639** [1] - 27:15
**64** [1] - 21:19
**640** [1] - 27:10
**65** [1] - 22:1
**66** [1] - 23:6
**68** [1] - 76:22
**6:53** [1] - 11:24
**6C** [2] - 220:3, 222:7
**6E** [3] - 219:20, 221:4, 221:18

**7**

**7** [5] - 184:12, 219:20, 221:19, 222:16, 222:18
**70** [13] - 15:20, 59:13, 67:2, 71:5, 114:7, 125:2, 126:20, 127:4, 127:6, 127:10, 133:5, 134:4, 172:8
**75** [1] - 127:6
**7500** [1] - 162:13

**8**

**8** [3] - 3:5, 96:7, 186:11
**80** [4] - 127:9, 127:10, 141:7, 146:6
**800** [3] - 189:22, 190:3, 190:17
**83** [5] - 3:9, 24:23,

25:9, 25:14, 25:15
**850** [3] - 165:8, 165:11, 165:12
**860** [1] - 48:7
**89** [5] - 3:10, 27:18, 28:2, 28:5, 28:6
**8:15** [1] - 4:21

**9**

**9** [8] - 4:18, 5:16, 6:7, 6:13, 6:15, 6:18, 223:15, 223:22
**9,000** [1] - 53:14
**90-A** [5] - 3:10, 31:16, 32:9, 32:11, 32:12
**90-B** [2] - 3:10, 32:12
**900** [2] - 207:5, 207:6
**9:30** [1] - 227:1
**9:42** [1] - 1:6
**9:49** [1] - 8:3
**9th** [1] - 154:18

**A**

**a..** [1] - 121:10
**a.m** [4] - 1:6, 8:3, 57:15, 59:1
**ability** [3] - 170:4, 171:25, 172:4
**able** [14] - 6:11, 7:25, 10:23, 45:23, 46:2, 92:7, 92:10, 103:22, 166:25, 178:9, 180:16, 187:14, 223:6, 223:22
**above-entitled** [1] - 227:20
**academic** [1] - 90:23
**accent** [1] - 147:18
**acceptance** [4] - 181:25, 222:23, 224:19, 225:2
**accepting** [3] - 182:4, 221:14, 224:22
**access** [7] - 57:9, 103:22, 108:16, 139:22, 143:14, 163:7, 226:20
**accessible** [1] - 44:12
**accident** [4] - 66:17, 71:7, 133:12, 160:16
**accommodate** [1] - 226:14
**accompany** [1] - 196:20
**accomplices** [1] -

109:14
**according** [5] - 67:10, 79:15, 97:17, 135:9, 224:2
**account** [6] - 100:19, 100:20, 100:21, 100:23, 101:4, 101:8
**accountable** [1] - 185:9
**accounts** [2] - 74:11, 84:9
**accuracy** [1] - 126:5
**accurate** [3] - 200:25, 216:19, 227:19
**accurately** [1] - 25:5
**accusing** [1] - 102:4
**achieve** [1] - 208:11
**acknowledge** [1] - 213:4
**acquainted** [1] - 160:7
**act** [1] - 177:1
**activities** [5] - 69:5, 156:24, 167:10, 169:7, 171:23
**activity** [4] - 170:5, 199:10, 207:10, 207:18
**actual** [2] - 207:19, 221:25
**add** [7] - 47:2, 47:4, 127:7, 127:14, 140:24, 141:19, 161:17
**added** [2] - 125:6, 220:8
**adding** [1] - 47:2
**addition** [4] - 83:11, 178:20, 185:7, 186:16
**additional** [1] - 177:19
**address** [2] - 182:17, 185:4
**addressed** [2] - 170:12, 213:13
**ADM075-00209** [1] - 19:13
**admitted** [12] - 18:6, 25:13, 28:4, 32:10, 36:19, 102:9, 112:5, 154:24, 164:13, 175:20, 177:20, 183:9
**admittedly** [1] - 58:18
**admitting** [1] - 131:19
**adult** [1] - 90:11
**advertised** [2] - 119:19, 119:22

**advised** [7] - 42:7, 42:14, 56:16, 56:24, 57:2, 63:1, 124:1
**advising** [1] - 129:10
**affirmatively** [1] - 43:8
**afternoon** [9] - 110:1, 110:2, 110:3, 110:8, 110:11, 110:15, 112:17, 131:9, 163:25
**afterwards** [1] - 182:17
**age** [2] - 102:2, 166:14
**Agent** [11] - 124:15, 126:17, 126:18, 129:18, 129:25, 130:4, 130:21, 130:22, 130:25
**agent** [3] - 124:16, 128:4, 131:3
**agents** [5] - 127:2, 128:4, 129:10, 175:1, 190:5
**ago** [13] - 45:20, 54:16, 60:18, 87:10, 89:3, 92:17, 125:24, 126:4, 127:21, 154:24, 189:22, 190:2
**agree** [11] - 50:20, 50:22, 83:4, 83:6, 83:7, 183:24, 212:13, 221:1, 221:2, 221:18, 224:6
**agreed** [3] - 184:7, 217:1, 218:3
**agreeing** [2] - 50:25, 222:7
**agreement** [46] - 17:6, 17:8, 50:21, 61:4, 68:10, 68:13, 68:17, 73:18, 109:3, 171:21, 177:13, 178:2, 178:11, 178:19, 179:4, 180:24, 181:14, 181:23, 181:25, 182:2, 182:5, 183:19, 183:24, 185:4, 185:8, 185:16, 186:2, 186:8, 187:7, 187:24, 188:14, 212:15, 212:20, 213:5, 216:7, 216:23, 217:4, 217:13, 217:16, 218:1, 220:12, 222:3, 223:12, 224:19
**agrees** [1] - 219:13
**ahead** [15] - 5:10,

9:25, 10:10, 10:13, 11:1, 12:6, 13:16, 14:20, 30:16, 152:20, 181:5, 185:11, 205:16, 208:18, 217:9
**aid** [4] - 4:13, 58:4, 110:14, 164:2
**airline** [1] - 171:10
**Albrecht** [7] - 4:8, 124:15, 126:17, 129:18, 129:25, 130:4, 130:21
**alerting** [1] - 110:21
**allegedly** [1] - 83:12
**allow** [1] - 175:19
**allowed** [2] - 17:1, 128:7
**allusion** [1] - 182:4
**Almeida** [2] - 58:12, 109:1
**ALMEIDA** [2] - 58:12, 109:1
**almost** [6] - 39:22, 39:23, 40:9, 169:24, 208:14, 219:12
**alone** [1] - 64:10
**Alpha** [1] - 204:13
**altogether** [4] - 136:23, 141:2, 223:2, 225:4
**Alvaro** [78] - 4:1, 4:13, 9:21, 10:22, 12:12, 12:19, 13:15, 14:17, 20:6, 28:14, 34:5, 35:1, 35:13, 35:14, 38:7, 44:22, 57:21, 58:3, 59:6, 59:14, 60:8, 60:19, 63:21, 66:12, 74:12, 90:25, 91:6, 91:15, 92:5, 92:6, 95:15, 95:18, 95:22, 98:17, 100:4, 102:15, 110:5, 110:13, 122:12, 138:23, 139:1, 139:23, 144:12, 145:16, 146:13, 150:24, 152:18, 155:4, 159:20, 159:22, 159:24, 160:1, 160:8, 160:21, 163:19, 164:2, 165:7, 165:11, 168:11, 169:1, 170:17, 171:10, 173:21, 173:22, 174:8, 190:16, 190:17, 191:2, 193:13, 203:3, 203:22, 204:1, 204:9, 207:3, 207:9, 207:14,

3

207:22, 208:24
**ALVARO** [1] - 1:7
**Alvaro's** [5] - 14:11,
27:3, 38:4, 103:10,
145:6
**Alvaro..** [1] - 12:4
**Amelia** [6] - 94:12,
94:15, 94:17, 94:19,
94:21
**Amelie** [5] - 94:18,
94:19, 94:21, 128:5,
129:11
**amend** [1] - 119:14
**America** [9] - 4:1,
52:9, 57:21, 110:4,
158:2, 163:19, 206:3,
207:8, 207:10
**AMERICA** [1] - 1:4
**American** [2] - 73:10,
203:17
**AMEX** [2] - 52:20,
52:22
**AMG** [2] - 18:19,
100:9
**amorous** [1] - 168:6
**amount** [8] - 103:16,
114:2, 125:7, 140:25,
185:19, 185:23,
185:25, 210:20
**amounts** [2] - 40:3,
222:8
**Ana** [11] - 28:13,
28:15, 29:2, 29:20,
30:2, 30:3, 31:11,
32:25, 96:14, 101:11,
142:1
**and..** [1] - 166:2
**answer** [7] - 54:24,
78:8, 126:23, 126:24,
200:8, 205:1, 212:12
**answered** [5] -
126:21, 129:14,
161:13, 167:23,
198:14
**Antolin** [1] - 101:13
**ANTONIO** [1] - 1:14
**anyway** [1] - 216:11
**apart** [1] - 157:25
**Apartment** [1] -
144:9
**apartment** [24] -
16:15, 20:24, 27:1,
27:2, 27:16, 28:20,
73:4, 73:11, 73:13,
73:17, 73:24, 75:4,
90:7, 91:21, 92:4,
135:24, 136:2, 145:3,
145:5, 145:8, 145:19,
161:1, 165:17, 166:9
**apartments** [10] -

20:23, 145:1, 145:10,
145:12, 145:22,
146:1, 146:4, 146:6,
146:10
**apiece** [1] - 150:11
**appeal** [4] - 40:25,
41:2, 41:3, 41:4
**appealing** [1] - 41:12
**appear** [3] - 115:17,
118:15, 121:18
**appearance** [1] -
166:14
**APPEARANCES** [1] -
1:13
**appearances** [4] -
4:4, 57:23, 110:6,
163:21
**appeared** [2] - 54:7,
113:8
**appearing** [1] -
186:16
**apply** [1] - 61:10
**appointment** [1] -
14:19
**appreciate** [2] -
141:19, 220:17
**approach** [3] - 42:10,
195:20, 213:21
**appropriate** [2] -
179:15, 180:11
**approved** [1] -
140:17
**April** [7] - 53:18,
53:24, 54:6, 67:3,
67:11, 129:7, 129:19
**Arancha** [2] - 160:12,
160:21
**area** [5] - 44:15,
44:18, 87:7, 178:17,
215:18
**areas** [1] - 222:21
**Arequipa** [1] - 82:6
**Argentina** [1] - 24:10
**arrange** [1] - 136:2
**arrangements** [4] -
4:25, 5:1, 5:25, 6:8
**arrest** [21] - 29:2,
30:7, 33:13, 46:10,
46:12, 48:15, 48:17,
48:24, 53:20, 54:5,
67:13, 71:22, 114:10,
131:9, 137:9, 140:5,
140:6, 148:2, 148:5,
160:24, 194:16
**arrested** [30] - 16:14,
25:3, 29:25, 30:3,
31:22, 32:25, 33:7,
33:10, 34:6, 35:22,
36:4, 44:23, 46:5,
46:6, 53:10, 55:1,

63:20, 67:24, 69:23,
73:7, 100:6, 100:9,
100:16, 101:9,
122:13, 174:14,
191:2, 194:19
**arresting** [1] - 33:25
**arrests** [1] - 46:6
**arrow** [1] - 114:24
**Artemio** [8] - 136:17,
136:24, 137:3,
170:18, 170:19,
203:21, 204:1,
204:10, 204:12
**articles** [3] - 82:25,
83:2, 98:16
**Arturo** [1] - 20:14
**aside** [3] - 20:16,
23:25, 206:4
**aspect** [1] - 116:2
**assessment** [1] - 6:5
**assets** [1] - 38:23
**assist** [1] - 186:3
**assistance** [4] -
213:1, 215:6, 215:12,
223:4
**Assistant** [1] - 4:6
**ASSISTANT** [1] -
1:15
**associated** [4] -
57:6, 108:13, 163:4,
226:17
**assume** [4] - 56:14,
95:19, 107:21, 130:20
**assumes** [2] - 62:11,
70:13
**assuming** [6] -
16:12, 116:18, 151:3,
188:5, 209:21, 224:6
**assure** [1] - 45:22
**Aston** [1] - 118:13
**attendant** [1] -
171:11
**attending** [1] -
186:19
**attention** [7] - 5:2,
5:24, 11:5, 13:7,
28:13, 176:11, 184:5
**Attorney** [2] -
126:18, 214:14
**attorney** [17] - 20:12,
42:15, 42:19, 42:25,
43:17, 58:16, 68:2,
101:1, 109:3, 109:6,
109:19, 174:24,
211:7, 211:9, 223:6,
223:24
**Attorney's** [7] -
130:17, 130:19,
175:2, 188:12, 189:1,
189:8, 212:18

**attorney-client** [6] -
42:15, 42:25, 43:17,
58:16, 109:6, 109:19
**ATTORNEYS** [1] -
1:15
**attorneys** [12] -
109:4, 175:11, 176:4,
182:3, 211:12,
211:15, 212:2, 212:5,
212:9, 212:16,
213:12, 216:13
**Attorneys** [1] - 4:7
**Audi** [1] - 200:16
**audio** [2] - 55:3, 88:2
**August** [6] - 11:21,
68:6, 151:6, 151:9,
177:10, 216:24
**authorities** [5] -
51:17, 51:21, 51:24,
52:18, 52:25
**authorized** [1] - 48:2
**auto** [1] - 115:8
**automatically** [1] -
70:9
**available** [1] - 225:6
**Avenue** [5] - 1:22,
2:2, 100:12, 154:18,
227:24
**average** [5] - 72:5,
76:23, 127:14,
162:16, 192:14
**avoid** [1] - 102:22
**aware** [20] - 43:1,
43:3, 43:5, 46:25,
70:8, 70:19, 81:11,
81:16, 84:14, 84:17,
85:7, 86:9, 86:10,
89:21, 95:21, 103:15,
107:2, 107:3, 214:22

| **B** |
|---|

**background** [1] -
37:15
**backwards** [1] -
173:10
**bad** [1] - 40:24
**bag** [11] - 34:2, 34:8,
34:9, 34:10, 34:12,
34:14, 34:17, 37:2,
37:4, 37:20
**bags** [1] - 142:23
**bailed** [4] - 35:13,
36:2, 36:5, 36:9
**bald** [2] - 95:1, 129:9
**bale** [3] - 76:21, 80:5,
96:7
**bales** [11] - 76:19,
76:23, 79:23, 80:2,

80:3, 80:7, 83:12,
96:2, 96:3, 96:4, 96:6
**ball** [2] - 72:9, 161:7
**balloon** [2] - 158:16,
158:17
**balloon-type** [1] -
158:17
**ballpark** [1] - 15:13
**bands** [2] - 27:7,
27:21
**bank** [8] - 74:11,
154:25, 155:8,
155:22, 155:24,
196:20, 196:24,
197:14
**banter** [1] - 220:18
**bar** [5] - 42:12,
44:19, 58:9, 109:16,
177:24
**barely** [1] - 71:16
**Barrios** [1] - 5:14
**base** [7] - 75:15,
75:23, 75:25, 76:3,
76:5, 221:7, 221:8
**based** [4] - 105:23,
106:6, 213:7, 221:6
**basement** [1] -
121:21
**basic** [1] - 214:5
**basis** [2] - 153:12,
162:12
**Bates** [2] - 19:13,
25:20
**baths** [1] - 73:14
**battle** [1] - 148:12
**Bayshore** [1] - 20:17
**Beach** [5] - 75:4,
91:20, 127:24, 128:6,
129:11
**became** [5] - 80:13,
85:7, 123:22, 160:7,
168:2
**become** [1] - 154:3
**becomes** [1] -
109:11
**bed** [2] - 47:8, 64:9
**bedrooms** [1] -
73:14
**beds** [1] - 96:13
**bedside** [1] - 140:10
**bedstand** [1] - 49:16
**BEFORE** [1] - 1:10
**began** [4] - 44:22,
64:6, 67:23, 136:25
**begin** [5] - 7:16, 8:2,
53:20, 113:10, 227:9
**beginning** [8] - 7:21,
45:6, 46:4, 51:22,
66:13, 174:13,
187:16, 192:9

**behalf** [11] - 4:7, 4:12, 58:1, 58:3, 109:7, 109:15, 110:9, 110:12, 163:24, 164:1, 174:10
**behind** [4] - 73:14, 73:15, 114:21, 121:14
**belabor** [1] - 225:6
**believes** [1] - 215:5
**belonged** [1] - 29:19
**below** [1] - 176:25
**Benavides** [3] - 84:1, 142:11, 142:17
**benefit** [3] - 50:25, 109:5, 222:4
**benefits** [1] - 178:10
**Bentley** [2] - 118:11, 120:3
**Benz** [8] - 17:13, 18:12, 19:2, 19:4, 19:13, 20:4, 202:19, 202:22
**Benzes** [1] - 218:6
**Berrasco** [1] - 142:15
**Berrocoso** [1] - 83:24
**best** [8] - 13:23, 82:24, 171:25, 172:4, 196:13, 197:13, 198:3, 212:11
**bestowed** [1] - 177:1
**better** [4] - 42:13, 109:17, 116:21, 202:7
**between** [11] - 12:4, 48:11, 79:21, 127:5, 127:9, 127:10, 139:19, 139:20, 202:13, 224:7
**beyond** [1] - 225:19
**big** [6] - 34:9, 75:17, 89:24, 101:19, 124:20, 139:2
**big-deal** [1] - 139:2
**biggest** [1] - 141:7
**bill** [3] - 26:10, 26:12, 77:21
**bills** [4] - 26:19, 209:15, 209:16
**binding** [1] - 184:8
**birthday** [1] - 138:4
**Biscayne** [1] - 1:19
**bit** [9] - 14:7, 15:11, 99:10, 102:1, 114:4, 145:24, 174:21, 196:2, 223:16
**bits** [2] - 131:7, 134:6
**black** [2] - 18:21, 114:19

**BLACK** [1] - 1:19
**BlackBerry** [5] - 12:24, 13:6, 25:24, 38:9, 207:13
**blanket** [1] - 176:16
**block** [1] - 130:17
**blue** [1] - 192:20
**boat** [10] - 83:14, 206:11, 206:12, 206:13, 206:17, 206:19, 206:23
**bonus** [1] - 220:8
**book** [5] - 26:23, 95:9, 95:20, 192:3, 192:7
**born** [1] - 144:16
**Borracho** [12] - 8:25, 9:4, 9:20, 11:12, 12:18, 13:22, 13:25, 14:4, 166:11, 205:24, 206:4, 206:15
**borracho** [1] - 9:1
**Borracho's** [1] - 206:19
**borrowed** [1] - 74:13
**boss** [1] - 194:10
**Botero** [6] - 94:12, 94:15, 94:17, 94:21, 128:5, 129:11
**bottom** [2] - 11:9, 150:13
**bought** [8] - 15:4, 19:4, 19:14, 100:4, 100:8, 134:9, 198:18, 218:5
**Boulevard** [1] - 1:19
**box** [2] - 96:11, 96:12
**boxes** [1] - 96:11
**boyfriend** [3] - 92:7, 92:10, 93:3
**brain** [1] - 92:18
**brakes** [1] - 100:13
**break** [8] - 57:3, 108:6, 108:7, 108:8, 108:10, 163:1, 188:24, 226:12
**Brickell** [5] - 20:24, 21:3, 21:7, 91:22, 100:12
**brief** [1] - 29:1
**bright** [1] - 90:15
**bring** [17] - 5:2, 8:2, 9:3, 9:13, 47:24, 48:6, 58:24, 59:17, 110:22, 133:20, 141:14, 149:25, 150:1, 150:18, 164:4
**bringing** [8] - 5:7, 8:19, 59:11, 71:13,

84:21, 150:19, 151:9, 171:11
**broad** [2] - 80:22, 80:23
**broadcast** [1] - 29:5
**broker** [2] - 146:2, 173:12
**brother** [1] - 204:10
**brought** [8] - 62:24, 69:22, 133:10, 143:3, 195:24, 218:4, 221:9, 221:15
**Bugatti** [8] - 21:23, 22:12, 22:14, 152:23, 152:25, 153:2, 153:25, 154:3
**building** [10] - 21:2, 56:2, 73:12, 112:19, 122:1, 122:4, 197:2, 197:3, 197:20
**buildings** [1] - 21:13
**bulk** [2] - 65:17, 96:22
**bumper** [1] - 117:4
**bunch** [1] - 152:15
**bundled** [1] - 96:13
**bunk** [1] - 64:9
**burglary** [1] - 164:18
**burglary-type** [1] - 164:18
**burial** [1] - 6:9
**burlap** [7] - 76:9, 76:18, 79:2, 79:7, 79:9, 142:23
**business** [29] - 13:5, 52:23, 54:19, 54:22, 89:14, 97:17, 98:12, 105:17, 106:25, 107:6, 107:25, 132:18, 132:19, 133:2, 134:25, 136:11, 141:11, 143:16, 144:20, 146:11, 147:3, 165:18, 169:6, 193:2, 193:16, 194:10, 194:13, 197:15, 204:2
**businesses** [1] - 105:12
**busy** [1] - 120:15
**buy** [16] - 18:19, 19:4, 100:3, 100:4, 117:15, 134:9, 134:10, 134:11, 134:12, 136:2, 149:20, 155:22, 155:25, 203:4, 209:10, 209:13
**buying** [2] - 150:6, 202:19

**BY** [103] - 2:1, 8:14, 10:20, 11:4, 12:10, 13:10, 13:19, 17:18, 18:11, 25:19, 28:12, 32:15, 37:1, 37:18, 39:17, 42:1, 42:6, 44:2, 44:16, 44:21, 47:20, 55:12, 55:20, 59:5, 62:15, 64:5, 64:24, 70:16, 78:1, 78:12, 81:3, 85:2, 85:23, 86:4, 86:15, 88:17, 91:12, 94:10, 103:2, 103:14, 112:16, 117:19, 119:18, 120:2, 122:11, 122:22, 123:6, 123:17, 126:3, 127:1, 129:17, 140:22, 146:21, 147:1, 148:19, 153:11, 154:10, 156:12, 156:22, 157:1, 157:20, 159:2, 161:11, 161:15, 162:5, 162:11, 164:12, 168:1, 168:20, 172:18, 173:7, 175:23, 183:18, 189:19, 190:10, 192:1, 193:11, 196:19, 198:11, 198:17, 203:2, 204:7, 205:15, 208:7, 208:19, 209:20, 211:2, 212:1, 213:11, 214:2, 214:13, 214:21, 216:2, 216:22, 218:17, 219:11, 222:22, 223:14, 223:21, 224:11, 224:16, 225:15, 225:22

**C**

**calculations** [1] - 225:12
**Cali** [7] - 97:3, 97:4, 97:6, 97:13, 97:19, 143:10, 165:6
**California** [1] - 131:20
**Cameno** [5] - 28:13, 28:15, 29:2, 32:25, 142:2
**Cameno's** [2] - 31:11, 101:11
**cancel** [2] - 139:5,

139:8
**canceled** [3] - 11:16, 11:19, 13:22
**cannot** [1] - 42:21
**capable** [1] - 102:11
**capacity** [1] - 186:25
**captain** [3] - 8:24, 14:1, 166:16
**car** [44] - 19:24, 21:20, 21:24, 22:3, 23:6, 23:10, 37:7, 55:2, 66:17, 71:7, 74:9, 85:16, 90:2, 100:14, 103:9, 103:22, 104:10, 104:15, 104:24, 105:3, 105:5, 105:10, 113:23, 114:16, 114:22, 114:24, 117:5, 117:12, 117:22, 121:2, 121:22, 152:3, 152:11, 153:1, 153:7, 153:12, 153:13, 153:20, 160:16, 195:13, 195:20, 195:25, 204:12
**card** [2] - 82:12, 106:1
**Cardelle** [4] - 159:6, 160:8, 160:19, 204:14
**care** [2] - 5:9, 103:25
**cared** [1] - 80:2
**careful** [1] - 148:7
**cargo** [1] - 83:12
**Carlos** [4] - 98:4, 194:2, 194:8, 194:12
**carried** [3] - 84:12, 98:25, 160:21
**carry** [1] - 77:16
**carrying** [1] - 160:24
**cars** [63] - 21:18, 22:21, 23:20, 34:15, 38:13, 38:16, 39:1, 39:2, 39:8, 74:10, 89:23, 103:4, 103:6, 103:17, 103:18, 104:6, 104:8, 104:18, 104:21, 104:22, 113:16, 113:23, 113:25, 114:1, 114:2, 114:9, 114:12, 114:13, 114:14, 115:7, 115:13, 115:17, 115:24, 117:15, 119:8, 119:9, 119:12, 119:21, 120:13, 120:25, 121:18, 121:21, 121:22, 143:18,

