UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20470-Cr-Lenard/Goodman(s)(s)

UNITED STATES OF AMERICA,

vs.

ALVARO LOPEZ TARDON,

       Defendant.
_____/
Ex. Rel.

In Re: THIRD PARTY CLAIMS FILED BY

MIAMARK, LLC,
MURANO 908 LLC,
KYTE SCHOOLL (a Spanish corporation),
THE COLLECTION MOTOR SPORTS MADRID (a Spanish corporation),
MARIA TARDON TORREGO, and
ARTEMIO LOPEZ TARDON,

       Petitioners.
_____/

## JOINT STATUS REPORT

The United States of America (hereafter, the "United States" or the "Government") and Miamark, LLC, Murano 908, LLC, Kyte Schooll (a Spanish corporation), The Collection Motor Sports Madrid (a Spanish corporation), Maria Tardon Torrego, and Artemio Lopez Tardon (hereinafter, the "Petitioners" and together with the United States, the "Parties"), hereby file this Joint Status Report pursuant to this Court's Orders, dated August 26, 2015, and August 31, 2015 (ECF No. 704 and 706, respectively).

Government's Exhibit Lists

The Government's Exhibit Lists are attached hereto as "Exhibit 1" and "Exhibit 2." **Exhibit 1** is the Exhibit List (D.E. 493) that was filed in the underlying criminal case, *United States of America v. Alvaro Lopez Tardon*, Case No. 11-20470-Cr-Lenard and includes those exhibits that have been admitted in the criminal case and the bifurcated forfeiture proceeding. **Exhibit 2** includes additional or supplemental exhibits that will be introduced at the hearing convened in this matter.

Government's Witness List

The Government's Witness List is attached hereto as "**Exhibit 3**."

Petitioners' Exhibit List

Petitioners' Exhibit List is attached hereto as "**Exhibit A**."

Petitioners' Witness List

The Petitioners' Witness List is attached hereto as "**Exhibit B**."

Time Required

The Parties agree that the sum total of time needed for the presentation of their respective cases is approximately 3 to 10 days.

Relief Requested

The Parties respectfully request that the hearing in this ancillary proceeding be set for some date in December, 2015. This request is based on work schedule conflicts, which include multiple oral argument settings faced by counsel in the Eleventh Circuit and one oral argument setting in the Supreme Court, as well as other scheduling conflicts faced by counsel over the next

60 days.  It is expected that remaining deposition and discovery issues can be resolved in that time frame.

Additionally, the Parties respectfully request that the Court hold a status conference on some date in late October 2015.

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   *s/ Daren Grove*
       Daren Grove (Court No. A5501243)
       Assistant United States Attorney
       E-mail: daren.grove@usdoj.gov
       99 NE 4th Street - 7th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9294
       Facsimile: (305) 536-4089

       PETITIONERS

By:   *s/ Richard C. Klugh*
       Richard C. Klugh, P.A. (Fla. Bar No. 305294)
       E-mail: klughlaw@gmail.com
       Courthouse Center, Penthouse One
       40 Northwest Third Street
       Miami, Florida 33128
       Telephone: (305) 536-1191
       Facsimile: (305) 536-2170

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

       *s/ Daren Grove*
       Daren Grove
       Assistant United States Attorney