UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20470-Cr-Lenard/Goodman(s)(s)

UNITED STATES OF AMERICA,

vs.

ALVARO LOPEZ TARDON,

Defendant.

_____/

Ex. Rel.

In Re: THIRD PARTY CLAIMS FILED BY

MIAMARK, LLC,
MURANO 908 LLC,
KYTE SCHOOLL (a Spanish corporation),
THE COLLECTION MOTOR SPORTS MADRID (a Spanish corporation),
MARIA TARDON TORREGO, and
ARTEMIO LOPEZ TARDON,

Petitioners.

_____/

### GOVERNMENT'S WITNESS LIST

1.   Special Agent Madeline ALBRECHT, FBI

2.   Ruth MUNOZ BUSTAMANTE

3.   Robert ELIAS, Esquire

4.   Analyst Isabel FLEITAS, IRS

5.   Special Agent Daniel GAITAN, FBI

6.   Edd JOSEPH, City of Miami Police Department

7.   Domenick LIOCE, Esquire

8.   Peter LOPEZ, Esquire

**Exhibit 3**

9.  Special Agent Roald NOVALES, FBI

10. Victoria O'BRIEN, IRS

11. Special Agent Hector ORTIZ, FBI

12. Officer Magdiel PEREZ, Miami Dade Police Department

13. David POLLACK A/K/A "Maverick"

14. Ulyses REYES

15. Reny RIVERA, Florida Department of Highway Safety and Motor Vehicles

16. James RUBIN

17. Olga RUBIN

18. Alvaro Lopez TARDON, Miamark, LLC/Murano 908, LLC

19. Roy L. WEINFELD, Esquire

20. Billy WEISMAN, The Lakes, LLP

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:     s/Daren Grove

Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
99 NE 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9294
Facsimile: (305) 536-7599