UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20470-CR-LENARD/GOODMAN

UNITED STATES OF AMERICA,

v.

ALVARO LOPEZ TARDON,

In Re: THIRD PARTY CLAIMS FILED BY

MIAMARK, LLC, MURANO 908 LLC,
KYTE SCHOOLL, THE COLLECTION
MOTOR SPORTS MADRID,
MARIA TARDON TORREGO, and
ARTEMIO LOPEZ TARDON,,

CLAIMANTS.
_____/

## CLAIMANTS–PETITIONERS' WITNESS LIST

1. All witnesses listed by the Government, including all witnesses who testified for the government at the trial or any prior hearing in this cause.

2. Fabiani Krentz..

3. Sharon Cohen.

4. Murphy Cohen.

5. Luis Aguado.

6. Arturo Fernandez.

7. Patricia Scheel.

8. June Savage.

9. Corporate representative, One Sotheby's International Realty.

10. Corporate representative, MiaMark S.A. (Spain).

**Exhibit A**

11. Executor or representative, Estate of Daisy Martins.

12. Alvaro Lopez Tardon.

13. Corporate representative, The Mark Yacht Club Condominium.

14. Corporate representative, Murano Portofino Condominium.

15. Condominium association representative, The Mark Yacht Club Condominium.

16. Condominium association representative, Murano Portofino Condominium.

17. Corporate representative, One Miami 1 Condominium.

18. Condominium association representative, One Miami 1 Condominium.

19. Corporate representative, One Miami 2 Condominium.

20. Condominium association representative, One Miami 2 Condominium.

21. Condominium association representative, Longview Villas Owners Association, Inc.

22. Courtney Montiero.

23. LissetteGonzalez.

24. Attorney representative, Smith, Greene, and Associates.

25. Anna Laniado.

Respectfully submitted,

s/ Richard C. Klugh
RICHARD C. KLUGH, ESQ.
Fla. Bar No. 305294
Courthouse Center
40 N.W. 3rd Street, PH 1
Miami, Florida 33128
Tel. No. (305) 536-1191
Fax No. (305) 536-2170
E-mail klughlaw@gmail.com