UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-20470-CR-LENARD/GOODMAN

UNITED STATES OF AMERICA,

v.

ALVARO LOPEZ TARDON,

    Defendant.
_____/

### REPORT AND RECOMMENDATIONS ON UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE OF SUBSTITUTE ASSETS [ECF NO. 840]

The United States filed a motion for final order of forfeiture of substitute assets pursuant to Fed. R. Crim. P. 32.2(c)(2). [ECF No. 840]. United States District Judge Joan Lenard referred the motion to the Undersigned. [ECF No. 847]. For the reasons stated below, the Undersigned **respectfully recommends** that the District Court **grant** the United States' motion.

On April 26, 2016, the Court entered its Amended order of Forfeiture [ECF No. 763] (hereinafter, the "Preliminary Order") in which the following property was ordered forfeited to the United States:

Assets seized from Fabiani Krentz:

(a) Five (5) items of jewelry (11-FBI-006827)

(b) Nine (9) items of jewelry (11-FBI-006828)

(c) Ninety-Eight (98) items of jewelry (11-FBI-006829)

(d) One (1) Cruzer 1.0 GB Jump Drive One, (1) RSA SECUR ID Ser#109421559, One (1) GDS Tomtom CNO: PP2430A02169, One (1) Ipod

(e) One (1) Roberto Cavalli fur coat and One (1) Prada full length coat with fur coat

(f) One (1) external hard drive with USB cord

(g) Two (2) Cellular Phones. Mel: 361937047297146 and Mel: 357750032509167 with Two (2) Chargers

(h) One (1) pink Cannon camera

(i) One (1) Cartier watch (11-FBI-006827)

(j) Three (3) silver in color rings (11-FBI -006827)

(k) One (1) Black Metro PCS Cellphone. Model: Huaweimm228. Meld-HEX: A0000001A9FCDB5 and charger

(l) One (1) silver Sony recorder ICD-B26. Serial Number 120630

(m) One (1) Maxtor router 100GB. Serial Number L3905A2G. EDA: MB100E0120101

(n) One (1) Maxtor One Touch III; USB 2.0. P/N: 9md2a8-591. Serial Number: 2cav3kwc. Eda: 9mm2a8-326

(o) Dell Precision 390 Tower; 49kzwd1; Express Service Code: 9286592149

(p) One (1) HP Office Jet All-In-One; Model 7410

(q) One (1) Dell XPS M1210: Ic:3652b-Rd02d110; FCC Reg: CXSMM01BRD02D110 with mouse

Assets seized from David Pollack:

(a) Four (4) watches (11-FBI-006825)

(b) Five (5) items of jewelry (11-FBI-007149)

(c) Foreign currency consisting of: 500 intis Banco Central De Reserva Del Peru (out of circulation); 110 pesos Banco De Mexico (out of circulation); 155,041 BOLIVARES Banco Central De Venezuela (total value in U.S. currency $24,422.40 as of 3/17/15); .50 Central Bank of Trinidad and Tobago (total value in U.S. currency $0.08 as of 3/17/15); 1000 pesos Banco Central De Chile (out of circulation)

(d) U.S. currency converted from foreign currency consisting of: 3145 euros; 30 soles Banco Central De Reserva Del Peru; 620 pesos Banco De Mexico; 1,508,000 pesos Banco De La Republica Columbia; 299 Central Bank of Trinidad and Tobago (13-FB I-007256)

(e) Six (6) chargers with two extra cords

(f) One (1) Alcatel with Charger Serial# 359675022464156

(g) One (1) Metro PCS Kyocera with Charger Serial# 268435456410371914

(h) One (1) Nokia with Charger Model:3220. S/N: 359360/00/271409/0

(i) One (1) Nokia Metro PCS with Charger Model: 1006 Meid Dec: 26843545610788296

(j) One (1) Nokia Cell Phone with Charger Esn: 04413551608

(k) One (1) Nokia with Charger

(l) One (1) Cellphone ZTE/CLARO with no charger from Room G Model ZTE A66/Serial # 322193015809/Imei 352416035898123

(m) One (1) Nokia Cell Phone from Room G Imei: 355746/02/500503/3

(n) One (1) Nokia from Room G Esn : 03710279620

(o) One (1) Nokia Cellphone with a charger and One (1) ATT Simcard Holder with no Sim Card. From Room G Imei: 011461/00/366046/2

(p) Two (2) gold in color necklaces, One (1) black necklace with clear in color stones, One (1) silver in color necklace with pendant, and one (1) gold in color eagle pendant (11-FBI-007149)

