UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20470-CR-LENARD

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.

**ALVARO LOPEZ TARDON,**
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 849)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 849), issued on January 28, 2019, recommending that the District Court **grant** the United States' Motion for Final Order of Forfeiture of Substitute Assets (D.E. 839). To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 849) issued on January 28, 2019 is **ADOPTED**.

2. Government's Motion for Final Order of Forfeiture of Substitute Assets (D.E. 839) is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _20_ day of February, 2019.

                                                          _____
                                                          JOAN A. LENARD
                                                          UNITED STATES DISTRICT JUDGE