5

152:7, 152:13, 152:16, 153:22, 197:20, 197:23, 198:1, 198:3, 198:7, 198:13, 198:18, 198:22, 198:24, 199:3, 199:7, 200:6, 200:23

**Cartagena** [4] - 137:12, 137:16, 143:11, 143:12

**case** [34] - 7:20, 17:5, 37:15, 38:23, 42:9, 51:14, 56:3, 57:4, 57:10, 58:11, 58:13, 58:14, 82:16, 95:21, 108:11, 108:17, 108:25, 109:2, 109:21, 137:9, 163:2, 163:8, 168:16, 169:11, 176:24, 180:9, 181:4, 182:8, 184:10, 186:5, 206:18, 226:15, 226:21

**Case** [4] - 4:2, 57:22, 110:5, 163:20

**CASE** [1] - 1:2

**cases** [1] - 187:11

**cash** [14] - 49:8, 72:16, 74:11, 82:12, 82:13, 135:17, 136:3, 141:2, 141:3, 141:4, 197:6, 197:7, 197:11, 201:11

**cat** [2] - 152:9, 152:11

**caught** [2] - 47:7, 148:7

**Cayenne** [2] - 116:14, 116:15

**Cayennes** [1] - 117:20

**CDs** [1] - 18:5

**cell** [6] - 25:23, 27:15, 38:7, 49:10, 165:16, 165:20

**cellmate** [3] - 45:14, 64:10, 64:11

**cellophane** [3] - 158:10, 158:15, 158:16

**Center** [1] - 56:2

**certain** [9] - 5:24, 41:3, 50:20, 50:22, 178:9, 184:6, 184:25, 185:1, 209:4

**certify** [1] - 227:19

**chairs** [5] - 57:13, 108:20, 116:18,

163:11, 226:24

**chance** [4] - 54:25, 94:4, 117:5, 212:11

**change** [1] - 149:21

**changed** [3] - 138:16, 178:3, 178:13

**changes** [3] - 88:4, 88:6, 178:17

**changing** [1] - 182:9

**charge** [18] - 46:2, 46:7, 46:14, 46:21, 46:22, 50:11, 50:13, 61:22, 104:5, 174:19, 184:3, 202:22, 202:24, 203:22, 203:25, 204:1, 204:2, 204:8

**charged** [9] - 49:18, 49:25, 63:16, 63:19, 63:21, 174:14, 178:16, 217:19, 217:21

**charges** [14] - 46:12, 46:16, 46:18, 47:2, 55:7, 55:14, 55:21, 61:13, 62:1, 62:22, 63:17, 63:18, 183:25

**chart** [1] - 221:8

**charts** [1] - 218:25

**check** [9] - 7:13, 100:18, 106:5, 106:6, 126:5, 135:16, 135:17, 155:21, 155:24

**checked** [1] - 53:21

**checks** [3] - 105:25, 106:2, 106:3

**Chevrolet** [2] - 118:25, 120:17

**Chile** [1] - 24:10

**chronology** [1] - 174:21

**cigarette** [2] - 195:14, 195:22

**Circuit** [3] - 58:13, 109:9, 179:5

**circumstances** [6] - 5:8, 5:22, 7:2, 41:4, 193:4, 194:18

**citation** [1] - 58:6

**cite** [1] - 58:7

**cited** [1] - 108:25

**cities** [1] - 82:5

**City** [2] - 124:19, 149:9

**city** [3] - 81:14, 97:24, 144:18

**claim** [5] - 40:24, 53:5, 100:17, 100:18, 162:19

claims [1] - 179:3

**clarify** [6] - 133:18, 190:23, 192:4, 194:15, 194:24, 199:17

**class** [1] - 72:20

**classes** [1] - 72:21

**clear** [7] - 30:15, 54:5, 56:8, 87:22, 109:19, 215:3, 217:15

**clearly** [3] - 25:5, 153:22, 203:22

**client** [7] - 42:15, 42:25, 43:17, 58:16, 109:6, 109:19, 155:20

**clip** [5] - 29:1, 30:12, 30:13, 75:6, 75:7

**clips** [1] - 88:2

**close** [5] - 72:1, 92:7, 117:24, 160:11, 173:18

**closed** [2] - 75:19, 100:21

**closing** [1] - 173:14

**clothes** [11] - 69:20, 149:11, 149:13, 149:19, 149:22, 149:25, 150:19, 150:20, 151:9, 171:13

**clothing** [5] - 70:4, 70:6, 171:11, 209:4, 209:22

**club** [1] - 129:11

**clue** [2] - 134:19, 153:15

**co** [5] - 58:15, 109:4, 109:5, 109:7, 109:11

**co-defendant** [4] - 58:15, 109:4, 109:7, 109:11

**co-defendants** [1] - 109:5

**Cobra** [6] - 115:3, 118:22, 121:3, 121:4, 121:5, 121:9

**cocaine** [83] - 8:19, 14:2, 15:19, 47:24, 48:6, 59:7, 59:11, 60:10, 60:25, 71:5, 71:9, 71:12, 72:8, 72:15, 75:9, 75:15, 75:18, 75:23, 75:25, 76:3, 76:5, 76:13, 76:17, 78:2, 78:13, 78:15, 80:3, 92:8, 96:7, 96:23, 98:20, 102:7, 125:3, 125:19, 126:20, 127:4, 133:5, 133:20, 133:23, 133:25, 134:5, 135:2,

135:20, 143:3, 143:20, 148:23, 149:1, 156:14, 156:15, 156:16, 157:21, 158:2, 158:9, 158:21, 158:24, 159:3, 161:3, 161:21, 162:13, 172:8, 184:11, 189:13, 189:23, 190:3, 190:13, 193:18, 196:2, 199:19, 200:3, 204:25, 205:4, 205:6, 205:9, 205:18, 205:22, 206:16, 206:22, 207:6, 207:8, 207:11, 209:25

**Cocaine** [1] - 26:23

**Coconut** [2] - 151:12, 173:20

**coffee** [1] - 4:22

**Cohen** [17] - 14:8, 14:21, 15:5, 66:4, 66:6, 66:9, 66:10, 89:15, 137:18, 137:22, 137:24, 138:8, 138:9, 143:22, 155:3, 167:9, 191:1

**Cohen's** [1] - 15:5

**coincidence** [5] - 72:15, 194:19, 194:22, 196:5, 196:8

**collect** [1] - 170:10

**collected** [1] - 185:20

**Collection** [24] - 9:18, 14:22, 103:9, 104:22, 107:10, 107:15, 112:20, 115:12, 117:14, 119:22, 120:21, 143:16, 196:11, 196:14, 196:21, 198:13, 200:6, 200:10, 200:15, 200:18, 200:23, 203:20, 203:21

**college** [2] - 48:10, 48:11

**Colombia** [22] - 27:14, 72:25, 83:16, 90:7, 97:3, 97:6, 97:25, 137:6, 137:8, 137:20, 137:22, 137:24, 138:6, 138:10, 138:11, 139:4, 143:8, 143:20, 147:9, 165:7, 206:18, 206:25

**Colombian** [1] -

134:4

**comfortable** [3] - 172:7, 172:11, 172:14

**coming** [7] - 38:23, 107:7, 120:12, 137:20, 138:18, 181:2, 221:5

**comment** [1] - 199:14

**commented** [2] - 170:24, 171:1

**commission** [3] - 105:23, 173:14, 173:21

**commissions** [1] - 130:12

**commit** [2] - 52:4, 169:9

**committed** [4] - 61:7, 173:11, 177:1, 184:1

**committing** [1] - 164:13

**communicate** [5] - 13:4, 44:3, 44:5, 165:17, 169:11

**communicated** [2] - 68:6, 109:13

**communicating** [1] - 13:4

**communications** [4] - 58:17, 109:4, 109:5, 109:12

**company** [4] - 29:7, 106:8, 137:24

**company's** [1] - 104:4

**compare** [1] - 84:9

**compared** [1] - 84:10

**complete** [2] - 186:12, 188:6

**completed** [1] - 40:9

**completely** [5] - 53:5, 60:19, 62:6, 178:15, 214:25

**complicated** [3] - 84:22, 85:7, 85:10

**component** [1] - 188:24

**composite** [6] - 24:23, 25:14, 31:5, 35:15, 36:20, 112:6

**computer** [10] - 10:5, 29:3, 29:4, 75:5, 80:18, 111:7, 111:12, 122:8, 139:25, 166:8

**computers** [2] - 140:4, 165:20

**conceal** [1] - 99:8

**concentrate** [4] - 5:9, 6:12, 6:22, 7:7

concepts [1] - 220:21
concern [1] - 180:20
concerned [3] - 30:5, 30:6, 151:9
concerning [4] - 28:15, 38:13, 175:5, 192:25
concluded [3] - 8:17, 9:3, 209:24
conclusion [5] - 86:13, 179:10, 187:18, 196:15, 204:4
concocted [1] - 53:5
concrete [1] - 203:19
condition [3] - 27:24, 32:5, 36:11
condominium [5] - 20:17, 25:2, 25:21, 31:21, 32:6
condominiums [2] - 21:4, 198:25
condos [1] - 21:14
confide [1] - 159:24
confidence [1] - 109:12
confidential [1] - 109:13
confinement [2] - 45:13, 64:8
confirm [4] - 82:9, 86:24, 89:8, 217:4
connection [1] - 133:22
consider [2] - 87:14, 87:19
considered [1] - 179:6
consignment [1] - 200:1
consistent [1] - 113:7
conspiracy [8] - 174:15, 182:7, 184:1, 184:18, 184:20, 184:22, 185:25, 222:13
constitutional [2] - 43:7, 43:14
contact [8] - 5:4, 57:5, 59:16, 66:20, 108:12, 163:3, 169:15, 226:16
contacts [1] - 66:15
contained [1] - 176:20
container [7] - 76:25, 77:4, 77:11, 77:16, 77:18, 80:4
containers [2] -

75:17, 83:12
contains [3] - 179:4, 185:16, 186:2
contents [1] - 192:23
context [7] - 58:18, 107:14, 140:18, 180:9, 182:8, 182:9, 206:15
contexts [1] - 46:6
continue [1] - 5:23
CONTINUED [1] - 8:13
continued [1] - 93:8
continues [1] - 11:18
continuing [2] - 6:5, 165:17
continuously [1] - 49:1
Continuum [7] - 15:3, 15:8, 20:17, 22:10, 22:11, 28:20, 28:21
contracts [2] - 211:12, 211:16
contradiction [1] - 222:3
control [10] - 64:18, 187:14, 189:3, 189:6, 210:11, 210:13, 210:15, 212:25, 213:5, 215:17
conversation [13] - 28:14, 32:24, 38:15, 55:4, 102:15, 107:24, 125:23, 136:17, 136:21, 137:3, 165:6, 167:19, 171:7
conversations [11] - 38:13, 38:25, 151:8, 165:13, 171:15, 194:5, 198:12, 199:2, 207:22, 207:25, 208:10
convertible [3] - 115:14, 118:20, 120:3
conveyed [2] - 68:2, 212:9
convicted [1] - 17:4
conviction [5] - 70:7, 70:8, 70:17, 70:21, 187:8
cooperate [7] - 45:7, 51:1, 68:3, 68:8, 68:17, 174:23, 212:14
cooperating [5] - 41:18, 44:22, 58:14, 109:11, 186:4
cooperation [4] - 50:21, 68:15, 171:21, 187:19

cooperator [1] - 58:17
coordinates [6] - 9:12, 9:20, 206:6, 206:7, 206:10, 206:19
copy [8] - 30:11, 30:17, 31:7, 31:12, 68:22, 87:24, 140:1
Coral [2] - 19:13, 100:12
cord [1] - 158:17
correct [186] - 11:16, 11:21, 18:14, 32:17, 32:18, 32:22, 34:17, 61:6, 61:9, 61:20, 64:17, 67:18, 69:17, 71:17, 72:7, 73:8, 73:23, 75:24, 77:17, 77:20, 82:19, 82:20, 83:19, 84:13, 84:16, 84:19, 85:6, 85:9, 85:13, 86:10, 89:7, 89:8, 89:12, 90:1, 90:12, 90:17, 91:5, 92:11, 92:16, 93:22, 94:1, 94:4, 97:18, 98:9, 98:23, 99:14, 101:23, 102:10, 104:19, 105:9, 105:11, 105:16, 105:18, 107:7, 118:18, 120:9, 126:11, 130:8, 130:9, 140:16, 141:16, 141:21, 142:18, 143:21, 144:10, 144:11, 145:11, 146:12, 148:11, 148:22, 150:16, 152:24, 153:24, 154:13, 156:18, 160:9, 161:18, 162:15, 162:18, 168:4, 171:3, 171:9, 174:1, 174:2, 174:15, 174:16, 174:18, 176:2, 176:4, 176:5, 176:7, 176:18, 176:19, 177:5, 177:6, 177:9, 177:10, 177:11, 177:13, 177:14, 183:20, 183:21, 183:23, 184:1, 184:2, 184:4, 184:8, 184:9, 184:13, 184:14, 184:16, 184:17, 184:18, 184:19, 185:17, 185:18, 185:21, 185:22, 185:23,

185:24, 185:25, 186:1, 186:5, 186:6, 186:25, 187:1, 187:3, 187:6, 187:22, 187:23, 188:18, 188:19, 189:9, 189:23, 190:4, 192:24, 194:3, 194:4, 196:4, 196:12, 197:20, 197:21, 198:19, 198:20, 198:22, 198:23, 199:25, 200:2, 200:6, 200:7, 200:9, 200:21, 201:1, 202:8, 205:2, 205:3, 205:7, 205:19, 205:20, 207:11, 207:12, 208:2, 209:7, 209:10, 209:11, 209:12, 209:13, 209:14, 209:22, 209:23, 210:1, 210:2, 210:20, 210:22, 212:19, 212:24, 213:2, 216:12, 217:11, 217:18, 218:8, 220:1, 222:9, 222:10, 222:14, 224:5
correcting [1] - 10:18
correctly [1] - 7:17
correspondence [2] - 139:14, 139:18
Corrlinks [1] - 44:3
corroboration [3] - 81:11, 81:14, 81:16
Corvette [2] - 118:23, 118:24
cost [6] - 115:21, 150:9, 150:10, 150:11, 199:22
costs [4] - 117:12, 150:7, 150:8, 209:4
counsel [6] - 4:3, 4:8, 40:24, 57:23, 110:6, 163:21
Count [1] - 183:25
count [2] - 79:23, 128:20
counted [1] - 80:7
countries [3] - 53:1, 90:7, 162:6
country [14] - 39:1, 39:3, 54:18, 54:21, 62:19, 85:5, 85:8, 134:8, 146:18, 147:17, 157:7, 157:8, 158:24
counts [1] - 149:23
county [1] - 53:22

County [3] - 53:22, 53:23, 54:6
couple [22] - 16:1, 16:2, 19:9, 34:15, 45:3, 68:5, 74:9, 81:21, 82:2, 83:2, 87:7, 91:19, 110:19, 123:21, 128:25, 134:15, 143:9, 166:1, 170:2, 173:8, 192:16, 201:7
courier [2] - 133:17
couriers [1] - 133:16
course [7] - 51:12, 63:2, 88:7, 101:14, 134:24, 170:6, 178:13
court [14] - 6:12, 7:10, 10:8, 11:3, 12:9, 13:18, 44:1, 70:25, 80:20, 82:18, 102:9, 181:5, 183:5, 226:25
Court [18] - 2:1, 2:2, 43:12, 58:7, 58:11, 110:21, 179:19, 179:21, 182:1, 182:4, 182:6, 184:7, 187:19, 223:23, 225:7, 225:10, 227:7, 227:24
COURT [195] - 1:1, 4:1, 4:10, 4:15, 5:14, 5:18, 6:11, 6:14, 6:16, 6:20, 7:2, 7:15, 7:20, 7:22, 8:2, 8:5, 8:7, 10:4, 10:15, 10:17, 12:7, 13:9, 17:23, 17:25, 18:3, 18:6, 18:10, 25:11, 25:13, 25:17, 28:4, 28:10, 32:10, 32:14, 36:18, 36:23, 39:15, 41:23, 42:4, 42:10, 42:13, 42:23, 43:9, 43:16, 43:21, 43:24, 44:14, 44:18, 44:20, 47:18, 55:10, 55:19, 57:3, 57:17, 57:20, 58:5, 58:21, 58:24, 59:2, 62:10, 62:13, 64:4, 64:22, 70:14, 77:24, 78:8, 78:11, 80:24, 84:25, 85:21, 86:2, 86:14, 88:15, 91:10, 94:8, 102:25, 103:13, 108:6, 108:10, 108:24, 109:25, 110:4, 110:11, 110:15, 110:22, 111:1, 111:8, 111:11, 111:17, 111:20, 111:22, 112:3, 112:5,

112:9, 112:13, 117:18, 119:15, 119:17, 119:24, 122:10, 122:17, 122:19, 123:4, 123:13, 126:2, 126:22, 126:24, 129:16, 140:21, 146:20, 146:24, 148:18, 153:10, 154:9, 156:10, 156:25, 157:19, 159:1, 161:10, 161:14, 162:4, 162:10, 163:1, 163:18, 164:4, 164:8, 167:24, 168:18, 172:17, 173:2, 173:4, 175:19, 177:22, 177:25, 179:1, 179:8, 179:10, 179:17, 179:22, 179:25, 180:5, 180:8, 180:12, 180:18, 181:8, 181:17, 181:19, 182:11, 182:18, 183:1, 183:6, 183:9, 183:13, 189:18, 190:9, 191:24, 193:8, 196:17, 198:8, 198:15, 202:25, 204:6, 205:14, 208:5, 208:18, 209:19, 210:24, 211:24, 213:9, 214:1, 214:11, 214:19, 215:22, 216:1, 216:21, 222:20, 223:11, 223:13, 223:16, 223:19, 224:10, 224:15, 225:9, 225:13, 225:21, 225:25, 226:4, 226:6, 226:8, 226:10, 226:12, 227:4, 227:9, 227:12, 227:14

**Court's** [3] - 108:5, 181:24, 182:1
**courtroom** [16] - 5:16, 6:18, 8:3, 56:25, 57:15, 58:25, 61:23, 108:22, 110:24, 114:3, 114:8, 163:14, 164:6, 180:25, 220:22, 227:2
**COURTROOM** [1] - 7:13
**courts** [1] - 109:11
**create** [3] - 88:12, 88:18, 139:2

**created** [1] - 53:1
**credit** [6] - 39:24, 40:2, 40:5, 51:3, 82:12, 106:1
**credited** [1] - 220:11
**creditors** [1] - 197:25
**crew** [1] - 93:13
**crime** [1] - 61:8
**crimes** [5] - 130:12, 164:13, 164:15, 164:18, 177:8
**criminal** [4] - 176:24, 181:4, 211:22, 213:15
**Cristina** [4] - 4:6, 57:25, 110:9, 163:23
**CRISTINA** [1] - 1:15
**cross** [4] - 39:15, 175:19, 178:18, 178:24
**Cross** [1] - 3:3
**CROSS** [1] - 39:16
**cross-examination** [3] - 39:15, 178:18, 178:24
**CROSS-EXAMINATION** [1] - 39:16
**crowded** [1] - 115:8
**CRR** [2] - 2:1, 227:23
**Crunch** [1] - 91:20
**cryptically** [1] - 92:22
**currency** [3] - 26:3, 26:8, 27:21
**custody** [2] - 39:22, 122:23
**customer** [3] - 123:19, 123:20
**customers** [7] - 106:5, 120:11, 120:12, 120:16, 172:5, 172:6, 172:20
**Customs** [2] - 85:11, 149:24
**cut** [9] - 7:19, 7:25, 8:1, 51:6, 51:7, 93:13, 93:14, 100:11

## D

**dad** [2] - 4:19, 5:21
**Dade** [2] - 53:23, 149:9
**damage** [1] - 152:6
**damaged** [1] - 152:12
**Daniel** [1] - 4:8
**Danny** [2] - 83:24,

142:15
**date** [1] - 53:25
**DATE** [1] - 227:23
**dated** [2] - 92:3, 177:10
**dates** [1] - 166:21
**dating** [3] - 91:23, 91:25, 92:2
**daughter** [3] - 15:5, 66:9, 191:2
**David** [16] - 3:5, 29:2, 30:2, 30:3, 32:25, 96:14, 96:19, 96:25, 142:4, 169:24, 176:4, 176:8, 176:14, 176:22, 176:24, 177:1
**David's** [1] - 29:21
**days** [13] - 6:6, 7:17, 35:14, 36:2, 40:7, 40:10, 82:6, 93:14, 137:15, 164:15, 179:16, 202:7
**days-off** [1] - 202:7
**deal** [15] - 41:1, 45:17, 50:17, 74:18, 92:5, 99:15, 101:19, 104:2, 107:25, 130:12, 139:2, 146:9, 202:22, 206:15, 218:2
**dealer** [7] - 47:10, 89:24, 90:9, 98:18, 104:22, 105:10, 152:15
**dealer's** [2] - 103:10, 116:2
**dealers** [2] - 134:13, 172:3
**dealership** [3] - 38:19, 90:2, 121:15
**dealing** [28] - 47:12, 47:15, 47:21, 48:14, 48:15, 49:1, 60:19, 60:24, 67:17, 69:15, 71:13, 78:16, 102:7, 118:5, 118:6, 130:7, 143:22, 147:3, 148:13, 159:3, 161:18, 161:21, 165:21, 165:25, 204:2, 207:10, 207:18, 225:17
**dealings** [9] - 15:10, 16:7, 102:15, 107:25, 142:1, 158:1, 158:2, 203:20, 203:21
**deals** [2] - 48:18, 48:21
**dealt** [7] - 15:11, 78:3, 126:19, 127:3, 172:5, 172:8, 190:12

**debate** [1] - 223:3
**debriefing** [1] - 126:16
**December** [2] - 100:2, 100:10
**decide** [4] - 45:7, 106:12, 188:21, 215:10
**decided** [1] - 174:23
**decides** [6] - 56:13, 58:14, 58:17, 109:7, 187:25, 215:10
**decision** [5] - 63:7, 63:8, 189:7, 212:25, 213:6
**decision-maker** [1] - 212:25
**declared** [1] - 100:13
**decorative** [1] - 117:14
**decrease** [1] - 221:25
**defendant** [6] - 1:8, 58:14, 58:15, 109:4, 109:7, 109:11
**Defendant** [5] - 4:13, 58:3, 110:13, 164:2, 219:13
**DEFENDANT** [1] - 1:18
**Defendant's** [3] - 3:11, 112:5, 112:7
**Defendants** [1] - 63:16
**defendants** [1] - 109:5
**defense** [2] - 58:18, 109:3
**Defense** [1] - 111:6
**defer** [1] - 6:25
**definite** [1] - 127:15
**definitely** [7] - 9:13, 34:16, 78:21, 78:23, 82:12, 82:13, 107:3
**definitive** [1] - 212:12
**delay** [2] - 79:21, 79:22
**deliver** [1] - 202:4
**delivered** [4] - 19:8, 19:20, 22:7, 22:9
**delivery** [3] - 22:3, 72:11, 72:12
**denied** [2] - 66:4, 69:16
**deny** [1] - 128:4
**denying** [3] - 127:2, 131:14, 131:17
**department** [3] - 63:9, 63:10, 63:12

**depict** [1] - 25:5
**depicted** [1] - 27:21
**deposit** [6] - 19:10, 19:16, 19:18, 196:20, 197:2, 197:14
**deposited** [2] - 100:18, 155:18
**depth** [1] - 214:5
**DEPUTY** [1] - 7:13
**derivative** [2] - 176:13, 216:4
**derivative-use** [1] - 216:4
**describe** [4] - 73:11, 156:5, 166:14, 168:8
**described** [6] - 64:8, 128:12, 131:11, 157:23, 159:6, 164:22
**describing** [2] - 130:12, 157:13
**designer** [2] - 149:11, 149:13
**desk** [2] - 113:23, 116:5
**desks** [1] - 116:8
**detail** [1] - 62:21
**details** [1] - 33:1
**Detention** [1] - 56:2
**determined** [1] - 182:7
**develop** [1] - 59:16
**development** [1] - 151:17
**device** [5] - 13:3, 57:9, 108:16, 163:7, 226:20
**died** [2] - 66:17, 133:11
**difference** [1] - 224:7
**different** [16] - 26:6, 32:21, 34:15, 42:18, 43:10, 43:21, 51:14, 65:18, 107:19, 129:1, 129:15, 156:6, 186:3, 190:21, 202:13, 225:16
**different...** [1] - 150:12
**difficult** [2] - 43:22, 140:24
**digital** [1] - 75:5
**Direct** [1] - 3:3
**direct** [8] - 48:13, 51:16, 51:23, 58:11, 68:23, 112:18, 156:4, 181:10
**DIRECT** [1] - 8:13
**directed** [1] - 34:25
**directions** [1] - 128:14