(q) One (1) Metro PCS Cell Phone with charger from Room G Pesn: 12800937406

(r) One (1) Motorola Cell Phone with charger Room G Serial#358921006867464/Sim Card #89014103100280800656

(s) One (1) Nokia Cell Phone with charger Room G Model1112 B/Serial #010996/00/190652/5

(t) One (1) ATT Blackberry Cell Phone with charger Room G Imei: 35508502 1048733 with ATT Sim Card

(u) One (1) Buti gold in color watch with black wrist, One (1) Buti gold in color watch, One (1) Luminor Panerai silver in color watch, One (1) Buti silver in color watch (11-Fbi-006825)

(v) One (1) MetroPCS Phone Kyocera Room E 3g Cdma Meld (D): 268435457813797467

(w) One (1) Nokia with charger Room E. Model:2330c-2b Code 0588517kr13hd66 with Comcel Card

(x) One (1) Nokia with charger Room E Model:6101359387/00/177560/60527384 with Fodafone Sim Card

(y) One (1) Samsung Phone with charger Room G S/N: A1000000aafa13

(z) One (1) Nokia Cell Phone (without battery) and charger Esn: 03709938942

(aa) One (1) ATT Cell Phone with charger Room G S/N: 321810660417

(bb) One (1) Motorola with charger Room G Imei: 356868006626022

(cc) One (1) Thumbdrive- San Disk Cruzer 32gb

(dd) One (1) Smith & Wesson pistol box

(ee) One (1) white Apple laptop, serial number W8908MR14Rl

(ff) One (1) Iphone Model Number A1332.with charger Emc: 380a FCC Id: Bcg-E2380a Back Of Phone Crack

(gg) One (1) Iphone Model Number A1303 FCC Id # BCGA1303a Ic Id# 579c-A1303a

(hh) One (1) Smith & Wesson Pistol SSAN:Tab7901

(ii) One (1) magazine with ten (10) rounds

(jj) Four (4) Red Iomega Hard Drive 1 Serial Number Yafb080078 2 Serial Number Yafa461408 3 Serial Number Yafa461343 4 Serial Number Yafb080395

(kk) Black magazine with nine (9) 9mm rounds of ammunition and one (1) cloth bag

(ll) One (1) Glock box, one (1) rifle stock, three (3) boxes of ammunition, two (2) rounds of Remington bullets

(mm) One (1) Dell grey and silver CPU serial number BFB7M71

(nn) Twenty-eight (28) US First Class postal stamps

(oo) One (1) brown Louis Vuitton belt

(pp) One (1) FL Sunpass transponder, bearing#0707411101105

(collectively hereinafter, the "Substitute Property").

On December 13, 2016, the United States published notice of the Preliminary Order and of its intent to dispose of the Substitute Property on an official internet government forfeiture site (www.forfeiture.gov), in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(c). The published notice stated the United States' intent to forfeit all right title and interest in, and to dispose of, the Substitute Property, and advised all third parties, if any, of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the

Property and set forth the requirement that anyone seeking to claim an interest in the Substitute Property must file a petition in accordance with 21 U.S.C. § 853(n)(3) within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice.

On January 31, 2017, the United States filed its Declaration of Publication [ECF No. 785] with the Clerk of the Court in which it declared that the Preliminary Order was published for at least thirty consecutive days, beginning on December 13, 2016, and ending on January 11, 2017, as required by applicable law and rules.

As of this date, no person or entity has filed a petition claiming an interest in the Substitute Property with the Court, nor is the United States aware of any person or entity known to have a legal interest in the Substitute Property that has not been given notice of the Preliminary Order and of the United States' intent to dispose of the Substitute Property as required by applicable law and rules.

Accordingly, the Undersigned **respectfully recommends** that the District Court **grant** the United States' Motion for Final Order of Forfeiture of Substitute Assets. [ECF No. 840] and hold that:

1. All right, title and interest in the Substitute Property is forfeited to, and clear title vested in, the United States pursuant to 21 U.S.C. §§ 853(p) and (c)(7);

2. The United States may warrant good title to the Substitute Property forfeited herein to any subsequent purchaser or transferee; and

3. The United States Marshals Service or the United States Department of the Treasury, or any other duly authorized law enforcement agency, shall dispose of the Substitute Property forfeited herein in accordance with the applicable law and rules.

**OBJECTIONS**

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendations within which to file written objections, if any, with United States District Joan Lenard. Each party may file a response to the other party's objection within fourteen (14) days of the objection. Failure to file objections timely shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C. § 636(b)(1);

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED**, in Chambers, Miami, Florida, on January 28, 2019.

                                        Jonathan Goodman
                                        UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Joan Lenard
All counsel of record