**directly** [1] - 99:15

**disagree** [1] - 83:4

**disappeared** [4] - 133:12, 133:14, 166:4, 166:5

**disc** [1] - 111:6

**discretion** [3] - 214:25, 215:9, 215:11

**discuss** [4] - 57:4, 108:11, 163:2, 226:15

**discussed** [5] - 41:6, 47:5, 62:22, 62:25, 112:18

**discussion** [5] - 58:16, 58:19, 62:24, 93:6, 109:16

**discussions** [3] - 42:15, 62:20, 85:15

**dispute** [1] - 138:20

**disregard** [2] - 122:20, 123:15

**disruptive** [1] - 7:5

**distinction** [1] - 202:13

**distribution** [1] - 210:11

**DISTRICT** [3] - 1:1, 1:1, 1:11

**District** [1] - 2:2

**district** [1] - 182:3

**dividing** [1] - 134:24

**DIVISION** [1] - 1:2

**divorce** [1] - 38:22

**Document** [1] - 217:16

**document** [13] - 19:12, 31:13, 87:16, 177:16, 177:19, 178:12, 178:21, 178:25, 180:16, 180:19, 181:1, 181:21, 182:12

**documentary** [3] - 29:11, 180:4, 180:5

**documents** [10] - 17:19, 18:5, 82:18, 139:13, 178:23, 180:21, 181:2, 181:4, 181:9, 181:13

**Dodge** [3] - 121:11, 121:13, 121:14

**dog** [1] - 195:24

**dollars** [7] - 35:10, 71:13, 115:25, 117:13, 127:17, 162:16, 201:3

**dollars'** [3] - 74:8, 150:1, 150:20

**domestic** [2] - 33:2, 38:12

**Dominguez** [1] - 141:20

**done** [13] - 40:7, 40:10, 43:1, 52:14, 75:9, 75:11, 90:11, 98:12, 138:20, 139:1, 179:14, 192:12

**door** [5] - 41:21, 42:2, 114:16, 116:13, 181:12

**double** [1] - 220:8

**doubled** [2] - 70:9, 70:10

**down** [22] - 12:12, 28:9, 53:22, 53:23, 66:19, 79:15, 81:21, 116:12, 116:13, 141:18, 147:10, 156:13, 188:24, 192:6, 195:10, 208:22, 214:15, 221:15, 221:17, 223:20, 225:4

**downstairs** [1] - 113:24

**Downtown** [1] - 112:25

**downtown** [6] - 113:10, 113:19, 115:7, 116:17, 116:19, 118:2

**dozen** [1] - 167:8

**dozens** [1] - 79:8

**draft** [1] - 182:3

**drafted** [1] - 181:5

**drama** [1] - 138:24

**draw** [2] - 28:13, 202:13

**drawer** [1] - 25:21

**drawing** [4] - 11:5, 13:7, 176:11, 184:5

**dress** [1] - 150:11

**drive** [11] - 21:24, 22:14, 22:25, 23:4, 23:8, 23:14, 23:18, 82:7, 152:15, 152:23

**driven** [4] - 22:12, 39:2, 153:12, 153:13

**driver** [1] - 164:22

**driving** [7] - 104:18, 104:21, 142:24, 153:18, 153:19, 195:10

**drove** [11] - 23:20, 81:23, 81:25, 96:20, 142:25, 152:25, 153:1, 164:24, 165:5, 204:12

**drug** [83] - 13:5, 16:7, 16:12, 46:16,

47:10, 47:12, 47:15, 47:21, 48:18, 48:21, 49:6, 49:8, 49:10, 49:13, 52:16, 54:19, 61:13, 61:18, 61:21, 61:25, 66:25, 67:6, 67:17, 69:5, 69:13, 70:7, 70:8, 70:17, 70:19, 70:20, 73:22, 74:4, 74:18, 89:14, 89:24, 90:9, 91:1, 91:7, 98:18, 102:6, 105:13, 106:25, 107:5, 124:5, 124:22, 130:6, 134:24, 141:11, 141:17, 142:1, 156:19, 156:24, 164:14, 164:15, 165:17, 167:9, 167:12, 167:13, 167:20, 168:22, 168:24, 171:23, 172:19, 193:2, 193:16, 194:13, 195:1, 197:14, 199:10, 204:2, 207:10, 207:18, 207:22, 207:25, 208:12, 217:17, 217:19, 217:21, 218:3, 218:5, 220:16, 221:7, 221:12

**drug-dealing** [3] - 204:2, 207:10, 207:18

**drug-related** [1] - 69:13

**drug-trafficking** [12] - 61:13, 61:21, 61:25, 141:11, 142:1, 156:24, 164:14, 167:9, 171:23, 193:2, 194:13, 199:10

**drugs** [45] - 15:11, 15:21, 15:24, 17:11, 29:19, 39:12, 48:8, 48:15, 49:1, 60:19, 60:24, 69:15, 72:12, 72:13, 74:14, 74:15, 89:19, 89:21, 92:5, 92:6, 93:8, 123:2, 123:10, 125:17, 143:22, 144:7, 147:23, 147:25, 148:3, 148:5, 148:8, 148:13, 148:21, 157:6, 165:25, 193:19, 193:21, 195:2, 195:4, 196:8, 207:19, 208:2, 208:8, 210:7

**drum** [1] - 75:17

**drums** [2] - 75:16, 76:3

**drunk** [7] - 9:2, 11:6, 11:16, 11:19, 12:14, 12:17, 166:11

**during** [9] - 23:22, 51:23, 88:23, 125:20, 133:4, 138:12, 148:2, 176:23, 191:6

# E

**e-mail** [12] - 44:17, 139:14, 139:17, 140:7, 169:13, 169:14, 169:20, 169:21, 169:23, 169:24, 170:1, 170:5

**e-mailed** [2] - 139:23, 139:24

**e-mails** [1] - 139:22

**early** [4] - 16:25, 45:18, 48:14, 138:12

**earned** [1] - 141:11

**easily** [1] - 150:1

**Ectasy** [3] - 15:23, 16:4, 148:23

**edition** [1] - 117:21

**EDWARDS** [2] - 2:1, 227:23

**Edwards** [1] - 227:23

**effect** [3] - 70:19, 199:15, 211:17

**eight** [21] - 20:23, 53:21, 53:24, 67:15, 67:22, 71:21, 71:23, 72:9, 76:7, 76:8, 76:12, 80:4, 144:4, 146:4, 146:6, 158:12, 161:7, 220:24, 220:25, 221:7

**either** [23] - 29:19, 30:23, 31:12, 57:4, 83:3, 88:22, 108:11, 127:19, 140:5, 140:6, 140:7, 143:6, 153:18, 163:2, 171:4, 171:7, 189:1, 189:2, 198:24, 201:11, 202:15, 226:15

**El** [1] - 166:11

**elevator** [1] - 121:23

**Eleventh** [3] - 58:13, 109:9, 179:5

**ELMO** [1] - 17:24

**else'** [1] - 92:23

**employee** [2] - 210:17, 210:20

**empty** [2] - 112:19, 149:22

**Enano** [5] - 98:2, 98:4, 194:3, 194:9, 194:13

**encountering** [1] - 89:21

**End** [1] - 227:15

**end** [9] - 51:4, 54:3, 67:13, 110:18, 150:19, 179:11, 179:13, 179:18, 221:16

**ended** [6] - 54:1, 54:3, 78:3, 78:14, 78:16, 78:18

**ending** [5] - 26:3, 26:14, 26:19, 26:22, 27:10

**ends** [1] - 25:20

**engage** [1] - 170:4

**engaged** [2] - 160:14, 160:15

**English** [7] - 11:6, 14:18, 107:12, 107:22, 107:23, 159:13, 159:14

**enhancement** [1] - 220:15

**entered** [16] - 5:16, 8:3, 18:8, 25:15, 28:6, 32:13, 36:21, 58:25, 110:24, 112:7, 164:6, 171:21, 175:21, 177:12, 183:11, 183:19

**entering** [4] - 49:23, 50:21, 218:1, 220:12

**enters** [1] - 179:4

**entire** [9] - 13:25, 15:14, 134:25, 136:4, 141:18, 167:4, 167:6, 185:25, 213:18

**entirely** [1] - 216:10

**entirety** [1] - 192:7

**entities** [2] - 189:3, 189:5

**entitled** [1] - 227:20

**entity** [1] - 202:22

**Entoquina** [1] - 101:12

**entrance** [1] - 178:18

**entranceway** [2] - 116:10, 117:20

**entry** [1] - 219:13

**environment** [1] - 113:16

**Enzo** [7] - 22:2, 22:16, 22:18, 153:6, 153:18, 153:19,

198:21
**eroding** [1] - 109:12
**escort** [1] - 14:17
**ESQ** [4] - 1:14, 1:15, 1:18, 1:21
**essentially** [2] - 59:11, 214:16
**establish** [1] - 44:17
**estate** [9] - 52:23, 90:6, 105:13, 145:18, 154:11, 169:6, 169:7, 173:11, 218:6
**estimate** [1] - 127:5
**euro** [1] - 117:24
**Europe** [4] - 67:14, 156:20, 157:21, 161:25
**euros** [27] - 9:13, 9:14, 26:16, 26:18, 35:10, 84:15, 98:23, 99:1, 115:24, 141:1, 146:18, 147:4, 147:5, 149:16, 150:9, 150:10, 150:11, 155:18, 162:13, 162:14, 197:10, 209:21, 218:4
**event** [9] - 41:6, 47:7, 76:25, 96:18, 105:7, 109:6, 122:23, 139:9, 160:8
**events** [3] - 157:16, 158:3, 174:22
**evidence** [29] - 17:21, 17:25, 18:2, 18:9, 21:1, 25:9, 25:16, 28:2, 28:7, 32:9, 32:13, 36:15, 36:22, 62:12, 70:13, 88:21, 102:24, 111:8, 111:10, 111:15, 112:8, 175:16, 175:22, 179:6, 179:7, 180:1, 183:8, 183:12, 183:14
**EVIDENCE** [1] - 3:8
**Ex** [1] - 133:22
**ex** [1] - 194:10
**ex-boss** [1] - 194:10
**exact** [1] - 92:9
**exactly** [6] - 45:5, 45:25, 114:25, 138:7, 151:2, 192:4
**exam** [1] - 154:12
**examination** [10] - 39:15, 51:16, 51:23, 68:23, 112:19, 156:4, 175:18, 178:18, 178:24, 179:14
**EXAMINATION** [4] -

8:13, 39:16, 173:6, 211:1
**example** [4] - 26:8, 52:20, 83:8, 120:24
**except** [3] - 65:21, 176:24, 182:24
**exception** [1] - 135:22
**exchange** [1] - 109:8
**excised** [1] - 181:24
**excited** [1] - 117:15
**exclude** [1] - 178:18
**excuse** [7] - 10:9, 40:1, 44:9, 66:23, 67:4, 152:18, 181:17
**excused** [1] - 4:24
**Exhibit** [46] - 3:9, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 10:7, 11:2, 12:8, 13:17, 18:7, 18:8, 21:1, 21:12, 21:16, 21:19, 22:1, 22:20, 23:6, 23:12, 24:23, 25:14, 25:15, 27:18, 28:5, 28:6, 32:12, 35:15, 36:15, 36:19, 36:21, 111:6, 112:6, 112:7, 175:8, 175:20, 175:21, 177:15, 183:8, 183:10, 183:11, 192:3, 209:9, 213:13
**exhibit** [7] - 17:17, 19:12, 108:2, 108:8, 111:17, 113:25, 209:18
**Exhibits** [4] - 31:16, 32:9, 32:11, 210:24
**exhibits** [2] - 17:22, 18:3
**EXHIBITS** [1] - 3:8
**existed** [1] - 46:12
**exit** [1] - 116:10
**exited** [4] - 57:15, 108:22, 163:14, 227:2
**expect** [1] - 169:12
**expecting** [2] - 51:4, 51:5
**expensive** [1] - 73:9, 113:16, 114:13, 115:17, 115:25, 116:1, 145:12, 152:16, 153:22, 171:13, 197:20
**experience** [3] - 64:6, 85:4, 215:18
**expert** [2] - 105:7, 105:11
**expired** [2] - 32:3,

32:4
**explain** [2] - 82:21, 206:7
**explained** [8] - 40:13, 49:18, 50:3, 50:9, 50:19, 70:23, 130:11, 130:14
**explanation** [1] - 178:6
**exposing** [1] - 59:10
**expressly** [1] - 176:12
**extended** [2] - 125:17, 139:5
**extent** [1] - 68:20
**extra** [1] - 40:9
**extradite** [1] - 62:17
**extradited** [2] - 188:15, 189:4
**extradition** [4] - 55:7, 55:13, 55:22, 63:23
**extraordinarily** [1] - 182:10

## F

**F.3d** [2] - 58:12, 109:1
**Fabiani** [14] - 55:1, 91:4, 91:15, 92:2, 123:18, 145:3, 149:2, 167:20, 168:2, 168:6, 168:15, 168:21, 193:4, 193:13
**face** [2] - 55:7, 55:14
**faces** [1] - 63:23
**facilitate** [4] - 49:6, 49:8, 49:10, 49:13
**facing** [1] - 55:7
**fact** [8] - 43:1, 78:7, 78:13, 179:25, 183:13, 198:21, 205:24, 211:22
**factors** [1] - 180:10
**facts** [5] - 62:11, 70:13, 82:24, 91:9, 213:8
**failed** [1] - 105:15
**fair** [1] - 37:12
**fairly** [1] - 90:18
**falling** [1] - 194:11
**falling-out** [1] - 194:11
**false** [5] - 53:2, 53:5, 173:25, 174:3, 217:12
**familiar** [6] - 130:1, 145:21, 154:3, 213:16, 214:3, 218:25

**family** [6] - 5:24, 136:20, 169:12, 169:14, 169:15, 226:14
**far** [2] - 6:7, 122:14
**father** [6] - 4:18, 6:1, 16:21, 16:23, 140:12, 169:16
**father's** [1] - 16:18
**FBI** [4] - 4:9, 88:22, 189:1, 189:8
**FDC** [1] - 56:2
**fearing** [1] - 38:22
**February** [3] - 100:11, 138:12, 138:15
**Fed** [1] - 133:22
**Fed-Ex** [1] - 133:22
**Federal** [1] - 56:2
**federal** [1] - 40:13
**FedEx** [3] - 133:19, 133:21, 147:22
**fee** [3] - 99:13, 99:23, 203:10
**feet** [1] - 73:13
**fellow** [2] - 124:20, 159:11
**felon** [5] - 17:4, 47:7, 49:19, 50:11, 50:14
**felony** [3] - 70:7, 70:17, 70:20
**fender** [1] - 114:23
**Ferrari** [8] - 22:2, 22:18, 37:10, 115:19, 115:21, 121:7, 198:21, 200:11
**Ferraris** [2] - 116:25, 121:6
**few** [13] - 15:15, 15:16, 16:5, 19:8, 33:21, 45:16, 65:16, 66:13, 82:6, 93:14, 125:14, 130:5, 170:2
**figure** [3] - 67:5, 114:25, 212:4
**figures** [1] - 184:15
**file** [7] - 187:19, 214:8, 214:15, 214:22, 215:10, 215:19, 223:7
**filed** [2] - 52:5, 55:21
**fill** [2] - 149:20, 149:22
**finance** [1] - 198:13
**finances** [1] - 198:7
**financial** [1] - 143:15
**fine** [9] - 6:24, 111:16, 112:2, 112:13, 152:13, 179:19, 182:18,

182:19, 227:8
**firearm** [4] - 17:1, 49:16, 50:15, 140:9
**firm** [2] - 170:1, 211:22
**firms** [2] - 169:22, 211:20
**first** [56] - 5:18, 5:20, 9:6, 9:11, 11:9, 12:19, 13:20, 14:13, 14:21, 17:19, 19:25, 28:18, 29:12, 34:23, 35:16, 45:3, 45:16, 66:18, 67:14, 67:25, 74:12, 74:18, 79:15, 82:3, 90:25, 93:6, 95:8, 97:10, 99:19, 100:5, 123:24, 125:13, 125:14, 126:16, 127:12, 127:20, 128:23, 131:4, 131:5, 131:6, 134:16, 135:10, 135:13, 152:18, 152:21, 155:6, 158:16, 170:2, 174:14, 181:12, 189:1, 191:9, 193:3, 203:20, 213:19
**fit** [2] - 99:12, 113:23
**five** [11] - 50:2, 66:14, 135:1, 137:15, 146:14, 208:15, 208:16, 221:2, 221:5, 224:25, 225:3
**flight** [3] - 82:8, 97:15, 171:10
**flights** [1] - 81:21
**fling** [2] - 168:9, 168:10
**floor** [8] - 73:12, 73:13, 113:25, 114:6, 114:7, 121:18, 121:20, 121:22
**Floor** [2] - 2:3, 227:24
**floors** [1] - 145:10
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:4, 1:17, 1:20, 1:23, 2:3, 227:25
**fly** [4] - 81:22, 81:25, 82:6
**focus** [2] - 6:2, 220:18
**follow** [2] - 40:4, 213:3
**following** [17] - 5:17, 6:19, 8:4, 42:11, 43:25, 57:16, 57:19, 59:1, 108:23, 109:24,

10

110:25, 163:15,
163:17, 164:7,
177:23, 183:4, 227:3
**footage** [3] - 113:20,
114:4, 114:5
**FOR** [3] - 1:14, 1:18,
3:4
**Forbes** [4] - 128:5,
130:22, 130:25, 131:6
**Ford** [3] - 116:22,
116:23, 116:24
**foreclosure** [1] -
154:15
**foregoing** [1] -
227:19
**foreign** [6] - 53:1,
114:13, 114:14,
115:17, 120:25
**foreigner's** [1] -
104:4
**forfeit** [3] - 17:10,
185:1, 218:18
**forfeited** [3] - 74:1,
185:5, 185:7
**forfeiture** [6] - 17:8,
73:19, 73:22, 186:3,
219:5, 219:17
**forgot** [1] - 132:1
**forgotten** [1] - 172:1
**form** [15] - 41:22,
47:17, 55:9, 64:21,
75:18, 80:21, 84:21,
85:11, 85:19, 91:8,
94:6, 119:12, 148:16,
208:3, 214:9
**formal** [1] - 68:10
**forward** [1] - 7:8
**foundation** [15] -
55:16, 55:18, 55:19,
84:24, 85:1, 103:11,
103:13, 196:16,
196:18, 198:9,
202:23, 204:5,
205:12, 211:23,
211:25
**four** [15] - 20:23,
79:17, 80:5, 97:14,
132:3, 132:4, 132:5,
135:1, 137:1, 137:15,
145:2, 146:14,
200:24, 219:24, 222:8
**frame** [1] - 67:5
**fraud** [4] - 169:9,
173:11, 173:24,
173:25
**free** [7] - 24:20, 54:5,
132:10, 134:12,
144:12, 199:15, 200:3
**frequently** [1] -
156:7

**Friday** [5] - 6:10,
227:1, 227:5, 227:10,
227:12
**friend** [9] - 59:20,
69:10, 91:25, 106:9,
106:19, 123:18,
172:23, 189:24
**friend's** [1] - 93:14
**friendly** [2] - 144:14,
159:9
**friends** [9] - 69:3,
80:13, 83:23, 93:12,
123:23, 144:24,
146:13, 172:19
**front** [11] - 9:22,
40:8, 87:23, 114:13,
115:15, 116:13,
117:3, 134:11,
199:21, 199:22
**fronted** [1] - 199:11
**fronting** [1] - 199:18
**fronts** [1] - 199:19
**full** [6] - 76:3, 77:1,
80:4, 149:25, 150:18,
198:4
**functional** [1] - 113:3
**fund** [1] - 218:20
**furtherance** [2] -
207:25, 208:10

# G

**G55** [1] - 23:13
**Gables** [1] - 19:13
**Gaitan** [5] - 4:9,
124:15, 126:18,
130:3, 130:22
**garage** [5] - 113:25,
121:21, 152:2, 152:3,
152:7
**Garcia** [1] - 149:5
**garments** [1] - 150:6
**gathering** [1] -
129:10
**Gemballa** [1] -
117:21
**general** [1] - 113:6
**generally** [2] - 43:6,
170:13
**generated** [3] -
29:10, 105:23, 209:25
**gentlemen** [6] - 8:9,
8:12, 14:15, 183:13,
186:21, 206:8
**Georgia** [13] - 53:8,
53:17, 53:19, 54:7,
72:11, 72:12, 72:13,
90:16, 90:21, 102:11,
194:16, 195:4, 195:11

**German** [2] - 107:11,
107:21
**Ghost** [1] - 22:24
**gift** [3] - 16:23,
140:12, 199:20
**gifted** [1] - 145:6
**gigantic** [1] - 77:11
**girl** [2] - 94:20, 94:22
**girl's** [1] - 94:22
**girlfriend** [7] - 44:23,
45:16, 72:23, 72:25,
73:16, 73:17, 168:3
**given** [12] - 16:23,
60:9, 61:12, 83:1,
87:24, 139:22,
161:16, 172:2,
176:16, 176:20,
177:4, 179:13
**glitzy** [1] - 113:15
**goal** [1] - 89:25
**GONZALEZ** [151] -
1:14, 4:5, 5:6, 6:21,
7:18, 7:21, 7:23, 8:11,
8:14, 10:2, 10:5,
10:10, 10:13, 10:18,
10:20, 11:1, 11:4,
12:6, 12:10, 13:10,
13:16, 13:19, 17:16,
17:18, 17:21, 17:24,
18:1, 18:4, 18:11,
25:8, 25:18, 25:19,
28:2, 28:8, 28:12,
32:8, 32:15, 36:14,
36:24, 37:1, 37:14,
37:18, 39:14, 41:22,
42:3, 43:4, 47:17,
55:9, 55:16, 55:18,
57:25, 58:23, 62:9,
62:11, 64:2, 64:21,
70:12, 77:22, 80:21,
84:23, 85:19, 86:1,
86:12, 88:13, 91:8,
94:6, 102:24, 103:11,
110:2, 110:8, 110:17,
111:14, 111:25,
117:17, 119:11,
119:23, 122:16,
122:18, 123:3, 123:5,
123:12, 125:25,
126:21, 129:13,
140:20, 146:19,
146:23, 148:16,
153:8, 154:6, 156:9,
156:21, 157:18,
158:25, 161:9,
161:13, 162:3, 162:9,
163:23, 167:22,
168:17, 173:1, 173:5,
173:7, 175:15,
175:23, 178:15,

179:18, 181:3,
182:14, 182:24,
183:2, 183:7, 183:17,
183:18, 189:19,
190:10, 192:1,
193:10, 193:11,
196:19, 198:10,
198:11, 198:17,
203:2, 204:7, 205:15,
208:7, 208:13,
208:19, 209:20,
210:23, 211:23,
213:8, 213:23, 214:9,
214:17, 215:21,
216:20, 218:15,
219:7, 223:9, 223:12,
224:9, 224:14,
225:19, 226:1,
226:11, 227:7,
227:11, 227:13
**Gonzalez** [8] - 4:6,
7:15, 52:1, 57:25,
110:9, 163:23,
180:23, 227:5
**Gonzalez's** [1] -
211:3
**goods** [2] - 206:13,
206:14
**Government** [100] -
44:12, 47:1, 47:5,
49:23, 50:20, 50:22,
56:14, 56:15, 56:16,
58:11, 60:4, 60:9,
60:15, 60:22, 61:4,
62:3, 62:16, 62:23,
63:10, 64:19, 65:20,
65:24, 67:16, 67:21,
68:3, 69:15, 73:24,
74:1, 74:11, 74:12,
74:17, 75:1, 75:8,
75:20, 82:19, 83:6,
85:17, 85:24, 86:5,
88:1, 88:25, 93:20,
95:4, 95:8, 98:2,
101:10, 109:7,
109:15, 111:23,
113:11, 122:2, 122:5,
122:12, 123:24,
128:12, 134:22,
139:14, 139:17,
143:2, 151:9, 164:14,
165:13, 165:23,
165:24, 166:19,
171:1, 171:19,
172:24, 175:25,
178:9, 178:23,
180:22, 184:7,
184:25, 185:1,
185:19, 185:20,
187:19, 188:3,
188:12, 188:20,

188:21, 188:24,
189:7, 189:11,
190:21, 211:13,
212:25, 213:4, 213:5,
215:5, 215:9, 215:17,
216:3, 216:5, 216:23,
218:2, 226:2
**GOVERNMENT** [2] -
1:14, 3:4
**Government's** [50] -
3:9, 3:9, 3:10, 3:10,
3:11, 3:12, 3:12, 10:7,
11:2, 12:8, 13:17,
18:6, 18:8, 21:1,
21:12, 21:16, 21:19,
22:1, 22:20, 23:6,
23:12, 24:23, 25:13,
25:15, 27:18, 28:4,
28:6, 31:5, 31:16,
32:9, 32:10, 32:12,
35:15, 36:15, 36:19,
36:21, 126:5, 175:7,
175:20, 175:21,
177:15, 179:17,
181:10, 183:8, 183:9,
183:11, 188:6, 188:9,
192:2, 209:9
**Governments** [1] -
56:14
**grade** [1] - 65:3
**gram** [3] - 60:10,
72:9, 161:3
**grams** [8] - 48:7,
72:10, 161:3, 161:19,
189:12, 189:22,
190:3, 190:17
**grand** [1] - 186:16
**grant** [1] - 175:25
**granted** [3] - 122:19,
123:14, 215:18
**great** [1] - 147:20
**greater** [1] - 190:12
**green** [1] - 100:12
**gross** [2] - 161:12,
161:16
**Grove** [3] - 20:18,
151:13, 173:20
**grow** [8] - 65:24,
66:2, 66:5, 131:15,
132:19, 132:21,
154:15, 155:1
**growing** [1] - 154:22
**grown** [1] - 65:6
**GT** [2] - 116:22,
116:24
**guarantee** [3] -
61:12, 115:1, 212:14
**Guatemala** [1] -
78:14
**guess** [3] - 115:2,

11

115:14, 116:4
**guideline** [1] -
218:25
**guidelines** [2] -
50:23, 219:20
**guilt** [5] - 179:4,
179:7, 180:1, 183:15
**guilty** [17] - 17:6,
40:17, 40:18, 50:19,
68:4, 68:7, 124:1,
174:22, 174:23,
177:13, 178:8,
178:10, 179:3, 180:1,
183:14, 183:24, 217:2
**Gun** [2] - 93:14,
93:18
**gun** [11] - 16:14,
16:17, 16:22, 16:24,
46:14, 47:2, 47:8,
47:16, 49:21, 140:17
**guy** [21] - 11:7,
11:16, 11:19, 12:14,
12:17, 90:18, 95:1,
102:11, 124:20,
129:9, 133:12,
144:16, 160:5,
164:25, 165:3, 166:4,
166:5, 190:2, 190:17
**guys** [1] - 204:23
**gym** [2] - 34:9, 37:2
**Gym** [1] - 91:20

# H

**H.I.D.T.A** [1] - 1:16
**hair** [1] - 93:13
**haircut** [1] - 93:15
**half** [24] - 15:1,
45:21, 48:23, 51:3,
54:1, 67:25, 71:13,
73:14, 102:9, 125:5,
125:24, 127:17,
129:5, 135:2, 135:4,
135:8, 141:1, 154:19,
162:20, 173:21,
191:11, 210:5, 210:6,
218:4
**handed** [1] - 35:3
**handle** [1] - 102:12
**handling** [1] - 107:18
**hands** [5] - 188:7,
188:9, 208:1, 208:8
**hands-on** [2] - 208:1,
208:8
**hang** [1] - 97:12,
99:9
**happy** [1] - 43:23
**hard** [4] - 114:20,
127:7, 136:23, 140:1

head [1] - 43:4
**hear** [5] - 5:6, 6:20,
197:22, 197:25, 199:6
**heard** [11] - 10:9,
10:11, 13:12, 56:21,
86:16, 98:15, 157:4,
160:17, 170:14,
217:23, 220:6
**hearing** [1] - 55:3
**hearings** [1] - 186:17
**hearsay** [1] - 225:20
**Hector** [3] - 124:17,
129:21, 129:22
**held** [5] - 36:8,
109:2, 154:1, 219:19
**hello** [1] - 107:13
**help** [8] - 92:7,
92:10, 93:3, 138:23,
144:23, 193:17, 224:4
**helped** [2] - 104:15,
198:21
**helping** [1] - 106:18
**hereby** [1] - 227:19
**Hernández** [1] -
142:19
**herself** [1] - 147:9
**hi** [1] - 107:22
**high** [6] - 65:3,
74:23, 90:23, 93:12,
113:16, 150:19
**high-end** [1] - 150:19
**high-tech-looking**
[1] - 113:16
**higher** [11] - 145:10,
150:15, 150:16,
161:5, 162:8, 209:7,
209:10, 219:10,
220:14
**highlighted** [1] -
179:14
**himself** [1] - 102:17
**history** [1] - 136:10
**hit** [2] - 40:10,
100:13
**hold** [5] - 15:22,
15:23, 109:14,
113:25, 114:1
**hole** [1] - 45:12
**homegrown** [1] -
65:4
**honest** [1] - 6:4
**Honor** [96] - 4:5,
4:11, 5:7, 5:13, 6:15,
6:21, 7:21, 8:11, 10:2,
10:6, 17:16, 17:22,
25:8, 28:2, 28:8, 32:8,
36:14, 36:16, 36:24,
37:15, 39:14, 43:20,
44:19, 58:1, 58:2,
64:2, 70:12, 70:13,

77:22, 78:10, 84:23,
85:19, 86:1, 88:13,
94:7, 103:11, 108:4,
110:2, 110:8, 110:17,
111:4, 111:13,
111:14, 111:18,
111:21, 112:1, 112:4,
112:11, 119:11,
119:23, 122:9,
122:16, 123:3,
123:12, 125:25,
126:21, 129:13,
153:8, 154:6, 158:25,
161:13, 164:11,
167:22, 168:17,
172:16, 173:1, 173:5,
175:15, 175:17,
177:18, 178:2,
178:19, 179:24,
183:7, 183:17,
189:16, 190:8,
191:23, 198:5,
205:12, 208:4,
208:14, 209:17,
210:23, 213:8,
213:23, 214:17,
215:21, 216:20,
218:15, 223:9,
224:14, 225:5, 226:1,
226:11, 227:13
**Honor's** [2] - 182:20,
182:22
**HONORABLE** [1] -
1:10
**hoodie** [1] - 209:11
**hope** [5] - 51:9, 62:2,
62:5, 187:18, 187:21
**hopefully** [1] - 7:25
**hopes** [3] - 193:23,
193:24, 193:25
**hoping** [2] - 46:3,
51:8
**host** [1] - 189:10
**hour** [1] - 154:24
**hours** [6] - 13:13,
126:4, 136:6, 136:21,
137:2, 137:3
**house** [48] - 15:4,
15:7, 16:20, 20:17,
26:4, 29:18, 29:21,
30:11, 33:3, 33:15,
33:20, 34:2, 34:4,
35:13, 35:22, 36:8,
37:2, 37:21, 38:5,
48:15, 48:17, 48:24,
53:20, 54:5, 65:25,
66:2, 66:5, 67:13,
71:21, 75:12, 75:16,
89:19, 93:15, 97:19,
131:15, 132:19,

136:20, 143:23,
144:7, 148:2, 148:5,
151:12, 151:24,
152:1, 154:19, 155:1,
159:15, 161:1
**houses** [4] - 65:6,
132:21, 154:14,
154:15
**housing** [1] - 45:12
**HOWARD** [1] - 1:18
**Howard** [4] - 4:12,
58:2, 110:12, 164:1
**huge** [1] - 149:20,
210:19
**Hummer** [1] - 119:8
**hundred** [4] - 15:15,
16:1, 16:2, 16:5
**hundreds** [3] -
96:17, 98:22, 102:8
**hung** [1] - 83:23
**hurry** [2] - 199:3,
199:7
**husband** [4] - 29:2,
29:20, 149:2, 149:3
**hydroponic** [1] -
65:4
**hypothetical** [1] -
224:9

# I

**ICU** [1] - 4:18
**idea** [16] - 51:5, 60:3,
63:15, 69:24, 70:11,
78:4, 87:12, 104:5,
104:7, 115:4, 115:21,
116:21, 117:12,
133:1, 140:14, 214:5
**identification** [1] -
104:9
**identified** [8] - 65:19,
71:9, 104:23, 129:11,
160:11, 165:23,
192:17, 224:13
**identify** [9] - 10:23,
93:23, 95:4, 95:5,
165:21, 165:24,
166:25, 192:10,
192:15
**identifying** [2] -
166:7, 166:17
**ill** [1] - 147:9
**illegal** [1] - 169:7
**illegally** [2] - 84:12,
218:5
**image** [1] - 118:8
**immediately** [4] -
57:11, 108:18, 163:9,
226:22

**immunity** [21] -
56:25, 61:2, 61:5,
61:10, 61:17, 68:10,
68:19, 175:5, 175:25,
176:13, 176:14,
176:16, 176:20,
176:25, 177:4,
181:14, 212:20,
216:4, 216:17, 217:5
**impart** [1] - 176:13
**implements** [2] -
47:12, 47:15
**implied** [1] - 109:10
**import** [2] - 103:17,
104:6
**important** [5] - 56:6,
130:10, 130:11,
218:9, 220:3
**impossible** [6] -
94:13, 127:23, 128:1,
128:7, 128:9
**impression** [3] -
4:24, 64:18, 182:6
**imprimatur** [1] -
182:2, 182:4, 182:23
**improper** [2] - 43:10,
224:9
**IN** [1] - 8:3
**inappropriate** [1] -
173:12
**incident** [3] - 33:2,
150:25, 199:6
**include** [3] - 17:8,
82:25, 184:20
**included** [2] -
184:10, 218:2
**including** [7] - 16:6,
17:13, 57:8, 60:25,
108:15, 163:6, 226:19
**income** [4] - 52:16,
105:23, 105:24,
145:16
**incorrect** [2] - 89:11
**increase** [4] - 221:4,
221:6, 221:10, 221:11
**increases** [1] - 61:22
**independent** [5] -
15:10, 15:18, 67:6,
71:12, 102:6
**India** [1] - 203:18
**Indian** [3] - 203:16,
203:17, 203:18
**indicated** [5] - 7:3,
76:12, 127:22, 140:6,
181:8
**indicates** [1] - 130:2
**indicating** [1] -
188:11
**indicating)** [1] - 99:7
**indication** [1] - 7:6

12

**indictment** [18] - 46:9, 46:11, 50:4, 50:6, 50:12, 50:17, 174:19, 178:3, 178:4, 178:13, 178:17, 182:9, 183:25, 184:3, 219:2, 225:16, 225:23
**Indio** [4] - 20:10, 203:11, 203:12, 203:15
**individual** [4] - 11:13, 98:5, 154:1, 215:7
**individual's** [1] - 179:7
**individuals** [2] - 126:19, 128:6
**Indonesia** [2] - 24:10, 69:10
**induce** [1] - 117:15
**infection** [1] - 147:11
**inform** [1] - 43:16
**information** [9] - 60:9, 82:17, 143:15, 156:19, 166:7, 166:17, 171:24, 173:25, 174:4
**inherently** [1] - 178:20
**initial** [1] - 192:18
**initials** [1] - 192:20
**inmate** [1] - 170:4
**inmates** [1] - 51:11
**inquire** [1] - 226:2
**inside** [7] - 29:19, 34:10, 37:5, 80:3, 148:9, 148:10, 197:20
**instances** [1] - 46:18
**instinct** [1] - 204:22
**instruct** [4] - 57:11, 108:18, 163:9, 226:22
**instructed** [3] - 109:17, 122:20, 123:15
**instruction** [7] - 177:21, 178:25, 179:1, 179:6, 179:23, 180:11, 180:12
**insurance** [2] - 100:17, 100:18
**interaction** [2] - 137:2
**interest** [2] - 111:14, 182:14
**interested** [2] - 155:19, 190:6
**internal** [2] - 82:8, 222:3
**Internal** [1] - 16:10
**Internet** [7] - 57:8,

178:15
**IRS** [4] - 88:23, 128:5, 130:22, 131:3
**issue** [7] - 103:7, 126:12, 126:14, 147:8, 178:12, 181:15, 181:19
**issued** [1] - 55:13
**issues** [3] - 38:12, 39:7, 227:5
**it'd** [2] - 19:8, 99:7
**Italian** [3] - 95:1, 149:25, 150:18
**Italy** [6] - 69:16, 69:18, 70:5, 149:12, 150:14, 162:2
**item** [1] - 83:7
**items** [23] - 25:2, 25:6, 25:23, 26:1, 34:10, 34:12, 34:17, 35:17, 35:19, 35:21, 35:24, 36:7, 36:8, 37:4, 37:19, 37:23, 82:2, 89:8, 178:10, 185:4, 185:7, 209:13
**itself** [2] - 158:14, 207:19
**Ivy** [1] - 90:24

**J**

**jacket** [1] - 99:8
**Jacksonville** [1] - 19:8
**Jaguar** [1] - 119:8
**jail** [4] - 41:21, 42:2, 42:8, 85:14
**Jaime** [6] - 80:11, 83:22, 141:20, 142:13, 142:17, 208:21
**January** [2] - 137:9, 137:23
**jeans** [1] - 150:10
**jewelry** [1] - 74:8
**Jimmy** [17] - 83:16, 93:25, 94:11, 97:11, 127:23, 128:5, 129:11, 135:25, 136:5, 137:2, 143:6, 158:21, 165:7, 170:20, 206:25, 207:4, 207:16
**Jimmy's** [2] - 97:19, 128:7
**JOAN** [1] - 1:10
**job** [4] - 5:11, 147:22
**jobs** [1] - 147:21
**joint** [2] - 58:18,

109:2
**José** [1] - 142:11
**JR** [2] - 1:14, 1:21
**Juan** [4] - 98:4, 194:2, 194:8, 194:12
**JUAN** [1] - 1:14
**Judge** [9] - 7:14, 58:19, 63:14, 179:18, 182:22, 182:25, 183:3
**judge** [7] - 6:25, 54:4, 54:7, 54:9, 54:13, 58:6, 208:15
**JUDGE** [1] - 1:11
**judgment** [6] - 185:8, 185:17, 219:14, 219:15, 219:16, 219:18
**judicial** [1] - 186:17
**July** [3] - 19:18, 40:8, 114:10
**JUROR** [3] - 6:7, 6:13, 6:15
**juror** [2] - 4:17, 7:8
**Juror** [3] - 4:18, 5:16, 6:18
**jurors** [5] - 7:12, 8:2, 58:24, 110:22, 164:4
**JURY** [3] - 1:10, 8:6, 10:16
**jury** [38] - 4:22, 5:23, 6:6, 6:17, 8:3, 14:15, 28:9, 37:14, 42:12, 43:16, 57:14, 57:15, 58:5, 58:22, 58:25, 108:21, 108:22, 110:16, 110:24, 122:20, 123:9, 123:15, 154:14, 163:12, 163:14, 164:6, 168:13, 168:16, 177:24, 180:22, 182:6, 182:16, 182:21, 186:17, 192:4, 199:17, 206:8, 227:2

**K**

**keep** [13] - 16:20, 26:3, 35:24, 38:7, 49:5, 49:8, 49:10, 49:13, 49:16, 63:12, 140:9, 148:12, 153:25
**Kenneth** [3] - 176:6, 176:8
**kept** [9] - 20:2, 35:13, 36:1, 80:18, 100:6, 143:24, 145:14, 162:24,

201:13
**keys** [4] - 34:15, 37:7, 37:10, 133:5
**kick** [1] - 173:13
**kicked** [2] - 173:18, 173:21
**kid** [2] - 64:14, 71:7
**killed** [1] - 71:7
**kilo** [21] - 48:7, 59:11, 59:17, 66:22, 66:24, 125:5, 125:6, 133:10, 134:9, 134:10, 158:5, 158:6, 158:9, 158:14, 161:23, 161:24, 162:14, 199:11, 199:19, 200:3
**kilogram** [2] - 76:7, 76:8
**kilograms** [9] - 76:12, 76:13, 76:15, 76:17, 76:18, 96:7, 127:4, 162:13, 184:11
**kilos** [21] - 15:19, 15:20, 60:6, 67:2, 71:5, 76:22, 76:24, 102:7, 125:2, 126:20, 134:1, 134:3, 158:15, 165:8, 165:11, 189:13, 190:18, 202:25, 207:6
**kind** [8] - 34:8, 40:20, 77:16, 77:19, 92:21, 99:11, 114:16, 219:14
**kinds** [1] - 43:14
**kitchen** [2] - 35:3, 73:15
**KLUGH** [143] - 1:21, 25:10, 25:12, 28:3, 36:16, 39:17, 42:1, 42:6, 42:21, 43:5, 43:12, 43:19, 43:23, 44:2, 44:16, 44:19, 44:21, 47:20, 55:12, 55:17, 55:20, 59:5, 62:15, 64:5, 64:24, 70:16, 78:1, 78:12, 81:3, 85:2, 85:23, 86:4, 86:15, 88:17, 91:12, 94:10, 103:2, 103:12, 103:14, 108:4, 108:8, 111:4, 111:9, 111:13, 111:18, 111:21, 112:4, 112:10, 112:15, 112:16, 117:19, 119:14, 119:16, 119:18, 120:1, 120:2, 122:8,

122:11, 122:22,
123:6, 123:17, 126:3,
127:1, 129:15,
129:17, 140:22,
146:21, 147:1,
148:19, 153:11,
154:8, 154:10,
156:12, 156:22,
157:1, 157:20, 159:2,
161:11, 161:15,
162:5, 162:11,
164:11, 164:12,
168:1, 168:20,
172:16, 172:18,
173:3, 175:17,
177:18, 178:1,
178:20, 179:3, 179:9,
179:12, 179:24,
180:3, 180:7, 180:9,
180:14, 180:19,
181:16, 181:18,
181:23, 182:13,
189:16, 190:8,
191:23, 193:6,
196:15, 198:5,
198:14, 202:23,
204:4, 205:12, 208:3,
209:17, 211:2, 212:1,
213:11, 213:21,
214:2, 214:13,
214:21, 215:24,
216:2, 216:22,
218:17, 219:11,
222:22, 223:14,
223:18, 223:21,
224:11, 224:16,
225:5, 225:10,
225:14, 225:15,
225:22, 226:5, 226:7,
226:9
   **Klugh** [35] - 4:12,
42:13, 44:14, 58:3,
59:4, 109:17, 110:12,
111:3, 112:3, 164:1,
164:10, 173:9,
174:12, 175:4,
175:24, 181:13,
184:24, 188:17,
189:10, 190:23,
192:25, 193:12,
194:2, 194:16,
196:10, 197:4, 199:9,
200:5, 201:16,
202:12, 204:25,
208:25, 209:24,
222:20, 223:17
   **knot** [2] - 158:10,
158:17
   **know...** [1] - 94:20
   **knowledge** [4] -
95:21, 196:13,

197:13, 198:3
   **known** [2] - 39:10,
172:23
   **knows** [1] - 92:4
   **Korea** [1] - 24:11
   **KORNSPAN** [1] -
1:19
   **Krentz** [7] - 55:1,
85:15, 91:4, 167:20,
168:15, 168:21, 193:4
   **Krentz's** [1] - 149:2

## L

   **laboratory** [3] -
75:13, 75:14, 75:22
   **lack** [2] - 202:6,
204:4
   **ladies** [5] - 8:8, 8:12,
14:15, 183:13, 206:8
   **lading** [1] - 77:21
   **lady** [1] - 160:11
   **Lamborghini** [8] -
31:6, 104:16, 114:18,
115:6, 117:9, 117:10,
119:9, 121:7
   **Lamborghinis** [2] -
121:8, 200:19
   **languages** [1] -
107:20
   **large** [2] - 76:25,
77:18
   **larger** [2] - 76:9,
121:16
   **largest** [1] - 211:22
   **last** [13] - 9:17,
27:25, 32:6, 60:1,
87:10, 94:22, 134:16,
148:20, 164:4,
178:13, 179:16,
182:20, 215:19
   **late** [1] - 137:23
   **Latin** [1] - 124:20
   **latitude** [1] - 206:10
   **laundered** [2] -
184:12, 218:20
   **laundering** [8] -
46:19, 174:15, 182:7,
184:1, 219:1, 220:15,
221:8, 222:13
   **law** [5] - 40:14,
169:22, 211:20,
211:22, 214:18
   **laws** [3] - 46:19,
70:19, 85:4
   **lawyer** [11] - 42:24,
46:1, 63:14, 109:13,
122:21, 124:11,
124:12, 130:22,

169:2, 203:11, 215:1
   **lawyers** [12] - 40:13,
41:7, 42:7, 42:14,
42:16, 42:19, 42:21,
44:3, 44:5, 55:6,
100:25, 101:7
   **lay** [6] - 55:19, 85:1,
103:13, 196:18,
198:9, 211:25
   **leader** [1] - 80:11
   **leading** [1] - 174:22
   **League** [1] - 90:24
   **learn** [3] - 55:13,
55:21, 55:24
   **learned** [2] - 42:7,
56:1
   **learning** [1] - 103:25
   **least** [3] - 102:8,
193:1, 200:24
   **leather** [1] - 34:9
   **leave** [2] - 19:10,
19:16, 45:1, 57:13,
69:21, 82:5, 108:20,
128:18, 163:11,
179:20, 226:24
   **leaves** [2] - 126:17
   **leaving** [2] - 39:4,
156:17
   **ledger** [3] - 162:24,
201:12, 201:13
   **ledgers** [1] - 49:13
   **left** [7] - 19:18, 27:1,
82:3, 128:20, 128:24,
129:2, 129:4
   **legal** [2] - 86:12,
102:20
   **Lenard** [1] - 182:25
   **LENARD** [1] - 1:10
   **lend** [1] - 201:4
   **length** [1] - 211:15
   **lengthy** [1] - 84:22
   **less** [13] - 16:5, 68:9,
71:14, 72:5, 89:5,
115:25, 147:12,
172:10, 184:12,
186:10, 212:23,
218:20
   **lesser** [1] - 46:2
   **letter** [9] - 10:12,
155:8, 175:4, 175:13,
176:2, 176:12,
176:18, 177:10,
180:18
   **level** [14] - 118:2,
118:17, 161:18,
161:19, 161:20,
219:9, 220:13, 221:3,
221:7, 221:25,
222:11, 222:23,
224:6, 224:12

   **Level** [4] - 221:12,
221:15, 225:4
   **level...** [1] - 219:10
   **levels** [15] - 218:23,
219:3, 219:21,
220:10, 220:24,
220:25, 222:6, 222:8,
222:9, 222:15,
222:16, 222:18,
223:1, 223:2
   **license** [3] - 104:12,
154:11, 166:16
   **lie** [4] - 52:25, 54:22,
55:2, 85:16
   **lied** [15] - 51:17,
51:18, 51:19, 51:20,
51:24, 52:10, 52:18,
52:20, 53:1, 53:8,
53:14, 54:9, 54:18
   **lies** [1] - 189:7
   **life** [11] - 15:14,
49:20, 49:25, 50:1,
50:2, 64:19, 90:11,
136:4, 143:8, 160:9,
215:19
   **lifeguard** [1] - 147:22
   **light** [2] - 100:12,
180:10
   **Lima** [1] - 81:21,
81:22
   **limit** [1] - 84:17
   **limitations** [5] -
130:13, 130:14,
132:7, 132:8, 217:24
   **limited** [1] - 218:20
   **line** [8] - 14:17,
28:16, 87:4, 89:1,
123:15, 171:4
   **liquid** [6] - 75:15,
75:18, 75:19, 75:23,
75:25, 76:3
   **LISA** [2] - 2:1, 227:23
   **list** [4] - 70:2, 111:17,
141:17, 141:18
   **listen** [6] - 57:7,
108:14, 163:5, 192:6,
192:14, 226:18
   **listened** [1] - 10:23
   **lists** [2] - 49:13,
119:7
   **live** [7] - 15:5, 60:2,
60:12, 60:15, 73:2,
73:16, 151:1
   **lived** [2] - 66:9,
134:20
   **living** [6] - 15:2,
18:16, 21:4, 66:12,
89:14, 131:12
   **load** [2] - 76:3, 77:11
   **loaded** [2] - 78:4,

78:14
   **loading** [1] - 96:13
   **loads** [1] - 78:21
   **loan** [3] - 145:21,
146:5, 146:6
   **loaning** [1] - 74:21
   **lobby** [1] - 113:22
   **local** [1] - 134:13
   **locations** [1] - 119:4
   **longitude** [1] -
206:10
   **Longview** [1] -
173:20
   **Longville** [1] -
151:19
   **look** [11] - 17:19,
24:24, 58:21, 82:19,
95:18, 97:15, 139:14,
139:17, 153:14,
175:9, 221:18
   **looked** [3] - 40:20,
101:17, 182:25
   **looking** [14] - 12:16,
26:20, 28:23, 28:25,
29:3, 37:19, 58:20,
113:13, 113:16,
116:4, 116:12,
120:12, 125:22,
186:11
   **looks** [5] - 114:20,
114:23, 115:1, 117:3,
121:24
   **loose** [1] - 99:12
   **loose-fit** [1] - 99:12
   **looseleafs** [1] -
226:24
   **LOPEZ** [1] - 1:7
   **Lopez** [18] - 4:2,
4:13, 28:14, 57:22,
58:3, 59:7, 110:5,
110:13, 136:17,
137:3, 163:20, 164:2,
173:22, 174:8,
190:17, 191:6,
193:13, 207:22
   **lose** [1] - 6:22
   **lost** [2] - 66:20
   **Lotus** [1] - 119:9
   **love** [1] - 220:18
   **low** [1] - 221:16
   **lower** [6] - 117:25,
118:2, 118:17, 146:9,
219:3, 219:9
   **lowered** [1] - 218:23
   **Lowndes** [2] - 53:22,
54:6
   **Luis** [8] - 59:24,
71:4, 158:1, 189:20,
189:22, 190:2, 190:6,
190:13

**Luis's** [1] - 190:17
**lulls** [1] - 82:4
**lunch** [2] - 108:6, 108:10
**luncheon** [1] - 109:23
**luxury** [1] - 115:8
**Lynch** [5] - 100:19, 100:20, 100:23, 101:3, 101:8

# M

**Madeline** [1] - 4:8
**Madrid** [18] - 9:18, 20:3, 24:1, 38:17, 78:18, 80:6, 96:4, 96:7, 107:16, 112:21, 112:25, 115:24, 155:9, 156:16, 157:22, 165:1, 165:4, 205:1
**maid's** [1] - 73:14
**mail** [14] - 44:17, 133:17, 139:14, 139:17, 140:7, 169:13, 169:14, 169:20, 169:21, 169:23, 169:24, 170:1, 170:5
**mailed** [2] - 139:23, 139:24
**mails** [1] - 139:22
**main** [2] - 121:16, 204:13
**maintain** [2] - 15:8, 89:13
**maintained** [2] - 89:13, 226:7
**major** [1] - 158:23
**majority** [1] - 190:20
**maker** [1] - 212:25
**male** [5] - 10:22, 11:15, 12:5, 13:15, 13:21
**man** [6] - 65:8, 80:11, 133:19, 166:12, 203:10, 204:22
**mandatory** [1] - 49:20
**manner** [3] - 89:11, 221:14, 224:23
**mansion** [1] - 151:25
**manufacturing** [1] - 210:15
**marijuana** [24] - 15:13, 64:25, 65:4, 65:14, 65:17, 71:2,

71:13, 102:8, 125:19, 131:14, 131:21, 132:19, 132:25, 133:2, 133:6, 148:23, 148:25, 154:15, 154:22, 154:25, 172:12, 195:13, 195:22, 195:23
**Mark** [9] - 20:24, 21:7, 27:4, 91:22, 106:25, 107:6, 144:10, 145:1, 145:22
**mark** [4] - 21:3, 40:10, 106:21, 106:22
**marked** [1] - 175:7
**Martin** [1] - 118:13
**mass** [1] - 113:16
**material** [2] - 76:18, 178:14
**materials** [1] - 108:20
**math** [2] - 76:20, 210:3
**Matt** [4] - 65:23, 132:17, 132:18, 133:2
**matter** [11] - 7:24, 57:8, 63:25, 108:15, 137:1, 137:3, 163:6, 189:17, 226:14, 226:19, 227:20
**matters** [7] - 73:19, 73:22, 82:17, 82:18, 122:14, 226:2, 226:5
**Matthew** [3] - 65:12, 65:14, 131:12
**Matute** [1] - 65:8
**Maurice** [2] - 128:5, 131:1
**Maverick** [2] - 93:10, 93:17
**Maverick's** [1] - 93:15
**maximize** [1] - 182:16
**maximum** [2] - 50:7, 97:13
**Maxwell** [4] - 4:6, 57:25, 110:9, 163:23
**MAXWELL** [1] - 1:15
**Maybach** [1] - 23:3
**McLaren** [4] - 23:7, 114:21, 117:2, 117:4
**mean** [24] - 6:22, 43:5, 46:11, 52:16, 56:18, 90:20, 90:23, 92:23, 101:14, 123:20, 133:10, 133:19, 141:5, 147:25, 149:23, 150:14, 150:18,

151:25, 166:11, 171:15, 199:19, 206:8, 219:3
**meaning** [3] - 30:1, 188:12, 191:12
**meanings** [1] - 156:6
**means** [3] - 20:7, 156:7, 199:21
**meant** [6] - 70:8, 79:12, 211:16, 212:4, 223:12
**Medellín** [6] - 73:3, 73:4, 73:9, 73:24, 135:24, 136:2
**media** [4] - 44:8, 44:10, 80:19, 82:18
**meet** [8] - 66:19, 101:20, 169:1, 205:24, 206:10, 206:19, 206:25, 207:4
**meeting** [7] - 14:12, 39:20, 124:9, 127:12, 127:20, 136:25, 177:5
**meetings** [8] - 47:5, 67:23, 86:7, 86:17, 86:20, 143:2, 190:5, 190:21
**members** [1] - 226:14
**memory** [3] - 7:16, 139:16, 172:2
**mention** [1] - 152:9
**mentioned** [6] - 45:9, 59:13, 61:2, 75:3, 142:19, 199:10
**Mercedes** [1] - 17:13, 18:12, 18:19, 19:2, 19:4, 19:13, 20:4, 99:18, 99:19, 100:1, 100:5, 100:7, 100:15, 120:19, 202:19, 202:22, 203:4, 218:6
**Mercedes-Benz** [8] - 17:13, 18:12, 19:2, 19:4, 19:13, 20:4, 202:19, 202:22
**Mercedes-Benzes** [1] - 218:6
**merchandise** [2] - 69:19, 150:2
**mere** [1] - 51:9
**merely** [2] - 49:20, 225:10
**Merle** [1] - 100:23
**Merrill** [4] - 100:19, 100:20, 101:3, 101:8
**message** [1] - 4:19
**messenger** [1] - 13:6
**Messina** [12] - 65:10,

65:11, 65:12, 65:15, 65:23, 70:25, 131:12, 132:18, 132:23, 133:2, 166:2, 166:4
**met** [21] - 9:4, 9:6, 11:13, 14:19, 14:21, 15:12, 59:6, 67:21, 75:8, 93:6, 95:24, 107:8, 124:1, 124:4, 127:23, 128:5, 166:23, 168:11, 175:1, 181:6, 193:3
**Metro** [1] - 149:9
**Metro-Dade** [1] - 149:9
**Mexico** [1] - 26:9
**MIAMI** [1] - 1:2
**Miami** [29] - 1:4, 1:17, 1:20, 1:23, 2:2, 2:3, 20:23, 21:13, 33:21, 56:2, 65:6, 75:4, 93:25, 94:12, 100:12, 122:13, 124:19, 132:15, 144:16, 145:22, 149:9, 149:10, 151:1, 151:3, 195:10, 198:18, 198:22, 227:24, 227:25
**microphone** [2] - 112:14, 211:8
**microphones** [1] - 211:8
**mid** [1] - 138:15
**mid-February** [1] - 138:15
**might** [17] - 46:2, 58:20, 92:7, 92:10, 99:10, 107:22, 118:2, 125:13, 125:22, 129:2, 129:4, 131:7, 135:16, 146:3, 147:5, 151:3
**Mike** [2] - 65:10, 65:11
**Milan** [1] - 209:1
**mile** [1] - 154:19
**miles** [4] - 115:23, 153:2, 153:6, 153:19
**million** [37] - 16:9, 71:13, 72:4, 74:2, 74:3, 102:8, 117:13, 127:17, 135:2, 135:4, 135:8, 141:1, 162:14, 162:17, 162:19, 184:12, 184:13, 210:1, 210:5, 210:6, 218:3, 218:4, 218:18, 218:20, 218:21, 219:3, 219:4, 219:9,

219:10, 219:17, 219:19, 219:20, 221:6, 221:9, 221:19, 221:20, 221:25
**million-plus** [2] - 221:6, 221:9
**millionaire** [1] - 222:12
**MILTON** [1] - 1:18
**mind** [2] - 6:13, 152:19
**mindset** [1] - 7:5
**mine** [4] - 59:20, 69:3, 69:11, 106:9, 106:19, 123:21
**minimum** [3] - 70:10, 222:6, 222:9
**minor** [7] - 62:21, 218:6, 220:13, 221:15, 222:12, 224:24, 225:1
**minute** [2] - 77:9, 110:20
**minutes** [6] - 12:2, 12:3, 57:14, 163:12, 208:16, 227:8
**mischaracterizatio n** [1] - 193:7
**misheard** [1] - 147:16
**misleading** [1] - 180:22
**misstates** [4] - 91:9, 102:24, 213:8, 214:17
**misunderstanding** [1] - 94:5
**ML63** [2] - 100:9, 100:16
**model** [1] - 115:22
**moment** [7] - 80:24, 108:24, 122:9, 136:8, 166:3, 172:16, 225:14
**monetarily** [1] - 74:10
**money** [83] - 9:12, 9:15, 16:6, 19:25, 20:1, 20:4, 24:20, 26:2, 27:7, 27:11, 29:19, 34:21, 34:23, 35:6, 35:12, 38:5, 39:11, 46:19, 49:5, 52:22, 53:6, 74:15, 74:19, 74:22, 84:7, 84:9, 84:10, 84:21, 85:5, 85:8, 98:14, 98:15, 100:17, 100:22, 100:23, 101:7, 102:16, 102:17, 105:19, 106:12, 106:13,

15

107:7, 135:20, 135:21, 136:13, 136:14, 141:9, 141:14, 149:13, 156:1, 172:3, 173:19, 174:15, 182:7, 184:1, 184:12, 184:21, 185:8, 185:16, 185:19, 194:3, 194:25, 196:2, 196:13, 199:23, 201:4, 201:8, 202:15, 202:22, 203:10, 206:4, 209:22, 209:25, 210:19, 218:5, 219:1, 219:13, 219:17, 220:15, 221:8, 221:11, 222:13

**money-laundering** [4] - 46:19, 174:15, 182:7, 222:13

**MoneyGram** [2] - 202:16, 202:21

**monies** [1] - 184:21

**month** [8] - 45:7, 67:23, 67:25, 72:3, 79:19, 79:20, 125:9, 125:20

**months** [28] - 19:9, 40:11, 66:11, 66:13, 66:14, 67:15, 71:21, 71:23, 79:16, 79:18, 91:19, 100:11, 106:11, 122:24, 123:1, 123:21, 125:14, 129:5, 144:4, 151:5, 170:2, 191:5, 191:6, 191:9, 191:11

**morning** [17] - 4:3, 4:5, 4:10, 4:11, 4:15, 4:20, 8:5, 8:6, 8:8, 8:12, 8:15, 8:16, 39:18, 39:19, 227:1, 227:6, 227:12

**mortgage** [10] - 146:2, 169:9, 173:11, 173:12, 173:24, 173:25, 174:1, 174:3, 174:5, 174:8

**mortgages** [1] - 145:25

**most** [4] - 74:5, 98:25, 102:3, 153:22

**mother** [2] - 29:21, 169:16

**motion** [17] - 122:19, 123:14, 187:19, 213:1, 214:8, 214:15, 214:22, 215:1, 215:3, 215:4, 215:9, 215:17,

215:19, 223:5, 223:7, 223:23, 223:24

**Motor** [4] - 14:22, 112:20, 115:12, 143:16

**motorbike** [1] - 116:7

**move** [21] - 6:23, 18:1, 25:8, 28:2, 32:8, 36:14, 44:14, 44:18, 77:4, 85:8, 111:15, 114:24, 120:1, 122:18, 123:5, 170:11, 175:15, 183:7, 198:1, 223:16, 223:20

**moved** [6] - 77:5, 116:7, 151:2, 190:24, 191:1, 191:8

**movie** [1] - 93:18

**moving** [2] - 17:25, 112:3

**MR** [303] - 4:5, 4:11, 5:6, 5:13, 6:21, 6:25, 7:18, 7:21, 7:23, 8:11, 8:14, 10:2, 10:5, 10:10, 10:13, 10:18, 10:20, 11:1, 11:4, 12:6, 12:10, 13:10, 13:16, 13:19, 17:16, 17:18, 17:21, 17:24, 18:1, 18:4, 18:11, 25:8, 25:10, 25:12, 25:18, 25:19, 28:2, 28:3, 28:8, 28:12, 32:8, 32:15, 36:14, 36:16, 36:24, 37:1, 37:14, 37:18, 39:14, 39:17, 41:22, 42:1, 42:3, 42:6, 42:21, 43:4, 43:5, 43:12, 43:19, 43:23, 44:2, 44:16, 44:19, 44:21, 47:17, 47:20, 55:9, 55:12, 55:16, 55:17, 55:18, 55:20, 57:25, 58:2, 58:6, 58:23, 59:5, 62:9, 62:11, 62:15, 64:2, 64:5, 64:21, 64:24, 70:12, 70:16, 77:22, 78:1, 78:12, 80:21, 81:3, 84:23, 85:2, 85:19, 85:23, 86:1, 86:4, 86:12, 86:15, 88:13, 88:17, 91:8, 91:12, 94:6, 94:10, 102:24, 103:2, 103:11, 103:12, 103:14, 108:4, 108:8, 110:2,

110:3, 110:8, 110:12, 110:17, 111:4, 111:9, 111:13, 111:14, 111:18, 111:21, 111:25, 112:4, 112:10, 112:15, 112:16, 117:17, 117:19, 119:11, 119:14, 119:16, 119:18, 119:23, 120:1, 120:2, 122:8, 122:11, 122:16, 122:18, 122:22, 123:3, 123:5, 123:6, 123:12, 123:17, 125:25, 126:3, 126:21, 127:1, 129:13, 129:15, 129:17, 140:20, 140:22, 146:19, 146:21, 146:23, 147:1, 148:16, 148:19, 153:8, 153:11, 154:6, 154:8, 154:10, 156:9, 156:12, 156:21, 156:22, 157:1, 157:18, 157:20, 158:25, 159:2, 161:9, 161:11, 161:13, 161:15, 162:3, 162:5, 162:9, 162:11, 163:23, 163:25, 164:11, 164:12, 167:22, 168:1, 168:17, 168:20, 172:16, 172:18, 173:1, 173:3, 173:5, 173:7, 175:15, 175:17, 175:23, 177:18, 178:1, 178:15, 178:20, 179:3, 179:9, 179:12, 179:18, 179:24, 180:3, 180:7, 180:9, 180:14, 180:19, 180:20, 181:3, 181:16, 181:18, 181:23, 182:13, 182:14, 182:19, 182:24, 183:2, 183:3, 183:7, 183:17, 183:18, 189:16, 189:19, 190:8, 190:10, 191:23, 192:1, 193:6, 193:10, 193:11, 196:15, 196:19, 198:5, 198:10, 198:11, 198:14, 198:17, 202:23, 203:2, 204:4,

204:7, 205:12, 205:15, 208:3, 208:7, 208:13, 208:19, 209:17, 209:20, 210:23, 211:2, 211:23, 212:1, 213:8, 213:11, 213:21, 213:23, 214:2, 214:9, 214:13, 214:17, 214:21, 215:21, 215:24, 216:2, 216:20, 216:22, 218:15, 218:17, 219:7, 219:11, 222:22, 223:9, 223:12, 223:14, 223:18, 223:21, 224:9, 224:11, 224:14, 224:16, 225:5, 225:10, 225:14, 225:15, 225:19, 225:22, 226:1, 226:5, 226:7, 226:9, 226:11, 227:7, 227:11, 227:13

**multiple** [7] - 38:7, 40:16, 40:21, 131:8, 202:6, 218:5, 218:6

**Murano** [3] - 20:24, 21:17, 145:19

**Murcielago** [2] - 114:18, 115:6

**Murciélago** [1] - 104:17

**Murphy** [9] - 66:9, 89:15, 89:17, 89:21, 137:24, 138:1, 138:21, 139:2, 143:23

**must** [1] - 179:5

## N

**nail** [1] - 221:17

**name** [43] - 8:24, 18:14, 30:23, 31:13, 59:21, 59:22, 59:24, 59:25, 60:1, 66:18, 71:1, 71:4, 82:14, 93:16, 94:16, 94:22, 98:6, 98:8, 101:11, 102:16, 103:10, 103:21, 104:4, 104:6, 104:9, 104:16, 105:4, 105:6, 105:8, 115:10, 124:18, 129:12, 151:17, 152:21, 182:20, 183:1, 200:24, 203:12, 211:3

**named** [3] - 65:8, 80:11, 203:10

**names** [10] - 39:8, 130:1, 134:14, 134:15, 134:16, 141:19, 152:19, 172:24

**naming** [1] - 70:25

**narrow** [1] - 156:13

**National** [1] - 170:12

**Native** [1] - 203:17

**nature** [2] - 182:9, 202:23

**nearby** [1] - 82:5

**necessarily** [2] - 74:14, 207:11

**necessary** [3] - 178:8, 179:20, 213:2

**necklace** [1] - 38:2

**need** [23] - 5:1, 5:24, 5:25, 6:8, 10:5, 12:20, 42:18, 43:10, 44:14, 44:18, 61:21, 61:24, 77:12, 80:25, 82:23, 92:6, 110:19, 122:8, 182:21, 187:11, 199:3, 223:16, 223:19

**needed** [2] - 80:2, 201:3

**negative** [1] - 43:4

**Nestor** [1] - 149:5

**net** [1] - 161:17

**never** [65] - 40:20, 52:16, 54:11, 60:1, 60:17, 62:22, 65:24, 66:2, 66:8, 66:18, 66:19, 67:16, 68:13, 71:7, 71:20, 77:5, 77:7, 77:8, 79:22, 81:7, 81:9, 82:3, 83:11, 86:24, 90:14, 92:3, 94:2, 94:21, 95:5, 98:13, 100:7, 103:24, 104:1, 105:1, 107:4, 107:13, 107:23, 120:23, 127:25, 128:8, 134:16, 134:22, 137:22, 139:22, 142:1, 142:6, 142:21, 143:6, 143:20, 152:10, 152:12, 152:25, 153:1, 154:25, 157:11, 165:13, 168:12, 168:15, 172:6, 194:1, 205:20, 212:12, 212:13, 217:19, 217:21

**nevertheless** [2] - 184:18, 208:10

**new** [5] - 28:3, 36:17,

181:6, 220:21, 226:5
**news** [7] - 29:1, 29:9, 29:11, 30:12, 30:13, 82:18, 83:7
**newspaper** [3] - 82:25, 83:2, 98:16
**next** [7] - 11:25, 12:1, 13:7, 47:1, 82:4, 129:3, 186:22
**nice** [3] - 150:14, 152:2, 159:11
**nickname** [3] - 203:12, 203:13, 203:14
**night** [1] - 33:13
**nights** [1] - 97:22
**nine** [5] - 67:22, 86:6, 223:1, 223:2, 224:6
**nine-level** [1] - 224:6
**NO** [4] - 1:2, 6:7, 6:13, 6:15
**nobody** [1] - 70:24
**nonconsensual** [1] - 86:11
**none** [2] - 154:14, 226:11
**nonexistent** [1] - 169:25
**north** [1] - 195:7
**North** [2] - 2:2, 227:24
**Northwest** [1] - 1:16
**Nos** [2] - 3:10, 32:12
**notebook** [1] - 9:22
**notebooks** [3] - 57:13, 163:11, 226:25
**noted** [1] - 89:10
**notes** [1] - 99:4
**nothing** [16] - 37:15, 59:14, 60:7, 93:5, 93:7, 95:19, 110:20, 123:2, 146:17, 158:8, 167:11, 167:15, 181:6, 199:21, 214:16, 223:6
**November** [2] - 54:3, 191:9
**number** [10] - 66:20, 97:13, 107:20, 108:2, 118:8, 118:9, 127:15, 172:11, 210:1, 219:4
**numbered** [1] - 118:7
**numbers** [2] - 140:23, 161:2

**O**

**oath** [5] - 8:9, 52:6, 59:3, 111:2, 164:9
**object** [10] - 119:11, 129:13, 161:9, 175:17, 181:2, 189:16, 191:23, 208:3, 209:17, 213:23
**objecting** [1] - 177:18
**objection** [69] - 10:3, 25:10, 25:12, 28:3, 36:17, 36:18, 41:22, 42:3, 47:17, 55:9, 55:16, 62:9, 62:11, 64:2, 64:21, 70:12, 77:22, 80:21, 80:25, 84:23, 85:19, 86:1, 86:12, 88:13, 91:8, 94:6, 102:24, 103:11, 111:15, 111:23, 111:25, 117:17, 119:23, 122:16, 123:3, 123:12, 125:25, 146:19, 146:23, 148:16, 153:8, 154:6, 156:9, 156:21, 157:18, 158:25, 162:3, 167:22, 168:17, 173:1, 177:25, 190:8, 193:6, 196:15, 198:5, 202:23, 204:4, 211:23, 213:8, 214:9, 214:17, 215:21, 216:20, 218:15, 223:9, 224:9, 224:14, 225:19, 226:1
**objections** [3] - 28:11, 36:16, 180:16
**obligation** [1] - 188:3
**observed** [1] - 140:5
**obtain** [2] - 65:14, 65:17
**obviously** [2] - 73:6, 75:25
**occasion** [7] - 112:24, 126:19, 141:6, 142:9, 146:3, 168:12, 168:15
**occasions** [4] - 132:1, 156:8, 157:22, 207:9
**occur** [1] - 48:4
**occurred** [7] - 33:2, 138:5, 138:7, 156:7, 157:15, 171:5, 171:8
**ocean** [1] - 206:11

**October** [1] - 54:3
**odometer** [1] - 153:14
**OF** [2] - 1:1, 1:4
**offense** [2] - 180:1, 183:14
**Office** [7] - 130:17, 130:19, 175:2, 188:12, 189:2, 189:8, 212:18
**officer** [2] - 149:7, 226:25
**officers** [2] - 33:21, 195:20
**Official** [1] - 227:24
**official** [1] - 2:1
**offload** [1] - 165:4
**offloading** [1] - 165:5
**often** [6] - 129:4, 181:3, 191:19, 191:20, 191:21, 201:6
**old** [3] - 89:17, 93:13, 102:2
**on-line** [2] - 14:17, 28:16
**once** [14] - 33:9, 39:2, 40:8, 40:10, 86:22, 128:17, 132:6, 143:10, 152:25, 163:21, 192:10, 192:17, 199:24
**one** [130] - 4:17, 7:4, 8:1, 10:3, 13:11, 15:22, 19:7, 19:22, 21:22, 22:20, 22:23, 22:25, 23:2, 23:4, 23:8, 23:14, 23:18, 25:23, 25:24, 27:4, 30:20, 31:24, 32:3, 32:4, 34:16, 37:10, 40:14, 40:19, 41:9, 46:7, 46:21, 46:22, 59:13, 59:25, 60:6, 61:16, 65:21, 65:22, 66:17, 66:18, 69:9, 69:10, 70:23, 71:6, 73:1, 80:24, 83:17, 85:17, 85:24, 86:17, 93:6, 93:24, 95:17, 97:3, 97:17, 97:22, 100:3, 101:18, 104:15, 104:16, 109:4, 111:19, 111:20, 112:20, 114:7, 114:19, 115:2, 115:23, 116:21, 116:25, 117:20, 120:19, 121:16, 128:17, 128:23,
128:24, 130:14, 130:17, 133:11, 141:6, 141:7, 142:7, 142:9, 143:5, 143:8, 145:25, 146:2, 146:10, 146:15, 149:6, 149:19, 149:21, 151:8, 154:3, 154:16, 154:17, 168:9, 168:10, 169:8, 170:14, 172:16, 176:4, 182:20, 187:13, 189:17, 189:24, 190:1, 197:4, 199:10, 200:13, 201:21, 201:23, 202:1, 202:6, 202:21, 204:13, 206:13, 208:13, 208:22, 214:7, 214:10, 216:23, 217:1, 220:19, 221:3, 221:17, 225:14, 226:14
**One** [3] - 20:23, 21:13, 145:22
**one-level** [1] - 221:3
**one-time** [2] - 168:9, 168:10
**ones** [2] - 20:22, 27:4, 38:1, 96:19, 96:25, 118:5, 118:7, 202:10, 204:13
**open** [15] - 7:9, 9:25, 10:8, 11:3, 12:9, 13:18, 41:21, 42:2, 43:25, 90:2, 102:15, 114:17, 183:4, 196:14, 206:10
**opened** [2] - 181:12, 196:21
**opens** [1] - 178:12
**operate** [2] - 106:10, 112:11
**operated** [2] - 65:24, 131:14
**operating** [2] - 112:21, 113:2
**operation** [3] - 134:25, 141:22, 157:14
**opine** [1] - 171:15
**opining** [1] - 209:18
**opportunity** [2] - 86:19, 213:17
**order** [9] - 19:2, 19:5, 49:5, 53:5, 103:22, 117:15, 175:25, 187:5, 213:2
**orders** [1] - 204:10

**ordinarily** [1] - 156:7
**ordinary** [1] - 162:16
**organized** [3] - 164:25, 165:5, 208:20
**organizer** [1] - 210:9
**organizing** [1] - 165:3
**originally** [4] - 7:16, 7:18, 145:6, 219:8
**Orlando** [4] - 33:21, 33:22, 159:7, 204:14
**Ortiz** [7] - 84:3, 124:17, 129:19, 129:20, 129:21, 129:22, 130:22
**otherwise** [2] - 61:17, 152:4
**ounces** [6] - 125:6, 125:18, 127:8, 134:12
**out-of-state** [1] - 90:20
**outside** [4] - 42:12, 177:24, 215:22, 216:1
**overruled** [9] - 28:11, 36:18, 126:22, 189:18, 191:24, 198:15, 204:6, 205:14, 209:19
**owe** [3] - 185:19, 199:20, 199:22
**owed** [1] - 201:13
**own** [14] - 15:8, 21:14, 82:14, 101:19, 102:7, 109:3, 120:21, 127:4, 127:16, 172:9, 211:12, 211:15, 212:3, 215:9
**owned** [5] - 15:7, 20:20, 21:5, 83:7, 104:24
**owner** [2] - 210:7, 210:21
**owners** [1] - 154:1

**P**

**p.m** [7] - 1:6, 11:24, 108:22, 110:24, 163:14, 164:6, 227:2
**pack** [1] - 75:25
**package** [3] - 76:9, 133:19, 133:21
**packages** [3] - 76:8, 158:12
**packaging** [1] - 205:6
**packagings** [1] - 78:19
**packed** [2] - 76:7,

17

156:14
packer [1] - 102:13
PAGE [1] - 3:8
page [6] - 9:25, 11:9, 13:20, 17:20, 175:9, 192:18
Page [5] - 11:5, 11:18, 12:11, 12:19, 109:9
Pages [1] - 1:8
paid [9] - 19:22, 19:24, 105:24, 106:5, 132:10, 132:11, 184:16, 198:1, 198:3
pair [2] - 150:9, 150:10
pan [1] - 193:25
Panadero [1] - 84:5
Panama [1] - 24:10
panned [1] - 194:1
pants [2] - 99:9, 99:11
paper [3] - 54:4, 61:16, 140:2
papers [1] - 101:18
paperwork [1] - 190:25
paragraph [2] - 213:18, 213:19
Paragraph [9] - 176:11, 176:21, 184:5, 185:14, 186:11, 219:7, 219:20, 223:15, 223:22
Paragraphs [1] - 176:25
pardon [1] - 219:5
parked [2] - 22:8, 198:24
part [13] - 11:6, 17:5, 51:22, 61:4, 73:18, 116:17, 117:14, 121:15, 138:12, 173:13, 180:15, 182:21, 184:18
participant [3] - 218:7, 220:13, 222:12
participants [1] - 13:14
participate [1] - 174:3
participated [1] - 170:22
particular [3] - 17:5, 78:15, 182:8
particularly [8] - 21:7, 158:8, 177:16, 179:12, 180:3, 180:4, 180:10, 182:8

partied [1] - 101:22
parties' [1] - 217:4
partner [1] - 133:11
partners [2] - 133:8, 133:13
parts [1] - 188:25
party [13] - 93:24, 94:12, 94:14, 109:2, 127:24, 128:6, 138:4, 138:16, 138:21, 139:2, 139:11, 144:24, 180:24
pass [2] - 9:12, 28:9
passed [2] - 4:19, 160:16
passing [3] - 5:21, 5:25, 154:12
passport [7] - 30:11, 30:17, 30:23, 31:7, 31:12, 32:19, 98:1
passports [3] - 31:20, 31:21, 32:1
Patricia [5] - 4:19, 5:4, 107:8, 107:9, 107:10
pattern [4] - 179:9, 179:10, 179:23, 180:8
pause [1] - 10:10
pay [13] - 5:23, 18:25, 21:10, 74:22, 82:11, 105:22, 106:6, 106:7, 144:9, 170:9, 170:10, 201:11, 209:15
paying [1] - 102:22
payments [2] - 197:23, 199:4, 203:6
peace [2] - 6:13, 7:7
Pedro [2] - 142:19, 164:22
pegged [1] - 127:9
pendency [1] - 82:16
pending [3] - 61:14, 61:22, 61:25
people [27] - 10:21, 42:8, 51:13, 60:12, 60:14, 63:19, 63:20, 65:19, 69:4, 69:7, 93:21, 95:17, 117:15, 136:25, 144:21, 148:13, 154:25, 157:4, 158:1, 165:21, 165:24, 166:1, 175:2, 189:11, 189:12, 220:21
people's [1] - 79:11
pepper [1] - 102:13
pepper-packer [1] - 102:13
peppers [7] - 76:7,

76:8, 76:10, 76:13, 76:15, 77:1, 77:12
per [5] - 40:7, 48:12, 161:23, 161:24, 162:13
percent [7] - 99:13, 99:22, 103:9, 114:7, 146:6, 161:17, 203:10
percentage [2] - 106:7, 210:19
performance [1] - 106:10
performers [1] - 106:7
perhaps [1] - 178:10
period [13] - 15:7, 48:23, 125:18, 125:20, 130:13, 133:4, 137:1, 137:8, 137:21, 139:5, 144:4, 148:2
perjury [3] - 52:1, 52:4, 52:12
permit [3] - 225:7, 225:10, 226:1
permitted [1] - 215:23
person [24] - 20:4, 20:11, 29:10, 52:20, 52:22, 70:20, 71:1, 71:4, 98:6, 109:11, 129:9, 145:18, 146:15, 147:17, 166:7, 179:5, 180:2, 183:15, 187:24, 188:2, 189:22, 199:20, 214:7, 214:10
personal [1] - 137:2
personally [3] - 59:10, 157:2, 218:4
Peru [42] - 23:25, 47:24, 59:7, 59:11, 59:16, 66:15, 71:7, 76:1, 77:9, 78:3, 79:21, 80:11, 81:9, 81:12, 81:14, 82:8, 128:13, 133:11, 133:12, 133:22, 135:11, 135:13, 141:22, 142:13, 142:17, 142:21, 143:6, 147:4, 156:15, 158:23, 159:4, 166:4, 189:25, 201:17, 201:19, 201:22, 202:9, 205:5, 206:18, 208:20, 208:22
Peruvian [1] - 168:21
Peña [3] - 194:3, 194:8, 194:12

phone [8] - 25:24, 44:5, 45:4, 80:19, 85:14, 166:9, 170:7, 207:14
Phone [1] - 10:11
phones [8] - 27:15, 38:7, 38:10, 49:10, 165:16, 165:20, 166:8, 166:9
photo [3] - 26:3, 26:19, 37:4
photograph [13] - 25:20, 25:21, 26:14, 26:22, 27:10, 37:13, 37:17, 37:24, 81:7, 122:2, 122:5, 129:8, 140:7
photographed [1] - 69:25
photographs [13] - 24:24, 27:22, 35:17, 36:7, 36:12, 69:25, 80:15, 80:17, 80:18, 81:4, 111:5, 111:6, 113:5
photos [4] - 25:2, 25:5, 27:8, 197:19
phrase [3] - 42:18, 43:21, 188:9
phrased [1] - 193:1
pick [1] - 131:20
picked [4] - 14:17, 96:4, 142:7, 150:25
picking [1] - 72:13
picture [8] - 116:4, 119:4, 121:9, 129:22, 129:23, 160:21, 160:25, 167:2
pictures [9] - 31:24, 93:21, 93:23, 114:10, 122:7, 128:13, 167:4, 196:10, 197:3
piece [1] - 173:14
pieces [4] - 131:7, 134:6, 136:12, 218:6
pills [1] - 16:2
pilot [1] - 14:1
Pineda [1] - 141:24
pinpoint [1] - 127:18
place [4] - 11:21, 11:25, 13:11, 75:10
placed [1] - 14:20
places [7] - 23:25, 24:1, 24:12, 24:21, 26:6, 32:21, 51:17
Plaintiff [1] - 1:5
plan [4] - 45:2, 45:5, 45:6, 45:7
planned [1] - 7:3
planning [1] - 138:1

plans [2] - 4:25, 138:15
plates [4] - 104:8, 104:11, 104:12, 104:23
play [3] - 12:6, 13:16, 88:2
played [1] - 192:9
plea [31] - 17:6, 17:8, 40:25, 41:1, 49:23, 50:17, 68:14, 177:13, 178:2, 178:11, 178:18, 179:4, 181:14, 181:25, 182:5, 182:21, 183:19, 183:24, 185:4, 185:8, 185:16, 186:2, 186:7, 187:7, 187:24, 188:14, 217:16, 221:14, 223:12, 224:19, 224:22
plead [2] - 58:15, 68:4, 68:7, 124:1, 174:23, 177:13, 178:7, 183:24, 217:2
pleaded [1] - 183:14
pleading [5] - 17:5, 50:19, 174:22, 178:5, 179:25
please... [1] - 54:11
pleasure [3] - 54:22, 69:14, 108:5
pled [9] - 40:17, 40:18, 50:6, 174:12, 174:17, 178:8, 178:10, 178:16, 225:16
plus [2] - 221:6, 221:9
pocket [2] - 135:15, 135:19
point [22] - 43:13, 49:22, 66:16, 72:21, 73:1, 105:5, 108:4, 110:18, 118:7, 118:18, 119:2, 125:11, 128:13, 148:20, 160:18, 178:24, 179:15, 193:15, 199:10, 220:15, 221:10, 221:11
pointed [1] - 71:6
pointing [1] - 25:23
points [14] - 218:12, 220:14, 221:7, 221:8, 221:13, 221:14, 224:22, 224:24, 224:25, 225:1, 225:2,

225:4
  **police** [9] - 33:21, 33:25, 55:2, 85:16, 124:19, 149:7, 150:25, 195:16, 195:20
  **Police** [1] - 170:12
  **Pollack** [20] - 3:5, 8:15, 8:17, 11:5, 12:11, 13:20, 23:22, 25:20, 39:18, 59:6, 102:4, 112:17, 164:13, 173:8, 176:14, 176:23, 176:24, 177:2, 183:19, 211:3
  **Porsche** [4] - 115:14, 116:15, 117:20, 118:20
  **Porsches** [1] - 116:14
  **port** [1] - 19:7
  **portion** [10] - 16:11, 165:12, 179:22, 180:12, 180:15, 181:21, 182:2, 182:11, 182:15, 199:22
  **Portofino** [2] - 20:25, 21:17
  **position** [3] - 5:6, 107:15, 179:17
  **positions** [2] - 5:3, 6:20
  **possession** [5] - 38:9, 49:19, 50:11, 50:14, 68:22
  **possibility** [1] - 47:4
  **possible** [9] - 45:4, 49:24, 114:12, 125:8, 140:2, 151:7, 167:17, 170:15, 180:17
  **possibly** [2] - 165:22, 178:17
  **post** [1] - 114:21
  **potential** [1] - 49:20
  **potentially** [1] - 220:12
  **pound** [1] - 64:25
  **pounds** [8] - 15:15, 15:17, 65:16, 102:8, 125:19, 131:21, 133:6, 172:11
  **powder** [3] - 75:23, 76:8, 133:22
  **power** [2] - 62:6, 100:25
  **practical** [1] - 211:17
  **practice** [1] - 211:17
  **precisely** [1] - 13:22

  **preferred** [1] - 13:3
  **prejudicial** [3] - 178:21, 178:25, 182:10
  **prepared** [2] - 172:19, 172:22
  **prescription** [1] - 15:24
  **presence** [2] - 42:12, 177:24
  **present** [10] - 4:13, 40:11, 58:4, 110:13, 124:9, 124:12, 124:13, 124:14, 129:10, 164:2
  **president** [1] - 16:23
  **pretty** [8] - 41:8, 45:13, 73:9, 85:3, 88:9, 90:21, 107:18, 155:21
  **prevent** [2] - 56:17, 56:18
  **previously** [2] - 127:22, 171:19
  **price** [2] - 161:7, 161:22
  **priced** [1] - 161:21
  **prices** [7] - 150:13, 150:15, 153:25, 162:6, 209:6, 209:10
  **priest** [1] - 33:23
  **principal** [1] - 146:9
  **prison** [4] - 44:5, 45:8, 49:25, 50:1, 55:15, 56:5, 64:6, 92:15, 148:7, 148:9, 148:10, 213:6
  **prisoners** [1] - 62:19
  **private** [6] - 8:21, 8:22, 29:10, 44:10, 205:17, 205:18
  **privately** [2] - 83:20, 83:22
  **privilege** [7] - 42:15, 42:25, 43:17, 58:10, 109:6, 109:15, 109:20
  **problem** [2] - 179:19, 191:10
  **problematic** [2] - 148:14, 148:15
  **problems** [1] - 39:1
  **procedure** [1] - 213:15
  **proceed** [7] - 7:11, 8:10, 59:4, 111:3, 164:10, 183:6, 183:16
  **proceeding** [1] - 217:10
  **proceedings** [22] - 5:17, 6:19, 8:4, 42:11,

43:25, 57:16, 57:19, 59:1, 108:23, 109:24, 110:25, 163:15, 163:17, 164:7, 177:23, 183:4, 186:4, 186:17, 186:18, 227:3, 227:15, 227:20
  **proceeds** [6] - 73:22, 74:4, 107:5, 134:24, 195:1, 220:16
  **process** [2] - 84:22, 182:21
  **processed** [4] - 56:3, 75:15, 158:24, 159:3
  **processes** [1] - 75:22
  **product** [2] - 80:8, 80:9
  **production** [1] - 210:13
  **professed** [1] - 56:10
  **profit** [2] - 72:6, 161:17
  **profound** [1] - 107:24
  **proper** [1] - 173:13
  **properties** [4] - 20:20, 74:9, 184:25, 185:2
  **property** [6] - 17:10, 83:8, 173:14, 173:18, 173:20, 185:21
  **prosecuted** [2] - 164:20, 177:7
  **prosecution** [5] - 61:18, 212:17, 215:6, 215:12, 224:4
  **prosecutor** [13] - 63:14, 124:13, 124:14, 127:3, 130:23, 180:23, 180:25, 181:5, 211:4, 213:4, 215:2, 223:8, 223:23
  **prosecutor's** [1] - 181:20
  **prospect** [1] - 56:5
  **protect** [1] - 62:4
  **protection** [2] - 61:21, 61:25
  **proven** [1] - 216:19
  **provide** [3] - 186:11, 188:5, 226:6
  **provided** [3] - 176:24, 215:5, 215:11
  **provides** [1] - 217:9
  **provision** [6] - 17:8, 68:19, 181:23, 185:16, 211:16, 220:2
  **provisions** [4] -

180:21, 186:2, 187:13, 211:18
  **public** [3] - 44:8, 44:10, 44:11
  **public's** [1] - 109:12
  **publish** [8] - 9:25, 12:1, 18:10, 25:17, 28:8, 32:14, 36:23, 112:9
  **published** [4] - 10:8, 11:3, 12:9, 13:18
  **Puerto** [1] - 64:14
  **pull** [1] - 105:3
  **purchase** [4] - 31:6, 70:5, 145:18, 197:2
  **purchased** [4] - 48:12, 18:16, 100:10, 135:24
  **purchaser** [1] - 200:25
  **purchases** [1] - 31:9
  **purpose** [1] - 207:4
  **purposes** [2] - 40:5, 118:6
  **pursue** [1] - 61:13
  **push** [1] - 208:16
  **put** [21] - 34:10, 34:17, 39:2, 50:4, 50:11, 78:20, 83:12, 96:10, 99:6, 99:9, 104:16, 105:19, 110:19, 135:14, 135:19, 149:19, 153:2, 153:6, 153:20, 158:13, 180:17
  **puts** [1] - 182:1
  **putting** [4] - 29:7, 102:16, 105:8, 197:2

**Q**

  **quality** [2] - 65:1, 65:2
  **quantities** [1] - 190:12
  **quantity** [1] - 71:2
  **quarter** [3] - 72:4, 125:5, 189:12
  **quarters** [1] - 73:14
  **Queen** [1] - 180:18
  **questioned** [1] - 181:13
  **questioning** [3] - 123:16, 174:13, 190:20
  **questions** [22] - 39:14, 42:18, 101:11, 173:3, 174:12, 184:24, 188:17,

189:10, 190:11, 190:24, 192:2, 192:25, 193:12, 194:2, 194:16, 199:9, 201:16, 202:12, 204:14, 208:25, 209:24, 210:23
  **quickly** [2] - 45:23, 147:18, 154:11
  **quince** [2] - 138:16, 139:11
  **quinceanera** [1] - 138:1
  **quite** [2] - 29:20, 130:5

**R**

  **R8** [1] - 200:16
  **Raben** [3] - 169:24, 176:4, 176:9
  **Raben's** [1] - 183:22
  **ramp** [4] - 113:24, 114:1, 116:12, 118:17
  **ran** [1] - 141:22
  **range** [4] - 50:2, 117:24, 172:8, 219:24
  **Range** [2] - 23:17, 119:9
  **rare** [1] - 134:10
  **rarely** [7] - 15:22, 120:16, 149:1, 169:16, 169:17, 169:24, 169:25
  **rate** [1] - 74:23
  **rather** [7] - 52:7, 105:10, 108:8, 108:9, 113:10, 157:2, 219:20
  **RDR** [2] - 2:1, 227:23
  **re** [1] - 226:10
  **re-redirect** [1] - 226:10
  **reach** [1] - 47:8
  **read** [10] - 57:7, 108:14, 155:13, 155:15, 163:5, 179:22, 213:17, 213:18, 223:22, 226:18
  **reading** [5] - 147:19, 179:20, 209:17, 212:3, 215:4
  **readjust** [1] - 201:11
  **ready** [4] - 7:14, 58:5, 58:22, 110:16
  **real** [10] - 52:22, 90:6, 105:12, 134:16, 145:18, 154:11, 169:6, 169:7, 173:11,

19

218:6
  **really** [8] - 12:20,
78:2, 107:13, 123:8,
123:22, 181:24,
190:6, 200:25
  **realtor** [1] - 173:13
  **reason** [2] - 109:14,
144:6
  **reasons** [4] - 105:8,
160:6, 177:19, 204:20
  **receipts** [1] - 200:24
  **receive** [3] - 49:19,
202:15, 216:3
  **RECEIVED** [1] - 3:8
  **received** [7] - 22:7,
68:13, 82:17, 162:19,
184:21, 198:22, 206:3
  **receiving** [1] - 217:5
  **recently** [3] - 87:9,
89:3, 190:12
  **recess** [7] - 57:17,
57:18, 109:22,
109:23, 163:12,
163:16, 227:12
  **recognize** [15] -
17:20, 21:2, 21:19,
23:2, 24:25, 27:19,
31:17, 35:16, 35:19,
37:20, 37:23, 79:6,
113:6, 121:2, 177:16
  **recognized** [2] -
79:2, 88:3
  **recollection** [3] -
113:7, 125:23, 185:12
  **recommend** [1] -
184:7
  **recommendations**
[1] - 184:8
  **reconfirm** [1] - 87:1
  **record** [13] - 4:4,
57:24, 81:18, 85:18,
85:24, 86:10, 110:7,
110:19, 118:6,
163:22, 180:4, 180:6,
180:17
  **recorded** [4] - 85:15,
85:17, 86:5, 88:24
  **recording** [6] -
54:25, 86:16, 88:19,
95:14, 95:22, 192:10
  **recordings** [4] -
95:6, 95:9, 95:11,
95:12
  **records** [5] - 82:8,
82:18, 97:15, 143:15,
165:20
  **recount** [1] - 96:10
  **recounted** [1] -
122:23
  **recoup** [1] - 74:5

**RECROSS** [1] -
211:1
  **recross** [3] - 181:9,
210:24, 215:23
  **RECROSS-**
**EXAMINATION** [1] -
211:1
  **red** [3] - 115:2,
116:18, 116:21
  **Red** [1] - 3:3
  **redirect** [5] - 173:4,
178:22, 179:14,
181:11, 226:10
  **REDIRECT** [1] -
173:6
  **reduce** [7] - 40:14,
40:16, 41:10, 41:15,
187:20, 214:23, 223:7
  **reduced** [3] - 109:8,
215:20, 218:11
  **reduction** [1] -
187:5, 188:5, 220:13,
222:11, 222:23,
224:7, 224:12,
224:18, 224:19,
224:20, 224:25
  **reductions** [2] -
50:20, 50:23
  **refer** [4] - 89:14,
165:3, 211:4, 218:3
  **reference** [2] - 11:6,
180:5
  **referred** [10] - 96:1,
103:3, 127:3, 129:9,
140:9, 151:12,
151:13, 164:25,
166:11, 219:17
  **referring** [5] - 92:8,
149:5, 175:13, 193:3,
206:14
  **refinance** [1] - 146:7
  **refresh** [2] - 125:22,
139:16
  **refreshes** [1] -
185:12
  **regard** [4] - 85:4,
108:25, 157:16, 213:1
  **regarding** [9] - 5:25,
82:17, 85:4, 85:16,
91:15, 143:15,
171:11, 181:12,
181:20
  **regards** [4] - 61:18,
70:20, 119:12, 189:1
  **registered** [2] -
105:4, 105:5
  **registration** [1] -
105:3
  **regulates** [1] - 214:3
  **regulations** [1] -

62:18
  **related** [7] - 69:13,
73:19, 74:14, 74:15,
164:18, 167:19, 168:5
  **relating** [2] - 73:22,
168:16
  **relation** [2] - 13:11,
181:24
  **relationship** [3] -
159:9, 168:6, 207:21
  **relatively** [1] -
154:11
  **relax** [1] - 82:6
  **release** [4] - 39:24,
40:2, 40:6
  **released** [2] - 213:2,
213:6
  **relevance** [1] -
191:23
  **relevancy** [6] -
70:12, 148:17, 162:3,
162:9, 173:1, 213:24
  **relevant** [3] - 180:15,
181:20, 182:23
  **religious** [2] -
159:17, 159:19
  **rely** [2] - 212:3, 212:4
  **remain** [1] - 109:13
  **remained** [1] -
123:23
  **remember** [88] -
19:9, 29:5, 29:11,
30:17, 31:7, 39:20,
45:18, 45:19, 46:1,
47:6, 54:17, 55:3,
55:4, 56:21, 56:22,
56:23, 56:24, 57:2,
63:9, 63:10, 67:20,
68:12, 72:3, 82:24,
91:18, 92:12, 92:16,
94:14, 95:16, 95:17,
98:1, 98:5, 98:7,
101:13, 112:22,
112:24, 122:25,
124:18, 129:22,
131:7, 131:23,
137:25, 138:1, 138:3,
138:5, 138:8, 138:22,
138:23, 138:24,
138:25, 139:1, 139:7,
139:12, 139:21,
140:3, 143:2, 144:5,
144:8, 146:2, 146:3,
146:5, 146:9, 151:2,
154:24, 159:7, 165:9,
167:17, 170:15,
170:16, 175:24,
176:22, 177:3,
184:24, 188:22,
188:23, 189:14,

189:20, 191:10,
193:5, 193:12,
194:20, 194:22,
199:12, 204:13, 209:2
  **remembered** [1] -
101:19
  **removed** [3] - 77:7,
96:7, 190:1
  **rent** [2] - 21:10,
144:9
  **rental** [1] - 145:16
  **rented** [1] - 145:14
  **René** [1] - 65:8
  **repetitive** [2] - 161:9,
222:20
  **Rephrase** [23] -
41:24, 42:5, 47:19,
55:11, 62:14, 64:23,
70:15, 81:2, 85:22,
86:3, 88:16, 91:11,
94:9, 103:1, 119:25,
156:11, 168:19,
193:9, 203:1, 208:6,
213:10, 214:12,
214:20
  **rephrase** [3] - 78:11,
156:25, 223:13
  **report** [11] - 16:10,
29:9, 29:11, 29:12,
52:17, 57:11, 87:3,
87:14, 87:15, 87:19,
101:14, 101:15,
108:18, 163:9, 226:22
  **REPORTED** [1] - 2:1
  **reported** [3] - 30:13,
52:16, 75:11
  **Reporter** [2] - 2:1,
227:24
  **reports** [8] - 86:19,
87:11, 88:21, 88:22,
88:25, 89:6, 89:9,
126:5
  **representation** [1] -
212:2
  **represented** [1] -
109:3
  **request** [4] - 44:19,
175:17, 177:20,
182:20
  **requested** [1] -
186:24
  **requesting** [1] -
177:20
  **requests** [1] - 188:3
  **require** [2] - 171:16,
178:5
  **requires** [4] - 178:25,
182:3, 186:8, 224:4
  **reservations** [3] -
159:12, 159:17,

179:19
  **reserve** [1] - 189:17
  **residence** [1] - 31:12
  **resolve** [1] - 225:11
  **resolved** [1] - 122:15
  **respect** [1] - 7:9
  **respectful** [1] -
152:22
  **response** [2] - 31:2,
78:6
  **responsibility** [2] -
222:24, 225:2
  **responsible** [2] -
187:10, 219:19
  **rest** [4] - 69:12,
96:22, 134:4, 199:23
  **resulted** [1] - 139:9
  **results** [1] - 222:9
  **retired** [1] - 6:18
  **return** [1] - 52:10
  **returned** [3] - 46:9,
46:11, 155:19
  **returning** [1] -
137:23
  **Reventon** [1] - 117:5
  **Reventón** [1] - 117:8
  **Revenue** [1] - 16:10
  **revenues** [2] -
161:12, 161:16
  **review** [3] - 86:19,
95:8, 95:11
  **reviewed** [2] - 95:14,
192:22
  **revise** [1] - 119:16
  **Revolution** [1] -
117:6
  **rewind** [1] - 10:14
  **Rican** [1] - 64:14
  **RICHARD** [1] - 1:21
  **Richard** [4] - 4:12,
58:2, 110:12, 164:1
  **rid** [1] - 38:23
  **rights** [2] - 43:7,
43:15
  **rims** [1] - 114:22
  **risk** [2] - 59:10,
109:11
  **Roads** [1] - 154:20
  **roadway** [1] - 152:16
  **role** [3] - 221:15,
224:24, 225:1
  **Rolls** [1] - 22:24
  **Rolls-Royce** [1] -
22:24
  **Romeo** [1] - 204:13
  **room** [11] - 4:22,
6:17, 47:13, 47:16,
57:14, 73:15, 108:21,
121:21, 121:22,
163:12, 171:4

**rough** [2] - 127:5, 162:21
**roughly** [4] - 53:24, 86:8, 127:18, 137:7
**Rover** [2] - 23:17, 119:9
**Royce** [1] - 22:24
**rubber** [2] - 158:10, 158:16
**rule** [13] - 80:25, 213:13, 213:14, 213:15, 213:22, 214:3, 215:4, 215:15, 223:5, 223:6, 223:10, 224:2, 224:4
**Rule** [7] - 40:19, 40:22, 41:16, 41:17, 187:22, 213:15, 214:5
**rules** [2] - 62:18, 226:6
**ruling** [1] - 109:21
**running** [1] - 219:6
**rush** [1] - 222:19
**Russia** [1] - 78:14

## S

**S63** [2] - 18:19, 100:8
**safe** [1] - 121:24
**safely** [1] - 221:13
**safety** [5] - 220:6, 220:11, 224:23, 225:1, 225:3
**salaries** [1] - 105:22
**sale** [6] - 113:17, 118:15, 118:16, 119:19, 119:22, 120:25
**sales** [4] - 19:2, 116:5, 116:8, 143:15
**Samsonite** [1] - 149:20
**Santeria** [2] - 33:23, 204:19
**saw** [25] - 27:7, 27:22, 27:25, 31:24, 32:6, 60:17, 77:7, 142:21, 143:6, 143:8, 143:10, 143:12, 152:12, 155:8, 156:13, 156:14, 156:16, 156:23, 157:2, 157:5, 166:18, 166:19, 166:21, 204:25, 207:8
**scale** [1] - 218:12
**Scheel** [3] - 107:8, 107:9, 107:10

**school** [6] - 72:18, 72:19, 72:20, 72:21, 90:24, 93:12
**scope** [5] - 58:16, 191:23, 215:22, 216:1, 225:19
**scratch** [1] - 152:11
**screen** [1] - 223:19
**se** [1] - 48:12
**search** [1] - 195:25
**searched** [1] - 31:24
**seat** [2] - 5:18
**seatbelt** [2] - 195:19, 196:6
**seated** [10] - 4:16, 8:7, 57:20, 59:2, 108:24, 109:25, 111:1, 163:18, 164:8, 227:4
**second** [18] - 9:13, 11:9, 11:18, 13:20, 19:12, 82:3, 97:11, 100:1, 112:24, 120:3, 120:7, 120:17, 121:18, 121:20, 130:15, 175:9, 178:3, 208:13
**Second** [1] - 1:22
**seconds** [1] - 192:16
**secret** [1] - 143:24
**secretary** [2] - 107:15, 107:17
**secretary-type** [1] - 107:15
**section** [1] - 219:12
**Section** [1] - 220:3
**security** [1] - 226:25
**see** [63] - 9:9, 9:17, 11:5, 12:14, 12:19, 13:1, 13:21, 22:14, 22:25, 23:4, 23:8, 23:14, 23:18, 29:12, 29:15, 29:17, 38:9, 43:22, 54:25, 57:7, 66:5, 73:6, 75:19, 79:23, 83:11, 83:14, 88:2, 94:23, 94:24, 96:3, 96:6, 97:11, 97:16, 107:14, 108:14, 112:24, 113:6, 115:7, 116:13, 117:5, 118:17, 120:11, 120:12, 127:5, 139:23, 142:23, 146:2, 152:6, 152:8, 152:15, 163:5, 167:2, 176:11, 189:24, 193:17, 198:24, 204:10, 205:4, 205:18, 221:6,

223:15, 226:18, 227:1
**seeing** [3] - 83:11, 114:9, 207:11
**seeking** [1] - 55:22
**seem** [2] - 30:5, 166:16
**segment** [1] - 164:5
**segments** [1] - 10:7
**seized** [3] - 32:16, 69:23, 74:6
**sell** [15] - 15:19, 64:25, 65:2, 71:6, 72:8, 90:4, 119:13, 132:12, 132:14, 132:16, 132:17, 172:23, 199:3, 199:24, 200:13
**selling** [10] - 48:8, 92:8, 119:8, 125:14, 133:5, 147:25, 161:3, 161:19, 189:12, 196:8
**send** [2] - 133:15, 205:24
**sending** [1] - 102:16
**sense** [1] - 75:22
**sent** [6] - 9:19, 23:10, 133:13, 133:15, 202:13, 207:2
**sentence** [23] - 40:11, 40:14, 40:25, 41:2, 41:4, 41:10, 41:15, 49:20, 50:21, 53:25, 54:4, 70:9, 107:22, 109:8, 187:20, 214:15, 214:23, 215:20, 218:11, 223:7, 224:8
**sentenced** [4] - 41:1, 53:16, 221:19
**sentences** [1] - 40:16
**sentencing** [5] - 53:19, 70:20, 218:25, 225:5, 225:11
**separate** [5] - 50:11, 96:9, 200:19, 202:18, 205:1
**separately** [1] - 225:13
**September** [9] - 48:14, 53:16, 68:1, 68:11, 124:2, 125:12, 130:16, 131:5, 131:8
**series** [3] - 93:17, 118:5, 196:10
**serve** [1] - 6:23
**serves** [1] - 7:16
**Service** [1] - 16:10
**services** [1] - 6:8
**set** [4] - 14:19,

138:21, 138:22, 138:23
**sets** [1] - 34:15
**settle** [1] - 201:10
**seven** [3] - 13:13, 38:16, 52:15
**several** [3] - 46:6, 147:10, 179:16
**sewed** [1] - 78:25
**sewn** [1] - 78:25
**Shakes** [1] - 43:4
**Sharon** [16] - 14:8, 33:21, 35:3, 38:22, 66:4, 66:6, 66:9, 89:15, 137:18, 137:22, 139:4, 143:22, 147:8, 155:3, 167:9, 191:1
**shift** [1] - 14:7
**ship** [4] - 38:16, 77:19, 78:5, 199:7
**shipment** [2] - 207:5, 207:7
**shipments** [3] - 208:20, 209:25, 210:9
**shipped** [1] - 153:23
**shipping** [2] - 76:17, 76:18
**shirt** [1] - 99:9
**shirts** [2] - 150:10, 150:11
**shoebox** [6] - 34:2, 34:24, 34:25, 35:2, 35:6
**shoes** [1] - 150:9
**shop** [1] - 69:18
**shopping** [1] - 208:25
**short** [3] - 48:7, 93:13, 144:4
**shorter** [1] - 7:19
**shortly** [3] - 32:24, 36:4, 101:9
**show** [20] - 17:15, 24:23, 26:22, 35:15, 37:13, 81:18, 93:20, 105:3, 108:2, 111:5, 111:7, 111:11, 113:5, 175:7, 177:15, 182:11, 182:15, 185:11, 209:9, 213:21
**showed** [11] - 29:18, 29:21, 30:12, 31:5, 75:15, 93:23, 113:11, 196:10, 197:4, 216:23
**showing** [18] - 19:12, 21:1, 21:12, 21:16, 21:19, 22:1, 22:20, 23:2, 23:6, 23:12, 26:3, 26:14, 27:10,

27:15, 27:18, 31:5, 31:16, 75:16
**shown** [8] - 31:7, 83:2, 122:4, 129:8, 140:5, 167:4, 197:19, 215:18
**showroom** [3] - 113:13, 116:2, 121:16
**shows** [1] - 116:2
**SHU** [6] - 45:3, 45:9, 64:6, 64:15, 64:16, 92:14
**shunning** [1] - 29:22
**sic** [1] - 142:15
**side** [7] - 42:12, 44:19, 58:9, 109:16, 114:22, 171:7, 177:24
**side-bar** [2] - 42:12, 44:19, 58:9, 109:16, 177:24
**sign** [7] - 17:6, 68:17, 72:20, 84:20, 104:15, 119:13, 175:4
**signator** [1] - 180:25
**signature** [7] - 18:23, 175:9, 175:11, 176:2, 181:20, 181:22, 183:22
**signatures** [1] - 177:16
**signed** [8] - 68:10, 68:12, 68:16, 176:8, 181:6, 211:12, 214:4, 216:11
**significant** [6] - 71:1, 85:3, 103:6, 105:7, 178:14, 224:17
**signing** [2] - 85:11, 219:25
**similar** [3] - 78:24, 122:1, 122:5
**simple** [1] - 36:3
**simply** [4] - 85:10, 119:13, 136:20, 178:21
**singer** [1] - 59:25
**single** [9] - 60:6, 60:10, 66:22, 66:24, 145:25, 158:14, 158:15, 181:4, 192:6
**singularly** [1] - 160:8
**sister** [1] - 169:17
**sit** [3] - 5:19, 41:9, 192:6
**site** [1] - 14:17
**sitting** [2] - 152:16, 186:21
**situation** [2] - 51:14, 145:21
**six** [20] - 53:21,

21

53:24, 66:14, 72:1,
79:16, 79:17, 79:18,
79:19, 79:20, 129:4,
144:4, 191:9, 191:11,
219:24, 220:15,
221:1, 221:11,
222:15, 224:12
**six-level** [1] - 224:12
**six-month** [2] -
79:19, 79:20
**six-point** [2] -
220:15, 221:11
**six-year** [1] - 219:24
**sixth** [1] - 116:4
**size** [4] - 113:19,
114:3, 114:8, 121:15
**skinner** [2] - 106:23,
106:24
**slammed** [1] -
100:13
**sleeping** [2] -
191:13, 191:14
**SLR** [2] - 23:7, 117:4
**small** [3] - 16:11,
199:22
**smart** [4] - 90:18,
90:21, 102:11, 107:18
**smell** [1] - 195:22
**Smith** [2] - 16:24
**smuggled** [1] -
140:25
**smuggling** [4] -
98:22, 146:17,
168:22, 168:24
**so-called** [1] - 58:16
**so...** [3] - 74:11,
151:23, 166:10
**social** [2] - 129:10,
144:20
**sold** [19] - 15:13,
15:21, 15:24, 38:19,
65:4, 71:1, 71:5, 71:8,
92:21, 98:20, 125:4,
143:18, 195:2, 195:4,
200:6, 200:10,
200:15, 200:18,
200:23
**solitary** [2] - 45:13,
64:8
**someone** [5] - 43:6,
98:10, 98:12, 199:19,
215:12
**someplace** [2] -
195:4, 195:5
**sometime** [3] -
19:20, 130:7, 151:5
**sometimes** [17] -
24:13, 45:13, 52:18,
64:9, 64:10, 81:23,
81:25, 82:12, 84:8,

87:1, 87:5, 120:15,
133:13, 171:25
**somewhere** [3] -
189:7, 206:17, 219:24
**sophistication** [2] -
220:14, 221:10
**sorry** [23] - 5:20,
5:21, 7:6, 10:13,
25:11, 54:11, 55:17,
62:10, 68:11, 77:6,
84:14, 96:5, 111:22,
119:15, 121:8,
121:12, 126:9,
145:22, 178:1,
181:18, 222:19,
223:18, 225:9
**sort** [7] - 81:11,
81:13, 88:21, 113:15,
115:13, 119:10, 157:4
**sounds** [1] - 5:13
**source** [1] - 158:23
**sources** [1] - 65:18
**South** [10] - 1:19,
24:10, 100:11,
127:24, 128:6,
129:11, 158:2, 206:3,
207:8, 207:10
**Southeast** [1] - 1:22
**SOUTHERN** [1] - 1:1
**Southwest** [1] -
154:18
**space** [3] - 79:10,
79:13, 117:14
**Spain** [76] - 14:23,
23:10, 24:1, 29:6,
53:2, 55:7, 55:13,
55:14, 55:21, 56:5,
56:9, 56:10, 56:11,
56:13, 56:17, 56:19,
56:25, 57:1, 61:10,
61:14, 62:17, 63:1,
63:4, 63:13, 63:16,
63:20, 63:23, 69:21,
72:23, 78:14, 79:16,
79:21, 79:23, 81:7,
83:8, 83:18, 84:12,
84:17, 84:21, 85:7,
98:23, 98:25, 104:5,
104:13, 104:18,
104:21, 104:22,
105:1, 105:2, 107:10,
122:13, 122:24,
150:24, 153:23,
156:20, 157:9,
157:10, 161:25,
162:1, 169:2, 188:15,
188:21, 189:4, 189:6,
191:2, 191:10, 199:7,
201:14, 203:7,
204:12, 212:10,

212:12, 212:13,
212:23, 218:5
**Spain's** [1] - 61:18
**Spanish** [31] - 9:1,
11:11, 12:16, 29:1,
55:15, 56:14, 61:21,
61:25, 62:22, 85:4,
88:8, 88:9, 88:10,
88:11, 88:18, 90:13,
102:23, 103:3, 103:7,
103:15, 105:8,
107:12, 107:21,
141:17, 147:12,
147:18, 155:11,
159:13, 167:4,
168:24, 170:12
**Spanish-speaking**
[1] - 141:17
**speaking** [7] - 10:21,
43:6, 63:12, 141:17,
147:18, 153:16, 211:8
**Special** [1] - 179:23
**special** [5] - 16:22,
45:12, 79:9, 158:8,
178:25
**specific** [3] - 46:18,
72:12, 182:4
**specifically** [4] -
45:19, 109:2, 217:9,
219:13
**specifics** [3] - 36:3,
103:24, 107:4
**speculated** [1] -
75:21
**speculation** [14] -
64:3, 77:23, 84:24,
85:20, 88:14, 117:17,
119:12, 140:20,
146:19, 153:9, 154:7,
171:16, 190:8, 196:15
**spend** [6] - 21:4,
159:15, 191:6,
209:11, 209:13,
209:21
**spent** [8] - 74:5,
135:21, 136:5,
136:17, 139:1,
149:13, 201:21, 202:9
**spoken** [1] - 46:5
**sport** [1] - 120:19
**Sports** [4] - 14:22,
112:21, 115:12,
143:16
**sporty** [1] - 120:25
**Spyder** [1] - 119:9
**square** [4] - 73:13,
113:20, 114:4
**Srebnick** [6] - 4:12,
58:2, 108:25, 110:12,
164:1, 180:15

**SREBNICK** [13] -
1:18, 1:19, 4:11, 5:13,
6:25, 58:2, 58:6,
110:3, 110:12,
163:25, 180:20,
182:19, 183:3
**stacked** [2] - 96:8,
115:7
**staff** [4] - 57:12,
108:19, 163:10,
226:23
**stamped** [1] - 32:19
**stamps** [1] - 32:21
**stand** [1] - 134:25
**standard** [3] -
177:21, 179:1, 179:5
**standards** [1] - 73:10
**standpoint** [2] -
144:20, 144:21
**staple** [1] - 87:17
**StarLuck** [1] -
147:22
**start** [9] - 10:14,
11:1, 47:1, 48:8, 72:2,
92:2, 146:10, 157:10,
173:10
**started** [6] - 14:22,
53:24, 69:9, 71:16,
125:13, 125:15
**starting** [2] - 37:19,
192:9
**starts** [2] - 67:8,
67:12
**state** [13] - 4:4, 5:3,
48:20, 57:23, 90:20,
102:12, 110:6,
132:25, 163:21,
195:7, 195:8, 211:22,
217:23
**statement** [8] -
45:15, 52:6, 52:9,
53:2, 54:12, 78:10,
135:7, 217:12
**statements** [6] -
85:25, 86:5, 88:23,
176:22, 177:4, 216:5
**STATES** [4] - 1:1,
1:4, 1:11, 1:15
**states** [3] - 213:5,
217:4, 218:1
**States** [54] - 2:2, 4:1,
4:7, 17:11, 26:11,
47:13, 47:16, 47:22,
47:25, 48:8, 52:9,
52:25, 56:15, 56:16,
57:21, 58:1, 58:12,
60:12, 60:25, 67:17,
68:7, 69:22, 70:9,
73:18, 80:13, 80:16,
84:20, 91:1, 91:7,

93:8, 109:1, 110:4,
110:10, 124:5,
124:23, 126:17,
126:18, 128:8, 130:7,
130:16, 130:19,
141:1, 163:19,
163:24, 165:25,
182:2, 186:3, 193:18,
201:2, 212:18,
214:14, 227:24
**stating** [1] - 112:7
**statute** [5] - 130:12,
130:14, 132:7, 132:8,
217:24
**statutory** [2] - 50:2,
50:6
**stay** [8] - 5:11, 64:16,
77:9, 97:21, 137:14,
139:4, 144:12, 147:10
**stayed** [8] - 81:12,
81:14, 81:15, 97:19,
97:25, 128:24, 191:4
**staying** [2] - 27:4,
91:22
**steam** [1] - 219:6
**stick** [1] - 99:10
**still** [17] - 4:17, 8:9,
9:22, 15:8, 41:2, 41:4,
48:10, 48:11, 59:3,
60:19, 72:18, 111:2,
113:25, 116:18,
164:9, 165:23, 201:14
**stitching** [5] - 79:2,
79:6, 79:9, 79:10,
79:13
**stop** [8] - 57:11,
108:18, 163:9,
192:10, 208:16,
212:10, 212:11,
226:22
**stopped** [9] - 53:2,
61:1, 67:15, 71:18,
105:1, 105:2, 130:6,
195:16, 196:5
**stops** [1] - 67:10
**store** [17] - 89:19,
112:25, 113:10,
113:11, 113:19,
115:8, 115:10,
116:17, 116:19,
118:3, 119:5, 119:7,
120:3, 120:7, 120:11,
120:12, 120:17
**stores** [4] - 112:20,
113:2, 113:6, 150:19
**stories** [2] - 83:3,
157:4
**straight** [1] - 140:23
**strangers** [1] - 52:19
**street** [4] - 116:11,

161:18, 161:19, 161:20

**Street** [1] - 1:16

**street-level** [1] - 161:18

**strife** [1] - 139:9

**strike** [5] - 122:18, 122:19, 123:5, 123:14, 204:24

**stuck** [2] - 39:4, 93:16

**student** [1] - 90:20

**study** [4] - 82:21, 82:23, 90:13

**stuff** [6] - 41:12, 92:25, 93:1, 102:12, 103:25, 150:14

**STUMPF** [1] - 1:19

**style** [1] - 29:11

**subcomponents** [1] - 108:3

**subjects** [1] - 14:7

**subsequent** [2] - 9:8, 178:16

**substantial** [5] - 212:2, 213:1, 215:6, 215:11, 223:4

**substantially** [6] - 27:24, 32:5, 36:11, 90:6, 184:15, 218:11

**successful** [1] - 102:6

**such-and-such** [1] - 151:18

**sue** [3] - 219:15, 219:16

**sufficiently** [1] - 215:11

**suggest** [2] - 5:7, 88:6

**suggested** [1] - 13:22

**suggesting** [1] - 123:9

**suggestion** [2] - 91:15, 182:22

**suggests** [1] - 180:24

**suit** [1] - 150:8

**suitcase** [3] - 149:20, 149:25, 150:18

**suitcases** [3] - 150:3, 171:11, 171:12

**Suite** [2] - 1:20, 1:22

**superseding** [2] - 178:4, 183:25

**supplied** [1] - 158:21

**suppliers** [3] - 60:10, 71:9, 172:3

**supply** [4] - 66:21, 66:24, 193:19, 193:21

**supplying** [2] - 189:12, 193:22

**supports** [1] - 109:21

**supposed** [6] - 66:19, 70:5, 173:15, 186:11, 206:19, 206:22

**supposedly** [1] - 29:18

**surf** [1] - 69:10

**surfing** [5] - 24:13, 24:21, 68:24, 68:25, 69:14

**surgery** [2] - 138:11, 147:11

**surprise** [2] - 190:5, 190:7

**surrounding** [2] - 193:4, 194:18

**Sustained** [23] - 41:23, 42:4, 47:18, 55:10, 62:13, 64:22, 70:14, 81:1, 85:21, 86:2, 88:15, 91:10, 94:8, 102:25, 119:24, 156:10, 168:18, 193:8, 202:25, 208:5, 213:9, 214:11, 214:19

**sustained** [36] - 64:4, 77:24, 84:25, 86:14, 117:18, 122:17, 123:4, 123:13, 126:2, 129:16, 140:21, 146:20, 146:24, 148:18, 153:10, 154:9, 157:19, 159:1, 161:10, 161:14, 162:4, 162:10, 167:24, 173:2, 190:9, 196:17, 198:8, 211:24, 214:1, 215:22, 216:21, 223:11, 224:10, 224:15, 225:21, 225:25

**switch** [1] - 17:24

**switched** [1] - 119:4

**swore** [1] - 171:18

**sworn** [2] - 52:6, 52:9

**system** [1] - 44:6

---

# T

---

**T-shirts** [1] - 150:10

**Tab** [2] - 10:4, 13:9

**table** [2] - 4:8, 37:19

**tables** [1] - 219:1

**tabs** [1] - 32:16

**Tacna** [6] - 81:18, 81:22, 82:2, 82:13, 128:13, 143:3

**tape** [4] - 78:19, 158:9, 158:10, 158:18

**TARDON** [1] - 1:7

**Tardon** [85] - 4:2, 4:13, 8:18, 11:15, 14:4, 14:12, 14:21, 15:2, 15:10, 15:18, 16:6, 20:16, 21:5, 21:18, 22:4, 22:8, 22:14, 23:20, 23:22, 24:18, 28:15, 28:19, 29:23, 30:25, 31:11, 32:24, 35:22, 36:4, 36:12, 39:10, 44:22, 48:20, 57:22, 58:3, 59:7, 59:14, 60:8, 60:20, 63:21, 68:25, 75:4, 91:6, 91:16, 92:5, 92:6, 110:5, 110:13, 122:23, 124:25, 135:9, 136:18, 137:16, 137:23, 139:20, 140:6, 150:24, 163:20, 164:2, 171:10, 173:22, 174:8, 190:17, 191:6, 193:2, 193:3, 193:13, 193:15, 194:5, 194:8, 194:12, 196:20, 196:23, 197:6, 197:14, 197:22, 197:25, 198:12, 198:18, 199:2, 199:7, 201:3, 203:3, 205:8, 205:21, 207:22

**Tardon's** [5] - 22:21, 33:3, 38:12, 169:1, 198:25

**tax** [11] - 52:1, 52:4, 52:10, 52:12, 103:7, 103:9, 103:15, 103:16, 103:17, 103:23, 105:8

**taxes** [3] - 102:23, 103:3, 104:5

**tech** [1] - 113:16

**telephone** [2] - 45:16, 169:18

**television** [1] - 29:1

**ten** [5] - 57:14, 57:17, 99:6, 159:4, 191:5, 191:6

**term** [5] - 61:2, 188:20, 202:7, 219:5, 223:9

**terminated** [1] - 54:4

**terms** [10] - 39:24, 40:2, 48:11, 75:9, 141:1, 146:17, 156:23, 157:2, 210:19

**testified** [1] - 13:3, 182:24

**testify** [7] - 8:1, 42:9, 51:13, 58:15, 58:17, 109:7, 109:15

**testifying** [3] - 41:19, 186:4, 213:25

**testimony** [8] - 48:13, 123:25, 126:16, 135:18, 186:12, 188:6, 213:7, 218:2

**THE** [211] - 1:10, 1:14, 1:18, 3:4, 4:1, 4:10, 4:15, 5:14, 5:18, 6:11, 6:14, 6:16, 6:20, 7:2, 7:13, 7:15, 7:20, 7:22, 8:2, 8:5, 8:6, 8:7, 10:4, 10:9, 10:11, 10:15, 10:16, 10:17, 10:19, 12:7, 13:9, 17:23, 17:25, 18:3, 18:6, 18:10, 25:11, 25:13, 25:17, 28:4, 28:10, 32:10, 32:14, 36:18, 36:23, 39:15, 41:23, 42:4, 42:10, 42:13, 42:23, 43:9, 43:16, 43:21, 43:24, 44:14, 44:18, 44:20, 47:18, 55:10, 55:19, 57:3, 57:17, 57:20, 58:5, 58:21, 58:24, 59:2, 62:10, 62:13, 64:4, 64:22, 70:14, 77:24, 78:8, 78:9, 78:11, 80:23, 80:24, 84:25, 85:21, 86:2, 86:14, 88:15, 91:10, 94:8, 102:25, 103:13, 108:6, 108:10, 108:24, 109:25, 110:4, 110:11, 110:15, 110:22, 111:1, 111:8, 111:11, 111:17, 111:20, 111:22, 112:2, 112:3, 112:5, 112:9, 112:13, 117:18, 119:15, 119:17, 119:24, 122:10, 122:17, 122:19, 123:4,

123:13, 126:2, 126:22, 126:23, 126:24, 126:25, 129:16, 140:21, 146:20, 146:24, 148:18, 153:10, 154:9, 156:10, 156:25, 157:19, 159:1, 161:10, 161:14, 162:4, 162:10, 163:1, 163:18, 164:4, 164:8, 167:24, 168:18, 172:17, 173:2, 173:4, 175:19, 177:22, 177:25, 179:1, 179:8, 179:10, 179:17, 179:22, 179:25, 180:5, 180:8, 180:12, 180:18, 181:8, 181:17, 181:19, 182:11, 182:18, 183:1, 183:6, 183:9, 183:13, 189:18, 190:9, 191:24, 193:8, 196:17, 198:8, 198:15, 198:16, 202:25, 204:6, 205:14, 208:5, 208:18, 209:19, 210:24, 211:24, 213:9, 214:1, 214:11, 214:19, 215:22, 216:1, 216:21, 219:8, 222:20, 223:11, 223:13, 223:16, 223:19, 224:10, 224:15, 225:9, 225:13, 225:21, 225:25, 226:4, 226:6, 226:8, 226:10, 226:12, 227:4, 227:9, 227:12, 227:14

**theft** [1] - 164:18

**theft-related** [1] - 164:18

**theory** [1] - 221:3

**Thereupon** [5] - 5:16, 6:18, 57:18, 109:23, 163:16

**they've** [1] - 62:24

**thick** [2] - 99:7, 158:16

**third** [6] - 7:23, 12:11, 100:15, 186:24, 202:2, 202:9

**thoroughly** [3] - 41:6, 41:8, 62:25

**thousand** [1] - 16:5

**thousands** [1] -

23

98:23
**three** [52] - 39:22, 39:23, 39:25, 40:3, 40:9, 40:10, 51:3, 73:13, 73:14, 82:2, 82:16, 87:13, 89:5, 92:14, 97:7, 97:8, 97:13, 100:11, 115:23, 121:22, 123:1, 128:24, 129:2, 148:20, 149:1, 149:14, 151:5, 156:14, 156:15, 156:16, 157:16, 157:22, 158:2, 162:22, 178:14, 187:4, 187:13, 201:17, 201:21, 205:1, 205:5, 207:8, 215:19, 218:13, 219:22, 221:13, 222:16, 222:18, 222:23, 224:22, 225:2
**three-level** [1] - 222:23
**three-year** [2] - 40:10, 82:16
**throughout** [3] - 15:7, 82:16, 207:21
**Thursday** [3] - 6:9, 7:10, 226:13
**tickets** [1] - 82:11
**tied** [1] - 158:17
**tight** [1] - 99:12
**timely** [2] - 221:14, 224:23
**title** [1] - 103:21
**titled** [2] - 26:23, 39:8
**titles** [1] - 103:9
**today** [21] - 6:6, 7:11, 41:9, 41:10, 41:19, 45:15, 52:7, 59:13, 71:10, 75:3, 80:20, 126:16, 130:6, 134:25, 147:14, 164:22, 172:7, 172:20, 186:14, 215:14, 218:2
**together** [1] - 78:20
**token** [1] - 5:10
**tomorrow** [5] - 4:25, 6:7, 7:3, 110:19, 226:13
**Tony** [4] - 4:6, 57:25, 110:9, 163:23
**took** [13] - 34:2, 35:21, 36:8, 37:2, 37:8, 37:20, 40:25, 52:6, 53:21, 81:5,

81:7, 96:25, 97:1
**top** [6] - 26:12, 116:12, 121:22, 158:10, 158:18, 192:18
**Top** [2] - 93:14, 93:18
**Toro** [1] - 141:24
**total** [13] - 16:7, 71:25, 74:1, 76:21, 97:13, 114:6, 125:18, 131:20, 135:1, 136:4, 136:8, 140:25, 145:2
**totaled** [2] - 100:7, 100:14
**totally** [2] - 160:5, 223:19
**touch** [2] - 87:8, 173:8
**touching** [6] - 57:7, 108:14, 163:5, 208:1, 208:8, 226:18
**tourist** [5] - 54:23, 103:21, 104:3, 104:9, 104:24, 105:10
**tourist-owned** [1] - 104:24
**towards** [2] - 40:2, 40:5
**town** [1] - 73:9
**townhouse** [3] - 151:15, 151:24, 152:4
**track** [1] - 153:25
**tractor** [4] - 77:4, 77:8, 77:12, 143:4
**tractor-trailer** [3] - 77:4, 77:8, 77:12
**tractor-trailers** [1] - 143:4
**trademark** [1] - 115:10
**traditional** [2] - 158:6, 158:19
**traffic** [1] - 93:8
**trafficked** [2] - 134:7, 197:18
**trafficker** [1] - 102:7
**traffickers** [1] - 141:17
**trafficking** [43] - 16:12, 17:11, 24:17, 39:12, 59:7, 61:13, 61:19, 61:21, 61:25, 66:25, 67:6, 69:9, 91:1, 91:7, 105:13, 124:5, 124:22, 141:11, 142:1, 147:7, 156:20, 156:24, 164:14, 164:16, 167:9, 167:12,

167:13, 167:21, 171:23, 193:2, 194:10, 194:13, 199:10, 207:23, 208:1, 208:12, 217:17, 217:19, 217:21, 218:4, 220:16, 221:12
**tragic** [1] - 160:8
**trailer** [3] - 77:4, 77:8, 77:12
**trailers** [1] - 143:4
**trained** [1] - 16:20
**transaction** [1] - 72:11
**transactional** [2] - 176:13, 216:4
**transactions** [5] - 49:6, 49:8, 49:11, 49:14, 157:21
**transcript** [8] - 12:11, 86:16, 87:20, 88:12, 88:19, 192:18, 225:6, 225:11
**transcription** [2] - 12:16, 227:20
**transcripts** [6] - 9:23, 88:4, 88:6, 192:3, 192:5, 192:22
**transfer** [7] - 30:18, 30:24, 53:23, 103:18, 103:21, 169:4, 206:13
**transferred** [1] - 206:22
**transferring** [1] - 62:19
**transfers** [4] - 99:13, 99:16, 99:18, 141:2
**translated** [1] - 162:16
**translates** [1] - 9:1
**transport** [1] - 207:13
**transported** [2] - 39:3, 77:15
**transporting** [1] - 205:9
**travel** [3] - 23:23, 69:12, 82:14
**traveled** [3] - 54:18, 68:24, 131:20
**traveling** [1] - 137:8
**trial** [13] - 6:22, 7:4, 7:17, 57:6, 108:13, 163:4, 179:11, 179:13, 179:16, 179:18, 226:13, 226:17
**TRIAL** [1] - 1:10
**trials** [1] - 186:17

tried [5] - 90:25, 91:6, 105:17, 141:18, 154:23
**tries** [1] - 139:5
**Trinidad** [5] - 9:7, 9:9, 9:11, 9:19, 206:1
**trip** [8] - 69:10, 79:15, 79:18, 79:19, 97:25, 202:2, 202:9, 207:13
**trips** [9] - 69:8, 81:5, 97:13, 149:14, 162:22, 201:17, 201:21, 201:23, 202:7
**trouble** [2] - 102:17, 154:12
**truck** [1] - 22:8
**trucks** [1] - 39:2
**true** [9] - 52:24, 74:21, 83:9, 83:10, 121:19, 125:16, 132:2, 172:2
**trunk** [1] - 149:19
**trust** [4] - 159:18, 160:5, 204:16, 204:19
**trusted** [1] - 212:7
**truth** [11] - 12:20, 82:24, 101:18, 127:11, 171:18, 171:19, 171:20, 171:22, 180:20, 187:15
**truth-telling** [1] - 180:20
**truthful** [4] - 73:19, 172:1, 186:12, 188:6
**try** [14] - 45:18, 57:10, 82:21, 91:3, 108:17, 128:13, 146:10, 163:8, 170:11, 187:5, 220:18, 220:19, 221:17, 226:21
**trying** [29] - 6:23, 7:19, 29:22, 33:25, 45:22, 54:19, 55:2, 67:5, 77:9, 100:16, 102:22, 114:24, 114:25, 138:22, 138:23, 139:7, 146:7, 150:4, 152:19, 152:21, 193:15, 193:17, 208:11, 212:3, 215:14, 215:24, 219:12, 222:19
**turn** [3] - 10:4, 12:7, 13:9
**TV** [1] - 29:3
**Twelfth** [2] - 2:3,

227:24
**twice** [4] - 9:10, 128:17, 132:2, 201:7
**two** [80] - 9:17, 12:2, 12:3, 14:24, 14:25, 15:1, 21:5, 21:8, 21:9, 32:2, 34:15, 34:16, 35:14, 36:2, 39:2, 48:23, 54:1, 73:13, 74:9, 82:4, 87:10, 89:3, 92:17, 97:7, 97:8, 97:9, 97:19, 97:22, 97:25, 106:11, 107:23, 113:23, 115:23, 116:8, 121:22, 122:24, 123:1, 123:25, 125:24, 126:4, 126:18, 129:1, 129:5, 132:1, 145:1, 145:10, 146:15, 149:1, 152:3, 169:22, 170:22, 189:3, 189:5, 196:23, 200:18, 201:10, 202:13, 209:13, 211:20, 218:12, 218:13, 218:23, 219:3, 219:21, 219:22, 220:10, 220:13, 220:14, 221:10, 221:14, 221:25, 222:6, 222:8, 222:9, 222:11, 224:23, 225:1, 227:8
**two-and-a-half-year** [1] - 48:23
**two-car** [1] - 152:3
**two-floor** [1] - 73:13
**two-level** [3] - 220:13, 221:25, 222:11
**two-point** [1] - 221:10
**tying** [1] - 158:10
**type** [9] - 24:15, 31:12, 88:22, 107:15, 120:19, 158:17, 160:18, 164:18, 209:21
**types** [6] - 23:25, 119:8, 119:21, 150:6, 177:7, 202:14
**typewritten** [1] - 87:16

# U

**U/M** [1] - 11:9
**ultimately** [3] - 42:24, 187:25, 222:7

**UM** [1] - 11:18
**umbilical** [1] - 158:17
**unbundle** [1] - 96:9
**uncomfortable** [1] - 42:16
**under** [22] - 5:8, 5:22, 7:2, 8:9, 15:20, 39:8, 40:13, 41:1, 59:3, 82:14, 104:6, 104:16, 105:20, 105:21, 111:2, 153:3, 153:4, 164:9, 174:10, 179:5, 188:2, 215:9
**undercover** [2] - 54:25, 186:25
**understood** [4] - 157:3, 176:12, 216:17, 224:24
**unfortunately** [1] - 6:22
**unidentified** [2] - 11:15, 13:20
**unilaterally** [1] - 56:17
**Union** [5] - 30:18, 30:24, 31:13, 202:16, 202:21
**unit** [1] - 45:12
**UNITED** [4] - 1:1, 1:4, 1:11, 1:15
**united** [1] - 2:2
**United** [53] - 4:1, 4:6, 4:7, 17:11, 26:11, 47:13, 47:16, 47:21, 47:24, 48:8, 52:9, 52:25, 56:15, 56:16, 57:21, 58:1, 58:12, 60:12, 60:25, 67:16, 68:7, 69:22, 70:9, 73:18, 80:13, 80:16, 84:20, 91:1, 91:7, 93:8, 109:1, 110:4, 110:9, 124:5, 124:23, 126:17, 128:8, 130:7, 130:16, 130:19, 140:25, 163:19, 163:24, 165:25, 182:2, 186:3, 193:18, 201:2, 212:18, 214:14, 227:24
**University** [1] - 90:16
**unknown** [3] - 10:22, 12:5, 13:15
**unless** [2] - 84:24, 216:15
**unlike** [1] - 84:20
**unloading** [2] - 142:23, 205:2
**unnecessary** [2] -

178:21, 178:22
**unpacked** [1] - 156:15
**unrelated** [1] - 60:19
**up** [53] - 14:19, 18:4, 40:8, 62:24, 72:13, 76:3, 78:3, 78:4, 78:14, 78:16, 78:18, 78:19, 79:9, 90:2, 96:5, 102:7, 108:8, 114:1, 116:12, 118:8, 125:6, 127:7, 127:14, 127:15, 131:20, 138:21, 138:22, 138:23, 140:24, 142:7, 146:10, 149:20, 149:22, 150:25, 174:22, 177:22, 178:12, 179:21, 190:20, 196:14, 199:3, 199:21, 199:22, 201:10, 208:14, 209:6, 210:1, 219:10, 219:21, 221:5, 225:13, 227:5
**up-front** [3] - 40:8, 199:21, 199:22
**urgent** [1] - 58:7
**US** [6] - 35:10, 35:11, 175:2, 188:12, 189:1, 189:8
**usual** [1] - 211:17
**utility** [2] - 73:15, 120:19
**utility-type** [1] - 120:19
**utilizing** [1] - 4:25

**V**

**vacation** [4] - 24:5, 24:13, 97:10, 97:12
**vacations** [2] - 24:7, 24:21
**vague** [6] - 123:8, 138:22, 156:9, 156:21, 157:18, 168:17
**vaguely** [2] - 39:21, 55:5
**Valdosta** [3] - 53:22, 53:23, 54:6
**value** [2] - 184:11, 218:19
**valued** [1] - 74:11
**valve** [6] - 220:6, 220:11, 221:13, 224:23, 225:1, 225:3

**van** [6] - 120:21, 142:24, 142:25, 164:22, 164:24, 165:5
**vans** [4] - 77:8, 96:4, 96:13, 156:17
**various** [5] - 32:21, 51:16, 51:24, 198:18, 207:22
**Vega** [1] - 19:7
**vehicle** [5] - 19:20, 19:23, 77:16, 77:18, 154:4
**vehicles** [1] - 120:19
**Vela** [3] - 29:2, 32:25, 142:4
**Venezuela** [1] - 24:10
**verify** [1] - 192:22
**versus** [8] - 4:1, 38:21, 57:21, 58:12, 109:1, 110:5, 119:13, 163:19
**Veyron** [2] - 153:25, 154:4
**via** [4] - 44:3, 44:5, 111:11, 202:15
**video** [4] - 29:13, 29:15, 29:17, 75:4
**videotape** [1] - 75:3
**view** [1] - 118:17
**views** [1] - 29:18
**villa** [19] - 20:18, 33:3, 33:16, 33:17, 89:14, 151:13, 151:22, 151:23, 190:24, 190:25, 191:1, 191:4, 191:7, 191:13, 191:14, 191:17, 191:21, 198:25
**Villas** [3] - 151:18, 151:19, 173:20
**violated** [1] - 52:7
**violation** [2] - 46:19, 149:24
**violence** [2] - 177:1, 216:16
**violent** [1] - 61:7
**Viper** [3] - 121:11, 121:13, 121:14
**Virginia** [1] - 195:9
**virtually** [1] - 44:23
**vis-à-vis** [1] - 6:5
**visit** [1] - 24:1
**vividly** [1] - 92:16
**voice** [3] - 10:23, 170:14, 192:15
**voices** [3] - 88:3, 192:10, 192:17
**void** [1] - 217:14

**voided** [1] - 217:13
**vouching** [1] - 180:24
**vs** [1] - 1:6

**W**

**waistband** [2] - 99:3, 99:6
**wait** [5] - 66:13, 98:7, 151:4
**waiting** [4] - 4:17, 126:23
**waive** [4] - 41:3, 42:17, 43:14, 109:14
**waived** [3] - 42:15, 42:17, 109:19
**waiver** [2] - 58:9, 109:10
**waivers** [1] - 109:10
**waiving** [2] - 42:19, 42:25
**walk** [2] - 41:21, 42:2
**walkway** [1] - 113:23
**wall** [1] - 115:13
**wants** [7] - 4:24, 6:23, 7:8, 43:6, 56:19, 111:15, 227:7
**warehouse** [14] - 77:7, 77:12, 80:6, 96:4, 96:6, 128:12, 128:16, 128:23, 129:1, 129:4, 142:8, 143:1, 156:17, 157:22
**warehouses** [2] - 79:23, 143:3
**warrant** [1] - 55:14
**watch** [2] - 34:16
**watched** [1] - 75:3
**watches** [2] - 38:2, 38:3, 90:4
**watching** [3] - 29:24, 93:14, 156:23
**ways** [4] - 40:16, 40:21, 178:14, 205:8
**wealth** [1] - 89:23
**wearing** [2] - 99:11, 195:19
**website** [1] - 106:6
**weed** [3] - 123:22, 125:14, 135:3
**week** [2] - 45:9, 217:1
**weeks** [13] - 19:8, 45:3, 53:21, 53:24, 68:5, 79:17, 87:10, 89:3, 97:19, 97:25, 123:25, 128:24, 147:10

**weight** [1] - 76:21
**Weisman** [3] - 176:6, 176:8
**welcome** [3] - 5:11, 8:8, 10:19
**were...** [1] - 79:1
**Wesson** [2] - 16:24
**west** [1] - 130:19
**West** [1] - 195:9
**Western** [5] - 30:18, 30:24, 31:13, 202:16, 202:21
**what...** [1] - 94:18
**whatsoever** [7] - 57:5, 80:19, 108:12, 133:8, 140:4, 163:3, 226:16
**whereas** [2] - 190:17, 202:21
**white** [3] - 92:25, 93:1, 114:16
**whole** [8] - 90:11, 152:15, 171:19, 171:20, 171:21, 171:22, 178:12, 189:10
**wholesale** [3] - 161:21, 161:22, 162:12
**wide** [1] - 79:13
**wider** [2] - 79:10, 184:6
**wife** [1] - 14:11
**William** [5] - 3:5, 176:14, 176:23, 176:24, 177:1
**willing** [1] - 7:7
**wire** [8] - 87:20, 99:13, 99:15, 99:18, 141:2, 169:4, 202:18
**wired** [1] - 202:15
**wires** [1] - 202:12
**wiretapped** [3] - 87:20, 87:24, 170:11
**wiring** [2] - 102:16, 202:22
**wish** [1] - 5:22
**wishes** [2] - 4:24, 7:3
**withdraw** [2] - 96:5, 156:3
**withdrawn** [2] - 218:15, 218:16
**withheld** [1] - 171:23
**witness** [16] - 7:24, 111:5, 125:25, 157:21, 157:25, 158:1, 178:16, 179:25, 181:6, 181:21, 183:14, 188:11, 198:5,

213:21, 217:10, 226:7

**WITNESS** [10] - 10:9, 10:11, 10:19, 78:9, 80:23, 112:2, 126:23, 126:25, 198:16, 219:8

**witness's** [2] - 109:18, 181:22

**witnessed** [1] - 157:16

**WITNESSES** [1] - 3:4

**woman** [3] - 100:11, 107:11, 107:18

**women** [3] - 101:24, 102:3

**word** [4] - 61:22, 148:24, 156:4, 156:5

**words** [2] - 92:9, 106:5

**works** [4] - 92:18, 99:8, 104:3, 104:6

**world** [1] - 214:7

**worried** [1] - 160:1

**worry** [3] - 45:1, 104:1, 147:6

**worth** [6] - 58:20, 74:8, 74:10, 150:1, 150:20, 213:18

**wow** [1] - 199:3

**wrap** [2] - 158:9, 158:17

**wrapped** [4] - 76:9, 78:19, 158:16, 208:14

**wrappings** [3] - 78:24, 158:5, 158:6

**wraps** [1] - 26:2

**write** [1] - 17:16

**write-in** [1] - 17:16

**writing** [2] - 44:17, 61:16

**written** [10] - 68:13, 88:18, 88:23, 119:13, 155:22, 155:24, 175:18, 180:21, 223:5

# X

**Xanax** [3] - 15:22, 15:25, 148:24

# Y

**yacht** [7] - 8:21, 8:22, 8:24, 14:1, 205:17, 205:18

**year** [16] - 40:7, 40:10, 45:20, 48:4, 48:23, 51:4, 52:5, 67:3, 72:4, 82:16, 125:14, 129:3, 134:7,

149:1, 201:7, 219:24

**years** [42] - 14:24, 14:25, 15:1, 21:8, 21:9, 39:22, 39:23, 39:25, 40:3, 40:9, 40:11, 50:2, 51:3, 54:1, 54:16, 60:18, 71:14, 71:15, 72:1, 92:14, 92:17, 93:13, 115:23, 125:4, 125:24, 127:8, 128:25, 129:1, 132:3, 132:5, 135:1, 137:1, 148:20, 159:4, 172:14, 178:14, 189:22, 190:2, 215:19, 218:13, 219:22

**yesterday** [11] - 8:17, 9:3, 19:22, 31:6, 52:7, 80:20, 101:16, 147:12, 164:25, 165:6, 171:18

**young** [4] - 101:24, 101:25, 102:3, 160:11

**younger** [2] - 148:25, 164:15

**yourself** [5] - 59:10, 155:13, 170:10, 174:6, 213:17

**yourselves** [4] - 57:4, 108:11, 163:2, 226:15